HARPER LAW, PLC
JON V. HARPER (#1378)
P.O. Box 581468
Salt Lake City, UT 84158
Telephone:  801/910-4357
jharper@jonharperlaw.com

Local Counsel for [Proposed] Lead Plaintiff


IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company, | No. 2:20-cv-00368-CMR |
| Plaintiff, | CLASS ACTION |
| vs. | |
| CO-DIAGNOSTICS, INC., a Utah Corporation, et al., | |
| Defendants. | |
| FERNANDO HERNANDEZ, Individually and on Behalf of All Others Similarly Situated, | No. 2:20-cv-00481-JNP-JCB |
| Plaintiff, | CLASS ACTION |
| vs. | |
| CO-DIAGNOSTICS, INC., et al., | |
| Defendants. | |


[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED
ACTIONS, APPOINTING BRIAN T. PETROS AS LEAD PLAINTIFF, AND APPROVING
SELECTION OF LEAD COUNSEL


Cases\4824-7182-4327.v1-8/17/20

UPON CONSIDERATION OF the motion filed by Brian T. Petros for consolidation of related actions, appointment as lead plaintiff, and approval of selection of lead counsel, and good cause appearing therefor, it is hereby ordered:

1.      The motion is GRANTED;

1.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, (1) *Gelt Trading, Ltd. v. Co-Diagnostics, Inc.*, No. 2:20-cv-00368-CMR, filed on June 15, 2020 and amended on July 15, 2020; and (2) *Hernandez v. Co-Diagnostics, Inc.*, No. 2:20-cv-00481-JNP-JCB, filed on July 2, 2020, are consolidated as:

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| In re CO-DIAGNOSTICS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>   ALL ACTIONS. | Master File No. 2:20-cv-00368-CMR<br><br><u>CLASS ACTION</u> |

(a)      The file in Case No. 2:20-cv-00368-CMR shall constitute the master file for every action in the consolidated action.  The Clerk shall administratively close the other actions. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

- 1 -

- 2 -

(b)     All securities class actions on behalf of purchasers of Co-Diagnostics, Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action;

(c)     This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

2.     Brian T. Petros is appointed Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii); and

3.     Brian T. Petros's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is approved pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).

IT IS SO ORDERED this _____ day of _____, 2020.

BY THE COURT:

THE HONORABLE CECILIA ROMERO
United States Magistrate Judge

- 2 -