HARPER LAW, PLC
JON V. HARPER (#1378)
P.O. Box 581468
Salt Lake City, UT 84158
Telephone:  801/910-4357
jharper@jonharperlaw.com

Local Counsel for [Proposed] Lead Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company, | ) ) ) ) | No. 2:20-cv-00368-CMR |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) | |
| CO-DIAGNOSTICS, INC., a Utah Corporation, et al., | ) ) ) | |
| Defendants. | ) ) | |
| FERNANDO HERNANDEZ, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 2:20-cv-00481-JNP-JCB |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) | |
| CO-DIAGNOSTICS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

DECLARATION OF JON V. HARPER IN SUPPORT OF BRIAN T. PETROS'S MOTION
FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

I, JON V. HARPER, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of Utah and this Court.  This declaration is made in support of Brian T. Petros's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of first-filed class action published in *PRNewswire* on June 18, 2020;

Exhibit B:    Brian T. Petros's Sworn Certification;

Exhibit C:    Brian T. Petros's estimated losses, prepared by counsel; and

Exhibit D:    Declaration of Brian T. Petros.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 17th day of August, 2020.

s/ Jon V. Harper
_____
JON V. HARPER

- 1 -

4835-4215-8279.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 17, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ JON V. HARPER
JON V. HARPER (#1378)

HARPER LAW, PLC
JON V. HARPER (#1378)
P.O. Box 581468
Salt Lake City, UT 84158

E-mail:  jharper@jonharperlaw.com

4835-4215-8279.v1

## Mailing Information for a Case 2:20-cv-00368-CMR Gelt Trading v. Co-Diagnostics et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael C. Fasano**
  mfasano@fasanolawfirm.com

- **Michael A. Pineiro**
  mpineiro@mnrlawfirm.com

- **D. Loren Washburn**
  lwashburn@smithwashburn.com,ldschmidt@smithwashburn.com,mhernandez@smithwashburn.com,pmartinez@smithwashburn.com,info@smithwashburn.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)