# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | | Shares Sold | Price | Total Proceeds | Total Gain (Loss) |
|------|------|-----------------|-------|------------|---|-------------|-------|----------------|-------------------|
| **Brian T. Petros** | 05/14/2020 | 4,500 | $26.16 | $117,719.55 | 05/15/2020 | 4,500 | $17.11 | $76,995.00 | |
| | 05/14/2020 | 800 | $26.08 | $20,860.00 | 05/15/2020 | 800 | $17.10 | $13,682.00 | |
| | 05/14/2020 | 3,000 | $26.27 | $78,795.00 | 05/15/2020 | 3,000 | $17.10 | $51,296.70 | |
| | | | | | | | | | |
| **Movant's Total** | | **8,300** | | **$217,374.55** | | **8,300** | | **$141,973.70** | **($75,400.85)** |

Prices listed are rounded up to two decimal places.