# EXHIBIT D

HARPER LAW, PLC
JON V. HARPER (#1378)
P.O. Box 581468
Salt Lake City, UT 84158
Telephone:  801/910-4357
jharper@jonharperlaw.com

Local Counsel for [Proposed] Lead Plaintiff


IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company, | No. 2:20-cv-00368-CMR |
| Plaintiff, | CLASS ACTION |
| vs. | |
| CO-DIAGNOSTICS, INC., a Utah Corporation, et al., | |
| Defendants. | |
| FERNANDO HERNANDEZ, Individually and on Behalf of All Others Similarly Situated, | No. 2:20-cv-00481-JNP-JCB |
| Plaintiff, | CLASS ACTION |
| vs. | |
| CO-DIAGNOSTICS, INC., et al., | |
| Defendants. | |


DECLARATION OF BRIAN T. PETROS IN SUPPORT OF MOTION FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD
PLAINTIFF'S SELECTION OF LEAD COUNSEL

4825-3658-3878.v1

1.      I, Brian T. Petros, submit this declaration in support of my Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      I am a resident of Macedonia, Ohio.

3.      I am the Chief Executive Officer of PK Financial Group, Inc., a financial services company I co-founded in 2005. In this capacity, I have served as a fiduciary to hundreds of individuals and businesses by providing them with sound financial planning and investment management advice.

4.      Before co-founding PK Financial, I attended Ohio University where I earned a degree in Business Administration.

5.      I have continuously worked in the financial industry, as both a broker and financial advisor, for more than 25 years. More than 17 years ago, while I served as a Vice President of Investments at Merrill Lynch, Pierce, Fenner & Smith Incorporated, one of our clients filed a complaint with the Financial Industry Regulatory Authority ("FINRA") Dispute Resolution against Merrill Lynch and I alleging various claims stemming from a purportedly unsuitable investment recommendation involving, but not limited to, variable annuities. Merrill Lynch and I denied all allegations of wrongdoing and the complaint was ultimately dismissed with prejudice after the parties entered into an agreement to settle the matter – a resolution that involved no admission of guilt by any party. The tribunal further recommended that all references to the matter be expunged from registration records maintained by the NASD Central Registration Depository.

6.      I am familiar with selecting and overseeing lawyers in connection with litigation.

- 1 -

7.     I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and authorize any potential settlement on behalf of the class. I am willing to perform all of these duties on behalf of the class members.

8.     I have a substantial financial interest in this case based on my losses, and have an incentive to prosecute this case on behalf of Co-Diagnostics, Inc. shareholders.

9.     I understand that the lead plaintiff's share of any recovery is the same as every other potential class member. As my Certification states, I will not accept any payment for serving as a representative party beyond my pro-rata share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

10.     I am aware that I have the right to select counsel as part of the lead plaintiff process. Based on its experience prosecuting securities cases, I have selected Robbins Geller Rudman & Dowd LLP to serve as lead counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this **6**th day of August 2020, at Macedonia, Ohio.

_____
BRIAN T. PETROS

- 2 -

4825-3658-3878.v1