Melissa A. Fortunato
Marion Passmore
**BRAGAR EAGEL & SQUIRE, P.C.**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Email: fortunato@bespc.com
      passmore@bespc.com

Phillip Kim
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: pkim@rosenlegal.com

*Counsel for the Co-Diagnostics Investor Group
and Proposed Co-Lead Counsel for the Class*

Mark F. James (5295)
Mitchell A. Stephens (11775)
**JAMES DODGE RUSSELL & STEPHENS**
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Email: mjames@jdrslaw.com
      mstephens@jdrslaw.com

*Liaison Counsel for the Co-Diagnostics
Investor Group and Proposed Liaison
Counsel for the Class*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br>    *Plaintiff,*<br><br>v.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSEN, BRENT SATTERFIELD,<br><br>    *Defendants.* | **DECLARATION OF MITCHELL A. STEPHENS IN SUPPORT OF THE MOTION OF THE CO-DIAGNOSTICS INVESTOR GROUP FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Case No. 2:20-cv-00368-CMR |

1

| | |
|---|---|
| FERNANDO HERNANDEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>   *Plaintiff,*<br><br>v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, and BRENT SATTERFIELD,<br><br>   *Defendants.* | Case No. 2:20-cv-00481-JNP-JCB |

I, Mitchell A. Stephens, hereby declare as follows:

1. I am a Partner with the law firm of James Dodge Russell & Stephens P.C., counsel for lead plaintiff movants Tamara Shafer, Hal Ulucan, and Robert Volski (collectively, the "Co-Diagnostics Investor Group" or "Movant") and proposed liaison counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Movant's Motion for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel for the Class.

3. Attached hereto are true and correct copies of the following exhibits:

  Exhibit 1: Certifications signed by the members of the Co-Diagnostics Investor Group, attaching their securities during the Class Period in Schedule A(s), thereto;

  Exhibit 2: Chart detailing Movant's combined financial losses;

  Exhibit 3: Movant's Joint Declaration;

Exhibit 4:   Press release published June 18, 2020, on *PR Newswire* announcing the pendency of the securities class action against Defendants herein: *Gelt Trading Ltd. v. Co-Diagnostics, Inc., et al.*, Case No. 2:20-cv-00368;

Exhibit 5:   Bragar Eagel & Squire, P.C. firm résumé;

Exhibit 6:   The Rosen Law Firm, P.A. firm résumé; and

Exhibit 7:   James Dodge Russell & Stephens P.C. firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 17th day of August, 2020.

*/s/ Mitchell A. Stephens*
Mitchell A. Stephens