# Exhibit 1

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Hal Ulucan, certify that:

1.       I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.       I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.       I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.       Attached hereto as Schedule A is a complete listing of all my Co-Diagnostics, Inc. (NASDAQ: CODX) transactions during the Class Period.

5.       I have not served as a representative party on behalf of a class under this title during the last three years.

6.       I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Jun 27, 2020

*hal ulucan*
hal ulucan (Jun 27, 2020 11:45 EDT)

Hal Ulucan

1

**SCHEDULE A**

Class Period Transactions of Hal Ulucan in Co-Diagnostics, Inc. (NASDAQ: CODX) securities.

| Date | Quantity | Price |
|---|---|---|
| 5/11/20 | 880 | $16.60 |
| 5/11/20 | 3,900 | $16.62 |
| 5/11/20 | -4,780 | $16.53 |
| 5/11/20 | 1,860 | $16.71 |
| 5/11/20 | 3,000 | $16.79 |
| 5/11/20 | -1,019 | $16.95 |
| 5/11/20 | -400 | $16.94 |
| 5/11/20 | -700 | $16.93 |
| 5/11/20 | -100 | $16.92 |
| 5/11/20 | -2,641 | $16.88 |
| 5/11/20 | -5,877 | $16.75 |
| 5/11/20 | -4,123 | $16.69 |
| 5/11/20 | 9,800 | $16.99 |
| 5/11/20 | 200 | $16.98 |
| 5/11/20 | -10,000 | $17.10 |
| 5/11/20 | 4,925 | $17.17 |
| 5/11/20 | 50 | $17.15 |
| 5/11/20 | 25 | $17.15 |
| 5/11/20 | -5,000 | $17.25 |
| 5/11/20 | 3,126 | $16.27 |
| 5/11/20 | -3,126 | $16.65 |
| 5/11/20 | 7,000 | $16.67 |
| 5/11/20 | -7,000 | $16.51 |
| 5/11/20 | 200 | $16.79 |
| 5/11/20 | 480 | $16.77 |
| 5/11/20 | 4,320 | $16.76 |
| 5/11/20 | -5,000 | $16.58 |
| 5/12/20 | 4,993 | $17.60 |
| 5/12/20 | 7 | $17.59 |
| 5/12/20 | -5,000 | $17.76 |
| 5/12/20 | 5,000 | $17.50 |
| 5/12/20 | -5,000 | $17.60 |
| 5/12/20 | 1,533 | $17.67 |
| 5/12/20 | -1,533 | $17.53 |

2

| 5/12/20 | 6,250 | $17.17 |
|---|---|---|
| 5/12/20 | 2,413 | $17.50 |
| 5/12/20 | -108 | $17.17 |
| 5/12/20 | -1,140 | $17.15 |
| 5/12/20 | -5,752 | $17.15 |
| 5/12/20 | 250 | $17.17 |
| 5/12/20 | 500 | $17.17 |
| 5/12/20 | -7,000 | $17.26 |
| 5/12/20 | 7,000 | $16.50 |
| 5/12/20 | -7,000 | $16.75 |
| 5/12/20 | 800 | $16.88 |
| 5/12/20 | 100 | $16.88 |
| 5/12/20 | 50 | $16.87 |
| 5/12/20 | 195 | $16.86 |
| 5/12/20 | 100 | $16.84 |
| 5/12/20 | 3,755 | $16.90 |
| 5/12/20 | -5,000 | $16.92 |
| 5/12/20 | 4,900 | $17.38 |
| 5/12/20 | 100 | $17.38 |
| 5/12/20 | -1,000 | $17.20 |
| 5/12/20 | -200 | $17.20 |
| 5/12/20 | -3,800 | $17.18 |
| 5/12/20 | 4,587 | $17.50 |
| 5/13/20 | 7,000 | $20.48 |
| 5/13/20 | -2,480 | $20.30 |
| 5/13/20 | -4,520 | $20.30 |
| 5/13/20 | 5,000 | $23.00 |
| 5/13/20 | 418 | $23.64 |
| 5/13/20 | 82 | $23.63 |
| 5/13/20 | 200 | $23.62 |
| 5/13/20 | 100 | $23.61 |
| 5/13/20 | 2,200 | $23.59 |
| 5/13/20 | -51 | $27.34 |
| 5/13/20 | -7,949 | $27.33 |
| 5/13/20 | 8,000 | $17.75 |
| 5/13/20 | -8,000 | $18.21 |
| 5/13/20 | 10,000 | $18.40 |
| 5/13/20 | 2,000 | $18.53 |
| 5/13/20 | -600 | $20.00 |

3

| 5/13/20 | -340 | $19.88 |
|---|---|---|
| 5/13/20 | -1 | $19.88 |
| 5/13/20 | -700 | $19.86 |
| 5/13/20 | -500 | $19.85 |
| 5/13/20 | -9,859 | $19.71 |
| 5/13/20 | 989 | $19.87 |
| 5/13/20 | 4,011 | $19.94 |
| 5/13/20 | -5,000 | $20.20 |
| 5/13/20 | 7,000 | $20.48 |
| 5/14/20 | 30 | $29.50 |
| 5/14/20 | 287 | $29.49 |
| 5/14/20 | 5,000 | $30.35 |
| 5/14/20 | 1,897 | $27.85 |
| 5/14/20 | -3,425 | $28.55 |
| 5/14/20 | -50 | $28.52 |
| 5/14/20 | -25 | $28.50 |
| 5/14/20 | -25 | $28.50 |
| 5/14/20 | -3,714 | $28.02 |
| 5/14/20 | 8,000 | $27.79 |
| 5/15/20 | -25 | $18.53 |
| 5/15/20 | -3,348 | $18.50 |
| 5/15/20 | -384 | $18.12 |
| 5/15/20 | -620 | $18.11 |
| 5/15/20 | -539 | $18.10 |
| 5/15/20 | 2,000 | $18.60 |
| 5/15/20 | 2,000 | $17.30 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Tamara Shafer, certify that:

1.      I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.      Attached hereto as Schedule A is a complete listing of all my Co-Diagnostics, Inc. (NASDAQ: CODX) transactions during the Class Period.

5.      I have not served as a representative party on behalf of a class under this title during the last three years.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _Jun 22, 2020_____

*Tamara Shafer*
Tamara Shafer (Jun 22, 2020 16:51 MDT)

Tamara Shafer

1

**SCHEDULE A**

Class Period Transactions of Tamara Shafer in Co-Diagnostics, Inc. (NASDAQ: CODX) securities.

| Transaction | Date | Quantity | Price |
|---|---|---|---|
| Purchase | 2/28/20 | 1,908 | $19.89 |
| Purchase | 2/28/20 | 2,092 | $19.89 |
| Sale | 2/28/20 | -4,000 | $12.00 |
| Purchase | 3/18/20 | 1,111 | $11.29 |
| Sale | 3/27/20 | -1,111 | $9.17 |
| Purchase | 4/16/20 | 400 | $11.19 |
| Purchase | 4/16/20 | 387 | $11.18 |
| Sale | 4/16/20 | -100 | $11.29 |
| Sale | 4/16/20 | -100 | $11.29 |
| Sale | 4/16/20 | -587 | $11.29 |
| Purchase | 4/16/20 | 677 | $12.95 |
| Sale | 4/16/20 | -677 | $13.04 |
| Purchase | 4/16/20 | 888 | $12.78 |
| Sale | 4/16/20 | -725 | $13.07 |
| Sale | 4/16/20 | -163 | $13.04 |
| Purchase | 4/16/20 | 977 | $13.09 |
| Sale | 4/16/20 | -977 | $13.42 |
| Purchase | 4/16/20 | 479 | $12.99 |
| Purchase | 4/16/20 | 509 | $12.99 |
| Sale | 4/16/20 | -988 | $13.12 |
| Purchase | 4/16/20 | 869 | $13.13 |
| Purchase | 4/16/20 | 125 | $13.12 |
| Purchase | 4/16/20 | 5 | $13.11 |
| Sale | 4/16/20 | -999 | $13.48 |
| Purchase | 4/17/20 | 788 | $14.73 |
| Purchase | 4/17/20 | 100 | $14.73 |
| Sale | 4/20/20 | -888 | $15.38 |
| Purchase | 4/20/20 | 777 | $15.20 |
| Sale | 4/20/20 | -446 | $15.20 |
| Sale | 4/20/20 | -331 | $15.17 |
| Purchase | 4/20/20 | 1,500 | $15.05 |
| Sale | 4/21/20 | -1,500 | $13.45 |
| Purchase | 5/13/20 | 5,777 | $18.35 |

| Sale | 5/13/20 | -5,777 | $18.35 |
|---|---|---|---|
| Purchase | 5/13/20 | 2,812 | $24.77 |
| Purchase | 5/13/20 | 50 | $24.75 |
| Purchase | 5/13/20 | 251 | $24.74 |
| Sale | 5/13/20 | -3,113 | $25.25 |
| Purchase | 5/13/20 | 1,757 | $27.34 |
| Purchase | 5/13/20 | 500 | $27.33 |
| Purchase | 5/13/20 | 1,470 | $27.32 |
| Purchase | 5/13/20 | 50 | $27.30 |
| Purchase | 5/13/20 | -3,777 | $27.61 |
| Purchase | 5/13/20 | 4,767 | $28.75 |
| Purchase | 5/14/20 | 10 | $28.70 |
| Sale | 5/14/20 | -300 | $29.55 |
| Sale | 5/14/20 | -50 | $29.51 |
| Sale | 5/14/20 | -4,427 | $29.34 |
| Purchase | 5/14/20 | 4,777 | $30.70 |
| Sale | 5/14/20 | -4,777 | $29.00 |
| Purchase | 5/14/20 | 4,777 | $28.08 |
| Sale | 5/14/20 | -4,777 | $28.18 |
| Purchase | 5/14/20 | 2,188 | $27.78 |
| Sale | 5/14/20 | -2,188 | $23.95 |
| Purchase | 5/14/20 | 2,534 | $25.00 |

DocuSign Envelope ID: 1E669157-73E0-4C07-8249-C2CF9E2B2523

# CERTIFICATION

Robert Volski (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against Co-Diagnostics, Inc. ("CODX") and its current and/or former officers.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint against CODX and retained The Rosen Law Firm, P.A. and authorizes it to file a Lead Plaintiff motion on his behalf.

2.      Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales Plaintiff has made in CODX securities during the Class Period set forth in the complaint. Plaintiff has made no transactions during the Class Period in the securities that are the subject of this lawsuit except those set forth in the attached Schedule A.

5.      Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      Plaintiff will not accept any payment for serving as a representative party beyond his pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___8/15/2020_____

DocuSigned by:

*Robert Volski*

E729CF7D5E344BB...

Robert Volski

## SCHEDULE A

### Robert Volski

CLASS PERIOD TRANSACTIONS

| **PURCHASES** | | | | **SALES** | | |
|---|---|---|---|---|---|---|
| **DATE** | **SHARES** | **PRICE** | | **DATE** | **SHARES** | **PRICE** |
| 2/25/2020 | 800 | ($3.90) | | 2/25/2020 | 800 | $4.29 |
| 2/25/2020 | 100 | ($3.90) | | 2/25/2020 | 100 | $4.28 |
| 2/25/2020 | 4,238 | ($3.90) | | 2/25/2020 | 4,238 | $4.28 |
| 2/25/2020 | 30,337 | ($3.90) | | 2/25/2020 | 30,337 | $4.27 |
| 2/27/2020 | 700 | ($17.99) | | 2/27/2020 | 700 | $14.29 |
| 2/27/2020 | 300 | ($17.99) | | 2/27/2020 | 300 | $14.25 |
| 2/27/2020 | 1000 | ($17.99) | | 2/27/2020 | 1000 | $14.33 |
| 2/27/2020 | 1000 | ($17.99) | | 2/27/2020 | 1000 | $14.38 |
| 2/27/2020 | 1000 | ($17.99) | | 2/27/2020 | 1000 | $14.40 |
| 2/27/2020 | 1000 | ($17.99) | | 2/27/2020 | 1000 | $14.35 |
| 2/27/2020 | 830 | ($17.99) | | 2/27/2020 | 830 | $14.43 |
| 2/27/2020 | 400 | ($17.99) | | 2/28/2020 | 1,033 | $16.12 |
| 2/27/2020 | 1193 | ($17.99) | | 2/28/2020 | 45 | $16.75 |
| 2/27/2020 | 3200 | ($17.99) | | 2/28/2020 | 300 | $16.59 |
| 2/27/2020 | 70 | ($17.99) | | 2/28/2020 | 200 | $16.74 |
| 2/28/2020 | 1,033 | ($21.74) | | 2/28/2020 | 350 | $16.74 |
| 2/28/2020 | 45 | ($21.74) | | 2/28/2020 | 8 | $16.71 |
| 2/28/2020 | 300 | ($21.74) | | 3/10/2020 | 400 | $7.37 |
| 2/28/2020 | 200 | ($21.74) | | 3/10/2020 | 1193 | $7.36 |
| 2/28/2020 | 350 | ($21.74) | | 3/10/2020 | 3200 | $7.35 |
| 2/28/2020 | 8 | ($21.74) | | 3/10/2020 | 70 | $7.34 |
| 2/28/2020 | 6,552 | ($21.74) | | 3/10/2020 | 6,552 | $6.93 |
| 3/27/2020 | 2631 | ($9.15) | | 3/30/2020 | 2631 | $8.66 |