# Exhibit 2

**Co-Diagnostics, Inc.**

| | |
|---|---|
| Company Name | Co-Diagnostics, Inc. |
| Ticker Symbol | CODX |
| Security Type | Common Stock |
| Class Period Start | 02/25/2020 |
| Class Period End | 05/15/2020 |
| 90-DAY Lookback Period Start | 05/16/2020 |
| 90-DAY Lookback Period End | 08/13/2020 |
| 90-DAY Lookback Average | $19.4000 |

| Movant | Loss |
|---|---|
| Hal Ulucan | ($56,728.25) |
| Tamara Shafer | ($64,737.08) |
| Robert Volski | ($168,394.32) |
| **Total Loss** | **($289,859.65)** |

| Client Name | Hal Ulucan |
|---|---|
| Company Name | Co-Diagnostics, Inc. |
| Ticker Symbol | CODX |
| Security Type | Common Stock |
| Class Period Start | 02/25/2020 |
| Class Period End | 05/15/2020 |
| 90-DAY Lookback Period Start | 05/16/2020 |
| 90-DAY Lookback Period End | 08/13/2020 |
| 90-DAY Lookback Average | $19.4000 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($56,728.25) |
| Net Shares Retained | 4,059.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 5/11/2020 | 880 | $16.60 | ($14,607.91) | | | ($14,607.91) |
| 5/11/2020 | 3,900 | $16.62 | ($64,817.61) | | | ($79,425.52) |
| 5/11/2020 | -4,780 | | | $16.53 | $79,013.40 | ($412.12) |
| 5/11/2020 | 1,860 | $16.71 | ($31,080.60) | | | ($31,492.72) |
| 5/11/2020 | 3,000 | $16.79 | ($50,355.00) | | | ($81,847.72) |
| 5/11/2020 | -1,019 | | | $16.95 | $17,272.05 | ($64,575.67) |
| 5/11/2020 | -400 | | | $16.94 | $6,776.00 | ($57,799.67) |
| 5/11/2020 | -700 | | | $16.93 | $11,851.00 | ($45,948.67) |
| 5/11/2020 | -100 | | | $16.92 | $1,692.00 | ($44,256.67) |
| 5/11/2020 | -2,641 | | | $16.88 | $44,580.34 | $323.67 |
| 5/11/2020 | -5,877 | | | $16.75 | $98,439.75 | $98,763.42 |
| 5/11/2020 | -4,123 | | | $16.69 | $68,812.87 | $167,576.29 |
| 5/11/2020 | 9,800 | $16.99 | ($166,502.00) | | | $1,074.29 |
| 5/11/2020 | 200 | $16.98 | ($3,396.00) | | | ($2,321.71) |
| 5/11/2020 | -10,000 | | | $17.10 | $171,000.00 | $168,678.29 |
| 5/11/2020 | 4,925 | $17.17 | ($84,562.25) | | | $84,116.04 |
| 5/11/2020 | 50 | $17.15 | ($857.50) | | | $83,258.54 |
| 5/11/2020 | 25 | $17.15 | ($428.63) | | | $82,829.92 |
| 5/11/2020 | -5,000 | | | $17.25 | $86,250.00 | $169,079.92 |
| 5/11/2020 | 3,126 | $16.27 | ($50,860.02) | | | $118,219.90 |
| 5/11/2020 | -3,126 | | | $16.65 | $52,047.90 | $170,267.80 |
| 5/11/2020 | 7,000 | $16.67 | ($116,690.00) | | | $53,577.80 |
| 5/11/2020 | -7,000 | | | $16.51 | $115,570.00 | $169,147.80 |
| 5/11/2020 | 200 | $16.79 | ($3,358.00) | | | $165,789.80 |
| 5/11/2020 | 480 | $16.77 | ($8,049.60) | | | $157,740.20 |
| 5/11/2020 | 4,320 | $16.76 | ($72,401.04) | | | $85,339.16 |
| 5/11/2020 | -5,000 | | | $16.58 | $82,900.50 | $168,239.66 |
| 5/12/2020 | 4,993 | $17.60 | ($87,876.80) | | | $80,362.86 |
| 5/12/2020 | 7 | $17.59 | ($123.13) | | | $80,239.73 |
| 5/12/2020 | -5,000 | | | $17.76 | $88,800.00 | $169,039.73 |
| 5/12/2020 | 5,000 | $17.50 | ($87,499.50) | | | $81,540.23 |
| 5/12/2020 | -5,000 | | | $17.60 | $88,000.00 | $169,540.23 |
| 5/12/2020 | 1,533 | $17.67 | ($27,088.11) | | | $142,452.12 |
| 5/12/2020 | -1,533 | | | $17.53 | $26,865.83 | $169,317.94 |
| 5/12/2020 | 6,250 | $17.17 | ($107,312.50) | | | $62,005.44 |
| 5/12/2020 | 2,413 | $17.50 | ($42,227.02) | | | $19,778.42 |
| 5/12/2020 | -108 | | | $17.17 | $1,854.36 | $21,632.78 |
| 5/12/2020 | -1,140 | | | $17.15 | $19,551.00 | $41,183.78 |
| 5/12/2020 | -5,752 | | | $17.15 | $98,646.80 | $139,830.58 |
| 5/12/2020 | 250 | $17.17 | ($4,291.90) | | | $135,538.68 |

| Date | Qty | Price | Amount | Price | Amount | Balance |
|---|---|---|---|---|---|---|
| 5/12/2020 | 500 | $17.17 | ($8,583.25) | | | $126,955.43 |
| 5/12/2020 | -7,000 | | | $17.26 | $120,820.00 | $247,775.43 |
| 5/12/2020 | 7,000 | $16.50 | ($115,500.00) | | | $132,275.43 |
| 5/12/2020 | -7,000 | | | $16.75 | $117,250.00 | $249,525.43 |
| 5/12/2020 | 800 | $16.88 | ($13,503.04) | | | $236,022.39 |
| 5/12/2020 | 100 | $16.88 | ($1,687.50) | | | $234,334.89 |
| 5/12/2020 | 50 | $16.87 | ($843.50) | | | $233,491.39 |
| 5/12/2020 | 195 | $16.86 | ($3,287.70) | | | $230,203.69 |
| 5/12/2020 | 100 | $16.84 | ($1,684.00) | | | $228,519.69 |
| 5/12/2020 | 3,755 | $16.90 | ($63,459.12) | | | $165,060.57 |
| 5/12/2020 | -5,000 | | | $16.92 | $84,600.50 | $249,661.07 |
| 5/12/2020 | 4,900 | $17.38 | ($85,162.00) | | | $164,499.07 |
| 5/12/2020 | 100 | $17.38 | ($1,738.00) | | | $162,761.07 |
| 5/12/2020 | -1,000 | | | $17.20 | $17,200.00 | $179,961.07 |
| 5/12/2020 | -200 | | | $17.20 | $3,440.00 | $183,401.07 |
| 5/12/2020 | -3,800 | | | $17.18 | $65,284.00 | $248,685.07 |
| 5/12/2020 | 4,587 | $17.50 | ($80,272.04) | | | $168,413.03 |
| 5/13/2020 | 7,000 | $20.48 | ($143,359.30) | | | $25,053.73 |
| 5/13/2020 | -2,480 | | | $20.30 | $50,344.00 | $75,397.73 |
| 5/13/2020 | -4,520 | | | $20.30 | $91,756.00 | $167,153.73 |
| 5/13/2020 | 5,000 | $23.00 | ($115,000.00) | | | $52,153.73 |
| 5/13/2020 | 418 | $23.64 | ($9,881.52) | | | $42,272.21 |
| 5/13/2020 | 82 | $23.63 | ($1,937.66) | | | $40,334.55 |
| 5/13/2020 | 200 | $23.62 | ($4,724.00) | | | $35,610.55 |
| 5/13/2020 | 100 | $23.61 | ($2,361.00) | | | $33,249.55 |
| 5/13/2020 | 2,200 | $23.59 | ($51,898.00) | | | ($18,648.45) |
| 5/13/2020 | -51 | | | $27.34 | $1,394.34 | ($17,254.11) |
| 5/13/2020 | -7,949 | | | $27.33 | $217,246.17 | $199,992.06 |
| 5/13/2020 | 8,000 | $17.75 | ($141,999.20) | | | $57,992.86 |
| 5/13/2020 | -8,000 | | | $18.21 | $145,680.00 | $203,672.86 |
| 5/13/2020 | 10,000 | $18.40 | ($184,000.00) | | | $19,672.86 |
| 5/13/2020 | 2,000 | $18.53 | ($37,060.00) | | | ($17,387.14) |
| 5/13/2020 | -600 | | | $20.00 | $12,000.00 | ($5,387.14) |
| 5/13/2020 | -340 | | | $19.88 | $6,759.20 | $1,372.06 |
| 5/13/2020 | -1 | | | $19.88 | $19.88 | $1,391.94 |
| 5/13/2020 | -700 | | | $19.86 | $13,902.00 | $15,293.94 |
| 5/13/2020 | -500 | | | $19.85 | $9,925.00 | $25,218.94 |
| 5/13/2020 | -9,859 | | | $19.71 | $194,320.89 | $219,539.83 |
| 5/13/2020 | 989 | $19.87 | ($19,651.33) | | | $199,888.50 |
| 5/13/2020 | 4,011 | $19.94 | ($79,979.34) | | | $119,909.16 |
| 5/13/2020 | -5,000 | | | $20.20 | $101,000.00 | $220,909.16 |
| 5/13/2020 | 7,000 | $20.48 | ($143,359.30) | | | $77,549.86 |
| 5/14/2020 | 30 | $29.50 | ($885.00) | | | $76,664.86 |
| 5/14/2020 | 287 | $29.49 | ($8,463.63) | | | $68,201.23 |
| 5/14/2020 | 5,000 | $30.35 | ($151,750.00) | | | ($83,548.77) |
| 5/14/2020 | 1,897 | $27.85 | ($52,831.45) | | | ($136,380.22) |
| 5/14/2020 | -3,425 | | | $28.55 | $97,766.63 | ($38,613.60) |
| 5/14/2020 | -50 | | | $28.52 | $1,426.00 | ($37,187.60) |
| 5/14/2020 | -25 | | | $28.50 | $712.50 | ($36,475.10) |
| 5/14/2020 | -25 | | | $28.50 | $712.54 | ($35,762.56) |
| 5/14/2020 | -3,714 | | | $28.02 | $104,066.28 | $68,303.72 |
| 5/14/2020 | 8,000 | $27.79 | ($222,320.00) | | | ($154,016.28) |

| Date | Shares | Price | Value | Price | Value | Balance |
|---|---|---|---|---|---|---|
| 5/15/2020 | -25 | | | $18.53 | $463.25 | ($153,553.03) |
| 5/15/2020 | -3,348 | | | $18.50 | $61,938.00 | ($91,615.03) |
| 5/15/2020 | -384 | | | $18.12 | $6,958.08 | ($84,656.95) |
| 5/15/2020 | -620 | | | $18.11 | $11,228.20 | ($73,428.75) |
| 5/15/2020 | -539 | | | $18.10 | $9,755.90 | ($63,672.85) |
| 5/15/2020 | 2,000 | $18.60 | ($37,200.00) | | | ($100,872.85) |
| 5/15/2020 | 2,000 | $17.30 | ($34,600.00) | | | ($135,472.85) |
| | | | | | **Subtotal** | ($135,472.85) |
| | | | | | **Retained Share Value** | $78,744.60 |
| | | | | | **Total** | ($56,728.25) |

| Client Name | Tamara Shafer |
|---|---|
| Company Name | Co-Diagnostics, Inc |
| Ticker Symbol | CODX |
| Security Type | Common Stock |
| Class Period Start | 02/25/2020 |
| Class Period End | 05/15/2020 |
| 90-DAY Lookback Period Start | 05/16/2020 |
| 90-DAY Lookback Period End | 08/13/2020 |
| 90-DAY Lookback Average | $19.4000 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($64,737.08) |
| Net Shares Retained | 0.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 2/28/2020 | 1,908 | $19.89 | ($37,950.12) | | | ($37,950.12) |
| 2/28/2020 | 2,092 | $19.89 | ($41,609.88) | | | ($79,560.00) |
| 2/28/2020 | -4,000 | | | $12.00 | $48,000.0000 | ($31,560.00) |
| 3/18/2020 | 1,111 | $11.29 | ($12,543.19) | | | ($44,103.19) |
| 3/27/2020 | -1,111 | | | $9.17 | $10,187.8700 | ($33,915.32) |
| 4/16/2020 | 400 | $11.19 | ($4,476.00) | | | ($38,391.32) |
| 4/16/2020 | 387 | $11.18 | ($4,326.66) | | | ($42,717.98) |
| 4/16/2020 | -100 | | | $11.29 | $1,129.0000 | ($41,588.98) |
| 4/16/2020 | -100 | | | $11.29 | $1,129.0000 | ($40,459.98) |
| 4/16/2020 | -587 | | | $11.29 | $6,627.2300 | ($33,832.75) |
| 4/16/2020 | 677 | $12.95 | ($8,767.15) | | | ($42,599.90) |
| 4/16/2020 | -677 | | | $13.04 | $8,828.0800 | ($33,771.82) |
| 4/16/2020 | 888 | $12.78 | ($11,348.64) | | | ($45,120.46) |
| 4/16/2020 | -725 | | | $13.07 | $9,475.7500 | ($35,644.71) |
| 4/16/2020 | -163 | | | $13.04 | $2,125.5200 | ($33,519.19) |
| 4/16/2020 | 977 | $13.09 | ($12,788.93) | | | ($46,308.12) |
| 4/16/2020 | -977 | | | $13.42 | $13,111.3400 | ($33,196.78) |
| 4/16/2020 | 479 | $12.99 | ($6,222.21) | | | ($39,418.99) |
| 4/16/2020 | 509 | $12.99 | ($6,611.91) | | | ($46,030.90) |
| 4/16/2020 | -988 | | | $13.12 | $12,962.5600 | ($33,068.34) |
| 4/16/2020 | 869 | $13.13 | ($11,409.97) | | | ($44,478.31) |
| 4/16/2020 | 125 | $13.12 | ($1,640.00) | | | ($46,118.31) |
| 4/16/2020 | 5 | $13.11 | ($65.55) | | | ($46,183.86) |
| 4/16/2020 | -999 | | | $13.48 | $13,466.5200 | ($32,717.34) |
| 4/17/2020 | 788 | $14.73 | ($11,607.24) | | | ($44,324.58) |
| 4/17/2020 | 100 | $14.73 | ($1,473.00) | | | ($45,797.58) |
| 4/20/2020 | -888 | | | $15.38 | $13,657.4400 | ($32,140.14) |
| 4/20/2020 | 777 | $15.20 | ($11,810.40) | | | ($43,950.54) |
| 4/20/2020 | -446 | | | $15.20 | $6,779.2000 | ($37,171.34) |
| 4/20/2020 | -331 | | | $15.17 | $5,021.2700 | ($32,150.07) |
| 4/20/2020 | 1,500 | $15.05 | ($22,575.00) | | | ($54,725.07) |
| 4/21/2020 | -1,500 | | | $13.45 | $20,175.0000 | ($34,550.07) |
| 5/13/2020 | 5,777 | $18.35 | ($106,007.95) | | | ($140,558.02) |
| 5/13/2020 | -5,777 | | | $18.35 | $106,007.9500 | ($34,550.07) |
| 5/13/2020 | 2,812 | $24.77 | ($69,653.24) | | | ($104,203.31) |
| 5/13/2020 | 50 | $24.75 | ($1,237.50) | | | ($105,440.81) |
| 5/13/2020 | 251 | $24.74 | ($6,209.74) | | | ($111,650.55) |
| 5/13/2020 | -3,113 | | | $25.25 | $78,603.2500 | ($33,047.30) |
| 5/13/2020 | 1,757 | $27.34 | ($48,036.38) | | | ($81,083.68) |
| 5/13/2020 | 500 | $27.33 | ($13,665.00) | | | ($94,748.68) |
| 5/13/2020 | 1,470 | $27.32 | ($40,160.40) | | | ($134,909.08) |
| 5/13/2020 | 50 | $27.30 | ($1,365.00) | | | ($136,274.08) |

| Date | Shares | Buy Price | Buy Amount | Sale Price | Sale Value | Running |
|---|---|---|---|---|---|---|
| 5/13/2020 | -3,777 | | | $27.61 | $104,282.9700 | ($31,991.11) |
| 5/13/2020 | 4,767 | $28.75 | ($137,051.25) | | | ($169,042.36) |
| 5/14/2020 | 10 | $28.70 | ($287.00) | | | ($169,329.36) |
| 5/14/2020 | -300 | | | $29.55 | $8,865.0000 | ($160,464.36) |
| 5/14/2020 | -50 | | | $29.51 | $1,475.5000 | ($158,988.86) |
| 5/14/2020 | -4,427 | | | $29.34 | $129,888.1800 | ($29,100.68) |
| 5/14/2020 | 4,777 | $30.70 | ($146,653.90) | | | ($175,754.58) |
| 5/14/2020 | -4,777 | | | $29.00 | $138,533.0000 | ($37,221.58) |
| 5/14/2020 | 4,777 | $28.08 | ($134,138.16) | | | ($171,359.74) |
| 5/14/2020 | -4,777 | | | $28.18 | $134,615.8600 | ($36,743.88) |
| 5/14/2020 | 2,188 | $27.78 | ($60,782.64) | | | ($97,526.52) |
| 5/14/2020 | -2,188 | | | $23.95 | $52,402.6000 | ($45,123.92) |
| 5/14/2020 | 2,534 | $25.00 | ($63,350.00) | | | ($108,473.92) |
| 5/18/2020 | -2,534 | | | $17.26* | $43,736.8400 | ($64,737.08) |
| | | | | | **Subtotal** | ($64,737.08) |
| | | | | | **Retained Share Value** | $0.00 |
| | | | | | **Total** | ($64,737.08) |

*Pursuant to 15 U.S.C. § 78u-4(e), loss calculated using greater of sale price and average trading price of shares between corrective date and date of sale.

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $19.40 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Co-Diagnostics, Inc. Loss Chart** — **Class Period: February 25, 2020 through May 15, 2020** | | | | | | | | | | | | |
| Volski, Robert | 2/25/2020 | 800 | ($3.90) | ($3,120.00) | 2/25/2020 | 800 | $4.29 | $3,432.00 | | | | |
| | 2/25/2020 | 100 | ($3.90) | ($390.00) | 2/25/2020 | 100 | $4.28 | $428.00 | | | | |
| | 2/25/2020 | 4,238 | ($3.90) | ($16,528.20) | 2/25/2020 | 4,238 | $4.28 | $18,138.64 | | | | |
| | 2/25/2020 | 30,337 | ($3.90) | ($118,314.30) | 2/25/2020 | 30,337 | $4.27 | $129,538.99 | | | | |
| | 2/27/2020 | 700 | ($17.99) | ($12,593.00) | 2/27/2020 | 700 | $14.29 | $10,003.00 | | | | |
| | 2/27/2020 | 300 | ($17.99) | ($5,397.00) | 2/27/2020 | 300 | $14.25 | $4,275.00 | | | | |
| | 2/27/2020 | 1,000 | ($17.99) | ($17,990.00) | 2/27/2020 | 1,000 | $14.33 | $14,330.00 | | | | |
| | 2/27/2020 | 1,000 | ($17.99) | ($17,990.00) | 2/27/2020 | 1,000 | $14.38 | $14,380.00 | | | | |
| | 2/27/2020 | 1,000 | ($17.99) | ($17,990.00) | 2/27/2020 | 1,000 | $14.40 | $14,400.00 | | | | |
| | 2/27/2020 | 1,000 | ($17.99) | ($17,990.00) | 2/27/2020 | 1,000 | $14.35 | $14,350.00 | | | | |
| | 2/27/2020 | 830 | ($17.99) | ($14,931.70) | 2/27/2020 | 830 | $14.43 | $11,976.90 | | | | |
| | 2/27/2020 | 400 | ($17.99) | ($7,196.00) | 2/28/2020 | 1,033 | $16.12 | $16,651.96 | | | | |
| | 2/27/2020 | 1,193 | ($17.99) | ($21,462.07) | 2/28/2020 | 45 | $16.75 | $753.75 | | | | |
| | 2/27/2020 | 3,200 | ($17.99) | ($57,568.00) | 2/28/2020 | 300 | $16.59 | $4,977.00 | | | | |
| | 2/27/2020 | 70 | ($17.99) | ($1,259.30) | 2/28/2020 | 200 | $16.74 | $3,348.00 | | | | |
| | 2/28/2020 | 1,033 | ($21.74) | ($22,457.42) | 2/28/2020 | 350 | $16.74 | $5,859.00 | | | | |
| | 2/28/2020 | 45 | ($21.74) | ($978.30) | 2/28/2020 | 8 | $16.71 | $133.68 | | | | |
| | 2/28/2020 | 300 | ($21.74) | ($6,522.00) | 3/10/2020 | 400 | $7.37 | $2,948.00 | | | | |
| | 2/28/2020 | 200 | ($21.74) | ($4,348.00) | 3/10/2020 | 1,193 | $7.36 | $8,780.48 | | | | |
| | 2/28/2020 | 350 | ($21.74) | ($7,609.00) | 3/10/2020 | 3,200 | $7.35 | $23,520.00 | | | | |
| | 2/28/2020 | 8 | ($21.74) | ($173.92) | 3/10/2020 | 70 | $7.34 | $513.80 | | | | |
| | 2/28/2020 | 6,552 | ($21.74) | ($142,440.48) | 3/10/2020 | 6,552 | $6.93 | $45,405.36 | | | | |
| | 3/27/2020 | 2,631 | ($9.15) | ($24,073.65) | 3/30/2020 | 2,631 | $8.66 | $22,784.46 | | | | |
| | | 57,287 | | ($539,322.34) | | 57,287 | | $370,928.02 | | | ($168,394.32) | |