# Exhibit 3

**JOINT DECLARATION IN SUPPORT OF THE
MOTION OF THE CO-DIAGNOSTICS INVESTOR GROUP
FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    We, Hal Ulucan, Tamara Shafer, and Robert Volski (collectively, the "Co-Diagnostics Investor Group") respectfully submit this Joint Declaration in support of our Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Joint Declaration").  We each have personal knowledge about the information contained in this Joint Declaration as to ourselves.

2.    We are each informed of and understand the requirements of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA").  We understand that each of us could have chosen to pursue individual actions, individual motions for appointment as lead plaintiff, or taken no action and remained absent class members.  However, we have decided to move for lead plaintiff in this case jointly because we believe combining our collective resources and knowledge will best serve the Class.[1]

3.    I, Hal Ulucan, as reflected in my Certification, purchased Co-Diagnostics securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action.[2]  I am motivated to recover this loss for my own benefit and the benefit of all members of the Class.  I reside in Myrtle Beach, South Carolina.  I have a Bachelor's of Arts Degree in Hotel Management.  I am currently retired.  I have approximately

---

[1] The "Class" consists of Co-Diagnostics, Inc. ("Co-Diagnostics" or the "Company") investors, who purchased or otherwise acquired Co-Diagnostics securities between February 25, 2020 and May 15, 2020, both dates inclusive (the "Class Period").

[2] The "Action" includes the two related actions filed in the United States District Court for the District of Utah.

two years of investing experience.  I decided to seek appointment as lead plaintiff with Tamara

Shafer and Robert Volski after learning of their motivation to recover on behalf of investors and

that we were each in discussions with our counsel to pursue claims on behalf of the Class.

4.      I, Tamara Shafer, as reflected in my Certification, purchased Co-Diagnostics

securities during the Class Period and suffered a substantial loss as a result of the violations of the

federal securities laws alleged in this Action.  I am motivated to recover this loss for my own

benefit and the benefit of all members of the Class.  I am a sophisticated investor with

approximately ten years of investing experience.  I have a bachelor's degree in Business and am

employed as a Corporate Secretary and Real Estate Investor/Property Manager.  I currently reside

in Provo, Utah.  I decided to seek appointment as lead plaintiff with Hal Ulucan and Robert Volski

after learning of their motivation to recover on behalf of investors and that we were each in

discussions with our counsel to pursue claims on behalf of the Class.

5.      I, Robert Volski, as reflected in my Certification, purchased Co-Diagnostics

securities during the Class Period and suffered a substantial loss as a result of the violations of the

federal securities laws alleged in this Action.  I am motivated to recover this loss for my

own benefit and the benefit of all members of the Class.  I reside in Florida. I have a bachelor's

degree and I am a Physical Therapist.  I have two certifications in Manual Therapy and

cranial/facial therapy.  I have approximately ten years of investing experience.  I decided to seek

appointment as lead plaintiff with Hal Ulucan and Tamara Shafer after learning of their

motivation to recover on behalf of investors and that we were each in discussions with our

counsel to pursue claims on behalf of the Class.

6.      On June 15, 2020, Gelt Trading, Ltd. filed a putative class action in this District,

on behalf of all purchasers of Co-Diagnostics securities between February 25, 2020 and May 15,

2020, inclusive (the "*Gelt Trading* Action"). The *Gelt Trading* Action seeks relief against Co-Diagnostics and certain of its officers and directors for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder by the U.S. Securities and Exchange Commission.

7. On July 2, 2020, Fernando Hernandez commenced a nearly identical action in this District, on behalf of all purchasers of Co-Diagnostics securities during the Class Period, asserting the same claims against the same defendants as the *Gelt Trading* Action.

8. We believe that we will provide exemplary representation to the Class of investors who purchased Co-Diagnostics securities during the Class Period. After discussing the allegations against Co-Diagnostics, the procedural background of the Action, the process of appointing a lead plaintiff in cases such as this, and attorneys' fees, we learned of each other's existence and similar willingness to litigate the claims of the Class.

9. We are like-minded investors who contacted and retained Bragar Eagel & Squire, P.C. ("BES") and The Rosen Law Firm, P.A. ("Rosen") to represent us in the Action as Co-Lead Counsel. We believe that the allegations against Co-Diagnostics are meritorious and that the Class will benefit from having a small, cohesive group of highly motivated investors with substantial financial interests at stake as lead plaintiff. We feel that our combined efforts and knowledge will better represent the Class as a whole, which is likely made up of the same composition. We each decided to work together in order to collaborate and exercise joint decision-making as a small group of investors. We agree to work collaboratively to represent all Co-Diagnostics shareholders who suffered damages during the Class Period and to ensure that the Class achieves the largest recovery possible.

10.     We each understand that, if appointed, we would owe a fiduciary duty to the Class to provide effective representation and to ensure that Co-Lead Counsel effectively litigates the Action. Each of us understands that if we are appointed as lead plaintiff, we will owe a duty to the putative Class to provide fair and adequate representation, oversee counsel, and obtain the largest possible recovery against all culpable parties consistent with good faith and vigorous advocacy. Each of us will do our best to maximize the recovery for the Class.

11.     If appointed as lead plaintiff, we agree to actively manage the prosecution of the Action including reviewing documents, having joint calls, discussing through email any developments, participating in discovery, and exercising joint decision-making to execute a strategy to maximize the recovery of the entire Class. We are confident in our ability to reach joint decisions regarding litigation matters and will use consensus decision making to maximize the recovery for the Class. We agree that we will share our perspectives, experiences, and resources and will remain actively involved to ensure the Class is afforded the highest degree of representation.

12.     We select BES and Rosen to serve as Co-Lead Counsel on behalf of the Class and believe BES and Rosen have the experience and ability to effectively and expeditiously bring the Action to a close and achieve a strong recovery on behalf of the Class. We are familiar with the experience, resources, and successes of our proposed Co-Lead Counsel, BES and Rosen. We are well aware that BES and Rosen are accomplished law firms with histories of achieving significant settlements and corporate governance reforms with defendants. Indeed, we believe that the firms' prior experience of effectively litigating complex class action lawsuits will provide comfort that the proposed Class will receive the best possible representation. We also believe that BES and Rosen will vigorously prosecute this Action in a cost-effective manner and in the best interests of

4

all members of the putative Class.

13. It is our goal to resolve this Action in an expeditious manner that is fair to all members of the Class. Through supervision of our chosen counsel, BES and Rosen, we will ensure that the Action is prosecuted for the benefit of the Class in an efficient and effective manner. In that regard, we will direct BES and Rosen to prosecute the Action in such a way to achieve a fair result for all members of the Class.

14. We have implemented communication procedures to ensure that we can quickly communicate and make decisions on short notice. We understand that we may call for a meeting or conference call at any time, including on an emergency basis if necessary. We understand that meetings, conference calls, and communications may be conducted without counsel. We agree to contact one another when necessary to facilitate the best interests of the Class and to prosecute this Action. We do not foresee any problems communicating with one another or staying abreast of the progress of the litigation.

15. We have also directed counsel to keep us informed of any developments in the Action—including any developments in the lead plaintiff proceedings. To this end, we will continue to direct Co-Lead Counsel and oversee the prosecution of this Action for the benefit of the Class by reviewing pleadings, orders, and motion papers and conferring amongst ourselves. Further, we agreed that we will make ourselves available to personally travel for any appearances, depositions, settlement hearings, and other necessary meetings to facilitate the prosecution of this Action.

16. We, the Co-Diagnostics Investor Group, hereby reaffirm our commitment to satisfying the fiduciary duties that we will owe to the Class if appointed as Lead Plaintiff, including conferring with counsel regarding litigation strategy, attending court proceedings and depositions,

5

if necessary, and reviewing documents, pleadings, and motions in this Action.  Our main goal is obtaining the largest recovery possible for the Class.

I, Hal Ulucan, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 14 day of August, 2020.

*hal ulucan*
<span style="font-size:small">hal ulucan (Aug 14, 2020 13:19 EDT)</span>

Hal Ulucan

I, Tamara Shafer, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this __14__ day of August, 2020.

*Tamara Shafer*
Tamara Shafer (Aug 14, 2020 09:17 MDT)

Tamara Shafer

I, Robert Volski, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that

the foregoing is true and correct.

8/17/2020

Executed this ___ day of August, 2020.

DocuSigned by:

*Robert Volski*

E729CF7D5E344BB...

Robert Volski