# Exhibit 4

# Securities Class Action Lawsuit Filed Against COVID-19 test maker, Co-Diagnostics, Inc. by Marcus Neiman Rashbaum & Pineiro, LLP, Smith Washburn, LLP, and Fasano Law Firm, PLLC

Investors that purchased Co-Diagnostics, Inc. securities between February 25 - May 15, 2020 can visit www.codxclassaction.com for more information on the class action.

---

NEWS PROVIDED BY
**Fasano Law Firm, PLLC →**
Jun 18, 2020, 11:16 ET

---

SALT LAKE CITY, June 18, 2020 /PRNewswire/ -- Marcus Neiman Rashbaum & Pineiro, LLP, Smith Washburn, LLP, and Fasano Law Firm, PLLC announce they have filed a class action lawsuit (Case 2:20-cv-00368-CMR) in the United States District Court, District of Utah, Central Division on behalf of purchasers of the securities of Co-Diagnostics, Inc. (NASDAQ: CODX) between February 25, 2020 and May 15, 2020, inclusive  (the "Class Period").

The lawsuit seeks to recover damages for Co-Diagnostics, Inc. investors under the federal securities laws.  The complaint alleges that Defendants made continual, knowing and willful misstatements about their main product, a COVID-19 diagnostic test, to pump up the price of Co-Diagnostics, Inc.'s stock while the officers and directors exercised low priced options and dumped their stock into the market, in violation of Section 10(b) of the Exchange Act and Rule 10b-5 as well as Section 20(a) of the Exchange Act. The claim goes on to say that the fraudulent misstatements made by Defendants caused investors to lose millions of dollars.

A class action lawsuit has already been filed. Those interested in serving as a lead plaintiff must move the Court no later than August 17, 2020. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. More information can be found at www.codxclassaction.com.  Those wishing to discuss their rights or interests regarding this class action can contact Michael Pineiro, Esq. of Marcus Neiman Rashbaum & Pineiro, LLP, at (305) 400-4260 or via e-mail at info@mnrlawfirm.com or mpineiro@mnrlawfirm.com.

No class has yet been certified in the above action.  Until a class is certified, you are not represented by counsel unless you retain one.  You may retain counsel of your choice.  You may also remain an absent class member and do nothing at this point.  An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

For more information about the Fasano Law Firm, PLLC please visit: www.fasanolawfirm.com

For more information about Marcus Neiman Rashbaum & Pinero, LLP please visit: http://www.mnrlawfirm.com.

For more information about Smith, Washburn, LLP please visit: www.smithwashburn.com

SOURCE Fasano Law Firm, PLLC

Related Links

https://www.fasanolawfirm.com