# Exhibit 7

LAW OFFICES OF
# JAMES DODGE RUSSELL & STEPHENS, P.C.
A PROFESSIONAL CORPORATION
*www.jdrslaw.com*
10 WEST BROADWAY, SUITE 400
SALT LAKE CITY, UTAH 84101
TELEPHONE: (801) 363-6363
FACSIMILE:  (801) 363-6666

James Dodge Russell & Stephens, P.C. lawyers offer the capability to represent clients in all types of complex commercial, administrative, class actions, and other forms of litigation from both a plaintiff's and defendant's perspective.

The firm's lawyers are regularly retained in matters involving complicated economic and factual issues, multiple counsel, multiple parties, intense discovery and discovery problems, and substantive issues requiring superior legal scholarship. The lawyers of James Dodge Russell & Stephens, P.C. litigate in federal and state courts throughout the country and in various arbitration and administrative forums. The firm has won significant jury verdicts in both defense and plaintiff cases. The National Law Journal has featured the firm in its listing of the largest and most significant defense verdicts in the United States, for the firm's successful defense in a complex securities fraud class action lawsuit. In 2010, the firm obtained one of the largest jury verdicts in the history of the state of Utah.

The firm was founded on the belief that clients demand excellent legal work for a competitive fee that larger firms often cannot provide. It remains our belief that these goals are not mutually exclusive, but that they can be achieved by exceptional and efficient lawyers. The firm offers its clients the experience, capability, precision, and attention to detail of a large law firm but continues to preserve personalized attention, a collegial atmosphere, and a cost efficient approach to the practice of law.

Representative firm clients have included: 21st Century Fox; Lutron Electronics Co., Inc.; Swire Pacific Holdings, Inc. (an "Anchor Bottler" of The Coca-Cola Company); Pfizer, Inc.; Sprint Solutions, Inc.; First American Title Company; Plains Marketing, L.P.; Tyco International (various subsidiaries); Grant Thornton LLP; SCO Group, Inc.; Convergys Customer Management Group, Inc.; Cytec, Inc.; Symantec, Inc.; American Pacific Corporation; Chevron Texaco; IHC Hospitals, Inc.; ATK Thiokol Propulsion; Apple; numerous local and national industrial entities; and a variety of small and startup businesses in Utah and neighboring states.

James Dodge Russell & Stephens, P.C. maintains the highest levels of academic and practical experience. The firm and many of its lawyers have received an "a.v." rating, the highest possible rating for competence and ethics from Martindale-Hubbell. The firm's attorneys include:

**MARK F. JAMES**
Member of the Utah Bar. Preparatory education: Utah State University (B.A., magna cum laude, 1984; M.B.A. 1985). Legal education: J. Reuben Clark Law School, Brigham Young University (J.D., magna cum laude, 1988); The Order of the Coif; Articles Editor, Brigham Young University Law Review.  Certified Public Accountant (Utah 1984).  Memberships: Former President, Vice-President, and Secretary-Treasurer and Master of the Bench, American Inns of Court. Recognized annually as one of Utah's "Legal Elite," as published in *Utah Business Magazine*. Included as one of the *Mountain States Super Lawyers* (TM) for 2007 - present, an honor given to only the top 5% of attorneys practicing in the Mountain States. Recognized on multiple occasions as one of the top

75 lawyers in the intermountain area by *Mountain States Super Lawyers*. Language: Spanish. Martindale-Hubbell a.v. rated. Admitted to practice before the United States Supreme Court, the 10th Circuit Court of Appeals, and various other courts.

**GARY A. DODGE**
Member of the Utah Bar; Member of the bar of the Supreme Court of the United States. Preparatory education: Brigham Young University (B.S., magna cum laude, 1976). Legal Education: J. Reuben Clark Law School, Brigham Young University (J.D., magna cum laude, 1979); Note & Comment Editor, Brigham Young University Law Review. Law Clerk to Judge Monroe G. McKay, U.S. Court of Appeals for the Tenth Circuit. Martindale-Hubbell a.v. rated. Admitted to practice before the United States Supreme Court, the 10th Circuit Court of Appeals, and various other courts.

**PHILLIP J. RUSSELL**
Member of the Utah Bar. Preparatory education: University of Indianapolis (B.A., summa cum laude, 2000). Legal Education: S. J. Quinney College of Law, University of Utah (J.D. 2004); The Order of the Coif; Executive Editor, The University of Utah Law Review.

**MITCHELL A. STEPHENS**
Member of the Utah Bar. Preparatory education: Utah Valley University (B.S., magna cum laude, 2004). Legal education: S.J. Quinney College of Law, University of Utah (J.D. 2007, Highest Honors); The Order of the Coif; Associate Editor, The University of Utah Law Review. Law Clerk to Carolyn B. McHugh, Utah Court of Appeals. Admitted to practice before the United States Supreme Court, the 10th Circuit Court of Appeals, and various other courts.

**LARA A. SWENSON**
Member of the Utah State Bar. Preparatory Education: Dartmouth College (B.A. cum laude). Legal education: University of Chicago Law School. Previous managing director of Wasatch Economics, a litigation and damages consulting firm. Lara is co-author of a treatise on intellectual property damages and has taught seminars and published several articles on damages analysis and expert witness's role in complex civil litigation.

**JUSTIN LYNN JAMES**
Member of the Utah State Bar. Preparatory education: Brigham Young University (B.S., Finance, 2011). Legal education: S.J. Quinney College of Law, University of Utah (J.D. 2014). Admitted to practice before the United States Supreme Court, the 10th Circuit Court of Appeals, and various other courts.

**MONTANA L. MARTINEZ**
Member of the Utah State Bar. Preparatory education: University of Utah (B.S., Political Science, 2015). Legal education: The George Washington University Law School (J.D. 2019, Thurgood Marshall Scholar).

**JORDAN M. PATE**
Member of the New York State Bar; admission pending in Utah. Preparatory education: Illinois Wesleyan University (B.A. Philosophy/Mathematics, 2010). Legal education: New York University School of Law (J.D. 2016). Before joining James Dodge Russell & Stephens, Jordan worked in the New York and Paris offices of Hughes Hubbard & Reed, LLP.