Brent R. Baker # 05247
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Email: bbaker@parsonsbehle.com
Ph: (801) 532-1234
Fax: (801) 536-6111

ecf@parsonsbehle.com

Richard W. Gonnello (*pro hac vice* forthcoming)
Katherine Lenahan (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Email: rgonnello@faruqilaw.com
Email: klenahan@faruqilaw.com
Ph: (212) 983-9330
Fax: (212) 983-9331

*Attorneys for [Proposed] Lead Plaintiff Tejeswar Tadi*

**UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br>   Plaintiff,<br><br>v.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSEN, BRENT SATTERFIELD,<br><br>   Defendants. | Case No. 2:20-cv-00368-CMR<br><br>CLASS ACTION<br><br>Magistrate Judge Cecilia M. Romero |

*[Caption continues on next page]*

| | |
|---|---|
| FERNANDO HERNANDEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>                                   Plaintiff,<br><br>                    v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, and BRENT SATTERFIELD, | Case No. 2:20-cv-00481-JNP-JCB<br><br><br>District Judge Jill N. Parrish<br>Magistrate Judge Jared C. Bennett |

**DECLARATION OF BRENT R. BAKER IN SUPPORT OF TEJESWAR TADI'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL AND LIAISON COUNSEL**

I, Brent R. Baker, declare as follows:

1.    I am a member in good standing of the bar of the State of Utah and am admitted in this Court.  I am a shareholder in the law firm of Parsons Behle & Latimer.  I submit this declaration in support of the motion filed by Tejeswar Tadi ("Tadi") for (1) appointment of Tadi as Lead Plaintiff; and (2) approval of Tadi's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class and Parsons Behle & Latimer to serve as Liaison Counsel for the Class.

2.    Attached as Exhibits A through D are true and correct copies of the following documents:

Exhibit A:    Notice of Pendency of Action

Exhibit B:    Tadi's PSLRA Certification

Exhibit C:    Firm Resume of Faruqi & Faruqi, LLP

Exhibit D:    Firm Resume of Parsons Behle & Latimer

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of August, 2020 at Salt Lake City, Utah.

*/s/ Brent R. Baker*
Brent R. Baker

1

2

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served through the Court's CM/ECF Notification System, this 17th day of August 2020, on all counsel of record.


*/s/ Brent R. Baker*
Brent R. Baker

2

**EXHIBITS**

| | |
|---|---|
| Exhibit A | Notice of Pendency of Action |
| Exhibit B | Tadi's PSLRA Certification |
| Exhibit C | Firm Resume of Faruqi & Faruqi, LLP |
| Exhibit D | Firm Resume of Parsons Behle & Latimer |