# EXHIBIT D

PBL\99999.999\4847-8455-6488v1-8/17/20

**P A R S O N S   B E H L E   &   L A T I M E R**



## FIRM PROFILE

**National Expertise.
Regional Law Firm.**

**parsonsbehle.com**

Parsons Behle & Latimer was founded in 1882 and is one of the oldest and best-known firms in the Intermountain Region. Our first clients were mining companies, one of the industries that helped fuel the growth of the West. Over time, our reputation and client base have grown with the dynamic Intermountain Region.

Today, our Firm offers a complete range of legal services to all types of industries. In addition to our Firm's unique expertise in the natural resources industry, we have forged relationships with multi-billion dollar corporations, high-tech industries of every type, financial organizations, public utility companies, renewable energy companies, start-ups, state, local and federal agencies, and individuals.

## MISSION

Parsons Behle & Latimer's purpose is to provide a broad spectrum of superior quality legal services in industries and practice areas required by its clients in a prompt, efficient and cost effective manner.

## CORE VALUES

- Client Service
- Professional Excellence
- Integrity
- Ethics & Professionalism
- Collegiality
- Community Service
- Innovation
- Depth of Knowledge

## GOALS

- Commitment to recruit, hire, mentor and retain a diverse and inclusive workforce of highly-talented lawyers and professional staff
- Continued focus on providing excellent client service
- Strategic growth through lateral acquisition and new market expansion
- Align business development strategies in all markets
- Drive profitability through increased productivity and fiscal responsibility
- Utilize technology and innovation to drive efficiencies, pricing predictability, reduce costs and add increased value to our clients

## ORGANIZATION / GOVERNANCE

Parsons Behle & Latimer is structured as a professional law corporation. The Firm's Board of Directors serves as its governing body. Our Board of Directors consists of five members, who are elected annually by shareholders of the Firm. The Directors also serve as our Firm's officers and elect the Chairman of the Board and President annually.



**Hal J. Pos**
President and CEO

# PARSONS BEHLE & LATIMER

## KEY INDUSTRIES AND PRACTICE AREAS

- Agriculture
- Antitrust & Competition
- Banking & Financial Services
- Construction
- Corporate Restructuring & Chapter 11 Bankruptcy
- Corporate Transactions & Securities
- Cybersecurity & Data Privacy
- Dental

- Divorce & Family
- Employment & Labor
- Energy & Utilities
- Environmental & Natural Resources
- Estate Planning
- Government Relations & Lobbying
- Healthcare
- Intellectual Property

- Litigation, Trials & Appeals
- Mining
- Oil & Gas
- Real Estate
- Renewable Energy
- Resorts & Recreation
- Government Enforcement, Securities & White-Collar Defense
- Tax
- Technology

## RECOGNITION

**CHAMBERS** AND PARTNERS

**28** Attorneys ranked

**Band 1**
Environment, Natural Resources & Gen. Commerical Litigation

**Best Lawyers®**

**48** Attorneys listed

**Super Lawyers®**

**39** Attorneys listed

AV® PREEMINENT™ Martindale-Hubbell® Lawyer Ratings

**57** Attorneys rated

## MEMBERSHIPS

 

## OFFICES

**Salt Lake City, Utah (Headquarters)**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
phone:  801.532.1234

**Boise, Idaho**
800 West Main Street, Suite 1300
Boise, Idaho 83702
phone:  208.562.4900

**Idaho Falls, Idaho**
350 Memorial Drive, Suite 300
Idaho Falls, Idaho 83402
phone:  208.522.6700

**Lehi, Utah**
2901 Ashton Boulevard, Suite 210
Lehi, Utah 84043
phone:  801.532.1234

**Missoula, Montana**
110 East Broadway, Suite 206
Missoula, Montana 59802
phone:  406.333.0520

**Reno, Nevada**
50 West Liberty Street, Suite 750
Reno, Nevada 89501
phone:  775.323.1601



**P A R S O N S   B E H L E   &   L A T I M E R**

# LITIGATION, TRIALS & APPEALS

### National Expertise.
### Regional Law Firm.

**parsonsbehle.com**

Parsons Behle & Latimer's Litigation, Trials & Appeals practice group is one of the broadest and deepest in the Intermountain West region. Our goal is to find the right solution for our clients given their unique businesses and the specific litigation matters facing them. Sometimes that means advice and negotiation to resolve issues before litigation ensues, while at other times it means full-on litigation through trial and appeal based on a carefully planned and cohesive strategy.

Our litigators provide an exceptional level of dispute resolution experience – including state and federal trials, arbitration, mediation, administrative hearings, and appeals. We also have extensive knowledge and proficiency in a range of specific practice areas, such as securities, real estate, intellectual property, product liability, and bankruptcy. All of this combines to ensure that you receive the best possible results to your litigation problem.

## APPEALS

Successfully challenging or defending a trial court's decision on appeal requires an attorney with appellate experience, and Parsons Behle & Latimer's Appellate practice group offers that experience. We have brought and defended appeals across the country, including appeals involving intellectual property in front of the Federal Circuit; appeals involving administrative law in front of the D.C. Circuit; and appeals involving a variety of areas in the Fifth, Sixth, Ninth, and Tenth Circuits, as well as the Utah Court of Appeals and the Utah Supreme Court.

With this extensive experience, we have come to recognize that appellate courts play by different rules, have different expectations, and constitute an entirely different audience than their trial court counterparts. When we become your appellate team, you can be confident that we know those rules, we exceed those expectations, and we understand how to please that audience. In addition to providing top-notch assistance on appeal, we can play a valuable role during trial,

helping trial counsel preserve critical arguments and establish an appeal-friendly record.

As an example of our experience, one of our appellate group practice members convinced the Utah Supreme Court to side with her client on a difficult issue involving real property, while two other members persuaded the Tenth Circuit to affirm the district court's dismissal of a case as a discovery sanction. See *Lee v. Max, Int'l v. LLC*, 638 F.3d 1318 (10th Cir. 2011). We have achieved similar success in almost every appellate court in the nation.

## BUSINESS & COMMERCIAL LITIGATION

The seasoned trial attorneys at Parsons Behle & Latimer assist clients with resolving a broad range of business disputes. Our experience provides clients with an advantage in analyzing claims and defenses and then determining a strategy that will achieve the best results.

Clients turn to us when they have lawsuits that require expertise in complex litigation. We work closely with clients to understand their business, assess potential risks, and provide practical and common-sense advice.

## ESTATE LITIGATION

Unfortunately, the process of administering an estate is not always a smooth one. Truly effectively legal representation takes into account both legal interests, as well as the lifelong relationships that may be at stake. Parsons Behle & Latimer believes in beginning any matter with learning the full extent of the client's goals. We offer a complete range of services in the areas of trust, estate, probate and fiduciary litigation. Our firm is also experienced in alternative dispute resolution to probate, guardianship and trust matters. Whether informal negotiation or formal litigation is needed, Parsons Behle & Latimer can assist you through the process.



# PARSONS BEHLE & LATIMER

Our attorneys have helped hundreds of clients establish estate plans to accommodate complex family issues. In those situations where litigation becomes necessary, we have attorneys experienced to handle such litigation. Examples include:

- Will contests;
- Inheritance disputes;
- Trust disputes;
- Guardian and conservatorship actions;
- Claims against fiduciaries; and more.

Complex and high-dollar estate disputes often involve ancillary areas of law, such as tax, real estate and business succession. Parsons Behle & Latimer has the resources of our other well-qualified firm lawyers to assist with these issues. Whatever your issue may be, we invite you to contact us and learn more about your estate litigation practice.

## FRAUD & ABUSE, INVESTIGATIONS & AUDITS

Healthcare practitioners are increasingly subject to audits by state and federal agencies as well as private insurance companies. Even professionals who fastidiously manage the reimbursement aspects of their practice face challenges to billings; demands for repayment; and, in some cases, civil sanctions and fines. When faced with audits, it's no less important to have counsel from attorneys who understand medical billing practices, coding, administrative laws, and appeal processes.

The attorneys at Parsons Behle & Latimer represent and defend health care providers in Medicare, Medicaid, and private insurer audits, investigations, whistleblower lawsuits, and prosecutions. Our attorneys possess the experience, knowledge, and judgment to assist providers at the earliest phase of an audit in order to develop clear responses and to map out factual and legal defenses to after-the-fact challenges from private and public payors. Additionally, we have an experienced network of medical coding and billing experts, as well as statistical experts, that assist us in complex fraud and abuse cases.

## INSURANCE

Parsons Behle & Latimer's Insurance practice group represents individual and corporate insureds, insurance companies, benefit management companies, and related entities in a host of insurance-related matters. Additionally, we teach insurance law at law schools and publish extensively in the field.

For more than a century, Parsons has represented mining and utility clients in coverage matters, such as pollution claims, mining disasters, and failures of power generation equipment. We further assist clients, large and small, in obtaining recoveries on product liability, environmental, mass tort, construction defect, and other catastrophic and business loses, and we have also represented insurance companies in coverage disputes and in mass-tort bankruptcy cases.

Our attorneys are well-versed in and practice in the fields of:

- **Annuities**. We have advised insurers on complicated and technical compliance issues with Utah laws and regulations governing annuity products.

- **Complex Liability Coverage Issues**. We have litigated and advised on coverage issues under the CGL and other liability policies for many years. We have represented insureds in a number of claims involving industrial accidents, construction defects, and long-tail pollution issues; have extensive expertise in dedicated pollution coverage policies; and have represented insurers under large "wrap-up" insurance policies for major construction projects and many other large claims.

- **First-Party Claims**. In addition to counseling on third-party (liability) claims, we also advise clients concerning recoveries under first-party policies, and, working with our clients' first-party carriers, have assisted in subrogation actions.

- **Rehabilitation and insolvency**. We have provided advice to potential lenders to insurers concerning the mechanics of insurer rehabilitation laws and the workings of guaranty funds. We also have deep experience with the Utah Life & Health Insurance Guaranty Association.

PARSONS BEHLE & LATIMER

**P A R S O N S   B E H L E   &   L A T I M E R**

- **General Regulatory Work**. Insurance is one of the most highly-regulated disciplines. We have advised insurers, and those with an interest in doing business with insurers, on a wide variety of topics, including regulation of insurer borrowing. We keep abreast of proposals and publications issued by the National Association of Insurance Commissioners concerning regulatory issues.

- **ERISA**. In addition to our firm's general ERISA practice, our attorneys have advised clients concerning the special issues that arise under ERISA in connection with life insurance and accidental death insurance issued in connection with ERISA-covered plans.

- **D&O Coverage**. New D&O coverage issues arise almost every day. Our attorneys have a thorough knowledge of this coverage and have been instrumental in assisting clients in obtaining defense and liability payments under the various "sides" of D&O policies.

- **Insurance Legislation**. We have advised clients and assisted in drafting proposed legislation in Utah on insurance issues, and have appeared before legislative committees to discuss and explain proposed legislation.

- **Manuscripting**. We have assisted several large clients with negotiating and drafting policies to meet unique insurance needs left unaddressed by standard ISO forms.

- **Reinsurance & Coinsurance**. Our attorneys have represented life insurer cedents in the negotiation and drafting of coinsurance agreements and trusts, and other cedents with reinsurance transactions, and are closely familiar with the statutes and regulations, both in Utah and elsewhere, governing the requirements and performance of the reinsurance/coinsurance relationship.

## INTELLECTUAL PROPERTY LITIGATION

Parsons Behle & Latimer's Intellectual Property Litigation practice group is notable for its comprehensiveness and the depth of experience of its attorneys. Our intellectual property litigators have defended and prosecuted patent infringement claims for clients in wide variety of fields, including simple and complex mechanical devices, electrical and computer devices, software, microbiology, biomedical and surgical devices and procedures, and e-commerce, among others. Our attorneys routinely handle every aspect of cases in proceedings at the trial court. They have also represented many clients in appeals before the Federal Circuit Court of Appeals over the last 25 years. The firm's intellectual property litigators provide practical real-world experience and technical expertise.

Our practice also goes well beyond patent infringement litigation. Our attorneys have extensive experience litigating other intellectual property claims, including misappropriation of trade secrets, trademarks, and copyright cases.

## MEDIA & FIRST AMENDMENT

The media and first amendment attorneys at Parsons Behle & Latimer offer clients a wide variety of specialized legal services that range from general business advice, licensing, government access and freedom of information, and claims involving defamation and privacy issues. Our media and first amendment attorneys also work closely with the other attorneys at the firm to address legal issues such as regulating online businesses, litigating infringement claims, media relations, crisis management, and advising companies on social media policies and practices.

## MEDIATION

Parsons Behle & Latimer has an extensive range of settlement and mediation experience, including representing a variety of Utah companies, assisting families touched by unnecessary tragedy, representing or monitoring insurance carriers' interests in high-stakes litigation, and representing multinational corporations in complex matters. Experience such as this allows us to assist clients and counsel seeking to resolve difficult and complex disputes in a more timely and affordable manner.

Mediation provides a mechanism to not only resolve disputes, but clear a path that allows for more effective and positive use of time and resources. Our experience gives us the ability to quickly grasp arguments, assess risks, evaluate positions, avoid bottlenecks in negotiations, and seek potential



# PARSONS BEHLE & LATIMER

win/win solutions thereby providing litigants and their counsel with an effective and affordable tool for resolving disputes and reducing risks.

Mediation requires work, effort, compromise, pragmatism, trust and candor. With our deep litigation and negotiation experience, from both a plaintiff and defendant's perspective, as well as our interactive approach to dispute resolution, we strive to be of assistance in mediations involving, but not limited to the following areas:

- Commercial Litigation
- Insurance Claims
- Intellectual Property
- Medical Malpractice
- Personal Injury
- Product Liability

## MORTGAGE SERVICING LAW

Our financial services attorneys advise and protect lenders, mortgage servicers, and related financial entities. Consumer finance laws are changing at a rapid pace and our attorneys have a deep understanding and expertise of federal, state, local, and regulatory law, and are educated and skillful in advising our consumer finance clients both large and small.

With a skilled team of paralegals and attorneys working in this area of law, we have significant expertise and depth. We have handled thousands of matters on behalf of mortgage servicers, banks, and credit unions.

Attorneys from our team are experienced in consumer and commercial mortgage servicing, loan origination issues, foreclosures, loan and lease transactions, and defense of claims by both commercial and consumer borrowers. We work in state, federal, bankruptcy, and appellate courts.

Our attorneys can assist clients in the following areas:

- lender liability defense
- managing and supervising outside firms
- lien priority disputes
- documenting mortgage loans

- complex judicial and non-judicial foreclosures
- mortgage repurchases
- evictions
- RESPA
- TILA defense
- licensing
- UCC litigation

## PLAINTIFFS PERSONAL INJURY

Parsons Behle & Latimer is one of the largest law firms in the United States representing individuals or families who have been injured as the result of the negligence or wrongdoing of others. This area of the law is called "personal injury" and the damages can occur as a result of a motor vehicle or truck collision, the sale and use of a defective product or the wrongdoing of a healthcare provider. Attorneys at Parsons Behle & Latimer have recovered some of the largest personal injury settlements and verdicts in the United States on behalf of their clients. These achievements are the direct result of intensive case investigation and preparation, skilled pre-trial practice and the use of the latest trial techniques and technology, at the same time responsibly and ethically representing some of the most vulnerable individuals in our society. For the past half century, the firm has been privileged to successfully represent innocent individuals and families faced with extraordinary and catastrophic circumstances.

There is a specific category of personal injury cases that involve what is known as "wrongful death." A wrongful death case can be the result of negligence by a wrongdoer which ultimately results in the death of a family member or loved one. In these cases, damages include not only medical expenses and future lost income, but the profound and irreplaceable emotional loss suffered by the individual survivors.

The firm undertakes litigation in personal injury cases on a contingent fee basis, meaning that no fees or costs are paid unless and until our clients receive a settlement or judgment. In addition, there is also no charge for an initial consultation and review of the facts and circumstances surrounding the case prior to undertaking representation.

PARSONS BEHLE & LATIMER

**PARSONS BEHLE & LATIMER**

## PRODUCT LIABILITY RISK MANAGEMENT

Parsons Behle & Latimer's Product Liability Risk Management Group represents manufacturers, distributors, and sellers. The members of this group are highly credentialed and respected both nationally and in their respective State Bar organizations. Each member of the Product Liability Risk Management Group maintains important relationships with the judiciary, mediators, national specialty groups, and other firms practicing in the same area. Whether providing litigation or consulting services, we understand the nuances of differing state-to-state product liability laws and their effect on your business.

In our collective decades of experience, we have represented a wide variety of industries, businesses and their products, including:

- Farm Equipment, Vehicles and Chemicals
- Construction Equipment, Vehicles and Materials
- Motor Vehicles, Boats and Equipment
- Forestry and Sawmill Vehicles and Equipment
- HVAC Equipment
- Consumer Goods
- Pharmaceuticals and Medical Devices
- Inflatable Games, Amusement Park Rides, including Water Slides
- Elevators and Lifts
- Fire Protection Systems

## REAL ESTATE LITIGATION

Parsons Behle & Latimer's Real Estate Litigation practice group has significant experience litigating all of the many issues that affect real estate and its development. Our Real Estate Litigation attorneys have significant experience litigating real estate purchase contracts, mechanic's liens, foreclosures, boundary disputes, construction disputes, HOA litigation, land use and zoning, easements, wrongful liens, condemnations (takings claims and inverse condemnation claims), partitions, fraudulent transfers, lender liability claims, and landlord/tenant disputes. Our attorneys have successfully handled these matters in state and federal courts at both the trial and appellate level.

Parsons Behle & Latimer's Real Estate Litigation practice group has extensive experience representing title insurance underwriters and title insurance agencies in every aspect of their businesses, including title and escrow disputes and insurance coverage issues. Our attorneys also have vast experience representing lenders, mortgage servicers, and related financial entities in all areas of mortgage-related law.

Parsons' Real Estate Litigation practice group recognizes that a lawsuit, and the reasons for it, can be a serious impediment to the success of a project. We have the resources necessary to resolve such disputes in a prompt and effective manner and the knowledge and creativity required to find unique solutions to our clients' problems.

## SECURITIES LITIGATION

Parsons Behle & Latimer's Securities Litigation practice group represents several of the largest broker-dealers in the United States and has been involved in many of the largest and most complex securities class action cases in Utah. We have the depth of experienced resources necessary to staff the largest cases, and we have the close working relationships with securities regulators to achieve the best possible outcome in each case.

Parsons Behle & Latimer's Securities Litigation practice group represents clients in private and regulatory securities litigation matters, including representing companies, officers, directors, broker-dealers, registered representatives, investment advisors, and accountants in internal investigations, derivative actions, class actions, proxy disputes, FINRA arbitrations, shareholder disputes, Ponzi-scheme litigation, receiverships, partnership disputes, and in defense of regulatory enforcement actions involving the United States Securities & Exchange Commission (SEC), the Utah Division of Securities, Financial Industry Regulatory Authority (FINRA), and the Public Company Accounting Oversight Board (PCAOB).

Parsons Behle & Latimer also represents clients in corporate dissolution matters, squeeze-out merger litigation, corporate veil piercing, and shareholder dilution-related litigation. Our attorneys have



represented clients in securities law compliance matters, including, with respect to broker-dealer compliance, non-competition agreements, golden handcuff forgivable loans, and the transfer, sale and/or acquisition of client securities accounts by registered representatives and broker-dealers.

## TAX CONTROVERSIES

The Tax practice group at Parsons Behle & Latimer represents clients from the first notice of audit through protest; request for redetermination; administrative appeals; litigation in the Tax Court, U.S. District Court, Court of Claims, Circuit Court of Appeals; and comparable state proceedings. We advise on offers in compromise, closing agreements and equitable relief, as well as third-party summons and other information protection, transferee liability, and determination of "responsible parties" for trust fund tax cases.





**National Expertise.
Regional Law Firm.**

**parsonsbehle.com**

# BRENT R. BAKER

*Shareholder*



201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Main    801.532.1234
Direct   801.536.6988
bbaker@parsonsbehle.com

## BIOGRAPHY

Mr. Baker is a shareholder and member of Parson's litigation, securities and regulatory enforcement departments.  His practice concentrates on SEC enforcement and regulatory defense, private securities litigation and government/independent investigations. He routinely defends corporate and individual clients in regulatory enforcement investigations and litigation before the U.S. Department of Justice (DOJ), the U.S. Securities and Exchange Commission (SEC), the Public Company Accounting Oversight Board (PCAOB), and other federal and state securities and commerce agencies. Mr. Baker represents broker-dealers, investment advisors, compliance officers, and registered representatives before the SEC and the Financial Industry Regulatory Authority (FINRA). He also handles a variety of corporate internal investigations. His practice routinely involves responding to regulatory subpoenas, preparing clients for investigative testimony, and responding to SEC "Wells Notices" of projected charges. Many of these disputes were settled on terms favorable to Mr. Baker's clients.

Mr. Baker also has extensive experience handling complex private securities litigation in state and federal courts. His private securities litigation practice includes representing clients at the trial court level and at the appellate level.  He is a licensed member of the bar in Utah and New York.  He has been admitted in many districts and circuits including the 10th and 2nd Circuits.

He regularly advises registered entities regarding general compliance issues and is often engaged to advise clients on investment and financial services matters, and to counsel clients during regulatory examinations, on issues ranging from Foreign Corrupt Practices Act (FCPA) matters, anti-money laundering (AML) matters and proactive compliance and remediation advice.

In the course of his practice, he routinely represents securities issuers, company officers and directors, investment funds, analysts, and brokers and advisors in connection with SEC and FINRA investigations (Rule 8210 requests and OTR's) and other litigation. Mr. Baker also counsels public companies, funds, and broker-dealers on securities compliance and corporate governance; conducts internal investigations; and assists in regulatory examinations

## PRACTICE AREAS

Securites Litigation
Litigation, Trials & Appeals
Government Enforcement, Securities and White Collar Defense

## LICENSED/ADMITTED

Utah
New York
U.S. Dist. Court Dist. of Utah
U.S. Dist. Court Southern Dist. of New York
U.S. Dist. Court Eastern Dist. of New York
U.S. Dist. Court Dist. of Nevada
U.S. Dist.Court Northern Dist. of Texas
U.S. Dist. Court Dist. of Maryland
U.S. Dist. Court Southern Dist. of Florida
U.S. Court of Appeals, Tenth Circuit

initiated by the SEC's Office of Compliance Inspections and Examinations (OCIE). Mr. Baker has broad experience representing boards and audit committees, and has conducted internal investigations across all business sectors, including nutraceutical/pharmaceutical, financial services, and real estate industries.

Mr. Baker served with the SEC for over eleven years in various positions of increasing responsibility and left in 2006 as Senior Special Counsel. During his time at the SEC, he prosecuted a wide range of securities violations and served as a Special Assistant United States Attorney for the U.S. Department of Justice.

Mr. Baker has been retained as an expert witness by both the government/prosecution and defense in both civil and criminal cases. In addition, Mr. Baker has also served as in-house counsel for a NASDAQ listed public company and was a shareholder at two major law firms.

## ACCOMPLISHMENTS

**Academic**

University of Oregon School of Law (J.D., 1987)

University of Utah (B.A, Speech Communication, 1984)

**Professional**

Utah Business Magazine, Utah Legal Elite, Securities Law (2018-2019)

Mountain States Super Lawyers®, Securities Litigation, Criminal Defense: White Collar (2013-2014)

Utah Business Magazine, Utah Legal Elite, Civil Litigation (2013)

Recipient, SEC Chairman's Award for Excellence (2002)

## ASSOCIATIONS

**Professional**

Board Member, Former Chair, University of Utah Marriott Library Advisory Board (2007 - 2018)

Chair, Utah State Bar, Securities Section (2010 - 2011)

Founder, Fraud College, University of Utah and Utah Valley University (June 2010)

Managing Editor, University of Oregon Journal of Environmental Law & Litigation

Chair, Utah State Securities Commission (2017-2019)

Commissioner, Utah State Securities Commission; Appointed by Governor Gary R. Herbert, May 16, 2012; reappointed August 27, 2015 (2012 - 2017)

Judicial Clerk, U.S. District Court for the District of Utah, Honorable Bruce S. Jenkins (1989 - 1990)

**Community**

Commissioner, Utah State Securities Commission (Re-appointed by Governor Gary R. Herbert, August 27, 2015)

Commissioner, Utah State Securities Commission (Appointed by Governor Gary R. Herbert, May 16, 2012 - August 26, 2015)

Utah State Bar, Chair, Securities Section (2010 - 2011)

Board Member/Former Chair, University of Utah Marriott Library Advisory Board (2007 - 2017)

Founder, Fraud College

## PRESENTATIONS

Speaker, Salt Lake City Compliance Roundtable, "Current Compliance Issues Facing Investment Advisors" (November 2019)

Panelist, "The SEC's Hot Focus Areas for 2018: Cyber Security, AML, Bank Secrecy Act" (January 2018)



PARSONS BEHLE & LATIMER

**BRENT R. BAKER • PARSONS BEHLE & LATIMER**

Panelist, "The Impact of Anti-Money Laundering, Know Your Customer and SAR Rules"; American Bar Association's 11th Annual National Institute on Securities Fraud (January 2017)

Panelist, National Mortgage Bankers Association Risk Management QA & Fraud Prevention Forum (Spotlight of Affinity Fraud), Los Angeles, CA (September 2016)

Panelist, "SEC Exams: A CCO's Game-Plan for Success," IA Compliance Conference, The Full 360° View West (June 9, 2016)

Panelist, "CCO Liability: Do you Know Your Vulnerabilities?" IA Compliance Conference (February 25, 2016)

Panelist, "Accountants' Liability 2015: Confronting Enforcement and Litigation Risks," American Law Institute (October, 2015)

Panelist, "Visualizing the Future for Whistleblowers: Trends to Watch for in the 2015 and Beyond," The Knowledge Congress Live Webcast Series (August 11, 2015)

Panelist, "White Collar Fraud," Utah State Bar Convention (July 2014)

"Accounting for Lawyers," NBI, Salt Lake City (March 2011)

Founder, Fraud College, Utah Valley University, Provo (June 2010)

Webcast: "PCAOB Enforcement-The Nuclear Option for Small & Mid-Sized Firms" (April 2010)

Panelist, "Why Regulators Hate Reverse Mergers," DealFlow Media's 2008 Reverse Merger Conference (June 18-19, 2008)

"Criminal and Regulatory Dangers of Alternative Financing: Understanding the Risks and Ways to Protect Yourself," Reverse Merger Conference, New York City (July 2006)

Briefing, Senate Judiciary Committee on Activities of Hedge Funds and Independent Analysts, Washington, D.C. (June 2006)

"Avoiding Aggressive Trading Tactics," DealFlow Media, The PIPES Conference, Las Vegas (May 2006)

"Surviving Regulatory Audits," Tenants-In-Common Association, San Diego (April 2006)

"Litigation and Non-litigation Strategies to Combat Abusive Short Selling Tactics," Reverse Merger Conference, San Francisco (February 2006)

"Naked Shorts: An Overstock.com Perspective," Utah State Bar Securities Section (January 2006)

Briefing, Senate Finance Committee and Subcommittee on Financial Institutions on Predatory Short Selling Practices, Washington, D.C. (August 2005)

## PUBLICATIONS

"Regulators Provide no Meaningful Relief or Guidance Financial Institutions Struggling With Bank Secrecy Act Compliance Due to the COVID-19 Pandemic," Parsons Behle & Latimer COVID-19 Response Resources (April 8, 2020)

"The SEC's Division of Enforcement and COVID-19," Parsons Behle & Latimer COVID-19 Response Resources (April 3, 2020)

"Privilege and the Use of Compliance Consultants," ABA Securities Litigation Journal (January 2020)

"Conduct-Based Bars and Injunctions in SEC Enforcement Proceedings," ABA Securities Litigation Journal (September 2012)

"It's Turtles All the Way Down," Utah CEO Magazine (November 2008)

"Predatory Naked Short Sales," Utah CEO Magazine (December 2007)

"The Special Immigrant Exception for Religious Ministers," Boston College Third World Law Journal (1997)

