# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br>      Plaintiff,<br><br>v.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSEN, BRENT SATTERFIELD,<br><br>      Defendants. | Case No. 2:20-cv-00368-CMR<br><br>CLASS ACTION<br><br>Magistrate Judge Cecilia M. Romero |
| FERNANDO HERNANDEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, and BRENT SATTERFIELD, | Case No. 2:20-cv-00481-JNP-JCB<br><br>CLASS ACTION<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Jared C. Bennett |

## [PROPOSED] ORDER GRANTING TEJESWAR TADI'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL AND LIAISON COUNSEL

WHEREAS, the above-captioned putative class actions asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") have been filed in the District of Utah; and

WHEREAS, Tejeswar Tadi ("Tadi") filed a timely motion to be appointed Lead Plaintiff; and

WHEREAS, Tadi has the largest financial interest in the relief sought by the Class and otherwise satisfies the requirements of Section 21D of the Exchange Act and Rule 23 of the Federal Rules of Civil Procedure; and

WHEREAS, in accordance with Section 21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), Tadi seeks approval of his selection of Faruqi & Faruqi, LLP to serve as Lead Counsel and Parsons Behle & Latimer to serve as Liaison Counsel for the Class.

AND NOW THIS _____ day of _____, the Court having considered Tadi's Motion For (1) Appointment as Lead Plaintiff; and (2) Approval of Lead Counsel and Liaison Counsel, and all supporting documents, and good cause appearing therefore, it is hereby **ORDERED** as follows:

## LEAD PLAINTIFF

1.      The motion of Tadi to serve as Lead Plaintiff in the Action is GRANTED.  Pursuant to Section 21D of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), Tadi is appointed as Lead Plaintiff for the putative Class.

## LEAD COUNSEL

2.      The motion of Tadi for approval of his counsel as Lead Counsel is GRANTED.  Pursuant to Section 21D of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), Faruqi & Faruqi, LLP is approved to serve the Lead Plaintiff and the Class as Lead Counsel.

1

**LIAISON COUNSEL**

3.      The motion of Tadi for approval of his counsel to serve as Liaison Counsel is

GRANTED.  Pursuant to Section 21D of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v),

Parsons Behle & Latimer professional law firm is approved to serve the Lead Plaintiff and the

Class as Liaison Counsel.


IT IS SO ORDERED.

DATED: _____


_____
THE HONORABLE CECILIA M. ROMERO
MAGISTRATE JUDGE

2