David W. Scofield - 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone: (801) 322-2002 Ext. 102
Direct Dial: (801) 858-3402
Toll Free: (888) 296-3998
Facsimile: (801) 912-0320
Email: dws@psplawyers.com

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice forthcoming*)
J. Alexander Hood II
(*pro hac vice forthcoming*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: gfbruckner@pomlaw.com
Email: ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
(*pro hac vice forthcoming*)
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

## UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br>                Plaintiff,<br><br>v.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSEN, BRENT SATTERFIELD,<br><br>                Defendants. | DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF STEPHEN WILEY FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL<br><br>No.: 2:20-cv-00368-CMR<br>Honorable Cecilia M. Romero<br>United States Magistrate Judge |

| | |
|---|---|
| FERNANDO HERNANDEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>                        v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, and BRENT SATTERFIELD,<br><br>                                    Defendants. | No.: 2:20-cv-00481-JNP-JCB<br>Honorable Jill N. Parrish<br>United States District Judge |

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Stephen Wiley ("Wiley"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Wiley's motion for appointment as Lead Plaintiff for the Class and approval of his selection of Pomerantz as Lead Counsel and Peters | Scofield, a professional corporation ("Peters | Scofield") as Liaison Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Press release published over *PRNewswire* on June 18, 2020, announcing the pendency of the first of the above-captioned actions; |
| Exhibit B: | Shareholder Certification signed by Wiley; |
| Exhibit C: | Loss Chart of Wiley; |
| Exhibit D: | Firm resume of Pomerantz; and |
| Exhibit E: | Firm resume of Peters | Scofield. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on August 17, 2020.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman