**Co-Diagnostics, Inc. (CODX)**
**Class Period: February 25, 2020 through May 15, 2020**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day Mean Price $19.3330 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wiley, Stephen | 2/27/2020 | 5,000 | $16.5737 | ($82,869) | 3/10/2020 | (4,300) | $7.1800 | $30,874 | 700 | $13,533 | ($38,461) |