# PETERS|SCOFIELD

*A Professional Corporation*

7430 Creek Road, Suite 303
Sandy, Utah 84093
Telephone: (801) 322-2002
Facsimile: (801) 912-0320

PETERS|SCOFIELD opened its doors in 2003. Its founding members have extensive experience in civil, commercial and administrative litigation, as well as in employment law, estate planning and collections. The firm is "AV" rated by Martindale-Hubbell. Brief descriptions of the practices of the attorneys with the firm follow:

DAVID W. SCOFIELD (President) born Hartford, Connecticut, October 17, 1957; admitted to bar, 1983, Utah; United States Supreme Court, 1996; U. S. Court of Appeals, 10th Circuit, 1990; U. S. Court of Appeals, 9th Circuit, 1996; U. S. Court of Appeals, Federal Circuit, 1990; U. S. District Court, Utah, 1983; United States Court of Claims, 1997; U. S. District Court,

*Commercial Litigation; Corporate Law; Civil Litigation; Fraud; Securities Fraud; Racketeering; ERISA*
*Real Estate Claims*

Hawaii, 1997; U. S. District Court, Eastern District Arkansas, 2013; U. S. District Court, Western District Arkansas, 2013; U.S. District Court, Western District of Oklahoma, 2016; U.S. District Court, District of Colorado, 2016; U. S. District Court, Eastern District of Michigan, 2016 . Education: Cornell University (A.B., 1979); University of Utah (J.D., 1983). Member, UTAH LAW REVIEW, 1981-1983. Author, Trial Handbook for Utah Lawyers, Lawyer Cooperative Publishing, 1994, Annual Updates 1995-2017, Thomson West Publishing. Member, Utah Supreme Court Advisory Committee on the Rules of Civil Procedure, 2003-2014. Member, Utah State Bar. Reported Cases: McEwen vs. Digitran Systems, Inc., 155 F.R.D. 678 (D. Utah 1994); McEwen vs. Digitran Systems, Inc., 160 F.R.D. 631 (D. Utah 1994) [Acted as liaison counsel and lead trial counsel for plaintiff; on October 24, 1996, a jury returned a verdict in favor of class plaintiffs and against Digitran and its former president, Donald Gallent, in the amount of $13,880,517.00.]; Jeppsen v. Piper, Jaffray and Hopwood, Incorporated, 879 F. Supp. 1130 (D. Utah 1995) [the Jeppsen case was ultimately arbitrated before an NASD panel which issued the first ever punitive damages award by an NASD panel in Utah– $500,000 against each of the branch manager and the registered representative of the brokerage]; Pohl, Inc. of Am. v. Webelhuth, 2008 UT 89, 201 P.3d 944; Snow v. Rudd, 2000 UT 20, 998 P.2d 262; Adkins v. Uncle Bart's Club, 2000 UT 14, 1 P.3d 528; Pledger v. Gillespie, 1999 UT 54, 982 P.2d 572; Maryboy v. Utah State Tax Comm'n, 904 P.2d 662 (Utah 1995); Hess v. Johnston, 2007 UT App 213, 163 P.3d 747; Orlob v. Wasatch Med. Mgmt., 2005 UT App 430, 124 P.3d 269. Practice Areas: Corporate Law; Commercial and Complex Litigation; Fraud; Securities Fraud; Racketeering; ERISA; Commercial Law; Employment Law; Commercial Collections; Real Estate Claims

# EXHIBIT E

**THOMAS W. PETERS** (Attorney) born Salt Lake City, Utah, June 20, 1973; admitted to Utah State Bar, 2000; U. S. District Court, Utah, 2000; U. S. Court of Appeals, 10th Circuit, 2007; United States Supreme Court, 2012. Education: College for Hellenic Studies, Athens, Greece (June 1995) (Certificate in Classical Studies; Politics and Economics of the Middle East);

*Commercial Litigation; Ad Valorem Real and Personal Property Tax; Real Estate; Corporate Law; Estate Planning*

Clark University (Worcester, Massachusetts) (B.A. 1996) Dean's List, Economics Society (President), Pre-law Society (President); Brigham Young University, J. Reuben Clark Law School (J.D. 2000); Phi Delta Phi; Woody Deem Trial Advocacy Competition 1997-1999; BYU Journal of Law and Education; Sports and Entertainment Law Society (President); International and Comparative Law Society (Executive Board Member).

Deputy Salt Lake County District Attorney - Civil Division (2000-2005); Assisted Salt Lake County legal committee in the landmark change in form of government from a Commission to Council. Represented the various taxing entities on real and personal property matters and Board of Equalization of Salt Lake County before the Utah State Tax Commission; District Courts; Appellate Courts; and Utah Bankruptcy Courts. Member of the Statewide Association of Public Attorneys Legislative Affairs Committee. Represented the Statewide Association of Prosecutors (SWAP) in its efforts to effectuate changes before the Utah State Legislature and Utah Governor's Office. Founding member of the Personal Property Transaction Advisory Board having drafted the legislation for the Personal Property Transaction Information Act.

In 2005 Mr. Peters entered into private practice with the law firm Peters I Scofield. Practice focuses on complex commercial and corporate litigation, tax law, real estate and business transactions, ad valorem taxation, tax appeals, state and local taxation, municipal matters, trusts and estate planning, creditors rights in bankruptcy and corporate law. Mr. Peters represents multiple businesses throughout the state of Utah handling their corporate affairs and governance. He has extensive experience in representing governmental entities and municipalities throughout the State of Utah in central assessment and ad valorem tax litigation. Mr. Peters has appeared for oral argument before the Utah Supreme Court, Utah Court of Appeals and the United States Court of Appeals for the Tenth Circuit. He routinely conducts complex multi-day trials and formal hearings before the Utah State District Courts and Utah State Tax Commission respectively. Mr. Peters has taught courses throughout the state of Utah to Utah state certified assessors, auditors and treasurers regarding real and personal property law issues, ad valorem taxation, as well as real and personal property issues under Title 11 of the United States Code. Mr. Peters has spoken to the Utah State Legislature regarding issues affecting state and local taxation dealing in the areas of real and personal property. Recognized for numerous years by his peers as a "Legal Elite" in Utah Business Magazine. Recognized by his peers in the western states as a "Super Lawyer" in the periodical Mountain States Super Lawyers 2007-2012.

Currently Mr. Peters serves on 5 volunteer community boards and organizations.