D. Loren Washburn (#10993)
  lwashburn@smithwashburn.com
**SMITH WASHBURN, LLP**
8 East Broadway, Suite 320
Salt Lake City, UT 84111
Telephone:  (801) 584-1800
Facsimile:   (801) 584-1820

Michael A. Pineiro (*admitted pro hac vice*)
MARCUS NEIMAN RASHBAUM & PINEIRO LLP
2 South Biscayne Blvd., Suite 1750
Miami, FL 33131
Telephone: (305) 400-4268
mpineiro@mnrlawfirm.com

Michael C. Fasano (*admitted pro hac vice*)
FASANO LAW FIRM, PLLC
2 S. Biscayne Blvd., Suite 1750
Miami, FL 33131
Telephone: (786) 530-5239
mfasano@fasanolaw.com

*Attorneys for Gelt Trading, Ltd. and Proposed Class*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br>        Plaintiff,<br><br>v.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, *et al.*,<br><br>        Defendants. | Case No. 2:20-cv-00368-JNP-DBP<br><br>**STIPULATED MOTION TO STAY**<br><br>Judge Jill N. Parrish |

Plaintiff GELT TRADING, LTD. ("Gelt") by and through its counsel, hereby moves this Court for an order staying all case deadlines pending the resolution of the outstanding motions to consolidate, appoint lead class plaintiff and approve lead counsel.

On June 15, 2020, Gelt filed a proposed class action against Co-Diagnostics and its managing members. Magistrate Celia M. Romero was assigned to the case and issued an Order to

Propose Schedule (D.E. 13) on June 16, 2020. Magistrate Romero's order required that parties meet and confer and file a joint Attorney Planning Meeting Report and Proposed Scheduling Order within 42 days of service of the complaint. Since the entry of the Order to Propose Schedule, Gelt and a number of parties from related cases have filed motions to consolidate this case with another proposed class action matter and motions for appointment as lead plaintiffs and approval of counsel. (*See* D.E. 27–35.) Gelt requests all deadlines be stayed until the outstanding motions before the Court are resolved. Until the Court has identified a lead plaintiff and approved counsel for the putative class, and until the Defendants have counsel who has made an appearance in the case, the deadlines for proposing scheduling orders and other procedural steps are premature as they risk attorneys who will not be involved in the case making determinations about case planning that class counsel and the defense attorneys will later seek to change.

Gelt's counsel has attempted to meet and confer with the parties regarding this motion by sending an email to counsel on August 27, 2020 proposing this stay. Movants WEI JIA, TEJESWAR TADI, CO-DIAGNOSTIC INVESTOR GROUP and BRIAN T. PETROS have stipulated to a stay of the deadlines until the current motions before the Court can be resolved. Movant STEPHEN WILEY, has responded to acknowledge Counsel's email regarding the stay but has not provided a definitive answer regarding a stipulation. Most Defendants have been served but have not had attorneys make appearances in the matter, though attorneys who requested an extension of their deadline to respond to the Complaint were also contacted regarding this stay, but have not responded as of the time of filing.

////

////

////

////

Gelt respectfully request all deadlines be stayed until the court issue a decision on the outstanding motions to appoint lead class plaintiff and approve lead counsel and motions to consolidate.

DATED: August 31, 2020          SMITH WASHBURN, LLP

                        /s/ D. Loren Washburn
                      D. Loren Washburn

                      Michael A. Pineiro (*admitted pro hac vice*)
                      MARCUS NEIMAN RASHBAUM & PINEIRO LLP
                      2 South Biscayne Blvd., Suite 1750
                      Miami, FL 33131

                      Michael C. Fasano (*admitted pro hac vice*)
                      FASANO LAW FIRM, PLLC
                      2 S. Biscayne Blvd., Suite 1750
                      Miami, FL 33131

                      *Attorneys for Gelt Trading, Ltd. and Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2020, the foregoing **STIPULATED MOTION TO STAY** was served on the person(s) named below via the Court's electronic filing system:

David W. Scofield
PETERS SCOFIELD
7430 CREEK RD STE 303
SALT LAKE CITY, UT 84093-6160
Email: dws@psplawyers.com

*Attorneys for Stephen Wiley*

Zachary J. Weyher
TRUE WEST
1716 S 900 E STE A
SALT LAKE CITY, UT 84105
Email: zachweyher@gmail.com

*Attorneys for Wei Jia*

Brent R. Baker
PARSONS BEHLE & LATIMER
201 S MAIN ST STE 1800
PO BOX 45898
SALT LAKE CITY, UT 84145-0898
Email: bbaker@parsonsbehle.com

Katherine M. Lenahan
Richard W. Gonnello
FARQUI & FARUQI LLP
685 THIRD AVE. 26TH FLR
NEW YORK, NY 10017
Email: klenahan@faruqilaw.com
Email: rgonnello@faruqilaw.com

*Attorneys for Tejeswar Tadi*

Jon V. Harper
HARPER LAW PLC
PO BOX 581468
SALT LAKE CITY, UT 84158
Email: jharper@jonharperlaw.com

*Attorneys for Brian T. Petros*

Mark F. James
Mitchell A. Stephens
JAMES DODGE RUSSELL & STEPHENS PC
10 W BROADWAY STE 400
SALT LAKE CITY, UT 84101
Email: mjames@jdrslaw.com
Email: mstephens@jdrslaw.com

*Attorneys for Co-Diagnostic Investor Group*

_____/s/ Melina Hernandez_____