# Exhibit A

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company, | Case No. _____ |
| Plaintiff, | **CLASS ACTION COMPLAINT (PROPOSED CLASS ACTION)** |
| v. | JURY DEMANDED |
| CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSEN, BRENT SATTERFIELD, | |
| Defendants. | |

### DECLARATION OF GELT TRADING, LTD. PURSUANT TO 15 U.S. CODE § 78u–4

STATE OF FLORIDA
COUNTY OF PALM BEACH

I, the undersigned, being first duly sworn, do hereby state under oath and under penalty of perjury that the following facts are true:

1. I am over the age of 18 and a resident of the State of Florida. I have personal knowledge of the facts herein and, if called as a witness, could testify competently thereto.

2. I am the Director of Gelt Trading, Ltd. ("Gelt"), and Gelt Trading, Ltd. suffered investment losses purchasing Co-Diagnostics, Inc. (NASDAQ:CODX) stock during the proposed class period.

3. As the Director of Gelt, I hereby certify:

    **(i)** reviewed the Amended Complaint and authorized its filing;

    **(ii)** Gelt did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under this chapter;

(iii)      Gelt is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary;

(iv)      The Complaint sets forth all of the transactions of the plaintiff in the security that is the subject of the complaint during the class period specified in the complaint;

(v)      Gelt has not filed any other action under this chapter, filed during the 3-year period preceding the date on which the certification is signed, in which Gelt has sought to serve as a representative party on behalf of a class; and

(vi)      Gelt will not accept any payment for serving as a representative party on behalf of a class beyond the plaintiff's pro rata share of any recovery, except as ordered or approved by the court in accordance with paragraph (4) of the PSLRA.

**FURTHER AFFIANT SAYETH NAUGHT.**

Under penalties of perjury, I declare that I have read the foregoing Declaration, and the

facts alleged are true to the best of my knowledge and belief.

GELT TRADING, LTD.
By: Steven Sciarretta
Title: Director