HARPER LAW, PLC
JON V. HARPER (#1378)
P.O. Box 581468
Salt Lake City, UT 84158
Telephone:  801/910-4357
jharper@jonharperlaw.com

Local Counsel for [Proposed] Lead Plaintiff

[Additional counsel appear on signature page.]

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company, | ) ) ) | No. 2:20-cv-00368-JNP-DBP |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| CO-DIAGNOSTICS, INC., a Utah Corporation, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |
| FERNANDO HERNANDEZ, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | No. 2:20-cv-00481-JNP-JCB |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| CO-DIAGNOSTICS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

DECLARATION OF JON V. HARPER IN SUPPORT OF BRIAN T. PETROS'S
OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF

4832-0031-9177.v1

I, JON V. HARPER, declare as follows:

1.     I am an attorney duly licensed to practice before all of the courts of the State of Utah and this Court.  This declaration is made in support of Brian T. Petros's Opposition to Competing Motions for Appointment as Lead Plaintiff.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached are true and correct copies of the following exhibits:

Exhibit 1:     Chart of Hal Ulucan's daily trading prepared using the transactions listed on the Sworn Certification submitted by Mr. Ulucan on August 17, 2020 (ECF No. ECF No. 31-2); and

Exhibit 2:     Historical Trading Data of Co-Diagnostics, Inc. stock from Yahoo! Finance for the dates May 11, 2020 through May 15, 2020

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 31st day of August, 2020.

s/ Jon V. Harper
JON V. HARPER

- 1 -

4832-0031-9177.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 31, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Jon V. Harper
JON V. HARPER (#1378)

HARPER LAW, PLC
JON V. HARPER (#1378)
P.O. Box 581468
Salt Lake City, UT 84158

E-mail:  jharper@jonharperlaw.com

4832-0031-9177.v1

**Mailing Information for a Case 2:20-cv-00368-JNP-DBP Gelt Trading v. Co-Diagnostics et al**

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brent R. Baker**
  bbaker@parsonsbehle.com

- **Michael C. Fasano**
  mfasano@fasanolawfirm.com

- **Richard W. Gonnello**
  rgonnello@faruqilaw.com,ecf@faruqilaw.com

- **Jon V. Harper**
  jharper@jonharperlaw.com

- **Mark F James**
  mjames@jdrslaw.com,administrator@jdrslaw.com

- **Katherine M. Lenahan**
  klenahan@faruqilaw.com

- **Michael A. Pineiro**
  mpineiro@mnrlawfirm.com

- **David W. Scofield**
  dws@psplawyers.com,ch@psplawyers.com,reception@psplawyers.com,accounting@psplawyers.com

- **Mitchell A. Stephens**
  mstephens@jdrslaw.com,administrator@jdrslaw.com

- **D. Loren Washburn**
  lwashburn@smithwashburn.com,ldschmidt@smithwashburn.com,mhernandez@smithwashburn.com,pmartinez@smithwashburn.com,info@smithwashburn.com

- **Zachary J. Weyher**
  zachweyher@gmail.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)