# EXHIBIT 1

**Co-Diagnostics Transactions**
  **Hal Ulucan**

| # | Type | Date | Units | Price | Holding | Notes |
|---|------|------|-------|-------|---------|-------|
| 0 | HOLD | 5/10/20 | 0 | | 0 | |
| 1 | BUY | 5/11/20 | 880 | $16.60 | 880 | |
| 2 | BUY | 5/11/20 | 3,900 | $16.62 | 4,780 | |
| 3 | SELL | 5/11/20 | 4,780 | $16.53 | 0 | |
| 4 | BUY | 5/11/20 | 1,860 | $16.71 | 1,860 | |
| 5 | BUY | 5/11/20 | 3,000 | $16.79 | 4,860 | |
| 6 | SELL | 5/11/20 | 1,019 | $16.95 | 3,841 | |
| 7 | SELL | 5/11/20 | 400 | $16.94 | 3,441 | |
| 8 | SELL | 5/11/20 | 700 | $16.93 | 2,741 | |
| 9 | SELL | 5/11/20 | 100 | $16.92 | 2,641 | |
| 10 | SELL | 5/11/20 | 2,641 | $16.88 | 0 | |
| 11 | BUY | 5/11/20 | 9,800 | $16.99 | 9,800 | |
| 12 | BUY | 5/11/20 | 200 | $16.98 | 10,000 | |
| 13 | SELL | 5/11/20 | 5,877 | $16.75 | 4,123 | |
| 14 | SELL | 5/11/20 | 4,123 | $16.69 | 0 | |
| 15 | BUY | 5/11/20 | 4,925 | $17.17 | 4,925 | |
| 16 | BUY | 5/11/20 | 50 | $17.15 | 4,975 | |
| 17 | BUY | 5/11/20 | 25 | $17.15 | 5,000 | |
| 18 | SELL | 5/11/20 | 5,000 | $17.25 | 0 | |
| 19 | BUY | 5/11/20 | 3,126 | $16.27 | 3,126 | |
| 20 | SELL | 5/11/20 | 3,126 | $16.65 | 0 | |
| 21 | BUY | 5/11/20 | 7,000 | $16.67 | 7,000 | |
| 22 | SELL | 5/11/20 | 7,000 | $16.51 | 0 | |
| 23 | BUY | 5/11/20 | 200 | $16.79 | 200 | |
| 24 | BUY | 5/11/20 | 480 | $16.77 | 680 | |
| 25 | BUY | 5/11/20 | 4,320 | $16.76 | 5,000 | |
| 26 | SELL | 5/11/20 | 5,000 | $16.58 | 0 | |
| 27 | SELL | 5/11/20 | 10,000 | $17.10 | -10,000 | Sold more shares than held |
| 28 | BUY | 5/12/20 | 5,000 | $17.50 | -5,000 | Sold more shares than held |
| 29 | BUY | 5/12/20 | 4,993 | $17.60 | -7 | Sold more shares than held |
| 30 | BUY | 5/12/20 | 7 | $17.59 | 0 | |
| 31 | BUY | 5/12/20 | 1,533 | $17.67 | 1,533 | |
| 32 | SELL | 5/12/20 | 1,533 | $17.53 | 0 | |
| 33 | BUY | 5/12/20 | 7,000 | $16.50 | 7,000 | |
| 34 | SELL | 5/12/20 | 7,000 | $16.75 | 0 | |
| 35 | BUY | 5/12/20 | 2,413 | $17.50 | 2,413 | |
| 36 | BUY | 5/12/20 | 4,587 | $17.50 | 7,000 | |
| 37 | SELL | 5/12/20 | 7,000 | $17.26 | 0 | |
| 38 | BUY | 5/12/20 | 800 | $16.88 | 800 | |
| 39 | BUY | 5/12/20 | 100 | $16.88 | 900 | |
| 40 | BUY | 5/12/20 | 50 | $16.87 | 950 | |
| 41 | BUY | 5/12/20 | 195 | $16.86 | 1,145 | |
| 42 | BUY | 5/12/20 | 100 | $16.84 | 1,245 | |
| 43 | BUY | 5/12/20 | 3,755 | $16.90 | 5,000 | |
| 44 | SELL | 5/12/20 | 5,000 | $17.76 | 0 | Price outside the daily trade range |
| 45 | BUY | 5/12/20 | 6,250 | $17.17 | 6,250 | |
| 46 | BUY | 5/12/20 | 250 | $17.17 | 6,500 | |
| 47 | BUY | 5/12/20 | 500 | $17.17 | 7,000 | |
| 48 | SELL | 5/12/20 | 108 | $17.17 | 6,892 | |
| 49 | SELL | 5/12/20 | 1,140 | $17.15 | 5,752 | |
| 50 | SELL | 5/12/20 | 5,752 | $17.15 | 0 | |
| 51 | SELL | 5/12/20 | 5,000 | $17.60 | -5,000 | Sold more shares than held |
| 52 | SELL | 5/12/20 | 5,000 | $16.92 | -10,000 | Sold more shares than held |
| 53 | BUY | 5/13/20 | 10,000 | $18.40 | 0 | |
| 54 | BUY | 5/12/20 | 4,900 | $17.38 | 4,900 | |
| 55 | BUY | 5/12/20 | 100 | $17.38 | 5,000 | |
| 56 | SELL | 5/12/20 | 1,000 | $17.20 | 4,000 | |
| 57 | SELL | 5/12/20 | 200 | $17.20 | 3,800 | |
| 58 | SELL | 5/12/20 | 3,800 | $17.18 | 0 | |
| 59 | BUY | 5/13/20 | 7,000 | $20.48 | 7,000 | |
| 60 | SELL | 5/13/20 | 2,480 | $20.30 | 4,520 | |
| 61 | SELL | 5/13/20 | 4,520 | $20.30 | 0 | |
| 62 | BUY | 5/13/20 | 5,000 | $23.00 | 5,000 | |
| 63 | BUY | 5/13/20 | 418 | $23.64 | 5,418 | Price outside the daily trade range |
| 64 | BUY | 5/13/20 | 82 | $23.63 | 5,500 | Price outside the daily trade range |
| 65 | BUY | 5/13/20 | 200 | $23.62 | 5,700 | Price outside the daily trade range |
| 66 | BUY | 5/13/20 | 100 | $23.61 | 5,800 | Price outside the daily trade range |
| 67 | BUY | 5/13/20 | 2,200 | $23.59 | 8,000 | Price outside the daily trade range |
| 68 | SELL | 5/13/20 | 51 | $27.34 | 7,949 | Price outside the daily trade range |
| 69 | SELL | 5/13/20 | 7,949 | $27.33 | 0 | Price outside the daily trade range |
| 70 | BUY | 5/13/20 | 8,000 | $17.75 | 8,000 | |
| 71 | SELL | 5/13/20 | 8,000 | $18.21 | 0 | |
| 72 | BUY | 5/13/20 | 989 | $19.87 | 989 | |
| 73 | BUY | 5/13/20 | 4,011 | $19.94 | 5,000 | |
| 74 | SELL | 5/13/20 | 5,000 | $20.20 | 0 | |
| 75 | BUY | 5/13/20 | 7,000 | $20.48 | 7,000 | |
| 76 | BUY | 5/13/20 | 2,000 | $18.53 | 9,000 | |
| 77 | SELL | 5/13/20 | 600 | $20.00 | 8,400 | |
| 78 | SELL | 5/13/20 | 700 | $19.86 | 7,700 | |
| 79 | SELL | 5/13/20 | 500 | $19.85 | 7,200 | |
| 80 | SELL | 5/13/20 | 340 | $19.88 | 6,860 | |
| 81 | SELL | 5/13/20 | 9,859 | $19.71 | -2,999 | Sold more shares than held |
| 82 | SELL | 5/13/20 | 1 | $19.88 | -3,000 | Sold more shares than held |
| 83 | BUY | 5/14/20 | 8,000 | $27.79 | 5,000 | |
| 84 | BUY | 5/14/20 | 5,000 | $30.35 | 10,000 | Price outside the daily trade range |
| 85 | BUY | 5/14/20 | 30 | $29.50 | 10,030 | |
| 86 | BUY | 5/14/20 | 287 | $29.49 | 10,317 | |
| 87 | BUY | 5/14/20 | 1,897 | $27.85 | 12,214 | |
| 88 | SELL | 5/14/20 | 3,425 | $28.55 | 8,789 | |
| 89 | SELL | 5/14/20 | 50 | $28.52 | 8,739 | |
| 90 | SELL | 5/14/20 | 25 | $28.50 | 8,714 | |
| 91 | SELL | 5/14/20 | 25 | $28.50 | 8,689 | |
| 92 | SELL | 5/14/20 | 3,714 | $28.02 | 4,975 | |
| 93 | BUY | 5/15/20 | 2,000 | $18.60 | 6,975 | |
| 94 | BUY | 5/15/20 | 2,000 | $17.30 | 8,975 | |
| 95 | SELL | 5/15/20 | 25 | $18.53 | 8,950 | |
| 96 | SELL | 5/15/20 | 3,348 | $18.50 | 5,602 | |
| 97 | SELL | 5/15/20 | 384 | $18.12 | 5,218 | |
| 98 | SELL | 5/15/20 | 620 | $18.11 | 4,598 | |
| 99 | SELL | 5/15/20 | 539 | $18.10 | 4,059 | |