# EXHIBIT 2

## Co-Diagnostics, Inc. (CODX)
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

☆ Add to watchlist

👥 Visitors trend  2W ↑  10W ↑  9M ↑

## 13.15  +0.58 (+4.61%)
As of 2:01PM EDT. Market open.

Summary    Company Outlook 🔒    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials    Analysis    Options

Time Period: May 10, 2020 - May 15, 2020 ⌄    Show: Historical Prices ⌄    Frequency: Daily ⌄    **Apply**

Currency in USD    ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|-----|--------|-------------|--------|
| May 15, 2020 | 19.52 | 21.20 | 15.80 | 17.07 | 17.07 | 21,118,900 |
| May 14, 2020 | 26.72 | 29.72 | 18.35 | 22.13 | 22.13 | 52,631,100 |
| May 13, 2020 | 17.56 | 23.50 | 17.41 | 23.42 | 23.42 | 24,297,300 |
| May 12, 2020 | 17.61 | 17.72 | 16.20 | 16.99 | 16.99 | 5,686,000 |
| May 11, 2020 | 16.05 | 17.40 | 15.80 | 17.05 | 17.05 | 10,312,300 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.