**Ryan B. Hancey, Esq., rhancey@keslerrust.com, Utah State Bar Number 9101**
**Attorneys for Defendants**
**Kesler & Rust**
**68 South Main Street, Suite 200**
**Salt Lake City, Utah 84101**
**(801) 532-8000 (TEL.)**

**Christopher P. Milazzo, Esq., cmilazzo@cmfllp.com, Pro Hac Vice (forthcoming)**
**Attorneys for Defendants**
**Carmel, Milazzo & Feil LLP**
**55 West 39th Street, 18th Floor**
**New York, New York 10018**
**(212) 658-0458 (TEL.)**

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **GELT TRADING, LTD., a Cayman Islands limited company,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON and BRENT SATTERFIELD,**<br><br>**Defendants.** | **Case NO. 2:20-cv-00368-JNP-DBP**<br><br>DECLARATION OF RYAN B. HANCEY<br><br>Judge Jill N. Parrish |

RYAN B. HANCEY, declares under penalty of perjury as follows:

1. I am a member of the Bar of this Court. I am over the age of 18 and have personal knowledge of all facts alleged herein. I submit this Declaration in support of Defendants' motion, pursuant to Fed. R. Civ. P. 12(b)(6), Fed. R. Civ. P. 9(b) and the Private Securities Litigation Reform Act (15 U.S.C. § 78u-4) ("PSLRA"), to dismiss the Amended Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of the April 30, 2020 article published in the Salt Lake Tribune and entitled "This is a potential public health disaster: COVID-19 results from TestUtah.com are raising questions." The attached article is identified in § 59 of the Amended Complaint and referenced throughout.

3. Attached hereto as Exhibit B is a true and correct copy of the May 1, 2020 press release entitled "Co-Diagnostics, Inc. Releases COVID-19 Test Performance Data: Consistently Demonstrates 100% Sensitivity and 100% Specificity Across Independent Evaluations." This press release is identified in § 62 of the Amended Complaint and referenced throughout.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS 14th DAY OF SEPTEMBER 2020.

/s/ Ryan B. Hancey

RYAN B. HANCEY

.

# EXHIBIT A

SECTIONS The Salt Lake Tribune DONATE SIGN IN SUBSCRIBE
SUBSCRIBE DONATE NEWSLETTERS

Urgent medical care consultation. Connect online with a physician immediately. OPEN

# 'This is a potential public health disaster:' COVID-19 results from TestUtah.com are raising questions



We serve medical research firms and are FDA Licensed. Call now to order! OPEN

(Francisco Kjolseth | The Salt Lake Tribune) Testing for COVID-19 is performed at the Wasatch County Event Center in Heber City on Wednesday, April 22, 2020. The site was created under a contract the state has with TestUtah.com.
Buy this image

By Erin Alberty · By Nate Carlisle · Published: April 30 · Updated: May 01, 2020

**Editor's note:** *The Salt Lake Tribune is providing readers free access to critical local stories about the coronavirus during this time of heightened concern. See more coverage here. To receive top news in your inbox every weekday morning, subscribe to our Top Stories newsletter. To support journalism like this, please consider donating or become a subscriber.*

The accuracy of coronavirus tests by TestUtah.com has come into question, with state data showing that the rate of positive results among people tested at its sites is less than half what it is for patients tested elsewhere in the state.

And medical experts have been raising concerns about the effort, which has funneled millions of taxpayer dollars to the Utah tech companies running it here and in two other states. While Utah's larger health care systems have relied on national names in diagnostics for their coronavirus tests, TestUtah has obtained its tests from a smaller Salt Lake City company and is processing them at a regional hospital in Orem.

"I worry about having tests routed to a small community hospital lab inexperienced with highly complex molecular testing that uses a test from an unknown company without much in vitro diagnostic experience," Bert Lopansri, a specialist in infectious diseases and microbiology at Intermountain Healthcare, wrote in an April 14 email that The Salt Lake Tribune obtained through an open records request after it circulated through state offices.

"A pandemic is not the time for amateurs to learn," Lopansri concluded.

Sign up for our Top Stories newsletter!
Our weekday newsletter delivers the top news of the day to keep you updated about what's going on in Utah, including government, business, polygamy, environment, food and drink stories — and much more. Sign up now.
Email address *
Subscribe
Powered by Formstack

More than 108,000 Utahns have been tested statewide, mostly at Intermountain and University of Utah Health facilities and drive-up sites, as well as through other health care providers and TestUtah sites.

As of this week, TestUtah had eight testing sites around the state and had conducted tests on more than 18,000 Utahns, more than half of whom did not have symptoms of the coronavirus — despite state guidelines that only symptomatic patients should be tested.

That is likely to produce more negative results than the state's other test sites, said executives of the companies involved with TestUtah. Mark Newman, whose health software company Nomi Health has a $5 million contract with the state to run the group's testing, said comparing TestUtah's results with those of other sites is "not apples to apples."

Boost your site's engagement with custom content experiences · INSTICATOR · Learn More

"We're talking about population differences," agreed Brent Satterfield, founder and chief science officer of Co-Diagnostics Inc., which produces the test kit used by TestUtah's sites.

But according to state data obtained by The Tribune, TestUtah has reported test results for symptomatic patients separately — and even for those patients, positive results are far below those reported at other test sites in the state.

ARTICLE CONTINUES BELOW

RELATED ARTICLE
Pharmacists question legality of state's scrapped plan to distribute malaria meds for COVID-19

About 2% of symptomatic patients at TestUtah's sites have tested positive for coronavirus since April 1, according to the state's data. That's less than half of the 5% of patients testing positive at other Utah sites.

At a news conference Thursday, Gov. Gary Herbert said the state will work to ensure TestUtah is producing reliable results. Herbert said personnel at the Utah Department of Health and the Department of Public Safety will work with the companies behind the effort.

He noted that TestUtah sites have often been testing people with no symptoms, although the state epidemiologist has asked for only people with a symptom of COVID-19 to seek testing.

"That's a concern to reconcile," Herbert said, "so we make sure the results are accurate."

Boost your site's engagement with custom content experiences · INSTICATOR · Learn More

## State officials are watching TestUtah results



(Francisco Kjolseth | The Salt Lake Tribune) Then-Utah Medicaid Director Nate Checketts leads a meeting of the Medical Care Advisory Committee on June 6, 2018.
Buy this image

The reason for the discrepancy between TestUtah sites and others is unclear, but health officials and doctors have expressed concern over the testing practices at TestUtah locations and the sensitivity of the test being used.

"We have been watching TestUtah's positivity rate closely and have had multiple discussions with them about different practices that may be impacting their testing results," Nate Checketts, deputy director of the Utah Department of Health, wrote in an email obtained by The Tribune.

For example, Checketts wrote, TestUtah sites at one point were using oral swabs to obtain samples from patients — not the nasal swabs now recommended by the federal Centers for Disease Control and Prevention (CDC) to optimize virus collection.

Satterfield, of Co-Diagnostics, said he doubted the collection of the samples or laboratory protocols would explain the discrepancy in positive results. He has spoken with the clinicians in charge of swabbing patients, he said, and the collection is so thorough that swabs sometimes induce nosebleeds.

The Co-Diagnostics testing kits come with instructions that any laboratory can follow, Satterfield said. The company also consulted with the laboratory at Timpanogos Regional Hospital, which is processing the TestUtah kits, to answer any questions staffers there had.

"We consider them to be able to get the job done," Satterfield said.

rwjbhtelemed.org
RWJBH TeleMed Urgent Care OPEN

MountainStar Healthcare, which operates Timpanogos Regional and has partnered with TestUtah to staff its testing sites, defended its testing practices. HCA Healthcare, the largest hospital system in the nation, is MountainStar's parent organization.

"We have absolute confidence in our testing process and capabilities," MountainStar spokesman Mike Graul wrote. "The state [coronavirus] task force and governor's office [have] been in complete support of this initiative and continue to be so."

Satterfield said that lab managers on Wednesday pointed out to him that people who are certain they are sick are more likely to seek services through a hospital. People who are only curious as to whether they have contracted COVID-19 are more likely to fill out TestUtah's online form and get tested at its sites, he said.

"I probably wouldn't want to show up at a hospital with people I know are sick if I was at all unsure that I could be," Satterfield said.

In a prepared statement, Nomi Health said lower positive rates are a "natural" result of self-reporting by people whose symptoms are so mild that a doctor at another site may tell them they don't qualify for testing.

"TestUtah is about community health, enabling as many Utahns as possible to get tested and have the peace of mind that comes along with that," the statement read.

Click to find out more AHF

"This kind of broad community testing will naturally result in a lower positive rate, as even those who show minimal to no symptoms can screen themselves as 'symptomatic,' compared to clinically ordered and have the opportunity to be tested," it said. "All testing is conducted within CDC guidelines."

## A task force doctor urged scrutiny of TestUtah's testing



(Scott Sommerdorf | The Salt Lake Tribune) Kristen Cox, Executive Director of the Utah Office of Management and Budget, turns to answer a specific question about the Governor's budget during Utah Governor Gary Herbert's visit with the Salt Lake Tribune editorial board, Wednesday, December 13, 2017.

TestUtah staffers reached out to health officials to help "validate their technique and processes," but there was no reply, according to an April 17 email written by Kristen Cox, executive director of the Governor's Office of Management and Budget.

Cox sent the email to Herbert, interim Utah Department of Health executive director Jeff Burton and several state employees. She accused health department employees of a pattern of "nonresponse."

A health department spokesman did not respond Wednesday to The Tribune's request for comment. But in an email replying to Cox's complaints, Burton wrote: "I am on a calm and measured rampage to get everyone together on this."

Cox also asserted that Lopansri sent his criticism to HCA Health, MountainStar's parent company. Cox wrote that it was "inappropriate for [Intermountain] to ask HCA to stand down" and added: "I'm not sure if this is all about how to divide the pie."

"HCA headquarters is apparently furious," Cox wrote, saying she learned about Lopansri's message when she "received a call of frustration from Silicon Slopes" about his email.

rwjbhtelemed.org
RWJBH TeleMed Urgent Care OPEN

Promoted by nonprofit industry group Silicon Slopes, TestUtah.com launched in early April to plaudits from Herbert and other state officials as a philanthropic initiative. As news of Nomi Health's profitable contracts with Utah, Iowa and Nebraska emerged last week, Silicon Slopes Executive Director Clint Betts responded that the project had become too large to operate on a volunteer basis.

Graul, the MountainStar spokesman, wrote Wednesday that Timpanogos Regional "did receive a letter from a competitor."

But Intermountain Healthcare on Wednesday supplied Lopansri's email in its entirety — and the message appears to be addressed to Checketts, not HCA or any of its entities.

Lopansri sits on the state's task force on coronavirus testing and wrote the email to Checketts, who is chairman of the committee, said Intermountain spokesman Jess Gomez.

Each organization on the task force "has made changes based on what we have learned together," Gomez wrote in a prepared statement.

[illegible]

An analysis by the life sciences publication BioCentury showed that at least 16 of 22 comparable tests authorized by the FDA report a lower limit of detection, or greater sensitivity, than Co-Diagnostics' tests.

Its limit of detection also is higher than that of the CDC's test, wrote Dan Diekema, director of the infectious diseases division at the University of Iowa's department of internal medicine.

"Based upon concerns I've heard from others re: test performance, it would be irresponsible to move forward without evaluating their test using sample exchange [with] Iowa's State Lab. Or do all tests at [the state health lab]," Diekema said on Twitter. Diekema declined to comment further.

But Satterfield maintained that in a real-world environment, people who have contracted COVID-19 have thousands or even hundreds of thousands of particles of the virus in their samples, and that's plenty to trigger a positive in his company's tests.

He added that Co-Diagnostics' COVID-19 tests scored between 99.52% and 100% in evaluations conducted by the FDA and in Europe. He said those evaluations often put his kits side by side against other available kits to gain consensus results.

Click to find out more AHF

"We are in the same ballpark as the other tests," Satterfield said.

And there have been no complaints from nearly 50 other countries, where Co-Diagnostics has sold the majority of its tests, Satterfield said.

## TestUtah's testing of asymptomatic patients raises concerns



(Trent Nelson | The Salt Lake Tribune) COVID-19 testing at Timpanogos Regional Hospital in Orem on Tuesday, April 14, 2020.

TestUtah has since April 1 been reporting COVID-19 test results for patients with and without symptoms, according to the state's data.

The decision to test asymptomatic people has been a point of contention. State epidemiologist Dr. Angela Dunn said that health officials have asked TestUtah staff to comply with state testing guidelines that require patients to have at least one symptom to receive a test.

"We've given them our advice and the state guidelines that have been decided upon," Dunn said, "and we've asked them to implement them."

Instead, TestUtah has continued asymptomatic testing for about two weeks after Dunn first acknowledged that health officials had asked them to stop.

Sell together, even when you're apart · Learn More · salesforce quip

"We were early on asymptomatic testing," Newman, of Nomi Health, wrote in response to a Tribune inquiry Wednesday. "Now we are all working together on a unified assessment and testing criteria with the DoH [Department of Health] as we've been really successful working together on testing in Utah."

Newman referred all further questions to Cox, of the management and budget office; she did not reply to The Tribune on Wednesday.

On Wednesday afternoon, a Tribune reporter filled out the questionnaire at TestUtah.com and received a notice that read, "You qualified to be tested," despite reporting no symptoms, risk factors, or known contact with infected people. State guidelines for testing still called for at least one symptom.

"There is a place for asymptomatic testing in this pandemic, but it's necessary to have a very thoughtful approach in terms of recruiting who should be tested if they don't have symptoms ... so we can accurately interpret those results and use good data to inform policy moving forward," Dunn said in a recent news briefing.

Because the accuracy of the test in asymptomatic patients is not known, health officials are wary of the risk of false negatives — which could mislead public officials and individual patients — as well as false positives, which immediately trigger a thorough contact-tracing investigation by state and county employees.

And scientific protocols exist to design a truly randomized study of infection rates, to protect against the biases that may come from relying on a pool of volunteers on the internet. That's something the University of Utah planned to launch this week with ARUP Laboratories, using a new antibody test, said Julio Delgado, ARUP's chief medical officer.

Click to find out more AHF

Economic officials for Herbert had said in mid-April that unrestricted testing should continue.

"Opening up testing to anyone who wants it on demand is the right direction," Cox wrote in the April 17 email, stating that health department director Joseph Miner had earlier sanctioned that plan; he later stepped away from daily oversight of the department due to health concerns. "It provides reassurance to people who need it while also providing important insights into prevalence and other outstanding questions."

But that testing comes at a price to taxpayers. Although federal rules require all insurers to cover coronavirus testing, TestUtah is not submitting claims to patients' insurers. Instead, the state is paying Nomi directly; testing accounts for $3 million of the $5 million contract for TestUtah.com.

Betts, of Silicon Slopes, speculated that insurance billing may deter some patients from seeking testing.

"As I understand it, the goal of community testing is to make it as available and accessible as possible," Betts said.

"Adding insurance billing to the process adds another level of complexity to accomplishing that goal," he said. "That may be why insurance billing [and] reimbursements hasn't been part of TestUtah up to this point but, again, that's not a decision Silicon Slopes has been involved in nor is it our organization's decision to make."

EOS 100 W 31 ST · 1 bedrooms starting from $3,500/mo. · Durst

**Editor's note •** *Clint Betts serves on the The Salt Lake Tribune's nonprofit board of directors.*

*— Tribune reporters Bethany Rodgers and Robert Gehrke contributed to this report.*

Click to find out more AHF

***Correction:** An earlier version of this article misspelled the name of Bert Lopansri, a specialist in infectious diseases and microbiology at Intermountain Healthcare, in some instances.*

Comments (162) »

FEATURED COMMENTS
wasatchcascade
Thanks to Erin and Nate (and the Trib & other writers) for your work on this. And of course a big thanks to Andy for his commentary/insight pieces. Journalism can and should make an effort to shine light on this important subject and I'm just fine with the report (conflicting voices) that is offered here. The State of Utah signed up with Test Utah and offered millions - they are going to defend them; and if MD's with expertise question the process...
onbarodtime
Oh Good Gawd, Best run State ever. Kind of a crazy scenario in that bit on 'news'. I guess we will see. Maybe? Ahh, maybe not...
Judith Hess
So our good friend (Honest Abe Newman) is at it again. He almost had a contract for $8 million for a drug that doesn't work and now we find he has a $5 million contract for tests that may be under reporting. Who's palms are greasing who's? I do not trust our legislators to act in our best interest in any way shape or form. Greed, avarice and double dealing, and Hughes thinks he should be governor.
View all 162 comments

ealberty@sltrib.com Follow @erinalberty
ncarlisle@sltrib.com Follow @natecarlisle

Donate to the newsroom now. The Salt Lake Tribune, Inc. is a 501(c)(3) public charity and contributions are tax deductible.

FROM THE WEB · Recommended by Outbrain
New York: Don't Waste Your Money On Solar Panels... Top.Solar/Deals | Sponsored
[Gallery] Windshield On A Whole New Level... Post Fun | Sponsored
Diabetics: Here's How to Lower Blood Sugar (It's ... www.your-health-...
(Pics) Pour Hydrogen Peroxide In Your Gas Tank... The Delite | Sponsored
[Photos] Remember Johnny From 'The... Mortgage Credit News | ...
[Gallery] Janet Jackson's Son Is All Grown Up &... Mortgage Credit News | ...
[Photos] Remember Chuck Norris? Let's Have... Star Law News | Sponsored
[Pics] You Can See These Little Animals On The ... Health Clipboard | Sponsored
[Photos] Here's How Much Bill Cosby Has in the Bank Today Star Law News | Sponsored
Here's What Dental Implants Could Cost in 2020 Dental Implants | Sponsored Listings | Sponsored

# EXHIBIT B

CO-DIAGNOSTICS INC.

# Co-Diagnostics, Inc. Releases COVID-19 Test Performance Data: Consistently Demonstrates 100% Sensitivity and 100% Specificity Across Independent Evaluations

by Co-Diagnostics | May 1, 2020 | News Release |

**Salt Lake City, Utah – May 1, 2020 –** Co-Diagnostics, Inc. **(Nasdaq:CODX)** (the Company), a molecular diagnostics company with a unique, patented platform for the development of diagnostic tests, today released COVID-19 test performance data demonstrating 100% sensitivity and 100% specificity, the metrics used to define accuracy in molecular diagnostics testing.

The data being released comes from independent evaluations of the performance of the Company's COVID-19 test in the field. These evaluations were conducted in Mexico by the Mexican Department of Epidemiology ("InDRE"), India, and elsewhere in the US and abroad. Each study concluded 100% concordance for both specificity and sensitivity.

A summary of recent validation data and the data itself can be found here.

In remarking on the test's favorable limit of detection (LOD) results in the evaluations, Brent Satterfield, PhD said, "In diagnostics, the limit of detection or LOD is a single metric that helps inform the key metrics of sensitivity and

specificity but is not relevant as a stand-alone data point. Other metrics that are important are availability, ease of use and throughput. In countries where we have been evaluated against other tests, we have consistently and repeatedly achieved 100% clinical sensitivity and specificity and you can't do better than that."

These results underpin Co-Diagnostics' ongoing role as a major global supplier of COVID-19 tests, providing in-vitro diagnostic kits to nearly 50 countries and domestically to more than a dozen states. On Feb. 24th Co-Diagnostics was the first US-based company to receive a CE marking for a COVID-19 test kit, the regulatory clearance granted by the European Community, followed by Emergency Use Authorization from the US Food & Drug Administration (FDA).

In the United States, Co-Diagnostics has been a supplier for tests around the country including in its home state of Utah, as a supplier for TestUtah, a public-private partnership organized by Silicon Slopes and the State of Utah to "Crush the Curve" in the state. The goals of this initiative include dramatically increasing health assessments, testing capacity and accessibility.

Recently, TestUtah reviewed and commented on testing data reports.

"The level of rigor and expertise at Co-Diagnostics is representative of the amazing Silicon Slopes tech community. We are immensely proud to have them play a key role in the TestUtah initiative and in our mission to expand access to testing across the state," said Clint Betts, executive director, Silicon Slopes.

In addition to its COVID-19 test, the Company has designed, developed and manufactured a wide array of in-vitro diagnostic tests approved by either the European Community or the Central Drugs Standard Control Organization (CDSCO) in India. These tests include tuberculosis, hepatitis B, hepatitis C, malaria, human papillomavirus, Zika, dengue and chikungunya.

The Company's testing technology is also used by leaders in the field of

agriculture and by mosquito abatement districts to detect West Nile virus, eastern equine encephalitis (EEE), western equine encephalitis (WEE), and other mosquito borne pathogens.

**About Co-Diagnostics, Inc.:**

Co-Diagnostics, Inc., a Utah corporation, is a molecular diagnostics company that develops, manufactures and markets a new, state-of-the-art diagnostics technology. The Company's technology is utilized for tests that are designed using the detection and/or analysis of nucleic acid molecules (DNA or RNA). The Company also uses its proprietary technology to design specific tests to locate genetic markers for use in industries other than infectious disease and license the use of those tests to specific customers.

**Forward-Looking Statements**

**This press release contains forward-looking statements. Forward-looking statements can be identified by words such as "believes," "expects," "estimates," "intends," "may," "plans," "will" and similar expressions, or the negative of these words. Such forward-looking statements are based on facts and conditions as they exist at the time such statements are made and predictions as to future facts and conditions. Forward-looking statements in this release may include statements regarding the (i) use of funding proceeds, (ii) expansion of product distribution, (iii) acceleration of initiatives in certain verticals or markets, (iv) capital resources and runway needed to advance the Company's products and markets, (v) increased sales in the near-term, (vi) flexibility in managing the Company's balance sheet, (vii) anticipation of business expansion, and (viii) benefits in research and worldwide accessibility of the CoPrimer technology and its cost-saving and scientific advantages. Forward-looking statements are subject to inherent uncertainties, risks and changes in circumstances. Actual results may differ materially from those contemplated or anticipated by such forward-looking statements. Readers of this press release are cautioned not to place undue reliance on any forward-looking**

**statements. The Company does not undertake any obligation to update any forward-looking statement relating to matters discussed in this press release, except as may be required by applicable securities laws.**

**Company Contact:**
Andrew Benson
Co-Diagnostics Investor Relations
801-438-1036
investors@codiagnostics.com
or
**Media Contact:**
Jennifer Webb
Coltrin & Associates, Inc
+1.267.912.1173
jennifer_webb@coltrin.com

## Follow us on Facebook

Co-Diagn...
1.1K likes

Like Page

**Co-Diagnostics**
about 2 weeks ago

Click below to read the #CoDiagnostics operational update.

"According the CDC

Case 2:20-cv-00368-JNP Document 66-1 Filed 09/14/20 PageID.684 Page 10 of 29

## Archives

- September 2020
- August 2020
- June 2020
- May 2020
- April 2020
- March 2020
- February 2020
- January 2020
- December 2019
- November 2019
- October 2019
- September 2019
- August 2019
- July 2019
- June 2019
- May 2019
- April 2019
- March 2019
- February 2019
- January 2019
- December 2018
- November 2018
- October 2018
- September 2018

- August 2018
- July 2018
- June 2018
- April 2018
- March 2018
- February 2018
- January 2018
- December 2017
- November 2017
- October 2017
- September 2017
- August 2017
- July 2017

This document contains the following summaries of several studies performed on the Co-Diagnostics Logix Smart™ COVID-19 Test and CoSara Saragene™ Coronavirus (2019) Test along with supportive data:

1. Results from PathWest Laboratories, Australia show 100% agreement with their in-house test, 100% clinical sensitivity and specificity, and 100% accuracy. The clinical results are based on testing 207 samples of nasophryngeal swabs, throat and nose samples, and dry swabs of unknown origin. Additionally, they tested 58 reference samples which showed no cross reactivity of the Logix Smart COVID-19 assay with other respiratory viruses, bacteria, or potential co-infectious pathogens.

2. The Indian National Institute of Pathology ran 45 lower respiratory samples with the Saragene Coronavirus (2019) Test compared with a gold standard Real-Time PCR Test from NIP and the results show 100% sensitivity and specificity. Out of the 45 samples, 10 of the negative samples were from other respiratory viruses. Therefore, the results show no cross reactivity with other viruses.

3. On 22 April, 2020 the Mexican Government's InDRE (CDC equivalent) published the results of their official evaluation and passed Co-Diagnostics' SARS-CoV-2 qPCR virus detection kit (Logix Smart™ COVID-19 kit) for use in Mexico with 13.5 copies/sample statistically reported as the Limit of Detection.

4. We have internal control markers in every test that allow us to monitor 1) the quality of the sample collected 2) the efficiency of the extraction and 3) the sample integrity at the time the test is run. We followed up with Barbara Blanke who is running the program at Timpanogos Regional, and she provided us with data from the internal control for the samples in the latest run. Out of 32 samples, the average Ct was below 25 and was remarkably consistent, revealing that Timpanogos Regional has one of the best sample collection and processing procedures of any group that we have interacted with.

   During our FDA EUA submission, we compared our test side-by-side with the CDC test and found we actually detected more low-level positives than the CDC despite the reported limits of detection.

5. The Minnesota Department of Health comparison data against another assay showing 100% concordance.

# VALIDATION REPORT

## 1. VALIDATION REPORT SCOPE

To report the validation results of the Logix Smart COVID-19 RT-PCR test for sensitivity, specificity, and agreement with a laboratory developed test performed at PathWest Laboratory Medicine WA (Australia).

## 2. REFERENCED PROCEDURES

Logix Smart COVID-19 Instructions for Use

MIC qPCR System Manual

## 3. TEST DESCRIPTION

| Product Name | Product Number | Validation Site | Analysis Date |
|---|---|---|---|
| Logix Smart COVID-19 RT-PCR Test | COVID-K-001 | PathWest Laboratories | 30APR2020 |

## 4. VALIDATION SUMMARY

All tests were performed using a MIC qPCR System (BioMolecular Systems) with software v2.8.13.

4.1. Cross Reactivity

4.1.1. Protocol: 58 previously characterized reference samples were tested with the Logix Smart COVID-19 Test using a MIC qPCR. The data included three negative controls and three positive controls.

4.1.2. Results: The results were analyzed from MIC Report, Cycling: 2019-nCoV specific RNA with dynamic normalization, fluorescence cut off of 5%, and threshold setting of 1.288 (automatic).

**Table 1. Specificity Testing of COVID-K-001**

| Pathogen | Strain(s) | Logix Result |
|---|---|---|
| Negative Sample | unknown | Negative |
| Negative Sample | unknown | Negative |
| Adenovirus | 1901 | Negative |
| Bocavirus | ex3020735n 10-2 | Negative |
| BDP | 1701 | Negative |
| *C. pneumonieae* | 1201 10-3 | Negative |
| C. psitacii | 020214 10-2 | Negative |
| Cytomegalovirus | 1501 10-2 | Negative |
| Coronavirus | 229E 2003 10-2 | Negative |
| Coronavirus | NL63 ex2563866k 10-2 | Negative |
| Coronavirus | OC43 ex-vero TCF 10-2 | Negative |
| Epstein-Barr Virus | 1701 | 48.06 cycles |
| Enterovirus | 1501 10-1 | Negative |
| ER71 | 1501 | Negative |



2401 S. Foothill Dr. Suite D. Salt Lake City, UT 84109 | 801.438.1036 | www.codiagnostics.com

| | | |
|---|---|---|
| ER71B | 1501 10-2 | Negative |
| Influenza A Matrix | 1401 10-3 | Negative |
| Influenza B | 1901 | Negative |
| Influenza C | 1301 10-2 | Negative |
| Streptococcus Group A | 1701 | Negative |
| Streptococcus Group B | 1701 | Negative |
| *H. influenzae* | 1201 10-3 | Negative |
| H1N1 | 2009 1401 10-3 | Negative |
| H3N2 | 1501 10-1 | Negative |
| H5N1 | 1401 10-2 | Negative |
| H7N9 | 1401 10-5 | Negative |
| HHV-6a | 1801 | Negative |
| HHV-6b | 1601 | Negative |
| HHV-8 | 1601 | Negative |
| Herpes Simplex Virus, type 1 | 1401 10-3 | Negative |
| Herpes Simplex Virus, type 2 | 1701 10-1 | Negative |
| *K. pneaumoniae* | 1801 | Negative |
| *L. longbeachae* | 1301 10-3 | Negative |
| *L. pneumophila* | 1501 10-4 | Negative |
| *M. pneumoniae* | 1501 10-3 | Negative |
| *M. tuberculosis* | 1301 10-1 | Negative |
| *Measles* | 1201 10-2 | Negative |
| *MSD* | 1901 | Negative |
| *Mumps* | 1201 10-2 | Negative |
| N. gonorrhea | 1401 10-3 | Negative |
| Negative Control (Kit) | | Negative |
| Negative Control (Kit) | | Negative |
| Negative Control (Kit) | | Negative |
| NMDA | WACC787 10-1 | 46.86 |
| NMDB | 1601 10-2 | Negative |
| NMDC | 1301 10-3 | Negative |
| NMDW | 1601 10-3 | Negative |
| NMDX | WACC788 10-3 | Negative |
| NMDY | 1801 | Negative |
| NMDZ | WACC789 10-2 | Negative |
| *P.aeruginosa* | ATCC27853 10-2 | Negative |
| Parecho | 1401 10-3 | Negative |
| PF1/HMR | 1801/1701 | Negative |
| PF2/3 | 1901 | Negative |
| Positive Control (Kit) | | 26.50 |
| Positive Control (Kit) | | 25.77 |
| Positive Control (Kit) | | 25.78 |
| Rhinovirus | 1503 10-1 | Negative |
| RSV A/B | 1801 | Negative |
| Rubella | 1801 10-1 | Negative |
| SARS CoV RNA | 10-2 | 34.69 |
| SARS-CoV | 1001 10-2 | Negative |
| *Staphylococcus aureus* | 1401 10-2 | Negative |
| *Streptococcus pneumoniae* | 1201 10-3 | Negative |

| | | |
|---|---|---|
| *Varicella zoster virus* | 1201 10-4 | Negative |

4.1.3. Conclusions: According to the instructions for use for the Logix assay, any amplification past cycle 45 is outside the range of the assay. Therefore, the results for specificity show only positive reactions for SARS CoV RNA and the positive control. The information sent to CoDx does not identify which strain of SARS CoV is showing positive. No other cross reactivity was identified.

4.2. Sensitivity

4.2.1. Protocol: The limit of detection was determined by taking a known concentration of COVID-19 RNA and serial diluting it on a 9 point scale. Each concentration was ran in replicates of 7-10.

4.2.2. Results: The results were reported in Excel worksheet "Codiagnostics Logix Smart COVID-19 LoD".

Table 2. Sensitivity Results for 9-point Scale

| Titre | Copy Number - 2SD | Copy Mean | Copy + 2SD | Ct Mean | Ct σ | Total | Detected |
|---|---|---|---|---|---|---|---|
| Neat | 63093187.93 | 75166666.67 | 87240145.41 | No Test | No Test | No Test | No Test |
| 1.00E-01 | 6309318.79 | 7516666.67 | 8724014.54 | No Test | No Test | No Test | No Test |
| 1.00E-02 | 630931.88 | 751666.67 | 872401.45 | No Test | No Test | No Test | No Test |
| 1.00E-03 | 63093.19 | 75166.67 | 87240.15 | 23.08 | 1.05 | 8 | 8 |
| 1.00E-04 | 6309.32 | 7516.67 | 8724.01 | 25.96 | 0.63 | 10 | 10 |
| 1.00E-05 | 630.93 | 751.67 | 872.40 | 29.13 | 0.51 | 10 | 10 |
| 1.00E-06 | 63.09 | 75.17 | 87.24 | 32.88 | 0.56 | 20 | 20 |
| 1.00E-07 | 6.31 | 7.52 | 8.72 | 35.66 | 0.97 | 10 | 9 |
| 1.00E-08 | 0.63 | 0.75 | 0.87 | 0.00 | 0.00 | 7 | 0 |
| 1.00E-09 | 0.06 | 0.08 | 0.09 | 0.00 | 0.00 | 7 | 0 |



2401 S. Foothill Dr. Suite D. Salt Lake City, UT 84109 | 801.438.1036 | www.codiagnostics.com




The probability from 0.01 to 0.99 was calculated for copies/uL. The 95% limit of detection was calculated at 8.42 copies/uL (42.1 copies per reaction).

| Table 3. Limit of Detection Probability | |
|---|---|
| Probability | Copies / uL |
| 0.01 | 2.45 |
| 0.02 | 2.66 |
| 0.03 | 2.74 |
| 0.05 | 3.03 |
| 0.10 | 3.39 |
| 0.20 | 3.88 |
| 0.25 | 4.09 |
| 0.50 | 5.05 |
| 0.75 | 6.23 |
| 0.80 | 6.56 |
| 0.90 | 7.52 |
| **0.95** | **8.42** |
| 0.98 | 9.29 |
| 0.98 | 9.56 |
| 0.99 | 10.41 |

4.2.3. Conclusions: The calculated limit of detection based on the titre was 8.42 copies/uL.

4.3. Agreement with LDT or clinical sensitivity/specificity

4.3.1. Protocol: 207 patient samples from nasopharyngeal swab, nose and throat, and dry swab of unspecified site were testing using the Logix Smart COVID-19 Kit and a laboratory developed RT-PCR assay.

4.3.2. Results: The results were analyzed in Excel worksheet "Kurabo and Codi-agnostics Logix Smart COVID-19 Patient Validation".

**Table 4. Patient Results for Logix vs. LDT**

| Sample Name | Decision - Logix Smart | Decision - In House LDT | Sample Type |
|---|---|---|---|
| 1070758N | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 1105831X | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2551011Y | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2551344J | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2551659Y | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2551671F | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2551682E | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2551686F | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2551756R | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2551998A | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2552019U | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2552298D | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2552821P | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2552921C | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2552924X | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2554001P | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2554002W | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2554003C | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2554005Q | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2554006X | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2560030S | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2560103Y | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2560700G | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2560704H | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2562999M | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2563202N | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568019Y | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568071A | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2568117Y | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2568169Ya | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568169Yb | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568194S | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2568202L | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2568232N | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2568238C | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2568239J | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2568255S | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2568356M | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568361Xa | COVID-19 Positive | COVID-19 Positive | Nose and Throat |

| | | | |
|---|---|---|---|
| 2568361Xb | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568380Aa | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568380Ab | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568382N | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568471C | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568479E | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568482B | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568535X | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568536D | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568537K | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568538R | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568539Y | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568540G | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568541N | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568542U | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568543B | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568544H | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568545P | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568546W | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568547C | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568548J | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568550Z | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568551F | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568619B | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568652A | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568691N | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568705W | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568706C | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568715N | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568757W | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2568778M | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2568783X | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2568829U | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568831K | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569436K | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569486X | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569488K | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569489R | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569491G | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569495H | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569498C | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569500G | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569504H | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569505P | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569507C | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569508J | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569512M | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569516N | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569521Y | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569541H | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569604W | Negative COVID-19 | Negative COVID-19 | Nasopharyngeal Swab |

| | | | |
|---|---|---|---|
| 2569610M | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569613G | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569618P | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569619W | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569624F | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569625M | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569628G | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569629N | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569650G | Negative COVID-19 | Negative COVID-19 | Nasopharyngeal Swab |
| 2569655P | Negative COVID-19 | Negative COVID-19 | Nasopharyngeal Swab |
| 2569656W | Negative COVID-19 | Negative COVID-19 | Nasopharyngeal Swab |
| 2569657C | Negative COVID-19 | Negative COVID-19 | Nasopharyngeal Swab |
| 2569658J | Negative COVID-19 | Negative COVID-19 | Nasopharyngeal Swab |
| 2569659Q | Negative COVID-19 | Negative COVID-19 | Nasopharyngeal Swab |
| 2569660Z | Negative COVID-19 | Negative COVID-19 | Nasopharyngeal Swab |
| 2569696Q | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569697X | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569702W | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569934M | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569935T | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569936A | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569937G | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569938N | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569939U | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569940D | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569941K | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569942R | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569943Y | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569953Q | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569954X | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569955D | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569956K | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569958Y | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569959E | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569960N | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569961U | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569988A | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569989G | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569990Q | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569991X | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569992D | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569993K | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569994R | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569996E | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569998S | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569999Z | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2570000B | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2571038A | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2571304Lb | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2571304La | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2572177W | COVID-19 Positive | COVID-19 Positive | Nose and Throat |

| | | | |
|---|---|---|---|
| 2572718B | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2572913Ua | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2572913Ub | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2572923M | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2572941J | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 3086145U | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3238784E | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 3238901X | COVID-19 Positive | COVID-19 Positive | Dry swab, site unspecified |
| 3239267T | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 3239268A | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3239299J | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 3239766C | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3323086X | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 3482823C | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 3564711F | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 3660657C | COVID-19 Positive | COVID-19 Positive | Dry swab, site unspecified |
| 3660722F | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 3661013Y | Negative COVID-19 | Negative COVID-19 | Nasopharyngeal Swab |
| 3709292C | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 3709293J | Negative COVID-19 | Negative COVID-19 | Nasopharyngeal Swab |
| 3709347L | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3709348S | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3733499P | Negative COVID-19 | Negative COVID-19 | Nasopharyngeal Swab |
| 3754925Y | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 3754942N | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 3754943U | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 3754944B | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 3777430Y | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 3777435F | Negative COVID-19 | Negative COVID-19 | Throat |
| 3777448S | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3814560T | COVID-19 Positive | COVID-19 Positive | Dry swab, site unspecified |
| 3815985H | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3816064T | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3816066G | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3816068U | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3816070K | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3816080C | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3816082Q | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspeci- |

| | | | |
|---|---|---|---|
| | | | fied |
| 3816094W | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 3816101H | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 3816103W | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3816107X | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 3816109K | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3885284L | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 3886426Q | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3886504F | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3998210M | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 4022921R | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 4067378M | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 4067382Q | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 4067833A | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 4094647R | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 4094967Q | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 9083211B | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 9095096X | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 9097010H | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 9097326D | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 9097773Y | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 9098380N | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 9099242N | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 9100422K | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 9101647Y | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 9101873A | COVID-19 Positive | COVID-19 Positive | Dry swab, site unspecified |
| 9102097B | COVID-19 Positive | COVID-19 Positive | Dry swab, site unspecified |
| 9105135F | COVID-19 Positive | COVID-19 Positive | Dry swab, site unspecified |
| 9114883M | Negative COVID-19 | Negative COVID-19 | Nasopharyngeal Swab |

**Table 5. Sample Types**

| Sample Type | Count |
|---|---|
| Nose and Throat | 152 |
| Nasopharyngeal | 30 |
| Site Unspecified | 24 |
| Throat | 1 |

| Table 6. Patient Sample Results Summary | | | |
|---|---|---|---|
| | Laboratory Developed RT-PCR Test | | |
| | Positive | Negative | Total |
| Logix Positive | 103 | 0 | |
| Logix Negative | 0 | 104 | |
| Total | | | 207 |

4.3.3. Conclusions: The testing of patient samples showed 100% agreement with 100% sensitivity (CI 96.48-100) and specificity (CI 96.52-100) between the LDT RT-PCR test and the Logix Smart COVID-19 Test. Accuracy was determined to be 100% (CI 98.23-100).

## 5. ATTACHMENTS

Attachment A: Kurabo and Codiagnostics Logix Smart COVID-19 Patient Validation
Attachment B: Co-diagnostics Logix Smart COVID-19 LoD
Attachment C: Co-diagnostics Logix Smart COVID-19 Cross Reactivity Testing
Attachment D: MIC Run Files

| | Signature | Date |
|---|---|---|
| **Author** | Rebecca Green | **30APR2020** |
| **Supervisor** | Rebecca Green | 30APR2020 |



2401 S. Foothill Dr. Suite D. Salt Lake City, UT 84109 | 801.438.1036 | www.codiagnostics.com

# VALIDATION REPORT

## 1. VALIDATION REPORT SCOPE

To report the validation results of the Logix Smart™ COVID-19 RT-PCR Test which was manufactured by Cosara Diagnostics Pvt. Ltd. and re-branded Saragene™ Corona Virus (2019 NCV) RT-PCR Test. This report shares the sensitivity, specificity, and agreement of the Logix Test with a laboratory developed test performed at the National Institute of Pathology, India.

## 2. REFERENCED PROCEDURES

Logix Smart COVID-19 Instructions for Use

Quant Studio Flex 7 Manual

## 3. TEST DESCRIPTION

| Product Name | Product Number | Validation Site | Analysis Date |
|---|---|---|---|
| Saragene Corona Virus 2019 RT-PCR Test | 20C11PE-01 | National Institute of Pathology, India | 24APR2020 |

## 4. VALIDATION SUMMARY

All tests were performed using a QuantStudio 7 (ThermoFisher).

4.1. Agreement with LDT or clinical sensitivity/specificity

4.1.1. Protocol: 45 samples from upper respiratory, lower respiratory, and serum were testing using the Saragene Kit and compared against the ICMR-NIV gold standard RT-PCR assay. Of the 45 samples, 18 were positive at low, medium and high levels and 18 were negative. They also included samples that were negative for COVID-19 but positive for influenza A, influenza B, or other respiratory viruses.

4.1.2. Results: The results were analyzed reported in letterhead “Covid-19/NIP/Evaluation/123” to CDSCO and Cosara Diagnostics Pvt. Ltd.

| Table 1. Patient Sample Results Summary | | | |
|---|---|---|---|
| | NIV Gold Standard RT-PCR Test | | |
| | Positive | Negative | Total |
| Logix Positive | 18 | 0 | 18 |
| Logix Negative | 0 | 27 | 27 |
| Total | 18 | 27 | 45 |

4.1.3. Conclusions: The testing of patient samples showed 100% agreement with 100% sensitivity (CI 85.4-100) and specificity (CI 78.1-100) between the



2401 S. Foothill Dr. Suite D. Salt Lake City, UT 84109 | 801.438.1036 | www.codiagnostics.com

NIV RT-PCR test and the Saragene Corona Virus (2019 NCV) Test. Accuracy was determined to be 100% with no cross reactivity to other respiratory viruses.

## 5. ATTACHMENTS

Attachment A: ICMR- National Institute of Pathology Letterhead with Results

| | Signature | Date |
|---|---|---|
| **Author** | [signature] | **30APR2020** |
| **Supervisor** | [signature] | **30APR2020** |

CO-DIAGNOSTICS

Memo: InDRE Evaluation Co-Diagnostics' COVID-19 IVD qPCR detection kit
30 April, 2020

On 22 April, 2020 the Mexican Government's InDRE (CDC equivalent) published the results of their official evaluation and passed Co-Diagnostics' SARS-CoV-2 qPCR virus detection kit (Logic Smart™ COVID-19 kit.) for use in Mexico. The validation was performed on an ABI 7500 FAST instrument, using the same protocol specified in the Co-Dx Instructions for Use.

Minimum criteria, as seen in the document contained in the internet link below

1) 250 copies / reaction detection limit of detection
2) 100% analytic specificity, referring to no empirical cross-reactivity with other respiratory viruses tested
3) Reproducibility should be greater or equal than 95% in accordance with referenced standards.

Reference (in Spanish)
https://www.gob.mx/cms/uploads/attachment/file/547178/Criterios_para_la_aceptaci_n_de_pruebas_moleculares_para_el_diagn_stico_de_SARS-CoV-2.pdf

A document was produced and readily available on the web showing the analytical testing to verify performance claims by the manufacturer. This document can be seen here
https://www.gob.mx/cms/uploads/attachment/file/547725/Kit_para_Coronavirus_2019_Logix_SmarthTM__COVID-19___Raver_Aplicaciones_.pdf

Below is a summary of the findings of the above link.

Clinical Specificity (Cross-Reactivity with other Viruses)

Samples containing various verified respiratory viruses (but negative for SARS-CoV-2) were run using Logic Smart COVID-19 kit.

These samples were: Three Human Metapneumovirus samples, one Parainfluenza type 4, one Parainfluenza type 3, and three typical coronavirus (consisting of one NL63 and two HKU1) samples.

All were negative using CoDiagnostics' test, as expected.

Limit of detection (LOD)

LOD was assessed by using extracted and quantified total RNA obtained from a SARS-CoV-2 positive clinical sample.

Different concentrations of this extract were used, with 5 replicates per concentration. This analysis was done with the same operator using the same CoDiagnostics lot 200320-k-205, with the result of 100% detection of 10 copies / reaction. Statistically, the result of 13.5 copies was reported as LOD, detected in 5 uL of sample delivered to the final qPCR reaction.

Repeatability

Various concentrations of the clinical extracted RNA were analyzed in replicates of 5 and 5/5 reactions were positive for 1,000, 250, 100, and 10 copies / reaction.

A final statement was made that the manufacturer's LOD value, and specificity were concordant with empirical results obtained by the InDRE testing and that during the emergency period (time frame not specified) this reagent is valid for use in Mexico (as FDA EUA).

ATTACHMENT 4

CO-DIAGNOSTICS INC.

**MULTIPLE MARKERS AND COVID-19**

***Why Multiple Markers?***

PCR tests have been plagued with false amplification products called primer-dimers from the invention of PCR in the 1980's. These primer-dimers can contribute to false positives and are made even worse in single-step reverse-transcriptase PCR tests for RNA genomes such as COVID-19. Not even commercial hot starts are sufficient to suppress false positives from these spurious amplification products.

Methods to increase specificity include using additional markers to rule out false positives from primer-dimers. Unfortunately, adding more primers to the same well compounds the primer-dimer issue. Therefore, despite the higher reagent cost, lower throughput, and worse limit of detection, test developers will often put the primers for each marker in separate wells.




**Figure 1. Primer-Dimers in CDC test.** Primer-dimers require multiple markers to eliminate false positives. They require each marker to be run in a separate well, increasing labor and reagent cost while reducing throughput and sensitivity.

***Is There a Better Solution?***

Co-Diagnostics developed CoPrimers, an advanced primer technology that couples a very short primer with a probe. This cooperative interaction reduces primer-dimer formation by up to 2.5 million times relative to the primers used in other tests. In other words, *it increases specificity without having to use multiple markers.*




**Figure 2. CoPrimers in the Co-Diagnostics Test Eliminate Primer-Dimers**. In hundreds of runs with negative controls in various sample matrices for COVID-19, no primer-dimer positives have been observed.

***Does Testing with a Single Marker Work?***

In a randomized study with ninety sputum samples spiked with COVID-19 viral genomes[1] and ninety negative samples, the Co-Diagnostics test outperformed the CDC primer set detecting a greater number of low-level positives. The Co-Diagnostics primer set had 100% sensitivity and 100% specificity in this study. Because the CDC primer set requires viral genomes to be present in each well for each of the three markers to be positive, it is three times less likely to detect low-level positives.

*The Co-Diagnostics test detects more low-level positives than the CDC primer set.*

Not only did the Co-Diagnostics test outperform the CDC primer set, but the use of a single marker in a single well provides several additional benefits: 1) The Co-Diagnostics test can run four times as many samples as the CDC test in the same time and on the same machine. 2) It requires less reruns from "indeterminate" results (eg results where one or two of the three markers is present, but not all three). 3) It uses less reagents. 4) It is easier to analyze, allowing automated analysis by most real-time PCR machines.

[1] Sputum samples were spiked with four different concentrations of the COVID-19 genome. The genomic material was deposited by the Centers for Disease Control and Prevention and obtained through BEI Resources, NIAID, NIH: Genomic RNA from SARS-Related Coronavirus 2, Isolate USA-WA1/2020, NR-52285.

***CoPrimers Increase Test Stability***

With multiple markers taking up multiple wells, it can take several hours to run a decent number of samples. We observed that the Co-Diagnostics test is more stable over time than the CDC primer set when left at 4C in a refrigerator.




**Figure 3. Stability of CDC primers vs CODX primers**. The three markers in the CDC primer set experienced significant deterioration in signal after eight hours in a refrigerator, resulting in an increase in false negative results. The Co-Diagnostics test had no loss in signal even after eight hours.

***Conclusion***

Co-Diagnostics is able to do what other labs cannot because it has the most advanced primer technology on the market. CoPrimers reduce primer-dimers by 2.5 million times relative to standard PCR primers and probes. This allows for a more stable single-marker, single-well test that is lower cost, higher throughput, and easier to use/analyze.

| Sample | Date Received | AGCL Accession | DOH Accession | Result in Ct | | | Concordant |
|---|---|---|---|---|---|---|---|
| | | | | MN DOH | COV-FAM | IC CalFluor-RED | |
| 1 | 4/10/20 | 202004-15022 | 2020310691 | 25.51 | 26.15 | 26.26 | 1 |
| 2 | 4/10/20 | 202004-15024 | 2020310776 | 19.05 | 18.52 | 26.67 | 1 |
| 3 | 4/10/20 | 202004-15026 | 2020310947 | 31.73 | 31.95 | 25.85 | 1 |
| 4 | 4/10/20 | 202004-15028 | 2020310957 | 19.35 | 18.32 | 26.55 | 1 |
| 5 | 4/10/20 | 202004-15030 | 2020311459 | 28.18 | 27.16 | 24.29 | 1 |
| 6 | 4/10/20 | 202004-15032 | 2020311616 | 16.82 | 18.12 | 24.28 | 1 |
| 7 | 4/10/20 | 202004-15034 | 2020311887 | 20 | 17.24 | 21.72 | 1 |
| 8 | 4/10/20 | 202004-15036 | 2020312109 | 24.83 | 24.99 | 28.22 | 1 |
| 9 | 4/10/20 | 202004-15038 | 2020312420 | 31.75 | 32.14 | 28.47 | 1 |
| 10 | 4/10/20 | 202004-15020 | 2020312424 | 20.05 | 20.3 | 27.05 | 1 |
| 11 | 4/10/20 | 202004-15004 | 2020312274 | Negative | | 23.66 | 1 |
| 12 | 4/10/20 | 202004-15006 | 2020312298 | Negative | | 27.81 | 1 |
| 13 | 4/10/20 | 202004-15008 | 2020312299 | Negative | | 25.78 | 1 |
| 14 | 4/10/20 | 202004-15010 | 2020312301 | Negative | | 25.3 | 1 |
| 15 | 4/10/20 | 202004-15012 | 2020312304 | Negative | | 23.45 | 1 |
| 16 | 4/10/20 | 202004-15013 | 2020312309 | Negative | | 24 | 1 |
| 17 | 4/10/20 | 202004-15014 | 2020312310 | Negative | | 26.37 | 1 |
| 18 | 4/10/20 | 202004-15016 | 2020312318 | Negative | | 24.65 | 1 |
| 19 | 4/10/20 | 202004-15018 | 2020312319 | Negative | | 25.39 | 1 |
| 20 | 4/10/20 | 202004-15002 | 2020312320 | Negative | | 29.48 | 1 |
| | | | | | | | 100% |