Brent R. Baker # 05247
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Email: bbaker@parsonsbehle.com
Email: ecf@parsonsbehle.com
Ph: (801) 532-1234
Fax: (801) 536-6111

ecf@parsonsbehle.com

Richard W. Gonnello (*pro hac vice* forthcoming)
Katherine Lenahan (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Email: rgonnello@faruqilaw.com
Email: klenahan@faruqilaw.com
Ph: (212) 983-9330
Fax: (212) 983-9331

*Attorneys for [Proposed] Lead Plaintiff Tejeswar Tadi*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br>Plaintiff,<br><br>v.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSEN, BRENT SATTERFIELD,<br><br>Defendants. | Case No. 2:20-cv-00368-CMR<br><br>CLASS ACTION<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Dustin P. Pead |

*[Caption continues on next page]*

| | |
|---|---|
| FERNANDO HERNANDEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, and BRENT SATTERFIELD, | Case No. 2:20-cv-00481-JNP-JCB<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Jared C. Bennett |

**DECLARATION OF TEJESWAR TADI'S MOTION IN SUPPORT OF HIS APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL AND LIAISON COUNSEL**

I, Tejeswar Tadi, declare as follows:

1.      I respectfully submit this declaration in support of my motion for appointment as Lead Plaintiff in the above captioned actions (the "Actions") and approval of my selection of the Faruqi Firm as Lead Counsel and the Parsons Firm as Liaison Counsel. I have personal knowledge of the statements herein and, if called as a witness, could and would competently testify thereto.

2.      I am currently employed as a Planning and Center of Excellence analyst at Sanofi, a position which I have held since July 2019. I graduated with a Bachelor of Science in Finance from Rutgers University, New Brunswick in 2019.

3.      It is my understanding that one of the movants seeking appointment as Lead Plaintiff in these Actions has challenged my adequacy to serve as a Lead Plaintiff by speculating that I used artificial intelligence or trading algorithms to execute my trades in Co-Diagnostics securities. This is false. I manually invested in Co-Diagnostics call options on May 14, 2020 through my personal TD Ameritrade account in anticipation of Co-Diagnostics' forthcoming publication of its quarterly earnings report for the period ending March 31, 2020.

4.      I am aware that if I am appointed Lead Plaintiff that I will have a fiduciary responsibility to the absent class members and cannot put my personal interests ahead of the class's interests. Indeed, I previously certified that I am only entitled to my pro rata share of any recovery.

5.      I understand that my duties as Lead Plaintiff will include, but are not limited to:

- Providing fair and adequate representation to the class;
- Communicating with counsel and remaining fully informed about the litigation;

1

- Actively overseeing and directing counsel by reviewing and discussing proposed litigation strategies and court filings with counsel;

- Producing documents in response to discovery requests, answering interrogatories, and otherwise complying with court requirements; and

- Acting in the best interest of the class as a whole.

6.      I lost $152,800 on my investments in Co-Diagnostics securities. This is a substantial loss, and I am highly motivated and completely committed to making sure that I and other similarly harmed investors achieve the maximum possible recovery for our losses.


I declare, under the penalty of perjury, that the foregoing is true and correct.

Executed on ___09/10/2020___

Tejeswar Tadi (Sep 10, 2020 15:31 EDT)

Tejeswar Tadi

2