Melissa A. Fortunato
Marion Passmore
**BRAGAR EAGEL & SQUIRE, P.C.**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Email: fortunato@bespc.com
      passmore@bespc.com


Phillip Kim
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Email: pkim@rosenlegal.com

*Counsel for the Co-Diagnostics Investor
Group and Proposed Co-Lead Counsel for
the Class*

Mark F. James (5295)
Mitchell A. Stephens (11775)
**JAMES DODGE RUSSELL & STEPHENS**
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Email: mjames@jdrslaw.com
      mstephens@jdrslaw.com


*Liaison Counsel for the Co-Diagnostics
Investor Group and Proposed Liaison Counsel
for the Class*

---

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br>      *Plaintiff,*<br><br>v.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSEN, and BRENT SATTERFIELD,<br><br>      *Defendants.*<br><br>[Caption Continued on Next Page] | **DECLARATION OF MITCHELL A. STEPHENS IN SUPPORT OF THE CO-DIAGNOSTICS INVESTOR GROUP'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION FOR CONSOLIDATION OF ACTIONS, APPOINTMENT <u>AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL</u>**<br><br><br>Case No. 2:20-cv-00368-JNP-DBP<br><br>Judge Jill N. Parrish |

| | |
|---|---|
| FERNANDO HERNANDEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, and BRENT SATTERFIELD,<br><br>    *Defendants.* | Case No. 2:20-cv-00481-JNP-JCB<br><br>Judge Jill N. Parrish |

`   I, Mitchell A. Stephens, hereby declare as follows:

1.   I am a Partner with the law firm of James Dodge Russell & Stephens, P.C., counsel for lead plaintiff movants Tamara Shafer and Robert Volski (collectively, the "Co-Diagnostics Investor Group") and proposed liaison counsel for the Class.

2.   I submit this Declaration, together with the attached exhibit, in support of the Co-Diagnostics Investor Group's Reply Memorandum of Law in Further Support of its Motion for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.

3.   Attached hereto as Exhibit 1 is a true and correct copy of the Co-Diagnostics Investor Group's Joint Declaration, dated September 14, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 14th day of September, 2020.

        */s/ Mitchell A. Stephens*
        Mitchell A. Stephens

# Exhibit 1

Melissa A. Fortunato
Marion Passmore
**BRAGAR EAGEL & SQUIRE, P.C.**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Email: fortunato@bespc.com
      passmore@bespc.com


Phillip Kim
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Email: pkim@rosenlegal.com

*Counsel for the Co-Diagnostics Investor
Group and Proposed Co-Lead Counsel for
the Class*

Mark F. James (5295)
Mitchell A. Stephens (11775)
**JAMES DODGE RUSSELL & STEPHENS**
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Email: mjames@jdrslaw.com
      mstephens@jdrslaw.com


*Liaison Counsel for the Co-Diagnostics
Investor Group and Proposed Liaison Counsel
for the Class*

---

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br>      Plaintiff,<br><br>      v.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSEN, BRENT SATTERFIELD,<br><br>      Defendants.<br><br>[Caption Continued on Next Page] | Case No. 2:20-cv-00368-JNP-DBP<br><br>Judge Jill N. Parrish |

1

| | |
|---|---|
| FERNANDO HERNANDEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, and BRENT SATTERFIELD,<br><br>        Defendants. | Case No. 2:20-cv-00481-JNP-JCB<br><br>Judge Jill N. Parrish |

### DECLARATION OF THE CO-DIAGNOSTICS INVESTOR GROUP REGARDING ITS MOTION FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL

The undersigned, Tamara Shafer ("Shafer") and Robert Volski ("Volski") (collectively, the "Co-Diagnostics Investor Group"), pursuant to 28 U.S.C. § 1746, declare as follows:

1. We are a current lead plaintiff movant in the Co-Diagnostics action. On August 17, 2020, we filed a motion pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), to be appointed as a lead plaintiff along with another shareholder, Hal Ulucan ("Ulucan"). We submit this declaration in further support of our motion for consolidation of related actions, appointment as lead plaintiff, and approval of selection of counsel. We have personal knowledge about the information contained herein.

2. We have been advised by counsel that due diligence conducted after the filing of the lead plaintiff motion revealed that additional trades by Ulucan resulted in a gain and therefore, Ulucan will no longer be pursuing appointment as lead plaintiff as a member of the Co-Diagnostics

Investor Group. Given this change, we would like to reiterate our desire to be selected as lead plaintiff and to pursue the motion for appointment as lead plaintiff and selection of counsel as a group consisting of only two individuals.

3. The representations we made in the joint declaration regarding our obligation to oversee and manage the litigation and our role as a fiduciary of the Class continue to be true. We understand that those responsibilities will be ours, and we are committed, if appointed, to serve as lead plaintiff in this action.

4. We declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

DATED: September 14, 2020                Respectfully submitted,

*Tamara Shafer*
Tamara Shafer (Sep 14, 2020 09:56 MDT)

Tamara Shafer


DocuSigned by:

*Robert Volski*
E729CE7D5E344BB...

Robert Volski