D. Loren Washburn (#10993)
  lwashburn@smithwashburn.com
**SMITH WASHBURN, LLP**
8 East Broadway, Suite 320
Salt Lake City, UT 84111
Telephone:  (801) 584-1800
Facsimile:   (801) 584-1820

Michael A. Pineiro (*admitted pro hac vice*)
MARCUS NEIMAN RASHBAUM &
PINEIRO LLP
2 South Biscayne Blvd., Suite 1750
Miami, FL 33131
Telephone: (305) 400-4268
mpineiro@mnrlawfirm.com

Michael C. Fasano (*admitted pro hac vice*)
FASANO LAW FIRM, PLLC
2 S. Biscayne Blvd., Suite 1750
Miami, FL 33131
Telephone: (786) 530-5239
mfasano@fasanolaw.com

*Attorneys for Gelt Trading, Ltd. and Proposed Class*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br>Plaintiff,<br><br>v.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, *et al*.,<br><br>Defendants. | Case No. 2:20-cv-00368-JNP-DBP<br><br>**REQUEST TO SUBMIT FOR DECISION**<br><br>Judge Jill N. Parrish<br>Magistrate Dustin B. Pead<br><br>**(HEARING REQUESTED)** |

Gelt Trading, Ltd. ("Gelt"), through its undersigned counsel, hereby requests the motions for appointment as lead plaintiff and approval of lead counsel and motions to consolidate be submitted to the Court for decision. A hearing on the motions is requested. This request is based on the following facts:

1.      Gelt's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel was filed with the Court on August 17, 2020. (D.E. 27.)

2.      Movants Wei Jai, Co-Diagnostic Investor Group, Tejeswar Tadi, and Brian T. Petros (collectively, the "Movants") also filed motions for appointment as lead counsel on August 17, 2020. (D.E. 28, D.E. 31, D.E. 32 and D.E. 29, respectively.) Movants simultaneously therewith

included motions to consolidate.

3.      Movant Stephen Wiley filed an untimely motion for appointment as lead plaintiff and approval of counsel on August 18, 2020, and also filed a motion to consolidate. (D.E. 34.)

4.      On August 31, 2020, Gelt and the Movants filed their oppositions to the motions to appoint lead plaintiff and approval of counsel. (D.E. 55, D.E. 57, D.E. 59 and D.E. 60.)

5.      A notice of non-opposition to the motions to consolidate was filed by Movant Wei Jia on that same day. (D.E. 56.)

6.      Gelt and the Movants filed replies in support of their motions on September 14, 2020. (D.E. 67–8, and D.E. 70–1.)

7.      The motions have been fully briefed and the time for briefing has expired. The motions are now ready for the Court's review and decision.

8.      Gelt respectfully requests a hearing on the motions. Good cause exists for the hearing because there are several cross-movants and numerous arguments before the Court.

RESPECTFULLY SUBMITTED BY:

DATED: September 15, 2020        **SMITH WASHBURN, LLP**

                                        _____/s/ D. Loren Washburn_____
                                        D. Loren Washburn

                                        Michael A. Pineiro (*admitted pro hac vice*)
                                        MARCUS NEIMAN RASHBAUM & PINEIRO LLP
                                        2 South Biscayne Blvd., Suite 1750
                                        Miami, FL 33131

                                        Michael C. Fasano (*admitted pro hac vice*)
                                        FASANO LAW FIRM, PLLC
                                        2 S. Biscayne Blvd., Suite 1750
                                        Miami, FL 33131

                                        *Attorneys for Gelt Trading, Ltd. and Proposed Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 15, 2020, the foregoing **REQUEST TO SUBMIT FOR DECISION** was served on the person(s) named below via the Court's electronic filing system:

Brent R. Baker
PARSONS BEHLE & LATIMER
201 S MAIN ST STE 1800
PO BOX 45898
SALT LAKE CITY, UT 84145-0898
Email: bbaker@parsonsbehle.com

Katherine M. Lenahan
Richard W. Gonnello
FARQUI & FARUQI LLP
685 THIRD AVE. 26TH FLR
NEW YORK, NY 10017
Email: klenahan@faruqilaw.com
Email: rgonnello@faruqilaw.com

*Attorneys for Tejeswar Tadi*

Mark F. James
Mitchell A. Stephens
JAMES DODGE RUSSELL & STEPHENS PC
10 W BROADWAY STE 400
SALT LAKE CITY, UT 84101
Email: mjames@jdrslaw.com
Email: mstephens@jdrslaw.com

Marion C. Passmore
Melissa A. Fortunato
BRAGAR EAGEL & SQUIRE PC
580 CALIFORNIA ST STE 1200
SAN FRANCISCO, CA 94194
Email: passmore@bespc.com
Email: fortunato@bespc.com

*Attorneys for Co-Diagnostic Investor Group*

David W. Scofield
PETERS SCOFIELD
7430 CREEK RD STE 303
SALT LAKE CITY, UT 84093-6160
Email: dws@psplawyers.com

*Attorneys for Stephen Wiley*

Zachary J. Weyher
TRUE WEST
1716 S 900 E STE A
SALT LAKE CITY, UT 84105
Email: zachweyher@gmail.com

*Attorneys for Wei Jia*

Jon V. Harper
HARPER LAW PLC
PO BOX 581468
SALT LAKE CITY, UT 84158
Email: jharper@jonharperlaw.com

*Attorneys for Brian T. Petros*

      /s/ Melina Hernandez