IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company, <br><br> Plaintiff, <br> v. <br><br> CO-DIAGNOSTICS, INC., a Utah Corporation, et al., <br><br> Defendant. | ORDER GRANTING STIPULATED MOTION TO STAY CASE DEADLINES <br><br> Case No. 2:20-cv-00368-JNP-DBP <br><br> District Judge Jill N. Parrish <br><br> Magistrate Judge Dustin B. Pead |

    Plaintiff Gelt Trading, Ltd. Moves the court for an order "staying all case deadlines pending the resolution of the outstanding motions to consolidate, appoint lead class plaintiff and approve lead counsel." (ECF No. 58. p. 1) The motion was filed on August 31, 2020. To date, there has been no opposition to the motion filed by any parties that did not agree to the stipulation when it was filed with the court..

    Accordingly, to conserve judicial resources, the resources of the parties, and on account of no opposition being filed to the motion, the Motion to Stay Case Deadlines is GRANTED.

    DATED this 16 September 2020.

_____
Dustin B. Pead
United States Magistrate Judge