**Ryan B. Hancey, Esq., rhancey@keslerrust.com, Utah State Bar Number 9101**
**J. Adam Knorr, Esq., aknorr@keslerrust.com, Utah State Bar Number 15183**
**Attorney for Defendants**
**Kesler & Rust**
**68 South Main Street, Suite 200**
**Salt Lake City, Utah 84101**
**(801) 532-8000 (TEL.)**

**Christopher P. Milazzo, Esq., cmilazzo@cmfllp.com, Pro Hac Vice**
**Attorney for Defendants**
**Carmel, Milazzo & Feil LLP**
**55 West 39th Street, 18th Floor**
**New York, New York 10018**
**(212) 658-0458 (TEL.)**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **GELT TRADING, LTD.**, a Cayman Islands limited company,<br><br>    Plaintiff,<br><br>v.<br><br>**CO-DIAGNOSTICS, INC.**, a Utah Corporation, **DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON** and **BRENT SATTERFIELD**,<br><br>    Defendants. | Case NO. 2:20-cv-00368-JNP-DBP<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br><br><br>Judge Jill N. Parrish |

Please take notice that J. Adam Knorr of the law firm Kesler & Rust hereby enters his appearance of counsel on behalf of defendants. Further notice and copies of pleadings, papers, and other materials relevant to the above-referenced matter should be directed and served upon Ryan B. Hancey, J. Adam Knorr, and Christopher P. Milazzo, contact information above.

- 1 -

- 2 -

Dated: November 9, 2020

                                            Kesler & Rust
                                            /s/ Ryan B. Hancey
                                            Ryan B. Hancey, Esq., Utah State Bar Number 9101
                                            Attorney for Defendants
                                            68 South Main Street, Suite 200
                                            Salt Lake City, Utah 84101
                                            (801) 532-8000 (TEL.)