# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **GELT TRADING, LTD., a Cayman Islands limited company,**<br><br>   **Plaintiff,**<br><br>**v.**<br><br>**CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON and BRENT SATTERFIELD,**<br><br>   **Defendants.** | Case No. 2:20-cv-00368-JNP-DBP<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION TO EXTEND TIME TO ANSWER**<br><br><br>Judge Jill N. Parrish |

THIS MATTER is before the Court on the parties' Joint Motion for Approval of Stipulation to Extend Time to Answer ("Motion"). This Court, having reviewed the Motion and being otherwise fully versed in the premises, states the Motion is hereby GRANTED. The time for defendants to answer or otherwise respond to plaintiff's April 7, 2021 second amended complaint shall be extended to and include May 5, 2021.

DATED this 20 April 2021.

_____
Dustin B. Pead
United States Magistrate Judge