Ryan B. Hancey, Esq., rhancey@keslerrust.com, Utah State Bar Number 9101
Attorney for Defendants
Kesler & Rust
68 South Main Street, Suite 200
Salt Lake City, Utah 84101
(801) 532-800 (TEL.)

Christopher P. Milazzo, Esq., cmilazzo@cmfllp.com, Pro Hac Vice
Attorney for Defendants
Carmel, Milazzo & Feil LLP
55 West 39th Street, 18th Floor
New York, New York 10018
(212) 658-0458 (TEL.)

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **GELT TRADING, LTD.,** a Cayman Islands limited company,<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**CO-DIAGNOSTICS, INC.,** a Utah Corporation, **DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON** and **BRENT SATTERFIELD,**<br><br>        **Defendants.** | **Case NO. 2:20-cv-00368-JNP-DBP**<br><br><br><br>**DECLARATION IN SUPPORT**<br><br>Judge Jill N. Parrish |

CHRISTOPHER P. MILAZZO, declares under penalty of perjury as follows:

1.      I am admitted to practice before this Court *pro hac vice*.  I submit this Declaration in support of Defendants' motion, pursuant to Fed. R. Civ. P. 12(b)(6), Fed. R. Civ. P. 9(b) and the Private Securities Litigation Reform Act (15 U.S.C. § 78u-4) ("PSLRA"), to dismiss the Second Amended Complaint.

- 1 -

- 2 -

2.      Attached hereto as Exhibit A is the April 30, 2020 article published in the Salt Lake Tribune entitled :This is a potential public health disaster:COVID-19 results from TestUtah.com are raising questions".

3.      Attached hereto as Exhibit B is the May 1, 2020 press release of Co-Diagnostics, Inc. entitled "Co-Diagnostics, Inc. Releases COVID-19 Test Performance Data: Consistently Demonstrates 100% Sensitivity and 100% Specificity Across Independent Evaluations"

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS 5th DAY OF MAY, 2021.


_____/s/ Christopher P. Milazzo_____
CHRISTOPHER P. MILAZZO

.