CO-DIAGNOSTICS INC.

# Co-Diagnostics, Inc. Releases COVID-19 Test Performance Data: Consistently Demonstrates 100% Sensitivity and 100% Specificity Across Independent Evaluations

by Co-Diagnostics | May 1, 2020 | News Release |

**Salt Lake City, Utah – May 1, 2020 –** Co-Diagnostics, Inc. **(Nasdaq:CODX)** (the Company), a molecular diagnostics company with a unique, patented platform for the development of diagnostic tests, today released COVID-19 test performance data demonstrating 100% sensitivity and 100% specificity, the metrics used to define accuracy in molecular diagnostics testing.

The data being released comes from independent evaluations of the performance of the Company's COVID-19 test in the field. These evaluations were conducted in Mexico by the Mexican Department of Epidemiology ("InDRE"), India, and elsewhere in the US and abroad. Each study concluded 100% concordance for both specificity and sensitivity.

A summary of recent validation data and the data itself can be found here.

In remarking on the test's favorable limit of detection (LOD) results in the evaluations, Brent Satterfield, PhD said, "In diagnostics, the limit of detection or LOD is a single metric that helps inform the key metrics of sensitivity and

specificity but is not relevant as a stand-alone data point. Other metrics that are important are availability, ease of use and throughput. In countries where we have been evaluated against other tests, we have consistently and repeatedly achieved 100% clinical sensitivity and specificity and you can't do better than that."

These results underpin Co-Diagnostics' ongoing role as a major global supplier of COVID-19 tests, providing in-vitro diagnostic kits to nearly 50 countries and domestically to more than a dozen states. On Feb. 24th Co-Diagnostics was the first US-based company to receive a CE marking for a COVID-19 test kit, the regulatory clearance granted by the European Community, followed by Emergency Use Authorization from the US Food & Drug Administration (FDA).

In the United States, Co-Diagnostics has been a supplier for tests around the country including in its home state of Utah, as a supplier for TestUtah, a public-private partnership organized by Silicon Slopes and the State of Utah to "Crush the Curve" in the state. The goals of this initiative include dramatically increasing health assessments, testing capacity and accessibility.

Recently, TestUtah reviewed and commented on testing data reports.

"The level of rigor and expertise at Co-Diagnostics is representative of the amazing Silicon Slopes tech community. We are immensely proud to have them play a key role in the TestUtah initiative and in our mission to expand access to testing across the state," said Clint Betts, executive director, Silicon Slopes.

In addition to its COVID-19 test, the Company has designed, developed and manufactured a wide array of in-vitro diagnostic tests approved by either the European Community or the Central Drugs Standard Control Organization (CDSCO) in India. These tests include tuberculosis, hepatitis B, hepatitis C, malaria, human papillomavirus, Zika, dengue and chikungunya.

The Company's testing technology is also used by leaders in the field of

Co-Diagnostics Inc Response COVID-19 JNP Performance Data    http://codiagnostics.com/co-diagnostics-release-covid-19-sensitivit...

agriculture and by mosquito abatement districts to detect West Nile virus, eastern equine encephalitis (EEE), western equine encephalitis (WEE), and other mosquito borne pathogens.

**About Co-Diagnostics, Inc.:**

Co-Diagnostics, Inc., a Utah corporation, is a molecular diagnostics company that develops, manufactures and markets a new, state-of-the-art diagnostics technology. The Company's technology is utilized for tests that are designed using the detection and/or analysis of nucleic acid molecules (DNA or RNA). The Company also uses its proprietary technology to design specific tests to locate genetic markers for use in industries other than infectious disease and license the use of those tests to specific customers.

**Forward-Looking Statements**

**This press release contains forward-looking statements. Forward-looking statements can be identified by words such as "believes," "expects," "estimates," "intends," "may," "plans," "will" and similar expressions, or the negative of these words. Such forward-looking statements are based on facts and conditions as they exist at the time such statements are made and predictions as to future facts and conditions.  Forward-looking statements in this release may include statements regarding the (i) use of funding proceeds, (ii) expansion of product distribution, (iii) acceleration of initiatives in certain verticals or markets, (iv) capital resources and runway needed to advance the Company's products and markets, (v) increased sales in the near-term, (vi) flexibility in managing the Company's balance sheet, (vii) anticipation of business expansion, and (viii) benefits in research and worldwide accessibility of the CoPrimer technology and its cost-saving and scientific advantages. Forward-looking statements are subject to inherent uncertainties, risks and changes in circumstances.  Actual results may differ materially from those contemplated or anticipated by such forward-looking statements. Readers of this press release are cautioned not to place undue reliance on any forward-looking**

statements. The Company does not undertake any obligation to update any forward-looking statement relating to matters discussed in this press release, except as may be required by applicable securities laws.

**Company Contact:**

Andrew Benson

Co-Diagnostics Investor Relations

801-438-1036

investors@codiagnostics.com

or

**Media Contact:**

Jennifer Webb

Coltrin & Associates, Inc

+1.267.912.1173

jennifer_webb@coltrin.com

## Follow us on Facebook



Co-Diagn...

1.1K likes

**Like Page**

 **Co-Diagnostics**

about 2 weeks ago

Click below to read the #CoDiagnostics operational update.

"According the CDC

Case 2:20-cv-00368-JNP    Document 91-3    Filed 05/05/21    PageID.965    Page 5 of
24

## Archives

- September 2020
- August 2020
- June 2020
- May 2020
- April 2020
- March 2020
- February 2020
- January 2020
- December 2019
- November 2019
- October 2019
- September 2019
- August 2019
- July 2019
- June 2019
- May 2019
- April 2019
- March 2019
- February 2019
- January 2019
- December 2018
- November 2018
- October 2018
- September 2018

Case 2:20-cv-00368-JNP    Document 91-3    Filed 05/05/21    PageID.966    Page 6 of 24

- August 2018

- July 2018

- June 2018

- April 2018

- March 2018

- February 2018

- January 2018

- December 2017

- November 2017

- October 2017

- September 2017

- August 2017

- July 2017

CO-DIAGNOSTICS INC.

This document contains the following summaries of several studies performed on the Co-Diagnostics Logix Smart™ COVID-19 Test and CoSara Saragene™ Coronavirus (2019) Test along with supportive data:

1.  Results from PathWest Laboratories, Australia show 100% agreement with their in-house test, 100% clinical sensitivity and specificity, and 100% accuracy. The clinical results are based on testing 207 samples of nasophryngeal swabs, throat and nose samples, and dry swabs of unknown origin. Additionally, they tested 58 reference samples which showed no cross reactivity of the Logix Smart COVID-19 assay with other respiratory viruses, bacteria, or potential co-infectious pathogens.

2.  The Indian National Institute of Pathology ran 45 lower respiratory samples with the Saragene Coronavirus (2019) Test compared with a gold standard Real-Time PCR Test from NIP and the results show 100% sensitivity and specificity. Out of the 45 samples, 10 of the negative samples were from other respiratory viruses. Therefore, the results show no cross reactivity with other viruses.

3.  On 22 April, 2020 the Mexican Government's InDRE (CDC equivalent) published the results of their official evaluation and passed Co-Diagnostics' SARS-CoV-2 qPCR virus detection kit (Logix Smart™ COVID-19 kit) for use in Mexico with 13.5 copies/sample statistically reported as the Limit of Detection.

4.  We have internal control markers in every test that allow us to monitor 1) the quality of the sample collected 2) the efficiency of the extraction and 3) the sample integrity at the time the test is run. We followed up with Barbara Blanke who is running the program at Timpanogos Regional, and she provided us with data from the internal control for the samples in the latest run. Out of 32 samples, the average Ct was below 25 and was remarkably consistent, revealing that Timpanogos Regional has one of the best sample collection and processing procedures of any group that we have interacted with.

    During our FDA EUA submission, we compared our test side-by-side with the CDC test and found we actually detected more low-level positives than the CDC despite the reported limits of detection.

5.  The Minnesota Department of Health comparison data against another assay showing 100% concordance.

INNOVATING REVOLUTIONARY MOLECULAR DIAGNOSTICS

2401 S Foothill Dr. Ste D Salt Lake City, UT 84109 USA    (801) 438-1036    www.codiagnostics.com



# VALIDATION REPORT

## 1. VALIDATION REPORT SCOPE

To report the validation results of the Logix Smart COVID-19 RT-PCR test for sensitivity, specificity, and agreement with a laboratory developed test performed at PathWest Laboratory Medicine WA (Australia).

## 2. REFERENCED PROCEDURES

Logix Smart COVID-19 Instructions for Use
MIC qPCR System Manual

## 3. TEST DESCRIPTION

| Product Name | Product Number | Validation Site | Analysis Date |
|---|---|---|---|
| Logix Smart COVID-19 RT-PCR Test | COVID-K-001 | PathWest Laboratories | 30APR2020 |

## 4. VALIDATION SUMMARY

All tests were performed using a MIC qPCR System (BioMolecular Systems) with software v2.8.13.

### 4.1. Cross Reactivity

4.1.1. Protocol: 58 previously characterized reference samples were tested with the Logix Smart COVID-19 Test using a MIC qPCR. The data included three negative controls and three positive controls.

4.1.2. Results: The results were analyzed from MIC Report, Cycling: 2019-nCoV specific RNA with dynamic normalization, fluorescence cut off of 5%, and threshold setting of 1.288 (automatic).

| Table 1. Specificity Testing of COVID-K-001 | | |
|---|---|---|
| Pathogen | Strain(s) | Logix Result |
| Negative Sample | unknown | Negative |
| Negative Sample | unknown | Negative |
| Adenovirus | 1901 | Negative |
| Bocavirus | ex3020735n 10-2 | Negative |
| BDP | 1701 | Negative |
| C. pneumonieae | 1201 10-3 | Negative |
| C. psitacii | 020214 10-2 | Negative |
| Cytomegalovirus | 1501 10-2 | Negative |
| Coronavirus | 229E 2003 10-2 | Negative |
| Coronavirus | NL63 ex2563866k 10-2 | Negative |
| Coronavirus | OC43 ex-vero TCF 10-2 | Negative |
| Epstein-Barr Virus | 1701 | 48.06 cycles |
| Enterovirus | 1501 10-1 | Negative |
| ER71 | 1501 | Negative |

**REP-4400-04**

2401 S. Foothill Dr. Suite D. Salt Lake City, UT 84109 | 801.438.1036 | www.codiagnostics.com



**CO-DIAGNOSTICS INC.**

Report
**Validation Report**

| | | |
|---|---|---|
| ER71B | 1501 10-2 | Negative |
| Influenza A Matrix | 1401 10-3 | Negative |
| Influenza B | 1901 | Negative |
| Influenza C | 1301 10-2 | Negative |
| Streptococcus Group A | 1701 | Negative |
| Streptococcus Group B | 1701 | Negative |
| H. influenzae | 1201 10-3 | Negative |
| H1N1 | 2009 1401 10-3 | Negative |
| H3N2 | 1501 10-1 | Negative |
| H5N1 | 1401 10-2 | Negative |
| H7N9 | 1401 10-5 | Negative |
| HHV-6a | 1801 | Negative |
| HHV-6b | 1601 | Negative |
| HHV-8 | 1601 | Negative |
| Herpes Simplex Virus, type 1 | 1401 10-3 | Negative |
| Herpes Simplex Virus, type 2 | 1701 10-1 | Negative |
| K. pneaumoniae | 1801 | Negative |
| L. longbeachae | 1301 10-3 | Negative |
| L. pneumophila | 1501 10-4 | Negative |
| M. pneumoniae | 1501 10-3 | Negative |
| M. tuberculosis | 1301 10-1 | Negative |
| Measles | 1201 10-2 | Negative |
| MSD | 1901 | Negative |
| Mumps | 1201 10-2 | Negative |
| N. gonorrhea | 1401 10-3 | Negative |
| Negative Control (Kit) | | Negative |
| Negative Control (Kit) | | Negative |
| Negative Control (Kit) | | Negative |
| NMDA | WACC787 10-1 | 46.86 |
| NMDB | 1601 10-2 | Negative |
| NMDC | 1301 10-3 | Negative |
| NMDW | 1601 10-3 | Negative |
| NMDX | WACC788 10-3 | Negative |
| NMDY | 1801 | Negative |
| NMDZ | WACC789 10-2 | Negative |
| P.aeruginosa | ATCC27853 10-2 | Negative |
| Parecho | 1401 10-3 | Negative |
| PF1/HMR | 1801/1701 | Negative |
| PF2/3 | 1901 | Negative |
| Positive Control (Kit) | | 26.50 |
| Positive Control (Kit) | | 25.77 |
| Positive Control (Kit) | | 25.78 |
| Rhinovirus | 1503 10-1 | Negative |
| RSV A/B | 1801 | Negative |
| Rubella | 1801 10-1 | Negative |
| SARS CoV RNA | 10-2 | 34.69 |
| SARS-CoV | 1001 10-2 | Negative |
| Staphylococcus aureus | 1401 10-2 | Negative |
| Streptococcus pneumoniae | 1201 10-3 | Negative |

REP-4400-04          INNOVATING REVOLUTIONARY MOLECULAR DIAGNOSTICS      Page **2** of **10**



CO-DIAGNOSTICS INC.

Report
**Validation Report**

| *Varicella zoster virus* | 1201 10-4 | | Negative |
|---|---|---|---|

4.1.3. Conclusions: According to the instructions for use for the Logix assay, any amplification past cycle 45 is outside the range of the assay. Therefore, the results for specificity show only positive reactions for SARS CoV RNA and the positive control. The information sent to CoDx does not identify which strain of SARS CoV is showing positive. No other cross reactivity was identified.

4.2. Sensitivity

4.2.1. Protocol: The limit of detection was determined by taking a known concentration of COVID-19 RNA and serial diluting it on a 9 point scale. Each concentration was ran in replicates of 7-10.

4.2.2. Results: The results were reported in Excel worksheet "Codiagnostics Logix Smart COVID-19 LoD".

| Table 2. Sensitivity Results for 9-point Scale | | | | | | | |
|---|---|---|---|---|---|---|---|
| Titre | Copy Number - 2SD | Copy Mean | Copy + 2SD | Ct Mean | Ct σ | Total | Detected |
| Neat | 63093187.93 | 75166666.67 | 87240145.41 | No Test | No Test | No Test | No Test |
| 1.00E-01 | 6309318.79 | 7516666.67 | 8724014.54 | No Test | No Test | No Test | No Test |
| 1.00E-02 | 630931.88 | 751666.67 | 872401.45 | No Test | No Test | No Test | No Test |
| 1.00E-03 | 63093.19 | 75166.67 | 87240.15 | 23.08 | 1.05 | 8 | 8 |
| 1.00E-04 | 6309.32 | 7516.67 | 8724.01 | 25.96 | 0.63 | 10 | 10 |
| 1.00E-05 | 630.93 | 751.67 | 872.40 | 29.13 | 0.51 | 10 | 10 |
| 1.00E-06 | 63.09 | 75.17 | 87.24 | 32.88 | 0.56 | 20 | 20 |
| 1.00E-07 | 6.31 | 7.52 | 8.72 | 35.66 | 0.97 | 10 | 9 |
| 1.00E-08 | 0.63 | 0.75 | 0.87 | 0.00 | 0.00 | 7 | 0 |
| 1.00E-09 | 0.06 | 0.08 | 0.09 | 0.00 | 0.00 | 7 | 0 |

Report
**CO-DIAGNOSTICS INC.** **Validation Report**



The probability from 0.01 to 0.99 was calculated for copies/uL. The 95% limit of detection was calculated at 8.42 copies/uL (42.1 copies per reaction).

| Table 3. Limit of Detection Probability | |
|---|---|
| Probability | Copies / uL |
| 0.01 | 2.45 |
| 0.02 | 2.66 |
| 0.03 | 2.74 |
| 0.05 | 3.03 |
| 0.10 | 3.39 |
| 0.20 | 3.88 |
| 0.25 | 4.09 |
| 0.50 | 5.05 |
| 0.75 | 6.23 |
| 0.80 | 6.56 |
| 0.90 | 7.52 |
| **0.95** | **8.42** |
| 0.98 | 9.29 |
| 0.98 | 9.56 |
| 0.99 | 10.41 |



CO-DIAGNOSTICS INC.

4.2.3. Conclusions:  The calculated limit of detection based on the titre was 8.42 copies/uL.

4.3. Agreement with LDT or clinical sensitivity/specificity

4.3.1. Protocol: 207 patient samples from nasopharyngeal swab, nose and throat, and dry swab of unspecified site were testing using the Logix Smart COVID-19 Kit and a laboratory developed RT-PCR assay.

4.3.2. Results: The results were analyzed in Excel worksheet "Kurabo and Codi-agnostics Logix Smart COVID-19 Patient Validation".

| Table 4. Patient Results for Logix vs. LDT | | | |
|---|---|---|---|
| **Sample Name** | **Decision - Logix Smart** | **Decision - In House LDT** | **Sample Type** |
| 1070758N | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 1105831X | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2551011Y | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2551344J | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2551659Y | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2551671F | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2551682E | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2551686F | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2551756R | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2551998A | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2552019U | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2552298D | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2552821P | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2552921C | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2552924X | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2554001P | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2554002W | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2554003C | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2554005Q | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2554006X | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2560030S | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2560103Y | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2560700G | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2560704H | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2562999M | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2563202N | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568019Y | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568071A | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2568117Y | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2568169Ya | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568169Yb | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568194S | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2568202L | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2568232N | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2568238C | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2568239J | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2568255S | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2568356M | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568361Xa | COVID-19 Positive | COVID-19 Positive | Nose and Throat |

2401 S. Foothill Dr. Suite D. Salt Lake City, UT 84109 | 801.438.1036 | www.codiagnostics.com


CO-DIAGNOSTICS INC.

Report
**Validation Report**

| | | | |
|---|---|---|---|
| 2568361Xb | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568380Aa | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568380Ab | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568382N | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568471C | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568479E | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568482B | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568535X | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568536D | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568537K | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568538R | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568539Y | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568540G | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568541N | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568542U | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568543B | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568544H | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568545P | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568546W | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568547C | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568548J | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568550Z | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568551F | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2568619B | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568652A | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568691N | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568705W | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568706C | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568715N | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568757W | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2568778M | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2568783X | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2568829U | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2568831K | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569436K | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569486X | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569488K | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569489R | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569491G | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569495H | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569498C | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569500G | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569504H | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569505P | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569507C | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569508J | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569512M | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569516N | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569521Y | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569541H | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569604W | Negative COVID-19 | Negative COVID-19 | Nasopharyngeal Swab |



| | | | |
|---|---|---|---|
| 2569610M | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569613G | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569618P | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569619W | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569624F | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569625M | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569628G | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569629N | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569650G | Negative COVID-19 | Negative COVID-19 | Nasopharyngeal Swab |
| 2569655P | Negative COVID-19 | Negative COVID-19 | Nasopharyngeal Swab |
| 2569656W | Negative COVID-19 | Negative COVID-19 | Nasopharyngeal Swab |
| 2569657C | Negative COVID-19 | Negative COVID-19 | Nasopharyngeal Swab |
| 2569658J | Negative COVID-19 | Negative COVID-19 | Nasopharyngeal Swab |
| 2569659Q | Negative COVID-19 | Negative COVID-19 | Nasopharyngeal Swab |
| 2569660Z | Negative COVID-19 | Negative COVID-19 | Nasopharyngeal Swab |
| 2569696Q | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569697X | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569702W | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569934M | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569935T | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569936A | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569937G | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569938N | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569939U | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569940D | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569941K | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569942R | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569943Y | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569953Q | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569954X | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569955D | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569956K | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569958Y | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569959E | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2569960N | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569961U | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569988A | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569989G | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569990Q | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569991X | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569992D | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569993K | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569994R | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569996E | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569998S | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2569999Z | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2570000B | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2571038A | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2571304Lb | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2571304La | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 2572177W | COVID-19 Positive | COVID-19 Positive | Nose and Throat |

2401 S. Foothill Dr. Suite D. Salt Lake City, UT 84109 | 801.438.1036 | www.codiagnostics.com



Report
**Validation Report**

| | | | |
|---|---|---|---|
| 2572718B | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 2572913Ua | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2572913Ub | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2572923M | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 2572941J | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 3086145U | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3238784E | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 3238901X | COVID-19 Positive | COVID-19 Positive | Dry swab, site unspecified |
| 3239267T | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 3239268A | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3239299J | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 3239766C | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3323086X | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 3482823C | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 3564711F | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 3660657C | COVID-19 Positive | COVID-19 Positive | Dry swab, site unspecified |
| 3660722F | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 3661013Y | Negative COVID-19 | Negative COVID-19 | Nasopharyngeal Swab |
| 3709292C | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 3709293J | Negative COVID-19 | Negative COVID-19 | Nasopharyngeal Swab |
| 3709347L | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3709348S | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3733499P | Negative COVID-19 | Negative COVID-19 | Nasopharyngeal Swab |
| 3754925Y | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 3754942N | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 3754943U | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 3754944B | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 3777430Y | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 3777435F | Negative COVID-19 | Negative COVID-19 | Throat |
| 3777448S | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3814560T | COVID-19 Positive | COVID-19 Positive | Dry swab, site unspecified |
| 3815985H | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3816064T | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3816066G | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3816068U | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3816070K | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3816080C | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspecified |
| 3816082Q | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspeci- |



Report
**Validation Report**

| | | | fied |
|---|---|---|---|
| 3816094W | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 3816101H | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 3816103W | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspeci-fied |
| 3816107X | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 3816109K | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspeci-fied |
| 3885284L | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 3886426Q | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspeci-fied |
| 3886504F | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspeci-fied |
| 3998210M | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 4022921R | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 4067378M | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 4067382Q | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 4067833A | Negative COVID-19 | Negative COVID-19 | Nose and Throat |
| 4094647R | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 4094967Q | Negative COVID-19 | Negative COVID-19 | Dry swab, site unspeci-fied |
| 9083211B | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 9095096X | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 9097010H | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 9097326D | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 9097773Y | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 9098380N | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 9099242N | COVID-19 Positive | COVID-19 Positive | Nasopharyngeal Swab |
| 9100422K | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 9101647Y | COVID-19 Positive | COVID-19 Positive | Nose and Throat |
| 9101873A | COVID-19 Positive | COVID-19 Positive | Dry swab, site unspeci-fied |
| 9102097B | COVID-19 Positive | COVID-19 Positive | Dry swab, site unspeci-fied |
| 9105135F | COVID-19 Positive | COVID-19 Positive | Dry swab, site unspeci-fied |
| 9114883M | Negative COVID-19 | Negative COVID-19 | Nasopharyngeal Swab |

| Table 5. Sample Types | |
|---|---|
| Sample Type | Count |
| Nose and Throat | 152 |
| Nasopharyngeal | 30 |
| Site Unspecified | 24 |
| Throat | 1 |

2401 S. Foothill Dr. Suite D. Salt Lake City, UT 84109 | 801.438.1036 | www.codiagnostics.com

**CO-DIAGNOSTICS INC.**

Report
**Validation Report**

| Table 6. Patient Sample Results Summary | | | |
|---|---|---|---|
| | Laboratory Developed RT-PCR Test | | |
| | Positive | Negative | Total |
| Logix Positive | 103 | 0 | |
| Logix Negative | 0 | 104 | |
| Total | | | 207 |

4.3.3.  Conclusions: The testing of patient samples showed 100% agreement with 100% sensitivity (CI 96.48-100) and specificity (CI 96.52-100) between the LDT RT-PCR test and the Logix Smart COVID-19 Test. Accuracy was determined to be 100% (CI 98.23-100).

## 5.  ATTACHMENTS

Attachment A: Kurabo and Codiagnostics Logix Smart COVID-19 Patient Validation
Attachment B: Co-diagnostics Logix Smart COVID-19 LoD
Attachment C: Co-diagnostics Logix Smart COVID-19 Cross Reactivity Testing
Attachment D: MIC Run Files

| | Signature | Date |
|---|---|---|
| **Author** | | 30APR2020 |
| **Supervisor** | | 30APR2020 |



# VALIDATION REPORT

## 1. VALIDATION REPORT SCOPE

To report the validation results of the Logix Smart™ COVID-19 RT-PCR Test which was manufactured by Cosara Diagnostics Pvt. Ltd. and re-branded Saragene™ Corona Virus (2019 NCV) RT-PCR Test. This report shares the sensitivity, specificity, and agreement of the Logix Test with a laboratory developed test performed at the National Institute of Pathology, India.

## 2. REFERENCED PROCEDURES

Logix Smart COVID-19 Instructions for Use
Quant Studio Flex 7 Manual

## 3. TEST DESCRIPTION

| Product Name | Product Number | Validation Site | Analysis Date |
|---|---|---|---|
| Saragene Corona Virus 2019 RT-PCR Test | 20C11PE-01 | National Institute of Pathology, India | 24APR2020 |

## 4. VALIDATION SUMMARY

All tests were performed using a QuantStudio 7 (ThermoFisher).

4.1.    Agreement with LDT or clinical sensitivity/specificity

        4.1.1.    Protocol: 45 samples from upper respiratory, lower respiratory, and serum were testing using the Saragene Kit and compared against the ICMR-NIV gold standard RT-PCR assay. Of the 45 samples, 18 were positive at low, medium and high levels and 18 were negative. They also included samples that were negative for COVID-19 but positive for influenza A, influenza B, or other respiratory viruses.

        4.1.2.    Results: The results were analyzed reported in letterhead "Covid-19/NIP/Evaluation/123" to CDSCO and Cosara Diagnostics Pvt. Ltd.

| Table 1. Patient Sample Results Summary | | | |
|---|---|---|---|
| | NIV Gold Standard RT-PCR Test | | |
| | Positive | Negative | Total |
| Logix Positive | 18 | 0 | 18 |
| Logix Negative | 0 | 27 | 27 |
| Total | 18 | 27 | 45 |

        4.1.3.    Conclusions: The testing of patient samples showed 100% agreement with 100% sensitivity (CI 85.4-100) and specificity (CI 78.1-100) between the



NIV RT-PCR test and the Saragene Corona Virus (2019 NCV) Test. Accuracy was determined to be 100% with no cross reactivity to other respiratory viruses.

## 5. ATTACHMENTS

Attachment A: ICMR- National Institute of Pathology Letterhead with Results

|  | Signature | Date |
|---|---|---|
| **Author** |  | **30APR2020** |
| **Supervisor** |  | **30APR2020** |

2401 S. Foothill Dr. Suite D. Salt Lake City, UT 84109 | 801.438.1036 | www.codiagnostics.com

**CO-DIAGNOSTICS**

Memo: InDRE Evaluation Co-Diagnostics' COVID-19 IVD qPCR detection kit
30 April, 2020

On 22 April, 2020 the Mexican Government's InDRE (CDC equivalent) published the results of their official evaluation and passed Co-Diagnostics' SARS-CoV-2 qPCR virus detection kit (Logic Smart™ COVID-19 kit.) for use in Mexico. The validation was performed on an ABI 7500 FAST instrument, using the same protocol specified in the Co-Dx Instructions for Use.

Minimum criteria, as seen in the document contained in the internet link below
1) 250 copies / reaction detection limit of detection
2) 100% analytic specificity, referring to no empirical cross-reactivity with other respiratory viruses tested
3) Reproducibility should be greater or equal than 95% in accordance with referenced standards.

Reference (in Spanish)
https://www.gob.mx/cms/uploads/attachment/file/547178/Criterios_para_la_aceptaci_n_de_pruebas_molecular
es_para_el_diagn_stico_de_SARS-CoV-2.pdf

A document was produced and readily available on the web showing the analytical testing to verify performance claims by the manufacturer. This document can be seen here
https://www.gob.mx/cms/uploads/attachment/file/547725/Kit_para_Coronavirus_2019_Logix_SmarthTM_COVI
D-19__Raver_Aplicaciones_.pdf

Below is a summary of the findings of the above link.

Clinical Specificity (Cross-Reactivity with other Viruses)

Samples containing various verified respiratory viruses (but negative for SARS-CoV-2) were run using Logic Smart COVID-19 kit.

These samples were: Three Human Metapneumovirus samples, one Parainfluenza type 4, one Parainfluenza type 3, and three typical coronavirus (consisting of one NL63 and two HKU1) samples.

All were negative using CoDiagnostics' test, as expected.

Limit of detection (LOD)

LOD was assessed by using extracted and quantified total RNA obtained from a SARS-CoV-2 positive clinical sample.

Different concentrations of this extract were used, with 5 replicates per concentration. This analysis was done with the same operator using the same CoDiagnostics lot 200320-k-205, with the result of 100% detection of 10 copies / reaction. Statistically, the result of 13.5 copies was reported as LOD, detected in 5 uL of sample delivered to the final qPCR reaction.

Repeatability

Various concentrations of the clinical extracted RNA were analyzed in replicates of 5 and 5/5 reactions were positive for 1,000, 250, 100, and 10 copies / reaction.

A final statement was made that the manufacturer's LOD value, and specificity were concordant with empirical results obtained by the InDRE testing and that during the emergency period (time frame not specified) this reagent is valid for use in Mexico (as FDA EUA).

INNOVATING REVOLUTIONARY MOLECULAR DIAGNOSTICS

ATTACHMENT 4

CO-DIAGNOSTICS INC.

## MULTIPLE MARKERS AND COVID-19

### Why Multiple Markers?

PCR tests have been plagued with false amplification products called primer-dimers from the invention of PCR in the 1980's. These primer-dimers can contribute to false positives and are made even worse in single-step reverse-transcriptase PCR tests for RNA genomes such as COVID-19. Not even commercial hot starts are sufficient to suppress false positives from these spurious amplification products.

Methods to increase specificity include using additional markers to rule out false positives from primer-dimers. Unfortunately, adding more primers to the same well compounds the primer-dimer issue. Therefore, despite the higher reagent cost, lower throughput, and worse limit of detection, test developers will often put the primers for each marker in separate wells.



**Figure 1. Primer-Dimers in CDC test.** Primer-dimers require multiple markers to eliminate false positives. They require each marker to be run in a separate well, increasing labor and reagent cost while reducing throughput and sensitivity.

### Is There a Better Solution?

Co-Diagnostics developed CoPrimers, an advanced primer technology that couples a very short primer with a probe. This cooperative interaction reduces primer-dimer formation by up to 2.5 million times relative to the primers used in other tests. In other words, *it increases specificity without having to use multiple markers.*

**CO-DIAGNOSTICS INC.**



**Figure 2. CoPrimers in the Co-Diagnostics Test Eliminate Primer-Dimers**. In hundreds of runs with negative controls in various sample matrices for COVID-19, no primer-dimer positives have been observed.

### Does Testing with a Single Marker Work?

In a randomized study with ninety sputum samples spiked with COVID-19 viral genomes[1] and ninety negative samples, the Co-Diagnostics test outperformed the CDC primer set detecting a greater number of low-level positives. The Co-Diagnostics primer set had 100% sensitivity and 100% specificity in this study. Because the CDC primer set requires viral genomes to be present in each well for each of the three markers to be positive, it is three times less likely to detect low-level positives.

*The Co-Diagnostics test detects more low-level positives than the CDC primer set.*

Not only did the Co-Diagnostics test outperform the CDC primer set, but the use of a single marker in a single well provides several additional benefits: 1) The Co-Diagnostics test can run four times as many samples as the CDC test in the same time and on the same machine. 2) It requires less reruns from "indeterminate" results (eg results where one or two of the three markers is present, but not all three). 3) It uses less reagents. 4) It is easier to analyze, allowing automated analysis by most real-time PCR machines.

---

[1] Sputum samples were spiked with four different concentrations of the COVID-19 genome. The genomic material was deposited by the Centers for Disease Control and Prevention and obtained through BEI Resources, NIAID, NIH: Genomic RNA from SARS-Related Coronavirus 2, Isolate USA-WA1/2020, NR-52285.

**CO-DIAGNOSTICS INC.**

### *CoPrimers Increase Test Stability*

With multiple markers taking up multiple wells, it can take several hours to run a decent number of samples. We observed that the Co-Diagnostics test is more stable over time than the CDC primer set when left at 4C in a refrigerator.



**Figure 3. Stability of CDC primers vs CODX primers**. The three markers in the CDC primer set experienced significant deterioration in signal after eight hours in a refrigerator, resulting in an increase in false negative results. The Co-Diagnostics test had no loss in signal even after eight hours.

### *Conclusion*

Co-Diagnostics is able to do what other labs cannot because it has the most advanced primer technology on the market. CoPrimers reduce primer-dimers by 2.5 million times relative to standard PCR primers and probes. This allows for a more stable single-marker, single-well test that is lower cost, higher throughput, and easier to use/analyze.

| Sample | Date Received | AGCL Accession | DOH Accession | Result in Ct | | | Concordant |
|---|---|---|---|---|---|---|---|
| | | | | MN DOH | COV-FAM | IC CalFluor-RED | |
| 1 | 4/10/20 | 202004-15022 | 2020310691 | 25.51 | 26.15 | 26.26 | 1 |
| 2 | 4/10/20 | 202004-15024 | 2020310776 | 19.05 | 18.52 | 26.67 | 1 |
| 3 | 4/10/20 | 202004-15026 | 2020310947 | 31.73 | 31.95 | 25.85 | 1 |
| 4 | 4/10/20 | 202004-15028 | 2020310957 | 19.35 | 18.32 | 26.55 | 1 |
| 5 | 4/10/20 | 202004-15030 | 2020311459 | 28.18 | 27.16 | 24.29 | 1 |
| 6 | 4/10/20 | 202004-15032 | 2020311616 | 16.82 | 18.12 | 24.28 | 1 |
| 7 | 4/10/20 | 202004-15034 | 2020311887 | 20 | 17.24 | 21.72 | 1 |
| 8 | 4/10/20 | 202004-15036 | 2020312109 | 24.83 | 24.99 | 28.22 | 1 |
| 9 | 4/10/20 | 202004-15038 | 2020312420 | 31.75 | 32.14 | 28.47 | 1 |
| 10 | 4/10/20 | 202004-15020 | 2020312424 | 20.05 | 20.3 | 27.05 | 1 |
| 11 | 4/10/20 | 202004-15004 | 2020312274 | Negative | | 23.66 | 1 |
| 12 | 4/10/20 | 202004-15006 | 2020312298 | Negative | | 27.81 | 1 |
| 13 | 4/10/20 | 202004-15008 | 2020312299 | Negative | | 25.78 | 1 |
| 14 | 4/10/20 | 202004-15010 | 2020312301 | Negative | | 25.3 | 1 |
| 15 | 4/10/20 | 202004-15012 | 2020312304 | Negative | | 23.45 | 1 |
| 16 | 4/10/20 | 202004-15013 | 2020312309 | Negative | | 24 | 1 |
| 17 | 4/10/20 | 202004-15014 | 2020312310 | Negative | | 26.37 | 1 |
| 18 | 4/10/20 | 202004-15016 | 2020312318 | Negative | | 24.65 | 1 |
| 19 | 4/10/20 | 202004-15018 | 2020312319 | Negative | | 25.39 | 1 |
| 20 | 4/10/20 | 202004-15002 | 2020312320 | Negative | | 29.48 | 1 |
| | | | | | | | 100% |