# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br>Plaintiff,<br><br>v.<br><br>CO-DIAGNOSTICS, INC., a Utah corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, and BRENT SATTERFIELD,<br><br>Defendants. | **ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION EXTENDNING TIME TO ANSWER SECOND AMENDED COMPLAINT**<br><br>Case No. 2:20-cv-00368-JNP-DBP<br><br>District Judge Jill N. Parrish<br><br>Chief Magistrate Judge Dustin B. Pead |

THIS MATTER is before the Court on Plaintiff and Defendants' Joint Motion for Approval of Stipulation Extending Time to Answer Second Amended Complaint ("Motion"). This Court, having reviewed the Motion and being otherwise fully versed in the premises, states the Motion is hereby GRANTED. Defendants' time to answer the Second Amended Complaint is hereby extended to and including April 13, 2022.

DATED this 15 April 2022.

_____
Dustin B. Pead
United States Magistrate Judge