# EXHIBIT B

D. Loren Washburn (#10993)
ARMSTRONG TEASDALE
201 South Main Street
Suite 2400
Salt Lake City, UT, 84111
Telephone: (800) 243-5070
lwashburn@atllp.com

Michael A. Pineiro (pro hac vice)
MARCUS NEIMAN RASHBAUM & PINEIRO LLP
2 South Biscayne Blvd., Suite 2530
Miami, FL 33131
Telephone: (305) 400-4268
mpineiro@mnrlawfirm.com

Michael C. Fasano (pro hac vice)
FASANO LAW FIRM, PLLC
2 S. Biscayne Blvd., Suite 2530
Miami, FL 33131
Telephone: (786) 530-5239
mfasano@fasanolaw.com

*Attorneys for Gelt Trading, Ltd. and Proposed Class*

_____

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

_____

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br>Plaintiff,<br><br>        v.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD,<br>Defendants. | Case. No. 20-cv-00368-CMR |

**DECLARATION OF LEAD PLAINTIFF GELT TRADING, LTD IN SUPPORT OF MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23**

I, Steven Sciarretta, manager of Gelt Trading, Ltd., declare, under penalty of perjury as follows:

1.     I retained Smith Washburn, LLP[1], Marcus Neiman Rashbaum & Pineiro, LLP, and Fasano Law Firm, PLLC ("Counsel") as my counsel in this action.

2.     I read the initial complaint and the amended complaint filed by my counsel in this action against Co-Diagnostics, Inc. ("Co-Diagnostics"), Dwight Egan, James Nelson, Eugene Durenard, Edward Murphy, Richard Serbin, Reed Benson, and Brent Satterfield (collectively the "Defendants"). I understand that my Counsel sought to amend the initial complaint to more accurately state the proposed class period in this case, which is April, 30, 2020, through May 15, 2020 (the "Class Period"). I authorized my Counsel to move for Gelt Trading, Ltd. to become lead plaintiff in this action. Such authorization was specifically within my authority as I am the sole manager of Gelt Trading, Ltd.

3.     I understand that the Court appointed Gelt Trading, Ltd. as Lead Plaintiff in this action and appointed my Counsel as lead counsel in this matter.

4.     After my Counsel was appointed as lead counsel in this matter, I authorized my Counsel to file a second amended complaint with additional details that were discovered by Counsel during their investigation of this matter.

5.     I am aware that the Court denied Defendants' motion to dismiss the second amended complaint for failure to state a claim against Gelt Trading, Ltd., and all other purchasers of Co-Diagnostics securities during the Class Period of April 30, 2020, to May 15, 2020, both dates inclusive.

---

[1] During the pendency of this action, D. Loren Washburn joined the firm Armstrong Teasdale, and I approved the matter being transferred to the Armstrong Teasdale firm so that Mr. Washburn could continue representing me in this matter.

6. Having read the successive complaints in this Action, I am aware that each successive complaint contains additional information form the previous version as my Counsel discovered new evidence and information that was unavailable when the initial complaint was filed.

7. I am aware that the second amended complaint alleges, among other things, violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 as a result of Defendants' misleading statements and omissions of material fact about Co-Diagnostics' Logix Smart diagnostic test.

8. I am aware that Gelt Trading, Ltd. pursued this action on behalf of itself and other Co-Diagnostics investors during the Class Period as a class action lawsuit. I understand that Gelt Trading, Ltd. has pursued and will continue to pursue this action on behalf of not only Gelt Trading, Ltd., but also other Co-Diagnostics shareholders that have been wronged in the same way during the Class Period.

9. I understand that the Class Period is from April 30, 2020, to May 15, 2020, both dates inclusive.

10. I understand that this action is now in the discovery phase. Gelt Trading, Ltd. has read and responded to Defendants' requests for production of documents and interrogatories.

11. I understand that as class representative, Gelt Trading, Ltd. must act on behalf of the class members in directing the litigation. In my capacity as manager of Gelt Trading, Ltd., I am willing to continue serving as a class representative until the action is fully adjudicated. I understand that Gelt Trading, Ltd. has had and will continue to have a responsibility to oversee Counsel and the litigation and to ensure that Counsel prosecutes the case vigorously and in the interest of all class members equally.

12.     I will continue to communicate with Counsel about the status of the litigation, case strategies, settlement negotiations, and other matters pertinent to overseeing the litigation.  IN the capacity as manager of Gelt Trading, Ltd., I accept and will diligently perform all duties of a class representative in the best interest of the class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: October 17, 2022

DocuSigned by:

*Steven Sciarretta*

94B1830AF89C45E...

STEVEN SCIARRETTA,
as Manager of Gelt Trading, Ltd.