IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GELT TRADING, LTD.,<br><br>                   Plaintiff,<br>v.<br><br>CO-DIAGNOSTICS, INC.; DWIGHT EGAN; JAMES NELSON; EUGENE DURENARD; EDWARD MURPHY; RICHARD SERBIN; REED BENSON; and BRENT SATTERFIELD,<br><br>                   Defendants. | **ORDER EXTENDING TIME TO FILE REBUTTAL REPORT AND OPPOSITION TO CLASS CERTIFICATION**<br><br>Case No. 2:20-cv-00368-JNP-DBP<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Dustin B. Pead |

This matter is before the court on Plaintiff and Defendants' joint motion for approval of stipulation extending time for Defendants to file a rebuttal report and opposition to the motion for class certification. Having reviewed the motion and being otherwise fully versed in the premises, this court hereby GRANTS the motion. Defendants' time to file a rebuttal report and opposition to the motion for class certification is hereby extended up to and including November 21, 2022 and the due date for any reply shall be December 5, 2022.

DATED November 3, 2022

BY THE COURT

Jill N. Parrish
United States District Court Judge