Ryan B. Hancey, Esq., rhancey@keslerrust.com, Utah State Bar Number 9101
Attorney for Defendants
Kesler & Rust
68 South Main Street, Suite 200
Salt Lake City, Utah 84101
(801) 532-800 (TEL.)

Christopher P. Milazzo, Esq., cmilazzo@cmfllp.com, Pro Hac Vice
Attorney for Defendants
Carmel, Milazzo & Feil LLP
55 West 39th Street, 18th Floor
New York, New York 10018
(212) 658-0458 (TEL.)

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **GELT TRADING, LTD.,** a Cayman Islands limited company, <br><br> **Plaintiff,** <br><br> v. <br><br> **CO-DIAGNOSTICS, INC.,** a Utah Corporation, **DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON** and **BRENT SATTERFIELD,** <br><br> **Defendants.** | **Case NO. 2:20-cv-00368-JNP-DBP** <br><br><br> **DECLARATION IN SUPPORT** <br><br> Judge Jill N. Parrish |

CHRISTOPHER P. MILAZZO, declares under penalty of perjury as follows:

1.      I am admitted to practice before this Court *pro hac vice*. I submit this Declaration in opposition to Lead Plaintiff's motion, pursuant to Fed. R. Civ. P. 23, to the certify the putative class.

- 1 -

2.    Attached hereto as Exhibit A is the May 1, 2020 press release of Co-Diagnostics, Inc. entitled "Co-Diagnostics, Inc. Releases COVID-19 Test Performance Data: Consistently Demonstrates 100% Sensitivity and 100% Specificity Across Independent Evaluations"

3.    Attached hereto as Exhibit B are true and correct copies of screenshots from Co-Diagnostics' website of product pages for its Covid-19 tests, as the website existed on April 29, 2020, May 1, 2020, and May 6, 2020.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS 21st DAY OF November, 2022.

/s/ Christopher P. Milazzo
CHRISTOPHER P. MILAZZO