IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br>      Plaintiff,<br><br>v.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD,<br><br>      Defendants. | Case No. 2:20-cv-00368-JNP-DBP<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION EXTENDING TIME TO FILE REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

This matter is before the Court on the Parties' Joint Motion for Approval of a Stipulation Extending Time for Lead Plaintiff to File a Reply in support of the Motion for Class Certification. This Court, having reviewed the Motion and being otherwise fully versed in the premises, **GRANTS** the Motion. Lead Plaintiff's time to file a reply brief in support of the motion for class certification shall be extended up to and including December 19, 2022.

December 5, 2022

BY THE COURT:

_____

Dustin B. Pead
United States Magistrate Judge