IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company, <br><br> Plaintiff, <br><br> v. <br><br> CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD, <br><br> Defendants. | Case No. 2:20-cv-00368-JNP-DBP <br><br> **ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION EXTENDING TIME TO FILE REPLY IN FURTHER SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

This matter is before the Court on the Parties' Joint Motion for Approval of a Stipulation Extending Time for Lead Plaintiff to File a Reply in Further Support of the Motion for Class Certification. This Court, having reviewed the Motion and being otherwise fully versed in the premises, **GRANTS** the Motion. Lead Plaintiff's time to file a reply brief in support of the motion for class certification shall be extended up to and including December 23, 2022.

December 19, 2022

BY THE COURT:

_____
Dustin B. Pead
United States Magistrate Judge