IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GELT TRADING, LTD.,<br><br>            Plaintiff,<br>v.<br><br>CO-DIAGNOSTICS, INC.; DWIGHT EGAN; JAMES NELSON; EUGENE DURENARD; EDWARD MURPHY; RICHARD SERBIN; REED BENSON; BRENT SATTERFIELD,<br><br>            Defendants. | **ORDER GRANTING JOINT MOTION FOR APPROVAL AMENDED CASE SCHEDULING ORDER AND EXTENDING DEADLINES**<br><br>Case No. 2:20-cv-00368-JNP-CMR<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

This matter is before the court on the parties' Joint Motion for Approval of a Stipulation Amending the Case Scheduling Order and Extending Deadlines Thereunder. This court, having reviewed them and being otherwise fully versed in the premises, GRANTS the motion. The case scheduling order is amended, and the deadlines are now as follows:

The deadline for Defendants to complete production of responsive documents and produce a privilege log is February 7, 2023;

The deadline for close of fact discovery (including depositions) is extended from February 10, 2023 to May 10, 2023;

The deadline to exchange Merits Expert Reports is extended from February 24, 2023 to May 24, 2023;

The deadline to exchange Rebuttal Merits Expert Reports is extended from March 10, 2023 to June 12, 2023;

The deadline to depose Merits Experts is extended from March 31, 2023 to June 30, 2023;

The deadline to file summary judgment and Daubert motions is extended from April 14, 2023 to July 14, 2023;

The deadline to file oppositions to summary judgment and Daubert motions is extended from May 12, 2023 to August 14, 2023;

The deadline to file replies in support of summary judgment and Daubert motions is extended from May 26, 2023 to August 28, 2023; and

The scheduling conference to be held if the parties do not intend to file dispositive motions is adjourned from April 21, 2023 until July 21, 2023.


DATED January 10, 2023

BY THE COURT

Jill N. Parrish
United States District Court Judge

2