# UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br>        Plaintiff,<br><br>  vs.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD,<br><br>        Defendants. | **[PROPOSED] ORDER GRANTING MOTION FOR PROTECTIVE ORDER RE DEPOSITION DATE**<br><br><br>Case No. 2:20-cv-00368-JNP-DBP<br><br>District Judge Jill N. Parrish<br><br>Chief Magistrate Judge Dustin B. Pead |

The Court has considered Defendants' Motion for Protective Order re Deposition Date, filed January 30, 2023, and good cause appearing, the Court hereby GRANTS the motion.

IT IS HEREBY ORDERED:

1.  The deposition of Cecilia Hutchins will not take place on February 8, 2023;

2.  The parties shall meet and confer regarding a mutually acceptable date, that is also acceptable to Ms. Hutchins, for Ms. Hutchins' deposition to occur in March or April 2023.

    DATED this _____ day of February, 2023.

    BY THE COURT:

    _____