Douglas W. Greene (*admitted pro hac vice*)
Genevieve G. York-Erwin (*admitted pro hac vice*)
BAKERHOSTETLER
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
dgreene@bakerlaw.com
gyorkerwin@bakerlaw.com

Joni Ostler (9607)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
jostler@parrbrown.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br>    Plaintiff,<br><br>  vs.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD,<br><br>    Defendants. | **REQUEST TO SUBMIT FOR DECISION ON DEFENDANTS' DUCivR 37-1 SHORT FORM DISCOVERY MOTION FOR PROTECTIVE ORDER RE DEPOSITION DATE**<br><br>Case No. 2:20-cv-00368-JNP-DBP<br><br>District Judge Jill N. Parrish<br><br>Chief Magistrate Judge Dustin B. Pead |

2

Defendants respectfully submit this Request to Submit for Decision on their DUCivR 37-1 Short Form Discovery Motion For Protective Order Re Deposition Date (the "Motion").

Defendants filed the Motion on January 30, 2023.

Plaintiffs filed their Opposition on February 6, 2023.

There is no reply brief for short form discovery motions under DUCivR 37-1.

No party has requested a hearing.

Defendants therefore respectfully submit that the Motion is ready for decision.

DATED this 6th day of February 2023.

PARR BROWN GEE & LOVELESS, P.C.


 /s/ *Joni Ostler*
Joni Ostler
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of February 2023, I caused a true and correct copy of the foregoing **REQUEST TO SUBMIT FOR DECISION ON DUCivR 37-1 SHORT FORM DISCOVERY MOTION FOR PROTECTIVE ORDER RE DEPOSITION DATE** to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification to all counsel of record.

                                        /s/ *Joni Ostler*