# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br>   Plaintiff,<br><br>vs.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD,<br><br>   Defendants. | **ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION TO AMEND CASE SCHEDULING ORDER AND EXTEND DEADLINES**<br><br>Case No. 2:20-cv-00368-JNP-DBP<br><br>District Judge Jill N. Parrish<br><br>Chief Magistrate Judge Dustin B. Pead |

This matter is before the Court on the Parties' Joint Motion for Approval of Stipulation to Amend Case Scheduling Order and Extend Deadlines thereunder. This Court, having reviewed the Joint Motion and being otherwise fully versed in the premises, and good cause appearing, **GRANTS** the Motion. The Case Scheduling Order shall be and is amended, and the deadlines thereunder are as follows:

Defendants will substantially complete production of responsive documents by March 1, 2023;

The deadline for Defendants to complete production of responsive documents and produce a privilege log is extended from February 7, 2023 to March 15, 2023;

The deadline for close of fact discovery (including depositions) is extended from May 10, 2023 to June 15, 2023;

The deadline to exchange Merits Expert Reports is extended from May 24, 2023 to July 15, 2023;

The deadline to exchange Rebuttal Merits Expert Reports is extended from June 12, 2023 to August 15, 2023;

The deadline to depose Merits Experts is extended from June 30, 2023 to September 29, 2023;

The deadline to file summary judgment and Daubert motions is extended from July 14, 2023 to November 3, 2023;

If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held for purposes of setting a trial date. November 14, 2023 at 2:00 pm;

The deadline to file oppositions to summary judgment and Daubert motions is extended from August 14, 2023 to December 15, 2023; and

The deadline to file replies in support of summary judgment and Daubert motions is extended from August 28, 2023 to January 31, 2024.

DATED this 24 February 2023.

Dustin B. Pead
United States Magistrate Judge

2