IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GELT TRADING, LTD.,<br><br>                      Plaintiff,<br>v.<br><br>CO-DIAGNOSTICS, INC.; DWIGHT EGAN; JAMES NELSON; EUGENE DURENARD; EDWARD MURPHY; RICHARD SERBIN; REED BENSON; and BRENT SATTERFIELD,<br><br>                      Defendants. | **ORDER GRANTING CLASS PLAINTIFF'S MOTION TO EXTEND PRETRIAL DEADLINES**<br><br>Case No. 2:20-cv-00368-JNP-DBP<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Dustin B. Pead |

This matter is before the court on the class Plaintiff's motion to extend pretrial deadlines. Having reviewed the motion and being otherwise fully versed in the premises, the court GRANTS the motion. The case scheduling order is amended, and the new deadlines are as follows:

The deadline for close of fact discovery (including depositions) is extended from June 15, 2023 to August 18, 2023;

The deadline to exchange merits expert reports is extended from July 15, 2023 to August 31, 2023;

The deadline to exchange rebuttal merits expert reports is extended from August 15, 2023 to October 1, 2023;

The deadline to depose merits experts is extended from September 29, 2023 to November 15, 2023;

The deadline to file summary judgment and Daubert motions is extended from November 3, 2023 to December 15, 2023;

The deadline to file oppositions to summary judgment and Daubert motions is extended from December 15, 2023 to January 26, 2024;

The deadline to file replies in support of summary judgment and Daubert motions is extended from January 31, 2024 to February 16, 2024.

DATED June 16, 2023

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge