Douglas W. Greene (*admitted pro hac vice*)
Genevieve G. York-Erwin (*admitted pro hac vice*)
Marissa A. Peirsol (*admitted pro hac vice*)
Zachary Rowen Taylor (*admitted pro hac vice*)
BAKERHOSTETLER
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
dgreene@bakerlaw.com
gyorkerwin@bakerlaw.com
mpeirsol@bakerlaw.com

Joni Ostler (9607)
Robert Wing (4445)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
jostler@parrbrown.com
rwing@parrbrown.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br>　　　Plaintiff,<br>vs.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD,<br><br>　　　Defendants. | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS**<br><br>Case No. 2:20-cv-00368-JNP-DBP<br><br>District Judge Jill N. Parrish<br><br>Chief Magistrate Judge Dustin B. Pead |

Pursuant to DUCivR 83-1.4, Robert Wing of the law firm of Parr Brown Gee & Loveless, P.C. hereby enters his appearance in the above-captioned action as counsel for Defendants Co-Diagnostics, Inc., Dwight Egan, James Nelson, Eugene Durenard, Edward Murphy, Richard Serbin, Reed Benson, Brent Satterfield in substitution of Joni Ostler, who is leaving the firm of Parr Brown.  Mr. Wing acknowledges that he is aware of and will comply with all pending deadlines in this matter, and Mr. Wing agrees to serve as local counsel for Douglas Greene, Genevieve York-Erwin, Marissa Peirsol, and Zachary Taylor from BakerHostetler.

DATED this 17th day of August, 2023.

PARR BROWN, GEE & LOVELESS, P.C.

By: */s/ Robert Wing*
    Robert Wing

By: */s/ Joni Ostler*
    Joni Ostler

## CERTIFICATE OF SERVICE

I hereby certify that on August 17th, 2023, I caused the foregoing **NOTICE OF SUBSTITUION OF COUNSEL FOR DEFENDANTS** to be submitted on the Court's electronic filing system, which automatically provides service to counsel of record.

*/s/ Lori Stumpf*