IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br>    Plaintiff,<br><br>v.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD,<br><br>    Defendants. | Case No. 2:20-cv-00368-JNP-DBP<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES** |

This matter is before the Court on the Parties' Joint Motion to Extend Certain Pretrial Deadlines. This Court, having reviewed the Motion and being otherwise fully versed in the premises, **GRANTS** the Motion. The Case Scheduling Order (Dkt. 150) shall be and is amended, and the deadlines thereunder are as follows:

The deadline to exchange Merits Expert Reports is extended from August 31, 2023 to October 13, 2023;

The deadline to exchange Rebuttal Merits Expert Reports is extended from October 1, 2023 to November 3, 2023;

The deadline to depose Merits Experts is extended from November 15, 2023 to December 15, 2023;

The deadline to file summary judgment and Daubert motions is extended from December 15, 2023 to January 19, 2024;

The deadline to file oppositions to summary judgment and Daubert motions is extended from January 26, 2024 to March 1, 2024;

The deadline to file replies in support of summary judgment and Daubert motions is extended from February 16, 2024 to April 12, 2024.

DATED this 18 August 2023.

_____
Dustin B. Pead
United States Magistrate Judge