# EXHIBIT A

| | |
|---|---|
| **From:** | Brandon Floch |
| **To:** | York-Erwin, Genevieve G.; Michael Fasano; Greene, Douglas W.; Taylor, Zachary R.; jostler@parrbrown.com |
| **Cc:** | Michael Pineiro; Jeffrey Neiman; Peirsol, Marissa A. |
| **Subject:** | RE: [EXTERNAL] RE: Gelt Trading v. Co-Diagnostics, D. Utah Case No. 2020-cv-368 |
| **Date:** | Thursday, August 17, 2023 11:46:25 AM |
| **Attachments:** | image001.png |

Thanks, Gen. We will get this on file soon.

Brandon S. Floch, Esq.
Marcus Neiman Rashbaum & Pineiro LLP
Telephone:  305-434-4943
Facsimile: 954-688-2492
bfloch@mnrlawfirm.com
www.mnrlawfirm.com

This e-mail message is from Marcus Neiman Rashbaum & Pineiro LLP, a law firm, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited.  If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

**From:** York-Erwin, Genevieve G. <gyorkerwin@bakerlaw.com>
**Sent:** Thursday, August 17, 2023 11:26 AM
**To:** Brandon Floch <bfloch@mnrlawfirm.com>; Michael Fasano <Michael.Fasano@kobrekim.com>; Greene, Douglas W. <dgreene@bakerlaw.com>; Taylor, Zachary R. <ztaylor@bakerlaw.com>; jostler@parrbrown.com
**Cc:** Michael Pineiro <mpineiro@mnrlawfirm.com>; Jeffrey Neiman <jneiman@mnrlawfirm.com>; Peirsol, Marissa A. <mpeirsol@bakerlaw.com>
**Subject:** RE: [EXTERNAL] RE: Gelt Trading v. Co-Diagnostics, D. Utah Case No. 2020-cv-368

Hi Brandon,

The joint motion looks good to us, with one addition (see attached).  If that works for you, then please feel free to sign for us and file.

As for Mr. Apuli's deposition, the afternoon of September 1 is fine on our end as long as  it doesn't overlap with Ms. Webb's.  Please confirm and send revised deposition notices when you get a chance.

Thanks,
Gen

Genevieve York-Erwin
BakerHostetler
T +1.206.566.7079
M +1.708.846.6330

**From:** Brandon Floch <bfloch@mnrlawfirm.com>

**Sent:** Wednesday, August 16, 2023 3:21 PM
**To:** York-Erwin, Genevieve G. <gyorkerwin@bakerlaw.com>; Michael Fasano <Michael.Fasano@kobrekim.com>; Greene, Douglas W. <dgreene@bakerlaw.com>; Taylor, Zachary R. <ztaylor@bakerlaw.com>; jostler@parrbrown.com
**Cc:** Michael Pineiro <mpineiro@mnrlawfirm.com>; Jeffrey Neiman <jneiman@mnrlawfirm.com>; Peirsol, Marissa A. <mpeirsol@bakerlaw.com>
**Subject:** RE: [EXTERNAL] RE: Gelt Trading v. Co-Diagnostics, D. Utah Case No. 2020-cv-368

Hi Gen,

Because the parties agree on the new dates except for the fact discovery deadline, we plan to submit a joint motion tomorrow asking for an extension of the agreed-upon dates. Please let us know if this joint motion is acceptable. We would appreciate hearing from you by tomorrow afternoon.

Separately, and likely next week, we will move for an extension of the discovery period past August 18.

Feel free to call us if you any questions.

Thanks

Brandon S. Floch, Esq.
Marcus Neiman Rashbaum & Pineiro LLP
Telephone:  305-434-4943
Facsimile: 954-688-2492
bfloch@mnrlawfirm.com
www.mnrlawfirm.com

This e-mail message is from Marcus Neiman Rashbaum & Pineiro LLP, a law firm, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited.  If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

**From:** York-Erwin, Genevieve G. <gyorkerwin@bakerlaw.com>
**Sent:** Friday, August 11, 2023 7:02 PM
**To:** Michael Fasano <Michael.Fasano@kobrekim.com>; Greene, Douglas W. <dgreene@bakerlaw.com>; Taylor, Zachary R. <ztaylor@bakerlaw.com>; jostler@parrbrown.com
**Cc:** Michael Pineiro <mpineiro@mnrlawfirm.com>; Jeffrey Neiman <jneiman@mnrlawfirm.com>; Brandon Floch <bfloch@mnrlawfirm.com>; Peirsol, Marissa A. <mpeirsol@bakerlaw.com>
**Subject:** RE: [EXTERNAL] RE: Gelt Trading v. Co-Diagnostics, D. Utah Case No. 2020-cv-368

Hi Michael,

We are fine with Ms. Webb's and Mr. Apuli's depositions going forward as planned (and we will get you dates for Mr. Apuli's shortly), but we cannot agree to extend the fact discovery deadline generally or to a 30(b)(6) deposition at this point.

You previously asked for and received from the Court two additional months for fact discovery, and you chose not to notice a 30(b)(6) deposition at any point before or after your two-month extension.  Under District of Utah Local Rule 30-2, you would have had to notice any 30(b)(6) deposition no later than July 4 (forty-five days before the August 18 fact-discovery cut-off).  Your informal request now for a 30(b)(6) deposition is untimely and improper, and we see no reason why we or the Court should make an exception to the local rule when you have already had the benefit of 11 depositions (with two more planned), and two extra months of fact discovery.  We will oppose any motion to the Court to the extent it asks for an extension of the August 18 fact discovery deadline generally or permission to untimely notice a 30(b)(6) deposition.

Best regards,
Gen

Genevieve York-Erwin
BakerHostetler
T +1.206.566.7079
M +1.708.846.6330

**From:** Michael Fasano <Michael.Fasano@kobrekim.com>
**Sent:** Friday, August 11, 2023 1:02 PM
**To:** York-Erwin, Genevieve G. <gyorkerwin@bakerlaw.com>; Greene, Douglas W. <dgreene@bakerlaw.com>; Taylor, Zachary R. <ztaylor@bakerlaw.com>; jostler@parrbrown.com
**Cc:** Michael Pineiro <mpineiro@mnrlawfirm.com>; jneiman@mnrlawfirm.com; bfloch@mnrlawfirm.com; Peirsol, Marissa A. <mpeirsol@bakerlaw.com>
**Subject:** RE: [EXTERNAL] RE: Gelt Trading v. Co-Diagnostics, D. Utah Case No. 2020-cv-368

Hi Gen,

We are fine with your proposed changes, except we do want an additional month from August 18th to September 18th to finish discovery.  We would like to finish Ms. Webb's deposition on September 1 (thank you for agreeing to that) and also schedule Chad Apuli for the afternoon on the same day. We had previously asked for Mr. Apuli's deposition, but we did not hear back on dates.  We would also like to schedule a 30(b)(6) deposition of Co-Diagnostics.  We believe we can complete this within 1 month.

If we cannot agree on that point, we will make a motion to the court asking for an adjustment to the schedule as we have agreed but for a one-month extension on fact discovery, and we will note that you wish to maintain the fact discovery cutoff at August 18th.

Thank you,

Michael Fasano
Michael Fasano
+1 305 967 6104

# KOBRE & KIM

**www.kobrekim.com**

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

**From:** York-Erwin, Genevieve G. <gyorkerwin@bakerlaw.com>
**Sent:** Thursday, August 10, 2023 6:12 PM
**To:** Michael Fasano <Michael.Fasano@kobrekim.com>; Greene, Douglas W. <dgreene@bakerlaw.com>; Taylor, Zachary R. <ztaylor@bakerlaw.com>; jostler@parrbrown.com
**Cc:** Michael Pineiro <mpineiro@mnrlawfirm.com>; jneiman@mnrlawfirm.com; bfloch@mnrlawfirm.com; Peirsol, Marissa A. <mpeirsol@bakerlaw.com>
**Subject:** [EXTERNAL] RE: Gelt Trading v. Co-Diagnostics, D. Utah Case No. 2020-cv-368

Hi Michael,

We are fine with most of your proposal, except that, ██████████ [Protected Info Under FRE 408] ██████████, we don't want to extend the close of fact discovery other than to allow for Ms. Webb's deposition.  In beginning to prepare for Mr. Rosen's and Mr. Sciarretta's depositions, we've decided that we don't need to take these; you can let them know that the depositions won't be going forward.  We're happy for Ms. Webb to sit for her deposition on September 1 as planned, but we don't otherwise want to extend the fact discovery cut off beyond August 18.

In addition, we've made just a few other edits to your proposed schedule (adjusting the summary judgment briefing back to 6-week intervals as in the originally agreed case schedule):

|  | Prior Deadline (Dkt. 150) | New Deadline |
|---|---|---|
| ~~Close of Fact Discovery~~ | ~~August 18, 2023~~ | ~~September 18, 2023~~ |
| Deadline to Exchange Merits Expert Reports | August 31, 2023 | October 13, 2023 |
| Deadline to Exchange Rebuttal Expert Reports | October 1, 2023 | November 3, 2023 |
|  |  |  |

| Deadline to Depose Merits Experts | November 15, 2023 | December 15, 2023 |
|---|---|---|
| Deadline to file Summary Judgment and Daubert Motions | December 15, 2023 | <mark>January 19, 2024</mark> |
| Deadline to file oppositions to Summary Judgment and Daubert Motions | January 26, 2024 | <mark>March 1, 2024</mark> |
| Deadline to file Replies to Summary Judgment and Daubert Motions | February 16, 2024 | <mark>April 12, 2024</mark> |

If these look okay to you, then we would welcome your preparing a joint or unopposed motion.

Best regards,
Gen


Genevieve York-Erwin
BakerHostetler
T +1.206.566.7079
M +1.708.846.6330

---

**From:** Michael Fasano <Michael.Fasano@kobrekim.com>
**Sent:** Thursday, August 10, 2023 1:59 PM
**To:** Greene, Douglas W. <dgreene@bakerlaw.com>; York-Erwin, Genevieve G. <gyorkerwin@bakerlaw.com>; Taylor, Zachary R. <ztaylor@bakerlaw.com>; jostler@parrbrown.com
**Cc:** Michael Pineiro <mpineiro@mnrlawfirm.com>; jneiman@mnrlawfirm.com; bfloch@mnrlawfirm.com
**Subject:** Gelt Trading v. Co-Diagnostics, D. Utah Case No. 2020-cv-368


[External Email: Use caution when clicking on links or opening attachments.]

Doug,

PROTECTED INFORMATION UNDER FRE 408
████████████████████████████████████████
███████████████████████████████.

PROTECTED INFORMATION UNDER FRE 408
████████████████████████████████████████
█████████████████████. This would mean pushing off the depositions of Lee Rosen and Steven Sciarretta, scheduled for August 14 and August 16 respectively, for about two weeks (we will get you new dates immediately), and extending the current case deadlines. We believe we need to extend fact discovery anyway because we have agreed with your firm to take the deposition of

Jennifer Webb on September 1, which is after the current fact discovery cutoff (August 18).

███████████ Protected Information Under FRE 408 ███████████, we have created a suggested amended case management schedule as follows:

|  | Prior Deadline (Dkt. 150) | New Deadline |
|---|---|---|
| Close of Fact Discovery | August 18, 2023 | September 18, 2023 |
| Deadline to Exchange Merits Expert Reports | August 31, 2023 | October 13, 2023 |
| Deadline to Exchange Rebuttal Expert Reports | October 1, 2023 | November 3, 2023 |
| Deadline to Depose Merits Experts | November 15, 2023 | December 15, 2023 |
| Deadline to file Summary Judgment and Daubert Motions | December 15, 2023 | January 16, 2024 |
| Deadline to file oppositions to Summary Judgment and Daubert Motions | January 26, 2024 | February 19, 2024 |
| Deadline to file Replies to Summary Judgment and Daubert Motions | February 16, 2024 | March 11, 2024 |

Please let us know by tomorrow at the latest if you are in agreement, and we will prepare an unopposed motion to the Court for your review.

Thanks,

Michael Fasano
Michael Fasano
+1 305 967 6104

**KOBRE & KIM**

**www.kobrekim.com**

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended

recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly proh bited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.