IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company, <br><br> Plaintiff, <br><br> v. <br><br> CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD, <br><br> Defendants. | Case No. 2:20-cv-00368-JNP-DBP <br><br><br> **ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES** |

This matter is before the Court on the Parties' Joint Motion to Extend Certain Pretrial Deadlines. (ECF No. 159.) This Court, having reviewed the Motion and being otherwise fully versed in the premises, **GRANTS** the Motion. The Case Scheduling Order (Dkt. 153) shall be and is amended, and the deadlines thereunder are as follows:[1]

The deadline to exchange Merits Expert Reports is extended from October 13, 2023 to November 27, 2023;

The deadline to exchange Rebuttal Merits Expert Reports is extended from November 3, 2023, to January 12, 2024;

The deadline to depose Merits Experts is extended from December 15, 2023 to February 28, 2024;

The deadline to file summary judgment and Daubert motions is extended from January 19, 2024, to April 10, 2024;

---

[1] The granting of this motion does not impact Plaintiff's Motion for Amended Scheduling Order. (ECF No. 155.) In that motion the parties contest whether the Class should be entitled to take a Rule 30(b)(6) deposition.

The deadline to file oppositions to summary judgment and Daubert motions is extended from March 1, 2024 to May 22, 2024;

The deadline to file replies in support of summary judgment and Daubert motions is extended from April 12, 2024 to July 3, 2024.

DATED this 11 October 2023.

_____
Dustin B. Pead
United States Magistrate Judge