IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br>     Plaintiff,<br><br>v.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD,<br><br>     Defendants. | Case No. 2:20-cv-00368-JNP-DBP<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES** |

This matter is before the Court on the Parties' Joint Motion to Extend Certain Pretrial Deadlines. This Court, having reviewed the Motion and being otherwise fully versed in the premises, **GRANTS** the Motion. The Case Scheduling Order (D.E. 160) shall be and is amended, and the deadlines thereunder are as follows:

The deadline to exchange Merits Expert Reports is extended from November 27, 2023 to December 4, 2023;

The deadline to exchange Rebuttal Merits Expert Reports is extended from January 12, 2024 to January 19, 2024;

All other deadlines in D.E. 160 remain unchanged.

November 20, 2023

BY THE COURT:

_____

DUSTIN PEAD
United States Magistrate Judge