**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br>Plaintiff,<br><br>v.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD,<br><br>Defendants. | Case No. 2:20-cv-00368-JNP-DBP<br><br>**DECLARATION OF DOUGLAS W. GREENE IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF PROPOSED EXPERT WITNESS DR. JAMES WESTGARD**<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Dustin B. Pead |

<u>**DECLARATION OF DOUGLAS W. GREENE IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF PROPOSED EXPERT WITNESS DR. JAMES WESTGARD**</u>

**DOUGLAS W. GREENE** declares under penalty of perjury, pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a partner at the law firm of Baker & Hostetler LLP, counsel for Defendants, Co-Diagnostics, Inc. ("Co-Diagnostics"), Dwight Egan ("Egan"), James Nelson ("Nelson"), Eugene Durenard ("Durenard"), Edward Murphy ("Murphy"), Richard Serbin ("Serbin"), Reed Benson ("Benson"), and Brent Satterfield ("Satterfield") (collectively, the "Defendants"). I submit this declaration in support of Defendants' Motion to Exclude the Testimony of Proposed Expert Witness Dr. James Westgard. I declare that the following statements are true to the best of my knowledge, information, and belief. If called as a witness, I could and would testify competently as follows.

2

2.      Attached hereto as **Exhibit 1** is a true copy of the expert report of Dr. James Westgard produced by Plaintiff on or about December 4, 2023.

3.      Attached hereto as **Exhibit 2** is a true copy of the rebuttal report of Dr. James Westgard, dated January 19, 2024, as produced by Plaintiff.

4.      Dr. James Westgard was deposed on February 28, 2024. Attached hereto as **Exhibit 3** is a true and accurate copy of the deposition transcript of Dr. Westgard.

5.      Dr. Brent Satterfield was deposed on May 16, 2023. Attached hereto as **Exhibit 4** is a true and accurate copy of the deposition transcript of Dr. Satterfield.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 10, 2024, at Seattle, Washington.


*/s/ Douglas W. Greene*
Douglas W. Greene

2