## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company, <br><br><br> Plaintiff, <br><br> v. <br><br> CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD, <br><br><br> Defendants. | Case No. 2:20-cv-00368-JNP-DBP <br><br> **APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> Judge Jill N. Parrish <br><br> Magistrate Judge Dustin B. Pead |

### APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, Co-Diagnostics, Inc. ("Co-Diagnostics"), Dwight Egan ("Egan"), James Nelson ("Nelson"), Eugene Durenard ("Durenard"), Edward Murphy ("Murphy"), Richard Serbin ("Serbin"), Reed Benson ("Benson"), and Brent Satterfield ("Satterfield") (collectively, the "Defendants"), by and through counsel, respectfully submit the following Appendix Of Evidence In Support Of Defendants' Motion For Summary Judgment.

| Exhibit No. | Description or Title | Source |
|---|---|---|
| 1 | Declaration of Douglas W. Greene | Prepared by Defendants |
| 2 | Co-Diagnostics, Inc. Form 10-K, for the fiscal year ending December 31, 2020, filed with the SEC on March 25, 2021 | Publicly Available |
| 3 | Co-Diagnostics, Inc. Form 10-K, for the fiscal year ending December 31, 2019, filed with the SEC on March 30, 2020 | Publicly Available |
| 4 | Declaration of Dr. Stephen Bustin, attaching the Expert Report of Dr. Stephen Bustin, dated December 1, 2023 | Discovery produced by Defendants |
| 5 | Declaration of Dr. Jennifer Dien Bard, attaching the Expert Report of Dr. Jennifer Dien Bard, dated November 29, 2023 | Discovery produced by Defendants |
| 6 | Declaration of Dr. Jennifer Dien Bard, attaching the Rebuttal Expert Report of Dr. Jennifer Dien Bard, dated January 18, 2024 | Discovery produced by Defendants |
| 7 | Deposition transcript of Dr. Jennifer Dien Bard, dated March 8, 2024 | Deposition Transcript |
| 8 | Declaration of Dr. Stephen Bustin, attaching the Rebuttal Expert Report of Dr. Stephen Bustin, dated January 18, 2024 | Discovery produced by Defendants |
| 9 | Deposition transcript of Dr. James Westgard, dated February 28, 2024 | Deposition Transcript |
| 10 | Deposition transcript of Dr. Stephen Bustin, dated February 22, 2024 | Deposition Transcript |
| 11 | Expert Report of James O. Westgard, produced by Plaintiff on or about December 4, 2023 | Discovery produced by Plaintiff |
| 12 | Deposition transcript of Dr. Brent Satterfield, dated May 16, 2023 | Deposition Transcript |
| 13 | Deposition transcript of Dwight ("Ike") Egan, dated April 13, 2023 | Deposition Transcript |
| 14 | Email chain between Co-Diagnostics and FDA re: Emergency Use Authorization Submission for Logix | Discovery produced by Defendants |

1

| | | |
|---|---|---|
| | test, dated March 12, 2020, and attachments, Bates-stamped CoDI_00019303 | |
| 15 | Email chain between Co-Diagnostics and the FDA re: LoD and the EUA submission, dated April 3, 2020, Bates-stamped CoDI_00087377 (cover email to Exhibit 16, *infra*) | Discovery produced by Defendants |
| 16 | Attachments to Exhibit 15, *supra*: redlined Logix test Instructions for Use, Bates-stamped CoDI_00087379; and Memorandum from Co-Diagnostics to the FDA re: Complete Data Line for Initial LoD Study, Confirmatory LoD Study, and Clinical Study, dated April 4, 2020, Bates-stamped CoDI_00087379 | Discovery produced by Defendants |
| 17 | Report for Analytical Performance of Logix Smart™ Coronavirus Disease 2019 (COVID-19) Test for CE Marking (PVER-COVID-001-01), February 19, 2020, Bates-stamped CoDI_00239322 | Discovery produced by Defendants |
| 18 | Co-Diagnostics email re: LoD (redacted, in part, pursuant to Local Rule 5-3), dated April 21, 2020, Exhibit 13 from the deposition of Dr. Brent Satterfield | Deposition |
| 19 | Email chain between Co-Diagnostics and the FDA re: Amendment to Logix Smart COVID-19 EUA Submission, dated May 20, 2020, Bates-stamped CoDI_00074187 | Discovery produced by Defendants |
| 20 | Deposition transcript of Andrew Benson, dated April 18, 2023 | Deposition Transcript |
| 21 | Deposition transcript of Chad Apuli, dated September 1, 2023 | Deposition Transcript |
| 22 | Excerpt of the deposition transcript of Seth Egan, dated May 5, 2023 | Deposition Transcript |
| 23 | Press Release: "Co-Diagnostics, Inc. Announces Expansion of COVID-19 Test Orders in the United States," dated April 20, 2020 | Publicly Available |
| 24 | Press Release: "Co-Diagnostics, Inc. Releases COVID-19 Test Performance Data: Consistently Demonstrates 100% Sensitivity and 100% Specificity Across Independent Evaluations," dated May 1, 2020 | Publicly Available |
| 25 | Excerpt of the deposition transcript of Dr. Rebecca Garcia, dated May 12, 2023 | Deposition Transcript |
| 26 | Co-Diagnostics internal email re: Performance Evaluation Report for SARAGENE Corona Virus(2029-NCV) from Cosara Diagnostics, dated April 25, 2020, Bates-stamped CoDI_00004220 (cover email to Exhibit 28, *infra*) | Discovery produced by Defendants |
| 27 | Press Release: "Co-Diagnostics, Inc. Announces Government Approvals and Increased Orders for COVID-19 Test Kits," dated May 4, 2020 | Publicly Available |

| 28 | Attachment to Exhibit 26, *supra*: Letter from I.C.M.R. – National Institute of Pathology to Cosara Diagnostics re: Performance Evaluation Report for SARAGENE™, dated April 24, 2020, Bates-stamped CoDI_00004222 | Discovery produced by Defendants |
|---|---|---|
| 29 | Co-Diagnostics Memorandum re: InDRE Evaluation Co-Diagnostics' COVID-19 IVD qPCR detection kit, dated April 30, 2020, Bates-stamped CoDI_00054121 | Discovery produced by Defendants |
| 30 | Memorandum from Co-Diagnostics to a South African distributor re: In Response to Request of Information on Independent Product Review (redacted, in part, pursuant to Local Rule 5-3), dated April 20, 2020, Bates-stamped CoDI_00086792 | Discovery produced by Defendants |
| 31 | Co-Diagnostics internal email chain re: NIV India Results and My Comments, dated April 11, 2020, Bates-stamped CoDI_00005107 | Discovery produced by Defendants |
| 32 | Co-Diagnostics internal email chain re: India testing (redacted, in part, pursuant to Local Rule 5-3), dated April 14, 2020, Bates-stamped CoDI_00073613 (cover email for Exhibit 33, *infra*) | Discovery produced by Defendants |
| 33 | Attachment to Exhibit 33, *supra*: Guidelines for use of commercial kits for nasal/throat swab-based diagnosis of COVID-19 in India, dated April 2, 2020, Bates-stamped CoDI_00073616 | Discovery produced by Defendants |
| 34 | Co-Diagnostics internal email chain re: Performance Evaluation Results, dated April 2, 2020, Exhibit 8 from the deposition of Cecilia Hutchins | Deposition |
| 35 | Co-Diagnostics internal email chain re: the ICMR protocol, dated April 9, 2020, Bates-stamped CoDI_00008142 | Discovery produced by Defendants |
| 36 | Co-Diagnostics internal email re: Write up to the Indian government, dated April 10, 2020, Bates-stamped CoDI_00008156 | Discovery produced by Defendants |
| 37 | Email chain between Co-Diagnostics and a Greek distributor re: new results from lab (redacted, in part, pursuant to Local Rule 5-3), dated April 24, 2020, Exhibit 14 from the deposition of Dr. Brent Satterfield | Discovery produced by Defendants |
| 38 | Co-Diagnostics internal email chain re: Serious complaint from a Greek distributor (redacted, in part, pursuant to Local Rule 5-3), dated April 24, 2020, Bates-stamped CoDI_00005338 | Discovery produced by Defendants |
| 39 | Email chain between Co-Diagnostics and a South African distributor re: Final Feedback from Government Laboratory in South Africa (redacted, in part, pursuant to Local Rule 5-3), dated April 17, 2020, Bates-stamped CoDI_00075397 | Discovery produced by Defendants |

| 40 | FDA Press Release, "FDA Takes Significant Step in Coronavirus Response Efforts, Issues Emergency Use Authorization for the First 2019 Novel Coronavirus Diagnostic," dated February 4, 2020 | Publicly Available |
|---|---|---|
| 41 | Transcript for CDC Media Telebriefing: "Update on COVID-19," dated February 14, 2020 | Publicly Available |
| 42 | News Publication: "The Unknown Unknowns: Diagnosing the New Coronavirus," Johns Hopkins, dated March 5, 2020 | Publicly Available |
| 43 | News Publication: "A 'negative' coronavirus test result doesn't always mean you aren't infected," The Washington Post, dated March 26, 2020 | Publicly Available |
| 44 | News Publication: "If You Have Coronavirus Symptoms, Assume You Have the Illness, Even if You Test Negative," The New York Times, dated April 1, 2020 | Publicly Available |
| 45 | News Publication: "If concerned about 'false negative' coronavirus test, self-quarantine anyway: Experts [say] it is too soon to know how many tests are producing false negatives," ABC News, dated April 1, 2020 | Publicly Available |
| 46 | News Publication: "How to interpret coronavirus news in light of false negatives," Analytics, dated April 2, 2020 | Publicly Available |
| 47 | News Publication: "Even if you test negative for COVID-19, assume you have it, experts say," LiveScience, dated April 3, 2020 | Publicly Available |
| 48 | News Publication: "Why the Coronavirus Test Gives So Many False Negatives: A Great Test is Nothing With A Bad Sample," Slate, dated April 6, 2020 | Publicly Available |
| 49 | News Publication: "If test says you have coronavirus, believe it. If it's negative, don't be so sure," The Kansas City Star, dated April 12, 2020 | Publicly Available |
| 50 | News Publication: "Coronavirus: how accurate are coronavirus tests?" The Conversation, dated April 16, 2020 | Publicly Available |
| 51 | Excerpt of the deposition transcript of Dennis Crockett, dated March 13, 2023 | Deposition Transcript |
| 52 | Analyst report prepared by H.C. Wainwright & Co., dated February 24, 2020 | Publicly Available |
| 53 | Analyst report prepared by Maxim Group, dated February 26, 2020 | Publicly Available |
| 54 | Analyst report prepared by Maxim Group, dated March 3, 2020 | Publicly Available |
| 55 | Analyst report prepared by H.C. Wainwright & Co., dated March 9, 2020 | Publicly Available |

| 56 | Analyst report prepared by H.C. Wainwright & Co., dated March 13, 2020 | Publicly Available |
|---|---|---|
| 57 | Analyst report prepared by H.C. Wainwright & Co., dated March 18, 2020 | Publicly Available |
| 58 | News Publication: "Limits of detection for FDA-authorized Covid-19 diagnostics," BioCentury, dated April 1, 2020 (updated April 3, 2020) | Publicly Available |
| 59 | Logix Test "Fact Sheet for Patients," FDA, dated April 3, 2020 | Publicly Available |
| 60 | News Publication: "'This is a potential public health disaster' COVID-19 results from TestUtah.com are raising questions," Salt Lake Tribune, dated April 30, 2020 | Publicly Available |
| 61 | "Evaluating Differences in Rates of Positives for COVID-19 Testing from TestUtah," white paper prepared by Dr. Brent Satterfield, dated June 5, 2020, Bates-stamped CoDI_00009207 | Discovery produced by Defendants |
| 62 | Deposition transcript of Reed Benson, dated March 21, 2023 | Deposition Transcript |
| 63 | Excerpt of the deposition transcript of Jennifer Webb, dated September 1, 2023 | Deposition Transcript |
| 64 | Excerpt of the deposition transcript of Cecilia Hutchins, dated April 10, 2023 | Deposition Transcript |
| 65 | Declaration of Professor Allen Ferrell, attaching the Expert Report of Professor Allen Ferrell, dated December 4, 2023 | Discovery produced by Defendants |
| 66 | Expert Report of Daniel S. Bettencourt, dated December 4, 2023 | Discovery produced by Plaintiff |
| 67 | Declaration of Professor Allen Ferrell, attaching the Rebuttal Report of Professor Allen Ferrell, dated January 19, 2024 | Discovery produced by Defendants |
| 68 | Rebuttal Report of Dr. Ran Wei, dated November 21, 2022 | Discovery produced by Defendants |
| 69 | Deposition transcript of Daniel Bettencourt, dated February 14, 2024 | Deposition Transcript |
| 70 | News Publication: "Nebraska Unveils Plan to Boost Virus Testing as Cases Rise," AP Newswires, dated April 21, 2020 | Publicly Available |
| 71 | News Publication: "Iowa Details $26M Plan to Boost Testing as Virus Cases Surge," AP Newswires, dated April 21, 2020 | Publicly Available |
| 72 | News Publication: "Nebraska Virus Testing Website Draws 20,000 on First Day," AP Newswires, dated April 22, 2020 | Publicly Available |

| 73 | News Publication: "Iowa governor: Tip from Ashton Kutcher Led to Testing Deal," AP Newswires, dated April 23, 2020 | Publicly Available |
|---|---|---|
| 74 | News Publication: "Test Nebraska underway with CHI Health St. Elizabeth lab," Lincoln Journal Star, dated May 5, 2020 | Publicly Available |
| 75 | News Publication: "Senators call on governor to end Test Nebraska contracts," Lincoln Journal Star, dated May 11, 2020 | Publicly Available |
| 76 | Rebuttal Report of Daniel S. Bettencourt, dated Jan 19, 2024 | Discovery produced by Plaintiff |
| 77 | News Publication: "Co-Diagnostics, Inc. Announces Q1 2020 Results and Provides Mid-Second Quarter Update," PR Newswire, dated May 14, 2020 at 4:01p.m. ET | Publicly Available |
| 78 | News Publication: "Stock Market Shows Bullish Rebound After Sharp Sell-Off; AMD, Facebook Set Up To Move Higher," Investor's Business Daily, dated May 14, 2020 at 5:27 p.m. ET | Publicly Available |
| 79 | News Publication: "Press Release: Co-Diagnostics, Inc. Releases Prepared Remarks for First Quarter 2020 Conference Call," Dow Jones Institutional News, dated May 14, 2020 at 6:01 p.m. ET | Publicly Available |
| 80 | FDA Press Release: Coronavirus (COVID-19) Update: FDA Informs Public About Possible Accuracy Concerns with Abbott ID NOW Point-of-Care Test, dated May 14, 2020 at 7:44 p.m. ET | Publicly Available |
| 81 | News Publication: "Co-Diagnostics, Inc. falls 13.5% in premarket," Impact Financial News, dated May 15, 2020 | Publicly Available |
| 82 | News Publication: "50 Stocks Moving In Friday's Mid-Day Session," Benzinga.com, dated May 15, 2020 at 12:31 p.m. ET | Publicly Available |
| 83 | Deposition transcript of Richard Serbin, dated March 10, 2023 | Deposition Transcript |
| 84 | Deposition transcript of Professor Allen Ferrell, dated March 1, 2024 | Deposition Transcript |
| 85 | Compilation of Form 4s signed by Eugene Durenard on May 22, 2020 and June 8, 2020 and filed with the SEC | Publicly Available |
| 86 | Compilation of Form 4s signed by Richard Serbin on May 21, 2020 and June 5, 2020 and filed with the SEC | Publicly Available |
| 87 | Rebuttal Report of James O. Westgard, dated January 19, 2024 | Discovery produced by Plaintiff |

| 88 | Compilation of Form 4s signed by Reed Benson and filed with the SEC between November 15, 2019 and November 24, 2020 | Publicly Available |
|---|---|---|
| 89 | Compilation of Form 4s signed by Dwight Egan and filed with the SEC between November 18, 2019 and November 25, 2020 | Publicly Available |
| 90 | Compilation of Form 3s and Form 4s signed by Edward Murphy and filed with the SEC between November 19, 2019 and January 8, 2021 | Publicly Available |
| 91 | Compilation of Form 3s and Form 4s signed by James Nelson and filed with the SEC between November 15, 2019 and January 8, 2021 | Publicly Available |
| 92 | Compilation of Form 4s signed by Dr. Brent Satterfield and filed with the SEC between May 15, 2018 and August 19, 2021 | Publicly Available |
| 93 | Co-Diagnostics Stock Price History for May 11, 2020 through May 18, 2020, Yahoo!Finance | Publicly Available |
| 94 | News Publication: "TestUtah declines to join other Utah labs in accuracy check," Salt Lake Tribune, dated May 14, 2020 | Publicly Available |