# Exhibit 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br><br>Plaintiff,<br><br>v.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD,<br><br><br>Defendants. | Case No. 2:20-cv-00368-JNP-DBP<br><br>**DECLARATION OF DOUGLAS W. GREENE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Dustin B. Pead |

<u>**DECLARATION OF DOUGLAS W. GREENE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**</u>

**DOUGLAS W. GREENE** declares under penalty of perjury, pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a partner at the law firm of Baker & Hostetler LLP, counsel for Defendants, Co-Diagnostics, Inc. ("Co-Diagnostics"), Dwight Egan ("Egan"), James Nelson ("Nelson"), Eugene Durenard ("Durenard"), Edward Murphy ("Murphy"), Richard Serbin ("Serbin"), Reed Benson ("Benson"), and Brent Satterfield ("Satterfield") (collectively, the "Defendants"). I submit this declaration in support of Defendants' Motion For Summary Judgment. I declare that the following statements are true to the best of my knowledge, information, and belief. If called as a witness, I could and would testify competently as follows.

2.      Attached hereto as **Exhibit 2** is a true and accurate copy of Co-Diagnostics' Form 10-K, for the fiscal year ending December 31, 2020, filed with the United States Securities and Exchange Commission ("SEC") on March 25, 2021.

3.      Attached hereto as **Exhibit 3** is a true and accurate copy of Co-Diagnostics' Form 10-K, for the fiscal year ending December 31, 2019, filed with the SEC on March 30, 2020.

4.      Attached hereto as **Exhibit 4** is a true and accurate copy of the Declaration of Dr. Stephen Bustin, attaching a true and accurate copy of the Expert Report of Dr. Stephen Bustin, dated December 1,  2023.

5.      Attached hereto as **Exhibit 5** is a true and accurate copy of the Declaration of Dr. Jennifer Dien Bard, attaching a true and accurate copy the Expert Report of Dr. Jennifer Dien Bard, dated November 29, 2023.

6.      Attached hereto as **Exhibit 6** is a true and accurate copy of the Declaration of Dr. Jennifer Dien Bard, attaching a true and accurate copy of the Rebuttal Expert Report of Dr. Jennifer Dien Bard, dated January 18, 2024.

7.      Dr. Jennifer Dien Bard was deposed on March 8, 2024. Attached hereto as **Exhibit 7** is a true and accurate copy of the deposition transcript of Dr. Dien Bard.

8.      Attached hereto as **Exhibit 8** is a true and accurate copy of the Declaration of Dr. Stephen Bustin, attaching a true and accurate copy of the Rebuttal Expert Report of Dr. Stephen Bustin, dated January 18, 2024.

9.      Dr. James Westgard was deposed on February 28, 2024. Attached hereto as **Exhibit 9** is a true and accurate copy of the deposition transcript of Dr. Westgard.

10.      Dr. Stephen Bustin was deposed on February 22, 2024. Attached hereto as **Exhibit 10** is a true and accurate copy of the deposition transcript of Dr. Bustin.

11.     Attached hereto as **Exhibit 11** is a true copy of the expert report of James O. Westgard produced by Plaintiff on or about December 4, 2023.

12.     Dr. Brent Satterfield was deposed on May 16, 2023. Attached hereto as **Exhibit 12** is a true and accurate copy of the deposition transcript of Dr. Satterfield.

13.     Mr. Dwight Egan was deposed on April 13, 2023. Attached hereto as **Exhibit 13** is a true and accurate copy of the deposition transcript of Mr. Dwight Egan.

14.     Attached hereto as **Exhibit 14** is a true and accurate copy of an email chain between Co-Diagnostics and the FDA, dated March 21, 2020, and attachments thereto, Bates-stamped CoDI_00019303.

15.     Attached hereto as **Exhibit 15** is a true and accurate copy of an email chain between Co-Diagnostics and the FDA, dated April 3, 2020, Bates-stamped CoDI_00087377.

16.     Attached hereto as **Exhibit 16** is a true and accurate copy of the documents attached to the email chain in Exhibit 15, Bates-stamped CoDI_00087379.

17.     Attached hereto as **Exhibit 17** is a true and accurate copy of the Report for Analytical Performance of Logix Smart™ Coronavirus Disease 2019 (COVID-19) Test for CE Marking, dated February 19, 2020, Bates-stamped CoDI_00239322.

18.     Attached hereto as **Exhibit 18** is a true and accurate copy of a Co-Diagnostic email, redacted, in part, pursuant to Local Rule 5-3, dated April 21, 2020, Exhibit 13 to the deposition transcript of Dr. Brent Satterfield.

19.     Attached hereto as **Exhibit 19** is a true and accurate copy of an email chain between Co-Diagnostics and the FDA, dated May 20, 2020, Bates-stamped CoDI_00074187.

20.     Mr. Andrew Benson was deposed on April 18, 2023. Attached hereto as **Exhibit 20** is a true and accurate copy of the deposition transcript of Mr. Andrew Benson.

21.　　Mr. Chad Apuli was deposed on September 1, 2023. Attached hereto as **Exhibit 21** is a true and accurate copy of the deposition transcript of Mr. Apuli.

22.　　Mr. Seth Egan was deposed on May 5, 2023. Attached hereto as **Exhibit 22** is a true and accurate excerpt of the deposition transcript of Mr. Seth Egan.

23.　　Attached hereto as **Exhibit 23** is a true and accurate copy of a Co-Diagnostics press release "Co-Diagnostics, Inc. Announces Expansion of COVID-19 Test Orders in the United States," dated April 20, 2020.

24.　　Attached hereto as **Exhibit 24** is a true and accurate copy of a Co-Diagnostics press release "Co-Diagnostics, Inc. Releases COVID-19 Test Performance Data: Consistently Demonstrates 100% Sensitivity and 100% Specificity Across Independent Evaluations," dated May 1, 2020.

25.　　Dr. Rebecca Garcia was deposed on May 12, 2023. Attached hereto as **Exhibit 25** are true and accurate excerpts from the deposition transcript of Dr. Garcia.

26.　　Attached hereto as **Exhibit 26** is a true and accurate copy of an internal Co-Diagnostics email, dated April 25, 2020, Bates-stamped CoDI_00004220.

27.　　Attached hereto as **Exhibit 27** is a true and accurate copy of a Co-Diagnostics press release "Co-Diagnostics, Inc. Announces Government Approvals and Increased Orders for COVID-19 Test Kits," dated May 4, 2020.

28.　　Attached hereto as **Exhibit 28** is a true and accurate copy of the attachment to the email Exhibit 26 (a letter from I.C.M.R – National Institute of Pathology to Cosara Diagnostics, dated April 24, 2020), Bates-stamped CoDI_00004222.

29.　　Attached hereto as **Exhibit 29** is a true and accurate copy of an internal Co-Diagnostics memorandum, dated April 30, 2020, Bates-stamped CoDI_00054121.

4

30.    Attached hereto as **Exhibit 30** is a true and accurate copy of a Co-Diagnostics memorandum, redacted, in part, pursuant to Local Rule 5-3, dated April 20, 2020, Bates-stamped CoDI_00086792.

31.    Attached hereto as **Exhibit 31** is a true and accurate copy of an internal Co-Diagnostics email chain, redacted, in part, pursuant to Local Rule 5-3, dated April 11, 2020, Bates-stamped CoDI_00005107.

32.    Attached hereto as **Exhibit 32** is a true and accurate copy of an internal Co-Diagnostics email chain, redacted, in part, pursuant to Local 5-3, dated April 14, 2020, Bates-stamped CoDI_00073613.

33.    Attached hereto as **Exhibit 33** is a true and accurate copy of Guidelines for Use of Commercial Kits For Nasal/Throat Swab Based Diagnosis of COVID-19 in India, dated April 2, 2020, Bates-stamped CoDI_00073616.

34.    Attached hereto as **Exhibit 34** is a true and accurate copy of an internal Co-Diagnostics email chain, dated April 2, 2020, Exhibit 8 from the deposition of Ms. Cecilia Hutchins.

35.    Attached hereto as **Exhibit 35** is a true and accurate copy of an internal Co-Diagnostics email chain, dated April 9, 2020, Bates-stamped CoDI_00008142.

36.    Attached hereto as **Exhibit 36** is a true and accurate copy of an internal Co-Diagnostics email, dated April 10, 2020, Bates-stamped CoDI_00008156.

37.    Attached hereto as **Exhibit 37** is a true and accurate copy of an email chain between Co-Diagnostics and a Greek distributor, redacted, in part, pursuant to Local Rule 5-3, dated April 24, 2020, deposition exhibit 14 from the deposition of Dr. Brent Satterfield.

38.     Attached hereto as **Exhibit 38** is a true and accurate copy of an internal Co-Diagnostics email chain, redacted, in part, pursuant to Local Rule 5-3, dated April 24, 2020, Bates-stamped CoDI_00005338.

39.     Attached hereto as **Exhibit 39** is a true and accurate copy of an email chain between Co-Diagnostics and a South African distributor, redacted, in part, pursuant to Local Rule 5-3, dated April 17, 2020, Bates-stamped CoDI_00075397.

40.     Attached hereto as **Exhibit 40** is a true and accurate copy of an FDA press release "FDA Takes Significant Step in Coronavirus Response Efforts, Issues Emergency Use Authorization for the First 2019 Novel Coronavirus Diagnostic," dated February 4, 2020.

41.     Attached hereto as **Exhibit 41** is a true and accurate copy of the transcript of the Centers for Disease Control and Prevention (CDC) telebriefing, "Update on COVID-19," held on February 14, 2020.

42.     Attached hereto as **Exhibit 42** is a true and accurate copy of a news publication, "The Unknown Unknowns: Diagnosing the New Coronavirus," published by Johns Hopkins, dated March 5, 2020.

43.     Attached hereto as **Exhibit 43** is a true and accurate copy of a news publication, "A 'negative' coronavirus test result doesn't always mean you aren't infected," published by The Washington Post, dated March 26, 2020.

44.     Attached hereto as **Exhibit 44** is a true and accurate copy of a news publication, "If You have Coronavirus Symptoms, Assume You Have the Illness, Even if You Test Negative," published by The New York Times, dated April 1, 2020.

45.     Attached hereto as **Exhibit 45** is a true and accurate copy of a news publication, "If concerned about 'false negative' coronavirus test, self-quarantine anyway: Experts [say] it is too

6

soon to know how many tests are producing false negatives," published by ABC News, dated April 1, 2020.

46.    Attached hereto as **Exhibit 46** is a true and accurate copy of a news publication, "How to interpret coronavirus news in light of false negatives," published by Analytics, dated April 2, 2020.

47.    Attached hereto as **Exhibit 47** is a true and accurate copy of a news publication, "Even if you test negative for COVID-19, assume you have it, experts say," published by LiveScience, dated April 3, 2020.

48.    Attached hereto as **Exhibit 48** is a true and accurate copy of a news publication, "Why the Coronavirus Test Gives So Many False Negatives: A Great Test is Nothing With A Bad Sample," published by Slate, dated April 6, 2020.

49.    Attached hereto as **Exhibit 49** is a true and accurate copy of a news publication, "If test says you have coronavirus believe it. If its negative, don't be so sure," published by The Kansas City Star, dated April 12, 2020.

50.    Attached hereto as **Exhibit 50** is a true and accurate copy of a news publication, "Coronavirus: how accurate are coronavirus tests?" published by The Conversation, dated April 16, 2020.

51.    Mr. Dennis Crockett was deposed on March 13, 2023. Attached hereto as **Exhibit 51** is a true and accurate excerpt of the deposition transcript of Mr. Crockett.

52.    Attached hereto as **Exhibit 52** is a true and accurate copy of an analyst report prepared by H.C. Wainwright & Co., dated February 24, 2020.

53.    Attached hereto as **Exhibit 53** is a true and accurate copy of an analyst report prepared by Maxim Group, dated February 26, 2020.

54. Attached hereto as **Exhibit 54** is a true and accurate copy of an analyst report prepared by Maxim Group, dated March 3, 2020.

55. Attached hereto as **Exhibit 55** is a true and accurate copy of an analyst report prepared by H.C. Wainwright & Co., dated March 9, 2020.

56. Attached hereto as **Exhibit 56** is a true and accurate copy of an analyst report prepared by H.C. Wainwright & Co., dated March 13, 2020.

57. Attached hereto as **Exhibit 57** is a true and accurate copy of an analyst report prepared by H.C. Wainwright & Co., dated March 18, 2020.

58. Attached hereto as **Exhibit 58** is a true and accurate copy of a news publication, "Limits of detection for FDA-authorized Covid-19 diagnostics," published by BioCentury, dated April 1, 2020 and updated April 3, 2020.

59. Attached hereto as **Exhibit 59** is a true and accurate copy of the Logix Test Fact Sheet for Patients, published by the FDA, dated April 3, 2020.

60. Attached hereto as **Exhibit 60** is a true and accurate copy of a news publication, "'This is a potential public health disaster' COVID-19 results from TestUtah.com are raising questions," published by the Salt Lake Tribune, dated April 30, 2020.

61. Attached hereto as **Exhibit 61** is a true and accurate copy of "Evaluating Differences in Rates of Positives for COVID-19 Testing from TestUtah," a white paper prepared by Dr. Brent Satterfield, dated June 5, 2020, Bates-stamped CoDI_00009207.

62. Mr. Reed Benson was deposed on March 21, 2023. Attached hereto as **Exhibit 62** is a true and accurate copy of the deposition transcript of Mr. Reed Benson.

63. Ms. Jennifer Webb was deposed on September 1, 2023. Attached hereto as **Exhibit 63** is a true and accurate excerpt of the deposition transcript of Ms. Webb.

64.     Ms. Cecilia Hutchins was deposed on April 10, 2023. Attached hereto as **Exhibit 64** is a true and accurate excerpt of the deposition transcript of Ms. Hutchins.

65.     Attached hereto as **Exhibit 65** is a true and accurate copy of the Declaration of Professor Allen Ferrell, attaching a true and accurate copy of the Expert Report of Professor Allen Ferrell, dated December 4, 2023.

66.     Attached hereto as **Exhibit 66** is a true copy of the expert report of Daniel S. Bettencourt, dated December 4, 2023, as it was produced by Plaintiff.

67.     Attached hereto as **Exhibit 67** is a true and accurate copy of the Declaration of Professor Allen Ferrell, attaching a true and accurate copy of the Rebuttal Report of Professor Allen Ferrell, dated January 19, 2024.

68.     Attached hereto as **Exhibit 68** is a true and accurate copy of the rebuttal expert report of Dr. Ran Wei, dated November 21, 2022.

69.     Mr. Daniel Bettencourt was deposed on February 14, 2024. Attached hereto as **Exhibit 69** is a true and accurate copy of the deposition transcript of Mr. Bettencourt.

70.     Attached hereto as **Exhibit 70** is a true and accurate copy of a news publication, "Nebraska Unveils Plan to Boost Virus Testing as Cases Rise," published by AP Newswires, dated April 21, 2020.

71.     Attached hereto as **Exhibit 71** is a true and accurate copy of a news publication, "Iowa Details $26M Plan to Boost Testing as Virus Cases Surge," published by AP Newswires, dated April 21, 2020.

72.     Attached hereto as **Exhibit 72** is a true and accurate copy of a news publication, "Nebraska Virus Testing Website Draws 20,000 on First Day," published by AP Newswires, dated April 22, 2020.

73.    Attached hereto as **Exhibit 73** is a true and accurate copy of a news publication, "Iowa governor: Tip from Ashton Kutcher led to testing deal," published by AP Newswires, dated April 23, 2020.

74.    Attached hereto as **Exhibit 74** is a true and accurate copy of a news publication, "Test Nebraska underway with CHI Health St. Elizabeth lab," published by Lincoln Journal Star, dated May 5, 2020.

75.    On May 11, 2020, the Nebraska Governor held a public COVID briefing at which he stated that Test Nebraska's validation showed the Logix tests to be "95% accurate." The briefing is available on YouTube at https://www.youtube.com/watch?v=Uaprp0oAcN4, which was last visited April 8, 2024.

76.    Attached hereto as **Exhibit 75** is a true and accurate copy of a news publication, "Senators call on governor to end Test Nebraska contracts," published by Lincoln Journal Star, dated May 11, 2020.

77.    On May 14, 2020, the Iowa Governor, Kim Reynolds, stated in a press conference, "I'm pleased to announce that the [Iowa] State Hygienic Lab completed the Test Iowa validation process yesterday, achieving high ratings of 95% accuracy for determining positives and 99.7% accuracy for determining negatives." The press conference is available at https://www.iowapbs.org/shows/governorpress/episode/3544/iowa-gov-kim-reynolds-press-conference-may-14-2020-1100-am, which was lasted visited on April 8, 2024.

78.    Attached hereto as **Exhibit 76** is a true and accurate copy of the rebuttal report of Daniel S. Bettencourt, dated January 19, 2024, as it was produced by Plaintiff.

79. Attached hereto as **Exhibit 77** is a true and accurate copy of a news publication, "Co-Diagnostics, Inc. Announces Q1 2020 Results and Provides Mid-Second Quarter Update," published by PR Newswire, dated May 14, 2020 at 4:01 p.m. ET.

80. Attached hereto as **Exhibit 78** is a true and accurate copy of a news publication, "Stock Market Shows Bullish Rebound After Sharp Sell-Off; AMD, Facebook Set Up To Move Higher," published by Investor's Business Daily, dated May 14, 2020 at 6:01 p.m. ET.

81. Attached hereto as **Exhibit 79** is a true and accurate copy of a news publication, "Press Release: Co-Diagnostics, Inc. Releases Prepared Remarks for First Quarter 2020 Conference Call," published by Dow Jones Institutional News, dated May 14, 2020 at 6:01 p.m. ET.

82. Attached hereto as **Exhibit 80** is a true and accurate copy of a FDA press release, "Coronavirus (COVID-19) Update: FDA Informs Public About Possible Accuracy Concerns with Abbott ID NOW Point-of-Care Test," dated May 14, 2020 at 7:44 p.m. ET.

83. Attached hereto as **Exhibit 81** is a true and accurate copy of a news publication, "Co-Diagnostics, Inc. falls 13.5% in premarket," published by Impact Financial News, dated May 15, 2020.

84. Attached hereto as **Exhibit 82** is a true and accurate copy of a news publication, "50 Stocks Moving In Friday's Mid-Day Session," published by Benzinga.com, dated May 15, 2020 at 12:31 p.m. ET.

85. Mr. Richard Serbin was deposed on March 10, 2023. Attached hereto as **Exhibit 83** is a true and accurate copy of the deposition transcript of Mr. Serbin.

86. Professor Allen Ferrell was deposed on March 1, 2024. Attached hereto as **Exhibit 84** is a true and accurate copy of the deposition transcript of Professor Ferrell.

11

87. Attached hereto as **Exhibit 85** is a true and accurate copy of a compilation of Form 4s signed by Eugene Durenard on May 22, 2020 through June 8, 2020 and filed with the SEC.

88. Attached hereto as **Exhibit 86** is a true and accurate copy of a compilation of Form 4s signed by Richard Serbin on May 21, 2020 through June 5, 2020 and filed with the SEC.

89. Attached hereto as **Exhibit 87** is a true copy of the rebuttal report of James O. Westgard, dated January 19, 2024, as produced by Plaintiff.

90. Attached hereto as **Exhibit 88** is a true and accurate copy of a compilation of Form 4s signed by Reed Benson and filed with the SEC between November 15, 2019 and November 24, 2020.

91. Attached hereto as **Exhibit 89** is a true and accurate copy of a compilation of Form 4s signed by Dwight Egan and filed with the SEC between November 18, 2019 and November 25, 2020.

92. Attached hereto as **Exhibit 90** is a true and accurate copy of a compilation of Form 3s and Form 4s signed by Edward Murphy and filed with the SEC between November 19, 2019 and January 8, 2021.

93. Attached hereto as **Exhibit 91** is a true and accurate copy of a compilation of Form 3s and Form 4s signed by James Nelson and filed with the SEC between November 15, 2019 and January 8, 2021.

94. Attached hereto as **Exhibit 92** is a true and accurate copy of a compilation of Form 4s signed by Dr. Brent Satterfield and filed with the SEC between May 15, 2018 and August 19, 2021.

95.    Attached hereto as **Exhibit 93** is a true and accurate copy of Co-Diagnostics stock price history for May 11, 2020 through May 18, 2020 pulled from Yahoo!Finance on April 8, 2024.

96.    Attached hereto as **Exhibit 94** is a true and accurate copy of a news publication, "TestUtah declines to join other Utah labs in accuracy check," published by the Salt Lake Tribune, dated May 14, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 9, 2024, at Seattle, Washington.


*/s/ Douglas W. Greene* _____
Douglas W. Greene

13