# Exhibit 4

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company, | Case No. 2:20-cv-00368-JNP-DBP |
| Plaintiff, | **DECLARATION OF DR. STEPHEN BUSTIN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | Judge Jill N. Parrish |
| CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD, | Magistrate Judge Dustin B. Pead |
| Defendants. | |

**DECLARATION OF DR. STEPHEN BUSTIN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**Dr. Stephen Bustin** declares under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am a Professor of Molecular Medicine at Anglia Ruskin University in Chelmsford, United Kingdom. I submit this Declaration In Support of Defendants' Motion For Summary Judgment. I declare that I have personal knowledge of the facts set forth herein and I could and would testify competently thereto if called as a witness at trial.

2.    On or about December 1, 2023, I signed and issued the Expert Report of Dr. Stephen Bustin (the "**Bustin Expert Report**"). Attached hereto is a true and accurate copy of the Bustin Expert Report. I drafted and issued the Bustin Expert Report, which contains my expert opinions and sets forth the analyses that form the basis of my opinions. Attached to the Bustin

Expert Report is a true and accurate copy of my curriculum vitae, which sets forth my qualifications to offer the opinions contained in the Bustin Expert Report. A true and accurate list of the materials I considered in forming the opinions expressed in the Bustin Expert Report is also attached thereto.

3.    I have personal knowledge of the facts stated in this Declaration and the facts and opinions contained in the Bustin Expert Report. If called as a witness at trial, I could and would competently testify to those facts and opinions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 9, 2024, at Welwyn, England.

_____

Dr. Stephen Bustin

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company, <br><br><br> Plaintiff, <br><br> v. <br><br> CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD, <br><br><br> Defendants. | Case No. 2:20-cv-00368-JNP-DBP <br><br> Judge Jill N. Parrish <br><br> Magistrate Judge Dustin B. Pead |

**EXPERT REPORT OF DR. STEPHEN BUSTIN**

**December 1, 2023**

**Table of Contents**

I.      INTRODUCTION ....................................................................................................1

II.     QUALIFICATIONS AND REMUNERATION...................................................2

        A.      Expert Qualifications .................................................................................2

        B.      Expert Witness Testimony .........................................................................4

        C.      Remuneration .............................................................................................4

III.    SCOPE OF WORK.................................................................................................4

IV.     RT-qPCR TESTING AND PERFORMANCE METRICS ...................................5

        A.      RT-qPCR Basics ........................................................................................5

        B.      Diagnostic RT-qPCR .................................................................................9

        C.      Developmental-Stage Performance Measures ...........................................9

                1.      Analytical Sensitivity, Which Includes a Measurement of the LoD ...........9

                2.      Analytical Specificity....................................................................11

        D.      Real-World Performance Measures ...........................................................12

                1.      Diagnostic (or Clinical) Sensitivity .............................................13

                2.      Diagnostic Specificity ..................................................................15

                3.      Accuracy .......................................................................................16

                4.      Confidence Intervals .....................................................................18

        E.      Limitations of RT-qPCR testing and performance measures ...............19

        F.      RT-qPCR Testing in the Context of the COVID-19 Pandemic.............21

V.      THE APRIL 30th SALT LAKE TRIBUNE ARTICLE .......................................22

VI.     DATA AVAILABLE TO CO-DIAGNOSTICS PRIOR TO MAY 1, 2020 SUPPORTING THE MAY 1 PRESS RELEASE ..........................................................25

        A.      Raw Data Provided by PathWest Laboratories in Australia..................26

                1.      Cross Reactivity or Analytical Specificity...................................26

                2.      Analytical Sensitivity....................................................................27

        3.      Patient Sample Validation (Diagnostic Sensitivity and Specificity) .........29

    B.      Validation Report by the National Institute of Pathology ("NIP") in India ..........31

    C.      Evaluation Performed by the Mexican Government's InDRE .............................32

        1.      Analytical Specificity.................................................................32

        2.      Analytical Sensitivity................................................................32

    D.      Comparison with Minnesota Department of Health Data....................................33

    E.      Timpanogos April 8-9, 2020 Validation...............................................................33

    F.      Gentech Colombia Validation.................................................................................34

    G.      Conclusion Regarding Data Supporting the May 1 Press Release ........................35

VII.    OTHER DATA AVAILABLE TO CO-DIAGNOSTICS PRIOR TO MAY 1, 2020 WERE PROPERLY EXCLUDED FROM THE MAY 1 PRESS RELEASE ..................36

    A.      Results from the National Institute of Virology ("NIV") Laboratory in India ......36

    B.      South African Lab Results......................................................................................38

    C.      Greek Lab Results...................................................................................................38

    D.      Conclusion Regarding Data Properly Excluded from the May 1 Press Release ...39

VIII.   THE 2022 *MOLECULAR DIAGNOSIS & THERAPY* ARTICLE IS FLAWED ..............40

    A.      Overview of the MDT Article.................................................................................40

    B.      Method Used...........................................................................................................40

    C.      Results Reported in the MDT Article .....................................................................41

    D.      Flawed Methods and Analysis ...............................................................................42

        1.      Data Interpretation ....................................................................42

        2.      Data Presentation ......................................................................43

        3.      The Logix Smart Test's Sensitivity Results Do Not Make Sense, and the Author's Rationale for the Supposed Lower Sensitivity is Flawed....................................................................................44

        4.      Flawed Evaluation of the Factors That Affect the Minimum Cq .............46

ii

E.     Summary Opinion regarding the MDT Article .......................................................51

IX.    THE MAY 1 PRESS RELEASE ..................................................................................51

Exhibit A:  Curriculum Vitae of Dr. Stephen Bustin

Exhibit B:  Materials Considered

## I.    INTRODUCTION

I have been asked by counsel for Defendant CO-DIAGNOSTICS, INC. ("Co-Diagnostics" or the "Company") to review and opine on whether the press release issued by the Company on May 1, 2020 (the "May 1 Press Release") fairly represented the performance of the Logix Smart Coronavirus Disease 2019 (COVID-19) kit (the "Logix Smart Test") based on the information available to the Company at that time.

To that end, I reviewed what I believe to be all third-party evaluation results and supporting data provided to the Company prior to May 1, 2020, related to the performance of the Logix Smart Test. Below, I provide an overview of the metrics used to evaluate the performance of a reverse transcription quantitative polymerase chain reaction ("RT-qPCR") test, sometimes informally referred to as qPCR or PCR, including limit of detection, sensitivity, specificity, and accuracy, and their importance at various stages of a test's initial development in the laboratory and subsequent use as a diagnostic test. I also discuss certain misconceptions about these metrics that appear to underlie Plaintiff's claims. I then detail my analysis of third-party data and other information known to the Company prior to May 1, 2020, to determine whether the May 1 Press Release fairly represented the performance of the Logix Smart Test at that time. Finally, I review and recalculate additional information that supports my conclusions, and I demonstrate that a 2022 journal article (which Plaintiff claims shows the Logix Smart Test is less sensitive than was reported in the May 1 Press Release, and less sensitive than comparable RT-qPCR-based diagnostic tests) is fatally flawed in its methods and results.

Ultimately, I conclude that the May 1 Press Release was supported by the data available to the Company at the time, and that the Logix Smart Test is an excellent diagnostic RT-qPCR test.

1

## II.    QUALIFICATIONS AND REMUNERATION

### A.    Expert Qualifications

I received a bachelor's degree in Genetics in 1979 and a Ph.D. in Molecular Genetics in 1983 from the University of Dublin, Trinity College. My doctoral dissertation concerned "Cloning of a thermostable alpha amylase gene in Bacillus subtilis." From 1983 to 1985, I conducted post-doctoral research at the Animal Virus Research Institute in England, which involved cloning and sequencing the RNA virus that causes foot-and-mouth disease. From 1985 to 1989, I worked in the New Technologies section of a British life sciences company called Amersham International, which specialised in medical diagnostics and life science products, including molecular biology kits and enzymes such as RNA and DNA polymerases. My job was to invent, explore and develop new molecular technologies. This work required me to conduct PCR, qPCR and RT-qPCR experiments as early as 1986 and to design and synthesise oligonucleotides, which are essential components of the PCR process.

From 1989 to 1995, I was a Senior Research Fellow and Senior Lecturer at the London Hospital Medical College. During this period, I conducted PCR, qPCR and RT-qPCR experiments as part of my research into colorectal cancer and other diseases, in the process acquiring the first qPCR instrument placed in a UK academic institution. I was promoted to Reader in Molecular Medicine in 2002 and to Professor of Molecular Science in 2004. During this time, I worked with PCR-based technologies every day, with particular emphasis on developing molecular tests targeting RNA. In 2012, I moved to Anglia Ruskin University, first as Professor of Allied Health and Medicine and then Professor of Molecular Medicine. I have set up a molecular diagnostics unit within the Medical Technology Research Centre and continue to work exclusively in the lab.

I have over thirty-five years of experience with PCR, qPCR and RT-qPCR technologies and published the first definitive full review of RT-qPCR technology in 2000, a paper that has

2

been cited over 5,500 times in peer-reviewed literature. I wrote and edited the "The A-Z of Quantitative PCR" (2004), a comprehensive 800-page reference work that is known as the "qPCR Bible" [1]. I have published numerous other papers concerning RT-qPCR and qPCR as well as two further books, "The PCR Revolution" (2010) [2] and "PCR Technology – Current Innovations" (3rd Edition, 2013) [3].

I headed up a consortium of scientists that developed standard protocols for the reliable use of RT-qPCR and digital PCR (dPCR). These are called the MIQE [4] and dMIQE [5] guidelines. The guidelines describe the minimum information necessary for evaluating qPCR or dPCR experiments and their RT variants. They provide a blueprint for good RT-qPCR and RT-dPCR assay design and aim to ensure the relevance, accuracy, correct interpretation, and repeatability of those data. The original publications have been cited over 15,000 and 800 times, respectively, in the peer-reviewed literature and the guidelines are promoted by all major qPCR and dPCR instrument and reagent manufacturers. There have been numerous workshops and symposia (e.g., EMBL Master Courses) as well as online seminars to promote their use. The MIQE guidelines have been adopted by the American Association for Clinical Chemistry and have become an expectation for authors submitting research papers to Clinical Chemistry and other journals.

I am a Fellow of the Royal Society for Biology (FRSB) and a member of the Academy of Europe (MAE), a pan-European Academy of Humanities, Letters, Law, and Sciences. I have been a visiting Professor at the University of Florence, Italy; the International Islamic University, Kuantan, Malaysia; Kim-Il-Sung University, Pyongyang, DPRK; and Middlesex University, London, UK.

I hold and have held multiple editorial positions with industry publications, including Editor-in-Chief, Biomolecular Detection and Quantification; Editor-in-Chief (Gene Expression),

3

International Journal of Molecular Science; Editorial Board Member of Nature Scientific Reports; and Editorial Board Member of BMC Molecular Biology. I am a member of the organising committee of the leading qPCR/dPCR-themed conferences in both Europe and the United States, and frequently make presentations about qPCR and RT-qPCR.

My curriculum vitae, which lists my publications authored in the last 10 years, is attached as Exhibit A.

### B.      Expert Witness Testimony

I have not testified as an expert at trial or by deposition in the previous four years. However, during my career, I have provided expert testimony in several fora around the world, as reflected in my CV. My testimony has never been excluded by a court or other tribunal.

### C.      Remuneration

My expert review, analysis and written opinions are billed at a rate of $800/hour. My rate for testimony at deposition or trial is $1,000/hour. My compensation is not in any way contingent on my conclusions or the outcome of this matter.

## III.    SCOPE OF WORK

In forming the opinions expressed in this report, I considered the materials listed in Exhibit B hereto as well as the sources referenced herein. In addition, I performed the following tasks:

- I carried out my own secondary analyses of original RT-qPCR raw data ("run") files, analysis and recalculation of results provided by third-party laboratories regarding the performance of the Logix Smart Test available to the Company prior to May 1, 2020, as well as a peer-reviewed publication carrying out comparative tests with the Logix Smart Test.

4

- I reviewed Dr. Satterfield's deposition testimony regarding (among other things) issues associated with evaluations of the Logix Smart Test in Indian, Greek and South African laboratories, and reviewed additional documents produced in this litigation related to the same in order to consider whether the results of those evaluations were relevant to the publicly stated assay performance described in the May 1 Press Release.

- I scrutinised the May 1 Press Release to determine whether the representations contained therein concurred with the performance data for the Logix Smart Test available to the Company at that time.

- I read and carried out a secondary analysis on Dr. Brent Satterfield's white paper to be able to form an opinion on whether there was a discrepancy between the percentage positives reported by the Timpanogos Regional Hospital laboratory and other laboratories in Utah.

## IV.   RT-qPCR TESTING AND PERFORMANCE METRICS

### A.   RT-qPCR Basics

The polymerase chain reaction (PCR), quantitative PCR (qPCR), and reverse transcription quantitative PCR (RT-qPCR) are arguably the most consequential molecular technologies invented and have had a momentous impact on biological, medical, veterinary, and agricultural research [6]. qPCR-based assays can be quantitative, as is generally the case for research applications, or qualitative, as is often the case for diagnostic testing [7]. Unsurprisingly, their speed, sensitivity and specificity have made qPCR and RT-qPCR the principal molecular diagnostic measuring tools used widely to establish whether individuals carry a specific infectious agent, like the virus causing COVID-19 [8–10]. Although very good at this task, like with any tool, PCR-based results are affected by how and under what conditions the technology is applied [11–14].

5

This can make the interpretation of RT-qPCR diagnostic test results somewhat complicated. Although the RT-qPCR assay itself is straightforward, the overall testing procedure involves multiple additional pre- and post-test steps that are unrelated to the test itself but have an impact on its apparent performance and interpretation of results [15]. Any one (or more) of these steps can go wrong and make the test appear less reliable than it actually is [4, 16–21].

In general, the RT-qPCR testing process involves the following stages:

- **Sample collection:** The first step is to collect a sample from the person who might be infected with the virus. How, by whom, where, and how the sample is collected can make a huge difference to the final test result.

- **Sample storage, handling and transport:** Different swabs, tubes and solutions used to store a sample affect the stability of the virus and can introduce inhibitors that affect test results. Since many samples are processed at sites remote from where they were taken, the conditions of transport to the laboratory are important. In addition, how a sample is handled throughout this process affects the integrity of viral RNA.

- **RNA extraction:** In addition to viral proteins and viral RNA, a patient sample contains a mixture of components. This generally requires a procedure to extract and purify the viral RNA. There are many ways of doing this, adding to the potential inconsistencies in results.

- **Reverse Transcription:** The viral RNA must be translated into a language that the amplification enzyme ("*Taq* polymerase") can read. This requires a second enzyme ("reverse transcriptase") that copies the RNA into a related molecule called DNA. This step is called reverse transcription because it is the reverse of what normally happens in a human cell, where DNA is copied into RNA.

6

- **Amplification:** Now that there is DNA, the *Taq* polymerase can make billions of copies of a specific target DNA in a special instrument (called a thermal cycler) that heats up and cools down the DNA through many cycles. It is like amplifying a single page from a book by making lots of photocopies. This amplification makes it possible to detect the tiny amounts of viral genetic material that may be present.

- **Detection:** In addition to target-specific primers, the RT-qPCR reaction also includes an amplification product-specific probe. This probe contains a light-emitting molecule that is quenched if the probe is intact. If there is virus in the sample being tested, the probe binds to the amplified DNA and is degraded by the Taq polymerase, resulting in the emission of light. After a certain number of cycles, the amplification reaction produces enough light that it can be detected by the thermal cycler. The more DNA present, the fewer cycles needed for amplification and the earlier the light is detected. If there is no light after many cycles, it means that there is no detectable viral DNA in the sample. Each cycle of amplification is recorded in a unit of measurement called the quantification cycle (Cq) or cycle count (Ct) [4].

The Cq helps scientists understand how much of the virus's genetic material is in a sample. However, the number of cycles required to amplify the DNA to a detectable level can vary considerably between RT-qPCR tests, even for the same sample [22]. Different RT-qPCR tests can need more or fewer amplification cycles to detect the light emitted by the RT-qPCR amplification product, and other factors can make a difference as well, such as the initial amount of virus in the sample, the characteristics of the virus or which thermal cycler is used [12, 23–25]. Furthermore, Cq values are not a definitive measure as they depend on subjective data analysis and therefore should not be used for cut-off settings

7

[26–28]. This is demonstrated by Figure 1, which shows how the same data can result in Cq values that differ 15-fold, depending on how the data have been analysed. Considering that this variability is achievable with the same data, in practice, this means that the combination of steps making up the complete test will result in a range of Cq values that can differ significantly for the same sample, never mind a whole set of samples. Hence, a Cq value on its own should never be used to compare results obtained with the same or different samples at different times on different instruments using different tests or reagents. Consequently, in terms of practical use of a test, an arbitrary cut-off Cq value to label a target virus as present or absent in a sample is unreliable and should only be used, and then with caution, if cut-offs have been normalised with relative or absolute quantification approaches [29]. This is one reason why many diagnostic tests are qualitative, i.e. record a present/absent result only.



**Figure 1.** Subjectivity of Cq values. **A.** Two samples, each with six replicates, record average Cq values of 30.49±0.17 and 32.19±0.24. **B.** If the threshold is moved up, the same samples now record Cq values of 31.35±0.19 and 33±0.25, respectively. **C.** If the threshold is moved down, the same samples now record Cq values of 27.45±0.16 and 29.16±0.3, respectively. This means that the apparent sensitivity of the test can be manipulated to differ by around 15-fold.

**B.      Diagnostic RT-qPCR**

Diagnostic RT-qPCR—i.e., using a qPCR-based test to determine whether a particular RNA virus is present in a patient sample—is one application of the qPCR methodology and its performance assessments differ from its application as a research tool, as they incorporate separate criteria from those applied when initially developing the test or using it for research purposes. The measurements applied to a test whilst still being developed in the lab are appropriate only to the controlled laboratory environment and have less relevance to real-life diagnostic situations, as consistency in the field can only be achieved if there is an optimised and, crucially, standard test workflow setup across testing sites [30], which is never the case. Hence, these metrics act as a starting point for evaluating a test, but the practically relevant performance metrics are those used to characterise the effectiveness of a test in diagnosing diseases in individuals [31].

**C.      Developmental-Stage Performance Measures**

Every diagnostic test, regardless of its intended application, is first developed and optimised in a laboratory where scientists use repeated, tightly controlled measurements to evaluate its analytical specificity, efficiency, linearity and limit of detection ("LoD"). These measurements describe the functioning of the test under ideal conditions and do not evaluate its clinical performance.

**1.      Analytical Sensitivity, Which Includes a Measurement of the LoD**

During the development phase, the LoD, one of the assessments that define an assay's "analytical sensitivity" [4], is an important metric that delineates the smallest quantity or concentration of the virus that can be detected consistently by an RT- PCR assay [32]. LoD is usually assessed by running a large number of viral samples that contain progressively fewer and fewer target molecules under precise lab conditions on a specific instrument to make sure that it works correctly and to determine how small a viral sample the test can consistently detect (Figure

9

2) [33]. It provides a measure of how well the test performs under ideal and strictly monitored conditions.



**Figure 2.** The LoD for an RT-qPCR test is typically established by employing meticulously quantified purified nucleic acid samples, experienced laboratory workers, rigorously defined conditions, and specific instruments. It involves using samples where the precise count of viral genomic RNA copies per microliter (μL) has been established. In this example, that count spans from 100 copies down to 3 copies per μL. Each of these samples is subjected to 20 repeated RT-qPCR reactions and the number of reactions with positive outcome and those remaining blank are counted. Depending on the chosen confidence threshold, the LoD is subsequently computed. In this example, the lowest concentration of template that produced at least 95% positive replicates is 20.

However, whilst LoD can be a useful indicator of performance in controlled situations, the test's ability to identify positive patient samples with different levels of virus can vary quite a bit in real-world scenarios [32], where the testing process involves more steps that are less well controlled, inconsistent sample quality as well as a range of instruments with different

10

characteristics [34, 35]. Given these variable factors, once a test is past the development phase, LoD becomes a less meaningful metric [36].[1]

### 2. Analytical Specificity

Analytical specificity measures how good a diagnostic test is at correctly finding the infectious agent it is supposed to detect without getting confused by other pathogens that may be almost the same [4]. There are two parts to this (Figure 3) [8]:

First, a test's ability to spot different versions of the same infectious agent. With COVID-19, there was the original SARS-CoV-2 virus, followed by a succession of variants such as alpha, delta, many different omicrons, and others. For viruses that use RNA, like SARS-CoV-2, the test's performance could change as new variants of the virus evolve [37].

Second, a test's capacity to distinguish the intended target pathogen from other similar ones. For instance, it is crucial to ensure that a test does not identify a different human coronavirus when its single function is to detect SARS-CoV-2. Within a laboratory setting, a test should exhibit absolute specificity, avoiding any instances of false positive outcomes [14].

---

[1] Think of the LoD being like a car racing fast on a perfect road surface operated by a professional driver. How fast the car can theoretically go under perfect conditions, however, has little relevance to the average driver's every day experience—all that matters is whether the car can go as fast as you need it to in real-world driving conditions. Similarly, having a low LoD might seem impressive during development, but in clinical practice, where things are more complex, other measures (like sensitivity and specificity) are more indicative of the test's real-world performance.



**Figure 3.** Analytical specificity for an RT-qPCR test is typically established in a laboratory under tightly controlled conditions by screening hundreds of different genomic RNA and DNA samples purified from as wide a range of infectious agents as possible. This will include variants of the same pathogen (e.g. SARS-CoV-2 alpha, delta, omicron) to ensure that the test picks up all of those. It will also include related coronaviruses such as SARS-CoV and MERS, as well as human coronaviruses. Finally, there will be numerous viral, bacterial, fungal and protozoan as well as human genomic RNA and DNA samples. A diagnostic test is expected to be 100% specific for the targeted pathogen and not detect any of the related or unrelated pathogens.

### D.    Real-World Performance Measures

Once a test has moved past the developmental stage and is available for clinical use, different performance measures become more important. These real-world performance assessments are characteristic of diagnostic RT-qPCR tests and lack the precision associated with the development-stage analytical measurements. Instead, they focus on the test's usefulness in clinical practice—that is, how well the test correctly categorises patient samples as positive or negative for the infectious disease at issue.

There are four possible outcomes of a diagnostic test:

- A positive result, meaning that the target infectious agent is detected:

  - If the individual was proven to be infected, this is called a **true positive (TP).**

  - If the individual was proven not to be infected, this is called a **false positive (FP).**

- A negative result, meaning that the target infectious agent is not detected:

  - If the individual was proven not to be infected, this is called a **true negative (TN).**

  - If the individual was proven to be infected, this is called a **false negative (FN)**.

In clinical practice, healthcare providers and infectious disease experts are not concerned about theoretical limits, only whether a test can accurately distinguish between positive and negative samples from real patients. For this purpose, two metrics are most important: (i) the test's **diagnostic sensitivity**, defined as the proportion of people with a disease who will have a positive result; and (ii) its **diagnostic specificity**, defined as the proportion of people without the disease who will have a negative result [38]. These are the performance measures most useful to doctors, independent labs, and health authorities trying to choose which test to use, as they assess the overall accuracy of a test and its ability to correctly classify disease status in a population.[2]

### 1. Diagnostic (or Clinical) Sensitivity

Diagnostic sensitivity (SN) measures how well a test identifies the disease in real-world situations—i.e., a highly sensitive test has fewer false negative results, allowing patients and providers to feel more confident that a patient who tests negative is in fact negative. If the laboratory defined LoD of a diagnostic test were too high, which is certainly not the case with the Logix Smart Test, the diagnostic sensitivity statistics would expose this limitation. Specifically, for a test with a high LoD, the sensitivity metric would show that that particular test identified a

---

[2] In addition to the measures described herein, the positive predictive value ("PPV") and the negative predictive value ("NPV") are often referred to in evaluating the real-world performance of a test.

lower proportion of positive cases compared to an alternative test with a lower LoD. Diagnostic sensitivity is also affected by many other factors that can reduce a test's accuracy, like where the sample was taken from; how it was taken, stored, handled and processed; reagents; the equipment; and the people performing and interpreting the test [39–46]. Because of these outside factors, even a highly sensitive test will sometimes miss finding the infectious agent and return a false negative result. To figure out how well a test is catching true cases, the number of confirmed positive cases is expressed as a percentage out of all patients with that condition. SN = TP ÷ (TP + FN). This assessment ignores false positives and is therefore called the true positive rate (Figure 4).



**Figure 4.** Diagnostic sensitivity emphasises the ability of a test to catch all actual positives without considering any false positive results. It is expressed as the percentage of true positive tests out of all individuals that are known to be infected, regardless of whether they tested positive (TP) or not (FN). In this example, in a population of 20 individuals, 11 were infected, but only 9 tested +ve (red) (TP) whereas 2 tested negative (FN). The sensitivity is therefore

14

calculated by dividing the number of true positive tests (9) by the total number of tests that should have been positive (11).

## 2.  Diagnostic Specificity

Diagnostic specificity (SP) is concerned with a test's ability to accurately identify individuals who are healthy—that is, a highly specific test has fewer false positive results. Diagnostic specificity is especially important when we want to avoid false alarms or unnecessary worries due to false positive results (Figure 5).

Just like diagnostic sensitivity, however, diagnostic specificity is affected by various real-world factors that can affect the test's performance. No test is flawless, and even a highly specific test will sometimes make mistakes or detect contamination, indicating someone has the disease when he does not (a false positive result). To assess a test's ability to correctly identify true disease-free cases, we look at the number of true negative cases as a percentage of all individuals without the disease. $SP = TN \div (TN + FP)$. This value, known as the true negative rate, focuses solely on the test's ability to avoid false alarms and correctly identify non-diseased individuals, hence ignores false negatives.

15



**Figure 5.** Diagnostic specificity measures the ability of the test to correctly detect all actual negatives without considering any false negatives. It is expressed as the percentage of all true negative tests out of all individuals that are known not to be infected, regardless of whether they tested negative (TN) or not (FP). In this example, in a population of 20 individuals, 9 individuals were healthy people, but only 8 tested -ve (green) (TN), whereas 1 tested positive (FP). The specificity is therefore calculated by dividing the number of true positive tests (8) by the total number of tests that should have been negative (9).

### 3. Accuracy

Accuracy in a diagnostic context has a very specific meaning: it is defined as the sum of all true positives and true negatives, divided by the entire patient population (Accuracy = (TP+TN) ÷ (TP+TN + FP+FN). Whilst diagnostic sensitivity and specificity focus on specific aspects of performance, accuracy offers a more comprehensive view, providing information as to how accurate a test is overall by describing how well it identifies both true positives and true negatives (Figure 6).

16

However, "accuracy" does not account for false positives or false negatives, such that a test can have high accuracy and still fail to correctly identify many positive patients. To illustrate this point, if in the example shown in Figure 6 the number of true positives had been the same (9 TP), but there had been many more false negatives (20 FN) and true negatives (300 TN), then there would have been many more false negatives (20) than true positives (9). So, whilst the test would have missed more positive cases than it correctly identified, the accuracy of the test would have been much higher at 94%.



**Figure 6.** Accuracy is a measure of how well the test identifies both TP and TN and does not consider FP and FN. It is expressed as the percentage of all true positive and all true negative tests out of all individuals that have been tested. In this example, in a population of 20 individuals, there were 9 true positive (TP) and 8 true negative (TN) individuals. Since 20 individuals were tested, accuracy is calculated by dividing the 17 individuals with a correct test by all 20 individuals tested, even though there are 1 FP and 2 FN amongst them.

17

### 4. Confidence Intervals

Confidence intervals (CI) reflect the inherent uncertainty associated with how even the best test can give dissimilar results in different situations. This is of course especially relevant when we consider the variability that is generally associated with real-world data.

Imagine you are watching a football player from your favourite team take a field goal kick. In the past they have scored with 8 out of 10 kicks, so you feel good about the likelihood of their success, but you are still fairly worried they might not score because they haven't attempted it very many times. CIs are a way to express this uncertainty. When you don't have much information, the range is big because the result is hard to predict. Now, let's pretend this player has been kicking field goals for a while, and you know they've scored 80 out of 100 kicks over many games. Now that you have more data points, you can feel somewhat more certain that the outcome will be positive. Both 8/10 and 80/100 yield the same 80% likelihood of success, but the former has wide confidence intervals (0.5-1) whereas the latter's are narrower (0.72-0.88) (Figure 7). The confidence interval has narrowed because with more data points you can be more confident about the outcome. There is still some doubt, but because you now have much more information, the uncertainty range is smaller, and the result is less hard to predict.

Just as the football player's confidence range changes with more performance data, a diagnostic test's CI also depends on the number of available data points. The more consistent the test is over a larger number of data points, the narrower the range of reasonably possible outcomes, and the more confident we are in the reported performance measures.

18



**Figure 7.** A confidence interval (CI) is a numerical range used to describe research data. A 95% CI defines the range that encompasses the true result with 95% certainty. If the range is wide, we are not very sure; if it is narrow, we are more certain. **A.** The 95% CI for an 80% success rate derived from ten kicks is 50%-100% (0.5-1.0). **B.** The 95% CI for the same 80% success rate derived from 100 kicks is 72%-88% (0.72-0.88). The narrower CI implies higher precision and credible values.

In practice, the CI range is determined by stating a particular level of certainty, usually 95% or sometimes 99% (i.e., the range within which you are 95% or 99% certain the true sensitivity/specificity/other metric you are measuring falls). Diagnostic tests commonly report their performance metrics using a 95% CI.

## E.    Limitations of RT-qPCR testing and performance measures

It is widely recognised that no diagnostic test can achieve 100% diagnostic sensitivity or specificity in all circumstances. Indeed, this has been stated many times for RT-qPCR tests well before the COVID-19 pandemic [47–54]. With regards to RNA viruses, previous analyses of tests targeting the novel coronaviruses SARS-CoV [55] and MERS [56], as well as other respiratory

19

viruses [57, 58], clearly showed that whilst RT-qPCR test were highly sensitive and specific, none reached 100% in every evaluation 100% of the time.

In the context of SARS-CoV-2 and COVID-19, it was (and still is) especially implausible that an RT-qPCR test could be 100% sensitive or specific in every evaluation [59]. Due to the novel and uncertain nature of the virus, it was unknown how the disease would manifest across different individuals and populations [60], with numerous other factors, such as host immune response and site of specimen collection affecting test performance [61–63]. Even in 2023, there is no diagnostic test that reliably determines the presence of COVID-19 in every situation all of the time [64].

The challenges of diagnostic test development and the emphasis on maintaining realistic expectations regarding sensitivity and specificity are nothing new and have been discussed for decades [65–68]. Consequently, the inherent variability in test performance has long been widely acknowledged, and this knowledge informed the expectations surrounding COVID-19 diagnostic tests [69]. It was clear that RT-qPCR tests had variable diagnostic sensitivity and specificity and that test results needed to be evaluated as part of a multiplexed, clinically integrated diagnostics approach [70–72]. Indeed, it was well-known back in 2020 that sampling site and time of testing are key determinants of whether SARS-CoV-2 infected individuals are identified by RT-qPCR [73]. This, coupled with media-wide dissemination of expert opinions and research findings, helped build public awareness about the complexities of diagnostic testing and the need for a nuanced interpretation of test results.

Usually, in evaluating an RT-qPCR test, an accurate evaluation of performance (e.g., diagnostic sensitivity and specificity) requires definitive knowledge of an individual's infection status. However, such certainty is unattainable with respect to a new virus for which no established

"gold standard" test yet exists [74, 75]. In the absence of this gold standard, carefully evaluated comparative testing of a diagnostic RT-qPCR test against others can be a useful means of estimating their real-life performance [76]. Typically, this involves selecting a reference test that has been demonstrated to be reliable and has been validated for the detection of the virus in relevant populations. The different tests are then used under the same conditions, in the same laboratory, and at the same time to amplify the same, previously characterised samples. The sensitivity and specificity of the various tests can then be assessed by comparing the results of each sample and calculating the proportion of true positives, false positives, true negatives, and false negatives when compared to the reference test.

This comparative approach was commonly employed early in the COVID-19 pandemic and allowed scientists to estimate an RT-qPCR test's sensitivity and specificity even in the absence of complete information on the infection status of all samples tested. However, this estimation relied heavily on the reliability of the chosen reference test: if the reference test was less sensitive or specific than the tests it was being compared against, then the accuracy of the assessment would be compromised. In other words, the reference test must not be less sensitive or specific than the tests that are being compared to it. If an inaccurately verified status is used as the benchmark, the diagnostic accuracy estimates will be biased [77, 78].

### F.    RT-qPCR Testing in the Context of the COVID-19 Pandemic

The release of the genomic sequence of the novel coronavirus SARS-CoV-2 on January 10, 2020 [79] allowed for the development of molecular diagnostic kits for its detection. Despite the unprecedented lack of understanding of the nature of this pandemic [80], the complexities involved in diagnostic test development and evaluation [81, 82] and the short time frame in which to achieve these, the scientific community reacted with unprecedented speed to produce a number of RT-

21

qPCR tests for SARS-CoV-2 [59]. Since there was little information about mutation, substitution, or recombination rates of the virus [83, 84], these tests targeted a range of viral genes with some tests detecting single genes, others multiple ones. Unsurprisingly, differences in assay designs, reagents, protocols, and equipment resulted in differences in the performance of these tests [34, 85–89]. Predictably, as discussed earlier, it was also not a surprise that the performance of the different test kits varied with the populations being tested, their disease status, the quality of the sample collected, extraction procedures as well as analysis methods [39–46]. Nevertheless, independent evaluations of many of these tests showed that the analytical sensitivities and amplification efficiencies of most tests were sufficient for their use as diagnostic tests [90–92]. Crucially, the landscape of COVID-19 testing was constantly evolving, and any evaluation of testing performance was subject to change as more real-life data became available [9].

As a consequence, despite testing programmes themselves being wholly inadequate, poorly organised and surrounded by confusion and misinformation [93], the early RT-qPCR tests for SARS-CoV-2, whilst not perfect, succeeded in achieving their main purpose within the limitations of the circumstances: accurate and fast detection of the virus in infected individuals [9]. As time moved on and testing became more widespread, improved sampling protocols, more experienced laboratory staff and more judicious interpretation of test results led to overall improvement in the real-world performance and reliability of COVID-19 RT-qPCR tests even when the test assays remained the same. These efforts were instrumental in mitigating the pandemic's impact and guiding public health responses.

## V.     THE APRIL 30th SALT LAKE TRIBUNE ARTICLE

The April 30, 2020 *Salt Lake Tribune* article titled "'This is a potential public health disaster.' COVID-19 results from TestUtah.com are raising questions" (the "April 30 SLT Article"), made incorrect assumptions about the Logix Smart Test's performance.

22

As detailed above, the metrics relied upon when evaluating a diagnostic test in the developmental phase are different than those that best describe its precision and efficacy in clinical practice. Both the Amended Complaint and the April 30 SLT Article incorrectly assume that a test with a higher LoD will perform worse in clinical practice than a test with a lower LoD. As explained earlier, this is an unjustified assumption because the relevance of a LoD determined in the laboratory is vastly outweighed by numerous additional real-life issues. Hence, that premise is theoretically possible, but practically peripheral. It certainly was not the reason for the disparity the article noted between TestUtah's and the rest of Utah's COVID-19 positivity rates in April 2020.

To the point, the authors of the April 30 SLT Article did not understand that distinction and so failed to differentiate between metrics that describe the technical performance of a test, in particular the LoD, and those that describe its diagnostic performance. The sources upon which the article relied incorrectly assumed that TestUtah, which was using the Logix Smart Test, reported lower positivity rates than did other COVID-19 test providers in Utah because the Logix Smart Test failed to detect positive samples with low viral load. This is not a reasonable inference to draw: one test might show a lower positivity rate than another test for any number of reasons, and subsequent analysis confirmed Co-Diagnostics' stated belief at the time that it was seeing lower positivity rates because it was testing asymptomatic or less-symptomatic patients than other testing sites.

Indeed, a white paper drafted by Dr. Satterfield—Co-Diagnostics' former Chief Scientific Officer—analysed the relevant data in the aftermath of the April 30 SLT Article and convincingly demonstrates that the different positivity rates were due to population differences and that the Logix Smart Test was performing at least as well as other tests in Utah at the time. (Brent

Satterfield, PhD, *Evaluating Differences in Rates of Positives for COVID-19 Testing from TestUtah* (June 5, 2020) ("White Paper"), CoDI_00009207-91)

The White Paper addresses the April 30 SLT Article's report that samples evaluated at Timpanogos Regional Hospital ("TRH") in April 2020 showed a lower rate of COVID-19 positive test results than the state average. I carefully analysed this paper, and its underlying data, and conclude that it provides credible evidence of sampling bias in that the population tested at TRH in April 2020 was made up of fewer individuals infected with SARS-CoV-2 because the initial assessment criteria for testing were deliberately lenient to encourage mass testing.

As part of this engagement, I independently analysed the data underlying the White Paper and considered whether there might be an additional explanation for the initial discrepancy in the rates of positives. Dr. Satterfield's comparison of data collected from the TRH and a Utah reference lab after May 2, 2020 revealed that TRH detected significantly more positives, consistent with the TRH laboratory working to a high standard (White Paper, Figure 3, Appendix E).

An analysis of the rate of positives data for TestUtah shown in Appendix C to the White Paper suggests that this standard was attained during April 2020, with the technical expertise at the TRH laboratory improving in the last week of April (White Paper, Figure 1, Appendix C).

- From April 1 to April 10, the average rate of positive results was 0.80 (95% CI=0.25-1.4).

- From April 11 to April 20, the average rate of positive results was 0.64 (0.30-0.99).

There was no significant difference between these results (t-test: $p > 0.5$) (White Paper, Figure 8A).

- From April 21 to May 1, the average rate of positive results increased significantly to 2.7 (2.2-3.2), t-test: $p < 0.0001$) (White Paper, Figure 8B), despite the same lenient assessment criteria having been applied.

- From May 2 on (when according to the White Paper TRH adopted the stricter "symptomatic" testing criteria used by the Utah reference labs), the average rate of positive results was 4.63 (3.8-5.4), which was another significant increase (t-test with Welch's

24

correction for unequal SD: p<0.0002) mostly due to the modified assessment criteria (White Paper, Figure 8C).

Since the Logix Smart Test was being used at TRH throughout April and May, the lower positivity rates in April cannot have been related to the performance of the test. A reasonable interpretation of these data is that from around April 20, 2020, the technical performance of the laboratory had improved sufficiently to witness an increase in the rate of positives, even though the tested population had not changed. That rate increased even further after May 2, 2020, when TRH adopted the stricter online assessment criteria employed by other Utah testing facilities. Indeed, tightening the assessment criteria to include six COVID-19 specific symptoms on May 2nd resulted in the same rate of positives recorded by TRH compared with the state-wide rate. Accordingly, the data do not support the claim of a difference in the true positive rates between TRH and other Utah labs, once results are corrected for the population difference.



**Figure 8.** Bar graphs showing positive COVID-19 test rates recorded at TRH between Apr. 1, 2020 and the end of May 2020. **A.** Comparison of the rates recorded from April 1-20, 2020. **B.** Comparison of the rates recorded from April 1-20, 2020, and from April 21 – May 1, 2020. **C.** Comparison of the rates recorded from April 21 – May 1, 2020, and from May 2, 2020 onward. The error bars show the 95% CI.

## VI.    DATA AVAILABLE TO CO-DIAGNOSTICS PRIOR TO MAY 1, 2020 SUPPORTING THE MAY 1 PRESS RELEASE

My analysis of the data available to Co-Diagnostics prior to May 1, 2020 establishes that those data supported the statements made in the May 1 Press Release. This, in part, involved an evaluation of the following:

25

- Original run files relating to comparative testing done by PathWest Laboratories in Australia,

- Validation report by the National Institute of Pathology, India,

- Evaluation results from the Mexican Government's InDRE,

- Minnesota Department of Health comparison data,

- Data from validations performed by TRH on or about April 8 and 9, 2020, and

- Evaluations performed in Colombia.

Based on information provided by counsel for the Company, it is my understanding that the TRH and Colombia data were available to the Company prior to May 1, 2020, but were not authorised for public disclosure and thus not referenced in the May 1 Press Release. As set forth below, the Logix Smart Test showed 100% sensitivity and 100% specificity on these evaluations as well as the evaluations included in the May 1 Press Release.

### A.    Raw Data Provided by PathWest Laboratories in Australia

These data provide relevant information with regards to three issues: cross reactivity (analytical specificity), analytical sensitivity, and patient sample validation (diagnostic sensitivity and specificity).

### 1. Cross Reactivity or Analytical Specificity

I analysed two run files:

- Logix Smart COVID-19 Cross Reactivity Testing Run 1.micrun and

- Logix Smart COVID-19 Cross Reactivity Testing Run 2.micrun.

The reported results were summarised in the information attached to the May 1 Press Release. An analysis of the two run files confirms these data. RT-qPCR runs were extended to 50 cycles, with the Logix Smart Test instructions calling for anything above 45 cycles to be disregarded. After that many cycles artifacts are common, which is a sign of the excellent analytical specificity of the

assay design that only one target is possibly amplified (circled in Figure 9A, below), although a more likely explanation is an artifact specific to that particular run. The exquisite specificity of the assay is apparent when results recorded in reactions containing DNA from related and unrelated pathogen are analysed (Figure 9B, below). There was no detectable amplification.



**Figure 9.** Amplification plots from cross reactivity assays. **A.** Positive controls (Cq~26) and the EBV target (Cq~48) (circled in red). **B.** All other pathogen nucleic acids screen on that run. I calculate the analytical specificity (±95% CI) to be 100% (96.52%-100%).

## 2. Analytical Sensitivity

I analysed four run files which are analytical samples containing different concentrations of targets:

- Logix Smart COVID-19 Sensitivity Run 1.micrun,

- Logix Smart COVID-19 Sensitivity Run 2.micrun,

- Logix Smart COVID-19 Sensitivity Run 3.micrun and

- Logix Smart COVID-19 Sensitivity Run 4.micrun.

The Validation Report for the validation performed by PathWest Laboratory Medicine WA (Australia) ("Australia Validation Report"), at pages 10-11 and Table 2, attached to the May 1 Press Release, summarises the data from the Australian lab (Dkt. 91-3 at 10-11, Table 2). The same data are also listed in a spreadsheet (Co-Diagnostics Logix Smart COVID-19 LoD.xlsx), which I also reviewed. The run files contain additional sensitivity data and, following a re-analysis

27

of the runs, I conclude that the data are consistent with those reflected in Table 2, attached to the May 1 Pres Release (Dkt. 91-3 at 10-11, Table 2).

Two of the run files (Logix Smart COVID-19 Sensitivity Run 1.micrun and Logix Smart COVID-19 Sensitivity Run 2.micrun) contained data suitable for the construction of additional standard curves, important analytical metrics as they demonstrate how efficient the qPCR segment of the RT-qPCR reaction is. PCR efficiency is of course a useful indicator of the performance of a qPCR assay [94], as an inefficient assay will have lower sensitivity. These are shown in Figure 10A and B, below. The regression equations from the slopes translated into PCR efficiencies (±95% CI) of 90% (85%-97%) and 100% (92%-100%), respectively, giving an average (±95%CI) of 95% (94.9%-95.1%), which is well within the accepted uncertainty in the efficiency estimation for the amplification component of an RT-qPCR assay [94].



**Figure 10.** Re-analysis of Australian data assessing efficiency. **A.** Standard curve and regression equation calculated from the Cq values recorded after secondary analysis of the data in run "Logix Smart COVID-19 Sensitivity Run 1.micrun". **B.** Standard curve and regression equation calculated from the Cq values recorded after secondary analysis of the data in run "Logix Smart COVID-19 Sensitivity Run 2.micrun".

Numerous positive and negative controls were also included, making this an exemplary comparative test. They all demonstrate the absence of any amplification up to cycle 50, confirming the lack of extraneous nucleic acid contamination (Figure 11, below).

28



**Figure 11.** Screen shots of the negative control plots recorded by the Australian laboratory. None cross the red line that would be indicative of a positive result.

### 3.  Patient Sample Validation (Diagnostic Sensitivity and Specificity)

I analysed eight run files:

- Logix Smart COVID-19 Patient Validation Run 1.micrun

- Logix Smart COVID-19 Patient Validation Run 2.micrun

- Logix Smart COVID-19 Patient Validation Run 3.micrun

- Logix Smart COVID-19 Patient Validation Run 4.micrun

- Logix Smart COVID-19 Patient Validation Run 5.micrun

- Logix Smart COVID-19 Patient Validation Run 6.micrun

- Kurabo + Logix Smart COVID-19 Error Discrepancy.micrun

- Kurabo + PathWest LDT Purple Gold Error Discrepancy.micrun

The Australia Validation Report at pages 12-17 summarises these data (Dkt. 91-3 at 12-17). I reviewed a spreadsheet tabulating the raw data as well as six run files from the thermal cycler. I extracted the raw data from those run files and then compared these to the report. Based on the data I was able to reanalyse, the original conclusions regarding sensitivity and specificity were valid, as shown in Table 1, below.

| Patient sample results summary | | | | | | |
|---|---|---|---|---|---|---|
| | Logix | Australia | | Logix | Australia | Total tests |
| True Positive | 103 | 103 | True Negative | 104 | 104 | |
| False Positive | 0 | 0 | False Negative | 0 | 0 | |
| Total | 103 | 103 | Total | 104 | 104 | 207 |
| Median Cq (range) | | | 27.98 (19.16-40.54) | | | |

Table 1. Re-analysis of Australian data using original run files.

The median Cq value was 27.98 (95% CI 19.16-40.54). Sensitivity (±95% CI) was 100% (96.5%-100%) and specificity was 100% (96.5%-100%).

The Cq values and copy numbers reported in Table 2 of the Australian Validation Report were used to construct another standard curve (Figure 12A, below). The regression equation from the slopes translated into an amplification efficiency (±95% CI) of 100% (94%-100%), with a theoretical single copy equivalent of Cq=38.32. The standard curve also allows an assessment of the concentration range of targets analysed in the runs supplied by the Australian lab. This shows that the analysis of the positive samples covered a 2.7-million-fold difference in target copy numbers (Figure 12B, below).

30



**Figure 12.** Re-analysis of Australian data using original run files. **A.** Standard curve calculated from Table 2. **B.** Target copy numbers calculated using standard curve. The solid black horizontal line shows the median target copy number, the dashed red line shows the single copy number cut-off.

**Summary:** The PathWest Australia data demonstrate that the Logix Smart Test is an excellent assay that is highly efficient and both sensitive and specific with no evidence of extraneous DNA contamination:

- A single copy of target should record a Cq of between 38.32 and 40.76.

- Analytical sensitivity (±95% CI) was 100% (96.5%-100%)

- Analytic specificity (±95% CI) was 100% (96.52%-100%)

- Diagnostic sensitivity (±95% CI) was 100% (96.5%-100%)

- Diagnostic specificity (±95% CI) was 100% (96.5%-100%)

**B.      Validation Report by the National Institute of Pathology ("NIP") in India**

These data compare the performance of the Saragene COVID-19 Test (a Logix Smart test manufactured by Cosara Diagnostics Pvt. Ltd. and rebranded as Saragene COVID-19 test) to the "gold standard" RT-qPCR test chosen by that lab (Dkt. 91-3 at 18-19). There are no details about that comparator test, nor about how the test was carried out. There were 18 concordant positive and 27 concordant negative test results. The results from this evaluation show 100% (CI 81.47%-

100%) sensitivity and 100% (CI 87.23%-100%) specificity, as calculated by MedCalc.[3] The wide range of the CI is due to the small number of samples analysed.

### C.   Evaluation Performed by the Mexican Government's InDRE

These reported results were summarised in the memo "InDre Evaluation Co-Diagnostics' COVID-19 IVD qPCR Detection Kit, Dated April 30, 2020," attached to the May 1 Press Release (Dkt. 91-3 at 20). Neither of the weblinks referenced in the May 1 Press Release related to this validation were active at the time I performed my analysis.

### 1.   Analytical Specificity

It was not possible to access details of the analytical testing performed (given that the links are no longer active) and therefore, this analysis is based on the information attached to the May 1 Press Release. Five (5) respiratory and three (3) typical non-COVID-19 coronavirus samples were tested for analytical specificity, and all were negative with the Logix Smart Test, i.e., the specificity (±95% CI) was 100 (48%-100%). The wide CI range is due to the small number of samples analysed.

### 2.   Analytical Sensitivity

An unspecified range of RNA concentrations were tested with five (5) replicates per concentration. The Logix Smart Test detected 100% of 10 copies/reaction, which is translated into an LoD of 10-14 copies, with an analytical sensitivity (±95% CI) of 100% (69%-100%). The wide CI range is due to the small number of samples analysed.

**Summary:** The data reported by this laboratory confirm the excellent performance of the Logix Smart Test.

---

[3] MedCalc is a statistical software program used for biomedical research. (https://www.medcalc.org/)

D.      **Comparison with Minnesota Department of Health Data**

The information reviewed consisted of the table attached to the May 1 Press Release, listing 20 samples dated April 4, 2020, of which the first ten (10) report Cq values in the Minnesota Department of Health column and the second ten (10) are recorded as negative (Dkt. 91-3 at 24). The comparison data record similar Cqs for samples 1-10, with a median ΔCq (±range) of 0.19 (-2.76 to 1.3). This indicates that both tests are comparable. Samples 11-10 are negative for both data sets. Given that the COV-FAM column refers to the Logix Smart Test, this suggests 100% sensitivity and specificity, with 95% CI of 69.15%-100% for both, as calculated by MedCalc. The wide CI range is due to the small number of samples analysed.

**Summary:** The data reported by this laboratory confirm the excellent performance of the Logix Smart Test.

E.      **Timpanogos April 8-9, 2020 Validation**

I analysed the data reported in a confidential memorandum sent on April 20, 2020 by Cecilia Hutchins to Mr. T. Nieuwoudt (CoDI_00086792-00086793). Duplicates of contrived samples with SARS-CoV-2 RNA spiked at 5x LoD and 10x LoD were extracted using a manual and an automated extraction protocol and run on a CoDx Box thermocycler. All contrived samples as well as the positive control amplified, whereas none of the negative controls did.

Extractions using the same manual and automated extraction protocols were carried out from 20 patient samples, ten (10) of which were positive and ten (10) of which were negative for SARS-CoV-2. An additional six (6) negative samples were extracted with the manual system. The ten (10) positive samples and positive control amplified, and the sixteen (16) negative samples and negative control did not.

33

**Summary:** The data agree with the results from other laboratories that show the Logix Smart Test to be highly discriminatory for the presence of SARS-CoV-2. The evaluation shows sensitivity and specificity (±95%C CI) of 100% (69.2%-100%) and 100% (79.4%-100%), respectively. The wide CI range is due to the small number of samples analysed.

### F.    Gentech Colombia Validation

I analysed the data reported in a confidential memorandum sent on April 20, 2020 by Cecilia Hutchins to Mr. T. Nieuwoudt (CoDI_00086793). 1:100, 1:1000, and 1:10,000 serial dilutions of the positive control from the Logix Smart Test were carried out. According to Page 6 of the EUA submission emailed to the FDA on March 21, 2020 (CoDI_00019308), under paragraph 3b, the copy number of the positive control is shown as $1x10^4$ copies/μL. Since 5μL are used in each RT-qPCR run, there are 500, 50 and 5 copies of SARS-CoV-2 target in each reaction carried out with the respective diluted samples. These were run in duplicate reactions, with positive control and negative controls run in triplicate on a Qiagen Rotor-Gene Q. All positive samples and the positive control amplified, and the negative controls did not.

A second evaluation prepared 1:100, 1:1000, and 1:10,000 serial dilutions of a synthetic RNA control of the RdRp gene. Since the concentration of that RNA was $1.8x10^3$ copies/μL, there were 18, 2 and <1 copy of target in each reaction carried out with the respective diluted samples. The samples with 18 and 2 copies amplified, as did the positive control. The negative control did not amplify.

Nucleic acid from fifteen (15) sputum samples from healthy individuals were extracted using two different automated extraction protocols and analysed together with positive and negative controls. All positive controls amplified, but none of the sputum samples or negative controls amplified.

34

**Summary:** These data show that the Logix Smart Test has a high analytical sensitivity, as 3/3 samples with 5 copies/reaction recorded a positive result, as did the sample (no replicate number was specified) with 2 copies of the RdRp gene. The results of the third test also confirm the diagnostic specificity of the test, with 0/15 samples recording a false positive result.

### G.    Conclusion Regarding Data Supporting the May 1 Press Release

It is my view that the third-party evaluation data described above and available to Co-Diagnostics as of May 1, 2020, support the statements made in the May 1 Press Release, especially as the reports themselves were attached to the Press Release.

The data showed a lower LoD than that reported in Co-Diagnostics' IFU:

1.    the Australian data indicates a 95% LoD of 8.42 copies/µL,

2.    the Mexican data of 10 -14 copies/reaction (no CI specified), and

3.    the Colombian data of <5 copies/reaction (no CI specified).

The test also showed 100% analytical specificity when tested against a wide range of pathogen nucleic acids. The results showed 100% concordance with all three reference tests used by the Australian, Mexican and Colombian evaluations. Diagnostic performance of the Logix Smart Test, based on a combination of all the relevant test results available to the Company before May 1, 2020 and reviewed above, was as follows:

| Logix test | All other tests | | Total |
| --- | --- | --- | --- |
| | Positive | Negative | |
| Positive | 141 | 0 | 141 |
| Negative | 0 | 172 | 172 |
| Total | 141 | 172 | 313 |

This translates to **diagnostic sensitivity and specificity (±95% CI) of 100% (97.42%-100%) and 100% (97.88-100%), respectively**. The accuracy is 100% (98.83%-100%).

35

**VII.    OTHER DATA AVAILABLE TO CO-DIAGNOSTICS PRIOR TO MAY 1, 2020 WERE PROPERLY EXCLUDED FROM THE MAY 1 PRESS RELEASE**

Test results from the National Institute of Virology ("NIV") in India and labs in South Africa and Greece were based on flawed, incomplete, or irrelevant data, and were legitimately excluded from the May 1 Press Release. I have reviewed data and communications produced in this litigation concerning results from these labs that were known to Co-Diagnostics prior to May 1, 2020, and that appeared to suggest lower performance characteristics for the Logix Smart Test. After careful review, however, it is my view that each of these results reflects contamination and/or a flawed evaluative process, and not the true performance of the Logix Smart Test.

Unlike many other diagnostic methods, the blank controls in RT-qPCR diagnosis of SARS-CoV-2 must not display any signal [95]. Any so-called "background" noise that shows up in the blank controls of an optimally designed SARS-CoV-2 diagnostic assay is contamination, which is the main source of false positives when conducting a PCR test. Contamination can arise during the synthesis of primer and probes [96] or be introduced, more commonly, in the testing laboratories [97–99] and has impeded the diagnostic response to COVID-19 [100]. As detailed below, it is my opinion that the NIV, South Africa, and Greece results reflected flawed, incomplete, or irrelevant data, likely due to contamination, and that it was scientifically justified to exclude them from the May 1 Press Release. In fact, it would have given people the wrong idea to include such flawed results in the May 1 Press Release, since it would have made the test's performance appear much worse than the data known to the Company indicated.

**A.    Results from the National Institute of Virology ("NIV") Laboratory in India**

In preparing my opinion regarding the NIV evaluation I reviewed documents produced in this litigation, including:

36

- Email chains, dated April 2, 2020, regarding "Performance Evaluation Results," (CoDI_00007437-38; Satterfield Deposition Tr., Ex. 4) and "COVID Clinical Results" CoDI_00004513-14);

- An email chain, dated April 10, 2020, regarding "Write Up," CoDI_00007515-16 (Satterfield Deposition Tr., Ex. 6);

- An email chain, dated April 11, 2020, regarding "NIV India Results and My Comments," CoDI_00007525-26 (Satterfield Deposition Tr., Ex. 7); and

- CoDI_00073616.

The email chains, dated April 2, 2020, regarding "Performance Evaluation Results" (CoDI_00007437-38) and "COVID Clinical Results" CoDI_00004513-14), appear to refer to the Saragene COVID-19 Test (a Logix Smart test manufactured by Cosara Diagnostics Pvt. Ltd. and rebranded Saragene COVID-19 test) detecting more positives than the reference test being used by the NIV laboratory in India.

The email chain, dated April 10, 2020, regarding "Write Up," CoDI_00007515-16, implies that the NIV used a cut-off at 30 cycles, which means that they misclassified a substantial number of true positives.

The email chain, dated April 11, 2020, regarding "NIV India Results and My Comments," CoDI_00007525-26, states that the NIV agrees that the Saragene Test has a lower LoD and shows better analytical sensitivity than theirs. In a comparison of the NIV and the Saragene Test, 10/49 samples were negative with the former but positive with the latter, recording Cqs of between 35 and 39. They then tested thirteen (13) samples from a respiratory panel thought to be negative for SARS-CoV-2 and 6/13 were positive by the Saragene Test, with no information about Cqs. A further eight (8) samples from January-February 2019 also tested positive with Cqs between 36 and 38. Ambiguously, the report states that "All were confirmed with other real-time assays," which I interpret to mean that the other assays showed that the negative samples were indeed negative. Contamination with the test-specific PCR amplicon would cause such a result, since that

37

amplicon would not be detected by other tests. There is no mention of multiple negative (water) controls being run, which could have resolved this issue. However, since samples from 2019 cannot be positive for RNA derived from replicating SARS-CoV-2, the only reasonable explanation for these results is contamination of the Saragene Test by its PCR amplicon.

CoDI_00073616 shows a table with the results of the NIV evaluation of twenty (20) RT-qPCR kits, listing the percentage concordance with NIV's reference test. Strangely, NIV reports no false positive or false negative samples, but it is unclear how this was determined. This table refers to four other kits, including from well-established international diagnostic test manufacturers, with less than 100% concordance among true negatives.

Considering that the same Saragene Test was tested by a different Indian governmental lab (the NIP lab) shortly before the May 1 Press Release and achieved 100% concordance for both sensitivity and specificity, the lower specificity reported in the NIV results was due to contamination issues in the NIV laboratory.

### B.      South African Lab Results

CoDI_0007597-8, dated April 17, 2020, implies that the Logix Smart Test missed true positives past Cq 33. Without any information about what was done, this information is useless. The other laboratory data analysed above clearly show that the Logix Smart Test can detect positive samples well above a Cq of 33, and the fact that this result was so far outside of the test's established confidence interval makes it highly unlikely to be a true measure of the test's performance. Again, I would point to the dangers of using a Cq value in isolation for data reporting.

### C.      Greek Lab Results

Here too, all the materials I reviewed indicate that the Logix Smart Test's seemingly lower specificity was the result of contamination. CoDI_00004907-11, dated April 23-24, 2020

38

(Satterfield Deposition Tr., Ex. 14) refers to a sample that is negative with two kits and positive with the Logix Smart Test. Again, there is no information on any negative controls included, nor how the Cq values compared for the two positive samples. There is also no mention of Cqs recorded with the RNase P sample control. Without additional information, it is impossible to comment other than that if Lot 206 ("all seemed well") did not record false positives, and Lot 179 did, then the results are highly suggestive of contamination of the kit. CoDI_00004907-11 refers to "our lot," which I assume refers to Lot 179, and was not contaminated. Hence, contamination introduced between shipping the kit and it being used in Greece is the obvious cause for these results.

D.      **Conclusion Regarding Data Properly Excluded from the May 1 Press Release**

The most likely explanation for the NIV and Greek results is low-level contamination that was introduced after opening the microfuge tubes containing the reaction mix in the laboratory. This type of contamination is not unusual, hence the urging to pre-test each batch of reagents extensively before use in routine diagnosis [98]. Anyone with PCR experience would not have credited the NIV and Greek lab results at the time, based on the materials I reviewed, and would have attributed them to contamination.

The same is true with respect to the South African lab results. Ironically, the South African lab reported an opposite performance issue—that the Logix Smart Test kit did not detect positives past cycle 33. But as with the NIV and Greek results, the results from the South African lab were contradicted by consistent, credible data establishing the Logix Smart Test's high sensitivity and specificity. Without additional information, no PCR expert would have believed the South African results, then or now, and I am of the opinion that they too were the result of contamination.

39

Contamination is an ever-present danger in any laboratory carrying out PCR experiments. When publishing a paper, authors should not report runs that give atypical results due to contamination, as they are immaterial with regards to the final conclusions (and in fact would distort the true results if included). I would consider it equally unnecessary and inappropriate to report flawed results that did not accurately represent the performance of the test itself, but were the result of operator-error or lab contamination.

## VIII.    THE 2022 *MOLECULAR DIAGNOSIS & THERAPY* ARTICLE IS FLAWED

I understand that the Plaintiff in this case asserts that an article published in the scientific journal *Molecular Diagnosis & Therapy* in January 2022 (Satterfield Deposition Tr., Ex. 2) (the "MDT Article") establishes that the Logix Smart Test has a lower sensitivity than that reported in the validations attached to the May 1 Press Release, and that it is less sensitive than comparable RT-qPCR diagnostic tests. Having reviewed this article carefully, I find it to be poorly executed and its analysis critically flawed, and I do not consider it shows what Plaintiff claims.

### A.    Overview of the MDT Article

The MDT Article [101] assesses the diagnostic sensitivity and specificity of five molecular diagnostic test kits targeting SARS-CoV-2 relative to a reference RT-qPCR kit. It concludes that the Logix Smart Test showed comparative sensitivity of 74.5% and has the lowest sensitivity of the five tests relative to the reference kit, although its comparative specificity was 100%. The MDT Article also asserts that detection of more than one gene results in a lower Cq value, and suggests that this reflects better sensitivity.

### B.    Method Used

The test kit comparison was carried out with 204 participant samples collected between June and August 2020, 102 of which tested positive and 102 of which tested negative for the presence of SARS-CoV-2 RNA with a reference test (Allplex 2019-nCoV, Seegene, Seoul,

40

Korea). Of the 102 participants that tested positive with the Allplex test, 77 had symptoms, while the other 25 were asymptomatic and were tested due to exposure to an infected individual.

This evaluation analysed all 204 samples with five commercial RT-qPCR kits and compared the results to those obtained with the Allplex test. Two of these, the Real-Time Fluorescent RT-PCR Kit for Detecting SARS-CoV-2 (BGI Genomics, Shenzhen, China) and the Logix Smart Test (Co-Diagnostics, Lake City, USA), were non-automated assays comparable to the reference kit and required RNA to be extracted prior to the RT-qPCR assay being run. This was done using a QIAamp Viral RNA Kit with the QIAcube purification kit on a QIAcube instrument. The other three tests were automated, meaning that RNA extraction was carried out as an integral part of the testing protocol.

### C.    Results Reported in the MDT Article

**Specificity:** The reference Allplex kit recorded 102 samples as COVID-19 negative. The Logix Smart Test identified all 102 of the same samples as negative, as did two of the automated kits (Cepheid, Simplexa). The (manual) BGI kit and the third automated test (BD) recorded eight (8) and two (2) of the 102 samples, respectively, as positive. Therefore, relative to the Allplex kit, the specificity of the Logix Smart Test was 100% in this evaluation, and that of the other manual kit (BGI) was 94%.

**Sensitivity:** None of the kits recorded 100% sensitivity relative to the Allplex reference kit. Of the 102 samples that tested positive with the Allplex kit, the Logix Smart Test failed to confirm 26 as positive, and the BGI kit failed to identify 12. The three automated kits (BD, Cepheid, Simplexa) detected 86 (84%), 93 (91%) and 81 (79%), respectively. This led the authors to conclude that the Logix Smart Test had the lowest sensitivity (74.5%), with the other manual

41

kit (BGI) at 88.2%. The authors also claim that the Logix Smart Test recorded the lowest percentage of true positives (58/77, 75%).

**Other results:** The authors report that Cq values from symptomatic patients were significantly lower than those from asymptomatic ones (29.4 vs 33.44. p<0.001). They also state that Cq values were significantly reduced the more SARS-CoV-2 genes a kit detected (p <0.001), with average minimum Cqs of 33.9, 28.8, and 26.57 for one-gene (BGI and Co-Diagnostics), two-gene (Cepheid, BD and Simplexa) and three-gene kits (Allgene), respectively.

### D.    Flawed Methods and Analysis

I do not find these results and conclusions persuasive for several reasons.

### 1.  Data Interpretation

It is striking that none of the five tests record 100% concordance with the Allplex reference kit regarding sensitivity. If all the Allplex positive results were true positives, I would expect at least one of the other tests to agree. This raises the immediate question of how the positive Allplex results were validated and whether that kit has recorded false positive results. The Allplex kit includes a positive control, which "is a high concentration PCR control" (Allplex Manual p.15) [102] and could cause contamination problems. Unfortunately, and against best practice [4], the authors do not include any information about their negative controls. This is further discussed below.

The Allplex reference kit also contains only a processing control, not a control for the presence of human RNA or DNA in a sample as the two other non-automated tests did, i.e. a human target such as ß-actin (BGI), RNase P (Logix). Hence, a positive result could be a false positive because the kit would not report a discrepancy between a positive SARS-CoV-2 and a negative RNA result. The authors do not mention the results they recorded with any of these controls.

42

The authors also do not report whether the supposed false negative samples recorded by the five kits are the same ones. If testing performance is being measured accurately, these should be concordant. For example, one would expect the nine samples recorded as negative by the Cepheid test to be also negative with the other four kits, the additional 3 false negative samples recorded with the BGI kit to be also negative with the other three kits and so on.

## 2. Data Presentation

The calculations presented in Tables 2 and 3 in the MDT Article contain elementary errors and it is completely unclear where some of the figures come from. This immediately raises alarm bells with regards to the care the authors have taken with their data and, by extrapolation, their experimentation.

- Table 2 separates the positive participants into symptomatic and asymptomatic groups. The BGI kit recorded 90 positive results, of which 72 were in symptomatic and 19 in asymptomatic participants. However, 72+19=91, not 90. Similarly, the Simplexa kit recorded 81 positives, of which 70 were symptomatic and 12 were asymptomatic. 70+12=82, not 81.

- Table 3 records the percentage of trues positive results according to the number of detected genes. It presents the average number of true positives as 93, 98 and 102, respectively, for one-, two- and three-gene detection kits. The Allplex kit is the only kit targeting three genes, hence the 102 correctly refers to the total of 102 positive samples. However, the two-gene detection kits (BD, Cepheid and Simplexa) recorded 86, 93 and 81 positives, which would make the average number 87 (85%), not 98 (96%). The average of the two one-gene kits (BGI and Co-Diagnostics) with 90 and 76 positives is 83 (81%), not 93 (91%). Likewise, for the three two-gene kits, the average number of positive test results

43

for symptomatic patients (77, as determined by Allplex) is 71 (93%) ((69+75+70)/3), not 76 (99%). For the two one-gene kits it is 65 (84%) ((72+58)/2), not 71 (92%). Lastly, the number of positive test results for asymptomatic patients (25, as determined by Allplex) is 16 (63%) ((17+18+12)/3), not 22 (88%) for two-gene tests and 18.5 (74%) ((19+18)/2), not 22 (88%) for one-gene kits.

- In paragraph 3.1, the authors state that "the BD SARS-CoV-2 Reagents for the BD MAX™ System had the highest agreement (91.2%) levels with the Allplex™ 2019-nCoV Assay and the highest sensitivity (88.2%)." However, if you consult Table 1, it shows 91.2% agreement for the BD test but sensitivity of only 84.3%; the 88.2% sensitivity is derived from the BGI kit, which is indeed a traditional kit, whereas the BD system is an integrated automated system. In paragraph 3.2, they then correctly refer to the BGI kit as detecting the highest percentage of true positives—i.e. they repeat the previous sentence, but this time identify the correct kit.

These errors suggest a rather poor grasp of basic maths, cursory proof-reading and convey little trust in any of the data.

### 3. The Logix Smart Test's Sensitivity Results Do Not Make Sense, and the Author's Rationale for the Supposed Lower Sensitivity is Flawed

The overall percentage of true positives for the Logix Smart Test is recorded as 75%, representing 76 positive results out of the 102 patients found by the Allplex test to have been positive. This can be further partitioned into 58/77 (75%) positives for symptomatic and 18/25 (72%) for asymptomatic patients.

Given that the authors' claim that symptomatic samples return lower Cq values, it is peculiar that the percentage positives detected by the Logix Smart Test is essentially the same for both cohorts (74.5% vs 72%). The Logix Smart Test is the only one of the five that displays this

44

discrepancy, with the other four showing the expected, significantly higher percentage of positives with the symptomatic samples (BGI: 94% vs 76%; BD: 90% vs 68%; Cepheid: 97% vs 72%; and Simplexa: 91% vs 48%). At the very least, this is an incongruous finding and requires an explanation. Instead, the authors state: "As with the traditional assays, the percentage of TP detected by the rapid tests was higher when participants had symptoms." This is clearly not the case.

It also makes no sense that the Logix Smart Test would have more difficulty detecting symptomatic than asymptomatic patients. The number of asymptomatic patients recording positive results is essentially the same for four of the tests (19, 18, 17 and 18), including the Logix Smart Test, with the fifth recording far fewer positives (Simplexa, 12). Yet despite the symptomatic patients recording lower Cq values, the Logix Smart Test apparently detects significantly fewer positives amongst these, whereas the Simplexa test does not. Again, this is a surprising and implausible result that suggests some basic flaw in the way the tests were carried out.

Nor does the posited rationale for the Logix Smart Test's supposed lower sensitivity make sense. The authors state that: "The least sensitive assay among all assays was the Logix Smart$^{TM}$ COVID-19 Kit, with 74.5% sensitivity. … it was shown [in a different journal article] that primers targeted against the RdRp gene were less sensitive compared to primers targeted against N2 and E genes" [22]. However, the referenced journal article analysed a version of a RdRp-targeting assay with a mismatch in the reverse primer for the RdRp gene, which my colleagues and I have demonstrated to be the reason for the reduced sensitivity shown in that other article [103]. Thus, that article's conclusion (repeated in the MDT Article) only applies to RdRp-targeted assays with a mismatch in the reverse primer—the Logix Smart assay does not have such a mismatch (Figure

45

13), and there is no reason that it would be less sensitive than primers targeted against N2 and E genes.



**Figure 13.** Comparison of Co-Diagnostics' primers to SARS-CoV-2 reference sequence. Highlighted in red is the forward primer assembly, connected through a spacer. Highlighted in purple is the reverse primer assembly, also connected through a spacer. These sequences were obtained from the email attachment sent on March 21 2020 at 4:49 pm by Cecilia Hutchins to Joseph Briggs and are listed on page CoDI_00019312 and 19313. The complementary sequence is derived from the SARS-CoV-2 reference sequence NC_045512. The asterisks show that the primers are 100% complementary to that sequence.

### 4.   Flawed Evaluation of the Factors That Affect the Minimum Cq

The authors carried out a number of analyses around Cq values to investigate factors that might affect the agreement of kits with the reference kit. Whilst they do not explicitly equate these factors with sensitivity, it is clear from their "Key Points" summary that they mean sensitivity when they investigate "performance," and that they mean to suggest that lower Cq values reflect better sensitivity. Careful reading of text and figures indicates that the authors have drawn incorrect conclusions from the Cq data, which, as mentioned above, are never revealed. However, careful analysis of the figures allows some deductions with regards to the Cqs and leads me to conclude that two of the experiments, in particular, are unconvincing.

*"3.5 Factors That Affect Agreement With the Gold Standard Assay"*: One of the conclusions stated in the MDT Article is that the Logix Smart Test is the least sensitive kit in this comparison because it records 26 "false negatives." My re-analysis of the data plotted in Figure 2 demonstrates that this conclusion is unwarranted. Instead, I would suggest that the data likely should be interpreted differently: the Allplex kit records false positives for a large number of samples where the others (including the Logix Smart Test) record true negative results that are concordant with one another. However, without access to the primary Cq data I cannot state this definitively.

46

Table 2, below, summarises PCR cycle settings and data interpretation as specified by the kit manufacturers in the publicly-available sources referenced in the table. The Allplex, Co-Diagnostics, Cepheid and BD tests are run for 45 cycles, the BGI and Simplexa kits for 40. The Allplex and BD kits classify samples with Cq values below 40 as positives, and Simplexa appears to do the same (see Table 2 caption, below). This means that even though these three tests might record Cq values between cycles 40 and 45, those samples would be categorised as negatives when using these tests. The BGI kit has a cut-off at 35 cycles, so any Cq value between 35 and 40 similarly denotes a negative result for that kit. In contrast, the Co-Diagnostics and Cepheid tests classify any sample that records a Cq value up to 45 cycles as a positive. This means that a negative sample does not record a Cq using these kits.

| Kit | Cycles | +ve result | -ve result | Source | Reference |
|---|---|---|---|---|---|
| Allplex | 45 | <40 | >40 | Manual v. 2.3 p.65 | [104] |
| BGI | 40 | <35 | >35 | Manual p.38 | [105] |
| Logix | 45 | <45 | No Cq | Manual K-001, p.16 | [102] |
| BD | 45 | <40 | >40 | Manual p.13 | [106, 107] |
| Cepheid | 45 | <45 | No Cq | Manual 302-8405, Rev. B, section 16, p.13) | [108] |
| Simplexa | 40? | <40 | No Cq | 510(k) Summary* | [107, 109] |

**Table 2.** qPCR cycle number and Cq cutoff values specified by kit/system manufacturers. *I was unable to establish how many cycles are run on the Simplexa system for COVID-19 detection. However, the referenced source indicates that for the Flu/RSV equivalent it is 40 cycles. The number of cycles for a manufacturer's RT-qPCR testing system typically would not vary between kits for different diseases.

According to the supplementary information published with the MDT Article, the Co-Diagnostics, BD and Cepheid tests recorded 26, 16 and 9 samples, respectively, as negative that were categorised as positive by the Allplex test. Hence the authors labelled and treated these as "false negatives" ("FN"). But the maximum whisker in the right-hand box plot in Figure 2 of the MDT Article shows that no sample in the disagreement group (where the sample tested positive using the Allplex kit and negative on at least one of the other kits, or vice versa) recorded a Cq>40. Since the Co-Diagnostics and Cepheid tests do not record Cqs for negative samples, and the BD

47

kit would record either no Cq or a Cq of 40-45 for a negative sample, Figure 2 in the MDT Article indicates that all of the "FN" samples for Co-Diagnostics, BD and Cepheid must have lacked detectable amplification between cycles 40 and 45 on all three tests. This means that three kits showed no amplification with 51 (26+16+9) samples but were labelled as "FN" because the Allplex test recorded a Cq<40. The BGI and Simplexa tests recorded an additional 33 (12+21) samples as negative, but because their cut-off values are 35 and 40, respectively, it is impossible to make any deductions about whether they recorded Cqs or not.[4]

This analysis implies that that the five kits must have provided concordant negative results for many of the samples classified as "FN." Without access to the Cq data it is not possible to say for certain, but this suggests to me that the Allplex kit is generating false positive results, i.e. it is lacking in specificity in the authors' hands. In contrast, the other five kits agree that many of the samples are truly negative, i.e. their sensitivity is significantly higher than reported in the MDT Article. Indeed, it is entirely plausible that the Co-Diagnostics test was the most sensitive of the six tests.

*"3.6 Factors That Affect the Min Ct"*: The analysis in this section also makes no sense. It appears that the authors plotted the minimum Cq values recorded by each kit for the 102 samples that tested positive with the Allplex kit, separating the Cqs for the one-gene (BGI Genomics, Logix), two-gene (Simplexa, BD, Cepheid) and three gene (Allplex) kits and then compared the results. They reported that a post hoc analysis revealed a significant difference between one-gene kits and two-genes kits ($p < 0.001$), between one-gene kits and three-genes kits ($p < 0.001$) and

---

[4] For the disagreement group, the BGI and the BD tests recorded eight (8) and two (2) "FP" results, respectively. Based on the manufacturers' cut-off criteria, these ten "FP" results would have recorded Cqs between 35 and 40, which is exactly what the whiskers show. The Logix Smart Test, Cepheid and Simplexa tests did not record "FP" results. There is another discrepancy, with the maximum whiskers in Fig. 2 (left hand box plot) and Fig. 3C (1-gene box plot) of the MDT Article recording conflicting Cq values of 45 and 42.5, respectively.

between two-gene kits and three-gene kits (p = 0.016), and concluded that the more genes were detected, the lower the minimum Cq was. In my view, these data look unconvincing [13]; in any event, the conclusions the authors draw from this data are unwarranted because their methods are fatally flawed.

First, it is inappropriate to combine Cq values across testing platforms and treat those averages as representative of one-gene, two-gene, and three-gene tests broadly. Cq values on their own are meaningless [27] because there is significant variance in Cq values derived from different SARS-CoV-2 test systems [28, 110–112]. Cqs are determined by PCR efficiency, which varies between assays, background fluorescence levels that differ between probes and with the final concentration of probes, instrument threshold and baseline settings, algorithms used by automated systems to call Cqs, as well enzymes and reagents making up the master mix. This inherent variability means that it is not appropriate to compare SARS-CoV-2 Cq values across different platforms without using established, quantitated control material [113].

Moreover, the two- and three-gene kits apparently reporting lower Cq values use two and three, respectively, different fluorophores to detect their targets (Figure 14, below). Fluorescence levels are recorded on separate channels and can differ significantly from one another. For example, a comparison of 20 samples targeting the E- and N-gene on a Cepheid instrument recorded a median difference in Cq of 2.35 as between the two channels, with a range of -0.77 to 3.2 [114]. The Allplex Manual similarly identifies significantly different Cq values recorded by each of its three component channels at the same concentration of target: at 338 copies/µL the Allplex's E-gene channel records a Cq of 35.9 in 2/20 replicates, whereas its RdRp gene channel records the same Cq in 10/20 replicates and its N-gene channel records a Cq of 39.4 in 11/20 replicates (Allplex Manual p.76) [104]. Even at the Allplex kit's LoD, there is a 3.6 Cq difference

49

between its three channels. The MDT Article's authors do not identify which fluorescence channel reading they used for the minimum Cq value recorded by the two- and three-gene kits, making it impossible to draw any meaningful connections between the number of genes targeted and relative Cq values.

Moreover, there is no logical explanation as to why adding more gene targets might lower a test's Cq. The only way lower Cqs for two- and three-gene kits might make sense is if the same fluorophore was used for each target, as there could conceivably be an additive effect of the fluorescent signal, which might lower the Cq value. But using more than one probe with the same fluorophore would also increase background fluorescence, resulting in a lower ΔCq and so might not reduce Cq values.



**Figure 14.** Company literature showing that the four kits targeting multiple SARS-CoV-2 genes use different fluorophores. **A.** The Allplex assay records results for the E-gene on the FAM channel, RdRp on the Cal Red 610 channel and the N-gene on the Quasar 670 channel. **B.** The Cepheid assay records the N2 and E genes on separate, unspecified channels. **C.** The Simplexa assay records the S gene on the FAM channel and a second target on ORF1ab on the JOE/HEX channel. **D.** The BD Max system manual states that "Probes labelled with different fluorophores are used to detect the target analytes in different optical channels of the BD MAX System." (BD Manual 445003-01 P0252(07) p.2) [115]

As a general point, the question of whether a multi-target test is more sensitive than a single-target one is debatable. However, a high-quality study evaluating the clinical performance

of single-, dual-, and triple-target SARS-CoV-2 RT-qPCR methods has concluded that the number of targets in a detection kit is not a key factor affecting sensitivity [63]. In any event, the data and discussion on this point in the MDT Article are dubious at best and not convincing.

### E.      Summary Opinion regarding the MDT Article

The MDT Article continues the tradition of poorly executed publications characteristic of many papers discussing or using qPCR-based methods in general, and RT-qPCR ones in particular. It includes elementary mistakes, such as an inability to add, mixing up data, failing to realise that using two or more different fluorophores cannot reduce the Cq, and failing to identify or explain significant discrepancies in the data. Crucially, rather than demonstrating poor sensitivity of the Logix Smart Test, I view the data as revealing the Allplex kit's poor specificity (i.e., many false positives) in the authors' hands. A comparative analysis such as this is only informative if the reference kit/system performs better than the kits/systems being compared to it. In this case, it appears to have performed much worse. Since the Allplex kit is generally accepted to be a good and reliable test, it is probable that the issues were with the way the kit was used by the authors. This supposition is boosted by the basic errors and poor attention to detail evidenced throughout the MDT Article. Consequently, I find its conclusions with regards to the sensitivity of the Logix Smart Test (or any of the other tests), and any association between the number of gene targets and the Cq value, to be unreliable and, in my opinion, wrong.

## IX.    THE MAY 1 PRESS RELEASE

The May 1 Press Release fairly represented the performance of the Logix Smart Test based on the information available to the Company at that time. In my view, the May 1 Press Release's statements, including that the Logix Smart Test "consistently demonstrates 100% sensitivity and 100% specificity across independent evaluations," fairly described the performance data available to the Company at the time the May 1 Press Release was issued. The May 1 Press Release attached

51

the independent evaluations it referenced, and it mentioned that the reported sensitivity and specificity were measured by concordance, which means that the Logix Smart Test recorded the same performance as the reference tests used. The independent evaluation data, together with confidence intervals, were attached to the May 1 Press Release and my analysis of those data confirms that they supported the statements made in the press release.

It is my opinion that Dr. Satterfield's remarks in the May 1 Press Release were a fair and judicious summary of the data available at that time and correctly stated that LoD "is not relevant as a stand-alone data point." It is correct that "you can't do better" than 100% clinical sensitivity and specificity on any given evaluation. This statement clearly referred to the data obtained from the recent independent comparisons with other tests and, in my opinion, does not imply that the test was perfect or better than any other test on the market. The May 1 Press Release and accompanying documentation strike a balance between presenting the main findings concisely and providing enough context about uncertainty to ensure a comprehensive understanding of the results by including confidence intervals and other measures of variation. Further, I believe it would have been inappropriate to include with the May 1 Press Release the discordant test data from laboratories in Greece and South Africa and the NIV laboratory in India because those results appeared compromised due to contamination issues and were not credible. Anyone with PCR experience would have viewed those results as not indicative of the test's actual performance, making it inappropriate to include them in any report or characterisation of the test's performance.

In light of all of the above, it is my strong opinion that the statements in the May 1 Press Release fairly represented the performance of the Logix Smart Test based on the information available to the Company at the time.

52

It is also my opinion that the Logix Smart Test is an excellent and highly accurate PCR test. Based on my analysis of the test results from independent laboratories and the raw data provided to me, the Logix Smart Test is as good a diagnostic RT-qPCR test as can be designed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Welwyn, England, UK, on December 1, 2023.

_____

Dr. Stephen Bustin

53

### References

1.   Wikipedia. (https://en.wikipedia.org/wiki/Stephen_Bustin).

2.   Bustin, S.A. The PCR revolution: basic technologies and applications. Cambridge, UK: Cambridge University Press; 2010

3.   Nolan, T. et al. PCR technology: current innovations. Boca Raton, Fl.: CRC press; 2013

4.   Bustin, S.A. et al. The MIQE guidelines: minimum information for publication of quantitative real-time PCR experiments. *Clin Chem.* **55**:611-622 (2009).

5.   Huggett, J.F. et al. The Digital MIQE Guidelines: Minimum Information for Publication of Quantitative Digital PCR Experiments. *Clin Chem.* **59**:892-902 (2013).

6.   Bustin, S. Remodelling qPCR as a tool for molecular diagnostics. *Clin Lab Int.* **5**:10-13 (2023).

7.   Nolan, T., Huggett, J. Sanchez, E. Good practice guide for the application of quantitative PCR (qPCR). LGC; 2013.

8.   Kralik, P. et al. A Basic Guide to Real Time PCR in Microbial Diagnostics: Definitions, Parameters, and Everything. *Front Microbiol.* **8**:108 (2017).

9.   Dutta, D. et al. COVID-19 Diagnosis: A Comprehensive Review of the RT-qPCR Method for Detection of SARS-CoV-2. *Diagnostics (Basel).* **12**:1503 (2022).

10.  Habibzadeh, P. et al. Molecular diagnostic assays for COVID-19: an overview. *Crit Rev Clin Lab Sci.* **58**:385-398 (2021).

11.  Murphy, J. et al. Reliability of real-time reverse-transcription PCR in clinical diagnostics: gold standard or substandard? *Expert Rev Mol Diagn.* **9**:187-197 (2009).

12.   Bustin, S. et al. COVID-19 and Diagnostic Testing for SARS-CoV-2 by RT-qPCR-Facts and Fallacies. *Int J Mol Sci.* **22**(2021).

13.   Bustin, S. et al. Talking the talk, but not walking the walk: RT-qPCR as a paradigm for the lack of reproducibility in molecular research. *Eur J Clin Invest.* **47**:756-774 (2017).

14.   Johnson, G. et al. Real-time quantitative PCR, pathogen detection and MIQE. *Methods Mol Biol.* **943**:1-16 (2013).

15.   Kubista, M. Prime time for qPCR–raising the quality bar. *European Pharmaceutical Review.* **19**:63-67 (2014).

16.   Bustin, S.A. A-Z of quantitative PCR. La Jolla, CA: IUL Press; 2004

17.   Bustin, S.A. et al. Quantitative real-time RT-PCR--a perspective. *J Mol Endocrinol.* **34**:597-601 (2005).

18.   Huggett, J. et al. Standardisation and reporting for nucleic acid quantification. *Accredit Qual Assur.* **16**:399-405 (2011).

19.   Bivins, A. et al. Variability in RT-qPCR assay parameters indicates unreliable SARS-CoV-2 RNA quantification for wastewater surveillance. *Water Res.* **203**:117516 (2021).

20.   Gonçalves, C.C.A. et al. COVID-19 diagnosis by RT-qPCR in alternative specimens. *Mem Inst Oswaldo Cruz.* **116**:e210085 (2021).

21.   Benevides Lima, L. et al. True or false: what are the factors that influence COVID-19 diagnosis by RT-qPCR. *Expert Rev Mol Diagn.* **22**:157-167 (2022).

22.   Nalla, A.K. et al. Comparative Performance of SARS-CoV-2 Detection Assays Using Seven Different Primer-Probe Sets and One Assay Kit. *J Clin Microbiol.* **58** (2020).

23.  Binnicker, M.J. Challenges and Controversies to Testing for COVID-19. *J Clin Microbiol.* **58** (2020).

24.  Basso, D. et al. SARS-CoV-2 RNA identification in nasopharyngeal swabs: issues in pre-analytics. *Clin Chem Lab Med.* **58**:1579-1586 (2020).

25.  Carroll, A. et al. Comparison and correlation of commercial SARS-CoV-2 real-time-PCR assays, Ireland, June 2020. *Eurosurveillance.* **26**:https://doi.org/10.2807/1560-7917.ES.2021.26.6.2002079 (2021).

26.  Whale, A.S. et al. Digital PCR can augment the interpretation of RT-qPCR Cq values for SARS-CoV-2 diagnostics. *Methods.* S1046-2023(21)00204 (2021).

27.  Ruiz-Villalba, A. et al. Use and misuse of Cq in qPCR data analysis and reporting. *Life.* **11**:496 (2021).

28.  Evans, D. et al. The Dangers of Using Cq to Quantify Nucleic Acid in Biological Samples: A Lesson From COVID-19. *Clin Chem.* **68**:153-162 (2021).

29.  Caraguel, C.G.B. et al. Selection of a cutoff value for real-time polymerase chain reaction results to fit a diagnostic purpose: analytical and epidemiologic approaches. *Journal of Veterinary Diagnostic Investigation.* **23**:2-15 (2011).

30.  Au, W.Y. et al. Diagnostic performances of common nucleic acid tests for SARS-CoV-2 in hospitals and clinics: a systematic review and meta-analysis. *Lancet Microbe.* **2**:e704-e714 (2021).

31.  Borysiak, M.D. et al. Translating diagnostic assays from the laboratory to the clinic: analytical and clinical metrics for device development and evaluation. *Lab Chip.* **16**:1293-1313 (2016).

32. Forootan, A. et al. Methods to determine limit of detection and limit of quantification in quantitative real-time PCR (qPCR). *Biomol Detect Quantif.* **12**:1-6 (2017).

33. Corsaro, B. 2020 White Paper on Recent Issues in Bioanalysis: Vaccine Assay Validation, qPCR Assay Validation, QC for CAR-T Flow Cytometry, NAb Assay Harmonization and ELISpot Validation (Part 3 – Recommendations on Immunogenicity Assay Strategies, NAb Assays, Biosimilars and FDA/EMA Immunogenicity Guidance/Guideline, Gene & Cell Therapy and Vaccine Assays). *Bioanalysis.* **13**:415-463 (2021).

34. Wang, X. et al. Limits of Detection of 6 Approved RT-PCR Kits for the Novel SARS-Coronavirus-2 (SARS-CoV-2). Clin Chem. 66(7):977-979 (2020).

35. Arnaout, R. et al. The Limit of Detection Matters: The Case for Benchmarking Severe Acute Respiratory Syndrome Coronavirus 2 Testing. *Clin Infect Dis.* **73**:e3042-e3046 (2021).

36. Stokdyk, J.P. et al. Determining the 95% limit of detection for waterborne pathogen analyses from primary concentration to qPCR. *Water Res.* **96**:105-113 (2016).

37. Gand, M. et al. Deepening of In Silico Evaluation of SARS-CoV-2 Detection RT-qPCR Assays in the Context of New Variants. *Genes (Basel).* **12**:565 (2021).

38. Altman, D.G. et al. Diagnostic tests. 1: Sensitivity and specificity. *BMJ.* **308**:1552 (1994).

39. Hayden, R.T. et al. Factors contributing to variability of quantitative viral PCR results in proficiency testing samples: a multivariate analysis. *J Clin Microbiol.* **50**:337-345 (2012).

40. Mosscrop, L. et al. Evaluation of the impact of pre-analytical conditions on sample stability for the detection of SARS-CoV-2 RNA. *J Virol Methods.* **309**:114607 (2022).

41. Minich, J.J. et al. Feasibility of using alternative swabs and storage solutions for paired SARS-CoV-2 detection and microbiome analysis in the hospital environment. *Microbiome.* **9**:25 (2021).

42. Adams, G. A beginner's guide to RT-PCR, qPCR and RT-qPCR. *The Biochemist.* **42**:48-53 (2020).

43. Alcoba-Florez, J. et al. Sensitivity of different RT-qPCR solutions for SARS-CoV-2 detection. *Int J Infect Dis.* **99**:190-192 (2020).

44. Benevides Lima, L. et al. True or false: what are the factors that influence COVID-19 diagnosis by RT-qPCR. *Expert Rev Mol Diagn.* **22**:157-167 (2022).

45. Lorentzen, H.F. et al. Estimation of the diagnostic accuracy of real-time reverse transcription quantitative polymerase chain reaction for SARS-CoV-2 using re-analysis of published data. *Dan Med J.* **67**:A04200237 (2020).

46. Teymouri, M. et al. Recent advances and challenges of RT-PCR tests for the diagnosis of COVID-19. *Pathol Res Pract.* **221**:153443 (2021).

47. Hick, P. et al. Optimisation and validation of a real-time reverse transcriptase-polymerase chain reaction assay for detection of betanodavirus. *J Virol Methods.* **163**:368-377 (2010).

48. Fosgate, G.T. et al. Diagnostic accuracy of methods for detecting Anaplasma marginale infection in lactating dairy cattle of Puerto Rico. *J Vet Diagn Invest.* **22**:192-199 (2010).

49. Maciel, B.M. et al. Detection of Salmonella Enteritidis in asymptomatic carrier animals: comparison of quantitative real-time PCR and bacteriological culture methods. *Genet Mol Res.* **10**:2578-2588 (2011).

50.   Kattenberg, J.H. et al. Systematic review and meta-analysis: rapid diagnostic tests versus placental histology, microscopy and PCR for malaria in pregnant women. *Malar J.* **10**:321 (2011).

51.   Guthrie, A.J. et al. Diagnostic accuracy of a duplex real-time reverse transcription quantitative PCR assay for detection of African horse sickness virus. *J Virol Methods.* **189**:30-35 (2013).

52.   Adams, E.R. et al. Sensitive diagnosis of cutaneous leishmaniasis by lesion swab sampling coupled to qPCR. *Parasitology.* **141**:1891-1897 (2014).

53.   Mathevon, Y. et al. Estimation of the sensitivity and specificity of two serum ELISAs and one fecal qPCR for diagnosis of paratuberculosis in sub-clinically infected young-adult French sheep using latent class Bayesian modeling. *BMC Vet Res.* **13**:230 (2017).

54.   Caraguel, C.G.B. et al. Diagnostic test accuracy when screening for Haliotid herpesvirus 1 (AbHV) in apparently healthy populations of Australian abalone Haliotis spp. *Dis Aquat Organ.* **136**:199-207 (2019).

55.   Yam, W.C. et al. Evaluation of reverse transcription-PCR assays for rapid diagnosis of severe acute respiratory syndrome associated with a novel coronavirus. *J Clin Microbiol.* **41**:4521-4524 (2003).

56.   Pas, S.D. et al. First international external quality assessment of molecular diagnostics for Mers-CoV. *J Clin Virol.* **69**:81-85 (2015).

57.   Boivin, G. et al. Multiplex real-time PCR assay for detection of influenza and human respiratory syncytial viruses. *J Clin Microbiol.* **42**:45-51 (2004).

58.    Salez, N. et al. Evaluation of Four Commercial Multiplex Molecular Tests for the Diagnosis of Acute Respiratory Infections. *PLoS One.* **10**:e0130378 (2015).

59.    Mercer, T.R. et al. Testing at scale during the COVID-19 pandemic. *Nat Rev Genet.* **22**:415-426 (2021).

60.    Jin, Y. et al. Virology, Epidemiology, Pathogenesis, and Control of COVID-19. *Viruses.* **12**:372 (2020).

61.    Sethuraman, N. et al. Interpreting Diagnostic Tests for SARS-CoV-2. *JAMA.* **323**:2249-2251 (2020).

62.    Kevadiya, B.D. et al. Diagnostics for SARS-CoV-2 infections. *Nat Mater.* **20**:593-605 (2021).

63.    Hu, X. et al. Evaluation of the clinical performance of single-, dual-, and triple-target SARS-CoV-2 RT-qPCR methods. *Clin Chim Acta.* **511**:143-148 (2020).

64.    Puhach, O. et al. SARS-CoV-2 viral load and shedding kinetics. *Nat Rev Microbiol.* **21**:147-161 (2023).

65.    Lijmer, J.G. et al. Empirical evidence of design-related bias in studies of diagnostic tests. *JAMA.* **282**:1061-1066 (1999).

66.    Weinstein, S. et al. Clinical evaluation of diagnostic tests. *AJR Am J Roentgenol.* **184**:14-19 (2005).

67.    Gluud, C. et al. Evidence based diagnostics. *BMJ.* **330**:724-726 (2005).

68.    Strassle, P. et al. Assessing sensitivity and specificity in new diagnostic tests: the importance and challenges of study populations. Infect Control Hosp Epidemiol 33(11):1177-1178 (2012).

69.    La Marca, A. et al. Testing for SARS-CoV-2 (COVID-19): a systematic review and clinical guide to molecular and serological in-vitro diagnostic assays. *Reprod Biomed Online.* **41**:483-499 (2020).

70.    Vandenberg, O. et al. Considerations for diagnostic COVID-19 tests. *Nat Rev Microbiol.* **19**:171-183 (2021).

71.    Goudouris, E.S. Laboratory diagnosis of COVID-19. *J Pediatr (Rio J).* **97**:7-12 (2021).

72.    Munne, K. et al. Detection of SARS-CoV-2 infection by RT-PCR test: factors influencing interpretation of results. *Virusdisease.* **32**:187-189 (2021).

73.    Mallett, S. et al. At what times during infection is SARS-CoV-2 detectable and no longer detectable using RT-PCR-based tests? A systematic review of individual participant data. *BMC Med.* **18**:346 (2020).

74.    Dramé, M. et al. Should RT-PCR be considered a gold standard in the diagnosis of COVID-19. J Med Virol 92(11):2312-2313 (2020).

75.    Hernández-Huerta, M.T. et al. Should RT-PCR be considered a gold standard in the diagnosis of COVID-19. J Med Virol 93(1):137-138 (2021).

76.    Umemneku Chikere, C.M. et al. Diagnostic test evaluation methodology: A systematic review of methods employed to evaluate diagnostic tests in the absence of gold standard - An update. *PLoS One.* **14**:e0223832 (2019).

77. Collins, J. et al. Estimation of diagnostic test accuracy without full verification: a review of latent class methods. *Stat Med.* **33**:4141-4169 (2014).

78. Trikalinos, T.A. et al. Chapter 9: options for summarizing medical test performance in the absence of a "gold standard". *Journal of general internal medicine.* **27**:67-75 (2012).

79. Holmes, E.C. (https://virological.org/t/novel-2019-coronavirus-genome/319).

80. Lavazza, A. et al. The Role of Experts in the Covid-19 Pandemic and the Limits of Their Epistemic Authority in Democracy. *Front Public Health.* **8**:356 (2020).

81. Burd, E.M. Validation of laboratory-developed molecular assays for infectious diseases. *Clin Microbiol Rev.* **23**:550-576 (2010).

82. Smith, M. Validating Real-Time Polymerase Chain Reaction (PCR) Assays. *Encyclopedia of Virology.* **5**:35-44 (2021).

83. Duchene, S. et al. Temporal signal and the phylodynamic threshold of SARS-CoV-2. *Virus Evol.* **6**:veaa061 (2020).

84. Markov, P.V. et al. The evolution of SARS-CoV-2. *Nat Rev Microbiol.* **21**:361-379 (2023).

85. Dankova, Z. et al. Comparison of SARS-CoV-2 Detection by Rapid Antigen and by Three Commercial RT-qPCR Tests: A Study from Martin University Hospital in Slovakia. *Int J Environ Res Public Health.* **18**:7037 (2021).

86. Wang, D. et al. Validation of the analytical performance of nine commercial RT-qPCR kits for SARS-CoV-2 detection using certified reference material. *J Virol Methods.* **298**:114285 (2021).

87.   Salamanca-Neita, L.H. et al. Comparison of Four Real-Time Polymerase Chain Reaction Assays for the Detection of SARS-CoV-2 in Respiratory Samples from Tunja, Boyacá, Colombia. *Trop Med Infect Dis.* **7**:240 (2022).

88.   Luraschi, R. et al. Evaluation and comparison of the sensitivity of three commercial RT-qPCR kits used for the detection of SARS-CoV-2 in Santiago, Chile. *Front Public Health.* **10**:1010336 (2022).

89.   Lawrence Panchali, M.J. et al. Accuracy of Real-Time Polymerase Chain Reaction in COVID-19 Patients. *Microbiol Spectr.* **10**:e0059121 (2022).

90.   Iglói, Z. et al. Comparison of commercial realtime reverse transcription PCR assays for the detection of SARS-CoV-2. *J Clin Virol.* **129**:104510 (2020).

91.   Banko, A. et al. Comparison and Sensitivity Evaluation of Three Different Commercial Real-Time Quantitative PCR Kits for SARS-CoV-2 Detection. *Viruses.* **13**:1321 (2021).

92.   Kenyeres, B. et al. Comparison of four PCR and two point of care assays used in the laboratory detection of SARS-CoV-2. *J Virol Methods.* **293**:114165 (2021).

93.   Bustin, S.A. et al. RT-qPCR Testing of SARS-CoV-2: A Primer. *Int J Mol Sci.* **21**:PMID: 32344568 (2020).

94.   Svec, D. et al. How good is a PCR efficiency estimate: Recommendations for precise and robust qPCR efficiency assessments. *Biomol Detect Quantif.* **3**:9-16 (2015).

95.   Huggett, J.F. et al. Cautionary Note on Contamination of Reagents Used for Molecular Detection of SARS-CoV-2. *Clin Chem.* **66**:1369-1372 (2020).

96.   Sadowski, I. et al. Management of inadvertent template contamination in production of oligonucleotide qPCR reagents. *BioTechniques.* **69**:401-403 (2020).

97.   Fischer, C. et al. Variable Sensitivity of SARS-CoV-2 Molecular Detection in European Expert Laboratories: External Quality Assessment, June and July 2020. *J Clin Microbiol.* **59**:e02676-20 (2021).

98.   Wernike, K. et al. Pitfalls in SARS-CoV-2 PCR diagnostics. *Transbound Emerg Dis.* **68**:253-257 (2021).

99.   Davidi, D. et al. Amplicon residues in research laboratories masquerade as COVID-19 in surveillance tests. *Cell reports methods.* **1**:100005 (2021).

100.  Mögling, R. et al. Delayed Laboratory Response to COVID-19 Caused by Molecular Diagnostic Contamination. *Emerg Infect Dis.* **26**:1944-1946 (2020).

101.  Jerbi, L. et al. Evaluation of Factors that Affect the Performance of COVID-19 Molecular Assays Including Presence of Symptoms, Number of Detected Genes and RNA Extraction Type. *Mol Diagn Ther.* **26**:229-238 (2022).

102.  Anonymous. Logix Smart Coronavirus Disease 2019 (COVID-19) Kit. (https://www.fda.gov/media/136687/download) Accessed: 26/11/2023.

103.  Bustin, S. et al. RT-qPCR Diagnostics: The "Drosten" SARS-CoV-2 Assay Paradigm. *Int J Mol Sci.* **22**:8702 (2021).

104.  Anonymous. AllplexTM 2019-nCoV Assay. (https://www.fda.gov/media/137178/download) Accessed: 26/11/2023.

105.  Anonymous. Real-Time Fluorescent RT-PCR Kit for Detecting SARS-CoV-2. (https://www.bgi.com/wp-content/uploads/sites/2/2021/04/EUA200034-S003.Instructions-for-Use.03292021.pdf) Accessed: 26/11/2023.

106. Anonymous. BD MAX System Quick Reference Guide. (http://static.bd.com/documents/eifu/ZLU_L013085_EN_A_01.pdf) Accessed: 26/11/2023.

107. Strutner, J. et al. Comparison of Reverse-Transcription Polymerase Chain Reaction Cycle Threshold Values From Respiratory Specimens in Symptomatic and Asymptomatic Children With Severe Acute Respiratory Syndrome Coronavirus 2 Infection. *Clin Infect Dis.* **73**:1790-1794 (2021).

108. Anonymous. Xpert Xpress SARS-CoV-2. (https://www.cepheid.com/content/dam/www-cepheid-com/documents/package-insert-files/Xpert%20Xpress%20SARS-CoV-2%20CE-IVD%20GeneXpert%20System%20With%20Touchscreen%20302-8405-EN%20Rev%20B.pdf) Accessed: 26/11/2023.

109. Anonymous. 510(k) Substantial Equivalence Determination Decision Summary. (https://www.accessdata.fda.gov/cdrh_docs/reviews/K120413.pdf) Accessed: 26/11/2023.

110. Onwuamah, C.K. et al. Comparative performance of SARS-CoV-2 real-time PCR diagnostic assays on samples from Lagos, Nigeria. *PLoS One.* **16**:e0246637 (2021).

111. Vierbaum, L. et al. RNA reference materials with defined viral RNA loads of SARS-CoV-2-A useful tool towards a better PCR assay harmonization. *PLoS One.* **17**:e0262656 (2022).

112. Fan, G. et al. Assessing the comparability of cycle threshold values derived from five external quality assessment rounds for omicron nucleic acid testing. *Virol J.* **20**:119 (2023).

113. Gavina, K. et al. Standardization of SARS-CoV-2 Cycle Threshold Values: Multisite Investigation Evaluating Viral Quantitation across Multiple Commercial COVID-19 Detection Platforms. *Microbiol Spectr.* **11**:e0447022 (2023).

114. Vaz, S.N. et al. Validation of the GeneXpert Xpress SARS-CoV-2 PCR assay using saliva as biological specimen. *Braz J Infect Dis.* **25**:101543 (2021).

115. Anonymous. BD sars-cov-2 reagents for bd max system. (https://www.fda.gov/media/136816/download) Accessed: 26/11/2023.

## EXHIBIT A

# Curriculum Vitae

### Stephen Andrew BUSTIN, BA (Mod) PhD FRSB MAE

Professor of Molecular Medicine, Anglia Ruskin University, United Kingdom

Personal Record

| | |
|---|---|
| **NAME:** | Stephen Andrew BUSTIN |
| **ADDRESS:** | 33 Turpins Chase Welwyn Hertfordshire AL6 0RP |
| **PLACE OF BIRTH:** | London |
| **PRESENT POST:** | 2014- Professor of Molecular Medicine, Anglia Ruskin University, Chelmsford, UK |

**PAST EMPLOMENT:**

2012-2014: Professor of Allied Health and Medicine, Anglia Ruskin University, Chelmsford, UK

2004-2012: Professor of Molecular Science, Institute of Cell and Molecular Science, Barts and The London School of Medicine & Dentistry, Queen Mary University of London

2002-2004: Reader in Molecular Medicine, Centre for Academic Surgery, Barts and The London School of Medicine & Dentistry, Queen Mary University of London

1995-2002: Senior Lecturer, Academic Dept Surgery, Barts and The London School of Medicine & Dentistry, Queen Mary University of London

1989- 1995: Senior Research Fellow, Surgical Unit, London Hospital Medical College

1988- 1989: Research Manager, Gene Expression, Corporate Research, Amersham International plc

1987- 1988: Section Leader, Genetic Engineering Section, Corporate Research, Amersham International plc

1985- 1987: Senior Research Scientist, New Technologies Department, Amersham International plc

1983- 1985: Higher Scientific Officer, Dept. of Genetics, Animal Virus Research Institute, Pirbright, Surrey

1982- 1983: Postdoctoral Research Fellow; Genetics Dept., University of Dublin

**QUALIFICATIONS:**

1979-1982: Trinity College, University of Dublin: PhD in Molecular Biology.

1975-1979: Trinity College, University of Dublin. 4-year Honours course: BA (Mod) in Genetics

**HONOURS:**

2023 - Elected as a Member of the Academy of Europe

2018 - Visiting Professor, Kim-Il-Sung University, Pyongyang, DPRK

2015- Visiting Professor International Islamic University Malaysia

2012-2014– Honorary Professor of Molecular Science, QMUL

2006-2013– Visiting Professor of Molecular Biology, University of Middlesex

2010 – Elected as Fellow of the Royal Society of Biology (FRSB)

2003 - British Journal of Surgery Research Foundation Prize for the best research paper presentation.

2003 - Visiting Professor to the Department of Clinical Biochemistry, University of Florence

2001 - British Endocrine Society Award

2001 - Research Foundation Prize for the best scientific paper, Association of Coloproctology

2000 - 30th International Pharmacia Endocrinology Symposium: GH and Growth Factors in Endocrinology and Metabolism, Monte Carlo: Best non-clinical presentation prize.

1998 - Br J Surgery/Surgical Research Society "Best research paper" Prize

1978 - Outstanding Performance Award, Molecular Oncology Course, Roswell Park Memorial Institute, Buffalo, New York.

**CITATION INDICES** (08/2023):   citations: 48,687; h-index: 61; i10-index: 143

*Invited Speaker at International meetings*

London, Endocrinology Society: Molecular Endocrinology Workshop, Lecture

London, ICRF/UCL RNA Quantification Meeting, Lecture

London, Annual ABI European PCR Meeting, Lecture

San Diego, 6th CHI Gene Quantification Conference, Chair and Keynote Lecture

Venice, 2nd IBC Genetic Diagnostics Conference, Lecture

Florence, 4th Italian Workshop of Quantitative PCR, Plenary Lecture

Copenhagen, 8th Congress for Clinical Biochemistry, Lecture

Manchester, 1st Stratagene UK qPCR Conference, Keynote Lecture

San Diego CA, 7th CHI Gene Quantification Conference, Chair and Keynote Lecture

La Jolla CA, Stratagene qPCR workshop, Lecture

London, Stratagene qPCR World tour, Keynote Lecture

Washington DC, 10th CHI Nucleic acid quantification Conference, Chair and Plenary Lecture

Stockholm, 3rd Euro-conference on Quantitative Molecular Cytogenetics, Keynote Lecture

Amsterdam, 2nd Stratagene European Gene Quantification Workshop, Keynote Lecture

Leicester, 2nd Stratagene UK real-time quantitative PCR Conference, Keynote Lecture

London, 1st International qPCR meeting, Chair

Paris, Pasteur Institute Molecular Medicine and Cancer Meeting, Lecture

London, IBC conference: Molecular Diagnostics and Therapeutics in Predictive Personalised Medicine, Lecture

London, 2nd International qPCR meeting, Chair, Lecture

Basel, Novartis qPCR meeting, Lecture

Portland OR, FASEB/ABRF Meeting, Lecture

Portland OR, FASEB/ABRF Meeting, Plenary Lecture

Munich, International qPCR Meeting, Chair and Keynote Lecture.

Heidelberg, EMBL Nucleic Acid Quantification Meeting, Chair and Keynote Lecture

Lyon, Aventis, qPCR workshop, Keynote Lecture

Graz, 5th International Symposium on Molecular Diagnostics in Laboratory Medicine, Lecture

Salisbury, New and Developing Technologies for Genetic Diagnostics Conference, Lecture.

Copenhagen, 1st Danish Nucleic Acid Quantification Symposium, Keynote Lecture.

London 3rd Stratagene UK real-time quantitative PCR Conference, Keynote Lecture

Savannah, GA. ABRF Meeting Nucleic Acids Research Group Section, Chair and Lecture

Leipzig, qPCR Symposium, Chair and Keynote Lecture

La Jolla, CA, 9th CHI qPCR meeting, Chair and Keynote Lecture

EuroSciCon LCM meeting London, Lecture

Copenhagen, 2nd Danish Nucleic Acid Quantification Symposium, Plenary Lecture

Edinburgh, Invitrogen Quantification Roadshow, Keynote Lecture

Strasbourg, Invitrogen Quantification Roadshow, Keynote Lecture

Berlin, Invitrogen Quantification Roadshow, Keynote Lecture

Amsterdam, Invitrogen Quantification Roadshow, Keynote Lecture

Stockholm, Invitrogen Quantification Roadshow, Keynote Lecture

Lisbon, qPCR workshop, Chair and Keynote Lectures (2)

Heidelberg, EMBL Nucleic Acid Quantification Meeting, Chair and Keynote Lecture

Munich, International qPCR Meeting, Chair and Keynote Lecture

Prague, FEBS Nucleic Acid Quantification workshop, Chair and Keynote Lecture

Long Beach CA, Annual ABRF meeting, Lecture

San Diego CA, 10th CHI qPCR meeting, Chair and Lecture

Oslo, European Federation of Immunogenetics, Lecture

Coimbra, Portugal, 2nd International qPCR meeting, Plenary Lecture

London EuroSciCon Improving Clinical & Diagnostic PCR meeting, Lecture

Brisbane qPCR workshop, Keynote Lecture

Sydney qPCR meeting, Keynote Lecture

Melbourne Discovery Science and Biotechnology Congress, Keynote Lecture

Heidelberg, EMBL Nucleic Acid Quantification Meeting, Chair and Keynote Lecture

Debrecen Modern Technologies of Gene Expression detection, Plenary Lecture and Lecture

Florence 7th Italian Workshop on Real Time PCR, Keynote Lecture

Boston Brandeis University qPCR Masterclass, Lecture

Norwich Institute for Food Research, Lecture

Coimbra 3rd Diagnostic PCR meeting, Plenary Lecture

Freising 3rd International qPCR meeting, Chair and Lecture

Montreal Symposium on infectious paediatric diseases, Lecture

San Diego Genprobe qPCR awareness meeting, Lecture

San Diego Nanogen qPCR workshop, Lecture

Carlsbad Invitrogen, Lecture

Heidelberg EMBL Nucleic Acid Quantification Meeting, Chair and Keynote Lecture

London International Surgical Group Meeting Lecture

Liverpool NERC Microarray and Gene Expression Workshop Keynote Lecture

Florence 8th Italian Workshop on Real Time PCR, Keynote Lecture

London Genetics and anti-ageing conference, Welcome Institute, Lecture

San Francisco, 1st qPCR USA symposium, Chair, Lecture

Dublin – Autism meeting Keynote Lecture

Maynooth, NUI, qPCR – Lecture

Manchester Quantitative PCR Intensive Course – Keynote Lecture

San Diego CHI qPCR meeting, Chair, Lecture

London – Biorad qPCR symposium Roadshow 2008 – Keynote Lecture

Paris – Biorad qPCR symposium Roadshow 2008 – Keynote Lecture

Bologna – Biorad qPCR symposium Roadshow 2008 – Keynote Lecture

Ghent – Benelux Quantification Symposium Keynote Lecture

Stockholm, Biomarkers in Medicine Conference, Keynote Lecture

Palo Alto 2nd qPCR USA symposium, Chair and Lecture

Hatfield qPCR workshop University of Hertfordshire, Keynote Lecture

Freising 4th International qPCR meeting, Chair and Keynote Lecture

London Microfluidics workshop Lecture

Granada Biorad qPCR symposium Roadshow 2009, Keynote Lecture

Stockholm Biorad qPCR symposium Roadshow 2009, Keynote Lecture

London Biorad qPCR symposium Roadshow 2009, Keynote Lecture

Siena qPCR meeting, Keynote Lecture

Berlin qPCR and RNAi World Congress Keynote Chair and Lecture

San Francisco qPCR USA Chair and Lecture

Armagh –Joint NI and RoI Healthboards Autism Meeting, Keynote Lecture

Cambridge University qPCR workshop, Lecture

Ghent Advances in Genomics Symposium, Lecture

Vienna qPCR 2010 Symposium Chair, Keynote Lecture

Gothenburg qPCR based molecular diagnostics meeting, Lecture

San Diego –Quantitative PCR meeting, –Lecture

St Louis – qPCR workshop, Keynote Lecture

Dublin Single Cell Analysis Congress, Lecture

London 7th Improving Immunohistochemistry Meeting, Lecture

London 2nd *In vitro* Diagnostics Conference, Keynote Lecture

Heidelberg, EMBO qPCR course, Keynote Lecture and Lecture

Geel, IRMM Future of Reference Materials Conference, Lecture

San Francisco qPCR USA Chair, Lecture

Taipei, qPCR Symposium National Taipei University, Keynote Lecture

Taipei qPCR Workshop Taipei Medical University, Keynote Lecture

Hong Kong qPCR Workshop The University of Hong Kong, Keynote Lecture

Hong Kong qPCR Workshop The Chinese University of Hong Kong, Keynote Lecture

Singapore qPCR Workshop Science Centre, Keynote Lecture

Beijing qPCR Symposium Peking University, Keynote Lecture

Glasgow Agilent Users' Group meeting, University of Glasgow, Keynote Lecture

Madrid, BioRad qPCR Workshop, Keynote Lecture

San Diego CHI qPCR Conference, Chair and Lecture

Santa Clara, qPCR USA Conference, Chair and Lecture

Munich, qPCR and RNAi European Conference, Chair and Keynote Lecture

London Imperial College, qPCR Workshop, Keynote Lecture

Porton Down, qPCR Workshop, Keynote Lecture

Heidelberg, EMBO MIQE course, Keynote Lecture and Lecture

Freising 6th International qPCR Conference, Chair and Keynote Lecture

Prague TATAA Molecular Diagnostics Conference, University of Prague, Lecture

Dublin qPCR Workshop, Trinity College Dublin, Keynote Lecture

Copenhagen 25 years PCR Conference, Keynote Lecture

Edinburgh Agilent qPCR Workshop, University of Edinburgh, Keynote Lecture

Belfast Agilent qPCR Workshop, Queen's University, Keynote Lecture

London, Agilent qPCR Workshop, CRUK Lincoln Inn's Fields, Keynote Lecture

Cardiff, Agilent qPCR Workshop, University of Cardiff, Keynote Lecture

Oxford Agilent qPCR Workshop, Medical Sciences Teaching Centre, Keynote Lecture

Sanger Centre, Hinxton, Agilent qPCR Workshop, Keynote Lecture

Heidelberg, EMBO MIQE course, Keynote Lecture

Birmingham Agilent qPCR Workshop, Aston University, Keynote Lecture

Sheffield Agilent qPCR Workshop, University of Sheffield, Keynote Lecture

Helsinki, Agilent User Group Meeting, Keynote Lecture

Berlin 18th Congress International Society for Human and Animal Mycology, Lecture

Copenhagen Veterinary College, Lecture

Graz Molecular Diagnostic Techniques, Lecture

Boston, Genomic Research 2012 Conference, Keynote Lecture

Daejeon, Korea, Genomics Research Asia 2012, Keynote Lecture

Ljubljana, Slovenia, University, Invited Lecture

Piran, Slovenia, qPCR boot camp, Keynote Lecture and Lecure (3)

Delhi, Genetics Institute, qPCR Symposium, Keynote Lectutre

Bangalore, University, qPCR Workshop, Keynote Lecture

Bangalore, NCBS, qPCR Workshop, Keynote Lecture

Singapore, Duke-NUS, qPCR meeting, Keynote Lecture

Singapore, BioPolis, qPCR meeting, Keynote Lecture

Kuala Lumpur, Malaysian Genome Centre, Genomics Symposium 2012, Keynote Lecture

Kuala Lumpur, University of Malaysia, qPCR Workshop 2012, Keynote Lecture

Bangkok, Conference Center, qPCR Symposium, Keynote Lecture

Xiamen, China, 5th qPCR and Molecular Diagnostics Conference, Keynote Lecture

Freising 7th International qPCR Conference, Chair and Keynote Lecture

Freising 7th International qPCR Conference, Lecture

London, qStandard workshop, Kings College, Keynote Lecture (2)

Aarhus, Roche qPCR Workshop and Symposium, Keynote Lecture

Bristol, Agilent qPCR user group meeting and workshop, Keynote Lecture

Madrid, Agilent Spanish qPCR Workshop, Keynote Lecture

Manchester, Agilent European User Group Meeting, Keynote lecture

Ghent, qPCR minisymposium, Keynote lecture

Maastricht, Principles of Molecular Microbiological Diagnostics, lecture

Dublin, Agilent Genomics User Group Meeting, Keynote lecture

Nijmegen, qPCR meeting, Keynote lecture

Austin, Tx, Roche qPCR symposium, Keynote lecture

San Francisco, Genomics USA, Keynote lecture

Cambridge Cornea and Cataract Symposium, Lecture

Bangalore India BioRad qPCR and MIQE symposium, Keynote lecture

Hyderabad India BioRad qPCR and MIQE symposium, Keynote lecture

Mumbai India BioRad qPCR and MIQE symposium, Keynote lecture

Pune India BioRad qPCR and MIQE symposium, Keynote lecture

Delhi India BioRad qPCR and MIQE symposium, Keynote lecture

Kuala Lumpur Malaysia BioRad qPCR and MIQE symposium, Keynote lecture

Djakarta Indonesia BioRad qPCR and MIQE symposium, Keynote lecture

Sydney Australia BioRad qPCR and MIQE symposium, Keynote lecture

Melbourne Australia BioRad qPCR and MIQE symposium, Keynote lecture

San Diego, 2nd dPCR meeting, Lecture

London, digital PCR and qPCR conference, Keynote lecture

Odense, Cancer Research Symposium, Lecture

6

Xiamen China , Molecular Diagnostics Asia 2014, Lecture

San Francisco, Molecular Medicine TRiconference meeting, Keynote lecture

Freising 8th International qPCR Conference, Chair and Keynote Lecture

Pahang, Malaysia, ICAST 2015, Frontiers in Bioscience, Keynote lecture

Lisbon, European Fungal Meeting, Lecture

London, 2nd digital PCR and qPCR conference, Keynote lecture

San Diego, 3rd dPCR meeting, lecture

Birmingham, Lab Innovations, Lecture

Milton Keynes, Open University Campus, Lecture

Copenhagen, AH Diagnostics, Lecture

Odense, Nordic Congress in Clinical Biochemistry, Keynote Lecture

Maastricht, 2nd ESCMID Course on principles of microbiological diagnostics, Lecture

London, 4th qPCR and dPCR Congress, Keynote lecture

Freising, 9th International qPCR Conference qPCR, dPCR and NGS, Keynote lecture

Vienna, 27th ECCMID Conference, Lecture

Salzburg, ECTS Meeting, Lecture and workshop

Aberdeen, Molecular Techniques Quality Control Workshop, Keynote Lecture

London, Royal College of Physicians, Lecture

Maastricht, 3rd Course on Principles of Molecular Microbiological Diagnostics, Lecture and workshop

Vienna, Austria, Fachtagung DVG Physiologie und Biochemie Veterinärmedizinische Universität

Pyongyang, Kim-Il-Sung University, DPRK, 2 Lectures

Pyongyang, Kim-Il-Sung University, DPRK, workshop

4Bio Summit Rotterdam 2018, Lecture

Precision Diagnostics Europe 2021, Prague, Two lectures

AustralDiagnostics Keynote Lecture, London 2021

Festival of Genomics 2021, London

British Science Festival 2022, Chelmsford

Freising 10th International qPCR Conference, qPCR, dPCR and NGS, Keynote lecture

*Organisational activities*

Organiser of 1st International Nucleic Acid quantification meeting, London 2002

Organiser of 2nd International Nucleic Acid quantification meeting, London 2003

Co-organiser of the 1st EMBO funded real-time PCR workshop in Heidelberg in May 2004.

Co-organiser of the International qPCR meeting in Munich 2004.

Organiser of the 3rd International qPCR meeting in London 2005.

Scientific advisor to the qPCR symposium in Leipzig in March 2005

Scientific advisor to the 9th CHI qPCR meeting in La Jolla CA in March 2005

Co-organiser of the 2nd EMBO funded real-time PCR workshop in Heidelberg in May 2005

Co-organiser of the 1st FEBS funded real-time PCR workshop in Prague in September 2005

Scientific advisor to the International qPCR meeting in Munich in September 2005

Scientific advisor to the 10th CHI qPCR meeting in San Diego CA in March 2006

Co-organiser of 2nd Portuguese qPCR meeting, Coimbra in April 2006

Co-organiser of the 3rd EMBO funded real-time PCR workshop in Heidelberg in June 2006

Organiser of five qPCR workshops in London (March through Nov 2006)

Co-organiser of 2nd Portuguese qPCR meeting, Coimbra in April 2006

Co-organiser of the 3rd EMBO funded real-time PCR workshop in Heidelberg in June 2006

Scientific advisor to the 11th CHI qPCR meeting in San Diego CA in March 2007

Co-organiser/scientific advisor to the 3rd International qPCR meeting in Freising in April 2007

Co-organiser of the 4th EMBO funded real-time PCR workshop in Heidelberg in June 2007

Scientific advisor to the 8th qPCR workshop, Florence Italy in September 2007

Scientific advisor to the 12th CHI qPCR meeting in San Diego CA in March 2007

Scientific Organisation Committee 2010 Vienna qPCR

Organiser BBSRC RNA workshop London 2009

Visiting Professor, School of Health and Social Sciences, Middlesex University

Visiting Professor, Doctoral Programme in Experimental Biology and Biomedicine, Centre for Neuroscience and Cell Biology, University of Coimbra, Portugal

External MRes course advisor, University of Manchester

Member External Advisory Panel Smarthealth European Framework 6 Integrated Project

Scientific Organisation Committee 2013 Freising qPCR

Organiser, EMBO workshop on Proximity Ligation Assay 2014, Chelmsford, UK

Scientific Organisation Committee 2015 Freising qPCR and NGS

Scientific Organisation Committee 2017 Freising qPCR and NGS

Scientific Organisation Committee 2019 Freising qPCR and NGS

Scientific Organisation Committee 2023 Freising qPCR and NGS

### *Editorial commitments*

Editor-in-Chief, Biomolecular Detection and Quantification (Elsevier until 2019)

Editor-in-Chief, Gene Expression, International Journal of Molecular Sciences (MDPI)

Editor in Chief, Encyclopedia (MDPI)

Section Editor, Gene Expression, for BMC Molecular Biology (until 2014)

Member of editorial board of BMC Molecular Biology (since 2014)

Member of editorial board of Nature Scientific Reports (until 2016)

Member of editorial board of Gene Regulation and Systems Biology (Libertas Academica)

Member of editorial board of Biomarkers in Medicine (Future Science Group)

### *Professional advisory or consultative work*

**Expert Witness**

Lundy vs The Queen, Court of Appeal New Zealand (2014-2015)

Roche vs Cepheid, Swiss Patent Office (2014-2015)

Fluidigm vs LGC, European Patent Office (2012)

Regina vs Sellman, Maidenhead Crown Court (2009)

Intervet (UK) Ltd and Merial and others (2009)

Merck, MMR trial Philadelphia (2008)

US DOJ, MMR trial Washington DC (2006-2007)

Autism class action UK High Court (2003-2006)

**Consultancies/Scientific Board membership**

*Current*

Member of Scientific Board, TATAA Biocentre, Gothenburg, Sweden (since 2004)

8

Member of Scientific Advisory Board Pentabase, Copenhagen, Denmark (since 2009)

*Past*

Member of the Programme Expert Group (PEG), Chemical and Biological Metrology Programme, LGC and BEIS (since 2016-2018)

Scientific Advisor to Momentum Biotechnology (2015-2020)

Member of Scientific Advisory Board, Bioline Ltd (until 2009)

Member Scientific Advisory Board Qiagen (2008-2012)

Member of Scientific Advisory Board, Applied Biosystems (2008)

Scientific consultant to the UK Biotechnology company QuantaBiotech, (2006-2009)

Scientific Adviser to the US Biotechnology company Stratagene (2002-2006)

Scientific Advisor to UK Biotechnology company Pelican Health (2009-2014)

Scientific Adviser to the US Biotechnology company Agilent on instruments and reagents for molecular biology (2009-2016)

Product consultant for the qPCR instrument developed by the US Biotechnology company Thermohybaid (2007-2008).

Scientific consultant to the UK company Oxonica, on the use of nanotechnology in nucleic acid quantification (2007-2009)

Scientific advisor to the US company Sigma on strategies and reagents used in quantification of nucleic acids (2006-2016)

Consultant of qPCR instrumentation for the UK Biotechnology company Techne (2004-2009).


*Service as a referee for professional bodies, research councils or charitable foundations.*

Member of the grant-reviewing panel for the Biotechnology and Biological Sciences Research Council (BBSRC).

Grant reviewer for the World Cancer Research Fund.

Grant reviewer for Cancer Research (UK)

Assessor, EU 6th Framework programme

Grant reviewer for the Eli and Edythe L. Broad Foundations (Inflammatory Bowel Disease).

Grant reviewer for Innovation and Technology Commission, Government of the Hong Kong Special Administrative Region

Invited member of the Science Advisory Board and of the Human Proteomics Organisation.


**Peer reviewed Publications prior to 2012:**

https://pubmed.ncbi.nlm.nih.gov/?term=Bustin+S&filter=years.1993-2011&sort=date

**Since 2012:**

Bustin SA, Penning LC. (2012) Improving the analysis of quantitative PCR data in veterinary research. Vet J. 191:279-281.

Johnson GL, Bibby DF, Wong S,  Agrawal S, Bustin SA (2012) A MIQE-Compliant Real-Time PCR Assay for Aspergillus Detection PLoS ONE 7(7): e40022. doi:10.1371/journal.pone.0040022

Bustin, SA Murphy J (2013) Biomarkers in colorectal cancer Methods; 59:116-25.

Johnson G, Nolan T, Bustin SA. (2013) Real-time quantitative PCR, pathogen detection and MIQE. Methods Mol Biol. 943:1-16.

Huggett JF, Foy CA, Benes V, Emslie K, Garson JA, Haynes R, Hellemans J, Kubista M, Mueller RD, Nolan T, Pfaffl MW, Shipley GL, Vandesompele J, Wittwer CT, Bustin SA. (2013) The Digital MIQE Guidelines: Minimum Information for Publication of Quantitative Digital PCR Experiments. Clin Chem. 59:892-902

Johnson GL, Sarker SJ, Hill K, Tsitsikas DA, Morin A, Bustin SA, Agrawal SG. (2013) Significant Decline in Galactomannan Signal during Storage of Clinical Serum Samples. Int J Mol Sci. 14:12970-7

Al-Ramadhani S, Sai-Giridhar P, George D, Gopinath P, Arkoumani E, Jader S, Sundaresan M, Salgado R, Larsimont D, Bustin SA, Sundaresan V. (2013) Metasin-An Intra-Operative RT-qPCR Assay to Detect Metastatic Breast Cancer in Sentinel Lymph Nodes. Int J Mol Sci. 14:12931-52.

Bustin S. (2013) Transparency of reporting in molecular diagnostics. Int J Mol Sci. 14:15878-84.

9

El Zowalaty ME, Bustin SA, Husseiny MI, Ashour HM (2013) Avian influenza: virology, diagnosis and surveillance. Future Microbiol. 8:1209-27.

Moor H, Ofor O, Dhillon HS, Greenwood C, Bustin SA (2013) The Polymerase Chain Reaction (PCR) Innov Success 33:76-77

Bustin, SA et al. (2013) The need for transparency and good practices in the qPCR literature. Nature Methods 10:1063-1067

Dijkstra JR, van Kempen LC, Nagtegaal ID, Bustin SA. (2014) Critical appraisal of quantitative PCR results in colorectal cancer research: Can we rely on published qPCR results? Mol Oncol. 8:4 813-818

Bustin SA, Nicholls IA, Iba M. (2014) International journal of molecular science best paper award 2014. Int J Mol Sci. 15(1):1683-5.

Abdel Nour AM, Azhar E, Damanhouri G, Bustin SA. (2014) Five Years MIQE Guidelines: The Case of the Arabian Countries. PLoS One. 4;9:e88266.

Johnson G, Nour AA, Nolan T, Huggett J, Bustin S. (2014) Minimum information necessary for quantitative real-time PCR experiments. Methods Mol Biol. 1160:5-17

Johnson G, Ferrini A, Dolan SK, Nolan T, Agrawal S, Doyle S, Bustin SA. (2014) Biomarkers for invasive aspergillosis: the challenges continue. Biomark Med. 8:429-51.

Vrtačnik P, Kos S, Bustin SA, Marc J, Ostanek B. (2014) Influence of trypsinization and alternative procedures for cell preparation before RNA extraction on RNA integrity. Anal Biochem. 2014 463:38-44

Johnson GL, Sarker SJ, Bustin SA, Agrawal SG. (2014) Insufficient demonstration of long-term stability of Aspergillus galactomannan. J Clin Microbiol. 52:4118.

Huggett, J, O'Grady J Bustin S (2014) How to make Mathematics Biology's next and better microscope. Biomol. Det. Quant. 1 DOI: 10.1016/j.bdq.2014.09.001

Bustin S. (2014) The reproducibility of biomedical research: Sleepers awake! Biomol Detect and Quant 2:35-42

Bustin S, Dhillon HS, Kirvell S, Greenwood C, Parker M, Shipley GL Nolan T. (2015) Variability of the Reverse Transcription Step: Practical Implications. Clin. Chem. 61:202-212

Huggett J, O'Grady J, Bustin S (2015) qPCR, dPCR, NGS – A journey. Biomol Detect and Quant 3:A1-A5

Ruijter JM, Lefever S, Anckaert J, Hellemans J, Pfaffl MW, Benes V, Bustin SA, Vandesompele J, Untergasser A; RDML consortium. (2015) RDML-Ninja and RDMLdb for standardized exchange of qPCR data. BMC Bioinformatics. 16:197.

Greenwood C, Johnson G, Dhillon HS, Bustin S. (2015) Recent progress in developing proximity ligation assays for pathogen detection. Expert Rev Mol Diagn. May 8:1-7

Johnson GL, Sarker SJ, Nannini F, Ferrini A, Taylor E, Lass-Flörl C, Mutschlechner W, Bustin SA, Agrawal SG. (2015) Aspergillus-Specific Lateral-Flow Device and Real-Time PCR Testing of Bronchoalveolar Lavage Fluid: a Combination Biomarker Approach for Clinical Diagnosis of Invasive Pulmonary Aspergillosis. J Clin Microbiol. 3:2103-8

Greenwood C, Ruff D, Kirvell S, Johnson G, Dhillon HS, Bustin SA (2015) Proximity assays for sensitive quantification of proteins. Biomol Detect and Quant 4:10-16

Elliott TR, Rayment NB, Hudspith BN, Hands RE, Taylor K, Parkes GC, Prescott NJ, Petrovska L, Hermon-Taylor J, Brostoff J, Boussioutas A, Mathew CG, Bustin SA, Sanderson JD (2015) Lamina propria macrophage phenotypes in relation to Escherichia coli in Crohn's disease. BMC Gastroenterol. 15:75.

Dhillon HS, Johnson G, Shannon M, Greenwood C, Roberts D, Bustin S. (2016) Homogeneous and digital proximity ligation assays for the detection of Clostridium difficile toxins A and B. Biomol Detect Quantif. 10:2-8.

Bustin S. (2016) Science in the UK - where to now? Biomol Detect Quantif. 2016 9:A1-4.

Ansari WK, Parvej MS, El Zowalaty ME, Jackson S, Bustin SA, Ibrahim AK, El Zowalaty AE, Rahman MT, Zhang H, Khan MF, Ahamed MM, Rahman MF, Rahman M, Nazir KH, Ahmed S, Hossen ML, Kafi MA, Yamage M, Debnath NC, Ahmed G, Ashour HM, Masudur Rahman M, Noreddin A, Rahman MB. (2016) Surveillance, epidemiological, and virological detection of highly pathogenic H5N1 avian influenza viruses in duck and poultry from Bangladesh. Vet Microbiol. 193:49-59

Bustin SA, Huggett JF. (2017) Reproducibility of biomedical research - The importance of editorial vigilance. Biomol Detect Quantif. 11:1-3.

Bustin S (2017) The continuing problem of poor transparency of reporting and use of inappropriate methods for RT-qPCR Biomol Detect Quantif. 12:7-9

Bustin SA (2017) How to speed up the polymerase chain reaction. Biomol Detect Quantif. 12:10-14.

10

Bustin SA, Wittwer CT. (2017) MIQE: A Step Toward More Robust and Reproducible Quantitative PCR. Clin Chem 63:1

Bustin S, Huggett J. (2017) qPCR primer design revisited. Biomol Detect Quantif. 14:19-28.

Bustin S, Nolan T. (2017) Talking the talk, but not walking the walk: RT-qPCR as a paradigm for the lack of reproducibility in molecular research. Eur J Clin Invest. 47(10):756-774.

Sanders R, Bustin S, Huggett J, Mason D. (2018) Improving the standardization of mRNA measurement by RT-qPCR. Biomol Detect Quantif. 15:13-17.

Prattes J, Hoenigl M, Zinke SE, Heldt S, Eigl S, Johnson GL, Bustin S, Stelzl E, Kessler HH. (2018) Evaluation of the new AspID polymerase chain reaction assay for detection of Aspergillus species: A pilot study. Mycoses. 61(6):355-359.

Bustin SA, Nolan T. RT-qPCR Testing of SARS-CoV-2: A Primer. Int J Mol Sci. 2020 Apr 24;21(8):3004.

dMIQE Group, Huggett JF The Digital MIQE Guidelines Update: Minimum Information for Publication of Quantitative Digital PCR Experiments for 2020. Clin Chem. 2020 Aug 1;66(8):1012-1029.

Ilg MM, Stafford SJ, Mateus M, Bustin SA, Carpenter MJ, Muneer A, Bivalacqua TJ, Ralph DJ, Cellek S. Phosphodiesterase Type 5 Inhibitors and Selective Estrogen Receptor Modulators Can Prevent But Not Reverse Myofibroblast Transformation in Peyronie's Disease. J Sex Med. 2020 Oct;17(10):1848-1864.

Huggett JF, Benes V, Bustin SA, Garson JA, Harris K, Kammel M, Kubista M, McHugh TD, Moran-Gilad J, Nolan T, Pfaffl MW, Salit M, Shipley G, Vallone PM, Vandesompele J, Wittwer C, Zeichhardt H. Cautionary Note on Contamination of Reagents Used for Molecular Detection of SARS-CoV-2 Clin Chem. 2020 Nov 1;66(11):1369-1372.

Bustin SA, Mueller R, Nolan T. Parameters for Successful PCR Primer Design. Methods Mol Biol. 2020;2065:5-22.

Bustin S, Coward A, Sadler G, Teare L, Nolan T. CoV2-ID, a MIQE-compliant sub-20-min 5-plex RT-PCR assay targeting SARS-CoV-2 for the diagnosis of COVID-19. Sci Rep. 2020 Dec 17;10(1):22214

Bustin S, Mueller R, Shipley G, Nolan T. COVID-19 and Diagnostic Testing for SARS-CoV-2 by RT-qPCR-Facts and Fallacies. Int J Mol Sci. 2021 Feb 28;22(5):2459.

Bivins A, Kaya D, Bibby K, Simpson SL, Bustin SA, Shanks OC, Ahmed W. Variability in RT-qPCR assay parameters indicates unreliable SARS-CoV-2 RNA quantification for wastewater surveillance. Water Res. 2021 Aug 5;203:117516.

Bustin, S.; Kirvell, S.; Huggett, J.F.; Nolan, T. RT-qPCR Diagnostics: The "Drosten" SARS-CoV-2 Assay Paradigm. Int. J. Mol. Sci.2021, 22, 8702.

Whale AS, von der Heide EK, Kohlenberg M, Brinckmann A, Baedker S, Karalay O, Fernandez-Gonzalez A, Busby EJ, Bustin SA, Hauser H, Missel A, O'Sullivan DM, Huggett JF, Pfaffl MW, Nolan T. Digital PCR can augment the interpretation of RT-qPCR Cq values for SARS-CoV-2 diagnostics. Methods. 2021 Aug 26:S1046-2023(21)00204-8. PMID: 34454016

Bustin SA, Shipley GL, Kirvell S, Mueller R, Nolan T.  RT-qPCR Detection of SARS-CoV-2: No Need for a Dedicated Reverse Transcription Step. Int J Mol Sci. 2022 Jan 24;23(3):1303. doi: 10.3390/ijms23031303. PMID: 35163227

Bustin S, Bustin C, Kirvell S, Nolan T, Mueller R, Shipley G. Maximising the Use of Scarce qPCR Master Mixes. Int J Mol Sci. 2022 Jul 30;23(15):8486. doi: 10.3390/ijms23158486. PMID: 35955620

Untergasser A, Hellemans J, Pfaffl MW, Ruijter JM, van den Hoff MJB, Dragomir MP, Adamoski D, Dias SMG, Reis RM, Ferracin M, Dias-Neto E, Marsh I, Kubista M, Fabbri M, Goel A, Slabý O, Knutsen E, Chen B, Negrini M, Mimori K, Pichler M, Papatriantafyllou M, Anfossi S, Schmittgen TD, Huggett J, Bustin S, Vandesompele J, Calin GA; HEROIC (tHe initiativE gRoup On qRT dIsClosure) Consortium. Disclosing quantitative RT-PCR raw data during manuscript submission: a call for action. Mol Oncol. 2023 May;17(5):713-717. doi: 10.1002/1878-0261.13418. Epub 2023 Mar 27. PMID: 36916500

Bustin SA. Molecular Pathology, Diagnostics and Therapeutics: A Story of Success in 2022. Int J Mol Sci. 2023 Mar 6;24(5):5063. doi: 10.3390/ijms24055063. PMID: 36902493

Bustin SA. Remodelling qPCR as a tool for molecular diagnostics. Clin Lab. Int. 2023 May 5:10-13 (https://clinlabint.com/responding-to-a-global-health-crisis-the-evolution-of-the-lab/)

Bustin, S.A.; Jellinger, K.A. Advances in Molecular Medicine: Unravelling Disease Complexity and Pioneering Precision Healthcare. Int. J. Mol. Sci. 2023, 24, 14168. https://doi.org/10.3390/ijms241814168

### Books

Bustin SA (Ed). (2004) An A-Z manual of quantitative PCR, IUL Press, La Jolla, Ca USA.

Bustin SA (Ed), (2010) The PCR revolution, Cambridge University Press

Nolan T, Bustin SA (Eds) (2013) PCR Technology-Current Innovations (3rd Edition), CRC press, Boca Raton, Fl

## Book chapters

King, AMQ, Bustin, SA, Newman, JWI & McCahon, D (1987) Genetic recombination in RNA viruses In: The molecular biology of the positive strand RNA viruses. pp. 129-152 DJ Rowlands, MA Mayo & BWJ Mahy, Eds. Academic Press London

McKay, IA, Bustin, SA, Brown, KD (1998) Engineered growth factors and receptors, and their applications. In: Growth Factors and Receptors-a practical approach. pp 1-17. I.A. McKay and K.D. Brown, Eds. Oxford University Press, Oxford, U.K.

Bustin, SA (2002) Real-time reverse transcription polymerase chain reaction. In: Analysing Gene expression A Handbook of Methods: Possibilities and Pitfalls pp-345-358. S. Lorkowski and P. Cullen, Eds Wiley-VCH, Weinheim

Bustin, SA (2004) Meaningful Quantification of mRNA using real-time PCR. pp 225-233 In: PCR technology-current innovations (2nd Edition) HG Griffin, A Griffin Eds, CRC press, Boca Raton, Fl

Bustin, SA and Nolan T (2004) Analysis of mRNA expression by real-time PCR. pp 125-184 In: Methods in Real-time PCR. Saunders N, Logan L, Edwards K (Eds) Horizon Bioscience Wymondham, UK

Bustin SA (2004) Quantification of nucleic acids by PCR. pp 5-46. In: An A-Z manual of quantitative PCR, IUL Press, La Jolla, Ca USA.

Bustin, SA and Nolan T (2004) Good Laboratory Practice. pp 123-139. In: An A-Z manual of quantitative PCR, IUL Press, La Jolla, Ca USA.

Bustin, SA and Nolan T (2004) Template Handling, preparation and quantification. pp141--213. In: An A-Z manual of quantitative PCR, IUL Press, La Jolla, Ca USA.

Bustin, SA and Nolan T (2004) Chemistries. pp 215-278 In: An A-Z manual of quantitative PCR, IUL Press, La Jolla, Ca USA.

Bustin, SA and Nolan T (2004) Primers and probes. pp 279-327 In: An A-Z manual of quantitative PCR, IUL Press, La Jolla, Ca USA.

Bustin, SA and Nolan T (2004) Instrumentation. pp 329-357 In: An A-Z manual of quantitative PCR, IUL Press, La Jolla, Ca USA.

Bustin, SA and Nolan T (2004) Basic RT-PCR considerations pp 359-395 In: An A-Z manual of quantitative PCR, IUL Press, La Jolla, Ca USA.

Bustin, SA and Nolan T (2004) The RT step pp 397-438 In: An A-Z manual of quantitative PCR, IUL Press, La Jolla, Ca USA.

Bustin, SA and Nolan T (2004) Data analysis and interpretation pp 439-491 In: An A-Z manual of quantitative PCR, IUL Press, La Jolla, Ca USA.

Bustin, SA and Nolan T (2004) The qPCR does not work? pp 493-524 In: An A-Z manual of quantitative PCR, IUL Press, La Jolla, Ca USA.

Bustin, SA and Dorudi S (2004) Detection of "tissue-specific" mRNA in the blood and lymph nodes of patient without colorectal cancer pp 815-832 In: An A-Z manual of quantitative PCR, IUL Press, La Jolla, Ca USA.

Bustin, SA and Jenkins, PJ (2005) Colorectal cancer and the growth hormone/insulin-like growth factor-I axis. pp 83-114 In: Advances in Colorectal Cancer Nova Science Publishers, Inc. Hauppauge NY

Bustin, SA (2005) Real-time reverse transcription PCR. pp 1131-1135. In: Encyclopedia of Diagnostic Genomics and Proteomics. (J Fuchs and M Podda, Eds) Marcel Dekker Inc New York

Bustin, SA (2005) Real-time PCR. pp 1117-1125. In: Encyclopedia of Diagnostic Genomics and Proteomics. (J Fuchs and M Podda, Eds) Marcel Dekker Inc New York

Huggett J, Dheda K, Bustin SA (2006) Normalisation in "Real-time PCR". Editor: Tevfik Dvorak. Taylor and Francis Advances Methods, New York pp 83-91

Nolan T, Mueller R, Bustin SA. (2007) QPCR: Target Preparation in "Real-Time PCR in Microbiology: From Diagnosis to Characterization". Editor: Ian M. Mackay. Caister Academic Press. pp 71-99

Ian M. Mackay IM, Bustin SA, Andrade JM, Kubista M, Sloots TP. (2007) Quantification of Micro Organisms: Not Human, Not Simple, Not Quick in "Real-Time PCR in Microbiology: From Diagnosis to Characterization". Editor: Ian M. Mackay. Caister Academic Press. pp 133-182

Nolan T, Mueller R, Bustin SA (2007) qPCR: Template Preparation in "Real-Time PCR in Microbiology: From Diagnosis to Characterization". Editor: Ian M. Mackay. Caister Academic Press. pp 71-100

Nolan T, Bustin SA (2008) Quality Control of RNA Samples for use in Quantitative Reverse Transcription PCR: in "Analytical Molecular Biology: Quality and Validation, 2nd edition". Editor: Jacquie Keer. RSC Publishing London.

Bustin SA, Nolan T (2009) Analysis of mRNA Expression by Real-Time PCR in "Real-Time PCR: Current Technologies and Applications. Editor: Kirstin Edwards, Julie Logan and Nick Saunders. Caister Academic Press pp 111-135.

Bustin SA Kessler H (2010) Amplification and detection methods. In: Molecular Diagnostics of Infectious Diseases Editor: Herald Kessler. Walter de Gruyter Berlin/New York pp.53-66

Bustin SA, Zaccara S, Nolan T. (2012) An Introduction to the real-time polymerase chain reaction (qPCR) in: Quantitative Real-time PCR in Applied Microbiology. Editor: Martin Fillion Horizon Scientific Press pp.3-25

Bustin SA, Murphy J, Kessler H (2012) Amplification and detection methods. In: Molecular Diagnostics of Infectious Diseases (2ⁿᵈ Ed) Editor: Herald Kessler. Walter de Gruyter Berlin/New York pp53-68

Bustin SA and NolanT. (2013) Analysis of mRNA Expression by Real-time PCR. In: Real-Time PCR: Advanced Technologies and Applications. NA Saunders and MA Lee (eds) Caister Academic Press

Huggett J, Nolan T and Bustin SA (2013) MIQE: Guidelines for the Design and Publication of a Reliable Real-time PCR Assay. In: Real-Time PCR: Advanced Technologies and Applications. NA Saunders and MA Lee (eds) Caister Academic Press

Nolan T and Bustin SA (2013)  MIQE: Guidelines for Reliable Design and Transparent Reporting of Real-Time PCR Assays. In: PCR Technology: Current Innovations, Third Edition T Nolan and SA Bustin (eds) CRC Press

Bustin SA and Kessler H (2014) Amplification and detection methods. In: Molecular Diagnostics of Infectious Diseases (3rd Ed) Editor: Herald Kessler. Walter de Gruyter Berlin/New York

Bustin SA and Murphy J (2014) Genetic and Epigenetic Biomarkers of Colorectal Cancer In: Molecular Diagnostics: Current Research and Applications J Huggett and J O'Grady (Eds) Caister Academic Press

Johnson G, Abdel Nour, A, Nolan, T, Huggett, J and Bustin, SA (2014) Minimum Information necessary for quantitative real-time PCR experiments In: Quantitative real-time PCR Biassoni, R and Raso, A (Eds) Humana Press

**Interviews/web seminars/podcasts**

The Infectious Myth Podcast, Stephen Bustin on Challenges with RT-PCR, Apr. 14, 2020.

Clinical Chemistry Podcast, Interview with Carl T. Wittwer and Stephen A. Bustin on the MIQE Guidelines, Jun. 20, 2012.

The Scientist, Symposium: Detecting SARS-CoV-2 with qPCR, Basic considerations for SARS-CoV-2 testing by RT-qPCR, Sept. 8, 2020.

MacDonald, A., Technology Networks Diagnostics, RT-qPCR—Facts and Fallacies: An Interview With Professor Stephen Bustin, Mar. 10, 2021.

Finding Genius Podcast, Putting the Test to the Test?—Amplifying the Use and Implications of PCR Testing, Jun. 2, 2021.

**EXHIBIT B**

**Case Documents**

- Second Amended Class Action Complaint (April 7, 2021), *Gelt Trading, Ltd. v. Co-Diagnostics, Inc., et al.*; United States District Court for the Central District of Utah, Case No.: 2:20-cv-00368.

- Memorandum Decision and Order Granting in Part and Denying in Part Defendants' Motion to Dismiss (March 9, 2022), *Gelt Trading, Ltd. v. Co-Diagnostics, Inc., et al.*; United States District Court for the Central District of Utah, Case No.: 2:20-cv-00368.

- Transcript and Exhibits, along with Audio and Video Files, for Deposition of Brent Satterfield, Ph. (May 16, 2023), *Gelt Trading, Ltd. v. Co-Diagnostics, Inc., et al.*; United States District Court for the Central District of Utah, Case No.: 2:20-cv-00368.

- Defendant Co-Diagnostics, Inc.'s Answers and Objections to Plaintiff's First Set of Interrogatories (June 12, 2023), *Gelt Trading, Ltd. v. Co-Diagnostics, Inc., et al.*; United States District Court for the Central District of Utah, Case No.: 2:20-cv-00368.

**Press Releases and SEC Filings**

- Co-Diagnostics, Inc. *Co-Diagnostics, Inc. Receives CE Mark for Novel Coronavirus Test.* February 24, 2020, Press Release.

- Co-Diagnostics, Inc. *Co-Diagnostics, Inc. Receives FDA Emergency Use Authorization for COVID-19 Test.* April 6, 2020, Press Release.

- Co-Diagnostics, Inc. *Co-Diagnostics, Inc. Releases COVID-19 Test Performance Data: Consistently Demonstrates 100% Sensitivity and 100% Specificity Across Independent Evaluations.* May 1, 2020, Press Release (Including Attachments).

- Co-Diagnostics, Inc. *Co-Diagnostics, Inc. Announces Government Approvals and Increased Orders for COVID-19 Test Kits*, May 4, 2020, Press Release.

- Co-Diagnostics, Inc. *Co-Diagnostics, Inc. Releases Prepared Remarks for First Quarter 2020 Conference Call.* May 12, 2020, Press Release.

- Co-Diagnostics, Inc. Form 8-K, filed with the SEC on May 14, 2020, attaching Co-Diagnostics, Inc. May 14, 2020 Press Release and Earnings Call Transcript.

- U.S. Food and Drug Administration. *Coronavirus (COVID-19) Update: FDA Informs Public About Possible Accuracy Concerns with Abbott ID NOW Point-of-Care Test*, May 14, 2020, Press Release.

**News Articles**

- Tkach Tuzman, Karen. "Limits of detection for FDA-authorized COVID-19 diagnostics." BioCentury, April 1, 2020 (Including Table).

- Alberty, Erin, and Nate Carlisle. "'This is a potential public health disaster:' COVID-19 results from TestUtah.com are raising questions." The Salt Lake Tribune, April 30, 2020.

- Alberty, Erin. "TestUtah declines to join other Utah labs in accuracy check." The Salt Lake Tribune, May 14, 2020.

- Lenz, Lyz. "Investors bail on the company behind TestIowa's COVID-19 tests." The Gazette, May 20, 2020.

- Sun, Zhiyuan. "Is Co-Diagnostics' Stock in a Bubble?" The Motley Fool, May 20, 2020.

- Baird, Robert B. "How Utah's Tech Industry Tried to Disrupt Coronavirus Testing." The New Yorker, June 13, 2020.

**Additional Documents**

- CoDI_00009207–9291

- CoDI_00086792–6794

- CoDI_00004513–4514

- CoDI_00008071–8076

- CoDI_00026562–6564

- CoDI_00005050–5053

- CoDI_00008142–8143

- CoDI_00008156–8157

- CoDI_00005107–5118

- CoDI_00008168–8172

- CoDI_00073613–3616

- CoDI_00004220–4224

2

- CoDI_00250072–0127

- CoDI_00239322–9337

- CoDI_00239182–9191

- CoDI_00235406–5414

- CoDI_0087377–7408

- CoDI_00086164–6202

- CoDI_00019301–9371

- Access Genetics, LLC, OraRisk COVID-19 RT-PCR Emergency Use Authorization (EUA) Summary (July 18, 2021), available at https://www.fda.gov/media/140293/download#:~:text=The%20OraRisk%20COVID%2D19%20RT%2DPCR%20test%20is%20intended%20for,and%20Drug%20Administration%27s%20Emergency%20Use.

- Co-diagnostics Logix Smart COVID-19 Cross Reactivity Testing.xlsx, Bates-numbered CoDI_00001394

- Co-diagnostics Logix Smart COVID-19 LoD.xlsx, Bates-numbered CoDI_00001395

- Kurabo and Co-Diagnostics Logix Smart COVID-19 Patient Validation.xlsx, Bates-numbered CoDI_00002547

- Logix Smart COVID-19 Cross Reactivity Testing Run 1.micrun, Bates-numbered CoDI_00001396-1483

- Logix Smart COVID-19 Cross Reactivity Testing Run 2.micrun, Bates-numbered CoDI_00001484-1562

- Kurbo + Logix Smart COVID-19 Error Discrepancy.micrun, Bates-numbered CoDI_00001563-1642

- Kurbo + PathWest LDT Purple Gold Error Discrepancy.micrun, Bates-numbered CoDI_00001643-1717

- Logix Smart COVID-19 Patient Validation Run 1.micrun, Bates-numbered CoDI_00001718-1800

- Logix Smart COVID-19 Patient Validation Run 2.micrun, Bates-numbered CoDI_00001801-1882

3

- Logix Smart COVID-19 Patient Validation Run 3.micrun, Bates-numbered CoDI_00001883-1966
- Logix Smart COVID-19 Patient Validation Run 4.micrun, Bates-numbered CoDI_00001967-2046

- Logix Smart COVID-19 Patient Validation Run 5.micrun, Bates-numbered CoDI_00002047-2126

- Logix Smart COVID-19 Patient Validation Run 6.micrun, Bates-numbered CoDI_00002127-2207

- Logix Smart COVID-19 Sensitivity Run 1.micrun, Bates-numbered CoDI_00002208-2299

- Logix Smart COVID-19 Sensitivity Run 2.micrun, Bates-numbered CoDI_00002300-2386

- Logix Smart COVID-19 Sensitivity Run 3.micrun, Bates-numbered CoDI_00002387-2465

- Logix Smart COVID-19 Sensitivity Run 4.micrun, Bates-numbered CoDI_00002466-2546

4