# Exhibit 5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company, <br><br><br> Plaintiff, <br><br> v. <br><br> CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD, <br><br><br> Defendants. | Case No. 2:20-cv-00368-JNP-DBP <br><br> **DECLARATION OF DR. JENNIFER DIEN BARD IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> Judge Jill N. Parrish <br><br> Magistrate Judge Dustin B. Pead |

<u>**DECLARATION OF DR. JENNIFER DIEN BARD IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**</u>

**Dr. Jennifer Dien Bard** declares under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am a Professor of Pathology (Clinical Scholar) at the Keck School of Medicine at the University of Southern California in Los Angeles, California. In addition, for the past 11 years, I have worked at Children's Hospital Los Angeles (CHLA) as the Director of the Clinical Microbiology and Virology Laboratories; as of July, 2023, I am also the Interim Division Chief of Laboratory Medicine at CHLA. As part of my role as clinical director, I oversee all development, verification/validation studies, and implementation of clinical assays in CHLA's Microbiology and Virology Laboratories. I submit this Declaration Of Dr. Jennifer Dien Bard In Support of

Defendants' Motion For Summary Judgment. I declare that I have personal knowledge of the facts set forth herein and I could and would testify competently thereto if called as a witness at trial.

2.     On or about November 29, 2023, I signed and issued the Expert Report of Dr. Jennifer Dien Bard (the "**Dien Bard Expert Report**"). Attached hereto is a true and accurate copy of the Dien Bard Expert Report. I drafted and issued the Dien Bard Expert Report, which contains my expert opinions and sets forth the analyses that form the basis of my opinions. Attached to the Dien Bard Expert Report is a true and accurate copy of my curriculum vitae, which sets forth my qualifications to offer the opinions contained in the Dien Bard Expert Report. A true and accurate list of the materials I considered in forming the opinions expressed in the Dien Bard Expert Report is also attached thereto.

3.     I have personal knowledge of the facts stated in this Declaration and the facts and opinions contained in the Dien Bard Expert Report. If called as a witness at trial, I could and would competently testify to those facts and opinions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 9, 2024, at Los Angeles, California.

_____
                    Dr. Jennifer Dien Bard

2

4871-9100-6133.1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company, <br><br><br> Plaintiff, <br><br> v. <br><br> CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD, <br><br><br> Defendants. | Case No. 2:20-cv-00368-JNP-DBP <br><br> Judge Jill N. Parrish <br><br> Magistrate Judge Dustin B. Pead |

<u>**EXPERT REPORT OF DR. JENNIFER DIEN BARD**</u>

**November 29, 2023**

**TABLE OF CONTENTS**

**Page**

Scope of Assignment ............................................................................................... 1

Summary of Opinion.................................................................................................. 1

Qualifications, Remuneration, and Materials Considered ............................................ 2

    Expert Qualifications ........................................................................................... 2

    Remuneration for Expert Services ......................................................................... 4

    Materials Considered ........................................................................................... 4

OPINION .................................................................................................................. 4

    I.    The verification or validation required by CLIA-certified labs before using a diagnostic test as a clinical test for patients.................................................................... 4

        Verification ...................................................................................................... 5

        Validation........................................................................................................ 6

    II.    The selection process for new diagnostic tests ............................................... 8

    III.    Procuring, validating, and implementing PCR COVID-19 tests in the first few months of COVID-19 ..................................................................................... 11

    IV.    The way the May 1 Press Release described the Logix Test's performance was consistent with how manufacturers typically describe diagnostic test performance .... 14

Exhibit A:  Curriculum Vitae of Dr. Jennifer Dien Bard

Exhibit B:  Materials Considered

i

**Scope of Assignment**

I have been asked by Co-Diagnostics' counsel, Baker & Hostetler LLP, to (1) describe my experience directing the clinical microbiology and virology laboratories at a major hospital in the early months of the COVID-19 pandemic, and the process by which laboratories evaluated COVID-19 tests during that time, (2) explain which metrics are most important in determining which COVID-19 tests to use, and (3) offer my opinion as to whether the statements made in Co-Diagnostics' May 1 press release (the "May 1 Press Release") about the Company's Logix Smart COVID-19 Test ("Logix Test") were consistent with how other COVID-19 test manufacturers were speaking about their tests' performance at the time.

Specifically, below I utilize my diverse experience in my current role as well as prior experience and my formal education and training to discuss the challenges and intricacies of evaluating diagnostic testing systems for in vitro diagnostic use in independent diagnostic labs to identify infectious etiologies from clinical specimen obtained from patients. I also discuss my experience as director of the clinical microbiology and virology laboratories at a Medical Center throughout the pandemic as it pertains to verifying, validating, and implementing SARS-CoV-2 molecular (PCR) tests like the Logix Test to aid in the diagnosis of COVID-19. The opinions stated below are solely my own and not of my employer.

**Summary of Opinion**

A summary of my professional opinions in this matter are as follows:

1) Prior to implementation of a test for in vitro diagnostic use, laboratories are required to conduct a full verification or validation of the test to ensure that its performance characteristics in the lab seeking to implement it are sufficient for the lab's use. For these purposes, the most important performance measures are the test's

1

sensitivity and specificity, which describe the test's ability to correctly identify positive and negative samples compared to a reference method.

2)  The May 1, 2020 Press Release summarized sensitivity and specificity data from past independent evaluations of the Logix Test in a manner that is consistent with how diagnostic test manufacturers typically talk about test performance. Tests often show 100% sensitivity and specificity on independent lab verifications or validations—that does not mean the test is perfect or will perform perfectly in all circumstances. No one in the diagnostic testing industry would have understood the May 1 Press Release as promising 100% accuracy all of the time.

## Qualifications, Remuneration, and Materials Considered

### Expert Qualifications

I have a PhD in Medical Sciences, am a Diplomate of the American Board of Medical Microbiology and Fellow of the Infectious Diseases Society of America (IDSA). I am currently a Professor of Pathology (Clinical Scholar) at the Keck School of Medicine, University of Southern California. For the past 11 years, I have worked at Children's Hospital Los Angeles (CHLA) as the Director of the Clinical Microbiology and Virology Laboratories; as of July, 2023, I am also the Interim Division Chief of Laboratory Medicine at CHLA. As part of my role as clinical director, I oversee all development, verification/validation studies, and implementation of clinical assays in CHLA's Microbiology and Virology Laboratories.

CHLA's Microbiology and Virology laboratory services range from routine culture to high-complexity molecular testing including quantitative real-time polymerase chain reaction (RT-PCR) and next generation sequencing (NGS). We develop and perform clinical assays that were cleared by the U.S. Food and Drug Administration (FDA) for in vitro diagnostic use—

2

either for emergency use or through the regular approval process—as well as laboratory developed tests (LDTs). Throughout the COVID-19 pandemic, I led CHLA's diagnostic testing response, directing a team of clinical staff to develop, verify/validate, and offer a variety of molecular diagnostic tests (both assays that were granted emergency use authorization (EUA) by the FDA and modified EUA assays which were reclassified as LDTs) to detect SARS-CoV-2.

I am currently serving or have served on numerous professional committees and working groups for organizations including the National Academy of Science (NAS), the Infectious Diseases Society of America (IDSA), the Association for Molecular Pathology (AMP), the American Society for Microbiology (ASM), the Clinical and Laboratory Standards Institute (CLSI) and the Antimicrobial Resistance Leadership Group (ARLG). I am an Editor of ASM's journal *Clinical Microbiology Reviews* and an Associate Editor for the *Journal of Clinical Virology*, and I serve on the Editorial board of the *Journal of Clinical Microbiology*. I have published over 100 scientific papers and am a frequent speaker in the area of molecular diagnostics for the identification of infectious diseases/pathogens. My clinical research studies explore the application and effects of laboratory diagnostic testing, particularly molecular diagnostics like RT-PCR, on patient diagnosis, antimicrobial utilization, and overall clinical outcome.

Please find attached as Exhibit A my current Curriculum Vitae, which includes all cases in the previous four years in which I have testified by deposition or at trial as an expert. A list of my publications in the past ten years is included in my CV. My expert testimony has never been excluded by a court or other tribunal.

**Remuneration for Expert Services**

Compensation for my time reviewing materials and preparing reports is set at $600 per hour, and I will be paid $800 per hour for my time testifying at deposition and/or trial. My compensation is not in any way contingent on my conclusions or the outcome of this matter.

**Materials Considered**

In forming the opinions expressed in this report, I considered the materials referenced herein as well as those listed in Exhibit B hereto.

## OPINION

I.     **The verification or validation required by CLIA-certified labs before using a diagnostic test as a clinical test for patients**

All laboratories that perform diagnostic testing on individuals in the United States must be certified through the Clinical Laboratory Improvement Amendments (CLIA) with the primary goal of ensuring quality laboratory testing and reporting of patient results (1). In addition, laboratories may opt to pursue accreditation through such regulatory agencies as the College of American Pathologists (CAP) through the laboratory accreditation program which is a rigorous peer-to-peer inspection model that ensures compliance with CAP regulations.

For the past 11 years, I have directed the clinical microbiology and virology laboratories at a medical center. These laboratories are CLIA-certified and CAP-accredited, and are required to follow specific rules each time they seek to implement a new test for clinical use. Under my direction, the laboratories offer a vast variety of moderate and high-complexity molecular testing, including a number of RT-PCR diagnostic tests, similar to the Logix Test at issue in this litigation. I will focus on qualitive diagnostic tests in this report as it accurately reflects SARS-CoV-2 testing approaches.

CLIA requires that each CLIA-certified lab implementing a test for patient diagnosis must determine the test's performance specifications within that specific laboratory—i.e., it must pass a verification or validation study (1). This means that laboratories cannot solely rely on the performance specifications generated by the manufacturer and published in the package insert. They must independently confirm comparability in performance between the laboratory and the manufacturer. The extent of that confirmatory study depends on the complexity of the test as well as its classification (e.g., unmodified FDA-cleared vs LDT):

*Verification*: A verification is performed on tests that have been cleared by the FDA for in vitro diagnostic use and that have not been modified (i.e., the lab is performing the test precisely according to the manufacturer's instructions for use ("IFU") insert, without any modifications). Verification studies are straightforward and only require establishment of a few performance characteristics:

- o Accuracy: to confirm acceptable agreement between the test of interest and the comparator method which is often referred to as the "reference" method.
- o Precision: to confirm minimal variance observed when compared within a run, between each run performed and across operators.
- o Reportable range: to confirm that specimens that are positive at the lower and upper limit of a test's limit of detection as reported in the IFU can be detected. For qualitative tests, positive specimens near the upper and lower range would be reported as "detected."
- o Reference intervals: to confirm the normal result for the population. For example, "not detected" would be a normal result or value when testing for SARS-CoV-2, a qualitative RT-PCR test.

5

*Validation*: A validation is performed on FDA-cleared tests that the lab has modified in some way from the manufacturer's IFU, or for tests that have not been cleared by the FDA (a.k.a., laboratory developed tests ("LDTs")). In addition to accuracy, precision, reportable range and reference range, a validation requires two additional characteristics be established:

- o Analytical sensitivity: to determine the ability of the test to detect low concentration of an analyte. The users must determine the lowest concentration of analyte that can be consistently detected by a test at least 95% of the time. This is also classified as the limit of detection (LOD) of a test.

- o Analytical specificity: to determine the ability of the test to only detect the analyte of interest and is not affected by any sort of cross-reactivity (other analytes present in the specimen) or interference (i.e. bloody specimens).

Because of the more extensive work involved in completing a validation, many clinical laboratories opt to pursue implementation of unmodified FDA-cleared assays whenever possible, since this only requires a verification. This is not always possible, however, when supply chain issues make it difficult or impossible to acquire the materials required for unmodified implementation, as was the case for most of the first year of the COVID-19 pandemic. During that period, many labs around the country, including ours, were forced to modify the manufacturer's protocol for a particular COVID-19 diagnostic test in order to make substitutions for certain materials or devices. Any time we did so, we then had to perform a validation rather than a verification study on that diagnostic test.

Optimally, clinical specimens that are known to be positive or negative for the infectious targets of interest are used in the verification or validation study to determine the performance

characteristics of the new test. These known clinical specimens would have been tested previously by a reference method, which is often the current conventional test that is being offered within our laboratory. However, when positive clinical specimens are unavailable—as was the case early in the COVID-19 pandemic—laboratories instead use "contrived" patient specimens by seeding positive standard or controls into clinical specimens for the verification or validation. This is a well-accepted practice under CLIA and CAP (1). We include a range of positive specimens to ensure that the test can accurately detect strong and weak positives to establish the reportable range. In addition, we use clinical specimens that are negative or positive for other infectious targets to ensure that the new test demonstrates high specificity and no cross-reactivity issues.

Regardless of which type of evaluation is performed—verification or validation—both the test manufacturer and the labs that purchase the test expect that the labs will conduct their own studies to determine the performance characteristics of the test within their own laboratory space, using their own technical operators, to ensure that they can obtain comparable performance specifications to those previously established by the manufacturer and when compared to the reference method pre-determined by the laboratory. In most instances, a lab's internal verification or validation results are not published or shared with any outside parties. There are no expectations for labs to share validation/verification data with the manufacturer, and in my 14 years in this field, I do not recall voluntarily sharing validation/verification data with a test manufacturer, nor being requested by the manufacturer to do so. The manufacturer may infer how the test performed in the lab's evaluation from the labs' decision to implement the test or not. Although there are other factors that contribute to a lab's final decision whether to implement a test, including cost, hands-on time, time to result, etc., the performance

7

characteristics are a key factor. Assuming all other factors are sufficient, labs will only implement a test if the performance characteristics meet their expectations. If there were performance issues during the validation/verification, labs generally will work with the manufacturer to troubleshoot and determine potential issues that can be fixed. If the problems are not resolved, the lab will likely opt to forgo implementing the test and orders will not be placed. On the other hand, when a lab starts offering the test, the manufacturer can fairly assume that the lab's validation/verification studies showed acceptable performance characteristics.

## II.    The selection process for new diagnostic tests

One of my primary roles as Director of the Clinical Microbiology and Virology Laboratories is to investigate and assess novel diagnostic tests that would be appropriate to implement for patient testing at CHLA. I want to emphasize that this is often a lengthy and thoughtful process – from test selection, to evaluation, and finally to full verification or validation of the test, as described above. When investigating potential commercial tests, I search the literature for published studies, speak with colleagues that may have experience with the test, and speak with the sales representative or technical specialist. I consider multiple factors including, total hands-on time, time to result, FDA-clearance status, cost, instrumentation, reported performance specifications, and so on. Depending on the purpose of the test or the infectious disease analyte being targeted, the factors listed above may be prioritized differently. If there is enough interest and the test appears promising, it is common practice for laboratories to proceed with initial test evaluation followed by verification/validation studies.

As described above, the verification/validation process yields performance measures that show whether the test's performance meets the laboratories' requirements and is comparable to what the manufacturer has described. However, it is not expected for the verification/validation findings to be identical to the manufacturer's (or any other lab's) findings, as there are pre-

analytical and analytical variances that often lead to differences in results. Performance of the exact same test can differ significantly even amongst sophisticated CLIA-certified laboratories. A correspondence from the CAP Microbiology Committee that was published in 2021 highlighted the diverse results reported by 700 CLIA-certified clinical laboratories testing the same proficiency material that was produced from the same batch. The differences in cycle threshold (Ct)[1] were dramatic even amongst laboratories that were using the same test (2).

One would expect the differences in performance to be even more dramatic when using real patient samples collected in clinical settings. Testing of clinical specimens obtained from patients in clinical practice is very different from testing of contrived patient specimens through seeding of SARS-CoV-2 material. In a real-world clinical setting, pre-analytical variables that are outside of the laboratory's control often significantly impact performance, such as how the specimen was collected, what transport medium was used, specimen storage and duration of collection prior to testing. As a result, diagnostic tests on clinical specimens may show somewhat lower performance in independent lab validations or verifications and/or in clinical practice than they do in the manufacturer's own evaluations.

With all of this in mind, my colleagues and I review our verification/validation results to determine whether the tests under consideration demonstrate sufficiently high performance for use in our labs. While all required verification/validation criteria are important, for our purposes, the most important metrics for assessing test performance are how sensitive and specific it is—how well it differentiates between true positive and true negative samples. As mentioned above,

---

[1] Cycle threshold (Ct) value refers to the number of PCR cycles required for the fluorescence signal to be amplified at a high enough level that it crosses the threshold and is detectable. It can be considered a measure of how much analyte is present in the sample at the time of testing since a high pathogen load would require a lower number of Ct to cross the threshold.

tests that are qualitative and FDA-cleared do not require labs to determine the LOD. Even when labs are required to determine LOD, as in the case of an LDT, the measure obtained is documented in the validation report and test characteristics, but the sensitivity and specificity of the test remain paramount in determining test performance. If the test shows high sensitivity and specificity in our validation, that means the test can do what we need it to—correctly identify a broad range of strong and weak positive specimens and confirm negative in specimens with no analyte present.

Overall, my labs look for a new test to achieve at least 95% sensitivity and specificity on a verification/validation compared to the reference method before we feel comfortable implementing it, but we often see tests achieve 100% sensitivity and/or 100% specificity in our verifications/validations. This does not mean that the test will be 100% sensitive, 100% specific, or 100% accurate in every scenario: it is widely understood that even the best test will eventually return a false positive or false negative due to variables that are outside of the labs' control. When a test shows 100% sensitivity and/or specificity in our verification/validation, we do not expect that test to be 100% "perfect" in clinical practice, but it gives us a high level of confidence that the test can perform well for our diagnostic purposes.

On the opposite end of the spectrum, when a test shows significantly lower-than - expected sensitivity or specificity in the verification/validation process—i.e., outside of the statistical confidence intervals ("CI") for those measures provided by the manufacturer—then it is standard practice to assume that something went wrong with respect to the implementation of the testing protocol. The 95% CI indicates that there is 95% certainty that the true value will lie within the range of the CI. If a lab is generating data outside of the 95% CI, it would warrant further investigation and if not resolved, the lab would not implement the test. Labs typically

10

work with the manufacturer to try to identify and correct any non-test causes of the reduced performance. Due to the large number of factors and steps in molecular testing, there are many ways in which things can go wrong, and identifying the precise cause of lower-than-expected performance can take extensive investigation. For example, if a lab mistakenly deviated from the IFU by using a different sample volume for nucleic acid extraction or a different output volume when collecting the nucleic acid eluate (RNA or DNA that will be used for the PCR step), it can directly affect the sensitivity of the test. Similar compromise in sensitivity would also be witnessed if a lower volume eluate was added to the PCR reaction. And the same is true if steps were missed or not performed sufficiently, such as insufficient mixing of sample prior to extraction or not mixing reagents prior to PCR setup. All these deviations can affect the performance of the test, as can contamination at any step in the testing process. In most cases, with input from the manufacturer, the lab can identify the factor causing the lower-than-expected performance results and proceed with using the test.

### III.    Procuring, validating, and implementing PCR COVID-19 tests in the first few months of COVID-19

As the COVID-19 pandemic was a significant public health emergency, there was great urgency for laboratories to test for SARS-CoV-2, and the verification/validation process and implementation experience was dramatically different.[2] Early in the Winter of 2020 there were limited testing options available for laboratories to pursue. Although the FDA did allow laboratories to develop their own LDTs and seek emergency use authorization (EUA) for those tests, this proved difficult for many laboratories that did not have experience with LDTs or high-

---

[2] My role as Director of the Microbiology and Virology Laboratories put me right at the center of the COVID-19 response in the spring of 2020. Like all other major medical centers in the country, we worked hard to identify, source, verify/validate, and implement diagnostic testing for COVID-19 on a large enough scale to serve our patients.

complexity testing. Furthermore, it was nearly impossible for many laboratories to procure positive clinical specimens for verification/validation, especially early in the pandemic. Thus, many laboratories were dependent on manufacturers to offer commercial tests for SARS-CoV-2.

The CDC 2019-nCoV RT-PCR test ("CDC Test") was the first to be granted EUA by the FDA, and that was the first test that we implemented in our laboratory. Due to the difficulties in procuring positive clinical samples, our verification study consisted of contrived patient specimens derived from seeding SARS-CoV-2 material into universal transport media (UTM) at various concentrations. We calculated the sensitivity, specificity and overall accuracy of the test using contrived patient samples that were seeded with virus. Clinical specimens that were negative for all known viruses or positive for viruses other than SARS-CoV-2 were tested to determine the specificity of the test. We found that the CDC Test yielded sensitivity and specificity of 100% when tested against the known positive and negative samples. Because this was an FDA EUA test, it followed the same criteria as an FDA-cleared test, requiring only accuracy, precision, reportable range and reference interval. As such, we did not pursue additional performance specifications, such as LOD. As recommended for reportable range, successful detection of SARS-CoV-2 RNA in high and low positive specimens close to the upper and lower limit was assurance that the test could detect strong and weak positives. Due to the shortages in supplies and reagents, laboratories had to be particularly mindful of the amount of reagents that could be allocated to a verification/validation study at that time.

Similar to many institutions, to address the high volume of testing required, my laboratory had to procure, verify/validate, and implement several additional SARS-CoV-2 molecular assays in order to maintain sufficient testing capacity. Our laboratory implemented a total of five SARS-CoV-2 RT-PCR tests on different platforms throughout the pandemic.

Because there was no well-established "gold standard" with which to compare new tests, we (like many other labs) used the CDC Test as the reference method for the four remaining assays that were verified/validated and implemented in our laboratory. My laboratory did not evaluate or use the Logix Test at any point, but based on my review of materials provided by Co-Diagnostics in connection with this litigation, the Logix Test is a high-complexity RT-PCR test and the protocol appears to be similar to the high-complexity RT-PCR tests that were utilized in my laboratory.

To verify performance in our lab for each test, we used a minimum of 10 positive specimens, ranging from strong positives to weak positives, and 10 negative specimens, as was the recommended approach at the time for a SARS-CoV-2 verification study (3). This resource limitation is not usually a factor when performing routine verifications for non-SARS-CoV-2 tests, and often a higher number of specimens would be included in the verification study, but in the COVID-19 context of supply chain issues and resource constraints procuring even this smaller number of samples was challenging. My recollection is that all five of the SARS-CoV-2 assays we implemented showed 100% sensitivity and specificity compared to the reference method during our verifications/validations of those tests, as expected.

The five assays that were implemented in our laboratories were a range of moderate- and high-complexity tests. In contrast to the moderate-complexity tests that are often "closed systems," high-complexity tests are "open systems" meaning they require a separate extraction step, using a separate instrument to obtain the total nucleic acid, followed by PCR that is set up on a 96-well plate either manually or using automation. That 96-well plate is often open to the air in the lab and thus more vulnerable to contamination unless strict aseptic techniques are followed. These high-complexity tests are complicated, involving multiple steps at risk of

13

mistakes and contamination, particularly in cases of extremely high viral load. Highly trained personnel, along with quality control (QC) and quality assurance (QA) protocols, can help prevent, identify and/or mitigate the risks, but they cannot eliminate them completely, even in sophisticated labs. And these same risks caused major problems for many less sophisticated labs, without extensive high-complexity test experience, that sprung up around the United States to address the unmet demand for COVID-19 testing early in the pandemic. Many of these pop-up labs may not have had qualified or experienced personnel with appropriate training and competency, sufficient QC/QA protocols, or post-analytical review of results, and therefore may have been more prone to erroneously low performance when the lab attempted to validate or implement a high-complexity test (like the Logix Test), due to contamination or lab error.

IV.     **The way the May 1 Press Release described the Logix Test's performance was consistent with how manufacturers typically describe diagnostic test performance**

The May 1 Press Release described "COVID-19 test performance data demonstrating 100% sensitivity and 100% specificity, the metrics used to define accuracy in molecular diagnostic testing." In my view, this was simply a high-level summary of data reported to Co-Diagnostics from past independent evaluations of its test. Diagnostic tests routinely demonstrate 100% sensitivity and specificity on independent lab verifications and validations, but that does not mean that they are always 100% accurate. No diagnostic test performs perfectly all of the time, and no one in the diagnostic testing industry would have understood the May 1 Press Release as promising that the Logix Test would correctly identify all positive and negative patients in all circumstances. Laboratory experts understand the variables that may impact the sensitivity and specificity of a test during the verification/validation, but also post-

14

implementation. Not to mention that regulatory bodies (i.e., CLIA) require laboratories to independently test for the criteria mentioned above. And it is not surprising that the May 1 Press Release focused on sensitivity and specificity, because those are the most important metrics for evaluating real-world test performance.h

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Los Angeles, California, on November 29, 2023.

_____
Dr. Jennifer Dien Bard

15

## References

1. 42 CFR 493.1253, Standard: Establishment and verification of performance specifications.

2. Rhoads D, Peaper DR, She RC, Nolte FS, Wojewoda CM, Anderson NW, Pritt BS. College of American Pathologists (CAP) Microbiology Committee Perspective: Caution Must Be Used in Interpreting the Cycle Threshold (Ct) Value. Clin Infect Dis. 2021 May 18;72(10):e685-e686. doi: 10.1093/cid/ciaa1199. PMID: 32785682.

3. Mitchell SL, St George K, Rhoads DD, Butler-Wu SM, Dharmarha V, McNult P, Miller MB. Understanding, Verifying, and Implementing Emergency Use Authorization Molecular Diagnostics for the Detection of SARS-CoV-2 RNA. J Clin Microbiol. 2020 Jul 23;58(8):e00796-20. doi: 10.1128/JCM.00796-20. PMID: 32381642; PMCID: PMC7383533.

# Exhibit A

# CURRICULUM VITAE
## JENNIFER DIEN BARD, PHD, D(ABMM), FIDSA
### SEPTEMBER, 2023

## PERSONAL INFORMATION:

**Work**
4650 Sunset Blvd., MS 32
Los Angeles, CA 90027
Phone:(323) 361-5443
Fax: (323) 361-1519

Work Email: jdienbard@chla.usc.edu

## EDUCATION AND PROFESSIONAL APPOINTMENTS

### EDUCATION:

| | |
|---|---|
| 1998 | Diploma, St. Joseph Composite High School, Edmonton, Alberta, Canada |
| 2003 | BSc, Medical Laboratory Science, University of Alberta, Edmonton, Alberta, Canada |
| 2008 | PhD, Medical Sciences, University of Alberta, Edmonton, Alberta, Canada |

### POST-GRADUATE TRAINING:

| | |
|---|---|
| 2008-2010 | Fellowship, Medical and Public Health Microbiology, Dr. Michael Lewinski, Department of Pathology and Laboratory Medicine, University of California, Los Angeles, Los Angeles, CA |

### ACADEMIC APPOINTMENTS:

| | | |
|---|---|---|
| 2010-2012 | Assistant Professor | Pathology and Molecular Medicine, Queen's University, Kingston, Ontario, Canada |
| 2012-2017 | Assistant Professor | Clinical Pathology, Keck School of Medicine, University of Southern California, Los Angeles, USA |
| 2017-2018 | Associate Professor | Clinical Pathology, Keck School of Medicine, University of Southern California, Los Angeles, USA |
| 2018-Present | Associate Professor, Clinical Scholar | Pathology, Keck School of Medicine, University of Southern California, Los Angeles, USA |
| 2022-Present | Professor, Clinical Scholar | Pathology, Keck School of Medicine, University of Southern California, Los Angeles, USA |

### ADMINISTRATIVE APPOINTMENTS:

| | | |
|---|---|---|
| 2010-2012 | Clinical Microbiologist | Queen's University, Kingston General Hospital, Kingston, Ontario, Canada |
| 2012-Present | Director of Clinical Microbiology Laboratory | Children's Hospital Los Angeles, Los Angeles, USA |
| 2012-2016 | Interim Director of Clinical Virology Laboratory | Children's Hospital Los Angeles, Los Angeles, USA |
| 2015-Present | Program Director Medical and Public Health CPEP Fellowship | Children's Hospital Los Angeles, Los Angeles, USA |
| 2016-Present | Director of Clinical Virology Laboratory | Children's Hospital Los Angeles, Los Angeles, USA |
| 2016-2019 | Associate Chief of Research and Education | Children's Hospital Los Angeles, Los Angeles, USA |
| 2018-Present | Chair, Mentoring Committee | Children's Hospital Los Angeles, Los Angeles, USA |
| 2019-Present | Chief of Academic and Faculty Development | Children's Hospital Los Angeles, Los Angeles, USA |

| 2022-Present | Clinical Operations Director, Division of Laboratory Medicine | Children's Hospital Los Angeles, Los Angeles, USA |
| 2023-Present | Interim Chief, Division of Laboratory Medicine | Children's Hospital Los Angeles, Los Angeles, USA |

## LICENSURE, CERTIFICATIONS

### LICENSURE:

| 2009-Present | MTE0000942, California, Active |

### BOARD CERTIFICATION OR ELIGIBILITY:

| 2010 | American Board of Medical Microbiology, Active |

### SPECIALTY CERTIFICATION:

| 2011 | Fellow of Canadian Clinical Microbiology |

## HONORS, AWARDS:

| 2003 | Beckman and Coulter Electronics of Canada LTD for academic and technical achievements in Hematology | Beckman and Coulter Electronics of Canada LTD, 116 St & 85 Ave, Edmonton, Alberta, Canada, T6G 2R3 |
| 2004 | H.E. Bell Scholarship | University of Alberta, 116 St & 85 Ave, Edmonton, Alberta, Canada, T6G 2R3 |
| 2005 | The Graduate Intern Supplement Award | University of Alberta, 116 St & 85 Ave, Edmonton, Alberta, Canada, T6G 2R3 |
| 2005 | Graduate Research Assistantship | Medical Sciences, University of Alberta. 116 St & 85 Ave, Edmonton, Alberta, Canada, T6G 2R3 |
| 2006 | The J Gordin Kaplan Graduate Student Award | University of Alberta, 116 St & 85 Ave, Edmonton, Alberta, Canada, T6G 2R3 |
| 2006 | The Graduate Intern Supplement Award | University of Alberta, 116 St & 85 Ave, Edmonton, Alberta, Canada, T6G 2R3 |
| 2006 | Graduate Research Assistantship Funding Award | University of Alberta, 116 St & 85 Ave, Edmonton, Alberta, Canada, T6G 2R3 |
| 2006 | Graduate Research Assistantship | Medical Sciences, University of Alberta. 116 St & 85 Ave, Edmonton, Alberta, Canada, T6G 2R3 |
| 2007 | Bell McLeod Travel Award | University of Alberta, 116 St & 85 Ave, Edmonton, Alberta, Canada, T6G 2R3 |
| 2007 | Graduate Research Assistantship | Medical Sciences, University of Alberta, 116 St & 85 Ave, Edmonton, Alberta, Canada, T6G 2R3 |
| 2007 | Graduate Research Assistantship | Medical Sciences, University of Alberta, 116 St & 85 Ave, Edmonton, Alberta, Canada, T6G 2R3 |
| 2017 | Lab Director Travel Grant | Mass Spectrometry: Applications to the Clinical Lab Annual Conference, sponsored by Thermo Scientific, Palm Springs, California, United States, 92262. |
| 2018-19 | Elected Infectious Disease representative | Association of Molecular Pathology, Infectious Disease Division |
| 2019-22 | Elected Branch President | Southern California branch, American Society of Microbiology |
| 2021 | Top COVID-19 Research Organization in the greater Los Angeles area | Los Angeles Business Journal Healthcare Leadership Awards |

| | | | |
|---|---|---|---|
| 2022 | Elected Fellow of Infectious Diseases Society of America | Infectious Diseases Society of America | |

## TEACHING

### DIDACTIC TEACHING:

*Institution:  University of Alberta*

| | | | |
|---|---|---|---|
| 2005-2007 | Clinical Immunology | 2 Hrs. | Lecturer |
| 2006-2007 | Medical Microbiology Lab | 120 Hrs. | Teaching Assistant |

*Institution:  Queen's University*

| | | | |
|---|---|---|---|
| 2010-2011 | Pathology 310: Intro. To Pathology & Molecular Medicine | 4 Hrs. | Lecturer |
| 2010-2011 | Pathology Resident Lecture | 1 Hr. | Lecturer |

*Institution: Children's Hospital Los Angeles*

| | | | |
|---|---|---|---|
| 2012-Present | Pediatric Infectious Disease rounds and lecture | 40 Hrs. | Lecturer |
| 2013-Present | Clinical Genetic Molecular Biologist Scientist (CGMBS) lecture: Microbiology section | 6 Hrs. | Lecturer |
| 2015-Present | Pediatric Pathology Fellow Infectious Disease lecture | 4 Hrs. | Lecturer |
| 2015-Present | Medical Microbiology Fellow Lectures | 220 Hrs. | Lecturer |

### CME COURSES DEVELOPED

*Institution: Children's Hospital Los Angeles*

| | | | |
|---|---|---|---|
| 2013-2018 | Clinical Microbiology Board Reviews | 48 Hrs. | Co-developer, Lecturer |

*Institution: American Society for Microbiology*

| | | | |
|---|---|---|---|
| 2016 | Molecular Diagnostics of Infectious Diseases: A Practical Course for Clinical Laboratorians and Healthcare Providers | 9 Hrs. | Co-developer, Moderator |
| 2017 | Molecular Diagnostics: Applications for the Diagnosis of Infectious Diseases | 9 Hrs. | Co-developer, Moderator, Lecturer |
| 2020-2022 | ASM Microbes annual meeting, Clinical microbiology program | 60 Hrs. | Co-developer, Moderator |

*Institution: Association of Molecular Pathology*

| | | | |
|---|---|---|---|
| 2019-2020 | AMP Annual meeting: Infectious diseases program | 40 Hrs. | Co-developer, Moderator, Lecturer |

*Institution: Next Generation Summit*

| 2013-2023 | Advanced Diagnostics for Infectious diseases program; Diagnostic Stewardship session | 40 Hrs. | Co-developer, Moderator |

## UNDERGRADUATE, GRADUATE AND MEDICAL STUDENT (OR OTHER) MENTORSHIP:

| 2011-2012 | Ashton Trotman Grant | Undergrad | Evaluation of Optimal Storage Temperature, Time & Collection Swab For the Detection of Group B Streptococcus in Strep B Carrot Broth |
| 2011-2012 | Julia Krolik | MSc Student | Diagnosis of Clostridium Difficile Infection By Molecular Method |
| 2016-2017 | Deisy Contreras | PhD | Impact of Novel Molecular Detection of Shiga-toxin Producing E.coli In Pediatric Patients |
| 2020-2021 | Emily Gai | High school | COVID-19 related projects in pediatric patients. |
| 2022 | Isabelle Whetsel | High school | Detection of high inoculum cefazolin resistance in methicillin susceptible *Staphylococcus aureus* |

## POSTGRADUATE MENTORSHIP:

| 2012-2015 | Susanna Felsenstein, MD | *Pediatrician, NHS Teaching Hospital, London, United Kingdom* |
| 2012-2014 | Diala Faddoul, MD | *Pediatrician, Huntington Health Physicians, Pasadena, CA, USA* |
| 2015-2016 | Vikram Anand, MD, PhD | *Infectious Diseases Specialist, Cedars Sinai, Los Angeles, CA, USA* |
| 2015-2017 | Tam Van, PhD | *Director Microbiology & Assistant Professor, Harbor UCLA, Los Angeles, CA, USA* |
| 2015-2017 | Ajay Kasi, MD | *Pulmonology Attending, Emory University Hospital, Atlanta, GA, USA* |
| 2016-2018 | Samia Nacacche, PhD | *Director Microbiology, LabCorp, Seattle, WA, USA* |
| 2017-2018 | Javier Mestas, PhD | *Clinical Laboratory Scientist Specialist, Children's Hospital Los Angeles, CA, USA* |
| 2017-2019 | Chairut Vareechon, PhD | *Assistant Director Microbiology, Rutgers, New Jersey, USA* |
| 2018-2020 | Utsav Pandey, PhD | *Chief of Microbiology, Westchester Medical Center, New York, NY, USA* |
| 2018-2020 | Maria Santos, MD | *CHLA Hospitalist, Los Angeles, CA, USA* |
| 2019-2021 | Mimi Precit, PhD | *Associate Director, University of Kansas Medical Center, Kansas City, Kansas, USA* |
| 2019-2021 | Rebecca Yee, PhD | *Director Microbiology, George Washington University, Washington, DC, USA* |
| 2020-Present | Thao Truong, PhD | Assistant Director Microbiology, University of Washington, Seattle, Washington, USA |
| 2021-Present | John Fissel, PhD | Medicalt Director, Tricore Laboratory, Albuquerque, New Mexico, USA |
| 2022-Present | Lucas Osborn, PhD | 2nd  year CHLA Medical Microbiology Fellow |
| 2023-Present | Jacky Lu, PhD | 1st  year CHLA Medical Microbiology Fellow |

# SERVICE

## DEPARTMENT SERVICE:

| | | |
|---|---|---|
| 2014-Present | Chair, New Test Request Committee | Children's Hospital Los Angeles |
| 2015-2017 | Member, Scholarship Oversight Committee for Dr. Ajay Kasi | Children's Hospital Los Angeles |
| 2016-2017 | Member, Director of Clinical Chemistry Search Committee | Children's Hospital Los Angeles |
| 2017-2018 | Co-Chair, Mentoring Committee | Children's Hospital Los Angeles |
| 2017-Present | Member, Education Committee | Children's Hospital Los Angeles |
| 2018-2020 | Member, Scholarship Oversight Committee for Dr. Maria Santos | Children's Hospital Los Angeles |
| 2018-Present | Chair, Mentoring Committee | Children's Hospital Los Angeles |
| 2020-Present | Member, Scholarship Oversight Committee for Dr. Jessica Deas | Children's Hospital Los Angeles |
| 2020-Present | Member, Clinical Chemistry accredited training program | Children's Hospital Los Angeles |

## MEDICAL SCHOOL SERVICE:

| | | |
|---|---|---|
| 2010-2012 | Medical Student Panel Member, Medical Student Interview Committee | Queen's University, Kingston, Ontario |

## HOSPITAL OR MEDICAL GROUP SERVICE:

| | | |
|---|---|---|
| 2012-Present | Member, Antimicrobial Utilization Committee | Children's Hospital Los Angeles |
| 2012-Present | Member, Infection Control Committee | Children's Hospital Los Angeles |
| 2018-Present | Member, CCC Pneumonia MAP | Children's Hospital Los Angeles |
| 2018-Present | Member, Febrile Infant MAP | Children's Hospital Los Angeles |
| 2020-Present | Member, Command Centre Leadership | Children's Hospital Los Angeles |
| 2020-Present | Member, PLM COVID-19 Working group | Children's Hospital Los Angeles |
| 2021-Present | Member, Diversity, Equity and Inclusion Faculty Council | Children's Hospital Los Angeles |
| 2021-Present | Member, The George Donnell Society for Pediatric Scientists Steering committee | Children's Hospital Los Angeles |
| 2021-Present | Faculty Wellness Council | Children's Hospital Los Angeles |
| 2022-Present | Member, The George Donnell Society Research Transition Mentor | Children's Hospital Los Angeles |
| 2022-2023 | Member, Pediatrician-in-Chief and Chair of Pediatrics Search Committee | Children's Hospital Los Angeles |

## UNIVERSITY SERVICE:

| | | |
|---|---|---|
| 2007-2008 | Member, Search and Selection Comm. For Academic Chair | University of Alberta |
| 2008-2010 | Member, CPEP Committee | University of California Los Angeles |
| 2010 | Fellow, Antibiotic Stewardship Program | University of California Los Angeles |
| 2010-2012 | Microbiologist, Antimicrobial Use Working Group | Queen's University, Kingston, Ontario |
| 2022-2025 | Member, Clinical Sciences Panel of the University Committee on Appointments, Promotions, and Tenure | University of Southern California, Los Angeles, CA |

**PROFESSIONAL SERVICE:**

| | | |
|---|---|---|
| 2010-2013 | Member | National Molecular Diagnostics Users Group |
| 2012-2013 | Inspection Team Member | College of American Pathologists |
| 2011-2014 | Voting Member, M56 Document: Principles and Procedures for Detection of Anaerobes in Clinical Specimens | Clinical and Laboratory Standards Institute |
| 2012-2015 | Board Member | Southern California American Society for Microbiology |
| 2012-Present | Planning Committee | Southern California American Society for Microbiology Branch |
| 2015-2021 | Professional Development Committee | American Society for Microbiology |
| 2015-Present | Laboratory Medicine Best Practices (ASM-LMBP) | American Society for Microbiology |
| 2016-2018 | ORWG: antimicrobial agents compendium, Subcommittee on Antimicrobial Susceptibility Testing | Clinical and Laboratory Standards Institute |
| 2016-2018 | Laboratory Medicine Best Practices (ASM-LMBP): C. difficile infections | American Society for Microbiology |
| 2016-Present | Laboratory Medicine Best Practices (ASM-LMBP): Bloodstream infections | American Society for Microbiology |
| 2017 | Member, Response to Palmetto's draft of local coverage determination of Foodborne Gastrointestinal Panels Identified by Multiplex Nucleic Acid Amplification Tests | Association for Molecular Pathology |
| 2017-Present | Co-chair, Coagulase negative staphylococci Ad Hoc Working Group | Clinical and Laboratory Standards Institute |
| 2017-Present | Member, Methods Development and Standardization Working Group | Clinical and Laboratory Standards Institute |
| 2017-2018 | Infectious Diseases Multiplex testing Ad Hoc Working Group | Association for Molecular Pathology |
| 2017-2019 | Infectious Diseases Program Committee Representative | Association for Molecular Pathology |
| 2018-2021 | Voting Member, Document development committee on M47: Policies and Processes for Blood Culture | Clinical and Laboratory Standards Institute |
| 2018 | American Board of Medical Microbiology Exam Guest Item Writer | American Board of Medical Microbiology |
| 2018-2021 | Member, Economics Affairs Committee | Association for Molecular Pathology |
| 2019 | Molecular Pathology Economic Summit, Leadership member | Association for Molecular Pathology |
| 2019-2022 | Clinical Microbiology and Public Health Program Planning Committee Member | American Society for Microbiology |
| 2019-2020 | AMP Europe Organizing Committee, Advisor Member | Association for Molecular Pathology |
| 2020-2021 | Member, ARLG Pediatrics working group | Antimicrobial Resistance Leadership Group |
| 2020-2021 | Member, Publications Committee | Association for Molecular Pathology |
| 2020-2021 | Member, ARLG Diagnostics Committee | Antimicrobial Resistance Leadership Group |
| 2020-2022 | Expert committee member to examine the long-term health and economic effects of antimicrobial resistance in the United States | National Academies of Sciences, Engineering, and Medicine |
| 2020-2022 | Voting Member, Document development committee on M66: Methods for Active Surveillance of Multidrug-Resistant Organisms | Clinical and Laboratory Standards Institute |

| 2020-2022 | Voting Member, M56 Document: Principles and Procedures for Detection of Anaerobes in Clinical Specimens | Clinical and Laboratory Standards Institute |
| 2020-2022 | Member, Personnel Standards and Workforce Subcommittee | American Society for Microbiology |
| 2021-2022 | Member, Clinical and Public Health Microbiology Committee, Next Generation Sequencing working group | American Society for Microbiology |
| 2021-2023 | Contributor, GP50 Document: Clinical testing for early detection and management of sepsis | Clinical and Laboratory Standards Institute |
| 2021-2023 | Section Editor, Manual of Molecular and Clinical Laboratory Immunology | American Society for Microbiology |
| 2021-2025 | Member, Diagnostics Committee | Infectious Diseases Society of America |
| 2021-2028 | Member, Professional Relations Committee | Association for Molecular Pathology |
| 2021 | Member, Advocacy Day | Association for Molecular Pathology |
| 2022-2024 | Panelist, Streptococcus pharyngitis guideline panel | Infectious Diseases Society of America |
| 2022-2024 | Chair, Personnel Standards and Workforce Subcommittee | American Society for Microbiology |

## CONSULTANTSHIPS AND ADVISORY BOARDS:

| 2010-212 | Microbiology Consultant | Queen's Hospital Pathology Associates, Eastern Ontario |
| 2012-2017 | Key Opinion Leader | Meridian Bioscience |
| 2013, 2015 | Speaker | Bruker Daltronics |
| 2014-2015 | Speaker | BioFire Diagnostics |
| 2015 | Speaker | Quidel |
| 2016 | Advisory Board: Clinical Utility of Bordetella Molecular Diagnostics | DiaSorin Molecular LLC |
| 2016 | Microbiology Laboratory Director Advisory Board | Shionogi Inc. |
| 2016-2021 | Consultant | BioFire Diagnostics |
| 2017 | Consultant | DiaSorin Molecular LLC |
| 2017 | Expert panel | Accelerate Diagnostics, Inc |
| 2017 | Expert panel | Thermo Fisher Scientific |
| 2017 | Speakers Program | Cepheid |
| 2017 | Advisory Board, Molecular diagnostics and POCT | BioFire Dx |
| 2017 | Consultant | Luminex |
| 2018 | Advisory Board panel | Karius Dx |
| 2018 | Advisory Board panel | Accelerate Diagnostics, Inc |
| 2018 | Advisory Board, Trends | BioFire Diagnostics |
| 2019 | Advisory Board expert panel | Accelerate Diagnostics, Inc |
| 2020 | Advisory Board | Karius Dx |
| 2020 | Advisory Board | MelioLabs |
| 2020 | Advisory Board expert panel | Talis Biomedical Corporation |
| 2021 | Advisory Board expert panel | Stifel |
| 2021-2022 | Medical Reviewer | GenMark Diagnostics |
| 2022-2023 | Consultant | bioMerieux |
| 2022 | Consultant | Qiagen |
| 2022-2023 | Scientific Advisory Committee | Next Generation Summit |
| 2023-2024 | POCT Advisory Board | Becton Dickenson |
| 2023 | Advisory Board expert panel | Genetic Signatures |

| 2023 | Advisory Board expert panel | bioMerieux |

## DEPOSITIONS & TESTIMONY

| 01/10/2020 | Deposition Testimony before the Superior Court of the State of California County of Los Angeles. Olympus America Duodenoscope Cases. Case No. BC575450, BC575701, BC573665 and BC624923 |
| 12/22/2022 | Deposition Testimony before the Circuit Court of Mobile County, Alabama. Plaintiff vs University of South Alabama Health Services Foundation, USA Healthcare Management, LLC, Laboratory Corporation of America. Civil Action No. 2019-902353 |

## PROFESSIONAL SOCIETY MEMBERSHIPS:

| 2008-Present | American Society for Microbiology |
| 2008-Present | Southern California Branch American Society for Microbiology |
| 2008-Present | American Society for Clinical Pathology |
| 2010-Present | European Society of Clinical Microbiology and Infectious Diseases |
| 2010-Present | American Board of Medical Microbiology |
| 2016-Present | Association of Molecular Pathology |
| 2018-Present | Pediatric Infectious Diseases Society |
| 2019-Present | Infectious Diseases Society of America |
| 2022-Present | Academy of Clinical Laboratory Physicians and Scientists |

# RESEARCH AND SCHOLARSHIP

## EDITORSHIPS AND EDITORIAL BOARDS:

| 2015-2023 | Editorial Board | Journal of Clinical Microbiology |
| 2015-2018 | Editor | Journal of Medical Microbiology Case Reports |
| 2017-2018 | Invited Editor | The Journal of Applied Laboratory Medicine: Sepsis and Infectious Disease Special Issue |
| 2021-2022 | Editor | Microbiology Spectrum |
| 2021 | Editorial Board | Journal of Clinical Virology |
| 2021-2022 | Editorial Board | Clinical Microbiology Reviews |
| 2022-2024 | Associate Editor | Journal of Clinical Virology |
| 2022-2024 | Editor | Clinical Microbiology Newsletter |
| 2022-2028 | Editor | Clinical Microbiology Reviews |

## MANUSCRIPT REVIEW:

| 2013-Present | Lab Medicine |
| 2014-Present | Anaerobes |
| 2014-Present | Journal of Medical Microbiology |
| 2014-Present | Diagnostic Microbiology and Infectious Disease |
| 2015-Present | Journal of Clinical Pathology |
| 2015-Present | European Journal of Clinical Microbiology & Infectious Diseases |
| 2015-Present | International Journal of Infectious Diseases |
| 2015-Present | Infectious Diseases |
| 2015-Present | Journal of Intensive Care Medicine |
| 2016-Present | Clinical Microbiology and Infection |
| 2016-Present | Clinical Infectious Diseases |
| 2017-Present | Journal of Pediatric Infectious Diseases |
| 2017-Present | mSphere |
| 2017-Present | Journal of Clinical Virology |
| 2018-Present | PLOS one |
| 2018-Present | Journal of Applied Laboratory Medicine |
| 2019-Present | Pediatric Infectious Diseases Journal |
| 2019-Present | New England Journal of Medicine |

2020-Present    JAMA
2021-Present    Emerging Infectious Diseases journal


## GRANT REVIEWS:

| | | |
|---|---|---|
| 2015 | Wellbeing of Woman | Registered Charity England & Wales |
| 2015, 2016, 2017, 2018 | Non-HIV Infectious Agent Detection/Diagnostics, Food Safety, Sterilization, Disinfection and Bioremediation [ZRG1 IDM-V (12)] | National Institutes of Health |
| 2018 | Southern California Clinical and Translational Science Institute (SC CTSI) Pilot Funding Program | Southern California Clinical and Translational Science Institute (SC CTSI) |
| 2020 | TSRI COVID-19 Directed Research | Saban Research Institute, Children's Hospital Los Angeles |


## GRANT SUPPORT - CURRENT:

Grant No.:  NIH: OTA-21-015E (PIs: Mohandas, Dien Bard & Gai)          05/2023-5/2024
RECOVER Supplement Genomics Study          Percent Effort: 5%

Description: The strategic goal of the study is to rapidly enhance RECOVER COVID data power by exploring viral and host genomics influences on the phenotypic expression of COVID-19 infection and its sequelae in children of varied genetic ancestries.
Role: co-Principal Investigator


Grant No.:  NA (PI: Dien Bard)          12/2022-12/2023
Genetic Signatures          Percent Effort: 3%

Clinical Evaluation of the *EasyScreen*™ Essentials Respiratory Detection Kit (RP018/RP018-HT)
Description: Multi-center study to determine the performance characteristics of a new clinical test to stimultaneously detect pathogens that cause upper respiratory infections.
Role: Site Principal Investigator


Grant No.:  NA (PI: Dien Bard)          12/2022-12/2023
BioFire Diagnostics          Percent Effort: 3%

Evaluation of Accuracy and Ease of Use of the BioFire SpotFire Respiratory/Sore Throat Panel in a Near-Patient Setting
Description: Multi-center study to determine the performance characteristics of a new clinical test to stimultaneously detect pathogens that cause pharyngitis at the point of care (ED)
Role: Site Principal Investigator


Grant No.:  NIH R61 (PI: Chiu)          05/2022-5/2023
NIH R61          Percent Effort: 3%

PreVAIL kIds, Supplement award
Description: Uncovering Associations of Variant Infection with COVID-19 Disease Severity
Role: Site Principal Investigator


Grant No.:  N/A   (PI: Dien Bard)          12/2021-12/2022
Abbott Molecular          Percent Effort: 3%

Alinity m Resp-4-Plex Reproducibility and Clinical Testing Study Protocol
Description: Multi-center study to determine the performance characteristics of a new clinical test to stimultaneously detect respiratory pathogens including SARS-CoV-2. Data from study will be submitted to FDA to seek approval for in vitro diagnostic use.

Role: Site Principal Investigator

Grant No.:  N/A   (PI: Dien Bard)                                           11/2020-12/2022
BioFire Diagnostics, LLC                                                   Percent Effort: 1%

Prospective Clinical Evaluation of the BioFire Pneumonia 1.x Panel
Description: Multi-center study to determine the performance characteristics of a new clinical test to diagnose lower respiratory tract infections. Data from study will be submitted to FDA to seek approval for in vitro diagnostic use.
Role: Site Principal Investigator

Grant No.:  N/A  (PI:  Dien Bard)                                           12/2020-12/2022

ChromaCode                                                                 Percent Effort:  1%

Research and Development of the ChromaCode HDPCR COVID+ Panel-Direct
Description:  Multi-center study to aid in the development and optimization of the HDPCR COVID+ Panel. Data from study will allow for initiation of clinical trials for submission to FDA.
Role: Principal Investigator

Grant No.:  N/A  (PI:  Dien Bard)                                           03/2021-12/2022

Luminex Corporation                                                        Percent Effort:  1%

Research and Development of the VERIGENE II Central Nervous System *Flex* Assay
Description:  Multi-center study to aid in the development and optimization of the VERIGENE II CNS *Flex* Assay. Data from study will allow for initiation of clinical trials for submission to FDA.
Role: Principal Investigator

Grant No.:  N/A  (PI:  Dien Bard)                                           06/2021-12/2022
Luminex Corporation                                                        Percent Effort:  2%

Luminex ARIES Flu A/B & RSV + SARS_CoV-2, Clinical Trials
Description:  Multi-center study to determine the performance characteristics of the ARIES system and new clinical test to stimultaneously detect respiratory specimens. Data from study will be submitted to FDA to seek approval for in vitro diagnostic use.
Role: Site Principal Investigator

Grant No.:  N/A  (PI:  Dien Bard)                                           06/2021-12/2022

Luminex Corporation                                                        Percent Effort:  2%

Luminex Verigene II, RSP Flex, Clinical Trials
Description:  Multi-center study to determine the performance characteristics of the Verigene II system and new clinical test to stimultaneously detect respiratory specimens. Data from study will be submitted to FDA to seek approval for in vitro diagnostic use.
Role: Site Principal Investigator

Grant No.:  N/A  (PI:  Dien Bard)                                           10/2021-12/2022

Luminex Corporation                                                        Percent Effort:  2%

Verigene II Gastrointestinal (GI) panel in Symptomatic Patients, Clinical Trials
Description:  Multi-center study to determine the performance characteristics of a new test system and new clinical test to stimultaneously detect multiple pathogens directly stool specimens. Data from study will be submitted to FDA to seek approval for in vitro diagnostic use.
Role: Site Principal Investigator

GRANT SUPPORT - PAST:
Grant No.:  N/A  (PI: Dien Bard)                                            2013 and 2014

Webb Foundation, Cystic Fibrosis Center Grant                Percent Effort: 3%

The Role of Non-Tuberculosis Mycobacteria (NTM) in Children and Adults with Cystic Fibrosis

Description:  Investigate the clinical significance of the NTM *erm* genes isolated from patients with cystic fibrosis to potentially improve patient management and predict outcome of patients who are at increased risk of acquiring NTM infections.

Role: Co-Investigator, Mentor


Grant No.:  N/A  (PI: Dien Bard)                2013-2014

Nanosphere, Inc.                Percent Effort: 5%

Verigene Enteric Pathogens Nucleic Acid Test (EP) IUO Phase II Method Comparison Study.  Clinical trials for the direct detection of bacterial, viral and parasitic pathogens directly from stool specimens.

Description:  Multi-center study to determine the performance characteristics of a new clinical test to stimultaneously detect multiple pathogens directly from stool specimens.  Data from study will be submitted to FDA to seek approval for in vitro diagnostic use.

Role: Principal Investigator


Grant No.:  N/A  (PI: Dien Bard)                2013-2014

Nanosphere, Inc.                Percent Effort: 7%

Verigene Gram Positive Blood Culture Assay in Pediatric Population. Investigator initiated contract.

Description:  Investigator-initiated study to evaluate the impact of low blood volume collected in blood culture bottles on the performance of a direct from blood culture molecular assay.

Role: Principal Investigator


Grant No.:  N/A   (PI: Dien Bard)                2014

BioFire Diagnostics, LLC                Percent Effort: 5%

Prospective Clinical Evaluation of the FilmArray® Meningitis/Encephalitis (ME) Panel, Clinical Trials.

Description:  Multi-center study to determine the performance characteristics of a new clinical test to stimultaneously detect multiple pathogens directly from CSF samples obtained by lumbar puncture. Data from study will be submitted to FDA to seek approval for in vitro diagnostic use.

Role: Principal Investigator


Grant No.:  N/A   (PI: Dien Bard)                2015-2016

BioFire Diagnostics, LLC                Percent Effort: 2%

Evaluation of Estimated Patient Outcomes with Access to Rapid Molecular-Based Diagnostic Testing for Meningitis/Encephalitis

Description:  Multi-center pediatric study to retrospectively study the potential impact that the FilmArray meningitis/encephalitis panel in neonates presenting with signs and symptoms of meningitis.

Role: Site Principal Investigator


Grant No.:  N/A   (PI: Dien Bard)                2015-2016

Great Basin Scientific                Percent Effort: 4%

Portrait STEC Test Clinical Research Evaluation, Clinical Trials

Description:  Multi-center study to determine the performance characteristics of a new clinical test to detect shiga-toxin producing E. coli directly from stool specimen. Data from study will be submitted to FDA to seek approval for in vitro diagnostic use.

Role: Principal Investigator


Grant No.:  1R21AI107415-01A1  (PI: (Dominguez, Delfina; Li, Xiujun)                2015-2016

National Institutes of Health                Percent Effort: 2%

Design of Point of Care Device for the Rapid Diagnosis of Pertussis

Description:  Development of a novel point-of-care assay using loop-mediated isothermal amplification technology to diagnose whooping cough.
Role: Co-Investigator

Grant No.:  N/A   (PI: Dien Bard)                              2016-2017

Great Basin Scientific                                        Percent Effort:  4%

Bordetella pertussis research evaluation, Clinical Trials
Description:  Multi-center study to determine the performance characteristics of a new clinical test to detect multiple Bordetella species directly from specimen. Data from study will be submitted to FDA to seek approval for in vitro diagnostic use.
Role: Site Principal Investigator

Grant No.:  N/A   (PI: Dien Bard)                              2016-2017

Great Basin Scientific                                        Percent Effort:  4%

Stool Bacterial Pathogen Panel, Clinical Trials
Description:  Multi-center study to determine the performance characteristics of a new clinical test to detect bacterial pathogens directly from stool specimen. Data from study will be submitted to FDA to seek approval for in vitro diagnostic use.
Role: Site Principal Investigator

Grant No.:  N/A   (PI: Dien Bard)                              2015-2017
BioFire Diagnostics, LLC                                     Percent Effort: 10%

Measure of Patient Outcomes and Health Care Cost Analysis Following Implementation of the FilmArray® Gastrointestinal (GI) Panel, multi-center study.
Description: Multi-center pediatric study to determine the impact of a multiplexed molecular panel to diagnose gastroenteritis on physician's practice, patient management and outcome.
Role: Site Principal Investigator

Grant No.:  N/A   (PI: Dien Bard)                              2017

Luminex Corporation                                          Percent Effort:  2%

A Multi-site, Clinical Evaluation of the ARIES Group A Streptococcus Assay
Description:  Multi-center study to determine the performance characteristics of a clinical test to diagnose group A streptococcus pharyngitis. Data from study will be submitted to FDA to seek approval for in vitro diagnostic use.
Role: Site Principal Investigator

Grant No.:  N/A   (PI: Dien Bard)                              2016-2017

DiaSorin Diagnostics, LLC                                    Percent Effort: 4%

Simplexa™ Bordetella Direct: Clinical Agreement and Reproducibility studies, Clinical Trials
Description: Multi-center study to determine the performance characteristics of a new assay to simultaneously detect multiple pathogens directly from nasopharyngeal samples. Data from study will be submitted to FDA to seek approval for in vitro diagnostic use.
Role: Site Principal Investigator

Grant No.:  N/A   (PI: Dien Bard)                              2016-2018
BioFire Diagnostics, LLC                                     Percent Effort:  5%

Prospective Clinical Evaluation of the FilmArray® Lower Respiratory Tract Infection (LRTI), Clinical Trials
Description:  Multi-center study to determine the performance characteristics of a new clinical test to diagnose lower respiratory tract infections. Data from study will be submitted to FDA to seek approval for in vitro diagnostic use.
Role: Site Principal Investigator

Grant No.: 5351761301 (PI: Dien Bard)                         2017-2018

Southern California Clinical and Translational Science Institute     Percent Effort: 5%
(SC CTSI) Pilot Funding Program
Prevalence and Risk Factors Associated with Anaerobic Bacteremia in Children
Description:  To evaluate the implementation of an anaerobic blood culture for each aerobic blood culture, with the primary objective of describing the prevalence of anaerobic organisms causing BSI at CHLA, and to determine if appropriate treatments occur sooner for facultative organisms that grow faster in anaerobic culture.  Secondary objectives include determining risk factors for an anaerobic infection and septic shock, and describing the cost of inclusion of anaerobic culture for all blood culture orders.
Role: Principal Investigator


Grant No.:  N/A  (PI: Dien Bard)                                         2016-2018

BioFire Diagnostics, LLC                                         Percent Effort: 1%

FilmArray Trend Research Project Study, multi-center study
Description:  A national study to examine the epidemiology of upper respiratory infections, gastroenteritis and meningitis amongst institutions that utilize the FilmArray test system.
Role: Principal Investigator


Grant No.:  75D30119C02902 (PI: Ken Waites)                 2017-2018

U.S. Centers for Disease Control and Prevention             Percent Effort: 1%

Sentinel surveillance for *Mycoplasma pneumoniae*, multi-center study
Description:  A national study to survey macrolide-resistant *M. pneumoniae* in the United States between 2015 to 2018.
Role: Site Principal Investigator


Grant No.:  N/A  (PI:  Dien Bard)                                         2018-2019
Luminex Corporation                                         Percent Effort:  2%

Verigene II Gastrointestinal (GI) panel in Symptomatic Patients, Clinical Trials
Description:  Multi-center study to determine the performance characteristics of a new test system and new clinical test to stimultaneously detect multiple pathogens directly stool specimens. Data from study will be submitted to FDA to seek approval for in vitro diagnostic use.
Role: Site Principal Investigator
Grant No.:  RO1 AI117059   (PI: Gau, Vincent)                 2016-2019

GeneFluidics                                         Percent Effort:  2%

A fully integrated CentriFluidic system for direct bloodstream infection PID/AST
The goal of this study is to develop and clinically validate a CentriFluidic system for the rapid pathogen identification and antimicrobial susceptibility testing directly from whole blood.
Role: PI for Sub-award


Grant No.:  SB1 AI088756 (PI: Gau, Vincent)                 2016-2019

GeneFluidics                                         Percent Effort:  2%

Near patient molecular diagnostics test for infections
The goal of this study is to develop a CentriFluific system for the rapid pathogen identification and antimicrobial susceptibility testing directly from patient samples
Role: PI for Sub-award


Grant No.:  R44 HD084033 (PI: Gau, Vincent)                 2016-2019

GeneFluidics                                         Percent Effort:  2%

An antibiogram-based CentriCapillary system for neonatal sepsis PID and AST
The goal of this study is to develop a CentriFluidic system for the rapid pathogen identification and antimicrobial susceptibility testing directly from patient samples
Role: PI for Sub-award

Grant No.:  N/A   (PI: Dien Bard)                                         2018-2019
Luminex Corporation                                                    Percent Effort:  2%

A Multi-Site Clinical Evaluation of the ARIES MRSA/SA Assay with Nasal Swab Specimens

Description:  Multi-center study to determine the performance characteristics of a clinical test to detect MRSA from nasal samples. Data from study will be submitted to FDA to seek approval for in vitro diagnostic use.
Role: Site Principal Investigator


Grant No.:  N/A   (PI: Dien Bard)                                         2017-2019

BioFire Diagnostics, LLC                                              Percent Effort:  5%

Pilot Evaluation of the FilmArray® Childhood Systemic Infection (CSI) Panel

Description:  Multi-center study to determine the performance characteristics of a novel assay to detect viral and bacterial pathogens directly from whole blood. Data from study will allow for initiation of clinical trials for submission to FDA.
Role: Site Principal Investigator


Grant No.:  N/A  (PI:  Dien Bard)                                        2018-2019

Applied BioCode                                                      Percent Effort:  2%

Clinical Evaluation of a Respiratory Infection Pathogen Panel Assay System, Clinical Trials

Description:  Multi-center study to determine the performance characteristics of a new test system and new clinical test to stimultaneously detect multiple pathogens after extraction of nucleic acid from NP swab collected in UTM. Data from study will be submitted to FDA to seek approval for in vitro diagnostic use.
Role: Site Principal Investigator


Grant No.:  N/A  (PI:  Dien Bard)                                        2017-2020

BioFire Diagnostics, LLC                                              Percent Effort:  1%

Pilot Evaluation of the FilmArray® Bone and Joint Infection (BJI) Panel

Description:  Multi-center study to aid in the development and optimization of the FilmArray BJI Panel for testing of synovial fluid specimens. Data from study will allow for initiation of clinical trials for submission to FDA.
Role: Principal Investigator


Grant No.: N/A  (PI: Dien Bard)                                          2020

TSRI Intramural Support for COVID-19 Directed Research        Percent Effort:  2%

Genomic Epidemiology Study of COVID-19 in Los Angeles

Description:  Analysis of SARS-CoV-2 genomic sequences from Coronavirus disease 2019 (COVID-19) pandemic can offer insight into epidemic origin, worldwide distribution and relatedness of infections. We propose a genomic epidemiology study of an initial 100 specimens obtained from inpatients, outpatients, families and staff tested positive for COVID-19 in Los Angeles using viral whole-genome sequencing (WGS) and bioinformatics tools developed in the Center for Personalized Medicine (CPM) at Children's Hospital of Los Angeles (CHLA). This proposed study will assess the frequency of infection in LA County and enable identification of the origin of infection, which is critical for containment of the current pandemic.
Role: Principal Investigator


Grant No.:  N/A   (PI: Dien Bard)                                         2019-2020

Diagenode, LLC                                                       Percent Effort: 1%

A Multi-Site Evaluation of the Panther Fusion Bordetella Assay Clinical Performance

Description: Multi-center study to determine the performance characteristics of a new test system and new clinical test to stimultaneously.detect Bordetella species. Data from study will be submitted to FDA to seek approval for in vitro diagnostic use.
Role: Site Principal Investigator

Grant No.: N/A  (PI: Dien Bard)                          2020-2021

APIS Assay Technologies                                  Percent Effort: 1%

QIAstat-Dx Meningitis/Encephalitis Panel

Description: Multi-center study to aid in the development and optimization of the QIAstat-Dx Meningitis/Encephalitis Panel for testing of CSF specimens. Data from study will allow for initiation of clinical trials for submission to FDA.
Role: Principal Investigator

Grant No.: N/A  (PI: Dien Bard)                          11/2019-12/2021

BioFire Diagnostics, LLC                                 Percent Effort: 3%

Clinical Evaluation of the FilmArray GI Panel for use with Rectal Swabs

Description: Multi-center study to determine the performance characteristics of a new test system and new clinical test to stimultaneously detect pathogens associated with gastroenteritis from rectal swab. Data from study will be submitted to FDA to seek approval for in vitro diagnostic use.
Role: Site Principal Investigator

## INVITED LECTURES, SYMPOSIA, KEYNOTE ADDRESSES

| | | |
|---|---|---|
| 09/16 | McGregor Memorial Lecture | STAT3 upregulates TIMP1 expression and decreases invasiveness of breast cancer. University of Alberta, Edmonton, Alberta |
| 04/10 | Lecture | Moving the Microbiology Laboratory into the Molecular Age: Lessons from 2009. UCLA Medical Laboratory Science Week, Los Angeles, CA |
| 04/10 | Lecture | Detection of Multiple Respiratory Viruses by Molecular Method. California Association of Public Health Laboratory, San Francisco, CA |
| 06/11 | Lecture | Alternatives to Microscopy in the Diagnosis of Parasites. Gamma-Dynacare Medical Laboratory. Ottawa, Ontario, Canada |
| 07/11 | Lecture | Molecular Diagnostic Methods in Parasitology. Teleconference Network of Texas/University of Texas, TX |
| 07/11 | Lecture | Rapid Identification Methods of Common Pathogens: no black box required. Bugs for Lunch Seminar. Queen's University, Kingston, Ontario. Canada |
| 05/12 | Lecture | Molecular Diagnostic Assays for the Detection of Toxigenic Clostridium difficile Infection. Canadian Association for Clinical Microbiology and Infectious Diseases (CACMID) Annual meeting, Vancouver, Canada |
| 05/12 | Lecture | Optimization of Group B Streptococcus Recovery in StrepB Carrot Broth. Canadian Association for Clinical Microbiology and Infectious Diseases (CACMID) Annual meeting, Vancouver, Canada |
| 06/12 | Lecture | Implementation of illumigene C. difficile. Meridian Bioscience booth presentation, American Society for Microbiology General Meeting, San Francisco, CA |
| 06/12 | Lecture | Diagnosis and Prevention of Perinatal Group B Streptococcal Disease. Meridian Bioscience sponsored lecture. San Luis Obispo, CA |
| 07/12 | Lecture | Diagnosis of Fungal Infections using Pathology and Microbiology Findings. Teleconference Network of Texas/University of Texas, Austin, TX |
| 08/12 | Lecture | Diagnosis of Clostridium difficile Infections: What Clinicians Need to Know. Meridian Bioscience sponsored lecture. Santa Barbara, CA |
| 09/12 | Lecture | Diagnosis of Fungal Infections using Pathology and Microbiology Findings. California Association for Medical Laboratory Technology Seminar. Pasadena, CA |
| 11/12 | Lecture | Who done it? Clinical Microbiology Capers from the Real World. Beastly Bacteriology Brainteasers. Southern California American Society for Microbiology meeting, La Jolla, CA |
| 05/13 | Lecture | Mass Spectrometry in Clinical Microbiology. Hawaii ASCLS/CLMA Annual Meeting, Kaneohe, HI |
| 05/13 | Lecture | ABMM Review Course Workshop. American Society for Microbiology general meeting, Denver, CO |

| | | |
|---|---|---|
| 05/13 | Webinar | Group A Streptococcus – The Benefits of Molecular Detection. Webinar, Meridian Bioscience |
| 10/13 | Lecture | Rapid Diagnosis of Bloodstream Infections, DynaLife Dx Invited Speaker, Edmonton, Alberta, Canada |
| 10/13 | Webinar | Rapid Identification of Bloodstream Infections. Clinical Microbiology Portal's Hot Topic. Webinar, American Society for Microbiology |
| 12/13 | Lecture | Molecular: Taking Over the Microbiology Lab One Test At a Time, CGMBS course lecture, Children's Hospital Los Angeles, Los Angeles, CA |
| 05/14 | Lecture | Impact of the Verigene Gram-Positive Blood Culture Assay in a Tertiary Care Pediatric Hospital, 24th European Society of Clinical Microbiology and Infectious Diseases, Barcelona, Spain |
| 05/14 | Lecture | ABMM Review Course Workshop. American Society for Microbiology General Meeting, Boston, MA |
| 05/14 | Lecture | Clinical Microbiology for the Wee Ones: How Should We Adjust Our Practices to Best Serve Pediatric and Neonatal Patients. American Society for Microbiology General Meeting, Boston, MA |
| 06/14 | Lecture | Best Practices for Pediatric Microbiology Laboratory Workup. Microbiology Rounds, UCLA Health Systems, Los Angeles, CA |
| 10/14 | Lecture | Molecular Microbiology: From Head to Toe, Discovery, Research, Innovation and Education Conference, University of Alberta, Edmonton, Alberta, Canada |
| 10/14 | Lecture | Quality Controls for Molecular Panels. Southern California American Society for Microbiology Meeting, La Jolla, CA |
| 10/14 | Lecture | Approaches to Competency. Southern California American Society for Microbiology Meeting, La Jolla, CA |
| 10/14 | Lecture | How to Verify FDA-cleared Test. Southern California American Society for Microbiology meeting, La Jolla, CA |
| 10/14 | Lecture | Utility of the FilmArray Meningitis/Encephalitis Panel in a Hospital Setting. Southern California American Society for Microbiology meeting, La Jolla, CA |
| 11/14 | Lecture | MALDI-TOF MS in the Clinical Microbiology Laboratory. Southern California, American Association for Clinical Chemistry, Irvine, CA |
| 01/15 | Webinar | Molecular and Clinical Diagnosis of Group A Streptococcal Pharyngitis in Children. Webinar, Meridian Bioscience |
| 03/15 | Lecture | Molecular Detection of Beta-Hemolytic Streptococcus. Northern California American Society for Microbiology meeting, Pleasanton, CA |
| 03/15 | Lecture | Molecular and Clinical Diagnosis of Group A Streptococcal Pharyngitis in Children. Hosted by Meridian Bioscience, Los Angeles, CA |
| 06/15 | Lecture | ABMM Review Course Workshop. American Society for Microbiology general meeting, New Orleans, LA |
| 06/15 | Lecture | Molecular and Clinical Diagnosis of Group A Streptococcal Pharyngitis in Children. Hosted by Meridian Bioscience, Newport, CA |
| 07/15 | Webinar | Molecular Detection of Gram-Positive Bacteria and Resistance Genes in Pediatric Patients. CACMLE Microbiology Teleconferences, Webinar |
| 08/15 | Lecture | Novel Approaches to the Laboratory Diagnosis of Sepsis. 7th Annual Next Generation Dx Summit, Washington, DC |
| 10/15 | Lecture | MALDI-TOF MS: Full Integration in the Microbiology Laboratory. Southern California American Society for Microbiology meeting, La Jolla, CA |
| 11/15 | Webinar | Clinical Evaluation of the FilmArray Meningitis/Encephalitis Panel. CAP TODAY: How Syndromic Testing Can Improve Patient Care, Webinar |
| 12/15 | Lecture | From Culture to Molecular: What are your options?  Hosted by Quidel.  Los Angeles, CA |
| 03/16 | Lecture | Improving Laboratory Diagnosis of Infectious Diseases: Does Speed Matter? City Wide Pediatric Infectious Diseases Meeting, Los Angeles, CA |
| 03/16 | Lecture | Novel Approaches to Laboratory Diagnosis of Sepsis. 23rd International Molecular Med TRI-CON2016. San Francisco, CA |
| 03/16 | Lecture | Updates in Molecular Tests for Pediatric Patients. South California American Society for Microbiology Spring Symposium. Los Angeles, CA |

| | | |
|---|---|---|
| 04/16 | Lecture | Antimicrobial Susceptibility Challenges and Opportunities in the Treatment of Patients with Bloodstream Infections. The Association of Medical Microbiology and Infectious Diseases-Canadian Association for Clinical Microbiology and Infectious Diseases (AMMI-CACMID) Annual meeting, Vancouver, Canada |
| 04/16 | Presentation | Missed opportunities for treatment: implementation of molecular diagnostics for paediatric acute gastroenteritis (GE): the FilmArray GI panel IMPACT Study. 26th European Society of Clinical Microbiology and Infectious Diseases, Amsterdam, Netherlands |
| 06/16 | Lecture | ABMM Review Course Workshop. American Society for Microbiology Microbe general meeting, Boston, MA |
| 06/16 | Lecture | Future Microbiology-Predicting the Field in 2026. 116th American Society for Microbiology Microbe general meeting, Boston, MA |
| 06/16 | Presentation | Van TT, Lustestica M, Bowland B, Dien Bard J. Availability of 24/7 HSV PCR Test Directly Impacts Acyclovir Exposure. 116th American Society for Microbiology Microbe general meeting, Boston, MA |
| 06/16 | Lecture | Quiz Busters: Team Leader. 116th American Society for Microbiology Microbe general meeting, Boston, MA |
| 06/16 | Lecture | Syndromic Panels – Will They Revolutionize Care in 10 Years. 116th American Society for Microbiology Microbe general meeting, Boston, MA |
| 10/16 | Dexter Howard Memorial Lecture | Maximizing the Value of Blood Exam for Microbial Pathogens. 80th Southern California American Society for Microbiology Microbe general meeting, La Jolla, CA |
| 10/16 | Webinar | Molecular Syndromic Testing in the ER: Assessing the Impact on Pediatric Care, BioFire sponsored Webinar |
| 02/17 | Lecture | Emerging Technologies for Rapid Susceptibility Testing. 24th International Molecular Med TRI-CON2017. San Francisco, CA |
| 03/17 | Webinar | Laboratory Diagnosis of Viral Meningitis and Encephalitis: What are our options? DiaSorin Molecular sponsored Webinar |
| 04/17 | Webinar | Syndromic Panels – Holy Grail of Testing? Association of Public Health Laboratories sponsored Webinar |
| 05/17 | Lecture | Diagnosis of Fungal and Parasitic Infections: Microbiology vs Histopathology. Pediatric Pathology Didactic Session, Department of Pathology and Laboratory Medicine, Children's Hospital Los Angeles, Los Angeles, CA |
| 06/17 | Lecture | ABMM Review Course Workshop. American Society for Microbiology Microbe general meeting, New Orleans, LA |
| 06/17 | Lecture | Molecular diagnosis of meningitis and encephalitis: how to ensure quality results. 117th American Society for Microbiology Microbe general meeting, New Orleans, LA |
| 06/17 | Lecture | Impact of FilmArray Meningitis/Encephalitis panel at a tertiary care children's hospital. 2017 Syndromic Testing Symposia, BioFire sponsored talk, New Orleans, LA |
| 06/17 | Presentation | Naccache S, Van TT, Dien Bard J. Implementation of the FilmArray Meningitis/Encephalitis Panel at a Tertiary Care Children's Hospital. 117th American Society for Microbiology Microbe general meeting, New Orleans, LA |
| 06/17 | Lecture | Career Talk: Clinical Microbiology. 117th American Society for Microbiology Microbe general meeting, New Orleans, LA |
| 08/17 | Webinar | Approaches to Susceptibility Testing: Why Can't We Just Use PCR? American Society for Microbiology sponsored webinar series |
| 08/17 | Lecture | *Rapid Diagnostics for Antimicrobial Resistance.* 10th annual Next Generation Dx Summit, Washington, DC. |
| 09/17 | Presentation | Naccache S, Bender J, Desai J, Van TT, Meyers L, Jones J, Mongkolrattanothai K, Dien Bard J. Acute Flaccid Myelitis Cases Presenting During a Spike in Respiratory Enterovirus D68 Circulation: Case Series From a Single Pediatric Referral Center. European Society of Clinical Virology, Stresa, Italy. |
| 09/17 | Webinar | Algorithms? The FilmArray® Meningitis/Encephalitis (ME) Panel: Experience |

| | | |
|---|---|---|
| | | of a Tertiary Care Children's Hospital. CAP TODAY Webinar. |
| 10/17 | Presentation | Blaschke AJ, Holmberg K, Daly J, Leber A, Dien Bard J, Bourzac K, Kanack K. Retrospective Evaluation of Infants 1-60 Days Evaluated for Meningitis Using the FilmArray® Meningitis/Encephalitis (ME) Panel. IDWeek, San Diego, CA. |
| 10/17 | Lecture | Meet the Experts…Is There Only One Right Answer? 81st Southern California American Society for Microbiology Microbe general meeting, La Jolla, CA |
| 12/17 | Webinar | Merging Microbiology and Stewardship: CLSI updates on antimicrobial susceptibility testing and advances in detecting and managing *Clostridium difficile.* 5th annual SIDP/ACCP ID PRN/CLSI Webinar. |
| 12/17 | Webinar | Grand Rounds in Clinical Laboratory Microbiology and Infectious Disease, 2017: Ask the Experts. ASCLS Webinar. |
| 02/18 | Lecture | Molecular Diagnosis of CNS Infections: 25th International Molecular Med TRI-CON2018. San Francisco, CA. |
| 03/18 | Lecture | Paediatric Cases: Small Size, Big Problems. Northern California American Society for Microbiology meeting, Pleasanton, CA. |
| 04/18 | Lecture | Role of the Verigene System in the Diagnosis and Management of Bloodstream Infections. Hitachi sponsored session. Osaka, Japan. |
| 04/18 | Lecture | Role of the Verigene System in the Diagnosis and Management of Bloodstream Infections. Hitachi sponsored session. Toyko, Japan. |
| 04/18 | Lecture | Optimize Medical Treatment by Verigene System, Multiplex Molecular Test. Cherry Blossom Symposium. Morioka, Japan. |
| 06/18 | Lecture | Molecular Approaches to Diagnosing Pediatric Infections. ACLPS conference, Houston, TX. |
| 06/18 | Presentation | Dien Bard J, Nelson J, Mata K, Thorpe D, Novak-Weekley S. Group A Streptococcus using Colorex Strep A CHROMagar and WASPLab Chromogenic Detection Module. 118th American Society for Microbiology Microbe general meeting, Atlanta, GA. |
| 06/18 | Lecture | ABMM Review Course Workshop. 118th American Society for Microbiology Microbe general meeting, Atlanta, GA. |
| 06/18 | Lecture | Rapid Diagnosis of Urinary Tract Infections. Bacterioscan sponsored talk, Atlanta, GA. |
| 07/18 | Webinar | Meningitis/Encephalitis: Overcoming Diagnostic Challenges. Grand Rounds in Clincal Laboratory Microbiology and Infectious Disease, 2018. ASCLS Webinar. |
| 08/18 | Lecture | Rapid Diagnostics for Antimicrobial Resistance. Short course. 11th annual Next Generation Dx Summit, Washington, DC. |
| 08/18 | Lecture | Molecular Approaches to Diagnosing Meningitis and Encephalitis. 11th annual Next Generation Dx Summit, Washington, DC. |
| 09/18 | Lecture | Diagnosis of Influenza and Other Respiratory Viruses. CHLA Affiliates Network Conference, Los Angeles, CA. |
| 09/18 | Lecture | Diagnosis of Respiratory Tract Infections. 1st Congress of Global China Healthcare Network, Changsha, China. |
| 09/18 | Lecture | Molecular Approaches to Diagnosing Pediatric Infections. 1st Congress of Global China Healthcare Network, Changsha, China. |
| 10/18 | Lecture | Meningitis Clinical Objections. BioFire Diagnostics Global Sales Meeting, London, England. |
| 11/18 | Lecture | Meningitis/Encephalitis Syndromic Testing in the Clinical Setting: Is it Ready for Prime Time? Association for Molecular Pathology Meeting, San Antonio, Texas. |
| 11/18 | Lecture | Secret Life of Anaerobes: Confessions of an Underappreciated Bug. NYCASM annual meeting, Manhattan, New York. |
| 02/19 | Lecture | The Value of Rapid AST for Pediatric Patients. MEDLAB Middle East Exhibition and Congress, Dubai, UAE. |
| 03/19 | Lecture | Case Presentations: Pros and Cons to Rapid Susceptibility Testing. 26th International Molecular Med TRI-CON2018. San Francisco, CA. |
| 04/19 | Lecture | Meningitis/encephalitis Syndromic Testing in Pediatric Patients. BioFire Symposium. Los Angeles, CA. |

| 05/19 | Lecture | Integration of Fast Positive Blood Culture Diagnostics into the Clinical Microbiology Laboratory: Partnership with Antimicrobial Stewardship. Clinical Laboratory Collaborative Conference. Denver, CO. |
| 05/19 | Lecture | Challenges arising with implementation of Meningitis/Encephalitis Panels. PASCV Workshop, Savannah, GA. |
| 05/19 | Lecture | Role of the Clinical Microbiology lab when Providers want to create custom panels. PASCV Workshop, Savannah, GA. |
| 05/19 | Lecture | Syndromic Testing for Meningitis/Encephalitis: What have we learned? CVS BioFire Symposium, Savannah, GA. |
| 06/19 | Lecture | Syndromic Testing for Meningitis/Encephalitis: Tales from a Paediatric Medical Centre. European Meningococcal and Haemophilus Disease Society Congress, Lisbon, Portugal. |
| 06/19 | Lecture | ABMM Review Course Workshop. 119th American Society for Microbiology Microbe general meeting, San Franciso, CA. |
| 06/19 | Lecture | Career Talk: So you want to be a Microbiology Director. 119th American Society for Microbiology Microbe general meeting, San Francisco, CA. |
| 10/19 | Webinar | What the #$*% do I do with these results? CAP TODAY Webinar |
| 10/19 | Lecture | The Pros and Cons of Current Approaches to Susceptibility Testing: Genotypic vs. Phenotypic; CHLA Approach. 82nd Southern California American Society for Microbiology Microbe general meeting, La Jolla, CA |
| 03/20 | Lecture | From Bench to Bedside: Real-World Cases in Molecular Diagnostics for Infectious Diseases. 26th International Molecular Med TRI-CON2018. San Francisco, CA. |
| 05/20 | Webinar | COVID-19 Virtual Research Seminar Series. Development of Diagnostic Tools at CHLA. Keck School of Medicine of USC MESH Academy, Los Angeles, CA. |
| 08/20 | Lecture | Syndromic Testing For Meningitis/Encephalitis: Saga of the Love-Hate Relationship. 12th annual Next Generation Dx Summit. Virtual Meeting Due to COVID-19 Pandemic. |
| 08/20 | Lecture | The Challenges in Testing for COVID-19 and How do we Learn for the Next Pandemic. 12th annual Next Generation Dx Summit. Virtual Meeting Due to COVID-19 Pandemic. |
| 08/20 | Lecture | Advancing Multiplex Panels for Clinical Diagnostics 12th annual Next Generation Dx Summit. Virtual Meeting Due to COVID-19 Pandemic. |
| 08/20 | Lecture | AMP Virtual Lunch and Learn: Answering Patients' Question about COVID-19 and Testing. Virtual Meeting Due to COVID-19 Pandemic. |
| 08/20 | Webinar | SARS-CoV-2 Sequencing and Genomic Epidemiology Studies. Cambridge Innovation Institute Webinar. |
| 09/20 | Lecture | ABMM Review Course Workshop. 119th American Society for Microbiology Microbe general meeting, Virtual. |
| 09/20 | Presentation | COVID-19 Research Pilot Studies at CHLA. Research and Innovation Committee, Foundation Board of Trustees. Children's Hospital Los Angeles. |
| 02/21 | Lecture | From the Wee Ones and Beyond: Optimal Testing for Maximal Detection of SARS-CoV-2. 27th International Molecular Med TRI-CON2018. San Francisco, CA. Virtual Meeting Due to COVID-19 Pandemic. |
| 04/21 | Panel | ASM Virtual journal club. Impact of direct from blood culture susceptibility testing. American Society for Microbiology. Virtual Meeting. |
| 04/21 | Panel | How Schools Can Implement Safe In-Person Learning. Education week, BD sponsored session. Virtual Meeting. |
| 04/21 | Speaker | Reconciling Genotypic and Phenotypic Susceptibility Tests. Editors in Conversation. Journal Clinical Microbiology, American Society for Microbiology. Podcast. |
| 08/21 | Panel | Learning from This Pandemic and Preparing for the Next. Next Generation Dx Summit. Virtual Meeting Due to COVID-19 Pandemic. |
| 10/21 | Lecture | Understanding the Genomic Epidemiology of SARS-CoV-2 in Children. USC COVID-19 Pandemic Research Center's Strategic Planning meeting. Virtual Meeting. |
| 10/21 | Panel | Central Nervous System Disease in Patients with COVID-19: Does |

SpecificTesting for SARS-CoV-2 Play a Role? Pan American Society for Clinical Virology. Virtual Meeting.

| 10/21 | Lecture | So you have a discrepant genotypic and phenotypic AST result, what now? South Central Association for Clinical Microbiology. Virtual Meeting. |
| 11/21 | Lecture | SARS-CoV-2 Sequencing Symposia. Association for Molecular Pathology Annual meeting. CANCELLED DUE TO COVID-19. |
| 11/21 | Lecture | SARS-CoV-2 Genotyping: Transitioning from Surveillance to Clinical Applications. Association for Molecular Pathology Annual meeting. CANCELLED DUE TO COVID-19. |
| 02/22 | Webinar | Next-Generation Sequencing in Clinical Microbiology: Have We Reached Our Destination. GenomeWeb, sponsored by Thermo Fisher Scientific. |
| 02/22 | Lecture | SARS-CoV-2 Genotyping: How it started and how it's going. TSRI Research Seminar Series. Children's Hospital Los Angeles, Los Angeles, CA |
| 02/22 | Lecture | Wows and Woes of Molecular Testing for COVID. 29th International Molecular Med TRI-CON 2022. San Diego, CA. |
| 02/22 | Webinar | Next-Generation Sequencing in Clinical Microbiology: Have We Reached Our Destination? GenomeWeb Webinar, sponsored by Thermo Fisher |
| 04/22 | Webinar | Next-Generation Sequencing in Clinical Microbiology: Have We Reached Our Destination? Asia Pacific SARS Webinar, sponsored by Thermo Fisher |
| 05/22 | Webinar | The Impact of Multiplex Testing for Respiratory Infections in North America. Qiagen sponsored Webinar. |
| 06/22 | Lecture | Respiratory testing in the COVID-19 era: implementation and its challenges Washington, D.C. 360 Dx Virtual Roundtable. |
| 06/22 | Lecture | ABMM Review Course Workshop. American Society for Microbiology Microbe general meeting, Washington, D.C. |
| 10/22 | Lecture | Promises and Perils of New Beta-Lactam Agents: Considerations in the Micro Lab. IDWeek general meeting, Washington, D.C. |
| 10/22 | Panel | Diagnostic Clinical Cases. IDWeek general meeting, Washington, D.C. |
| 11/22 | Lecture | Next generation sequencing in Clinical Microbiology: Where we are and where we are going. Association for Molecular Pathology Corporate Workshop, Phoenix, AZ. |
| 01/23 | Lecture | Respiratory viral panel testing: utility of limited and large panels. bioMérieux North American Commercial Operations Meeting, Phoenix, AZ. |
| 02/23 | Lecture | Mentorship: What Do Young Investigators Need to Known. ASM Clinical Microbiology Open, Carlsbad, CA. |
| 03/23 | Lecture | ASM Virtual journal club. GI and Rectal NAA Testing. American Society for Microbiology. Virtual Meeting. |
| 03/23 | Lecture | Maximizing the Application of Molecular Diagnostics for Infectious Diseases. PITTCON conference, Philadelphia, PA. |
| 05/23 | Lecture | ABMM Review Course Workshop. American Society for Microbiology Microbe general meeting, virtual. |

## INVITED GRAND ROUNDS, CME LECTURES

| 04/05 | Pathology Grand Rounds | Clinical and Biological Significance of STAT3 Signaling in Breast Cancer. University of Alberta, Edmonton, Alberta |
| 04/06 | Pathology Grand Rounds | The In Vivo Effects of STAT3 Activation and a Look at Potential Downstream Targets in Breast Cancer. University of Alberta, Edmonton, Alberta, Canada |
| 12/09 | Pathology Grand Rounds | Respiratory Viruses and Pan-Resistant Bacteria: An Interesting Year in Microbiology. Pathology Grand Rounds. Queen's University, Kingston, Ontario. Canada |
| 07/11 | Infectious Disease Grand Rounds | Know Your Hospital Antibiogram. Infectious Disease Grand Rounds. Queen's University, Kingston, Ontario. Canada |
| 09/13 | Pathology Seminar | Molecular Diagnostics to the Rescue: When Traditional Microbiology is Just Not Enough. Pathology Seminar, Children's Hospital Los Angeles, Los Angeles, California |
| 09/13 | Pediatric Grand Rounds | Revolutionizing Diagnosis of Infectious Diseases in the Clinical Microbiology Laboratory, Pediatric Grand Rounds, Children's Hospital Los Angeles, Los Angeles, California |

| | | |
|---|---|---|
| 10/13 | Lab Medicine and Pathology Rounds | Revolutionizing Diagnosis of Bloodstream Infections in the Microbiology Laboratory, Laboratory Medicine and Pathology Rounds, Edmonton, Alberta, Canada |
| 01/15 | Pathology and Laboratory Medicine Grand Rounds | Direct Testing of Positive Blood Cultures: Methodologies and Impact. Department of Pathology and Laboratory Medicine Grand Rounds, The Children's Hospital of Philadelphia, Philadelphia, PA |
| 02/16 | Laboratory Medicine Grand Rounds | Improving Laboratory Diagnosis of Infectious Diseases: Does Speed Matter? Department of Laboratory Medicine Grand Rounds, University of Washington, Seattle, WA |
| 02/17 | Pathology and Laboratory Medicine Grand Rounds | Applications of Next Generation Sequencing in the Clinical Microbiology Setting. Department of Pathology and Laboratory Medicine Grand Rounds, Nationwide Children's Hospital, Columbus, OH |
| 07/18 | Microbiology Grand Rounds | Molecular Approaches to Diagnosing Pediatric Infections. Clinical Microbiology Grand Rounds, Loyola University Medical Center, Maywood, IL |
| 04/20 | Pathology and Laboratory Medicine Grand Rounds | How to Maximize the Application of Molecular Diagnostic for Pediatric Infections. University of California San Francisco, San Francisco, CA. CANCELLED DUE TO COVID-19 PANDEMIC |
| 05/20 | Pathology and Laboratory Medicine Grand Rounds | Development of a Robust Infrastructure for Mentorship in a Pediatric Academic Medical Center. Seattle Children's Hospital, Seattle, WA. CANCELLED DUE TO COVID-19 PANDEMIC |
| 05/20 | Pathology and Laboratory Medicine Grand Rounds | How to Maximize the Application of Molecular Diagnostic for Pediatric Infections. Akron Children's Hospital, Akron, OH. CANCELLED DUE TO COVID-19 PANDEMIC |
| 06/20 | Pathology and Laboratory Medicine Grand Rounds | Development of a Robust Infrastructure for Mentorship in a Pediatric Academic Medical Center. Boston Children's Hospital, Seattle, WA. CANCELLED DUE TO COVID-19 PANDEMIC |
| 09/20 | Laboratory Medicine Grand Rounds | How to Maximize the Application of Molecular Diagnostic for Pediatric Infections. Memorial Sloan Kettering Cancer Center, New York City, NY. CANCELLED DUE TO COVID-19 PANDEMIC |
| 02/21 | Pathology Residency Didactic Lecture | Diagnosis of Fungal Infections using Pathology and Microbiology Findings. University of Hawai'I at Manoa, Honolulu, HI (Virtual). |
| 09/21 | Pediatric Grand Rounds | Breaking Down the Alphabet Soup of COVID-19 Diagnostic and Variant Detection, Pediatric Grand Rounds, Children's Hospital Los Angeles, Los Angeles, California |
| 02/22 | Pathology Grand Rounds | Creating a Culture of Mentorship to Foster Academic Achievements. Pathology Grand Rounds, Medical College of Wisconsin, Milwaukee, Wisconsin. |
| 04/22 | Pathology Grand Rounds | Maximizing the Application of Molecular Diagnostics for Pediatric Infectious Diseases. Baylor Pathology Citywide Grand Rounds, Houston, Texas. |
| 12/22 | Infectious Diseases Grand Rounds | Susceptibility testing and antimicrobial resistance in Children. Memorial Sloan Kettering Cancer Center (MSKCC) and Weill Cornell Medicine (WCM), Manhattan, NY |
| 04/23 | Pathology Grand Rounds | Next-Generation Sequencing For Infectious Diseases Diagnosis: Have We Reached Our Destination? University of Southern California, Keck School of Medicine, Los Angeles, CA |

## THESIS:

| | | | |
|---|---|---|---|
| 2008 | PhD | University of Alberta | Pathogenesis of STAT3 in cancer |

## PUBLICATIONS:

\* INDICATES TRAINEES
\*\* INDICATE CO-FIRST OR CO-CORRESPONDING OR SENIOR AUTHORS

### REFEREED JOURNAL ARTICLES:

1. Lai R, Navid F, Rodriguez-Galindo C, Liu T, Fuller CE, Ganti R, **Dien J**, Billups C, Torchia E, Baker S, Khoury JD. STAT3 is activated in a subset of Ewing Sarcoma family of tumours. *J Pathol* 208(5):624-32, 2006. PMID 16463269
Generated data; Edited manuscript

2. **Dien J**, Amin HM, Chiu Neil, Wong W, Frantz C, Chiu B, Mackey JR, Lai R. Signal transducers and activators of transcription-3 up-regulates tissue inhibitor of metalloproteinase-1 expression and decreases invasiveness of breast cancer. *Am J Pathol* 169(2):633-42, 2006.  PMID 16877361
Conducted study; Generated data; Drafted manuscript; Edited manuscript

3. **Bard JD**, Gelebart P, Anand M, Amin HM, Lai R. Aberrant expression of IL-22 receptor 1and autocrine IL-22 stimulation contribute to tumorigenicity in ALK (+) anaplastic large cell lymphoma. *Leukemia* 22(8):1595-603, 2008.  PMID 18509351
Conducted study; Generated data; Drafted manuscript

4. Gelebart P, Anand M, Armanious H, Peters AC, **Bard JD**, Amin HM, Lai R. Constitutive activation of the Wnt canonical pathway in mantle cell lymphoma. *Blood* 112(13):5171-9, 2008. PMID 18787224
Generated data; Edited manuscript

5. **Bard JD**, Gelebart P**, Amin HM, Young LC, Ma Y, Lai R. Signal transducer and activator of transcription 3 is a transcriptional factor regulating the gene expression of SALL4. *FASEB* 23(5):1405-14, 2009.  PMID 19151334
Conducted study; Generated data; Drafted manuscript

6. Gelebart P, Zak Z, Anand M**, Dien Bard J**, Amin HM, Lai R. Interleukin-21 effectively induces apoptosis in mantle cell lymphoma through a STAT1-dependent mechanism. *Leukemia* 23(10):1836-46, 2009.  PMID 19494838
Generated data; Edited manuscript

7. **Bard JD**, Gelebart P, Anand M, Zak Z, Hegazy SA, Amin HM, Lai R. IL-21 contributes to JAK3/STAT3 activation and promotes cell growth in ALK-positive anaplastic large cell lymphoma. *Am J Pathol* 175(2):825-34, 2009.  PMID 19608866
Conducted study; Generated data; Edited manuscript

8. Kelesidis T, **Bard JD**, Humphries R, Ward K, Lewinski MA, Uslan DZ. (2010). First report of treatment of Anaerobiospirillium succiniciproducens bloodstream infection with levofloxacin. *J Clin Microbiol* 48(5):1970-3, 2010.  PMID 20305011
Generated data; Drafted manuscript

9. **Bard J Dien**, Deville JG, Summanen PH, Lewinski MA. Roseomonas mucosa isolated from bloodstream of pediatric patient. *J Clin Microbiol* 48(8):3027-9, 2010.  PMID 20534804
Conducted study; Generated data; Drafted manuscript

10. Humphries RM, Kelesidis T, **Bard JD**, Bhattacharya D, Lewinski MA. Successful treatment of pan-resistant Klebsiella pneumoniae pneumonia and bacteremia with a combination of high-dose tigecycline and colistin: a case report and brief review of the literature. *J Med Microbiol* 59(11):1383-6, 2010. PMID 20688947
Generated data; Edited manuscript

11. Gelebart P, Zak Z, **Dien-Bard J**, Anand M, Lai R. Interleukin 22 Signaling Promotes Cell Growth in Mantle Cell Lymphoma. *Transl Oncol* 4(1):9-19, 2011.  PMID 2286373
Generated data; Edited manuscript

12. **Bard JD**, Lewinski MA, Summanen PH, Deville JG. Sepsis with prolonged hypotension due to Moraxella osloensis in a non-immunocompromised child. *J Med Microbiol* 60(Pt 1):138-41, 2011.  PMID 20829400
Conducted study; Generated data; Drafted manuscript

13. Hariadi N, Yeganeh N, **Bard JD**, Ching N: Visual diagnosis: Stool Passage of a White Ribbonlike Object in an Adventurous Eater. *Pediatr Rev* 32(8):79-82, 2011.  PMID 21807871
Generated data; Drafted manuscript

14. Trotman-Grant A*, Raney T, **Bard JD**. Evaluation of Optimal Storage Temperature, Time and Transport Medium for Detection of Group B Streptococcus in StrepB Carrot Broth. *J Clin Microbiol.* 50(7):2446-9, 2012. PMID 22518853
Conducted study; Mentored 1st author; Edited manuscript

15. Mestas J, Polanco CM, Felsenstein S, **Bard JD**. Performance of the Verigene Gram-Positive Blood Culture Assay for the Direct Detection of Gram-Positive Organisms and Resistance Markers in a Pediatric Hospital. *J Clin Microbiol*, 52(1): 283-7, 2014. PMID: 24131696
Conducted study; Mentored 1st author; Drafted manuscript

16. **Bard JD**, Gold H, Limbago B, Hindler J. Rationale for Eliminating Staphylococcus Breakpoints for beta-Lactam Agents Other Than Penicillin, Oxacillin or Cefoxitin, and Ceftaroline. *Clin Infect Dis* 58(9):1287-96, 2014. PMID: 24457339
Conducted study; Generated data; Drafted manuscript

17. **Dien Bard J**, Mangahis A, Hofstra T, Bender J. First case report of bloodstream infection by Rhizomucor pusillus in a child with hemophagocytic lymphohistiocytosis. *Med Mycol Case Reports* 4;5:20-3, 2014. PMID: 24967155
    Conducted study; Generated data; Drafted manuscript

18. Mestas J*, Felsenstein S, **Bard JD**: Direct identification of bacteria from positive BacT/ALERT blood culture bottles using matrix-assisted laser desorption ionization-time of flight mass spectrometry. *Diagn Microbial Infect Dis*. 80(3):193-6, 2014. PMID: 25139844
    Conducted study; Mentored 1st author; Drafted manuscript

19. Felsenstein S, Faddoul D, Sposto R, Batoon K, Polanco CM, **Bard JD**: Molecular and Clinical Diagnosis of Group A Streptococcal Pharyngitis in Children. *J Clin Microbiol*. 52(11):3884-9, 2014. PMID: 25143573
    Conducted study; Mentored 1st author; Edited manuscript

20. Tatarinova TV, Salih B, **Bard JD**, Cohen I, Bolshoy A: Lengths of Orthologous Prokaryotic Proteins are Affected by Evolutionary Factors. *BioMed Research International*. vol. 2015, Article ID 786861, 11 pages, 2015. doi: 10.1155/2015/786861. PMID: 26114113.
    Edited manuscript

21. Pannaraj PS, **Bard JD**, Cerini C, Weissman SJ. Pediatric Carbapenem-resistant Enterobacteriaceae in Los Angeles, California, a High-prevalence Region in the United States. *Ped Infect Dis J*. 34(1):11-6, 2015. PMID: 25093977
    Generated data; Edited manuscript

22. Gallagher LC, Roundtree SS, Lancaster DP, **Bard JD**, Roberts AL, Bonomo R, Sullivan KV. Performance of the CLSI Carba NP and the Rosco CARB Screen Assays Using North American Carbapenemase-Producing Enterobacteriaceae and Pseudomonas aeruginosa Isolates. *J Clin Microbiol*. 53(10):3370-3, 2015. PMID: 26269624
    Generated data; Edited manuscript

23. Wu MT, Burnham CA, Westblade LF, **Bard JD**, Lawhon SD, Burd E, Hindler J, Humphries RM. Evaluation of Oxacillin and Cefoxitin Disk and MIC Breakpoints for Prediction of Methicillin Resistance in Human and Veterinary Isolates of Staphylococcus intermedius Group. *J Clin Microbiol*, 54(3):535-42, 2016. PMID: 26607988.
    Generated data; Edited manuscript

24. Mestas J*, Quias T, **Bard JD**: Direct Identification of Aerobic Bacteria by Matrix-Assisted Laser Desorption Ionization Time-of-Flight Mass Spectrometry is Accurate and Robust. *J Clin Lab Anal*, 30(5):543-51, 2016. PMID: 26667992.
    Conducted study; Mentored 1st author; Drafted manuscript

25. Humphries RM and **Bard JD**. Point-Counterpoint: Reflex Cultures Reduce Laboratory Workload and Improve Antimicrobial Stewardship in Patients Suspected of Having Urinary Tract Infections? *J Clin Microbiol*, 54(2):254-8, 2016. PMID: 26659213.
    Drafted manuscript

26. Felsenstein S*, Bender JM, Gentry M, Takemoto C, **Bard JD**: Impact of a Rapid Blood Culture Assay for Gram-Positive Identification and Detection of Resistance Markers in a Pediatric Hospital. *Arch Pathol Lab Med*, 140(3):267-75, 2016. PMID: 26927722.
    Conducted study; Generated data; Mentored 1st author; Drafted manuscript

27. **Bard JD** and McElvania-Tekippe E. Mini-review: Diagnosis of Blood Stream Infections in Children. *J Clin Microbiol*, 54(6):2251-61, 2016. PMID: 26818669.
    Drafted manuscript

28. Xiao Y, Fu X, Pattengale P, **Bard JD**, Xu YK, O'Gorman MR. A sensitive LC-MS/MS method for the quantification of urinary 8-iso-prostaglandin F2α (8-iso-PGF2α) including pediatric reference interval. *Clin Chim Acta*, 1;460:128-34, 2016. PMID: 27372210.
    Edited manuscript.

29. Leber AL, Everhart K, Balada-Llasat JM, Cullison J, Daly J, Holt S, Lephart P, Salimnia H, Schreckenberger PC, DesJarlais S, Reed SL, Chapin KC, LeBlanc L, Johnson JK, Soliven NL, Carroll KC, Miller JA, **Bard JD**, Mestas J, Bankowski M, Enomoto T, Hemmert AC, Bourzac KM. Multicenter Evaluation of BioFire FilmArray Meningitis/Encephalitis Panel for Detection of Bacteria, Viruses, and Yeast in Cerebrospinal Fluid Specimens. *J Clin Microbiol*, 54(9):2251-61, 2016. PMID: 27335149.
    Generated data; Edited manuscript

30. Van TT, Quias T, Polanco CM, **Dien Bard J**. Disseminated Case of Coccidioidomycosis in a Two-Month Old Male, *J Med Microbiol Case Rep*, 2016. Doi: 10.1099/jmmcr.0.005029.

31. Chen N, Trost M, **Dien Bard J**, Bender J, Corden M. Something doesn't smell right: When a patient with empyema isn't responding to guideline-based management, *Hospital Pediatrics*, 6(11):702-6, 2016. PMID: 27742739.

32. Anand V*, Holmen J, Neely M, Pannaraj P, **Bard JD**. The Brief Case: Neonatal Meningitis Caused by Listeria monocytogenes Diagnosed by Multiplex Molecular Panel. *J Clin Microbiol*, 54(12):2846-49, 2016. PMID: 27881634.
Mentored 1st author; Drafted manuscript

33. Anand V*, Holmen J, Neely M, Pannaraj P, **Dien Bard J**. Closing the Brief Case: Neonatal meningitis caused by Listeria monocytogenes diagnosed by multiplex molecular panel *J Clin Microbiol*, 54(12):3075, 2016. PMID: 27881637.
Mentored 1st author; Drafted manuscript

34. **Bard JD**, Naccache SN*, Bender JF. Use of a Molecular Panel to Aid in Diagnosis of Culture-Negative Meningitis. *J Clin Microbiol,* 54(12):3069-70, 2016. PMID: 27682130.
Mentored 2nd author; Generated data; Drafted manuscript

35. Mongkolrattanothai K and **Bard JD**: The utility of direct specimen detection by Sanger sequencing in hospitalized pediatric patients. *Diagn Microbial Infect Dis*, 87(2):100-102, 2017. PMID: 27889254.
Conducted study; Generated data; Drafted manuscript

36. **Bard JD**, Mongkolrattanothai K, Kachroo P, Beres S, Olsen RJ: Case Series Description and Genomic Characterization of Invasive Group A Streptococcal Infections in Pediatric Patients. *Ped Infect Dis J*, 36(6):618-620, 2017. PMID: 28030528
Conducted study; Generated data; Drafted manuscript

37. Faron M, Ledeboer N, Connolly J, Granato P, Alkins B, **Bard JD**, Daly J, Young S, and Buchan B: Clinical Evaluation and Cost Analysis of the Great Basin Shiga Toxin Direct Molecular Assay for the Detection of Shiga Toxin-Producing Escherichia coli (STEC) in Diarrheal Stool Specimens. *J Clin Microbiol*, 55(2):519-25, 2017. PMID: 27927919.
Conducted study; Edited manuscript

38. Van TT*, Cox LM, Cox ME and **Bard JD**: Prevalence of Fusobacterium necrophorum in Children Presenting with Pharyngitis. *J Clin Microbiol,* 55(4):1147-1153, 2017. PMID: 28122872.
Conducted study; Generated data; Drafted manuscript

39. Van TT*, Mongkolrattanothai K, Arevalo M, Lustestica M, and **Bard JD**: Impact of a Rapid Herpes Simplex Virus PCR Assay on Duration of Acyclovir Therapy. *J Clin Microbiol,* 55(5):1557-1565, 2017. PMID: 28275080.
Conducted study; Generated data; Drafted manuscript

40. Mongkolrattanothai K, Naccache S*, Bender J, Samayoa E, Pham Elizabeth, Yu Guixia, **Dien Bard J**, Miller Steve, Aldrovandi G, Chiu CY. Neurobrucellosis: Unexpected Answer from Metagenomic Next-Generation Sequencing. *J Ped Infect Dis Soc*, 24:6(4):393-398, 2017. PMID: 28062553
Edited manuscript

41. Bender J and **Dien Bard J**, Metagenomics in Pediatrics: Using a Shotgun Approach to Diagnose Infections. *Curr Opin Peds,* 30(1):125-130, 2018. PMID: 29189352
Drafted manuscript

42. Van TT*, Naccache SN*, **Dien Bard J.** The Brief Case: Retropharyngeal Abscess in a 14 Year Old Caused by Fusobacterium necrophorum. *J Clin Microbiol.* 2018. PMID:30482869
Conducted study; Generated data; Drafted manuscript

43. Naccache SN*, Van TT*, **Dien Bard J.** Closing The Brief Case: Retropharyngeal Abscess in a 14 Year Old Caused by Fusobacterium necrophorum. *J Clin Microbiol.* 2018. PMID:30482870
Conducted study; Generated data; Drafted manuscript

44. **Dien Bard J** and Alby K: Point-Counterpoint: Utility of the meningitis/encephalitis molecular panel*, J Clin Microbiol*, 26;56(4), 2018. PMID: 29343540.
Drafted manuscript

45. Naccache S*, Lustestica M, Fahit M, Mestas J and **Dien Bard J**. One year in the life of a rapid syndromic panel for meningitis/encephalitis: a pediatric tertiary care facility's experience. *J Clin Microbiol*, 25;56(7), 2018. PMID: 29540454
Conducted study; Generated data; Drafted manuscript

46. Blaschke A, Daly J, Leber A, **Dien Bard** J, Korgenski E, Bourzac K, Kanack K. Retrospective Evaluation of Infants 1-60 Days With Residual CSF Tested Using the FilmArray® Meningitis/Encephalitis (ME) Panel, *J Clin Microbiol*, 25;56(7), 2018. PMID: 29669791
Conducted study; Generated data; Edited manuscript

47. Humphries RM, Ambler J, Mitchell SL, Castanheira M, Dingle T, Hindler JA, Koeth L, Sei K, CLSI Methods Development and Standardization Working Group of the Subcommittee on Antimicrobial Susceptibility Testing.

CLSI Methods Development and Standardization Working Group Best Practices for Evaluation of Antimicrobial Susceptibility Tests, *J Clin Microbiol*, 26;56(4), 2018. PMID: 29367292
Conducted study; Edited manuscript

48. **Dien Bard J** and Lee Francesca. Approaches to susceptibility testing: Why can't we just use PCR? The Role of Genotypic versus Phenotypic Testing. *Clin Micro Newsletter,* 40(11), 2018.
Drafted manuscript

49. Meyers L, Ginocchio CC, Faucett A, Nolte FS, Gesteland PH, Leber A, Janowiak D, Donovan V, **Dien Bard J,** Spitzer S, Stellrecht K, Salimnia H, Selvarangan R, Juretschko S, Daly JA, Wallentine JC, Lindsey K, Moore F, Read SL, Aguero-Rosenfeld M, Fey P, Storch GA, Meredith J, Melnick S, Cook C, Nelson R, Jones J, Scarpino SV, Althouse BM, Ririe KM, Malin BA, Poritz MA: A Web-based Epidemiological System for Real-time, Pathogen-specific Syndromic Surveillance. *JMIR Public Health Surveill, 6;*4(3):e59, 2018. PMID: 29980501
Conducted study; Generated data; Edited manuscript

50. Van TT*, Mestas J, and **Dien Bard J**. Molecular Testing for Detection of Groups A, C, and G Beta-Hemolytic Streptococci in Pharyngeal Samples from Children, *JALM*, 026104, 2018. DOI:10.1373/jalm.2018.026104
Conducted study; Generated data; Drafted manuscript

51. Campeau S, Schuetz A, Kohner P, Arias C, Hemarajata P, **Dien Bard J**, Humphries H. Variability of daptomycin minimum inhibitory concentrations for *Enterococcus faecium* when measured by reference broth microdilution. *Antimicrob Agents Chemother*, 27;62(9), 2018. PMID: 29941639
Conducted study; Generated data; Edited manuscript

52. Bender JM, Adisetiyo H, Lee D, Zabih S, hung L, Wilkinson T, Pannaraj P, She Rosemary, **Dien Bard J,** Tobin NH, Aldrovandi G. Quantification of Variation and the Impact of Biomass in Targeted 16S rRNA Gene Sequencing Studies, *Microbiome,* 6(1):155, 2018. PMID: 30201048
Edited manuscript

53. Vareechon C*, Mestas J, CM. Polanco, **Dien Bard J.** A Five Year Study of the Performance of the Verigene Gram-Positive Blood Culture panel in a Pediatric Hospital. *Eur J Clin Microbiol,* 37(11):2091-96, 2018. PMID:30099638
Conducted study; Generated data; Drafted manuscript

54. Mongkolrattanothai K and **Dien Bard J.** Sepsis in Children with Febrile Neutropenia, *JALM,* 3(4):530-533, 2019. PMID: 31639721
Generated data; Drafted manuscript

55. Chambliss AB, Butler-Wu SM, **Dien Bard J.** Breaking Down Barriers in Laboratory Medicine, *JALM,* 3(4):525-526, 3(4):735-736, 2019. PMID:31639743
Drafted manuscript

56. Kanwar N, Crawford J, Ulen C, Uphoff T, **Dien Bard** J, Dunn R, Drain A, Selvarangan R. Multicenter clinical evaluation of the automated ARIES® Group A Strep PCR Assay from throat swabs, *J Clin Microbiol,* 30;57(2), 2019. PMID:30463893
Conducted study; Generated data; edited manuscript

57. Dou M, Macias N, Shen F, **Dien Bard J**, Dominguez D, Li X. Rapid and Accurate Pertussis Diagnosis on a Point-of-Care Biochip, *E Clin Med*, 8:72-77, 2019. PMID: 31008450
Generated data; Edited manuscript

58. Wilson M, Hannah S, Kelsey Z, Arevalo S, Guixia Y, Federman S, Stryke D, Briggs B, Langelier C, Berger A, Douglas V, Josephson AS, Chow F, Fulton B, DeRisi J, Gelfrand J, Naccache S, Bender J, **Dien Bard J,** Murkey J, Carlson M, Vespa P, Vijayan T, Allyn P, Campeau S, Humphries R, Klausner J, Ganzon M, Memar F, Ocampo N, Zimmermann L, Cohen S, Polage C, DeBiasi R, Haller B, Maron G, Hayden R, Massacar K, Dominguez, S, Miller S, Chiu C. Clinical Metagenomic Next-Generation Sequencing for Diagnosis of Infectious Meningitis and Encephalitis, *N Eng J Med*, 13;380(24):2327-2340, 2019. PMID: 31189036
Generated data; Edited manuscript

59. Kraft CS, Parrott JS, Cornish NE, Rubenstein ML, Weissfeld AS, McNult P, Nachamkin I, Humphries RM, Kirn TJ, **Dien Bard J**, Lutgring JD, Gullett JC, Brown A, Bittencourt CE, Benson S, Sautter RL, Baselski V, Atlas M, Taliano JM, Marlowe EM, Miller NS, Fischer M, Richter S, Gilligan P, Snyder JW. A Laboratory Medicine Best Practices Systematic Review and Meta-Analysis for the Laboratory Diagnosis of *Clostridioides (Clostridium) difficile*, *Clin Microbiol Rev.* 29;32(3), 2019. PMID: 31142497
Generated data; Edited manuscript

60. Sullivan KV and **Dien Bard J.** New and Novel Rapid Diagnostics that are Impacting Infection Prevention and Antimicrobial Stewardship, *Curr Opin Infect Dis*, 32(4):356-364, 2019. PMID: 31135388.
Drafted manuscript

61. Dou M, Sanchez J, Tavakoli H, Gonzalez JE, Sun J, **Dien Bard J,** Li X. A Low-Cost Microfluidic Platform for Rapid and Instrument-Free Detection of Whooping Cough, *Analytica Chimica Acta,* 13;1065:71-78, 2019. PMID: 31005153
Generated data; Edited manuscript

62. Couturier M and **Dien Bard J.** Direct from Sample Pathogen Identification: Evolution of syndromic panels, *Clin Lab Med*, 39(3):433-451, 2019. PMID: 31383267
Drafted manuscript

63. Pandey U*, Naccache SN, **Dien Bard J.** Back to the basics: Biochemical testing for pathogen identification in the era of Matrix-Assisted Laser Desorption Ionization–Time of Flight Mass Spectrometry (MALDI-TOF MS). *J Clin Microbiol*, 2019. PMID: 31315960
Generated data; Edited manuscript

64. Naccache SN*, Westblade L, Burnham CA, **Dien Bard J**. Evaluation of Oxacillin and Cefoxitin Disk Diffusion and MIC Breakpoints Established by the Clinical and Laboratory Standards Institute for Detection of mecA-Mediated Oxacillin Resistance in *Staphylococcus epidermidis*, *J Clin Microbiol,* 57(12). Pii:e00961-19, 2019. PMID: 31462553
Conducted study; Generated data; edited manuscript

65. Van TT*, Mata K*, **Dien Bard J.** Automated Detection of *Streptococcus pyogenes* Pharyngitis using Colorex Strep A CHROMagar and WASPLab™ Artificial Intelligence Chromogenic Detection Module Software, *J Clin Microbiol,* 57(11). Pii:e00811-19, 2019. PMID:31434725
Conducted study; Generated data; edited manuscript

66. Vareechon C*, Bender JM, **Dien Bard J.** Infective Endocarditis in a Pediatric Patient, *JALM*, 3(4):720-723, 2019. PMID: 31639739
Generated data; Drafted manuscript

67. Greninger AL, Naccache SN, Pannaraj P, Jerome KR, **Dien Bard** J, Ruderman J. The Brief Case: Inherited Chromosomally Integrated HHV-6 in the Age of Multiplex HHV-6 Testing, *J Clin Microbiol*. 24;57(10). Pii:e02018-18, 2019. PMID: 31551347
Generated data; Edited manuscript

68. Greninger AL, Naccache SN, Pannaraj P, Jerome KR, **Dien Bard** J, Ruderman J. Closing the Brief Case: Inherited Chromosomally Integrated HHV-6 in the Age of Multiplex HHV-6 Testing, *J Clin Microbiol*. 24;57(10). Pii: e02018-18, 2019. PMID: 31551348
Generated data; Edited manuscript

69. Vareechon C*, Tarro T*, Polanco C, Anand V, Pannaraj PS, **Dien Bard** J. Eight-Year-Old Male With Primary Amebic Meningoencephalitis, *Open Forum Infect Dis*. 29;6(8):ofz349, 2019. PMID: 31660390
Generated data; Drafted manuscript

70. Hogan CA, Yang S, Garner OB, Green DA, Gomez CA, Pinsky BA, **Dien Bard J**, Banaei N. Clinical Impact of Metagenomic Next-Generation Sequencing of Plasma Cell-Free DNA for the Diagnosis of Infectious Diseases: A Multicenter Retrospective Cohort Study, *Clin Infect* Dis. 2020. PMID: 31942944
Generated data; Edited manuscript

71. Precit M*, Yee R*, Pandey U*, Fahit M*, Pool C, Naccache SN*, **Dien Bard J.** CSF Parameters are Poor Predictor of Appropriate Syndromic Testing for Meningitis/Encephalitis in Pediatric Patients, *J Clin* Microbiol. 24;58(3):e01592-19, 2020. PMID: 31852767
Generated data; Drafted manuscript

72. Meyers L, **Dien Bard J,** Niesters HGM, Galvin B, Nawrocki J, Stellrecht KA, Daly JA, Blaschke A, Robinson C, Cook C, Hassan F, Dominguez S, Pretty K, Naccache S*, Jones JD, Ginocchio C, Poritz MA, Selvarangan R. A Model for Global Detection of EV-D68 Outbreak Through a Cloud Based Epidemiology Network, *J Clin Viro.* 124:104262*,* 2020. PMID: 32007841
Generated data; Edited manuscript

73. Pandey U*, Greninger AL, Levin G, Jerome KR, Anand VC, **Dien Bard J.** Pathogen or Bystander: Clinical Significance of HHV-6 Detection in Pediatric CSF, *Clin Microbiol Infect.* 23;58(5):e00313-20, 2020
Conducted study; Generated data; edited manuscript

74. Buchan BW, Windham S, Balada-Llasat JM, Leber A, Harrington A, Relich R, Murphy C, **Dien Bard J**, Naccache S, Ronen S, Hopp A, Mahmutoglu D, Faron ML, Ledeboer NA, Carroll A, Stone H, Akerele O, Everhart K, Bonwit A, Kwong C, Buckner R, Warren D, Fowler R, Chandrasekaran S, Huse H, Campeau S, Humphries R, Graue C, Huang A. Practical Comparison of the BioFire FilmArray Pneumonia Panel to Routine Diagnostic Methods and Potential Impact on Antimicrobial Stewardship in Adult Hospitalized Patients with Lower Respiratory Tract Infections, *J Clin Microbiol.* 24;58(7):e00135-20, 2020. PMID: 32350045
Generated data; Edited manuscript

75. Murphy CN, Fowler R, Balada-Llasat JM, Carroll A, Stone H, Akerele O, Buchan B, Windham S, Hopp A, Ronen S, Relich RF, Buckner R, Warren DA, Humphries R, Campeau S, Huse H, Chandrasekaran S, Leber A, Everhart K, Harrington A, Kwong C, Bonwit A, **Dien Bard J**, Naccache S, Zimmerman C, Jones B, Rindlisbacher C, Buccambuso M, Clark A, Rogatcheva M, Graue C, Bourzac KM. Multicenter Evaluation of the BioFire FilmArray Pneumonia/Pneumonia Plus Panel for Detection and Quantification of Agents of Lower Respiratory Tract Infection, *J Clin Microbiol.* 24;58(7):e00128-20, 2020. PMID: 32350043
Generated data; Edited manuscript

76. Leal SM Jr, Totten AH, Xiao L, Crabb DM, Ratliff A, Duffy LB, Fowler KB, Mixon E, Winchell JM, Diaz MH, Benitez AJ, Wolff BJ, Qin X, Tang YW, Gonzalez M, Selvarangan R, Hong T, Brooks E, Dallas S, Atkinson TP, Zheng X, **Dien Bard J**, Waites KB. Evaluation of Commercial Molecular Diagnostic Methods for Detection and Determination of Macrolide Resistance in Mycoplasma pneumoniae, *J Clin Microbiol.* 26;58(6):00242-20, 2020. PMID: 32269102
Generated data; Edited manuscript

77. Precit M*, Yee R*, Anand V, Mongkolrattanothai K, Pandey U*, **Dien Bard J**. A Case Report of Neonatal Acute Respiratory Failure Due to Severe Acute Respiratory Syndrome Coronavirus-2, *J Pediatric Infect Dis Soc.* 13;9(3):390-392, 2020. PMID: 32441743
Conducted study; Generated data; edited manuscript

78. **Dien Bard J**, Chang TP, Yee R*, Manshadi K*, Lichtenfeld N, Choi HJ*, Festekjian A. The addition of anaerobic blood cultures to pediatric patients with concerns for bloodstream infections: prevalence and time to positive cultures, *J Clin Microbiol,* 2020. PMID: 32641400
Conducted study; Generated data; edited manuscript

79. **Dien Bard J** and McElvania E. Panels and Syndromic Testing in Clinical Microbiology, *Clin Lab Med,* 2020.
Drafted manuscript

80. Yee R*, Breitwieser FP, Hao S, Opene BNA, Workman RE, Tamma PD, **Dien Bard J**, Timp W, Simner PJ. Metagenomic Next-Generation Sequencing of Rectal Swabs for the Surveillance of Antimicrobial Resistant Organisms on the Illumina Miseq and Oxford MinION Platforms, 2020. PMID: 32783106
Edited manuscript

81. Shen L, **Dien Bard J**, Biegel JA, Judkins AR, Gai X. Comprehensive genome analysis of 6,000 USA SARS-CoV-2 Isolates Reveals Haplotype Signatures and Localized Transmission Patterns by State and by Country. 2020, *Front Microbiol*, 2020
Conducted study; edited manuscript

82. Pandey U*, Yee R*, Shen L, Judkins AR, Bootwalla M, Ryutov A, Maglinte D, Ostrow D, Precit M*, Biegel JA, Bender JM, Gai X, **Dien Bard J.** High Prevalence of SARS-CoV-2 Genetic Variation and D614G Mutation in Pediatric Patients with COVID-19, *Open Forum Infectious Diseases*, 2020
Conducted study; Generated data; edited manuscript

83. Yee R*, Truong T*, Pannaraj PS, Eubanks N, Gai E, Jumarang J, Turner L, Peralta A, Lee Y, **Dien Bard J**. Saliva is a promising alternative specimen for the detection of SARS-CoV-2 in children and adults. *J Clin Microbiol*. 2020.
Conducted study; Generated data; edited manuscript

84. Kociolek LK, Muller WJ, Yee R, **Dien Bard J**, Brown CA, Revell P, Wardell H, Savage TJ, Jung S, Dominguez S, Parikh BA, Jerris RC, Kehl SC, Campigotto A, Bender JM, Zheng X, Muscat E, Linam M, Abuogi L, Smith C, Graff K, Hernandez-Leyva A, Williams D, Pollock NR. Comparison of upper respiratory viral load distributions in asymptomatic and symptomatic children diagnosed with SARS-CoV-2 infection in pediatric hospital testing programs. *J Clin Microbiol*. 2020. PMID: 33093026.

85. Xiao L, Ratliff AE, Crabb DM, Mixon E, Qin X, Selvarangan R, Tang YW, Zheng X, **Dien Bard J**, Hong T, Prichard M, Brooks E, Dallas S, Duffy LB, Fowler KB, Atkinson TP, Waites KB. Molecular characterization of Mycoplasma pneumoniae isolates in the United States from 2012 to 2018. *J Clin Microbiol*. 22;58(10):e00710-20, 2020. PMID: 32817226.
Generated data; edited manuscript

86. Humphries RM, Magnano P, Burnham CA, **Dien Bard J**, Dingle TC, Westblade LF. Evaluation of surrogate tests for the presence of *mecA*-mediated methicillin resistance in Staphylococcus capitis, Staphylococcus haemolyticus, Staphylococcus hominus, and Staphylococcus warneri. *J Clin Microbiol*. 17;59(1):e02290-20, 2020. PMID: 33115842.
Generated data; edited manuscript

87. Yee R, **Dien Bard J**, Simner PJ. The genotype to phenotype dilemma: How should labs approach discordant susceptibility results, 2020.
Conducted study; edited manuscript

88. Yee R*, Breitwieser FP, Hao S, Opene BNA, Workman RE, Tamma PD, **Dien Bard J**, Timp W, Simner PJ. Metagenomic Next-Generation Sequencing of Rectal Swabs for the Surveillance of Antimicrobial Resistant Organisms on the Illumina Miseq and Oxford MinION Platforms, *Eur J Clin Microbiol Infect Dis.* 2020. PMID: 32783106
Edited manuscript

89. Khan A, Pettaway C, **Dien Bard J,** Arias C, Bhatti MM, Humphries RM.Evaluation of the Performance of Manual Antimicrobial Susceptibility Testing Methods and Disk Breakpoints for *Stenotrophomonas maltophilia. Antimicrob Agents Chemother*, AAC.02631-20, 2021. PMID: 33558287.
Conducted study; Generated data; edited manuscript

90. Truong T, Ryutov A, Pandey U, Yee Y, Goldberg L, Bhojwani D, Aguayo-Hiraldo P, Pinsky BA, Pekosz A, Shen L, Boyd SD, Wirz OF, Röltgen K, Bootwalla M, Maglinte D, Ostrow D, Ruble D, Han JH, Biegel JA, Li M, Huang C, Sahoo MK, Pannaraj PS, O'Gorman M, Judkins AR, Gai X, **Dien Bard J**. Persistent SARS-CoV-2 infection and increasing viral variants in children and young adults with impaired humoral immunity. *EBioMedicine,* 26;67:103355. 2021*.* PMID: 33915337
Conducted study; Generated data; drafted manuscript

91. Ryutov A, Gai X, Ostrow D, Maglinte DT, Flores J, Salas EJ, Glucoft M, Smit M, **Dien Bard J**. Utility of viral whole genome sequencing for institutional infection surveillance during the SARS-CoV-2 pandemic. *Infect Control & Epi*, 19:1-12. 2021. PMID: 33866984
Conducted study; Generated data; drafted manuscript

92. Shen L, **Dien Bard** J, Triche TJ, Judkins AR, Biegel A, Gai X. Emerging variants of concern in SARS-CoV-2 membrane protein: a highly conserved target with potential pathological and therapeutic implications. *Emerg Microbes Infect.* 2021. PMID: 3389613.
Edited manuscript

93. Shen L, **Dien Bard J**, Triche TJ, Judkins AR, Biegel A, Gai X. Rapidly emerging SARS-CoV-2 B.1.1.7 sub-lineage in the United States of America with spike protein D178H and membrane protein V70L mutations. Emerg Microbes Infect. 2021 Dec;10(1):1293-1299. PMID: 34125658
Edited manuscript

94. Rostad CA, Kanwar N, Yi J, Morris CR, **Dien Bard J**, Leber A, Dunn J, Chapin KC, Blaschke AJ, Daly JA, Hueschen LA, Jones M, Ott E, Bastar J, Bourzac KM, Selvarangan R. A multicenter evaluation of viral bloodstream detections in children presenting to the Emergency Department with suspected systemic infection. BMC Pediatr. 2021 May 18;21(1):238. PMID: 34006235.

95. Khan A, Arias CA, Abbott A, **Dien Bard J,** Bhatti MM, Humphries RM. Evaluation of the Vitek 2, Phoenix, and MicroScan for Antimicrobial Susceptibility Testing of Stenotrophomonas maltophilia. J Clin Microbiol. 2021 Aug 18;59(9):e0065421. PMID: 34011524.

96. Precit MR, Enriquez C, Neely M, Smit M, Bender JM, **Dien Bard J**, Anand V, Mohandas S. VP Shunt With Recurrent Malfunction in Two Pediatric Patients: Is the Hydrocephalus Truly Idiopathic? Pediatr Infect Dis J. 2021 Jul 13. Epub ahead of print. PMID: 34260486.

97. Handley G, Pankow S, **Dien Bard J**, Yee R, Nigo M, Hasbun R. Distinguishing cytomegalovirus meningoencephalitis from other viral central nervous system infections. J Clin Virol. 2021 Jul 25;142:104936. PMID: 34352616.

98. Congrave-Wilson Z, Lee Y, Jumarang J, Perez S, Bender JM, **Dien Bard J**, Pannaraj PS. Change in Saliva RT-PCR Sensitivity Over the Course of SARS-CoV-2 Infection. JAMA. 2021 Aug 13. doi: 10.1001/jama.2021.13967. Epub ahead of print. PMID: 34387653.

99. Precit M*, Yee R*, Anand V, Mongkolrattanothai K, Pandey U*, **Dien Bard J**. A Case Report of Neonatal Acute Respiratory Failure Due to Severe Acute Respiratory Syndrome Coronavirus-2, *J Pediatric Infect Dis.* 2020 *Soc.* 13;9(3):390-392. PMID: 32441743
Conducted study; Generated data; edited manuscript

100. Stokke J, Szymanski LJ, Bankamp B, Pratt F, Martines R, **Dien Bard** J, Mohandas S. Vaccine-associated disseminated measles in an immunocompromised adolescent. *New Eng J Med*. 2021*,* 23;385(13):1246-1248. PMID: 34551236.

101. Patel R, Polage CR, ***Dien Bard*** J, May L, Lee FM, Fabre V, Hayden MK, Doernberg SDB, Haake DA, Trautner BW, Grigoryan L, Tsalik EL, Hanson KE. Envisioning Future UTI Diagnostics. *Clin Infect Dis.* 2022 9;74(7):1284-1292. PMID: 34463708.

102. Osterbauer B, Yalamanchili R, Hochstim C, Ge M, **Dien Bard J**, Ference EH, Gomez G. Preoperative SARS-CoV-2 Screening Fails to Detect Viral Particles Prior to Airway Surgery. Laryngoscope. 2021 Oct. Epub ahead of print. PMID: 34643283.
Conducted study; Generated data; edited manuscript

103.    Precit M*, He K*, Mongkolrattanothai K, Moghimi B, Glucoft M, **Dien Bard J**. Impact of FilmArray Respiratory Panel Testing on Clinical Management of Pediatric Bone Marrow Transplant Patients. *Eur J Clin Microbiol Infect Dis* 2021, 41(3):395-405 Nov 24:1-11. PMID: 34816330.

104.    Greninger A, **Dien Bard J**, Colgrove R, Graf E, Hanson K, Hayden M, Humphries R, Lowe C, Miller M, Pillai D, Rhoads D, Yao J, Lee FM. Clinical Applications of SARS-CoV-2 Genotyping: An IDSA/ASM Consensus Review Document. *Clin Infect Dis* 2022 28;74(8):1496-1502 and *J Clin Microbiol* 2022 19;60(1):e0165921.

105.    Tanaka ML, Marentes Ruiz CJ, Malhotra S, Turner L, Peralta A, Lee Y, Jumarang J, Perez S, Navarro J, **Dien Bard J**, Gordon A, Allen EK, Thomas PG, Pannaraj PS. SARS-CoV-2 Transmission Dynamics in Households with Children, Los Angeles, California. *Frontiers in Pediatrics* 2022, 5;9:752993. PMID: 35071125

106.    Fissel JA, Mestas J, Chen PY, Flores-Vazquez J, Truong TT, Bootwalla M, Maglinte DT, Gai X, **Dien Bard J**. Implementation of a Streamlined SARS-CoV-2 Whole-Genome Sequencing Assay for Expeditious Surveillance during the Emergence of the Omicron Variant. *J Clin Microbiol.* 2022 Apr 20;60(4):e0256921. PMID: 35317603.

107.    Precit MR, Pandey U, Mongkolrattanothai K, Yee R, Bard JD. Multiplex respiratory panel repeat testing in pediatric and young adult patients infrequently offers new clinical information. *J Clin Virol.* 2022, 21;150-151:105168. PMID: 35483314.

108.    Leber AL, Peterson E, Dien Bard J; Personnel Standards and Workforce Subcommittee, American Society for Microbiology. The Hidden Crisis in the Times of COVID-19: Critical Shortages of Medical Laboratory Professionals in Clinical Microbiology. J Clin Microbiol. 2022 Jun 6:e0024122. PMID: 35658527.

109.    Truong TT, Dien Bard J, Butler-Wu SM. Rapid Antigen Assays for SARS-CoV-2: Promise and Peril. Clin Lab Med. 2022 Jun;42(2):203-222. PMID: 35636822

110.    Dien Bard J, Babady NE. The Successes and Challenges of SARS-CoV-2 Molecular Testing in the United States. Clin Lab Med. 2022 Jun;42(2):147-160. doi: 10.1016/j.cll.2022.02.007. Epub 2022 Mar 8. PMID: 35636819.

111.    Dingle TC, Gamage D, Gomez-Villegas S, Hanson BM, Reyes J, Abbott A, Burnham CD, Dien Bard J, Fritz S, Miller WR, Westblade LF, Zimmer B, Arias CA, Butler-Wu S; CLSI Cefazolin High Inoculum Ad-Hoc Working Group. Prevalence and Characterization of the Cefazolin Inoculum Effect in North American Methicillin-Susceptible Staphylococcus aureus Isolates. J Clin Microbiol. 2022 May 17:e0249521. PMID: 35578988.

112.    Adhikari B, Hassan F, Harrison CJ, **Dien Bard J**, Dunn J, Kehl S, Selvarangan R. A multi-center study to determine genetic variations in the fusion gene of respiratory syncytial virus (RSV) from children <2 years of age in the U.S. J Clin Virol. 2022 Jun 27;154:105223. PMID: 35792350.

113.    Parker RS, Le J, Doan A, Aguayo-Hiraldo P, Pannaraj PS, Rushing T, Malvar J, O'Gorman MR, **Bard JD**, Parekh C. COVID-19 Outcomes in Children, Adolescents and Young Adults with Cancer. Int J Cancer. 2022 Jul 6. PMID: 35793239.

114.    Azar MM, Turbett S, Gaston D, Gitman M, Razonable R, Koo S, Hanson K, Kotton C, Silveira F, Banach DB, Basu SS, Bhaskaran A, Danziger-Izakov L, **Dien Bard J**, Gandhi R, Hanisch B, John TM, Odom John AR, Letourneau AR, Luong ML, Maron G, Miller S, Prinzi A, Schwartz I, Simner P, Kumar D; Transplant ID Diagnostics Consensus Conference Working Group. A Consensus Conference to Define the Utility of Advanced Infectious Disease Diagnostics in Solid Organ Transplant Recipients. Am J Transplant. 2022. PMID: 35822346.

115.    Truong TT, Mongkolrattanothai K, Flores II, **Dien Bard J**. Evaluation of the Performance and Clinical Impact of a Rapid Phenotypic Susceptibility Testing Method Directly from Positive Blood Culture at a Pediatric Hospital. J Clin Microbiol. 2022 Aug 17;60(8):e0012222. doi: 10.1128/jcm.00122-22. Epub 2022 Jul 19. PMID: 35852363.

116.    Osborn L, Villarreal D, Wald-Dickler N, **Dien Bard J**. Monkeypox: Clinical Considerations, Epidemiology, and Laboratory Diagnostics, *Clin Micro Newsletter* 44(22). 2022 Nov 15;44(22):199-208. doi: 10.1016/j.clinmicnews.2022.11.003. PMID: 36438980.

117.    Simner PJ, **Dien Bard J**, Doern C, Johnson KJ, Westblade L, Yenokyan G, Patel R, Hanson KE. REPORTing of Antimicrobial Resistance from Blood Cultures (REPORT-ABC) Survey Results: Resistance Marker Reporting Practices from Positive Blood Cultures. Clin Infect Dis. 2022 Dec 19:ciac952. doi: 10.1093/cid/ciac952. Epub ahead of print. PMID: 36533704.

118.    Manuel C, Maynard R, Abbott A, Adams K, Alby K, Sweeney A, **Dien Bard J**, Flores II, Rekasius V, Harrington A, Kidd TS, Mathers AJ, Tekle T, Simner PJ, Humphries RM. Evaluation of Piperacillin-Tazobactam Testing against *Enterobacterales* by the Phoenix, MicroScan, and Vitek2 Tests Using Updated

Clinical and Laboratory Standards Institute Breakpoints. *J Clin Microbiol*. 2023 Jan 31:e0161722. PMID: 36719243.

119.    Zhang X, Knoth C, Pham A, Lima A, Dominguez R, Ibarra-Flores I, Lopez JC, Uy D, Silbert S, Patel A, Aye M, Tang YW, **Dien Bard J**. The Clinical Performance of the BioCode Respiratory Pathogen Panel for the Detection of Viruses and Bacteria from Nasopharyngeal Swabs. Microbiol Spectr. 2023 Apr 11:e0404422. PMID: 37039708.

120.    Osborn LJ, Chen PY, Flores-Vazquez J, Mestas J, Salas E, Glucoft M, Smit MA, Costales C, **Dien Bard J**. Clinical utility of SARS-CoV-2 subgenomic RT-PCR in a pediatric quaternary care setting. J Clin Virol. 2023 Jul;164:105494. PMID: 37210881.

121.    Rand K, He K, **Dien Bard J**, Braskett M, Mohandas S. The Brief Case: Vaccine strain herpes zoster ophthalmicus and meningoencephalitis in an immunocompetent child. J Clin Microbiol. 2023 Aug 23;61(8):e0071422. PMID: 37611239.

122.    Turbett SE, Banach DB, **Dien Bard J**, Gandhi RG, Letourneau AR, Azar MM. Rapid antimicrobial resistance detection methods for bloodstream infection in solid organ transplantation: Proposed clinical guidance, unmet needs, and future directions. Transpl Infect Dis. 2023 Aug 18:e14113. PMID: 37594214.

123.    Lewinski MA, Alby K, Babady NE, Butler-Wu SM, **Dien Bard J**, Greninger AL, Hanson K, Naccache SN, Newton D, Temple-Smolkin RL, Nolte F. Exploring the Utility of Multiplex Infectious Disease Panel Testing for Diagnosis of Infection in Different Body Sites: A Joint Report of the Association for Molecular Pathology, American Society for Microbiology, Infectious Diseases Society of America, and Pan American Society for Clinical Virology. J Mol Diagn. 2023 Sep 25:S1525-1578(23)00209-X. PMID: 37757952.

## REFEREED REVIEWS, CHAPTERS, AND EDITORIALS:

1.    Clinical Laboratory Standards Institute document. Principles and Procedures for Detection of Anaerobes in Clinical Specimens. First Edition. CLSI document M56. Wayne, PA, 2014.

2.    Mani H, Parham D, **Dien Bard J**: Congenital and Acquired Systemic Infectious Diseases. In: <u>Pediatric Pathology</u> (IV edition; Stocker and Dehner's). Lippincott Williams & Wilkins, Philadelphia, PA, pp194-259, 2016.

3.    **Dien Bard J**: Detection of inducible clindamycin resistance in Streptococcus and Staphylococcus. In: <u>Clinical Microbiology Procedure Handbook</u> (IV edition; Lynne S. Garcia). American Society for Microbiology, Washington, DC, 2016.

4.    **Dien Bard J**: Selecting Antimicrobial Agents for Testing and Reporting. In: <u>Clinical Microbiology Procedure Handbook</u> (IV edition; Lynne S. Garcia). American Society for Microbiology, Washington, DC, 2016.

5.    Humphries RM and **Dien Bard J**: Susceptibility Testing Methods: Fastidious Bacteria. In: <u>Manual Clinical Microbiology</u> (XII edition). American Society for Microbiology, Washington, DC, 2018.

6.    **Dien Bard J** and Parham D: Congenital and Acquired Systemic Infectious Diseases. In: <u>Pediatric Pathology</u> (V edition; Stocker and Dehner's). Lippincott Williams & Wilkins, Philadelphia, PA, 2020.

7.    **Dien Bard J**: Detection of inducible clindamycin resistance in Streptococcus and Staphylococcus. In: <u>Clinical Microbiology Procedure Handbook</u> (5th edition; Amy Leber & Carey-Ann Burnham). American Society for Microbiology, Washington, DC, 2021.

8.    **Dien Bard J & Copsey S**: Culture Media for Anaerobes. In: <u>Clinical Microbiology Procedure Handbook</u> (5th edition; Amy Leber & Carey-Ann Burnham). American Society for Microbiology, Washington, DC, 2021.

9.    **Dien Bard J & Valencia-Shelton F**: Commercial Kit and Rapid Enzymatic Systems for the Identification of Anaerobes. In: <u>Clinical Microbiology Procedure Handbook</u> (5th edition; Amy Leber & Carey-Ann Burnham). American Society for Microbiology, Washington, DC, 2021.

10.    **Dien Bard J & Truong T**: Post-Analytical Considerations for Molecular Testing". In: <u>Clinical Microbiology Procedure Handbook</u> (5th edition; Amy Leber & Carey-Ann Burnham). American Society for Microbiology, Washington, DC, 2021.

11.    **Dien Bard J & Van T**: Syndromic Testing: Meningitis/Encephalitis Panels. In: <u>Clinical Microbiology Procedure Handbook</u> (5th edition; Amy Leber & Carey-Ann Burnham). American Society for Microbiology, Washington, DC, 2021.

12.    Humphries RM and **Dien Bard J**: Susceptibility Testing Methods: Fastidious Bacteria. In: <u>Manual Clinical Microbiology</u> (XIII edition). American Society for Microbiology, Washington, DC, 2023.

13.    National Academies of Science, Engineering, and Medicine. 2021. *Combating Antimicrobial Resistance and Protecting the Miracle of Modern Medicine.* Washington, DC: The National Academies Press. https://doi.org/10.17226/26350.

## NON-REFEREED JOURNAL ARTICLES, REVIEWS, OR OTHER COMMUNICATIONS:

1. **Dien Bard J**, Hindler JF, Lewinski MA: Carbapenemase-producing *Serratia marcescens* the treatment conundrum." *Clin Micro Newsletter* 32(10):77-2010.
   Conducted study; Generated data; Drafted manuscript
2. Majury A and **Dien Bard J**.  Algorithms for HIV diagnosis. *American Society for Clin Path.* 2012.
   Drafted manuscript
3. **Dien Bard J** and Tarry S. Avoiding a war over masking. *Richmond-Times News.* 2021.
   Drafted article


ABSTRACTS AND PRESENTATIONS:
1. **Dien J**, Amin HM, Chiu Neil, Wong W, Frantz C, Chiu B, Mackey JR, Lai R.  STAT3 upregulates TIMP1 expression and decreases invasiveness of breast cancer. Alberta Cancer Board Annual Research Meeting. Banff, Alberta, Nov 2005.
2. **Dien J**, Amin HM, Chiu Neil, Wong W, Frantz C, Chiu B, Mackey JR, Lai R.  STAT3 upregulates TIMP1 expression and decreases invasiveness of breast cancer. Canadian Breast Cancer Research Alliance Conference. Montreal, Quebec, May 2006.
3. **Dien J**, Wong W, Mackey JR, Lai R.  STAT3 modulates invasiveness in breast cancer through upregulation of TIMP1 expression. Alberta Cancer Board Annual Research Meeting; Banff, Alberta, November 2006.
4. **Dien Bard J**, Gelebart P, Amand M, Amin HM, Lai R. Aberrant expression of IL-22 receptor (IL-22R1) and autocrine IL-22 stimulation contribute to tumorigenicity in ALK-expressing anaplastic large cell lymphoma. National Cancer Research Institute general meeting; Birmingham, United Kingdom, September 2007.
5. **Dien Bard J**, Gelebart P, Anand M, Amin HM, Lai R. Aberrant expression of IL-22 receptor (IL-22R1) and autocrine IL-22 stimulation contribute to tumorigenicity in ALK-expressing anaplasticlarge cell lymphoma. Alberta Cancer Board Annual Research Meeting; Banff, Alberta, November 2007.
6. **Dien Bard**, Hindler JF, Lewinski MA. Effects of % Susceptible Rates and Statistical Significant Differences in E. coli, K. pneumoniae and P. aeruginosa when Multiple Approaches are used. 109th American Society for Microbiology general meeting, May 2009.
7. **Dien Bard J**, Miller MJ, Lewinski MA. Evaluation of QIAGEN ResPlexTM II Panel v2.0 Assay for the Detection of Respiratory Viral Pathogens. 15th American Molecular Pathology annual meeting, November 2009.
8. **Dien Bard J**, Azad KN, Miller MJ, Lewinski MA: Evaluation of QIAGEN ResPlexTM II Panel v2.0 Assay for the Detection of Respiratory Viral Pathogens. J Mol Diag, 2009.
9. **Dien Bard J**, Humphries R, Hindler JF, Lewinski MA. Detection of Carbapenemase Producers by Performance of Modified Hodge Test at a Tertiary Care Facility and Evaluation of Percent Susceptible of Carbapenems from 2000 – 2009. 110th American Society for Microbiology general meeting, May 2010.
10. Humphries RM, Hindler, JF, **Dien Bard J** and Lewinski MA. Colistin susceptibility testing: reliable results? 50th Interscience Conference on Antimicrobial Agents and Chemotherapy, Boston MA, September 2010.
11. Humphries RM, **Dien Bard J** and Lewinski MA. Trimethoprim sulfamethoxazole susceptible Aerococcus urinae. 50th Interscience Conference on Antimicrobial Agents and Chemotherapy, Boston MA, September 2010.
12. **Dien Bard J**, Hindler JF, Humphries RM, Lewinski MA, Pegues DA. Revised Cefazolin Breakpoints: Potential Impact on Therapeutic Guidance of Urinary Tract Infections. 50th Interscience Conference on Antimicrobial Agents and Chemotherapy, Boston MA, September 2010.
13. **Dien Bard J**, Lewinski MA, Pegues DA. Occupational Needlestick and Sharps Exposures to Bloodborne Pathogens, 1997-2009. 50th Interscience Conference on Antimicrobial Agents and Chemotherapy, Boston MA, September 2010.
14. Miller M, Zoutman DE, Tomalty LL, Armstrong Dianne, **Dien Bard J**. Evaluation of Three Chromogenic Media for Detection of Vancomycin-Resistant Enterococci in a Tertiary-Care Hospital. CACMID-AMMI Canada Annual Conference, Montreal Quebec, April 2011.
15. Humphries RM, Wollenberg P, Lewinski MA, **Dien Bard J**. Rapid identification of five Candida species using Yeast Traffic Light PNA FISH. 21st European Congress of Clinical Microbiology and Infectious Diseases meeting, Milan Italy, May 2011.
16. Miller M, Zoutman DE, Tomalty LL, Armstrong Dianne, **Dien Bard J**. Evaluation of Broth Enrichment for the Detection of Vancomycin-Resistant Enterococci on Two Chromogenic Media. 111th American Society for Microbiology general meeting, New Orleans LA, May 2011.
17. Humphries RM, Wollenberg P, Lewinski MA, **Dien Bard J**: Rapid identification of five Candida species using Yeast Traffic Light PNA FISH. Clin Microbiol Infect, 2011.

18. Majury A, Krolik J, Kuca C, **Dien Bard J**. Comparison of Three Diagnostic Assays for the Detection of Toxigenic Clostridium difficile Infection. 112th American Society for Microbiology general meeting, San Francisco CA, June 2012.

19. Trotman-Grant A, Raney T, **Dien Bard J**. Evaluation of Optimal Storage and Transport Medium for the Detection of Group B Streptococcus in StrepB Carrot Broth. 112th American Society for Microbiology general meeting, San Francisco CA, June 2012.

20. She RC, Polanco CM, Abdelrahman G, **Dien Bard J**. Multi-center Evaluation of the Nanosphere Verigene BC-GP test for Direct Detection of Gram-Positive Bacteria and Resistance Genes from Positive Blood Cultures. 23rd European Society of Clinical Microbiology and Infectious Diseases, Berlin, Germany, April 2013.

21. Pannaraj PS, **Dien Bard J**, Beekmann SE, Polgreen PM, Weissman SJ. Clinical Features and Mechanisms of Carbapenem Resistance in Enterobacteriaceae in Pediatric Patients in the United States. Pediatric Academic Societies annual meeting, Washington, D.C., May, 2013.

22. Batoon K, Polanco CM, **Dien Bard J**. Molecular Diagnosis of Group A Streptococcus Pharyngitis in Pediatric Patients. 113th American Society for Microbiology general meeting, Denver CO, May 2013.

23. Yang S, Aldrovandi G, **Dien Bard J**. Development of a Real-Time PCR Assay for the Detection and Monitoring of Human Herpesvirus 6 in Clinical Specimens. 113th American Society for Microbiology general meeting, Denver CO, May 2013.

24. Polanco CM, **Dien Bard J**. Evaluation of the Nanosphere Verigene BC-GP test for Direct Detection of Gram-Positive Bacteria and Resistance Genes from Positive Blood Cultures in Pediatric Patients. 113th American Society for Microbiology general meeting, Denver CO, May 2013.

25. Lustestica M, Strano D, Delos Angeles D, Polanco CM, Lam G, **Dien Bard J**. Successful Implementation of a 24/7 Molecular Assay for the Diagnosis of Influenza A/B and RSV at Children's Hospital Los Angeles. IDWeek Annual Meeting, San Francisco, CA, October, 2013.

26. Mansilla R, Blanche R, Mahinan D, Dien Bard J. Comparison of illumigene® C. difficile assay and Portrait Toxigenic C. difficile assay for the Detection of Toxigenic Clostridium difficile in Pediatric Patients. Association for Molecular Pathology Annual Meeting, Phoenix, AZ, November, 2013.

27. She RC, Polanco CM, Abdelrahman G, **Dien Bard J**. Multi-center Evaluation of the Nanosphere Verigene BC-GP test for Direct Detection of Gram-Positive Bacteria and Resistance Genes from Positive Blood Cultures. Clin Microbiol Infect, 2013.

28. Mansilla R, Blanche R, Mahinan D, **Dien Bard J**. Comparison of illumigene® C. difficile assay and Portrait Toxigenic C. difficile assay for the Detection of Toxigenic Clostridium difficile in Pediatric Patients. J Mol Diag, 2013.

29. Zhou Y, Eubanks N, **Dien Bard J**. Evaluation and Comparison of Multiple Commercial Assays for the Detection of Influenza A, Influenza B and Respiratory Syncytial Virus (RSV). 30th Clinical Virology Symposium, Daytona, Florida, April, 2014.

30. Zhou Y, Eubanks N, **Dien Bard J**. Detection of hsv-1/2 and vzv using real-time pcr and the altona realstar alpha herpesvirus assay. 30th clinical Virology Symposium, Daytona, Florida, April, 2014.

31. Polanco CM, Mestas J, **Dien Bard J**. Effects of Blood Volume on the Performance of the Verigene BC-GP Assay in Pediatric Patients. 114th American Society for Microbiology general meeting, Boston, MA, May, 2014.

32. Mestas J, Polanco CM, **Dien Bard J**. Evaluation of the Nanosphere Verigene® Enteric Pathogen Test Investigational Use Only (IUO) for Direct Detection of Enteric Bacteria and Viruses from Stool Samples in Pediatric Patients. Association for Molecular Pathology Annual Meeting, National Harbor, MD, November, 2014.

33. Felsenstein S, Takemoto C, Sandha P, **Dien Bard J**. Impact of the Verigene Gram-Positive Blood Culture Assay in a Tertiary Care Pediatric Hospital. Clin Microbiol Infect, 2014.

34. Mestas J, Polanco CM, **Dien Bard J**. Evaluation of the Nanosphere Verigene® Enteric Pathogen Test Investigational Use Only (IUO) for Direct Detection of Enteric Bacteria and Viruses from Stool Samples in Pediatric Patients. J Mol Diag, 2014.

35. Felsenstein S, Mestas J, Polanco CM, Quias T, **Dien Bard J**. Prevalence of Meningitis and Utility of a Meningitis/Encephalitis Molecular Panel in a Pediatric Hospital. 25rd European Society of Clinical Microbiology and Infectious Diseases, Copenhagen, Denmark, April 2015.

36. **Dien Bard J**, Gentry M, Mestas J, Mongkolrattanothai K. Impact of Direct matrix-assisted laser desorption ionization time-of-flight mass spectrometry on the Management of Gram-negative Bacteremia in a Tertiary Care Pediatric Hospital. 25rd European Society of Clinical Microbiology and Infectious Diseases, Copenhagen, Denmark, April 2015.

37. Quias T, Polanco CM, Nelson J, Mestas J, **Dien Bard J**. Matrix-Assisted Laser Desorption Ionization Time-of-Flight Mass Spectrometry and Direct Susceptibility Testing Allows for Rapid Identification and Susceptibility Reporting of Gram-Negative Bacteria Directly from Positive Blood Cultures in a 24/7 Clinical Microbiology Laboratory. 115th American Society for Microbiology general meeting, New Orleans, LA, June, 2015.

38. Mestas J and **Dien Bard J**. Development of a Real Time-Polymerase Chain Reaction Assay for the Detection of Pneumocystis jirovecii on the 3M™ Integrated Cycler. 115th American Society for Microbiology general meeting, New Orleans, LA, June, 2015.

39. **Dien Bard J**, Mongkolrattanothai K, Nasser W, Beres S, Musser J, Olsen RJ. Whole Genome Sequence Analysis of a Cluster of Community Acquired Invasive Group A Streptococcal Infection in Pediatric Patients. 115th American Society for Microbiology general meeting, New Orleans, LA, June, 2015.

40. Wu MT, Burnham CA, **Dien Bard J**, Lawhon SD, Burd EM, Hindler JA, Humphries RM. Evaluation of Oxacillin and Cefoxitin Breakpoints for Prediction of Methicillin Resistance in Human and Veterinary Isolates of Staphylococcus pseudintermedius. 115th American Society for Microbiology general meeting, New Orleans, LA, June, 2015.

41. Demogines DM, Balada-Llasat JM, Leber A, Daly J, Lephart P, Schreckenberger P, Reed SL, Chapin KC, Johnson K, Carroll K, **Dien Bard J**, Bankowski M, Holmberg K, Bourzac K. Multi-Center Clinical Evaluation of a the FilmArray Meningitis/Encephalitis Panel for Simultaneous Detection of Bacteria, Viruses, and Yeast in Cerebral Spinal Fluid Specimens. 115th American Society for Microbiology general meeting, New Orleans, LA, June, 2015.

42. Mongkolrattanothai K and **Dien Bard J**. The Utility of Direct DNA Sequencing from Clinical Specimens in Hospitalized Pediatric Patients. IDWeek Annual Meeting, San Diego, CA, October, 2015.

43. Felsenstein S, **Dien Bard J**, Campo D, Wee CP, Harlan S, Nash K. Non-tuberculous Mycobacteria in Children with Cystic Fibrosis: Longitudinal Characterization by Whole-Genome Sequencing and Association with Pulmonary Function. World Society of Pediatric Infectious Disease, Rio de Janeiro, Brazil, November, 2015.

44. Felsenstein S, **Dien Bard J**, Hoffman J. Disseminated Coccidiodes immitis and Mycobacterium tuberculosis Co-Infection in a Pediatric Patient. World Society of Pediatric Infectious Disease, Rio de Janeiro, Brazil, November, 2015.

45. Felsenstein S, Mestas J, Polanco CM, Quias T, **Dien Bard J**. Prevalence of Meningitis and Utility of a Meningitis/Encephalitis Molecular Panel in a Pediatric Hospital. Clin Microbiol Infect, 2015.

46. **Dien Bard J**, Gentry M, Mestas J, Mongkolrattanothai K. Impact of Direct matrix-assisted laser desorption ionization time-of-flight mass spectrometry on the Management of Gram-negative Bacteremia in a Tertiary Care Pediatric Hospital. Clin Microbiol Infect, 2015.

47. Van TT, Lustestica M, Bowland B, **Dien Bard J**. Availability of 24/7 rapid HSV PCR test directly impacts acyclovir exposure in pediatric patients. 26th European Society of Clinical Microbiology and Infectious Diseases, Amsterdam, Netherlands, April, 2016.

48. Bourzac KM, Holmberg K, Stockmann CR, Cohen D, Leber A, Daly JA, Jackson JT, Selvarangan S, **Dien Bard J**, Duffy S, Pavia A, Chapin KC. Missed opportunities for treatment: implementation of molecular diagnostics for paediatric acute gastroenteritis (GE): the FilmArray GI panel IMPACT Study. 26th European Society of Clinical Microbiology and Infectious Diseases, Amsterdam, Netherlands, April, 2016.

49. **Dien Bard J**, Mestas J, Lee J, Pannaraj P. Prevalence and Impact of Blood Volume on the Recovery of True Pathogens and Contaminants from Pediatric Blood Cultures. 116th American Society for Microbiology Microbe general meeting, Boston, MA, June, 2016.

50. Van TT, Cox LM, Cox ME, **Dien Bard J**. Comparison of the Prevalence of Group A Streptococcus and Fusobacterium necrophorum at a Pediatric Hospital. 116th American Society for Microbiology Microbe general meeting, Boston, MA, June, 2016. Accepted for oral presentation.

51. Faron ML, Conolly J, Granato PA, **Dien Bard J**, Daly J, Young S, Ledeboer NA, Buchan BW. Clinical Evaluation of the Great Basin Shiga Toxin Direct Molecular Assay for the Identification of Shiga-Toxin Containing E. coli (STEC) in Diarrheal Stool Specimens. 116th American Society for Microbiology Microbe general meeting, Boston, MA, June, 2016.

52. Van TT, Cox LM, Cox ME, **Dien Bard J**. Detection of Fusobacterium necrophorum from pediatric patient throat cultures by selective anaerobic medium. 13th Biannual International Congress of the Anaerobe Society of the Americas, July, 2016.

53. **Dien Bard J**, Festekjian A, Stockmann C, Cohen D, Leber A, Daly JA, Jackson JT, Selvarangan R, Kanwar N, Duffy S, Holmberg K, Bourzac K, Chapin KC, Pavia AT, Bender JM. Impact of the FilmArray Gastrointestinal Panel in Children Hospitalized for Acute Gastroenteritis. IDWeek Annual Meeting, New Orleans, LA, October, 2016.

54. Stockmann C, Cohen D, Leber A, Daly JA, Jackson JT, Selvarangan R, Kanwar N, Bender JM, **Dien Bard J**, Festekjian A, Duffy S, Larsen C, Baca T, Holmberg K, Bourzac K, Chapin KC, Pavia AT. Implementation of a Molecular Diagnostic Test for Pediatric Acute Gastroenteritis: The FilmArray GI Panel IMPACT Study. IDWeek Annual Meeting, New Orleans, LA, October, 2016.

55. Naccache S and **Dien Bard J.** Clinical utility of the FilmArray meningitis/encephalitis panel in a tertiary children's hospital. 27th European Society of Clinical Microbiology and Infectious Diseases, Vienna, Austria, April, 2017.

56. Huang AM, Windham SL, Mahmutoglu D, Balada JM, Relich R, Humphries R, Harrington A, Murphy C, Leber A, **Dien Bard J**, Zimmerman C, Kerr S, Ledeboer N, Buchan BW. Potential Clinical Impact of a Semi-Quantitative Multiplex Molecular Panel for the Identification of Bacteria, Viruses, and Fungi in Lower Respiratory Specimens. CVS Annual meeting, Charleston, SC, May, 2017.

57. Faron ML, Mahmutoglu D, Huang AM, Balada JM, Relich R, Humphries R, Harrington A, Murphy C, Leber A, **Dien Bard J**, Zimmerman C, Kerr S, Ledeboer N, Buchan BW. Clinical Evaluation of a Semi-Quantitative Multiplex Molecular Assay for the Identification of Bacteria, Viruses, and Fungi in Lower Respiratory Specimens. CVS Annual meeting, Charleston, SC, May, 2017.

58. Granato PA, Unz MM, **Dien Bard J**, Naccache S, Young S, Dhiman N, Weissfeld AS, Trevino EA, Faron ML, Buchan BW. Comparative Evaluation of a PCR Amplification and Array Detection Stool Bacterial Pathogens Panel with Conventional Methods for Detecting Common Bacterial Enteric Pathogens. CVS Annual meeting, Charleston, SC, May, 2017.

59. Leber A, Everhart K, Cohen D, Daly JA, Jackson JT, Selvarangan R, Kanwar N, Bender JM, **Dien Bard J**, Festekjian A, Duffy S, Larsen C, Baca T, Holmberg K, Bourzac K, Chapin KC, Pavia AT. Detection of *C. difficile* in a Pediatric Population Using a Multiplex Stool Panel. 117th American Society for Microbiology Microbe general meeting, New Orleans, LA, June, 2017.

60. Lustestica M, Aralar P, Jordan C, Wong S, Eubanks N, **Dien Bard J**. Reduction of Unnecessary Blood Collected for Viral Load Monitoring at a Tertiary Care Pediatric Institution. 117th American Society for Microbiology Microbe general meeting, New Orleans, LA, June, 2017.

61. Van TT, Polanco C, Blanche R, **Dien Bard J.** Active Monitoring and Education to Improve Collection of Blood Cultures with Sufficient Blood Volume. 117th American Society for Microbiology Microbe general meeting, New Orleans, LA, June, 2017.

62. Granato PA, Unz MM, **Dien Bard J**, Naccache S, Young S, Dhiman N, Weissfeld AS, Trevino EA, Faron ML, Buchan BW. Comparative Evaluation of the Great Basin Stool Bacterial Pathogens Panel with Conventional Methods for Detecting Common Bacterial Enteric Pathogens. 117th American Society for Microbiology Microbe general meeting, New Orleans, LA, June, 2017.

63. Meyers L, **Dien Bard J**, Selvarangan R, Naccache SN, Stellrecht K, Blaschke A, Daly JA, Faucett A, Jones JD, FilmArray Trends Working Group, Ginocchio CC, Poritz MA. Population-level Detection of EV-D68 in the United States Through Cloud Based Epidemiology Network. 117th American Society for Microbiology Microbe general meeting, New Orleans, LA, June, 2017.

64. Dominguez DC, Dou M, **Dien Bard J**, Li X. Design and Validation of a Point of Care Device for the Rapid Detection of Pertussis. 117th American Society for Microbiology Microbe general meeting, New Orleans, LA, June, 2017.

65. Naccache S, Bender J, Desai J, Van TT, Meyers L, Jones J, Mongkolrattanothai K, **Dien Bard J.** Acute Flaccid Myelitis Cases Presenting During a Spike in Respiratory Enterovirus D68 Circulation: Case Series From a Single Pediatric Referral Center. ESCV Annual Meeting, Stresa, Italy, September, 2017.

66. Van TT, Naccache S, Tomaras A, Mestas J, **Dien Bard J**. Application of Laser Light Scattering Technology in Rapid Diagnosis of Urinary Tract Infections and Antimicrobial Susceptibility Testing in a Tertiary Children's Hospital. IDWeek Annual Meeting, San Diego, CA, October, 2017.

67. Kanwar N, Jackson JT, Duffy S, Chapin KC, Cohen D, Leber A, Daly JA, Pavia A, Larsen C, Baca T, Bender JM, **Dien Bard J**, Festekjian A, Holmberg K, Bourzac K, Selvarangan R. FilmArray® Gastrointestinal (GI) Panel for viral acute gastroenteritis detection in pediatric patients. IDWeek Annual Meeting, San Diego, CA, October, 2017.

68. Smith T, Ye X, Stockmann C, Cohen D, Leber A, Daly JA, Jackson JT, Selvarangan R, Bender JM, **Dien Bard J**, Festekjian A, Duffy S, Larsen C, Baca T, Holmberg K, Bourzac K, Chapin KC, Pavia A, Leung D. Clinical Predictors of Shigella and Campylobacter Infection in Children in the United States. IDWeek Annual Meeting, San Diego, CA, October, 2017.

69. Naccache S, Bender J, Desai J, Van TT, Meyers L, Jones J, Mongkolrattanothai K, **Dien Bard J.** Acute Flaccid Myelitis Cases Presenting During a Spike in Respiratory Enterovirus D68 Circulation: Case Series From a Single Pediatric Referral Center. IDWeek Annual Meeting, San Diego, CA, October, 2017.

70. Buchan BW, Windham S, Faron ML, Balada-Llasat JM, Relich RF, Humphries RM, Miller S, Harrington A, Murphy C, Leber A, **Dien Bard J**, Zimmerman C, Kerr S, Graue C, Ledeboer N, Huang A. Clinical Evaluation and Potential Impact of a Semi-Quantitative Multiplex Molecular Assay for the Identification of Bacteria, Viruses, and Fungi in Lower Respiratory Specimens. American Thoracic Society meeting, Washington, DC, November, 2017.

71. Uphoff TS, Dien Bard J, Denys G, Oethinger M, Sinclair W, Young S. Multicenter Clinical Evaluation of a Real-Time Assay for *Bordetella pertussis*. AMP meeting, Salt Lake City, UT, November, 2017.

72. Graue C, Kerr S, Balada-Llasat, Carroll A, Stone H, Alerele O, Buchan B, Windham S, Hopp A, Ronen S, Relich RF, Buckner R, Warren DA, Garner O, Huse H, Chandrasekaran S, Leber A, Everhart K, Harrington A, Kwong C, Collier S, Bonwit A, Dien Bard J, Naccache S, Fowler R, Zimmerman C, Jones B, Rogatcheva M. Clinical Evaluation of the BioFire FilmArray Pneumonia Panel *plus.* 28th European Society of Clinical Microbiology and Infectious Diseases, Madrid, Spain, April, 2018.

73. **Dien Bard J**, Nelson J, Mata K, Thorpe D, Noval-Weekley S. Digital Detection of Group A *Streptococcus* using Colorex Strep A CHROMagar and WASPlab Chromogenic Detection Module. 28th European Society of Clinical Microbiology and Infectious Diseases, Madrid, Spain, April, 2018.

74. Graue C, Kerr S, Balada-Llasat JM, Carroll A, Stone H, Alerele O, Buchan B, Windham S, Hopp A, Ronen S, Relich RF, Buckner R, Warren DA, Garner O, Huse H, Chandrasekaran S, Leber A, Everhart K, Harrington A, Kwong C, Collier S, Bonwit A, **Dien Bard J**, Naccache S, Fowler R, Zimmerman C, Jones B, Rogatcheva M. Clinical Evaluation of the BioFire FilmArray Pneumonia Panel *plus.* CVS annual meeting, Palm Beach, Florida, May, 2018.

75. **Dien Bard J**, Nelson J, Mata K, Thorpe D, Noval-Weekley S. Digital Detection of Group A *Streptococcus* using Colorex Strep A CHROMagar and WASPlab Chromogenic Detection Module. 118th American Society for Microbiology Microbe general meeting, Atlanta, GA June, 2018.

76. Vareechon C, Mestas J, Polanco CM, **Dien Bard J**. Perfomance of the Verigene Gram-Positive Blood Culture Panel After Implementation in a Pediatric Institution. 118th American Society for Microbiology Microbe general meeting, Atlanta, GA June, 2018.

77. **Dien Bard J,** Lichtenfeld N, Choi HJ, Manshadi K, Chang T, Festekjian A. Benefits of Adding Anaerobic Blood Culture Bottles in the Diagnosis of Bloodstream Infections in Children. 118th American Society for Microbiology Microbe general meeting, Atlanta, GA June, 2018.

78. Kerr S, Graue C, **Dien Bard J,** Broadbent K, Balada-Llasat JM, Carroll A, Stone H, Alerele O, Buchan B, Mahmutiglu D, Hopp A, Ronen S, Relich RF, Buckner R, Warren DA, Humphries R, Campeau A, Huse H, Chandrasekaran S, Leber A, Everhart K, Harrington A, Kwong C, Collier S, Bonwit A, Sambri V, Murphy C, Fowler R, Bourzac K, Rogatcheva M. Molecular Prevalence of Pneumocystis jirovecii in a Multi-site Prospective Evaluation of the FimArray Pneumonia Panel. 118th American Society for Microbiology Microbe general meeting, Atlanta, GA June, 2018.

79. Kanwar N, **Dien Bard J,** Leber A, Dunn J, Chapin KC, Rostad CA, Blaschke A, Daly JA, Hueschen LA, Jones M, Ott E, Bastar J, Selvarangan R. Prospective, Multi-center Analysis of a BioFire FilmArray Childhood Systemic Infection (CSI) Panel for Detection of Viral Bloodstream Infections in a Pediatric Emergency Department Setting. IDWeek, San Francisco, CA October, 2018.

80. Pons B, Jay C, Martin T, Sothier L, Savelli H, Kensinger B, Laurent F, Abad L, Murphy C, Craney A, Schmitt B, Waggoner A, Butler-Wu S, Costales B, Dien Bard J, Mestas J, Esteban J, Salar-Vidal L, Harrington A, Collier S, Leber A, Everhart K, Balada-Llasat JM, Horn J, Magro S, Bourzac K. Identification of Pathogens in Synovial Fluid Samples with an Automated Multiplexed Molecular Detection System. IDWeek, San Francisco, CA October, 2018.

81. Pandey U, Graue C, **Dien Bard J**. Performance Evaluation and Potential Clinical Utility of the BioFire® FilmArray® Pneumonia Panel in a Tertiary Care Pediatric Hospital. 29th European Society of Clinical Microbiology and Infectious Diseases, Amsterdam, Netherland, April, 2019.

82. Chaudhari PP, Jones M, Fahit M, Bastar J, **Dien Bard J**. BioFire® FilmArray® Childhood Systemic Infection Panel for Detection of Viral Bloodstream Infections in the Pediatric Emergency Department. 29th European Society of Clinical Microbiology and Infectious Diseases, Amsterdam, Netherland, April, 2019.

83. Fahit M, Naccache SN, **Dien Bard J**. CSF Parameters are Poor Predictor of Appropriate FilmArray Meningitis/Encephalitis Utilization in Pediatric Patients. 29th European Society of Clinical Microbiology and Infectious Diseases, Amsterdam, Netherland, April, 2019.

84. Pandey U, Greninger AL, Levin G, Jerome KR, **Dien Bard J.** Detection of human herpesvirus - 6 (hhv-6) infection of the central nervous system at a tertiary care pediatric hospital using BioFire FilmArray Meningitis/Encephalitis Panel (FA-M/E). 35th Clinical Virology Symposium, Savannah, Georgia, May, 2019.

85. Pandey U, Fahit M, Naccache SN, **Dien Bard J**. CSF Parameters are Poor Predictor of Appropriate FilmArray Meningitis/Encephalitis Utilization in Pediatric Patients. 119th American Society for Microbiology Microbe general meeting, San Francisco, CA, June, 2019.

86. Pandey U, Greninger AL, Levin G, Jerome KR, **Dien Bard J.** Utility of BioFire FilmArray Meningitis/Encephalitis Panel (FA-M/E) for detection of human herpesvirus - 6 (hhv-6) infection of the central nervous system at a tertiary care pediatric hospital. 119th American Society for Microbiology Microbe general meeting, San Francisco, CA, June, 2019.

87. Vareechon C, Pandey U, Anand V, Butler-Wu SM, **Dien Bard J.** *Clostridium difficile* Toxin Testing in a Pediatric Population. 119th American Society for Microbiology Microbe general meeting, San Francisco, CA, June, 2019.

88. Howard J, Aoki J, Haaland B, Pavia A, Larsen C, Baca T, Cohen D, Leber A, Ardura M, Daly JA, Jackson JT, Selvarangan R, Kanwar N, Bender J, **Dien Bard J,** Duffy S, Chapin KC, Holmberg K, Bourzac K, Leung DT. Preparation for External Validation of a Clinical Prediction Rule for Diarrhea Etiology Using Natural Language Processing. IDWeek, Washington, DC, October, 2019.

89. Hogan CA, Yang S, Garner OB, Green DA, Gomez CA, Pinsky BA, **Dien Bard J**, Banaei N. Clinical Impact of Metagenomic Next-Generation Sequencing of Plasma Cell-Free DNA for the Diagnosis of Infectious Diseases: A Multicenter Retrospective Cohort Study. 30th European Society of Clinical Microbiology and Infectious Diseases, Paris, France, April, 2020. CANCELLED DUE TO COVID-19 PANDEMIC.

90. Yee R, Pandey U, Holifield C, Flores J, Fahit M, Naccache SN, **Dien Bard J**. Clinical Utility of Syndromic Meningitis/Encephalitis Testing in Children. 30th European Society of Clinical Microbiology and Infectious Diseases, Paris, France, April, 2020. CANCELLED DUE TO COVID-19 PANDEMIC.

91. Precit M, Mongkolrattanothai K, Glucoft M, **Dien Bard J.** Too much of a good thing? Evaluation of Respiratory Viral Panel Usage in Pediatric Bone Marrow Transplant Patients. 30th European Society of Clinical Microbiology and Infectious Diseases, Paris, France, April, 2020. CANCELLED DUE TO COVID-19 PANDEMIC.

92. Yee, R, Precit, M, **Dien Bard J**. Retrospective Analyses of Patients with Coccidioidomycosis from a Pediatric Hospital in Southern California. Association of Public Health Annual Conference, 2020. CANCELLED DUE TO COVID-19 PANDEMIC.

93. Precit, M, Yee, R, Pandey, U, Ruiz, R, **Dien Bard J.** Evaluation of Sensistitre YeastOne YO9 for antifungal susceptibility testing of *Candida auris* and other *Candida* species. Association of Public Health Annual Conference, 2020. CANCELLED DUE TO COVID-19 PANDEMIC.

94. Pandey, U, Yee, R, Precit, M, **Dien Bard J**. Rapid Detection of Bacterial Pathogens from Clinical Specimens using Oxford Nanopore Minion Sequencing. 120th American Society for Microbiology Microbe general meeting, Chicago, IL, June, 2020. Accepted for oral presentation. CANCELLED DUE TO COVID-19 PANDEMIC.

95. Precit, M, Pandey, U, Yee, R, **Dien Bard J.** 120th American Society for Microbiology Microbe general meeting, Chicago, IL, June, 2020. CANCELLED DUE TO COVID-19 PANDEMIC.

96. Yee, R, Pandey, U, Fahit, M, Flores, J, Holifield, C, Precit, M, Naccache, SN, **Dien Bard J**. Effects of Molecular Meningitis/Encephalitis Panel on Antimicrobial Use and Length of Hospitalization in Children. 120th American Society for Microbiology Microbe general meeting, Chicago, IL, June, 2020. CANCELLED DUE TO COVID-19 PANDEMIC.

97. Yee, R, Pandey, U, Fahit, M, Flores, J, Holifield, C, Precit, M, Naccache, SN, **Dien Bard J**. Effects of Molecular Meningitis/Encephalitis Panel on Antimicrobial Use and Length of Hospitalization in Children. 120th American Society for Microbiology Microbe general meeting, Chicago, IL, June, 2020. CANCELLED DUE TO COVID-19 PANDEMIC.

98. Yee, R, Pandey, U, Fahit, M, Flores, J, Holifield, C, Precit, M, Naccache, SN, **Dien Bard J**. Effects of Molecular Meningitis/Encephalitis Panel on Antimicrobial Use and Length of Hospitalization in Children. 120th American Society for Microbiology Microbe general meeting, Chicago, IL, June, 2020. CANCELLED DUE TO COVID-19 PANDEMIC.

99. Precit M, McCarthy S, **Dien Bard J**, O'Gorman M. Investigating relationships between SARS-CoV-2 PCR and anti-SARS-CoV-2 serology testing in adult and pediatric individuals. World Microbe Forum, June, 2021. Virtual Meeting.

100. Truong T, Ibarra-Flores I, Mongkolrattanothai K, **Dien Bard J**. Evaluation of a Rapid Blood Culture Assay for Phenotypic Antimicrobial Susceptibility Testing of Gram-negative Bacteria on Antimicrobial Use in Children. World Microbe Forum, June, 2021. Virtual Meeting.

101. Yee R, Ibarra-Flores I, Harutyunyan A, Chen PY, Precit M, **Dien Bard J**. Evaluation of Four Commercial Platforms for Blood Culture Identification and Antimicrobial Resistance Detection. World Microbe Forum, June, 2021. Accepted for oral presentation. Virtual Meeting.

102. Graue C, Schmitt BH, Waggoner A, Laurent F, Abad L, Bauer TW, Mazariegos I, Balada-Llasat JM, Horn J, Wolk D, Jefferis A, Hermans M, Verhoofstad I, Butler-Wu S, Umali-Wilcox M, Murphy C,  Cabrera B, Esteban J, Macias-Valcayo A, Craft D, von Bredow B, Leber A, Everhart K, **Dien Bard J**, Mestas J, Daly J, Barr B, Pons B, Jay C, Kensinger B. Evaluation of the BioFire® Joint Infection (JI) Panel for the Detection of Microorganisms and Antimicrobial Resistance Genes in Synovial Fluid Specimens. World Microbe Forum, June, 2021. Virtual Meeting.

103. Truong T, Ibarra-Flores I, Mongkolrattanothai K, **Dien Bard J**. Clinical Impact of a Rapid Blood Culture Assay for Phenotypic Antimicrobial Susceptibility Testing of Gram-Negative Bacteria at a Pediatric Hospital. 31st European Society of Clinical Microbiology and Infectious Diseases, July, 2021. Virtual meeting.

104. Changing Landscape of Pediatric Respiratory Infections in the One Year of COVID-19. Yee R, Gai E, Truong T, Ibarra-Flores I, **Dien Bard J**. 31st European Society of Clinical Microbiology and Infectious Diseases, July, 2021. Virtual meeting.

105. Role and Impact of Multiplex Respiratory Panel Repeat Testing in Pediatric and Young Adult Patients. Precit M and **Dien Bard J**. PLUGS Summit, Seattle, WA. September, 2021. Accepted for oral presentation. Virtual meeting

106. Prevalence of SARS-CoV-2 variants of concern: report from a tertiary care pediatric medical center. **Dien Bard J**, Chen PY, Bootwalla M, Shen L, Ostrow D, Maglinte D, Ruble D, Zhan Y, Flores J, Judkins AR, Gai X. Association for Molecular Pathology, November, 2021. CANCELLED DUE TO COVID-19

107. Pandey U, Ryutov A, Shen L, Bootwalla M, Maglinte DT, Ostrow D, Biegel JA, Judkins AR, Gai X, **Dien Bard J**. Rapid and Sensitive Genomic Characterization of SARS-CoV-2 Using Next-Generation Sequencing. Association for Molecular Pathology, November, 2021. CANCELLED DUE TO COVID-19

108. Comparison of COVID-19 disease severity in paediatric patients infected with the Delta B.1.617.2/AY.X or Epsilon B.1.427/1.429 variants in Los Angeles County, USA. Fissel JA, Chen PY, Fahit MF, Mongkolrattanothai K, Flores-Vasquez J, Truong TT, Bootwalla M, Maglinte DT, Gai X, **Dien Bard J.** 32th European Society of Clinical Microbiology and Infectious Diseases, Lisbon, Portugal, April, 2022.

109. Evaluating the predictive value of urinalysis leukocyte esterase and nitrite parameters for pediatric urine culture. Chen PY and **Dien Bard J.** PLUGS Summit, Seattle, WA. May, 2022.

110. Implementation of a streamlined SARS-CoV-2 whole-genome sequencing assay for expeditious surveillance during the emergence of the omicron variant. Fissel JA, Mestas J, Chen PY, Fahit MF, Mongkolrattanothai K, Flores-Vasquez J, Truong TT, Bootwalla M, Maglinte DT, Gai X, **Dien Bard J.** American Society for Microbiology Microbe general meeting, Washington, D.C., June, 2022.

111. Diagnostic Utility of Enrichment Broth Supplementation to Cerebrospinal Fluid and Wound Cultures at a Pediatric Hospital. Truong TT, Polanco CM, **Dien Bard J.** American Society for Microbiology Microbe general meeting, Washington, D.C., June, 2022.

112. Evaluation of the performance and clinical impact of a rapid phenotypic susceptibility testing method directly from positive blood culture at a pediatric hospital. Truong T, Mongkolrattanothai K, Ibarra-Flores I, **Dien Bard J**. ACLPS Annual Meeting, Seattle, WA, June, 2022. Accepted for oral presentation.

113. Clinical Evaluation of the BioFire FilmArray Gastrointestinal (GI) Panel for use with Rectal Swab Specimens in Cary-Blair Media. Goos J, Neff C, Lyons A, Selvarangan R, Banerjee D, Hueschen LA, Chapin K, Tansarli G, Silbert S, Lima A, Connor BA, Rogova M, Steele M, Stubbs AM, **Dien Bard J,** Flores-Vasquez J, Andjelic C. IDWeek Annual Meeting, Washington, D.C., Oct, 2022.

114. Performance of the Seegene Technologies Novaplex SARS-CoV-2 Variants VII Assay Compared to Whole Genome Sequencing. Yee R, Codoy ML, Hailu M, Flores-Vasquez J, Sands Z, Kochar O, **Dien Bard J.** Association for Molecular Pathology, Phoenix, AZ, Nov, 2022.

115. Retrospective analysis of SARS-CoV-2 subgenomic RT-PCR clinical utility in a paediatric quaternary care setting. Osborn LJ, Chen PY, Flores-Vazquez J, Mestas J, Salas E, Costales C, **Dien Bard J.** Oral presentation. 33rd European Society of Clinical Microbiology and Infectious Diseases, Copenhagen, Denmark, April, 2023

116. Evaluation of a Rapid Multiplex PCR Diagnostic Device for the Detection of Microorganisms from Nasopharyngeal and Throat Swab Specimens in the Near-Patient Setting. Bastar J, Holmberg K, Bay H, Drobysheva D, Ogden M, Davis T, Selvarangan R, Banerjee D, Cohen D, Enne V, Stubbs A, Steele M, **Dien Bard J,** Andjelic C. 33rd European Society of Clinical Microbiology and Infectious Diseases, Copenhagen, Denmark, April, 2023

117. Reducing the Turnaround Time of Gram Negative Antimicrobial Susceptibility Testing Using Early Growth with Automated and Broth Microdilution Systems. Osborn LJ, Garcia M, Farhadiayoubloo A, Perez K, Costales C, **Dien Bard J**. American Society for Microbiology Microbe general meeting, Houston, TX, June, 2023.

118. Body Fluid Culture: Optimizing Culture Workup in a Pediatric Quaternary Care Setting. Osborn LJ, Polanco M, Costales C, **Dien Bard J**. Oral presentation. American Society for Microbiology Microbe general meeting, Houston, TX, June, 2023.

### MEDIA AND TELEVISION APPEARANCES:

1. 2011, Outbreak of C. difficile infection in Eastern Ontario and the implementation of a molecular assay for the detection of toxigenic C. difficile. CKWStv
2. 2014. Too Few Studies to Steer Test Protocols for Pediatrics. CAP TODAY.
3. 2015 Dirty Plane Study. FOX 11 News
4. 2016. FilmArray ME panel—clinical trial to 1st clinical test. CAP TODAY.
5. 2018, Podcast: Challenges and Opportunities in Molecular Testing for Infectious Diseases. Next Generation Dx Summit.
6. 2018, GenomeWeb: Luminex Verigene MDx Panel Speeds Up AST, Reduces Cost, Study Finds.
7. 2019, GenomeWeb: Diagnostic Stewardship Debate Over BioFire Meningitis-Encephalitis Panel Heats Up.
8. 2019, Interview with Diagnostic World News.
9. 2019. ME Multiplex Panel: Debating the Tradeoffs. CAP TODAY.
10. 2020. POC Molecular Flu Tests Finding Resistance in Pediatrics Despite High Accuracy.
11. 2020. Ahead of the COVID-19 Curve. Children's Hospital Los Angeles.
12. 2020. Tracing coronaviruses origins is vital to moving forward. But there's a catch – several actually. LA Times.
13. 2020. Flu season could make coronavirus testing delays even worse. The New York Times.
14. 2020. Companies ditch plans for rapid coronavirus spit tests at home. The New York Times.
15. 2020. A setback for rapid spit tests. The New York Times.
16. 2020. High genome variation observed in pediatric COVID-19 cases. Clical OMICS.
17. 2020. Children's Hospital Los Angeles conducts largest pediatric genomic COVID-19 study to date. Eureka Alert.
18. 2020. A rapid virus test falters in people without symptoms, study find. New York Times.
19. 2021. Coronavirus medical mystery: Baby with high viral load puzzles researchers. Washington Post.
20. 2021. Researchers work to identify COVID-19 mutations as more contagious variants spread. CBS News.
21. 2021. COVID-19 may result in prolonged infection in immunocompromised children and young adults.
22. 2021. Immunocompromised children and young adults may experience prolonged SARS-CoV-2 infection.
23. 2021. Immunocompromised Children and Young Adults May Have Prolonged Infection With COVID-19.
24. 2021. Young, Immune-Compromised Patients Are Hotspots for Coronavirus Mutations: Study.
25. 2021. Immunocompromised Children, Young Adults at Greater Risk for Prolonged COVID-19 Infection.
26. 2021. CNS inflammation: Reducing time to optimal therapy with syndromic testing. SelectScience.
27. 2021. Delta is Bad News for Kids. The Atlantic.
28. 2021. The Coronavirus Could Get Worse. The Atlantic.
29. 2021. National Academies Report: Timely Diagnostics can Facilitate New Antimicrobials, Better Stewardship. ContagionLive.
30. 2021. With Eye to Future Preparedness, Industry Stakeholders Describe Lessons From COVID-19 Pandemic. 360Dx.
31. 2022. Variant Surveillance with Single-Day NGS.
32. 2022. Taking Next-Generation Sequencing from Proof of Concept to Diagnostic Reality.
33. 2022. Leveraging Syndromic Testing to Improve Patient Care.
34. 2022. The Art and Science of Positive Blood Cultures.
35. 2023. Multiplex Meningitis/Encephalitis Panel Market Expanding Despite Lack of Stewardship Guidelines. GenomeWeb 360 Dx.

# Exhibit B

## MATERIALS CONSIDERED

### Case Documents

- Second Amended Class Action Complaint (April 7, 2021), *Gelt Trading, Ltd. v. Co-Diagnostics, Inc., et al.*; United States District Court for the Central District of Utah, Case No.: 2:20-cv-00368.

- Memorandum Decision and Order Granting in Part and Denying in Part Defendants' Motion to Dismiss (March 9, 2022), *Gelt Trading, Ltd. v. Co-Diagnostics, Inc., et al.*; United States District Court for the Central District of Utah, Case No.: 2:20-cv-00368.

- Defendant Co-Diagnostics, Inc.'s Answers and Objections to Plaintiff's First Set of Interrogatories (June 12, 2023), *Gelt Trading, Ltd. v. Co-Diagnostics, Inc., et al.*; United States District Court for the Central District of Utah, Case No.: 2:20-cv-00368.

### Press Releases and SEC Filings

- Co-Diagnostics, Inc. *Co-Diagnostics, Inc. Receives CE Mark for Novel Coronavirus Test*. February 24, 2020, Press Release.

- Co-Diagnostics, Inc. *Co-Diagnostics, Inc. Receives FDA Emergency Use Authorization for COVID-19 Test*. April 6, 2020, Press Release.

- Co-Diagnostics, Inc. *Co-Diagnostics, Inc. Releases COVID-19 Test Performance Data: Consistently Demonstrates 100% Sensitivity and 100% Specificity Across Independent Evaluations*. May 1, 2020, Press Release (Including Attachments).

- Co-Diagnostics, Inc. *Co-Diagnostics, Inc. Announces Government Approvals and Increased Orders for COVID-19 Test Kits*, May 4, 2020, Press Release.

- Co-Diagnostics, Inc. *Co-Diagnostics, Inc. Releases Prepared Remarks for First Quarter 2020 Conference Call*. May 12, 2020, Press Release.

- Co-Diagnostics, Inc. Form 8-K, filed with the SEC on May 14, 2020, attaching Co-Diagnostics, Inc. May 14, 2020 Press Release and Earnings Call Transcript.

- U.S. Food and Drug Administration. *Coronavirus (COVID-19) Update: FDA Informs Public About Possible Accuracy Concerns with Abbott ID NOW Point-of-Care Test*, May 14, 2020, Press Release.

### News Articles

- Tkach Tuzman, Karen. "Limits of detection for FDA-authorized COVID-19 diagnostics." BioCentury, April 1, 2020 (Including Chart).

- Alberty, Erin, and Nate Carlisle. "'This is a potential public health disaster:' COVID-19 results from TestUtah.com are raising questions." The Salt Lake Tribune, April 30, 2020.

- Alberty, Erin. "TestUtah declines to join other Utah labs in accuracy check." The Salt Lake Tribune, May 14, 2020.

- Lenz, Lyz. "Investors bail on the company behind TestIowa's COVID-19 tests." The Gazette, May 20, 2020.

- Sun, Zhiyuan. "Is Co-Diagnostics' Stock in a Bubble?" The Motley Fool, May 20, 2020.

- Baird, Robert B. "How Utah's Tech Industry Tried to Disrupt Coronavirus Testing." The New Yorker, June 13, 2020.

**Other Produced Documents**

- CoDI_00009207–9291

- CoDI_00086792–6794

- CoDI_00004513–4514

- CoDI_000008071–8076

- CoDI_00026562–6564

- CoDI_00005050–5053

- CoDI_00008142–8143

- CoDI_00008156–8157

- CoDI_00005107–5118

- CoDI_00008168–8172

- CoDI_00073613–3616

- CoDI_00004220–4224

- CoDI_00250072–0127

- CoDI_00239322–9337

- CoDI_00239182–9191

- CoDI_00235406–5414

- CoDI_0087377–7408

- CoDI_00086164–6202

- CoDI_00019301–9371

3