# Exhibit 9

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF UTAH, CENTRAL DIVISION

------------------------------------------------------------

GELT TRADING, LTD., a Cayman
Island limited company,

                    Plaintiff,


     -vs-                              Case No.
                                       2:20-cv-00368-JNP-DBP

CO-DIAGNOSTICS, INC., a Utah
Corporation, DWIGHT EGAN, JAMES
NELSON, EUGENE DURENARD, EDWARD
MURPHY, RICHARD SERBIN, REED
BENSON, BRENT SATTERFIELD,


                    Defendants.


------------------------------------------------------------

          Video examination of JAMES O. WESTGARD,
Ph.D., taken at the instance of the Defendants, under
and pursuant to Rules 26 and 30 of the Federal Rules
of Civil Procedure, before JENNIFER L. SCHMALING, a
Registered Merit Reporter, Certified Realtime
Reporter, Certified Realtime Captioner, Notary Public
in and for the State of Wisconsin, and an Illinois
Certified Shorthand Reporter, with all participants
appearing remotely via Veritext Virtual
videoconference, on February 28, 2024, commencing
at 10:02 a.m. and concluding at 5:32 p.m.

Page 2

APPEARANCES

MARCUS NEIMAN RASHBAUM & PINEIRO LLP, by
MR. BRANDON FLOCH,
Two South Biscayne Boulevard, Suite 2530,
Miami, Florida 33131,
appeared on behalf of the Plaintiff.
bfloch@mnrlawfirm.com

BAKER & HOSTETLER LLP, by
MS. GENEVIEVE G. YORK-ERWIN,
999 Third Avenue, Suite 3900,
Seattle, Washington 98104-4040,
appeared on behalf of the Defendants.
gyorkerwin@bakerlaw.com

BAKER & HOSTETLER LLP, by
MS. MARISSA PEIRSOL,
200 Civic Center Drive, Suite 1200,
Columbus, Ohio 43215,
appeared on behalf of the Defendants.
mpeirsol@bakerlaw.com

ALSO PRESENT

Dr. Stephen Bustin.
Mr. Tim Tupiak, Videographer, Veritext Legal Solutions.
Mr. Sten Westgard.

* * * * *

INDEX

Examination:                         Page

Ms. York ........................................ 5

Exhibits Identified:                 Page
Exhibit 1 -Dr. Westgard's Expert Report On The
        Topic Of Validation Of Performance Of
        Qualitative Tests...................... 16
Exhibit 2 -Dr. Westgard's Rebuttal Report......... 18
Exhibit 3 -May 1st Press Release.................. 80

Page 3

INDEX CONT'D

Exhibits Identified:                         Page

Exhibit 4 -E-Mails And Performance Evaluation
        Report For Saragene.................... 117
Exhibit 5 -May 15, 2020, E-Mail Regarding Limits
        Of Detection For FDA-Authorized
        COVID-19 Diagnostics.................. 138
Exhibit 6 -Comparison Of Seven Commercial RT-PCR
        Diagnostic Kits For COVID-19........... 152
Exhibit 7 -Polish Study.......................... 152
Exhibit 8 -Australian Paper...................... 155

Request By:                                 Page

By Ms. York - Copies Of The Notes That
        Dr. Westgard Took During His
        Deposition.......................... 195
By Ms. York - Any Documents Dr. Westgard Had In
        Front Of Him During His Deposition... 195

* * * * *

Disposition Of Original Exhibits:
Attached To Original Transcript

* * * * *

Page 4

TRANSCRIPT OF PROCEEDINGS

THE VIDEOGRAPHER:  Good morning.  We are going on the record.  The time is 10:02 a.m. Central Time on February the 28th, 2024.

Quality of recording depends on quality of camera and Internet connection of participants.  What is heard from the witness and seen from his camera is what will be recorded.  Audio and video recording will continue to take place unless all parties agree to go off the record.

This is media unit No. 1 in the video-recorded deposition of James Westgard taken in the matter of Gelt Trading, Limited vs. Co-Diagnostics, Incorporated, et al., filed in the United States District Court, District of Utah, Central Division, Case No. 2:20-cv-00368-JNP-DBP.

My name is Tim Tupiak, and I'm the videographer.  The court reporter is Jen Schmaling.  We are both with the firm Veritext Legal Solutions.  I'm not related to any party in this action, nor am I financially interested in the outcome.

Page 5

If counsel will now state their appearances and affiliations for the record, beginning with the noticing attorney, after which the reporter will administer the oath.

MS. YORK:  Genevieve York-Erwin, Baker & Hostetler, for the defendants.  And my colleague, Marissa Peirsol, also at Baker, is here as well, and our expert, Dr. Bustin, is sitting in as well.

MR. FLOCH:  Brandon Floch on behalf of Gelt Trading, Limited and the class plaintiffs.  I'm here also on behalf of Dr. Westgard, the expert witness.

JAMES O. WESTGARD, Ph.D., called as a witness herein, having been first duly sworn on oath, was examined and testified as follows:

EXAMINATION

BY MS. YORK:

Q   Good morning, Dr. Westgard.  Would you, please, state your full name and current address for the record.

A   James, middle name Orville, Westgard.  I am from -- I'm located in Madison, Wisconsin, in the U.S.

Q   And because we're on Zoom, would you -- would

2 (Pages 2 - 5)

Page 6

you, please, tell me where you're physically located today?

A   You know, I am having trouble now.  It's too loud.  Sorry.  Say that again.

Q   Because we're on Zoom, could you, please, tell me where you're physically located today?

A   Oh.  I'm in the office of my son, Sten Westgard, which is located in Verona, Wisconsin, right?

MR. STEN WESTGARD:  Um-hum.

THE WITNESS:  It's just a few miles from my office.

BY MS. YORK:

Q   And is that your son that we're seeing in the room with you?

A   Yes.

Q   Is there anyone else in the room with you right now?

A   No.

Q   And do you have any devices with you?  Do you have any devices with you, a phone or a tablet or anything, besides the computer you're looking at?

A   I -- I -- I'm having trouble hearing that.  Say it again.

Page 7

Q   Do -- Do you have any devices with you other than the computer you're looking at?

A   I have a phone, and I have a tablet.

Q   Okay.  That's fine.  We would just ask that you keep them on silence and, you know, only look at them on breaks if that's all right.

A   Yeah.

Q   Have you been deposed before?

A   Once a long time ago.  I would say maybe 20 years ago.

Q   You've been through this before in some form, but I'll lay a few ground rules just as a reminder.  So first, your deposition's being transcribed.  So to make the transcript accurate, I'd ask that you not begin answering a question until I've finished asking it, and I'll allow you to give a full answer before I ask the next question.  That way we don't speak over each other.  Does that make sense?

A   (Witness nods head.)

Q   It's also important for your answer to be oral, a "yes" or a "no," instead of a nod so that that's captured in the transcript.  Does that make sense?

A   Yes.

Page 8

Q   And, third, your deposition is under oath, as you know.  If you don't understand a question that I ask, please tell me, or if you can't hear it, please tell me.  If you answer the question, I will assume that you understand it; is that fair?

A   Yes.

Q   Throughout the day, counsel may object to the questions that I'm asking you.  But unless instructed otherwise, you'll still need to answer the question.  Does that make sense?

A   Could you just clarify that?

Q   So the way that this works, I will ask questions.  Your counsel may sometimes object saying that there's some issue with the question.  But under the rules, you're still required to answer unless he has instructed you not to.

A   Okay.

Q   He is lodging his objection, but then you still are -- need to answer unless that's being -- he's instructing you not to.

A   So if as part of that objection he says, "Don't answer," then I don't need to?

Q   You can follow the instructions of your

Page 9

counsel, absolutely.  But in general, his objection doesn't -- you are still supposed to answer the question after he has objected.

A   Okay.

Q   I will try to take breaks every 60 to 90 minutes today.  But if you need to take a break at some other time, just let me know, okay.  I may want to finish a question or two, but we will try to -- we'll accommodate for that.  The only thing that I'd ask is that there be no breaks while a question is pending.  So if I've asked you a question, you'll need to answer it, and then we can take a break.  And if there's an emergency, we'll deal with it just in general.

A   Okay.

Q   But do let us know if you need a break, and we'll -- we'll figure it out.

A   Okay.

Q   Do you have any other questions before we get started?

A   No.

Q   So, Dr. Westgard, is there any reason that you're unable to testify truthfully today?

A   No.

3 (Pages 6 - 9)

Page 10

Q   What did you do to prepare for today's deposition?

A   I -- I reread the expert report, and then I reviewed some of the, you know, critical materials, particularly the press release and those related materials. There were certain areas where I reviewed other materials, some of the e-mail chains. I did review the deposition from Dr. Garcia, and I reviewed what I felt was going to be relevant and important to be able to discuss this.

Q   Okay. Did you meet with anybody to prepare for this deposition?

A   We -- I met with Brandon for one hour to check the Zoom and then, you know, set up here. I'm doing this in my son's office. He's here. He's -- He's my computer support.

Q   So you said you met with Brandon once for an hour. Did you meet with anybody any other times in preparation?

A   No.

Q   And other than the documents identified in your initial and rebuttal reports, did you review any other documents?

A   Well, there's an awful lot of documents in this

Page 11

case. I'm not entirely sure when -- when you specify just which ones you mean.

Q   Okay. My question was -- was a little more general which is, are you aware -- are there any documents that you -- do you think you reviewed any documents that were not identified in your initial or rebuttal reports?

A   Oh, I'm sure I did because I think in my report, I only referenced 14 documents, and I'm sure I reviewed more than that.

Q   Do you remember any of the other documents that -- that you reviewed? You mentioned Dr. Garcia's deposition. Do you remember any others?

A   For example, I reviewed -- there's a new draft of the document from Clinical Laboratory Standards Institute, EP12, which is a document specifically about validation of qualitative tests. That document was just published in the last few months, so I reviewed that document to update my understanding of what the current recommendations and guidelines are.

Q   Got it. So you had said earlier you were deposed once a while ago. Have you testified in the past four years either at deposition or

Page 12

at trial?

A   No, no.

Q   And what about prior to the past four years? Have you -- How many times have you testified at deposition or trial previously?

A   None. None.

Q   Except for the one time you were deposed; is that right?

A   Right, but that never went to trial, so I never testified at the trial.

Q   Okay. So, no, you never testified at trial, but you testified once in deposition; is that right?

A   Yes, yes.

Q   And what -- what did that matter concern?

A   It concerned glucose monitors. I think it was strip tests for glucose that were intended to be used by a patient.

Q   And were you testifying as an expert in that matter?

A   Yes.

Q   Do you -- Do you know if opposing counsel moved to exclude or strike your opinion in that matter?

A   I don't know.

Page 13

Q   What was the name of that product?

A   I don't even remember the product or the company. All I know is it was glucose test strips.

Q   Do you remember what court it was in?

A   It was in California.

Q   Do you know if it was state or federal court?

A   No, I don't.

Q   And about how many years ago do you think that was?

A   Over 20.

Q   Have you ever provided testimony in connection with an arbitration?

A   No.

Q   Have you ever provided testimony not as an expert?

A   Say that again.

Q   Have you ever testified not in an expert capacity --

A   No.

Q   -- simply as a person involved in a lawsuit?

A   No.

Q   Have you ever been a plaintiff or defendant in a lawsuit?

A   Say that again.

4 (Pages 10 - 13)

Page 14

Q   Have you ever been a plaintiff or a defendant in a lawsuit?

A   No.

Q   Have you ever been retained as an expert witness for a case involving molecular diagnostic tests?

A   No.

Q   What about for PCR tests?

A   No.

Q   Have you ever rendered an expert opinion regarding the performance of a molecular diagnostic test?

A   No.

Q   Have you ever rendered an expert opinion as to how investors interpret information in the market?

A   No.

Q   Aside from counsel here, did you discuss your opinions with anybody with respect to this case?

A   I guess I have discussed my reports with Brandon.

Q   But no one else?

A   I have talked with my son.  He's part of the company, Westgard QC.

Page 15

Q   Did you work alone in drafting your reports for this matter?

A   Say that again.

Q   Did you work alone when drafting your reports in this matter?

A   Yes.

Q   Did counsel draft any of the language in your reports?

A   No.  I -- I asked counsel only whether my report was appropriate in format having not done this before.

Q   Okay.  I'm going to introduce the first exhibit here, or at least try.

        MR. FLOCH:  And, Sten and Dr. Westgard, you may have to refresh before it comes up on the screen.

        MS. YORK:  Sorry.  It takes me a minute to mark it.

        (Exhibit No. 1 was marked.)

        MR. STEN WESTGARD:  Here it is.

        MS. YORK:  It should be loading now.

        THE WITNESS:  Yep.  Okay.

BY MS. YORK:

Q   Can you see what's been marked as Exhibit 1?

A   Yes.

Page 16

Q   Are you familiar with this document?

A   Yes.

Q   What is it?

A   I'm sorry?

Q   What -- What is the document?

A   It's my first expert report on the topic of validation of performance of qualitative tests.

Q   Did you draft this document?

A   Yes.

Q   Does it reflect your opinions in this case?

A   Yes.

Q   What materials and data did you consider in drafting this report?

A   Say that again.  What?

Q   What materials and data did you consider in drafting this report?  Are all of them -- Are all of them listed in the document itself?

A   The essential ones or the important ones should be.  I think the last page has, yeah, 14 references.  Those were the key documents. Now, that -- I don't know that that means everything is referenced, but those are the ones that I typically felt were important and needed to be identified, so page 14 of that.

Q   So are there additional documents that were not

Page 17

as important but that -- where -- that you considered and are not named here?

A   I don't believe so.

Q   So if you look in the last paragraph on the first page of this document, it indicates that you have published some 200 peer-reviewed papers, book chapters, monographs, books and reports; is that right?

A   Correct.

Q   Does your report list the publications that you've authored in the last ten years?

A   No.  It just lists a few of the recent ones.  I have -- I was not asked to provide a CV.

Q   Of the -- Of the approximately 200 publications that the report references here, are any of them about the verification or validation of a molecular infectious disease, a diagnostic test?

A   No.

Q   All right.  I'm going to introduce another exhibit.

        THE VIDEOGRAPHER:  I'm sorry.  If you could possibly tilt the camera down, Mr. Westgard, I'd appreciate it.

        MR. STEN WESTGARD:  How far down?

5 (Pages 14 - 17)

Page 18

THE VIDEOGRAPHER: That's fine.

(Exhibit No. 2 was marked.)

BY MS. YORK:

Q   Okay.  You should be able to see Exhibit -- what's been marked Exhibit No. 2.

A   Yes.

Q   What is this document?

A   So that is my rebuttal report in response to the other expert reports.

Q   Did you draft this document?

A   Yes.

Q   And what materials and data did you consider when drafting it?

A   It's essentially an extension of the discussion from my report, so I didn't reidentify all of the materials.  I identified maybe a couple new.

Q   In preparing this report, did you review the reports provided by Dr. Bustin and Dr. Dien Bard in this matter?

A   Yes.

Q   Are all of the materials and data that you considered in forming your rebuttal opinion identified in this report?

A   As I said, it's an extension of my original

Page 19

report.  I -- I did identify a few additional references, or maybe there were a couple references to the Australian study, Mexican study, Israeli study that -- to be specific about materials I did identify within this report.  Otherwise, essentially, it's built on all of the references from my initial report.

Q   Did you rely -- In forming this rebuttal report, did you rely on any documents not identified in it or --

A   I --

Q   -- or -- or in your initial report?  Did you identify any documents not identified in the rebuttal or the initial report?

A   I don't believe so, but it's possible.  Well, there are a couple e-mail chains that are identified here, one from Cecilia Hutchins.  I believe they might have been also from Dr. Garcia, so those are additional materials that I probably haven't otherwise identified.

Q   Has this -- Does the rebuttal report reflect your opinions with respect to Dr. Bustin and Dr. Dien Bard's expert reports?

A   Yes.

Q   I'm going to turn to your education now.  Where

Page 20

did you go to college?

A   Concordia College in Moorhead, Minnesota.

Q   And what degree did you receive there?

A   A major in chemistry, minor in mathematics.

Q   And do you have an advanced degree or two?

A   I have a master in science and Ph.D. from the University of Wisconsin-Madison.

Q   And what were those degrees in?

A   Analytical chemistry.

Q   Do you have any other degrees?

A   No.

Q   Do you have any other training or licenses?

A   I have what I guess I would consider additional training.  I spent a sabbatical year studying with a professor in clinical chemistry at the Uppsala Medical Center, Uppsala University in Sweden.

I spent a second sabbatical, half of the year, studying with a prominent clinical chemist at Hartford Hospital in the University of Connecticut and the other half with two prominent Danish scientists, Dr. Ogenskirter and Eriolta (phonetic) Pedersen at Odense University in Odense, Denmark.

Q   Where do you presently work?

Page 21

A   I'm retired.  I still am active in the profession through the -- we have a family business, Westgard QC.

Q   Do you currently have a role at the University of Wisconsin?

A   No.  I'm an emeritus professor which means I have still certain privileges at the university.

Q   Do you have any responsibilities in that role?

A   No.

Q   Where did you work before your retirement?

A   At the University of Wisconsin Medical Center.  My academic appointments were in department of medicine and departments of pathology and laboratory medicine.  My service responsibilities were with the clinical laboratories at the UW Hospital and Clinics.

Q   So what was your most recent role at the University of Wisconsin?

A   Well, after I formally retired, I still did some teaching with the medical technology program, so that would be the most recent activity.  Before I retired, I was director of quality management for the clinical laboratories, so that would have been my

6 (Pages 18 - 21)

Page 22

service responsibility.

Q  And what did -- what did your role or your -- Strike that.

With respect to the quality management of clinical labs, what did that involve?

A  It had the broad field of quality management as applied to a medical laboratory.  There are certain things that involve the structure of a quality management program sort of.  The management involves philosophy.  It involves a structured program.  It involves processes and procedures, so it goes from very broad ideas down to very specific ideas.

Q  What sorts of labs are we talking about in terms of your responsibilities?

A  What sort of --

Q  What sorts of labs were you responsible --

A  Oh, labs.

Q  -- for with respect to quality management?

A  Well, the university lab included clinical chemistry, hematology, toxicology, special chemistry, microbiology, molecular biology, blood bank.  There were certain outreach activities.

Page 23

Q  Is it fair to say that that role primarily involved the management of clinical chemistry labs?

A  (No audible answer.)

Q  Is it fair to say that that role primarily involved the management of clinical chemistry labs?

A  Well, I -- I would say that we modeled a lot of our quality management systems on clinical chemistry because that is a particular area that tends to be more advanced in terms of quantitative measurements.

Q  You mentioned certain other types of labs as well like microbiology, molecular biology; is that right?

A  Yes.

Q  Did those labs use clinical PCR tests for diagnostic purposes?

A  The molecular biology lab did, yes.

Q  And what was your role with respect to those tests?

A  I didn't have a specific function.  I had kind of the general advisement of kinds of policies and procedures.

Q  Could you give some examples of what -- of what

Page 24

you mean with respect to PCR tests specifically?

A  We -- We provided, you know, like general guidance on validation of methods.  I had a staff of a couple medical technologists, one of whom was delegated to work specifically with that laboratory.  So if they had issues in terms of how should you evaluate, how do you calculate the data, that person would work with them and help them with that process.

Q  Did you perform validations or verifications for PCR tests in that role?

A  Not personally.

Q  Is there any other work history?  Do you have any other work history that's relevant here in your opinion?

A  Well, the work history in my mind also involves my teaching, service and research.  Those are the activities we are responsible for as a university professor, so I had a lot of teaching activities that relate to the area of validation of methods.  I had -- I've done a lot of work in the research area related to validation.  I've also had some professional responsibilities with other organizations that

Page 25

relate to validation of methods.

Q  And when you say that they related to validations of methods, are you talking about PCR validations or other types of validations?

A  I'm talking about the general approaches.

Q  So validations in general for scientific testing?

A  Yes.  I mean, there's a -- You know, validations apply very broadly to all of the tests in a laboratory, and there are certain principles, approaches that are applicable in all of these areas.

Q  And so the teaching and research and professional experience with respect to validations that you mentioned was with respect to validations generally as opposed to PCRs specifically?

A  Yes.

Q  What is Westgard QC?

A  It's a small company that was organized so that I would have an outlet for my academic interests after I retired from the university.  We started it ten years before I retired.  My son was instrumental in starting it and supporting my -- I guess it's mainly the

7 (Pages 22 - 25)

Page 26

activities in teaching and application of some of the ideas that have come out of my research work.

Q    What's the purpose of Westgard QC?

A    Education and training for laboratory personnel.  I need to qualify that, in the area of laboratory quality management.

Q    Is most of that education directed at clinical chemistry labs?

A    I think it's strongly oriented to clinical chemistry but not -- well, maybe more broadly I'd describe it as we tend to work with areas that do quantitative testing, you know.  What happens in laboratories, a test has sort of had an evolutionary process where it often starts with just identification of a material and then gradually towards quantitation of the material.  So ultimately, most tests are going to end up as quantitative tests, and so it's the techniques that apply to quantitative tests that we tend to emphasize.

Q    So I'm going to try to share my screen so we can look at your -- I want to go back to what's been marked Exhibit 1 which is your initial report, so I'm going to try to pull it up on

Page 27

the screen just to make this a little easier.  Are you seeing the first page of Exhibit 1?

A    Yeah.

Q    So on page 1 of this initial report, you say that you have over 50 years of experience in clinical chemistry and quality management; is that right?

A    Yeah.

Q    What is clinical chemistry and quality management?

A    Clinical chemistry is a division of laboratory testing that basically depends on the technology of measurements, can include a variety of sensors and detectors.  So there are a variety of analytical-type processes.  So spectrophotometric processes, electrochemistry processes are involved.  There are, of course, microscopic examinations, atomic absorption, gas chromatography.  There are quantitative technologies that are involved in that area.

Q    What is -- Strike that.
       Is clinical chemistry different than molecular biology?

A    Well, it's different in some of the techniques that are used.  The natural, I guess, evolution

Page 28

in -- in laboratories is that when you first have a -- like a new area of interest, say toxicology, that those tests tend to be developed by people who just focus on that one area.  As the tests evolve, they will go from manual methods to semiautomatic to automated methods.
       At a certain point when you have automated methods, those tests get consolidated into a core laboratory.  That core laboratory can now include other areas of, you know, clinical chemistry, hematology and other areas that are brought together through the automation and measurement techniques.

Q    So how would you characterize the difference between a clinical chemistry lab and a clinical microbiology or virology lab?

A    Say that again.

Q    How would you --

A    How?

Q    How would you characterize the difference between a clinical --

A    Oh.

Q    -- chemistry lab and a clinical microbiology or virology?

Page 29

A    Microbiology lab typically has a lot of manual procedures where you take specimens, and you essentially plate them to grow the organisms, and you have different ways to identify the organisms.  So at least in the initial form, microbiology is a very manual kind of process, but those techniques also become automated.
       And PCR happens to be one of the areas that or -- one of the technologies that's good for infectious disease, so microbiology labs have evolved from strictly manual to now more automated methods based on PCR.

Q    So you say in your report that your work in clinical chemistry involves developing method validations; is that right?

A    Yes.

Q    What does that mean?

A    In clinical chemistry, the validations often relate to automated chemistry analyzers, but the same -- same principles apply whether you're dealing with a single test or, you know, dealing simultaneously with 20 tests.  I mean, you have the same kind of validation procedures, same experiments that has to be done, the same data analysis that has to be done and the

8 (Pages 26 - 29)

Page 30

same interpretation of data.

So the method validation for the area of chemistry, you know, involves quantitative tests, but it also involves qualitative tests. There's a continuum between these types of evaluations. They differ in some respects, but they have a common intent and purpose.

Q   Did the validation protocols that you're referencing here primarily concern quantitative tests for clinical chemistry labs?

A   Well, each area of the laboratory is part of its quality system. It has to define a validation protocol. So while you start with a general set of principles, a general set of experiments, they do then get modified based on the kind of measurement technology that you're using. I tried to show that in my report, if you would in that exhibit go to page 4. Can you refresh that, Sten?

MR. STEN WESTGARD:  We want page 4?

THE WITNESS:  So that that table at the bottom tries to, yeah, show the relationship between different performance characteristics and what you will find in quantitative tests.  There's a type of

Page 31

qualitative test where you actually have an internal continuous response signal.  So even though that test is used as a yes or no or present or not present, you can utilize a lot of the same experiments and approaches for characterizing the data because you do have that internal continuous response.

Then you get to the type of qualitative test where you just have a binary response, yes or no, and that now takes some different experiments.  You're still interested in the same characteristics.  It's just they are not -- you can't express them in the same way, so the qualitative at the fourth column over applies to qualitative tests in general and the last column to PCR tests specifically. So PCR has some unique characteristics that, I guess, require some different experiments, requires some different data interpretation.

Q   Your report also preferences a total error; is that right?

A   References what?

Q   Total error concept.

A   Yeah.

Q   What is that, and how is -- what is that?

Page 32

A   Total error is a concept of defining the quality required for a test based on what size errors would cause a result to being misinterpreted.  Total error is something I introduced as a concept back in the 1970s.  It was a way to bring together the ideas of precision and accuracy and look at, well, just how bad, you know, how big an error might a test generate based on its overall performance. Total error is globally accepted at this point in time, but the paper in which it was introduced, I can give you the --

Q   Okay.  You don't need to find it.  I think you've answered my question.

A   Okay.

Q   Would you use -- Does the total error concept have any application to diagnostic PCR testing?

A   Well, I've seen some recent papers where there was discussion of quality management, quality control that are adopting those same ideas.  I had just seen one.  Well, okay.  Now, I have -- these are things -- this was not --

Q   If you can just answer.  I want you to give your testimony, but we -- I think you've answered my question.

Page 33

A   Well --

MR. FLOCH:  I'm just going to object and ask that he be allowed to finish his answer.  He was giving you an answer and explaining why he's saying something.  So if you're going to cut him off, you can cut him off, but I'm going to interject and allow him to answer the question to the best of his ability.

BY MS. YORK:

Q   Go ahead.  Go ahead, Dr. Westgard, if you want to finish your answer.

A   So this is a white paper from the Dark Report, "Best Practices in Molecular Assay Validation for Laboratory-Developed Tests" by Leslie Williams and Dr. Kenneth Gavina.  And when they get to the discussion of post-validation steps, they talk about controls, and they talk about for quantitative molecular assays, 5 log is often used as a limit for allowable error.  By that, they are talking about total allowable error, and I can find you a specific paper --

Q   I think you've answered.

A   -- that makes that clear.  And so what they're concluding is that with quantitative tests, the

9 (Pages 30 - 33)

Page 34

ideas of total allowable error and the quantitative applications can be applied. Once control ranges are established, they should be continuously monitored using Levey-Jennings Charts or Westgard Quality Control Rules. So I guess my point is that these ideas and concepts make their way into other areas of testing.

I'm not personally the one that does that. I mean, there are people globally who pick up these ideas. Their interests are in different areas of testing, and they're the ones that make the applications.

Q   Got it. But is it fair to say that your experience with total error concept is primarily in reference to clinical chemistry?

A   Yes.

Q   What are the Westgard rules?

A   It's a series of control rules or criteria for judging the acceptability of QC results.

Q   And those are most commonly applied to the evaluation of biochemical tests in a clinical chemistry lab; is that right?

A   They are widely applied. They're probably as widely applied in some other areas of the laboratory as in chemistry. They -- they did

Page 35

start in chemistry, and then they -- the applications broadened to hematology and coagulation, toxicology. So they are sort of universally accepted globally as a standard quality control, good laboratory practice.

Q   But they primarily apply to tests that produce a quantitative result; is that right?

A   Say that again.

Q   Is it fair to say they primarily apply to tests that produce a quantitative result?

A   Yes, quantitative results.

Q   What are the differences between a clinical chemistry test and a molecular diagnostic test?

A   Between clinical chemistry and?

Q   Between the tests specifically, a clinical -- a test in a clinical chemistry lab and a test in a molecular diagnostic lab.

A   Mainly the measurement technology.

Q   And how would you characterize the difference in the -- in the technology?

A   Well, PCR is a different and unique type of measurement technology, has the advantage of being able to multiply the number of molecules available for testing so that when you have a very small amount, which would be difficult to

Page 36

detect by other technologies, essentially, by multiplying the number of those molecules, you can get to the point where you can detect them by this, you know, particular technology. Now, the detection itself is a procedure, often fluorescence which is a common measurement technology in other areas.

Q   Do you agree that tests that produce a quantitative result tend to need more robust QC programs to ensure consistency over time?

A   Please say that again.

MS. YORK: Court Reporter, could you read the question back?

THE WITNESS: Yeah, please. Yes, please. Can you repeat the question, please?

THE REPORTER: Yes. I have to take myself off of --

(Last question read.)

THE WITNESS: I think I would put it this way, that quantitative tests tend to be more robust because they have evolved to that stage. And because they are more robust and quantitative, they can be better managed so that it's possible to compare results over time. And that, of course, is an advantage

Page 37

and -- and following the course of disease. It's also more likely that they compare from methodology to methodology, lab to lab.

BY MS. YORK:

Q   When that's the goal, to track disease over time, and to be able to have consistency lab to lab, doesn't that require more and different QC measures than -- than a test -- than a qualitative or binary test?

MR. FLOCH: Objection. Form.

BY MS. YORK:

Q   You can answer.

A   Well, I guess -- Just say that again.

Q   Sure. Let me try a different question. Is it true that the results of the quantitative test can require urgent care if the value is critically high or low?

MR. FLOCH: Objection. Form.

THE WITNESS: Well, there --

BY MS. YORK:

Q   You can answer.

A   -- there are different medical decisions that are made based on the level of or the quantity of the analyte, high cholesterol versus low cholesterol. There's different things that

10 (Pages 34 - 37)

Page 38

happen. Performance is different at those different medical decision concentrations, so it's possible to design your control procedures to assure a specific level of quality at those specific concentrations. And laboratories will typically pick the most critical decision level or most critical concentration for interpretation and design their quality control to be sure they can detect what would be medically important errors at that concentration.

Q   And so if you're trying to track a value, a medical value, over time and ensure consistency between labs, that requires especially robust QC programs; is that right?

A   Yes.

Q   Is it fair to say that molecular diagnostic and PCR tests that are producing a binary result often rely on less standardized procedures around QC?

MR. FLOCH:  Objection.  Form.

THE WITNESS:  There are different practices. And some of that is based on, again, you know, what's the state of evolution of particular measurements. But everyone

Page 39

expects, and I think this was stated by both of your experts, that as tests become quantitative, they will gravitate towards the same -- same quality control procedures that we've been using in clinical chemistry. So in -- in between times, it takes some different ways or approaches to manage the quality of those tests, and it's not currently identical to what we do in clinical chemistry.

BY MS. YORK:

Q   So it's fair to say PCR tests, at least initially, are not subject to the same QC programs as quantitative chemistry tests?

A   At this point in time, it's only the quantitative molecular diagnostic tests, so viral loads, I -- I think -- maybe -- let's see what I find.

Dr. Bard, I think, said that in her expert report that it only applied in a few areas currently which involve, you know, quantitation of viral loads, and she mentioned two or three, I think, specific areas or tests.

Q   But it's your testimony that at this time, PCR tests are not subject to the same QC/QA programs as quantitative chemistry; is that

Page 40

correct?

A   At this point, there -- there are, you know, just a few of the molecular tests that are used in a quantitative way, and it's those tests where they need to follow viral loads to follow the course of the disease.

Q   Are COVID PCR tests among the tests that are subject to the quantitative QC programs?

A   Most PCR tests which are used for a yes-no answer are not quantitative in a continuous measurement form, so they wouldn't -- you wouldn't apply the same QC tests. You wouldn't be able to.

Q   Is the Logix Smart test a binary test that would not be subject to the QC -- to the quantitative QC programs?

A   No. It's a qualitative test, and you wouldn't apply this kind of QC.

Q   Would now be a good time to take a quick break? Would you like a break?

A   It's up to you.

Q   I can keep going if you want. Anybody need a break? We're good. We'll go a little longer.

Have you directed or worked in a clinical microbiology or a virology lab?

Page 41

A   No.

Q   Did you direct or work in a COVID-19 diagnostic testing lab during the pandemic?

A   No.

Q   Have you ever reviewed or signed off on a verification or validation report for a molecular infectious disease test?

A   No, no.

Q   For any RT-qPCR diagnostic test?

A   Say that again.

Q   Have you ever reviewed or -- and -- and signed off on a verification or validation report for any RT-qPCR diagnostic test?

A   No.

Q   With respect to COVID-19 tests specifically, have you ever been involved in the development of a COVID-19 PCR test for diagnostic testing?

A   No.

Q   Have you ever been involved in the verification of a COVID-19 PCR test?

A   No.

Q   I'm sorry. Did I miss an answer?

A   (No audible answer.)

Q   Sorry. Did you answer the question, Dr. Westgard?

11 (Pages 38 - 41)

Page 42

A   Yeah.  No.

Q   Oh, okay.  Sorry.  Have you ever been involved in the validation of a COVID PCR test?

A   No.

Q   Have you ever been involved in implementing a COVID PCR test for diagnostic use with patients?

A   No.

Q   Well, what are the differences in assessing the performance of a clinical chemistry test versus a diagnostic PCR test?

A   Well, do we still have that exhibit?

Q   Which -- Which one, sir?

A   Do we still have that exhibit?

MR. STEN WESTGARD:  Which?

THE WITNESS:  1 and that -- yeah, in that --

MR. STEN WESTGARD:  Do you know what page it was?

THE WITNESS:  On page 2.

MR. STEN WESTGARD:  On page 2?

THE WITNESS:  Well, page 3.

MR. STEN WESTGARD:  I'm sorry.  Page?

THE WITNESS:  Page 4.

MR. STEN WESTGARD:  Page 4, yeah,

Page 43

that one.

THE WITNESS:  Okay.  So the list of experiments that you see on the left side are the things that would be done with a quantitative test, a clinical chemistry test.  The list of experiments on the right side have to do with a COVID or a qualitative PCR test.

So, now, there just are different characteristics that have become of interest.  If you look down, for example, reportable range, reference range, reportable range in the clinical chemistry test is something like -- well, for cholesterol, I can measure values from zero to 500.  Normal range for cholesterol is valued -- Well, that's a poor example.

Glucose normal range is typically 90 to 110.  Well, what's the normal range for a PCR test?  I mean, that's a negative.  It's not numerical, so that isn't really relevant with -- with a COVID-19 test.

So all of those top four, analytical sensitivity, precision, reportable range, reference range, really, what you're determining when you get to a PCR test is you're trying to determine what they call the

Page 44

precision interval.  Where is the transition between a negative result and a positive result?  And that's related to limit of detection.  It's related to the precision of the measurement, and it takes a different kind or -- it uses a different kind of experiment, at least with different data handling.

The experiment is essentially a replication type of experiment where you take a series of standard solutions or a dilution series.  You run them repetitively, so that's your replication experiment, but the data handling is different in terms of how you describe the results of the experiment.  So you don't describe, you know, "This is the name and the standard deviation, coefficient variation."  You essentially try to describe, "Well, here is the level at which 95 percent of the results will be positive.  Below that, we can't be sure it'll be positive.  Above that, we can be sure it will be positive."

And then with a quantitative method, there typically is other -- there are other methods available that you can compare to, reference quality methods or I guess what was

Page 45

often talked about as Gold Standards when you get to PCR, the difference being because it's a continuous measurement scale, you can look at the numerical values by your new method or your candidate method and numerical values from your reference method, and you can fit a regression line to that data.

So at any concentration, you could say, "Well, at this decision level, I can calculate here's the result I would be getting by the new method, and I can look at the difference, and I can see how large the errors are."

In the case of PCR, the comparable experiment is still a comparison, but it's a comparison of yes/no results.  So you don't have the ability to analyze the data and the quantitative or -- well, at least by a regression kind of technique.  Instead, you use this clinical agreement study, and you try to identify two positives, two negatives, false positives, false negatives, so it's a comparison study.  That's what's done in chemistry.  That's what's done in PCR.  But because of the differences in the value of the

12 (Pages 42 - 45)

Page 46

data, the yes/no versus quantitative, it takes a different data analysis approach.

Q   So please look at page 3, the initial report. You say up here, "Most medical laboratories are experienced in validating the performance of quantitative tests and have developed standard operating procedures for doing so.  With the advent of the COVID-19 pandemic, all laboratories needed to improve their SOPs for qualitative tests."  What kind of -- Do you see where it says that?

A   I didn't understand any of that.  Say it once again.

Q   You see the first paragraph there under Part I?

A   Okay.

MR. STEN WESTGARD:  What page, please?

MS. YORK:  We're on page 3.

THE WITNESS:  Okay.

MS. YORK:  Are you still seeing my screen share, or no?

MR. STEN WESTGARD:  No.  We're using the evidence --

MS. YORK:  That's fine.

MR. STEN WESTGARD:  Yeah.

Page 47

THE WITNESS:  So you're quoting that first part?

BY MS. YORK:

Q   Yes, the very first sentence under Part I starts, "Most medical laboratories are experienced in validating the performance of quantitative tests."  Do you see that?

A   Yeah.

Q   Could you read those first two sentences to yourself, please?  Let me know when you're done.

A   Yeah.

Q   So --

A   Okay.

Q   So you're saying here, "Most medical laboratories are experienced in validating the performance of quantitative tests.  But with the advent of the COVID-19 pandemic, all labs needed to improve their SOPs for qualitative tests"; is that right?

A   Yeah.

Q   What kind of medical laboratories are you referring to here?

A   I'm thinking about hospital laboratories, clinic laboratories ranging from small to

Page 48

medium sized.  This could even apply to some university laboratories, although with the university laboratories, you would be more likely to find a molecular diagnostics laboratory, so you'd have people who would specialize in that area.  But in your typical laboratory, people would have or at that point in time had very limited experience with how do you deal with qualitative tests in terms of validation.

Q   A lot of medical labs that were experienced with qualitative tests would apply, wouldn't you?

A   Say again.

THE REPORTER:  I didn't understand either.

BY MS. YORK:

Q   Wouldn't you agree that there were many medical labs that were already experienced with qualitative or binary tests?

A   Experienced doing the tests.  There were, for example, a number of qualitative tests that are wave tests, meaning that you were not -- the laboratory is not required to perform any validation.  You can depend on the

Page 49

manufacturer.  The fact that that test has been released and is being sold, the FDA has essentially documented that this test is supposedly very rugged and even in the hands of untrained people should perform okay.  So a lot of laboratories have used qualitative tests, but that doesn't mean they have the skills for validating those tests.

Q   I understand some labs probably are not familiar with it, but wouldn't you agree that many labs, especially university labs and -- and major institutions, have lots of experience validating or verifying these tests?

A   I -- I guess, you know, I expect university labs should be knowledgeable, should have been knowledgeable, but I wouldn't necessarily extend that too far beyond.  And certainly, physicians' office laboratories, I wouldn't expect them to be knowledgeable.

Q   Sorry.  Which labs wouldn't you expect to?

A   Physicians' office labs, point-of-care labs.

Q   But did you work in a medical lab of any type at the time?

A   At the time?  No.  Prior to that, yes, I had worked some 35 years in a medical laboratory.

13 (Pages 46 - 49)

Page 50

Q   So -- so what is the basis for your assertion that at times, many labs were -- would not -- were unfamiliar with verifying or validating qualitative --

A   At the particular time that the May 1 press release went out, we were in the process of preparing an educational seminar that was sponsored by the Dark Report.  And that is a group, an organization, that is -- provides, I guess, educational and technical information in the field of laboratory tests.

I'm just looking for a moment here.  Specifically, this is what they say.  "The Dark Intelligence Group is a unique intelligence service dedicated to providing high-level business management and market-trend analysis to laboratory CEOs, COOs, CFOs with knowledge of senior-level lab industry execs."

At that particular time in May, they had asked us to prepare an educational seminar on the selection and validation of qualitative tests, so the information we had from that organization was that laboratories didn't understand the performance characteristics of qualitative tests.  Therefore, would you

Page 51

prepare a seminar to address that?  So when I make that statement, I -- I guess my main source of knowledge on that was that the Dark Report was asking us to provide that information because they said laboratories don't know what to do.

Q   Okay.  Got it.  Thank you.  So if we go to page 24 of your initial report, in the summary section on page 24, the first paragraph in the summary section, you state that, "In the early months of the pandemic, there were many difficulties in validating the performance of binary tests for COVID-19."  Do you see where that is?

A   Yes.

Q   Okay.  And you go on to say, "Some of the issues were, A, how exactly should the precision and accuracy be determined experimentally; B, how should the data be calculated; C, what measures of performance should be employed; and, D, how claims should be expressed."  Do you see that?

A   Yes.

Q   So I understand that COVID was a new virus in spring 2020, but weren't the methods and

Page 52

practices for measuring performance of a PCR test already well-established at that point?

A   That's an interesting question.  Well-established is true in that we have documents from CLSI that address the performance of qualitative tests.  So this EP12 Guideline, Verification of Performance of Qualitative Binary Output Examination, there was -- the first edition of that was 2002.  The second edition was 2008.  And the third edition, as I said earlier, is 2023.  So, yes, they're established.

However, it's interesting that I think both of your experts point out in the area of microbiology they don't pay any attention to these guidelines, so there are standard practices that have been developed in specific areas of the laboratory.  Even those who are most involved with this kind of testing don't necessarily pay attention.

Q   Let's talk about those generalities.  (Inaudible.)  Well-established in the performance and accuracy of the diagnostic PCR test were evaluated by assessing sensitivity and specificity?

Page 53

THE REPORTER:  That broke up.
BY MS. YORK:

Q   Okay.  I'm sorry.  More broadly, wasn't it well-established already that the performance and accuracy of the diagnostic PCR test was best evaluated by assessing its sensitivity and specificity?

A   Yes.

Q   And wasn't it well-established already that that was usually done by taking positive and negative samples and comparing the candidates' test results against a comparator test to get that sensitivity and specificity?

A   Yes.  I mean -- Yeah.

Q   And weren't many microbiology labs, or most, already experienced in calculating and both reporting sensitivity and specificity for molecular diagnostic tests?

MR. FLOCH:  Objection.  Foundation.
BY MS. YORK:

Q   You can answer.

A   I don't know about the word "most."  Certainly, microbiology labs would be more likely to be knowledgeable about this than other areas of the laboratory, but whether -- Well, I guess

14 (Pages 50 - 53)

Page 54

one of the issues here is the expertise of the microbiology lab which in many ways would depend on particular personnel.

The main people that staff laboratories are medical technologists who are trained in all areas of the laboratory, so they are generally competent to run tests in all areas. It doesn't mean that they have the expertise that you would expect from a microbiologist because the microbiologist has special training in that particular area, but medical technologists have broad training performing lab tests, and those would be the people that I would expect to encounter in most of the laboratories.

Q   But wouldn't you expect most labs that use PCR tests to be experienced in verifying or validating them?

A   Yes. Those laboratories are often staffed by even more specialized people, many of which have advanced degrees.

MS. YORK: I think -- Let's take a break here. Is five minutes good? Anybody want ten instead?

THE WITNESS: Okay.

Page 55

THE VIDEOGRAPHER: All right. Going off the record, the time is 11:32 a.m. This is the end of media unit No. 1.

(Recess, 11:32 a.m. to 11:43 a.m.)

THE VIDEOGRAPHER: We are going back on the video record. The time is 11:43 a.m., and this is media unit No. 2.

BY MS. YORK:

Q   Okay. Dr. Westgard, I'm sharing my screen again. (Inaudible.)

MR. STEN WESTGARD: Can you call out -- This is Exhibit 1, what page?

MS. YORK: So we're going to start looking at page 12. Towards the bottom, there are equations for PPA and PNA.

MR. STEN WESTGARD: Sorry. Page 12?

MS. YORK: I think so.

MR. STEN WESTGARD: Okay. Here it is.

THE WITNESS: Okay.

BY MS. YORK:

Q   Yes.

A   Yep. Okay.

Q   Do you see that, Dr. Westgard?

A   Yep.

Page 56

Q   What are PPA and PNA?

MR. STEN WESTGARD: Did you hear that? Say it again.

THE WITNESS: Say it again. Did you say "TP"?

BY MS. YORK:

Q   Sorry.

A   PPA?

Q   Yes.

A   Okay.

Q   What are PPA and PNA? I apologize. My door is open. I'm going to close it.

A   Percent positive agreement and percent negative agreement, those are characteristics of the test, and they're analogous to the sensitivity and specificity.

Q   Okay. So those also are commonly termed diagnostic or clinical sensitivity and specificity; is that right?

A   Yeah, yeah.

Q   And what is the formula for PPA? Could you read that to me?

A   I made a mistake in that.

Q   Could you explain that, please?

A   It's total -- I think it's correct in the -- if

Page 57

you look at the As and Bs, but it's the number of two positives divided by two positives plus false negatives, so that FP should be FN; likewise, in the one below should be FP in the one below for PNA.

Q   Okay. So just to be clear, so for PPA, the TP divided by TP plus FP is wrong; is that right?

A   Yes.

Q   Is that correct?

A   Yeah, and the one below that, the FN is wrong.

Q   Okay. And instead, PPA equals TP over TP plus FN; is that right?

A   Yeah, F -- FP, false positives, plus two negatives.

Q   And PNA, that should say that it equals TN over -- over TN plus FP; is that right?

A   Yeah. It should say TN over FP plus TN.

Q   Okay. Got it. So are you changing your opinion with respect to those?

A   Say -- say what? Am I changing opinion of -- of what?

Q   Don't worry about it. Strike the question.

A   I'm saying I made a mistake in --

Q   Yeah. I got it.

A   -- those two equations.

15 (Pages 54 - 57)

Page 58

Q   Okay.  So are you changing your opinion with respect to those two equations?

A   Changing my opinion?

Q   Well, this is your opinion, right, this report?

A   Which part are you -- am I -- Where am I stating an opinion?  Which part here?

Q   I guess I was imagining the entire report reflects your opinions; is that right?

A   No.  I -- I have a terrible time understanding you.  I have not had any problems with any of the other voices.  I don't know what the difference is here.

MS. YORK:  Okay.  Can we go off the record, and we can try something else?

THE VIDEOGRAPHER:  Going off the record, the time is 11:49.

(Recess, 11:49 a.m. to 11:52 a.m.)

THE VIDEOGRAPHER:  We are going back on the video record.  The time is 11:52.

BY MS. YORK:

Q   Okay.  So I was asking you if you were changing your opinion with respect to these two equations.  Did you have an answer to that?

A   With respect to?

Q   The -- We just discussed how PPA and PNA, the

Page 59

equations there are not accurate.

A   Yes.

Q   Are you changing your opinion with respect to those equations?

A   I said the ones in the report are wrong.

Q   Yes.

A   So I'm change -- That's not an opinion.  They're wrong.  That's a mistake I made.

Q   Okay.  What are the metrics used to evaluate the performance of an RT-qPCR diagnostic test?

A   Well, initially, it's the analytical sensitivity, but that -- the practical translation of that is into the clinical sensitivity and clinical specificity.  So most laboratories would be looking for sensitivity, specificity, or I will say what I think the more common usage is, percent positive agreement, percent negative agreement.

Q   But you state in your report that the sensitivity and specificity are common ways to refer to PPA and PNA; is that right?

A   Yes.

Q   And are sensitivity and specificity the most important metrics for evaluating the performance of a PCR test?

Page 60

A   Well, they would be the characteristics that the manufacturer has to claim the characteristics a laboratory would validate for actual practice in the field to understand, you know, is this test going to be correct when it's applied to individual patients?  The figures there are actually the predictive value of positives and predictive value of negatives.  So the measures that are critical sort of depend on where you are in the process of development and application of the tests.

Q   So let's take each of those metrics separately.  If we look at page 15 of your report which is marked as Exhibit 1, you have a section header that says, "How Should Performance Claims Be Expressed?"  Do you see that?

A   Yeah.

Q   Okay.  And there, it says, "It is common to express performance in terms of clinical or diagnostic sensitivity, specificity and sometimes as efficiency or overall correctness.  Those terms are preferred when the Patient Agreement Experiment is referenced to a gold standard that represents definitive classification of positive and negative patient

Page 61

conditions or positive and negative test classifications.  More commonly, the terms PPA, PNA and POA are used when a comparative method is used instead of a gold standard."  Do you see that?

A   Yep.

Q   What is your basis for your opinion that PPA, PNA and POA are more commonly used to express -- to express a test performance?

A   It's based on the Clinical Laboratory Standards Guideline at EP12.  Let me see if I can find it here.  So page 41 of this guideline, Section 422, comparison with an alternative examination says, "If a candidate examination is evaluated by being compared with a comparative examination that is not widely accepted best method for assessing -- for assessment and clinical sensitivity and clinical specificity cannot be readily estimated, instead, the candidate examination is characterized by its ability to classify samples or subjects the same way as the comparative method."  So the estimates are referred to as positive percent agreement, PPA, negative percent agreement, NPA.

16 (Pages 58 - 61)

Page 62

So, I mean, I'm just referencing what is the general standard for good laboratory practices on the validations of qualitative tests. That doesn't mean that other terms aren't used in the field, but there's -- there's an effort to try to standardize terminology so -- so people when they use a term, it's known or accepted to have a specific meaning.

So this document, which is the 2023 version, and also that -- a similar statement appears in the 2012 version, and the statement says if you don't have a method of classification that people agree on is the best reference available, then if you're just comparing two, the best way to describe it is we have this percent agreement between these two methods. Hopefully, that also -- that estimate also is the correct specificity and sensitivity. But it is, according to this document, more properly called PPA and PNA.

Q   Okay. So is EP -- is the EP12 document that you're referencing, that's the basis for your saying that PPA and --

A   Yes.

Page 63

Q   -- PNA are --

A   Yes.

Q   Yes.

A   Yes.

Q   That that's the basis for saying that it's more common to refer to PPA and PNA when a comparative method is used?

A   Yes.

Q   But elsewhere in your report, you say that commonly termed diagnostic -- that PPA and PNA are commonly termed diagnostic or clinical sensitivity and diagnostic or clinical specificity; is that right?

A   I think in -- in the field, the terms are often used interchangeably. And I accept that microbiologists tend to like sensitivity, specificity. I must point out that that doesn't mean it's the only term that's used. And the more proper term, according to this document, depends on what's your comparative method. And if that comparative method is not on question in terms of its ability to classify, it's better to talk about the agreement between the two methods rather than the specificity/sensitivity.

Page 64

Q   But in your experience, molecular biologists tend to use the terms interchangeably?

A   Well, I think from Dr. Bustin, Dr. Bard, their opinions are that sensitivity and specificity are the terms they prefer and are preferred in their area. I'm just saying there are different terms that are perhaps more widely used and recommended in terms of standard care and the knowledge. In practice, they mean the same thing, and I think we all -- I think we all agree on that. It's just a difference of where we come from and what our frame of reference is.

Q   So when you -- when you were referring to "their area," you were referring to -- to microbiology, microbiologists?

A   Yes.

Q   And do you consider yourself a microbiologist?

A   No.

Q   And you don't perform PCR testing; is that right?

A   I guess we should be clear about that by now that I never performed a PCR test.

Q   Got it. Are you aware of any examples of manufacturers of PCR tests using the PPA or

Page 65

PNA-type terminology instead of sensitivity or specificity?

A   I think a lot of them do. I mean, that tends to be the terminology that the FDA uses, and so the FDA and approval would probably look at their terminology and even make requests that they, at least in their claims, express it in terms of PPA and PNA.

Q   Sorry. Do you cite any examples of manufacturers using PPA and PNA in your report?

A   I don't have in front of me. I could probably find some.

Q   Okay. But they're -- But they're not referenced in the report; is that right?

A   I -- I don't have specific examples. I would have to -- I -- I would go back to the FDA literature and guidelines and then look at some of the methods that have received emergency-use approval.

Q   You mentioned predictive value, right, positive and negative predictive value, earlier as -- as metrics that are also sometimes important to performance?

A   Yeah.

Q   What -- First of all, what is prevalence?

17 (Pages 62 - 65)

Page 66

A   So prevalence is the -- well, the percent of the population that has a disease.  So if you have a population with very low prevalence, the interpretation of the test really is more difficult because even if you have -- if the test characteristic says you have a very low level of false positives, if you're testing the population and you have 100,000 negatives and, you know, one positive, chances are all of the positives you observe are going to be false.

So it takes into account, what's the likelihood that this test if the patient has the disease will get a positive test result?  That is, I guess, the most practical performance characteristic when you look at a particular community and particular application.

Q   And that would be different for each community based on the prevalence; is that right?

A   Yes.

Q   And so determining predictive value, either positive or negative, requires knowledge of the prevalence of the disease, right?

A   Yes.

Q   Can you just kind of simply explain what PPV

Page 67

is, how you understand what that means?

A   Which -- just -- Make sure I understand.  Did you just ask about predictive value, what it means?

Q   Yes.  So positives and negatives, just simply put --

A   Okay.

Q   -- what does -- what does it mean?

A   So can I -- can I use the example where I calculated these values?  I think --

Q   Sure.  Do you want to direct us to a page in your report?

A   I might be able to find it.

Q   It's not important to me to look at the report.  If you want to just answer the question, that's good, too.

A   No.  I have in my notes an example, and this is also discussed in Dr. Bustin's rebuttal report, the use of -- so this is an example using the data for specificity and sensitivity that were determined by the hygienic lab in Iowa, 95 --

Q   Are you looking at your report?  I'm sorry to interrupt.  Are you looking at your report so I -- so we can follow along?

A   I have -- This is just some notes I have.  I

Page 68

can probably find where.

Q   Is that on page 22 of your report?

A   Ahhh, yes.  Okay.  Okay.  Yep.

MR. STEN WESTGARD:  Is this easier?

THE WITNESS:  That's it, yeah.
That's the paragraph.  So there was a discussion about what the prevalence of disease was in the Utah population, and the figures that were being discussed were 2 percent and 5 percent.  So, now, what that -- what would that mean for interpreting the test?  And if the test -- so if I use PPA at 95 percent, PNA of 99 percent, then if the prevalence of disease were 5 percent, then the predictive value of positive would be 83 percent, the confidence interval from 46 to 96 which basically means eight of ten patients who have the disease would test positive on average.  That's the big kicker here.  There could be as few as three out of ten.

So as the prevalence changes -- I'm sorry.  Its field is five out of ten.  If the prevalence were only 2 percent, predictive value would be 66 percent, so about -- you would expect seven of ten patients who have a

Page 69

disease would test positive.  It could be as few as three out of ten.

So predictive value is a way to try to look at the question if I'm the patient and I get the test result that's positive, what's the likelihood I have the disease?  And that -- The best estimate of that or predictor of that is, well, if I'm in a population where no one has the disease, it's not a very good chance that I would have the disease either regardless of what the test said.

On the other hand, if I'm in a population, you know, where everyone has the disease, it's much more likely that if I get a positive, it means I have the disease.  So it's an attempt to convert the sensitivity/specificity figures into sort of real life.  If I get a positive result or negative result, what's the chance I have the disease or don't have the disease?

Q   So I want to make sure I understand.  So for this -- For purposes of this example on page 22, you're assuming that the test performed with 95 percent sensitivity or 99.7 percent specificity; is that right?

18 (Pages 66 - 69)

Page 70

A   Yep.

Q   And then you're also assuming that the prevalence of the disease is 5 percent or 2 percent depending on the calculation; is that right?

A   Well, I've picked the numbers that were being discussed in Utah.  I think there was an article in one of the newspapers where they were looking at what was happening in the community, and one lab was estimating or -- seeing 2 percent positivity, another 5 percent positivity.  So, yes, those are assumptions, but I'm saying my assumptions are based on what was being discussed in that particular community.

Q   Okay.  Did you do anything to confirm the accuracy of the 5 percent and the 2 percent numbers?

A   No.  They're just assumptions.

Q   And -- But you've testified that the prevalence is usually affected -- is affected by a variety of community factors; is that right?

A   Well, it's affected by the -- the number of patients in that area that had the disease.  Now, that's varied widely in the country at

Page 71

that early point in time.

Q   So it would be affected by population density probably; is that right?

A   By population exposure to disease.  I don't know that "density" is the right word.

Q   But the spread of the disease would be different in different communities; is that right?

A   Yeah.

Q   And local testing strategies might impact spread as well; is that true?

A   Yes, yes.

Q   And so -- so the prevalence can vary significantly from region to region.  Is that -- That was your testimony, right?

A   Yes.

Q   And during the initial phases of the pandemic, was estimating prevalence even more challenging and uncertain?

A   Well -- well, yes.  Yeah.  I'm -- Yes.  Okay.

Q   So how are the prevalence rates from Utah relevant to estimating the medical usefulness of a test in Iowa or vice versa?

A   Well, the information from Iowa has to do with sensitivity and specificity which supposedly

Page 72

worldwide can be estimated from a study or two.  The assumption on prevalence is the geographic area, so sensitivity and specificity could come from studies anywhere.

The prevalence of disease has to be related to a specific geographic area, and so then the interpretation in terms of predictive value brings those numbers together.

Q   So in the first bullet point here on page 22, you find that the positive predictive value would be 83.3 percent but the confidence interval from 46.4 percent to 96.3 percent.  See that?

A   Yeah.

Q   And you say, "This means eight of ten patients with COVID disease would test positive on average, but it could be as few as five out of ten."  Do you see that?

A   Yeah.

Q   Is that -- Is that the right way to think about positive predictive value?

MR. FLOCH:  Objection.  Form.

BY MS. YORK:

Q   Why don't -- Let's look for a minute at page 17.

Page 73

A   Okay.

Q   I'm trying to find the -- you're -- So you're on page 17?

A   Yeah.

Q   You say here in the second to last paragraph in the middle, "For example, a test with a positive predictive value of 80 percent means that eight of ten patients with a positive result will have the disease"; is that right?

A   Yeah, yeah.

Q   Okay.  And so if we go back to page 22, that bullet point where you're giving the example says that, "Positive predictive value means eight of ten patients with COVID disease would test positive."  Are those -- Which of those is right?

A   I think they're equivalent.

Q   So the one on page 22 says, "This eight of ten patients with COVID would test positive," right?  So -- so if you have a true disease status, the test will find you to be positive, right?  Is that what --

A   80 percent of the time.  Another way of expressing 80 percent is eight of ten.

Q   Right.  I -- I get that part.  So on page 22,

19 (Pages 70 - 73)

Page 74

it's saying, "Positive predictive value means the percentage of patients with COVID who will test positive." So if you have COVID, will you test positive? Isn't that sensitivity?

A   Well, so this is a part that gets, I guess, difficult. It's -- It's trying to separate what are two positives and false positives, and so a test can be 100 percent sensitive which means that any patient that has the disease will -- should test positive.

The problem, I guess, is trying to reason in the other direction. If the patient tests positive, what's the chance of disease? So that's the intention, I guess, of predictive value is to try to understand for an individual patient.

Q   That sounds to me what you're describing like what's on page 17, right, where -- so page 17 says that, "Positive predictive value means percentage of patients with a positive result who will have the disease." Would you agree with that?

A   Yes. In my mind, those statements are the same.

Q   But aren't they pretty different in terms of

Page 75

public health consequences?

A   In terms of what?

Q   Public health consequences. So it's --

MR. FLOCH: Objection.

BY MS. YORK:

Q   If a lot of -- Go ahead. I'm sorry. Go ahead.

MR. FLOCH: Sorry, Gen, go ahead. I was just putting on an objection to form, but I think you were still asking the question. I apologize.

MS. YORK: No.

THE WITNESS: Well, yeah, yeah. Predictive value is one of the places that you would apply that idea is looking at public health, you know. So if I'm doing widespread testing, you know, is that going to be effective?

It's possible that in widespread testing, the value of a negative result can be very high, whereas the value of a positive result can be very debatable. So that -- that's -- I think that's a good example of where if you do, it will be on sensitivity and specificity to try to look at the impact.

BY MS. YORK:

Page 76

Q   Is it right that sensitivity means the percentage of people with disease who will test positive on a test?

A   No. It means the -- In the test sample when you say "people," what sensitivity about is your specific test sample. So hopefully, you're -- Well, in validating tests, you try to separate out initially these are patients without disease, these are patients with disease and characterize the likelihood that if the patient has a disease, you will catch it, so sensitivity applies to that population.

Hopefully, you've been able to select a good population or you have a good comparator method that you can rely on, and the consent agreement will essentially provide you those estimates.

Q   I'm not sure if we're saying the same thing or not, so I'll ask it again. Isn't sensitivity a measure of whether a positive sample will actually test positive using -- using a test in the samples that you're looking at, proof positive?

A   Yes.

Q   Yes? So isn't that what's being described here

Page 77

on page 22, the chance eight out of ten that a patient with a -- with COVID will test positive using that test?

A   Okay. So let's see. So eight of ten patients will test positive, would have the disease. It could be as few as five out of ten, so it would -- Okay. It would be better expressed as saying eight of ten patients who have the disease would test positive.

Q   Isn't that describing sensitivity is my question?

A   No, no.

Q   How is sensitivity different from that description, the percentage of patients with COVID who test positive?

A   No. I -- I -- I see your point here. It's eight of ten patients who test positive would have the disease which is, I think, what you were saying.

Q   So on page 17, I think that is the description you give for a positive predictive value. I just want to make sure that you agree that that's the right way to think about positivity value?

A   You're talking predictive value.

20 (Pages 74 - 77)

Page 78

Q   So on page 17, that's on the second to last paragraph --

A   Yeah.

Q   -- it describes positive predictive value of 80 percent, meaning eight out of ten patients with a positive result will have the disease.

A   Yeah, yeah.  And that --

Q   Is that a correct --

A   I think so.

Q   -- way to think about positive predictive value?

A   Yeah.

Q   So is it your testimony that that description on page 17 of what positive predictive value means is correct?

A   I think you're right, that page 17 is a better description.  It is the number of patients who test positive, how many of those are correct.

Q   Right.

A   I was rather sloppy with this statement, I'm afraid, on page 22.

Q   22.

A   The later statement, yeah.  The first one is more correct.

Q   Okay.  So are you changing your report to

Page 79

say -- describe it on page 22 the way you describe it on page 17?

A   I would change the statement on 22.  Now, remember, we're talking about predictive value of a test here.  We're not talking about sensitivity/specificity.

Q   Yes.  Agreed.  This is a description of predictive value, right.  But you agree that the description is that the eight out of -- that it means the percentage of COVID disease -- a patient with COVID disease who would test positive, that is an incorrect statement as positive predictive value?

A   Yeah.  That's my mistake.

Q   Okay.  So the Iowa validation results referenced here were not available prior to May 1st, 2020; is that correct?

A   Correct.

Q   So when you opine on page 22 here as to the expected clinical performance of a Logix Smart test, you're relying on data that has postdated the May 1st press releases, right?

A   Yes.

Q   Is it fair to say that that data couldn't have been considered in drafting the May 1st press

Page 80

release?

A   Yes.

Q   In any event, the results from the Iowa validation are within the confidence intervals for the Logix Smart tests that were reported in the May 1st press release, okay?

A   They were close.

Q   Well, let's look at -- I'm going to mark Exhibit 3.

    (Exhibit No. 3 was marked.)

BY MS. YORK:

Q   It's the May 1st press release.  You should see Exhibit 3 in the folder now which is the May -- Well, I'll ask you.

A   Okay.

Q   Are you familiar with this document?

A   Yes.  It's the press release that is in wide debate.

Q   And you've reviewed it before?

A   Yeah.

Q   So if we go to the bottom of page 18 of this document -- Well, let's look at 18 all together.

A   Okay.

Q   Do you have that in front of you?

Page 81

A   Yeah.

Q   And what -- Do you know which report is -- is being -- is shown on page 18?

    MR. FLOCH:  Objection.  Vague.

    THE WITNESS:  I have to admit to some confusion about what actually is involved in my report from India.

BY MS. YORK:

Q   Okay.  This is -- All right.  Go ahead.

A   This is -- What specifically about this?

Q   So do you see under No. 1 there --

A   Yeah.

Q   -- at the end of the paragraph, that says these are -- these test results are -- are from tests performed at the National Institute of Pathology in India?

A   Yeah.

Q   Sorry.  You said something about being confused about the India results.  What's your confusion there?

A   Well, I -- I know that I mislabeled in my report that this was done by Cosara.  Cosara was the company that was the joint venture in India and was submitting the data for approval.

    So it says "National Institute of

21 (Pages 78 - 81)

Page 82

Pathology," and then it says "National Institute for Pathology" in the test description. And then when you go down to that last table, it says NIV which is the National Institute of Virology. Those are two different laboratories, and I'm not clear whether this is the National Institute of Pathology or the data is from the National Institute of Virology.

And then it gets more complicated because they actually talk about there are two tests that are in play here. There's the Saragene test that's being produced in India and the Logix test that's being imported, so you've got two reference labs. You've got two different tests.

My understanding, and this is from the information, I guess, I don't know if it's an e-mail chain from Dr. Garcia, that they were dealing with two separate products, so those two things are not interchangeable. They're two different products at two different laboratories. I'm not entirely clear which product was tested in which laboratory, and this -- this report itself seems confused because it says it's National Institute of

Page 83

Pathology, and then in the table, it references National Institute of Virology, so I am still confused as to which is which.

Q   Okay. So the NIV reference here is with respect to the comparator test being used; is that -- is that right?

A   That's what it --

MR. FLOCH: Object to foundation.

THE WITNESS: Yes. That's what it says to me, that it's a different method than the one at the National Institute of Pathology.

BY MS. YORK:

Q   So isn't it possible that the NI -- that NIP used the NIV's gold standard for some evaluation?

A   I really doubt that. Those are probably competitive national laboratories. I doubt that they would share methodology.

MS. YORK: Okay. Why don't we take a quick break. I'll see if I can find some that might shed light on it.

THE WITNESS: Okay.

THE VIDEOGRAPHER: Going off the record, the time is 12:45.

(Lunch recess, 12:45 p.m. to

Page 84

1:32 p.m.)

(Dr. Bustin not present.)

THE VIDEOGRAPHER: We are going back on the video record. The time is 1:32 p.m., and this is media unit No. 3.

BY MS. YORK:

Q   So earlier, we were talking about performance metrics, and I'd like to go back to some of that. Can you hear me okay right now, Dr. Westgard?

A   Yeah, yeah.

Q   So earlier, we -- we talked about positive and negative predictive values and how those were based on prevalence; is that right?

A   Yeah.

Q   And we talked about how that can vary from region to region; is that right?

A   Yes.

Q   And -- And for that reason, manufacturers don't usually talk about positive and negative predictive value; is that right?

A   Yes.

Q   So instead, manufacturers typically report on sensitivity and specificity. Is that fair to say?

Page 85

A   Yes.

Q   Is the calculation of NPV or PPV required as part of a verification or validation of -- of an FDA UA or cleared PCR test?

A   No.

Q   So we've now talked at length about sensitivity, specificity, positive predictive value and negative predictive value. Are there any other metrics that are important for PCR test performance?

A   Well, detection limit is probably the most critical characteristic in terms of analytic performance, but detection limit reveals itself in terms of the sensitivity of the test, so it is not required that laboratories validate detection limit. I think it's required that manufacturers would make a claim for detection limit.

Q   So it's not typically required as part of a verification study for a PCR test before submitting?

A   Yeah. Correct.

Q   Or for validation?

A   So what is the difference between a verification and validation? You know, a

22 (Pages 82 - 85)

Page 86

manufacturer is supposed to perform a thorough study to validate the performance of a method. A laboratory is allowed to do less to essentially verify the manufacturer's claims, so there technically is a difference between the two kinds of studies.

Q    So an independent lab verifying or validating a test for diagnostic use isn't required to evaluate the LoD specifically, right?

THE REPORTER:  I'm having a hard time hearing, so I did not get that question.

BY MS. YORK:

Q    Okay.  So -- So an independent lab that is verifying or validating a PCR test for diagnostic use isn't required to perform an LoD evaluation; is that right?

A    Well, again, let's go back to, is this laboratory doing this to satisfy the regulatory or professional practices in the country?  And there can be different requirements between the U.S. and other countries.

In -- In the U.S., if a laboratory is doing this for its own purpose and the manufacturer has made claims and this method is approved, then the laboratory would not need to

Page 87

determine limit of detection.  I think Dr. Bard made that very clear in her expert report, in fact, said that, you know, her laboratory wouldn't do that because it wasn't required under CLIA.

Q    So on page 17 of your initial report, which is marked as Exhibit 1, you opine that the LoD and/or CO can greatly affect the accuracy of the result; is that right?

A    Yes, yes.

Q    What do you mean that "it can greatly affect the accuracy of the result"?

A    Well, if a limit of detection is high, meaning it takes more virus to be detected, that would show up in the sensitivity and specificity, would show up under sensitivity and that not all positives will be detected, so sensitivity would go down.  It's --

So in general, the better the limit of detection, and "better" means lower, smaller amounts, a virus, in general the better the limit of detection, the better the sensitivity and specificity.

Q    So in theory, a lower limit of detection might provide better detection out in the world; is

Page 88

that right?

A    Yes.

Q    But a lower limit of detection also might not cause better detection; is that right?

MR. FLOCH:  Objection.  Vague.

BY MS. YORK:

Q    You can answer.

A    Well, I think when you get to looking at sensitivity and specificity, there just are a lot of other factors that can affect that.  And so now you get into the whole testing process and even the type of samples that are being tested.  So the reason that sensitivity -- sensitivity and specificity are referred is those are measures that can be made on real patient samples, so they should, in principle, be more reliable in terms of the performance that will be achieved.

Q    So -- So a type of a lower limit of detection might or might not provide better detection in the real world in the clinical setting?

A    Yes.  I mean, in theory, it should be better.  And I think everybody agrees about, you know, in theory.  It's just, okay, in the practical implementation of a test, other things can make

Page 89

a difference.

So, again, the limit of detection should be the first thing that the manufacturer worries about.  And until they have a respectable limit of detection, there is no grounds, really, for going on and trying to test patient specimens.

Q    But the impact of those real-world factors is the reason that sensitivity and specificity are more important metrics for assessing performance, clinical performance; is that right?

MR. FLOCH:  Objection.  Form.

THE WITNESS:  Well, there are more direct measures of performance.  So if you know the limit of detection, it doesn't mean you can say anything about sensitivity.  It doesn't -- It's not a direct translation that if you get this number, then you get such sensitivity.

So while it's true that the better or the lower the limit of detection, you can't just look at that and translate it to sensitivity and specificity.

BY MS. YORK:

Q    Got it.  And that's why sensitivity and

23 (Pages 86 - 89)

Page 90

specificity are more useful measures of performance --

A   Yes.

Q   -- in the --

A   I mean, understand, these things are complementary.  They're often determined at different times in the cycle of a test.  So during initial development, limit of detection is important, and validation for clinical performance, sensitivity and specificity are important.  For use in my own laboratory, predictive value is of interest, so it's kind of as this test progresses from development to application that there become other measures that become more useful.

Q   So let's look back at the May 1st press release which is marked as Exhibit 3.

A   Yep.

Q   And you said that you reviewed this document in forming your opinion; is that right?

A   Yes.

Q   And Co-Diagnostics is reporting the results of four different evaluations of the Logix Smart test, right?

A   Yes.

Page 91

Q   And in your report, you summarize those evaluative results; is that right?

A   Say again.

Q   Sorry.  Let's look at page -- I apologize.  I think we actually want to be back on your report which is Exhibit 1.  Go to page 20 of your report.

A   So my report.  You're not talking about the exhibit press release?

Q   So if we go to page 20 of your report, are you summarizing the results of the evaluations attached to the press release?

A   Page 18, or you said page 20?

Q   Page 20.

A   Page -- Which page?

Q   Page 20 of your report which is Exhibit 1.

A   Yeah.  Yes.

Q   And so the bullet points that we see here on page 20, those are your -- you're summarizing the results of the evaluations attached to the press release; is that right?

A   Yes.

Q   Where did you get the information contained in each of these bullet points?

A   From the press release.

Page 92

Q   And other than reviewing the press release, did you do anything else to confirm the performance claims for each of those four evaluations?

A   No.

Q   And so in your report, you opine that the evaluation results attached to the May 1st release are not reliable for a number of reasons, right?

A   Yes.

Q   And you provide those reasons at the bottom of page 20, right?

A   Yes.

Q   So I'd like to talk about those reasons one at a time starting with peer review.  It looks like the first reason you give is that these independent evaluations were not peer-reviewed; is that correct?  Sorry.  The reason -- The reason why you consider them not to be reliable?

A   So where are we on page 20?

Q   So there's a heading towards the bottom that says, "What is the Reliability of These Studies?"

A   Yep, so the first --

Q   Go ahead.

Page 93

A   The first reason I give is they're not peer-reviewed.

Q   Is it typical for labs that are validating a PCR test to have their validations published in peer-reviewed publications?

A   Not necessarily, but "peer review" has kind of a broad meaning, too, which is scientific review.  And scientific review is important in -- you know, really at every stage of the process, every stage of documenting performance, so -- and, you know, would be preferred if these had been peer-reviewed studies.  But under the conditions that we were operating at that time, things were happening so fast that, you know, people were going with the information they could find, the information that was available, but scientific review within the company is still critical.  And in my mind, that's related to peer review.

Q   Okay.  So -- So it's not surprising that these weren't published in peer-reviewed articles it sounds like?

A   Correct.

Q   Because -- because Validations are not commonly published in peer-reviewed articles?

24 (Pages 90 - 93)

Page 94

A   No, that's not necessarily true.

Q   Validations done by independent labs, are those commonly published in peer-reviewed articles?

A   They're often published.  They're often published.

Q   Okay.  So you're saying your testimony was that in the early days of the pandemic, that was not the case?

A   Right.  That made it even more important that the company exercise very careful scientific review because we weren't allowing anyone on the outside to see it and all the details and provide that scientific review, so the company needed to provide that scientific review.

Q   Do you know if the company did or didn't provide that review?

A   Well, the information that I have is that Mrs. Hutchins, I think, is that right, the lady who's head of Regulatory Affairs, didn't see any of this before it had been released.  I think that's in one of the e-mail chains, and I also think Dr. Garcia, who prepared a lot of this summary data, was quite surprised that it was released in this form.  And I think she might have even used the words that "it was not

Page 95

peer-reviewed."  So within the company, two of the key people, two key scientific people, did not review this information.

Q   Well, Dr. Garcia prepared the information, right?

A   Yes, and even that's kind of strange.  Okay.

Q   Do you have any idea whether anyone else at the company reviewed it for scientific purposes?

A   I don't, but the company was under an obligation with the FDA that their director of regulatory compliance review any press releases.  That happened because of earlier press releases which FDA found were inadequate and possibly misleading.

     So they had agreed, I mean, to -- I mean, they had an official agreement with FDA that you will not release any information under these kind of conditions that your director of regulatory compliance hasn't reviewed.  So that was a serious breach of scientific review within the company.

Q   If other people at the company who also are scientists reviewed the press release before it went out, would that change your opinion at all about its reliability?

Page 96

A   No.  It didn't follow what should have been the internal process.  There was no release of information that I would have accepted without the director of Regulatory Affairs having signed off on it.

Q   Do you have any reason to believe that the data presented here is inaccurate?

A   Well, looking at the studies, there are limitations that allow, you know, some question marks about the reliability of the data.

Q   We'll talk more about that later.  In the diagnostic testing industry, is it typical for labs to share their validation results with test manufacturers?

A   It depends on the arrangements for the validation.  I mean, most companies request certain laboratories to validate their tests.  I mean, they -- they recognize high-quality laboratories and ask if they will perform validation.  And under those conditions, they generally supply the test kits and provide some -- you know, some support of those -- those studies.

     So I think there are -- I think most companies, given the time, do what they would

Page 97

classify as a field study that is an extension of their own development process, and that field study would be arranged with reputable laboratories in whatever area.

Q   But an independent lab that was validating or verifying so that it could just implement it for diagnostic use, would that -- would a lab in that circumstance usually report the validation results to the manufacturer?

A   An independent lab wouldn't necessarily report, no.  If they had problems, they would likely ask the company, you know, about those issues, and they would communicate if they weren't seeing good performance.

Q   So they might, like, contact the company about troubleshooting an issue, something like that?

A   Yeah.  I mean, it comes in the form of complaints.  Yeah.

Q   But they -- it sounds like you're saying they often are trying to solve whatever problem they're seeing; is that right?

A   Say that again.

Q   Sorry.  If found -- am I understanding you correctly what you're saying is that the independent lab might contact the manufacturer

25 (Pages 94 - 97)

Page 98

to try to understand what was going wrong with the testing lab?

A   Yeah.  Yes.

Q    So to troubleshoot issues that it was seeing?  Yes?  Was that a yes?

A   Manufacturer, yes, that's likely.

Q    But that they wouldn't typically report validation results, just --

A   No.

Q    -- as a routine matter?

A   No.

Q    So instead, they probably would just buy the test or not buy the test; is that right?

MR. FLOCH: Objection.  Speculation.

MS. YORK: I'll repeat the question, only because I think you didn't hear it, or can you read it back, Court Reporter?

(Last question read.)

THE WITNESS:  That's probably correct.  Yeah.  They -- If it wasn't performing well, they would not try to put it into service.

BY MS. YORK:

Q    Are verification or validation results inherently more reliable if they had been

Page 99

published in a peer-reviewed paper?

A   They would tend to be because there would be a higher level of scientific review.  I mean, within an individual laboratory, if they were doing a validation study for their own purpose, they just have to document it in case CLIA comes in and during the inspection asks for that information.

Q    How does the absence of peer review for a validation make it difficult to assess the reliability of the underlying data or the performance claim?

A   I guess it's a matter of trust.

Q    Sorry.  Could you -- Could you explain that a little bit more, what you mean?

A   Well, so in a situation, if you have a test method and there is a claim for performance, you look to see, where is that coming from?  Is it coming from a manufacturer?  Is it coming from a distributor?  Is it coming from an independent user?  Is it something that the FDA has approved?  And so you have a different level of trust depending on the source.

Whether you like the FDA or not, if a test has passed their process, that tends to be

Page 100

one of the most reliable judgments.  Now, again, as things get -- their -- their protocols get modified based on the circumstances.  So the normal clearance process which is called a 510(k) is much more detailed and much more thorough, requires much more data and was necessary for the emergency-use approval.

Q    But even if an evaluation is not peer-reviewed, you can still look at the protocol they followed and the number of samples they used and the data that's provided in the evaluation to assess reliability, can't you?

A   Yes.

Q    And are those meaningful ways?  Are those -- Is that meaningful information for assessing reliability?

A   Yes, yes.

Q    You say elsewhere in your report that, "Even today, it is still difficult to find scientific papers that objectively compare the performance of the Logix Smart test to other NAAC methods on the market"; is that right?

A   Yes.

Q    I could show it to you if you want.  Why did

Page 101

that matter, that it's difficult to find those papers?

A   Well, maybe it's a personal interest.  I -- I had expected that, you know, this Logix Smart test would go through the normal development where at some point there would be a complete FDA review, a 510(k) review, and that hasn't happened.  I -- I don't fully understand it, although it might be that they decided that they're aiming for a different market, that they're focusing more on a point-of-care market at this point which changes, you know, who -- who it is, the nature of the test that you're providing, and so it becomes a new and different test if it's going to that market.

Q    How -- How would having more recent scientific papers comparing its performance to other PCR tests, how would that be relevant to the May 1st press release?

A   You know, it really isn't.  The May 1st press release really comes down to the data in the press release.  And anything that happened after that, you know, is -- is for purposes of trying to have a little deeper understanding of the nature of that test and its performance,

26 (Pages 98 - 101)

Page 102

but you're absolutely right. What we're left with is, here's the data that was available at that point in time. Does that data support the claims that were being made?

Q   Okay. So are you still on page 20 of your report?

A   Yeah.

Q   Sorry. I guess it's 19. No. Yeah, page 20 where you're identifying the issues, the reliability concerns related to the study.

A   Yeah.

Q   So the second reason you give is that, "The number of specimens for assessing clinical usefulness greatly affects the reliability of the results of the different test studies"; is that right?

A   Yep. Yes.

Q   So earlier in your report, you said, "The CLSI guidelines suggest 50 positive and 50 negative patient specimens to provide minimally reliable estimates of sensitivity and specificity"; is that right?

A   Yes.

Q   Is it a common practice to follow that guideline in the validation of chemistry tests?

Page 103

A   Yes, it is.

Q   But -- But chemistry tests are usually lower in cost than molecular infectious disease tests; is that right?

A   I think the difference in practice in this situation came down to this being a pandemic and a rush to be able to get data and almost any data. So FDA initially allowed use of what they call contrived samples. I know that I put it in quotes. That's a particular term that they used. And basically, it meant you can take some patient specimens and add what is an artificial source of the virus and measure those. It's -- It's not a good source of samples, but it might be the only source available.

The reason I pointed to the CLSI numbers is, you know, from long-standing practice going back to early 2000, you know, this is the guideline for good laboratory practice, and so it has this statement you'd like to have at least this many specimens. So the fact that we are dealing with a real shortage of real specimens is a serious limitation to our validation processes. So the

Page 104

reliability, even if you follow the FDA guidelines for emergency use, we -- we really didn't have the best information about test performance.

Q   And so the FDA at the time was not requiring manufacturers or labs to follow the CLSI guidance for their validations of COVID PCR tests?

A   No.

Q   And early in the pandemic, it would have been very difficult, if possible at all, for most labs to get that many samples; is that right?

A   Yes.

Q   And do you know whether, just in general, it's common for clinical microbiology labs to use fewer samples for validations than, like, chemistry labs, stuff like that?

A   I can only surmise from I think it's Dr. Bard's report that common practice doesn't necessarily adhere to the CLSI guidelines.

Q   Prior to May 1st, do you know how many samples the FDA required manufacturers or clinical labs be used in validating PCR tests?

A   It only required contrived samples. When you get to contrived samples, you can have as many

Page 105

as you want to contrive. You can make as many measurements on each of those contrived samples as you want.

I think FDA reviewed those numbers. And, you know, if you had reported a claim based on one contrived sample, they would say, "No, that's not enough." Now, I don't know what numbers they settled on. But because they were contrived samples, I mean, anyone could achieve a number of samples that were needed.

Q   Are validations that use smaller numbers of samples inherently unreliable?

A   Well, we -- we try to characterize reliability by calculating the confidence intervals around the number, around the point estimate. I think that's widely accepted. So if you only have ten samples, you have very wide confidence limits. You may estimate sensitivity at, say, 95 percent. But the real value might be anywhere from, I'm just making these numbers up now, from 60 percent to 100 percent. As you increase the number of samples, those confidence limits tighten. So you have more, I guess, trust and faith in the number that's -- that's being presented.

27 (Pages 102 - 105)

Page 106

So in my mind, reliability can be expressed in terms of those confidence intervals. So something -- as long as it -- you know the number of samples, you know, if you tell me this sensitivity can be between 50 and 100 percent or if you tell me it can be between 99 and 100 percent, you know, those are widely different levels of trust that I can put in the numbers.

Q   So even with fewer samples, it's not that there's something wrong with the data. It's just that the confidence intervals are wider?

A   Which means they're not -- the data is not as reliable as another study that has more.

Q   It's not as certain. Thank you. Would multiple validations that demonstrate consistent findings indicate the reliability of the results even if some of those validations had smaller sample sizes?

MR. FLOCH: Objection. Vague.

THE WITNESS: No. I guess again it comes -- it's not just number samples. It's what are those samples, so are they all patient samples? Are they contrived samples? What's their source?

Page 107

One way of trying to assess the overall reliability, and Dr. Bustin did this in his report, was to look at what's the total number of samples that were involved in, like, this set of studies and pool them all together. That's one way to try to get an estimate. But now we have one study, the Australian study, that involves over 200 samples, and then we have the Minnesota Department of Health study that has a total of 20. We have another study in here that's 20 to 30. I don't know that they're -- you can say they're equally reliable.

BY MS. YORK:

Q   But if you look at them collectively, does that make them more reliable together?

A   I guess --

MR. FLOCH: Object. Vague.

THE WITNESS: -- it depends on what it is you're looking at and what's the consistency of the studies. So these initial studies, for example, included a validation from Mexico. Mexico didn't test any positive patient samples. So I don't know how you pool that in to say, "Well, you know, we have four

Page 108

studies here that support our claim about sensitivity," when this individual study didn't really run any patient samples. This individual study depended on limit of detection as its criterion for performance.

BY MS. YORK:

Q   So the -- were -- One of your opinions here is that the studies aren't reliable because of sample size; is that right?

A   Yep.

Q   So if you have three studies with smaller sample size but they all are showing similar, consistent performance results, does that make them more reliable?

MR. FLOCH: Objection. Asked and answered.

THE WITNESS: There are differences in protocols, and so you kind of have to look at each of them and say -- you know, judge its reliability. In principle, more studies that give cumulatively more data should be reliable. I just say it's in principle.

BY MS. YORK:

Q   So the third reason you give here for your concerns about reliability is the type of

Page 109

samples tested; is that right?

A   The type of what? Sample tests?

Q   Samples.

A   Yeah.

Q   So on page 20, yes, it says, "Even more critical than the sample size is the type of patient samples, real or contrived"?

A   Yeah. So --

Q   Is it your opinion -- Oh, go ahead.

A   Well --

Q   I actually --

A   No. Go ahead.

Q   I'll ask the question first. So is it your opinion that the sample type is more important than the sample size in determining the reliability for the performance results of the tests?

A   I'm not sure that's a yes/no answer. I think the number of samples and the types of samples, those things together lead to an answer. I will say ten contrived samples are not as good as ten patient samples.

Q   So real patient samples are better than contrived samples --

A   Yes.

28 (Pages 106 - 109)

Page 110

Q   -- for understanding performance?

A   Yes.

Q   And why is that?

A   Well, there are many factors that can be in the original samples that are different from what you have in your contrived samples.  So testing of real patient samples is always the most important phase of the validation study.  When you test other kinds of specimens, you're hoping they're close enough in -- well, in all of the materials that get thrown into that sample.

One -- I mean, this is a very simple example, but let's say we have one analyte of interest and it's in a pure solvent like water.  And let's say we have that same analyte, but now it's in blood serum.  As an analytical chemist, I would say that's like testing for something in a garbage can, whereas over here, we know it's just one material.  We know what the other -- you know, the solvent is.  So there are a lot of issues that are removed by having that isolated material.

When we get in to the blood sample, and your virus samples would be same, you have

Page 111

a lot of unknown materials that end up in that reaction mixture.  So it takes a much more selective type of assay to be able to get that information on how much of your sought-for substance is actually there.

Q   By performing evaluations that use real patient samples gives a better estimate of performance for -- for diagnosing purposes than contrived samples, right?

A   Yes.

Q   But in the early months of the pandemic, was it common practice for labs to use contrived samples for their verification/validation studies for PCR COVID tests?

A   Yes.  I think up until the middle of May when the FDA started to require that they be patient samples, I forget the numbers, whether 10 or 15, 10, 20, I'm not sure, but about the middle of May, they -- they started to require real patient samples.

Q   But prior to that, the FDA, it was -- it was okay with the FDA to use a contrived sample --

A   Yes.

Q   -- for a COVID test?

A   Yes.

Page 112

Q   And you -- May 2020, is that the time you were referencing there?  I thought maybe I misheard you when you were saying that the FDA at a certain point started requiring particular numbers of samples.

A   I -- I think it was between May 15th and May 20, but I -- I don't know the exact date.  I do know it was --

Q   But it was May of 2020?

A   In May of 2020, they recommended 30 positive patients and 75 negatives.

Q   And did the evaluations referenced in the May 1st press release use real patient samples?

A   What?

Q   Did the -- Did the evaluations referenced in the May 1st press release use real patient samples?

A   Yes, they did.

Q   So let's go to reason No. 4 with respect to reliability of the study.  And you say, "It isn't clear if these are independent validation reports"; is that right?

A   Yes.

Q   And what's the basis for that statement?

A   My concern is that this is data.  It doesn't

Page 113

all have a really -- I'm not sure the right word, but I might use chain of evidence in terms of how it was collected, processed, analyzed, how it was reported, who was responsible through that whole chain.

Q   Okay.  And maybe we could take them one at a time then, so can we start first with the Australian validation performed by PathWest?

A   Yes.

Q   Do you know anything about PathWest?  So I'd like to understand, like, the concern with respect to each of these studies starting with PathWest.  Do you know anything about PathWest, the lab?

A   My concern was when I looked at the report that the same person signed as author who signed as supervisor, and it was also signed on the 30th of April.  So, yeah, this is some data that got put together probably in a rush in order to be used in this press release.

Q   Do you know what the lab PathWest is?  Are you familiar with that lab?

A   Say that again.  Am I familiar?

Q   With PathWest.

A   I know it's a -- it's a -- I think it's a

29 (Pages 110 - 113)

Page 114

laboratory group or a regional group.

Q   Okay.  Do you have any reason to doubt the validity of the data?

A   Well, I don't have any reason to trust it.

Q   Do you usually distrust data until proven otherwise?

A   I guess I'm a skeptic.  I need to have some evidence that helps me understand the source and reliability of the data.

Q   But you didn't do anything to evaluate the data itself, right?

A   No.  I assumed that, you know, the calculations are correct.  I -- I checked some of the calculations in terms of, you know, the actual sensitivity values and confidence intervals, but in terms of going back to the data point by point, no.

Q   Did you review the run files for the Australian data?

A   No.

Q   Why not?

        MR. FLOCH:  Objection.

        THE WITNESS:  I'm not sure they were accessible.  Were they accessible?

BY MS. YORK:

Page 115

Q   I'll represent that they were produced to counsel.  Did you ask counsel for access?  I'll represent that they were produced to counsel.  Did you ask counsel to look at them?

A   No.

Q   Did you know that they were provided to counsel?

A   No.

Q   So you don't know if the run files show who carried out the validation studies or anything else about the data?

A   No.  I was looking at this report.

Q   And you don't know who performed the actual PCR runs, right?

        MR. FLOCH:  Objection.  Vague.  And, Gen, I just want to be clear.  We're talking specifically about the Australian study, right?  We're not talking about the other ones right now?

        MS. YORK:  We're still talking about the Australian data.

        MR. FLOCH:  Okay.

        THE WITNESS:  No, I don't know who did that.

BY MS. YORK:

Page 116

Q   So with respect to the -- the NIP, the National -- India National Institute of Pathology, report, confirming, what do you -- do you know anything about the NIP?

A   No, only that it is an agency or functioning unit, so this is --

Q   I'm sorry.  What was --

        THE REPORTER:  I did not hear.

        THE WITNESS:  Where are we now?  Which page of the --

BY MS. YORK:

Q   I'm sorry.  We're still --

A   So this?  This is page 18.  Is this what you're --

Q   Are you looking at your report?

A   No, the press release.

Q   Oh.

A   I thought you said "India."

Q   Yes.  That's right.  That -- That is where the India report is.

A   So what was your question?

Q   What do you know about the National Institute of Pathology?

A   I just know it's one of the government-associated reference laboratories.

Page 117

Q   Do you have any reason to doubt the validity of its data?

A   Well, this report, as I said, I was very confused.  You've got an indication that this is from the National Institute of Pathology, but then when you get down to the results here, it references the National Institute of Virology.  The results were analyzed and reported on the letterhead of the National Institute of Pathology, but then it was the National Institute of Virology Gold Standard RT-PCR test.  Confusing to me.

Q   I'm going to introduce Exhibit 4.

        (Exhibit No. 4 was marked.)

BY MS. YORK:

Q   You should see Exhibit 4 in your folder now.

A   Yeah.

Q   Okay.  I want to make sure you have time to look.  Have you seen this document before?

A   Not sure.  Let me read it.

Q   For our purposes, the most important part is the report attached, just so you know, on page 3 through 5.

A   What?  Sorry.  Say that again, most important --

30 (Pages 114 - 117)

Page 118

Q   I said, for our purposes, the part that we're going to be talking about is on pages 3, 4 and 5.

A   No, I've never seen this.

Q   Okay.  So let's -- If you look at page 4 of this document, at the top it says "Performance Evaluation Report."

A   Yeah.

Q   Would you agree this appears to be the report that is the basis for the May -- the -- the report attached to the May 1st press release from NIP?

MR. FLOCH:  Objection.  Foundation.

BY MS. YORK:

Q   You can answer.

A   It's the same numbers in the table.  It's got a different label in the first column and a different label in the top rows.  So which method does it identify as the gold standard?  SARS-CoV-2 real-time NIV.

Q   So if you look at the top of that page, it says "Scope."  And it says, "Comparison of commercial kit for detection of SARS-CoV-2 with NIV validated WHO protocol as a gold standard."  Do you see that?

Page 119

A   "To determine sensitivity specificity of the kit using a panel of clinical samples received, labeled from ICMR-NIV," so are you saying that the Institute of Pathology didn't actually analyze those themselves but used a -- the results from a panel that had been analyzed by someone else?  Is that what --

Q   I'm -- I'm asking if you would agree that -- that it looks like the NIR or -- sorry, the NIP report attached to the May 1st press release used the NIV gold standard as the comparator test?

A   So the numbers -- I agree the numbers are the same.  What's not clear to me is, did the Institute of Pathology actually analyze them using the method that was developed by the Institute of Virology, or did the Institute of Virology give them a set of samples that they had analyzed that identify these are positives and these are negatives?  I -- I don't know how that -- I mean, which is which here.

Q   My question is, how does any of this relate to reliability because it -- so you had -- what I heard from you earlier --

A   We don't know who analyzed these samples for

Page 120

sure.  We don't know whether Institute of Pathology analyzed or whether Institute of Pathology got a set of specimens that had been analyzed by the Institute of Virology.  Now --

Q   Does the scope at the top of this document say that the scope of the evaluation was to compare the commercial kit for detection of SARS-CoV-2 with NIV -- with the NIV-validated WHO protocol as a gold standard?

A   Does it clearly say who analyzed the samples?  So you're on one hand saying that the results are from Institute of Virology as -- you think it's a method run by the Institute of Virology, or do you just think the samples came from here and we just accept that that set of samples has these answers?

Q   I'm saying that I think the sample came from NIV and the comparative test came from NIV, but NIP ran -- ran the evaluation.  And I'm asking if you agree that this seems to be what it's saying?  And there is a cover page on the previous page.

A   As I've said --

Q   You have --

A   -- I am confused about the India studies

Page 121

because initially what I understand is the Institute of Virology tested the Logix Smart samples as the Logix Smart method and did not find that they had acceptable performance.  The impression of the validation report here is actually the Saragene method, not Logix Smart, and it's being evaluated by the Institute of Pathology which I would assume has its own methods and --

Q   I apologize.  Finish your answer.  Go ahead.  I'm sorry.  I didn't mean to interrupt you.

A   There's also an issue is, is the Saragene method the same as Logix Smart?  Logix Smart is an imported method.  So the whole kit, everything is imported.  Saragene is produced in India which means they have all of their own suppliers to provide materials which then they put together into this kit and according to --

Q   Okay.

A   Okay.

MR. FLOCH:  Well, no.  I'm going to object.  He was in the middle of his answer, Ms. York.

MS. YORK:  I know.  I'm trying to let him finish.  I'm sorry.  I thought he was done.

31 (Pages 118 - 121)

Page 122

BY MS. YORK:

Q   Go ahead.

A   They're not the same product.  One is a product based on the recipe provided by Co-Diagnostics. The other is the Co-Diagnostics product, and it's possible in the utilization of the recipe that there are some different things that are being used, different components.  So those are -- again, it's something that's in principle you'd say that they're the same, but that doesn't mean that they actually are in practice.

Those are -- According to the requirements at India, those two required different approval processes, so India looked at them as two different products.  So the basic question is, do the -- you know, testing Saragene here may not actually be the same as testing Logix Smart, and then we don't know.  I don't know actually how the comparative answers, exactly where they came from.

Q   What is the basis for your -- your view that the Logix Smart and the Saragene tests are different tests?

A   I think it's information that was in the

Page 123

testimony of Dr. Garcia in her deposition that --

Q   Got it.  Go ahead.  Go ahead.

A   It was from the deposition by Dr. Garcia.  She was pretty clear that in her mind, these were two different products, if I'm not mistaken.

Q   And that's the basis for your understanding of that is her testimony?

A   Yeah.

Q   So if we go back to Exhibit 3 which is the May 1st press release, if you look at page 18 which is the India -- the NIP report --

A   Yes.

Q   -- there --

(Reporter clarification.)

BY MS. YORK:

Q   -- there are -- for the court reporter's benefit, we are at times saying NIV as in viral and P as in pathology.  Under No. 1 where it says "Validation Report Scope" --

A   Yeah.

Q   -- it says, "To report the validation results of the Logix Smart COVID-19 RT-PCR Test which was manufactured by Cosara Diagnostics, Pvt. Ltd. and rebranded Saragene Coronavirus," these

Page 124

are PCR tests?

A   Yes.

Q   Do you see that?

A   Yes.

Q   Doesn't it indicate that it's simply a branding difference?

A   I think that's what that line implies.  I'm just saying that Dr. Garcia says, "No, they're two different products."

Q   Okay.  But you have no reason to know one way or another aside from what she said in her testimony?

A   Well, you know, this validation report is signed by Dr. Garcia.  I tend to, I guess, trust what she was saying during her deposition.  She seemed like a pretty knowledgeable person, so --

Q   And you don't have any -- I'm sorry.

A   No.  Go ahead.

Q   But you don't have any independent reason aside from her testimony that they are not the same test?

A   Well, I think there's a difference between a recipe and the product.  If we were to take the same recipe --

Page 125

Let's talk about a recipe for a cake. So we take the same recipe.  You bake -- prepare and bake the cake.  I prepare and bake the cake.  I have got -- We've got different sources of materials, right.  Virtually everything that -- every ingredient that goes into that cake is going to have different sources, so are you convinced then that these cakes will come out the same?

Q   I am taking that to mean your testimony is you think they won't.  Is that what you're saying?

A   Depends on --

Q   I don't want to testify.  Yes.

MR. FLOCH:  Let him answer the questions.

BY MS. YORK:

Q   I'll ask a question that you can answer, but you're welcome to say whatever you'd like to say about it.

A   I don't think they're the same product.

Q   Okay.  I hear that, and the questions I'm asking are trying to understand the basis for that, and so I hear you say it sounds like maybe intuition and Dr. Garcia's testimony?

MR. FLOCH:  Wel, objection.

32 (Pages 122 - 125)

Page 126

Misstates his testimony.

BY MS. YORK:

Q    You can answer.

MR. FLOCH:  He's answered.

MS. YORK:  Let's -- Let's take a short break.  Is that all right?  We've been going about an hour and a bit.

THE VIDEOGRAPHER:  Going off the record, the time is 2:45 p.m.  This is the end of media unit No. 3.

(Recess 2:45 p.m. to 2:52 p.m.)

THE VIDEOGRAPHER:  We are going back on the video record.  The time is 2:52 p.m., and this is media unit 4.

BY MS. YORK:

Q    So before the break, we were talking about the Australia and India National Institute of Pathology reports --

A    Yes.

Q    -- and I just want to verify.  So you identified two main reasons why you were concerned about their reliability; is that right?

A    Yes.

Q    So that they -- and those were the -- they

Page 127

were -- the person who signed as the author and the supervisor was the same for both of them and that they were put together quickly?

A    I'm not saying I'm concerned with the person who signed.  I'm saying I'm concerned with who was the investigator, who was the supervisor, and are -- are these signed by the original laboratories, were they prepared by Co-Diagnostics.  So the summary reports seem to have been prepared by Co-Diagnostics.

Q    Okay.  So that -- that is your first concern is that they were prepared by Co-Diagnostics, and the second is that they were put together shortly -- they appear to have been together shortly before the May 1st press release; is that right?

A    Yes.  Now, again, it goes back to this was a company trying to put out some information to combat other information, particularly that report in the Salt Lake Journal.

Q    Does the fact that a test manufacturer summarized the data change the data?

A    I think it's an issue, you know, what level of support should a manufacturer, can a manufacturer, provide?  It is common practice

Page 128

that manufacturers will prepare a validation report for the laboratory, and the laboratory just has to sign it, put it in its files so when CLIA comes, they've got the report.  That's not good laboratory practice.  That's kind of a compromise of the laboratory's own responsibility.

Q    So with respect to the Mexican validations, you also indicated you had reliability concerns with that one.

A    That is page 20, right?

Q    Yes.

A    Okay.

Q    What do you know about InDRE?

A    It's a Mexican government lab, I guess equivalent to our CDC, so a high-quality laboratory.

Q    Do you have any reason to doubt the validation data presented in the Mexican validation report attached to the press release?

A    My concern with -- with that data is if you look in the second paragraph, now, their criteria are criteria for limit of detection or specificity, then some statement about reproducibility.  They -- I don't think they

Page 129

collected any patient data for sensitivity.  They depended on limit of detection.

This is being cited as part of the support for this claim of 100 percent sensitivity and 100 percent specificity.  I mean, it doesn't support 100 percent sensitivity 'cause it doesn't have any data for that.  And if you look below in the summary, do you see anything for specificity or -- sensitivity?

Q    Do you have any reason to doubt the independence of the Mexican data?

MR. FLOCH:  Objection.  Vague.

THE WITNESS:  Did you say "independence"?

BY MS. YORK:

Q    Yes.

A    No.  Independence isn't the issue here.  It's -- They have a different protocol in how they test methods, and they don't even test for sensitivity.  They infer sensitivity based on limit of detection.  So if you want to talk about they made a claim or they support a claim on limit of detection, okay, but they -- nothing here that supports 100 percent

33 (Pages 126 - 129)

Page 130

sensitivity. They didn't test that.

Q But they also have a -- they have a -- They also measure specificity, analytical specificity, right?

A Yeah, but specificity is -- remember, that's easy to do because you can just take old patient specimens, any stored specimen prior to December of 2019. The disease didn't exist, so you have this huge source of negative patients, so anyone can test that and get good estimates of specificity, but they did not test any positive COVID patients. Do you see it anywhere there?

Q I believe the last -- Oh, no. There are two more. So in your report, you also express concerns about the reliability of the report due to the timing of the report, of at least one of the reports; is that right? And we're on page 20 of your -- of your initial report.

A Okay. And the question was about what?

Q Is it right that you -- that part of your reliability concern has to do with the timing of the report?

A Yes.

Q So you say both reports , and that's referring

Page 131

to the Australia and the NIP report, are dated April 30th of 2020 which likely means they were prepared in-house just in time for the May 1st press release; is that right?

A Yes.

Q How does the timing of those reports make the results unreliable?

A I think the scientific process ideally is slow and deliberate. It's often talked about in terms of the plan-do-check-act cycle. And the scientific process because of that cycle leads to deliberation, leads to review. If you rush the process, most likely the only thing that you're emphasizing is the do part of the process. And I'm not --

I mean, it looks to me like this was a project to put this press release together on the day of April 30th, and whatever we've got that we can put together, we'll release tomorrow. That's -- That's just not a good environment for trying to be careful and scientific.

Q Do you have any specific reason beyond suspicions about the timing as to why --

MR. FLOCH: Objection. Asked and

Page 132

answer.

THE REPORTER: I did not hear that whole question.

BY MS. YORK:

Q Beyond suspicions related to the timing, do you have any specific reason to think the results are unreliable?

A No.

MR. FLOCH: Objection. Asked and answered.

THE WITNESS: I think that we've talked about several reasons and this being the last of four reasons.

BY MS. YORK:

Q All right. So it looks to me like you have one more reason here. You say there was no uniformity for the study performed or the results reported; is that right?

A Yes.

Q And what do you mean by that?

A Well, the best example is the Mexican study which doesn't have any data on sensitivity which is now in this press release being referred to as supporting the claim of 100 percent sensitivity. That's the lack of

Page 133

uniformity in these different studies, and they needed to be handled separately and much more carefully, and they couldn't just be combined in this way.

Q So I -- How does the variation in the focus of evaluation call into question the reliability of the results?

A Well, part of that variation and focus meant that they didn't try to characterize performance in a consistent manner. So you've got one measure being used in one study and different in another study. It makes it difficult to provide that claim for performance across all of these studies.

Q How does -- so I understand that they -- they are -- some of them are reporting different metrics, evaluating different metrics. How does that call into question the reliability of any particular result?

A I guess I'm thinking about the reliability in the sense of the overall claims that are being made, so what we're talking about is consistently demonstrating 100 percent sensitivity and 100 percent specificity across independent evaluations. So across independent

34 (Pages 130 - 133)

Page 134

evaluations is a question. They don't all support 100 percent sensitivity.

Q   So I -- I hear you saying that this -- that you see a mismatch between some of the data and statements in the press release, but --

A   Yes.

Q   -- what does uniformity of study -- of -- of the reported metrics, how does that affect reliability of -- of the data?

A   So I'm looking at data in terms of this particular claim, okay. So if you don't have any data from a study, then it doesn't support the claim it's less reliable. I would also look at the data from a Minnesota lab, the ten specimens that are positive, ten specimens that are negative. There's no chain of evidence or traceability on this. I don't know exactly where this came from. I'm not sure the people who prepared this data report know where this table came from.

If you just look at the organization of the report, you've got validation report, validation report, validation report. Then you've got multiple markers and COVID-19 discussion of primers. And then sort of

Page 135

attached without any additional titles, there's just this table at the back. So how do you know what that data is? The only way to identify it is there's a column that's MN DOH, and I assume that means Minnesota Department of Health.

Q   So if you look on page 7 of the May 1st press release --

A   Yes.

Q   -- at the top where this document contains the following summaries of several studies performed on the Logix test along with the supporting data and if you look down at No. 5.

A   That's the only reason that I'm guessing this is the Minnesota data because it says it's supposed to there, and MN DOH looks like Minnesota Department of Health.

Q   Do you have any reason to doubt the concordant results shown in the table here?

A   I don't have any reason to trust the results.

Q   Do you usually not believe data until you're proven otherwise?

MR. FLOCH: Objection. Asked and answered.

THE WITNESS: I said earlier, and I

Page 136

guess this is a characteristic I have, is I tend to be skeptical until I have some understanding of the origin of the data and the process that it's been through.

BY MS. YORK:

Q   So on page 21 of your report, you say, "The data submitted for the EUA was the most important data available in May 2020." Is that your testimony?

A   Yeah. That is a reference --

Q   Go ahead. Go ahead.

A   That -- Go ahead.

Q   What -- What do you mean by that statement?

A   That is a reference to a statement that came from FDA and when FDA reviewed this press release, and that's in an e-mail. I think it was with Mrs. Hutchins. I think the FDA responded to one --

In that press release, they were raising the issue that the distributors were misleading customers in their field by claiming this was 100 percent sensitive, 100 percent nonspecific. And it was -- it was Mrs. -- Mrs. Hutchins that they directed that e-mail to. Give me a minute.

Page 137

Q   And my --

A   Give me a minute here, and I'll point out if I can find it. I just am not sure just which report that was in.

Q   I asked a different question which is about the data submitted for the EUA.

A   Well --

Q   So on page 21 of your report --

A   Okay. Let me -- Let me try to answer that again. So in an e-mail from May 15th, Cecilia Hutchins, who was the head of regulatory and clinical affairs, acknowledged that the FDA had sent her an e-mail, and she's quoting the FDA here. "No IVD is 100 percent sensitive and 100 percent specific, so please inform your distributors that performance of the test should be promoted as based on the validation study design and data and as in the EUA, that is, results of your validation and then, importantly, how it was performed."

So the FDA at this point in time was telling Co-Diagnostics after reviewing the press release that the press release was misleading, and if it wants to cite data, then it should be citing the data from their EAU

35 (Pages 134 - 137)

Page 138

(sic), so that's what I mean by this was considered the best data available at that time. The FDA --

Q Let's look at that document. Go ahead. Are you done? Do you have more to answer?

A I'm sorry?

Q Were you done, Dr. Westgard --

A Yeah.

Q -- with your answer?

A Yes.

Q Okay. I'm going to introduce what I believe is the e-mail you were talking about.

(Exhibit No. 5 was marked.)

BY MS. YORK:

Q I'm marking Exhibit 5 an e-mail. It should be loaded. Will you take a look at that, please.

MR. STEN WESTGARD: We have it. The first page?

BY MS. YORK:

Q Well, first, do you recognize this document?

A Yeah. So that's the e-mail chain to Cecilia Hutchins.

Q Is this the e-mail chain you were referring to in your previous answer?

A Yes.

Page 139

Q Then on the first page it says in italics, "This is what the FDA sent me in the e-mail. No IVD is 100 percent sensitive and 100 percent specific, so please inform your distributors that performance of the test should be promoted as based on the validation study design and data as in the EUA, i.e., the results of your validation and, importantly, how it was performed." And that's quoted in your report, right?

A That's what I was referring to in terms of the best data available at the time of that press release. FDA said that it's your data provided in the EUA.

Q Okay. And so if you look at that document, it goes on to say, "You may report that in a specific study with a certain number of samples and conditions you got something very close to 100 percent, but we cannot generalize that the test will always be 100 percent no matter what." Do you see that there?

A Yes. Now, is that a quote from FDA? That one is not italicized.

Q It's not italicized.

A I have a feeling that's a summary of a

Page 140

statement, and then the other one is that we cannot generalize, and the test will always be 100 percent no matter what.

Q Doesn't this indicate that the FDA was complaining about what distributors were saying about performance?

MR. FLOCH: Objection. Lack of foundation.

BY MS. YORK:

Q You can answer.

A Distributors are interpreting the information from the May 1 press release.

Q So this wasn't a complaint of -- The FDA was not complaining about the press release itself here but about what distributors were saying; is that right?

A I think they would complain that the press release was misleading. Therefore, your distributors are making misleading statements.

Q Does it say that about -- Does it say anything about the press release in the FDA statement that's quoted here?

A I don't see it in this chain, but I still think it's pretty safe to assume that they're talking about your press release.

Page 141

Q Doesn't the FDA know how --

A Can we go to the first paragraph? So Cecilia --

Q What are you looking at? Yes.

A She says, "So this last Monday, I received a complaint from the FDA that one of our distributors had on their website the claim of 100 percent sensitivity and 100 percent specificity about the Logix Smart. Little did they know we had that same claim in our press release, and I'm afraid it is just a matter of time until they found out where it came from." Where the distributor is complaining about or, I'm sorry, the FDA is complaining about the distributor, the source, that's leading to this is the press release.

Q But nothing about this document indicates the FDA complained about the press release, right?

MR. FLOCH: Objection. Lack of foundation.

BY MS. YORK:

Q You can answer.

MR. STEN WESTGARD: Is somebody waiting for a question or --

THE WITNESS: Are you waiting for an

36 (Pages 138 - 141)

Page 142

answer?

BY MS. YORK:

Q   Yes.  Sorry.  The question was --

A   So here's a very common technique in quality management with cause analysis, why did that happen?  And then you -- So why did the distributors provide that information?  I mean, the first step, the next step, is, well, because of your press release.  I mean, they have -- there's what they call a 5 Why technique which is a very simple way to get at root cause.  And so you ask, "Why are the distributors doing this?"  The FDA is smart enough to figure that out themselves.

Q   The quoted language -- The language that Cecilia quotes in her e-mail refers to distributors making those claims rather than the press release making those claims; isn't that right?

A   Right, and why did the distributors say that?

Q   She also says that, "You may report that in a specific study with a certain number of samples and conditions you got something very close to 100 percent, but we cannot generalize that the test will always be 100 percent no matter

Page 143

what."

A   Yeah.

Q   You see that, right?

A   Yeah.

MR. FLOCH:  Objection.  The document speaks for itself.

BY MS. YORK:

Q   Didn't the May 1st press release tie the performance claims to specific validations?

A   Say that again.  Didn't it what?

Q   Didn't the May 1st press release tie the performance claims to specific validations?

A   The way I read that, so in countries where we have been evaluating against other tests, we consistently repeatedly achieved 100 percent clinical sensitivity and specificity and can't do better than that.  I certainly think the implication in my mind is that this applies to our test in general, and the evidence for that comes from these four particular validation studies.

Q   And so it did tie those claims specifically before validation studies attached to the press release; isn't that right?

A   It says that those claims are -- are based on

Page 144

these studies, doesn't it?

Q   Yes.  So if you're looking at the May 1st press release, it says, "The data being released comes from independent evaluations of the performance of the company's COVID-19 test in the field.  These evaluations were conducted in Mexico by the Mexican Department of Epidemiology, India and elsewhere in the U.S. and abroad.  Each study concluded 100 percent concordance for both specificity and sensitivity.  A summary of recent validation data and the data itself can be found here."  And it included a link, right?

A   Yep.

Q   I want to move to a different topic.  Page 21 of your report, and this goes back to how we got to Ms. Hutchins, "The data submitted for the EUA was the most important data available in 2020."  What is the basis for that opinion?  Could you be clear?

A   That --

Q   What is the basis of that opinion?

A   That e-mail chain with Cecilia Hutchins where she quotes that statement from the FDA.

Q   And had she received that e-mail as of May 1st,

Page 145

2020?

A   No.

Q   Do you -- Separate from Ms. Hutchins, do you consider the FDA results -- the FDA EUA data to be more or less reliable than the evaluations that were referenced in and attached to the May 1st press release?

A   I guess what I would say is they're more important, more important as that's what determines the ability to market the product in the United States.

Q   Which one do you believe gives a better -- gives better information about its likely clinical performance?

MR. FLOCH:  Objection.  Vague as to which one.

BY MS. YORK:

Q   Do you believe the EUA data gave more -- gave better information about its likely clinical performance in the field than the evaluation attached to the May 1st press release?

A   No.  It's hard to judge because there are limitations in all of these different studies.  And at that point in time, I think we tried to pick what we thought was the best information,

37 (Pages 142 - 145)

Page 146

best advice you could find.  And typically, most people place the highest priority on this or has this received EUA from the FDA.

Q   Wasn't the data submitted to the FDA for the EUA prepared by Co-Diagnostics itself?

A   Say that again, the last part.

Q   Was data submitted to the EUA -- to the FDA for -- as part of the EUA prepared by Co-Diagnostics itself?

A   Yeah.

Q   And it only used contrived samples; is that right?

A   Yes, but the -- I mean, the FDA, that's part of the review is data.  Part of the review is, what are your instructions for use?  So your instructions for use contain a lot of information about how -- you know, the procedure, how to do the test, the things you have to be careful about, the performance information that is currently available.

So the FDA is also judging things based on, do they -- does this look like it's a reliable process, you know?  Is this what we would expect for a PCR type of method and recognizing at that point in time with that

Page 147

limited data?  But -- And, you know, within that month of May, they changed their guidelines, and they added that you have to have -- it's 30 positive specimens and 35 negative specimens that are real-patient samples.  So there is --

Q   And --

A   Okay.

Q   Were you done?  I didn't mean to cut you off.

A   Yeah, yeah.  That's fine.

Q   And you testified earlier that evaluations using real patient samples are usually better indicators of clinical performance than evaluations based on contrived samples; is that right?

A   Yes.

Q   And so the evaluations referenced in the May 1st press release were based on patient samples unlike the EUA, right?

A   Yes.

Q   And so they would have given a better -- They gave better information about likely clinical performance than the EUA submission data; is that true?

A   They had better samples.  I think we can debate

Page 148

about whether it's better information based on other things.  But in principle, they had better samples.

Q   We talked earlier a bit about the Iowa Hygienic Lab's validation --

A   Yeah.

Q   -- right?  Did you evaluate the data from the Iowa Hygienic Lab validation?

A   No, I didn't.

Q   Do the Iowa validation results somehow make the validation results reported in the May 1st press release less reliable?

A   They -- They provide another estimate, I guess.  If you've got Minnesota results which you think are reliable, I would just say that I would give the Iowa -- Iowa results as much a grade on reliability.

Q   I'm sorry.  Maybe I -- You said you would say they're equally reliable?

A   They were certainly as reliable, if not more.  I mean, I don't, again, know the conditions of all the testing.

Q   But you testified earlier, right, that anything -- any results after May 1st aren't relevant to the very first press release; is

Page 149

that right?

A   Yeah.

Q   Do you consider the Iowa results inconsistent with what was reported in the May 1st press release?

A   No.  I think if you were to calculate the confidence intervals for them, they would certainly overlap.

Q   Would you agree that 95 percent and 100 percent sensitivity are both -- both show excellent performance for a diagnostic PCR test?

A   Yes.

Q   In your initial report, you refer to a few published papers that discuss evaluations of the Logix Smart test; is that right?

A   Yes.

Q   I think they start on page 22 of your report.

A   Yes.

Q   And so at the bottom of page 22, you discuss an -- a review by Polish scientists describing experimental results --

A   Yeah.

Q   -- from the University Hospitals of Geneva; is that right?

38 (Pages 146 - 149)

Page 150

A  Yep.  Yes.

Q  And then next, you -- you also discuss an Australian study?

A  Yes.

Q  Israeli study and then a Mexican study, right?

A  Yeah.  Yeah.

Q  Any other published studies that you --

A  Those are the ones that I was aware of.  It's certainly possible --

Q  Were any --

A  -- there are others in the literature, but these are ones that I could find.

Q  Were any of these publications available to Co-Diagnostics prior to May 1st?

A  No.

Q  Was any of the data available to Co-Diagnostics prior to May 1st?

A  The Australian data is the same data that's in the press release.

Q  And what about the other published studies you're discussing here?  Were -- Was the underlying data for any of those available to --

A  No.

Q  -- Co-Diagnostics --

Page 151

A  No.

Q  -- prior to May 1st?  So looking first at the Polish study, in your report, you cite to reference 11 in your report --

A  Yeah.

Q  -- which is an article.

A  Yeah.

Q  So I'll pull that up.

A  Yeah.  I know what you're talking about, Table 2 there.

Q  I think it might be a different article, but I want to make sure that you agree with me.  So I'm going to pull up first what's identified as citation 11 here.  We'll mark that first.

MR. STEN WESTGARD:  Is this coming into the marked exhibits?

MS. YORK:  Not yet.  Give me a second.

MR. STEN WESTGARD:  All right.

(Exhibit No. 6 was marked.)

MS. YORK:  All right.  You should have that in Exhibit Share now.

MR. STEN WESTGARD:  Exhibit 6?

MS. YORK:  Yes.

MR. STEN WESTGARD:  Okay.

Page 152

BY MS. YORK:

Q  And it's titled Comparison of Seven Commercial RT-PCR Diagnostic Kits for COVID-19.

A  Yeah.

Q  Is that what you're referencing in reference 11 for your report?

A  Yes.

Q  Take a look at this and tell me if you think this is the right article because I think Exhibit -- I think Exhibit 10 is what you meant here.

A  Yeah.

Q  Does this refer to Geneva anywhere?

A  Can you scroll down?  Okay.

(Exhibit No. 7 was marked.)

BY MS. YORK:

Q  I've also loaded Exhibit 7 which is your -- I believe is your reference No. 10, and I think that is the Polish study you're referring to.  So if you want to look at both of those documents and tell me which one you think is the reference you meant, that might be easier.

A  Okay.  I think actually I had the wrong reference number.  I think it should be 10, the article by Kubina and Dziedzic.  I think it

Page 153

should have referenced 10 rather than 11.

Q  Okay.  So we're talking about what's marked as Exhibit 7 rather than Exhibit 6, is that right, for the Polish study that you referred to in your report?

A  Yeah.  Okay.

Q  What steps did you take to assess the reliability of this study?

A  I depended on this information being in a scientific journal having been properly reviewed.  I did not have access to any of the actual data itself.

Q  Did you identify any flaws, or do you have any criticisms of -- of the article or its analysis?

A  It was, I guess, of interest because it compared performance for a number of tests.  I mistakenly said that it included the Logix Smart document.  It included Logix Smart in Table 1, not Table 2, again, in terms of the actual performance.  I'm sorry.  It included Logix Smart at Table 1 but not Table 2.

Table 2 shows a whole variety of methods that were marketed, and most methods actually turn out to have 100 percent

39 (Pages 150 - 153)

Page 154

sensitivity and 100 percent specificity.

Q   Okay.  So the next article that you discussed is the Australian study which I believe you testified was based on the same data --

A   Yeah.

Q   -- as the validation report attached to the May 1st press release?

A   Right.

Q   When was that paper published, the Australian -- the published Australian study?

A   It was December '21 or '22.

Q   But after the May 1st press release?

A   I think it was about two years after.

Q   What steps did you take to test the reliability --

A   It was in 2021.

Q   Okay.  What steps did you take to assess the reliability of this publication?

A   I did a few calculations and depended again mainly on the fact this was a peer-reviewed paper.

Q   So that was the primary reason for your --

A   Yeah.

Q   -- confidence?

A   Yes.

Page 155

(Reporter interruption.)

BY MS. YORK:

Q   Okay.  I've introduced Exhibit 8 here.  I'm marking Exhibit 8.  Can you take a look at that?

(Exhibit No. 8 was marked.)

THE WITNESS:  Okay.  Yeah.  That's the Australian paper.  Okay.

BY MS. YORK:

Q   So you're familiar with this document?

A   Yep.

Q   And that's the Australian paper you're referring to, the publication you're referring to in your report?

A   Yep.

Q   And you note in your report that four specimens or samples were excluded from the analysis; is that right?

A   Yeah.

Q   In your opinion, were those four samples properly excluded?

A   One of the difficulties when you throw out data is -- when you've got some discrepant results is how they should be treated.  There is no universally acceptable way to do that.  I

Page 156

prefer that data somehow be included and presented so that the reader can make their own decision about what they would have done with those results.  You can always calculate the data with and without the discrepant results and, you know, let the reader interpret.

Q   So I think -- My question was about before they were excluded, not -- not discrepant.  You know that there were four samples that were excluded entirely, right?

A   Oh, those weren't discrepant?

Q   So if you'd look at page 4.

A   Okay.  So there's four samples that met the exclusion criteria, and then there's another four that were discrepant.

Q   I think if you look -- so I -- Yes.  That's on page 4 at the bottom.  It says, "A total of four samples met the exclusion criteria."

A   Yeah.

Q   And in the column on the left, it describes those criteria; is that right?  See that?

A   So, yeah.  I mean, there -- there are ways that you can -- you can identify results and exclude them.  And so, for example, here, samples with a high -- high QC value greater than 37, okay,

Page 157

that could be reasonable.

There's a difference between exclusion of data and what do you do with discrepant samples.  So discrepant samples pass the exclusion criteria, and now you have to deal with them.  You know, you include them or not.

Q   Right.  So on page 5, on the left column, it says "Error Discrepancy Investigation."  Do you see that?

A   Yes.

Q   And so that describes how discrepant results were handled; is that right?

A   Yeah.

Q   Does that seem like a reasonable way to handle discrepant results in your experience?

A   It's one way of handling.  Again, you know, there's nothing that's universally accepted in this area.  This is like -- This is dealing with outliers.  And generally, you look at the outlier and identify a reason to keep that out of the data, and repeat analysis and current information is one way to do that.  But there are also guidelines that say even if you do that, you somehow need to include that in your

40 (Pages 154 - 157)

Page 158

reporting of data, so I guess --

Q  Well, aren't they telling you here how many samples were initially not concordant and how they handled them?

A  Yeah.

Q  And so if we look on page 6, on the top right, there's a section that says Diagnostic Test Performance Calculations.  Do you see that?

A  Yeah.

Q  And that says, "Two samples returned a false negative result.  However, the errors resolved with repeat testing from undiluted specimen in parallel with IHD-RT-PCR as per the error discrepancy algorithm."  Do you see that?

A  So were they included or not in the calculations?

Q  Well, per the error discrepancy investigation we looked at on the previous page, it said that repeat testing superceded data, initially discordant data.

A  Yeah.  Well, let me just -- Again, I'm going to refer to the CLSI guideline.  And when -- when -- On their advice for situations in which discordant results occur, discordant samples can be additionally evaluated by a referee

Page 159

evaluation if there's another method available.

And then it says, "One possible approach is that original results remain in the original two-by-two data table, and discordant samples are footnoted with refereed results.  The refereed results are presented separately to identify candidate examination results, comparative results and three results for each discordant value."  So it -- it's difficult always to know what to do, and that's why I'm just saying they have to be careful.  I think they've tried to be careful here, but the confirmation of results is always questionable.

Q  So we just looked at that section that said two samples returned a false negative result.  I note your report mentioned four.  Were there any more?  Is there some -- What's the basis for that, or do you agree that it's two and not four?

A  I was -- I was just picking a number to -- to try to -- to get a sense of how much would this affect the calculated results.  And when you've got a large number of specimens in this case, about 200 total, 100 in each category, it's not a -- it's not a big effect to have a couple

Page 160

that may or may not be positive or negative.

Q  Do you have any experience in handling discordant results in invalidating a PCR diagnostic test?

A  Not -- not specifically in CPR (sic.)

Q  So the next study that you discussed is the Israeli study; is that right?

A  Yeah.

MR. STEN WESTGARD:  Sorry.

MS. YORK:  Yes?

MR. STEN WESTGARD:  I count (phonetic) the clock is.  Can we take a break?

MS. YORK:  Sure.  Yes.  No.  That's fine.

THE VIDEOGRAPHER:  Going off the record, the time is 3:57 p.m.  This is the end of media unit four.

(Recess, 3:57 p.m. to 4:07 p.m.)

THE VIDEOGRAPHER:  We are going back on the video record.  The time is 4:07 p.m., and this is media unit No. 5.

BY MS. YORK:

Q  Before the break, we were talking about some of the later published articles about the Logix Smart tests that are referred to in your

Page 161

report.  And --

A  Yes.

Q  -- I believe we were starting to talk about the Israeli study on page -- page 23, 22.  That starts on the bottom of page 22 -- 23 and goes onto page 24.

A  Okay.

Q  When was this paper published, do you know?

A  So December 2021.

Q  Okay.  It looks like it says on the bottom of 20 -- of your -- bottom of page 23, January 24, 2022?

A  No.  There's different dates because papers are usually published online, so an electronic copy becomes available right away when it's accepted.  And then the printed copy becomes available, you know, when it's scheduled for the actual journal printing.

Q  Okay.  But in any case, it was well after the May 1st press release; is that right?

A  Yes.

Q  And you testified earlier that articles -- that information after the May 1st press release isn't really relevant to the May 1st press release, right?

41 (Pages 158 - 161)

Page 162

A   Yes.

Q   What steps did you take to assess the reliability of this Israeli study?

A   Again, I relied on it being a peer-reviewed study.

Q   Anything else?

A   Well, I did a variety of calculations, in part because of Dr. Bustin's criticism of the study. And I was interested in how much some of those transcription errors or counting errors, I'm not sure what to call them, back to the results.  So I did some calculations of that.

Q   Can you identify any flaws, or do you have any criticisms of the publication?

A   I -- I sort of accepted that that was an appropriate publication for the journal.  I published it and -- -

Q   Okay.  And the next study that you -- that you included here in your report is a study from or -- by InDRE as well, is that right, or the Mexican paper?

A   I'm sorry.  Did you just move on?

Q   Yes.

A   To?

Q   To the Mexican study referred to on page 24 of

Page 163

your report.

A   Yeah. Okay.  Mexican study.

Q   So this -- this article is discussing data from InDRE that is different from the InDRE data referenced in the May 1st press release; is that right?

A   Correct.

Q   And when was this paper published?

A   In -- Towards the end of '22, October '22, I guess.

Q   So well after the May 1st press release?

A   Yes.

Q   What steps did you take to assess the reliability of this study?

A   Again, I depended on it being a peer-reviewed study.

Q   Did you identify any flaws or have any criticisms of it?

A   I was mainly concerned with the small numbers of samples that were involved in this study, initially, eight positives and one negative. And then because of poor agreement with the Logix Smart test where only five out of nine patients agreed, I did a further study, Logix Smart.  And their chosen comparative method had

Page 164

involved 27 specimens, 13 of the 17 testing positive by both methods and 8 of 12 testing negative by both methods which still left 4 false positives and 2 false negatives.  So I think, again, you end up here with very wide confidence limits for the estimates of sensitivity and specificity.

Q   So did you evaluate this data yourself, or were you just summarizing what the study reported?

A   What I had available is what the study reported.

Q   Okay.  I'd like to go to a different part of your report now on page 25.

A   Okay.

Q   One of your criticisms of the May 1st press release here is that the evaluations attached to it, quote, "were poorly presented, lacked consistency in what characteristics and experiments were included, as well as how the data was reported," end quote; is that right?

A   So which paragraph is that?

Q   Let me find it.  At the second paragraph, the third sentence begins, "As reviewed here."

A   Yeah.

Q   Okay.  So is it correct that one of your

Page 165

criticisms here is that the evaluations attached to the press release were poorly presented, lacked consistency in what characteristics and experiments were included, as well as how the data was reported; is that right?

A   Yes.

Q   What is your basis for that opinion?

A   Well, they have one interesting example here. You have the Australian data reported or attached to the press release, and now you have the peer-reviewed paper that cites exactly that same data.  And it seems to me the quality of those two presentations are vastly different.

Q   All right.  What is the basis for your statement here that the studies attached to the press release were poorly reported or -- lacked -- poorly presented and lacked consistency?

A   Poorly reported, I guess, again, let's compare to the Australian paper to understand the results.  There's an awful lot of preliminary information as well as discussion of results, so here we have mainly a whole list of numbers. I think that that's impressive in terms of

42 (Pages 162 - 165)

Page 166

giving people wrong data. I don't think any of the people who were looking at the press release or the audience of the -- of the press release do anything more than say, "Wow, that's a lot of numbers."

Q   Okay. So a little farther down in that paragraph that we were just reading from, towards the bottom, it says, "However, the conclusion from Co-Diagnostics was oversimplified by claiming the test was 100 percent accurate, 100 percent sensitive and 100 percent specific and 100 percent concordance."

A   Yes.

Q   So is one of your criticisms here that the performance results were oversimplified?

A   Well, first of all, you know, we've talked a lot about reliability and the need for confidence intervals. I don't see, I guess, on the front pages of this any information of confidence intervals. So for people to understand the reliability of this, that information is missing.
        Oversimplified, not all of those studies support those specific claims. I guess

Page 167

we've talked about the Mexican one the most. There's no data on sensitivity, so there's no way the Mexican study can support that claim.

Q   But the press release attached the reports themselves which included confidence intervals; is that right?

A   It doesn't, does it? I mean, the press release doesn't include confidence intervals. The attachments do.

Q   Right. That's what I was saying. So the -- the press release attached reports that included confidence intervals, right?

A   So where -- where do you find that information, just --

Q   Okay. So if we pull up Exhibit 3 which is the press release --

A   I -- I know where it is. That's not my question.

Q   Oh. Got it.

A   My question is, actually, how easy is it for people to find that information?

Q   Okay. I -- So I think my question was just whether they attach -- are attached to it. Are the reports --

A   Yes.

Page 168

Q   -- some of which --

A   The information is there, and how many people do you think were able to find it, or how many people knew they needed to know that? I think one of the key issues from my point of view is who was the intended audience of the press release? Was that written for microbiologists? Was it written for molecular biologists who are the experts in this field, or was it written for a financial analyst who may have some scientific background but certainly not a detailed understanding of what numbers like this mean?

Q   So -- so what is it -- What are you saying you think should have been said in the press release?

A   Well, I wouldn't generalize these results to say you can't do better than that because --

Q   Is that the only -- Sorry. Go ahead.

A   You haven't -- It doesn't show the reliability of this data, the confidence intervals. You are assuming that those analysts are going to look through this data, find the part on confidence intervals and then understand what it means, and I don't believe that's the

Page 169

audience. I don't believe that's the expertise of that audience, so the intended audience here is not available to make an intelligent interpretation of that. The intended audience is going to recognize that as, "Well, that's a perfect test." You didn't use the word "perfect" in the press release, but you can't do better than that. It has to be perfect.

Q   Isn't it true that you can't do better than 100 percent on any particular validation?

A   That is true. The question is whether the test itself is going to perform that way always. That's the misrepresentation in this.

Q   Do you know anyone who thinks the tests perform perfectly all the time?

A   Well, it seemed clear that a lot of the people who were involved in trading stocks thought that tests performed perfectly, I mean, in terms of the response of the market. I -- I would agree that microbiologists who work with PCR, molecular biologists who work with PCR, understand that those numbers may be, what's the word, technically true. That's another expression I think that's used. And yet, in fact, people recognize, you know, things go

43 (Pages 166 - 169)

Page 170

wrong with tests, so they're not always going to be perfect in their performance.

I'm not sure the general public has a good understanding of that. I think the general public knows there can be errors. I don't think the general public knows what to do with the figure of 100 percent sensitivity and 100 percent specificity.

Q   Well, you lived through the pandemic, right, early pandemic?

A   I hope so. It may be --

Q   My question --

A   -- the only thing we can agree on exactly, pandemic.

Q   Did you observe at that time that people tended to be more interested in and aware of diagnostic tests than they had been before?

A   Yeah. And there was a lot of concern about, you know, what does it mean if my test comes back positive? So indeed, we're -- I mean, because everyone got to the point where they were tested, some people more than once. And so what does this mean, my test is positive? Well, what test was it? So they could have been PCR, could have been an antigen test,

Page 171

could have been an antibody test. And all of them can have false positives, false negatives. They all have their own set of sensitivities and specificities. I think it's confusing for people who even have a fairly good understanding of the whole testing process area.

Q   Did you know anybody at the time who thought that any test was right all of the time, was accurate all of the time?

A   I never asked anyone that.

Q   Is it your view that Co-Diagnostics should have also included positive predictive value and negative predictive value in the -- in the press release description?

A   Well, it's interesting. That kind of relates to that question of discrepant results, what's the best way to deal with them, and not acknowledging discrepant results in my mind is a limitation. You need to find a way to provide that information. I mean, that is important to people in terms of understanding how well a test works. So did this test work in four laboratories but not in any other laboratories?

Page 172

Regardless of the reason it might not have worked in other laboratories, it means that people have tried to use this and they didn't find that it worked. We can pursue why it didn't work, and that's typically what manufacturers do. They gather that information, what was the problem that we were having in this setting, okay, and we correct that, and now we've got a new version of the test.

Q   All right. So was your testimony you thought that PPV and NPV should have been included in the press release?

A   Say again.

Q   Sorry. Positive predictive value and negative predictive value, is it your testimony that -- do you think those measures should have been included in the May 1st press release?

A   No. Predictive value becomes I think a responsibility of the laboratory. It's not a responsibility of the manufacturer, you know. The manufacturer's responsibility is to have a test that performs consistently so manufacturers' claims for sensitivity and specificity apply wherever that test is being

Page 173

used. It's the location of the test. The laboratory in that area that -- and the doctors in that area need to understand what's it going to mean if we get a positive result? What's it going to mean if we get a negative result? And quite often, in screening situations, getting a negative result is better evidence than getting a positive result. I mean, you can count on the truth of a negative result more often than the truth of a positive result, and that varies with the prevalence, so --

Q   But you wouldn't -- If I'm understanding you right, you don't -- that's not something you think was necessary in the press release to include PPV and NPV?

A   Well, the difficulty for the manufacturer -- I don't expect Co-Diagnostics to provide that information. I would expect if they have their test being used in a certain area, then it becomes relevant whether -- well, I find interesting, I guess, that Co-Diagnostics is -- I think it's -- Is it located in Salt Lake City? And then you have TestUtah, and you have other organizations in that area that are doing testing.

44 (Pages 170 - 173)

Page 174

Certainly, it would be relevant or at least interesting to understand how -- you know, predictive value of the test in that particular region of the country, just because your own employees are subject to that testing.

Q   But sharing PPV and NPV measures would require assuming a particular prevalence, right?

A   Yep, yep. You don't have to -- You don't have to know exactly. I mean, you will never know prevalence exactly until maybe years later or months later. So you have to make assumptions. And, you know, a good indication of that is the percent positives that are being observed in the area, you know.

In terms of the usefulness of the tests, the difference between prevalence of 2 percent and 5 percent is not dramatic. I mean, it can be important, but it's not like the difference between 2 percent and 20 percent, you know. At that point in time, those are the calculations that were going on, California, 2 percent, New York City, 20 percent, and that did affect how to properly utilize tests in those particular regions.

Q   But the logic test was being provided to

Page 175

distributors all over the world, right? The Logix Smart test was being provided --

A   Yes.

Q   -- to -- to distributors in jurisdictions all over the world, right?

A   Yes.

Q   So the prevalence would likely vary considerably for the -- for the different -- those different geographies; is that right?

A   Yes.

Q   So wouldn't it be kind of confusing to include PPV or NPV information in the press release?

A   No. I've never said it should have been included in the press release.

Q   I thought -- Okay.

A   I think what I said is -- and I think this has been reinforced by Dr. Bustin, there are different measures that are appropriate at different times in the development and evolution of the testing process. Limit of detection is a very important measure in the development. Clinical sensitivity and specificity are very important measures for the manufacturer of a test. Predictive value, those are important measures geographically for

Page 176

the users, so those are the medical laboratories that need to know that information. So I've never said the press release should have that.

Q   If we look at your report again, on page 25 --

A   Yeah.

Q   -- another reason that you -- so another reason that you conclude the May 1st press release was poorly presented is because it didn't refer to the lower limits of the confidence interval as the test expected performance; is that right?

A   Now, I have to admit to being a bit facetious in making this statement. It's a radical statement. And my intention was to say that, you know, we wouldn't be -- you wouldn't need to be having this discussion if that press release information had been a bit clearer and simply revealing the confidence limits on the front page and not saying you can't do better than that.

You know, I think according to the confidence limits, the test is probably -- the data probably showed it has sensitivity of 96 percent or better. It would have been possible just to claim the sensitivity of this

Page 177

test is better than 96 percent. And now we wouldn't have all of this, the need for this discussion, because that's a more honest representation of what you're going to see in the field. It's not going to be perfect. It's going to have some problems. It's going to give some wrong answers.

Q   So it's not your opinion then that the press release should have included the lower limit of the confidence interval as the --

A   Well, it is my opinion it should have been included, and then it should have been right on the front page. I'm being a bit facetious when I say "claim just the lower limit." No. Typical claim is the point -- point estimate, plus the limits. However, if you're only going to claim the point estimate, every test it seems like is going to claim 100 percent, 100 percent.

I mean, that -- that one paper that did the broad-comparison methods, I mean, I was interested in that because 30-some of the -- over half, maybe two thirds of the methods claimed 100 percent sensitivity and specificity. The press release was intended to

45 (Pages 174 - 177)

Page 178

convince the investing audience that this test was better than anything else. Isn't that right?

Q   You're giving testimony today, so you -- you are welcome to share your opinions.

A   Okay, and I admit to being really tired at this point in the process.

Q   I am as well. We'll get --

A   I will stray a bit.

Q   Isn't a confidence -- Aren't the limits of the confidence interval usually shared in conjunction with a point estimate and not by themselves?

A   Yes, yes.

Q   Do you think --

A   I was intending to -- by this to make people think, to provoke, "Well, how should it be done?" And you just said how it should be done. It should be the point estimate but the confidence intervals, and that wasn't the way the press release was done. It was just done the point estimate.

Q   But it did attach reports that included the point estimate, right?

A   I would just be interested if you took that

Page 179

press release home with you and showed it to your significant other and asked them what this meant and whether they looked through the data and found the confidence intervals. Now, maybe -- maybe your significant other is an expert in this area, so --

Q   That's --

A   But I'm 95 percent confident that he is -- he or she isn't.

Q   Okay. Your -- So if we're still on page 25 here --

A   Yes.

Q   -- you also criticize the first press release because the report said he has lacked consistency in what characteristics and experiments were included; is that right?

A   Yes.

Q   Why does that matter to your opinion that the May 1st press release caused confusion?

A   You know, I think we've talked about that several times this afternoon. I don't have anything more to add to that.

Q   I genuinely don't remember what you said about it before. Is there a short version you could share?

Page 180

A   And I said, I generally don't remember what I said.

Q   Okay. My question was, why does any -- so your -- Your criticism is the reported studies lacked consistency as between each other with respect to characteristics and experiments that were described?

A   Yes.

Q   What -- Why does that cause confusion in the -- from the May 1st press release?

A   Most obvious example again was the Mexico -- the Mexican study which didn't include any data on sensitivity. It included limit of detection rather than sensitivity. And so that data, that lack of consistency, doesn't support what is being claimed here in the press release. That's a lack of consistency in the studies.

Q   But there were three validations that did describe sensitivity, clinical sensitivity?

A   But lack of consistency now in those studies, number of specimens, so reliability of those studies is not equal. The Australian study in terms of number of specimens is over -- well, it's certainly over 50 percent more specimens than any of the others.

Page 181

I think, again, you know, when you try to make this claim of 100 percent sensitivity, now with the confidence intervals, you don't realize that, well, for this study, sensitivity is from 95 percent to 100. For this one, it's from 80 to 100. From this one, it's from 60 to 100. So is that really three equally balanced studies? I mean, I think you've got one study that has some sound data, and you've got a couple other studies that have, you know, minimally -- minimal sets of data.

MS. YORK:  Okay. I think I'd like to take another break, and I'd like to hear how much time we have left. I'm getting towards the end without being done by any means.

THE VIDEOGRAPHER:  Going off the record, the time is 4:44 p.m.

(Recess, 4:44 p.m. to 5:02 p.m.)

THE VIDEOGRAPHER:  We are going back on the video record, and the time is 5:02 p.m. This is media unit No. 6.

BY MS. YORK:

Q   I'd like to turn to your rebuttal report, Dr. Westgard, and that is marked as Exhibit 2.

46 (Pages 178 - 181)

Page 182

Do you have that? Can you pull that up, or do you have it in front of you?

A   I have it in copy.

Q   Okay. That works. If you go to page 3 of -- of your rebuttal --

A   Yep.

Q   -- the first paragraph there has -- has a number of sentences regarding CLSI EP17-82; is that --

A   Yes.

Q   -- right?

A   Yes.

Q   What is the relevance of that provision to the May 1st press release?

A   So that is a standard for best practices for determination of a limit of detection.

Q   And how is that relevant to your opinion with respect to the May 1st press release?

A   Limit of detection is one of the critical characteristics for the analytical performance, and it's a characteristic that was claimed or -- that's part of the documentation to support the May 1st press release, particularly the documentation from Mexico.

Q   But you say here that that guideline does not

Page 183

seem to have had much influence on the establishment of LoD by its recommendation for establishing the precision and interval LoD using probative analysis; is that right?

A   Yes.

Q   So this has not been -- It has not become industry standard. Is that fair to say?

A   That is hard to say. I -- I -- What I would say is that in the EUA claims that I had looked at for limit of detection, they don't follow the protocol recommended for establishing or validating limit of detection. Instead, they tend to follow the guidelines for verification.

Q   So if we go to page 4 of your rebuttal report, the next page, you say, "Calculation of clinical sensitivity is based on the ratio TP over TP plus FP." Do you see that towards the bottom?

A   Yeah, so I repeat my mistake that I made in the -- my original report. I guess when you're typing this kind of stuff, you tend to just kind of copy from one to the next. And I admitted to that mistake earlier, and I admit to making it here again.

Q   Okay. So for clarity, those -- the formulas

Page 184

shown there for clinical sensitivity and clinical specificity are incorrect; is that right?

A   Yep.

Q   And what should they be instead?

A   TP over TP plus FN for the first one and TN over TN plus FP for the second one.

Q   Okay. And the first is sensitivity, and the second is specificity, right?

A   Right.

Q   So on page 7 of your rebuttal, this is in a section that starts on page 6 titled "Intended Audience for Press Release of April 30th, 2020." That should be May 1st, 2020, right?

A   Yep.

Q   So on page 7 in that same section --

A   Yes.

Q   -- you say, "It is unlikely that this audience is the community of diagnostic testing scientists and personnel but, rather, a community of financial analysts and investment advisors who participate one way or another in buy/sell decisions in the U.S. stock market," right?

A   Yes.

Page 185

Q   What is your basis for that opinion?

A   Well, I understand that that press release was intended for investors. That press release was not put out to the science community. It was put out for investors. And I think that group, that audience, has quite a different background and what you will find in laboratory in general and in microbiology and molecular biology in particular.

Q   And so if your -- your opinion here is that this intended audience would have been confused by the May 1st press release; is that right?

A   Say the last part again. Would have been?

Q   So it would have been confused by the May 1st press release; is that right?

A   Yes.

Q   Do you have any experience as a financial analyst?

A   No. I'm not an expert in that area either.

Q   So you're not an expert in -- with respect to financial analysts?

MR. FLOCH: Objection. Form.

THE WITNESS: (No audible answer.)

BY MS. YORK:

Q   Have you studied how investors interpret

47 (Pages 182 - 185)

Page 186

information in the market?

A   Nope.  I haven't.

Q   Are you an expert with respect to that issue?

A   With respect to?

Q   How investors interpret -- how investors interpret information in the market.

A   No, I'm not.

Q   Have you studied investor awareness of information in the market?

A   No, I have not.

Q   How about investors' behavior in the marketplace?

A   No, I have not.

Q   Are you a psychologist?

A   No, I'm not.

Q   Are you an investor in Co-Diagnostics?

A   No, I'm not.

Q   Do you have any basis for offering an expert opinion as to how investors interpreted the May 1st press release?

A   Well, if we're talking about investors specifically, you acknowledged that that audience is investors, that would strengthen my feeling that they're not going to understand the meaning of this kind of information.

Page 187

Q   Well, you're saying in your opinion that they are investors, right, that that's the audience?

A   Yes.

Q   Do you have any basis for offering an expert opinion as to how investors interpreted the May 1st press release?

A   No.

Q   So on page 11 of your rebuttal report --

A   Okay.

Q   -- this is in a section entitled Truth In Labeling where you talk about the truth, the whole truth and nothing but the truth; is that right?

A   Yes.

Q   And you say, "For claims for clinical sensitivity and clinical specificity, we should consider that the truth involved a statement of the observed sensitivity or PPA and observed specificity or PNA and their confidence limits for the claimed performance; is that right?

A   Yes.

Q   And we've established that for validation results for manufacturers, the most important metrics are sensitivity and specificity, right?

A   Yes.

Page 188

Q   And those were included in the May 1st press release; is that right?

A   Yes.

Q   So on page 11, you also opine that the whole truth requires a disclosure of conditions and parameters that affect the truth such as the numbers and types of samples tested, contrived versus real patient specimens, symptomatic and/or asymptomatic patients and comparative testing methods, et cetera; is that right?

A   Yes.

Q   And you opine that the May 1st press release did not tell the whole truth because it did not report certain negative data from the NID in India and labs in South Africa and Greece; is that right?

A   Yes.

Q   Did you review those NID, Greek or South African data?

A   I think all I have seen are some e-mails.

Q   So you haven't reviewed the data?

A   I haven't reviewed the raw data.  All I know is what were in the e-mails.

Q   And do you know for sure what happened with respect to those labs?

Page 189

A   No.

Q   Is it standard practice to rely on validations that strongly indicate contamination in the results?

MR. FLOCH:  Objection.  Lack of foundation.

THE WITNESS:  Well, I understand from the counter-arguments here that contamination seems to be the issue with all of the cases where the test did not perform well.  If that is indeed the case, that reveals what is the most common defect or most common cause of problems which should identify -- which when identified by the manufacturer should become high priority in terms of the design of their testing process.

BY MS. YORK:

Q   But you don't know what happens with any of those labs with respect to the ones at issue?

A   I don't know.

Q   So also on page 11, you suggest that the May 1st press release was not -- nothing but the truth, quote-unquote, because it was not peer-reviewed; is that right?

A   I wouldn't say "scientific review."  And

48 (Pages 186 - 189)

Page 190

particularly, the data on that press release was not reviewed by Cecilia Hutchins who's the head of Regulatory Affairs. So that should have been one level of scientific review that was actually required before that press release was issued.

Q    But what if it was reviewed by Dr. Satterfield, the chief scientific officer?

A    It doesn't change the agreement between the FDA and the company. The FDA had specified because of earlier problems, misleading information in press releases, that Cecilia Hutchins was a person who had to review any future press release. So the main difference, how many other people you have review -- to review it, FDA has specified she has to be part of the process.

Q    And that's based on your understanding of testimony in this case; is that right? What is the basis for your understanding or your opinion?

A    I think that's -- that's someplace in -- I don't know if it's in the e-mail chains or in the testimony. Maybe in the e-mail chain, one of the e-mail chains for Mrs. Hutchinson (sic.)

Page 191

Q    So that was based on Ms. Hutchins' testimony?

A    I think so.

Q    And do you know what the head of regulatory for a diagnostic company does?

A    Only in a general sense.

Q    And what -- what is that general sense that you have?

A    They would be responsible for any information submitted to the FDA.

Q    But they wouldn't typically be responsible for -- specifically for press releases?

A    Well --

        MR. FLOCH: Object to form.

        THE WITNESS: So information required by FDA could be -- could come from here's what's required to get emergency use authorization. It could come from complaints from the field. So the complaints the FDA got about, you know, the claim of 100 percent sensitivity and 100 percent specificity that was being advertised by the distributors, that would be FDA's responsibility to deal with, and Cecilia Hutchinson (sic) would be their first contact, I think, in dealing with that.

BY MS. YORK:

Page 192

Q    Okay. But in the usual day-to-day of a diagnostic company, you wouldn't expect head of regulatory to be responsible for press releases; is that right?

        MR. FLOCH: Objection.

        THE WITNESS: Responsible for what?

BY MS. YORK:

Q    In the day-to-day work of a diagnostic testing company, you wouldn't expect the head of regulatory to be in charge of press releases; is that right?

A    Unless there is, you know, a specific requirement, I mean, I would say it would be generally -- if I can use the word "good business practice" that your head of Regulatory Affairs is always involved when you're making claims about a method because those claims ultimately have to be processed through the FDA, and the FDA is going to come back to the head of regulatory. So in most companies, that would be considered, I think, standard operating procedures.

        I have a feeling that was probably the agreed-to standard operating procedure in this case, but it wasn't followed.

Page 193

Q    So if we go to page 14 of your rebuttal report, there's a section titled "Addendum - Later Peer-Reviewed Validation Studies." Do you see that?

A    Yes, yes.

Q    What is this section an addendum to?

A    I titled it that because as we have talked, these are things that happened after the time of the press release. So you keep saying, "Well, that wasn't available at the time," and I'm saying, "Yes, it wasn't available."

        I agree that that's a passing interest. So to me, the addendum identifies comments made that are of passing interest. My report really is the part up to that, and this is some comments in response to Dr. Bustin and Dr. Bard.

Q    So -- so it's titled Addendum because information in this document asks -- Sorry. It's titled Addendum because --

A    Yeah.

Q    -- publications after the May 1st press release aren't relevant to the May 1st press release; is that right?

A    That's part of it, yeah. It's secondary

49 (Pages 190 - 193)

Page 194

information.

Q   But you testified earlier that information after the May 1st press release isn't relevant to the May 1st press release; isn't that right?

A   Right.

Q   Okay.

A   So Addendum seems like an appropriate title kind of after the fact.

Q   I get it.  Okay.  I'd like to take five minutes to check with -- to make sure there's nothing else I want to cover, but then I think we may be done.

A   Okay.

THE VIDEOGRAPHER:  Going off the record, the time is 5:24 p.m.

(Recess, 5:24 p.m. to 5:30 p.m.)

THE VIDEOGRAPHER:  We are going back on the video record.  The -- The time is 5:30 p.m.

BY MS. YORK:

Q   So, Dr. Westgard, I noticed that you've been taking notes throughout the deposition today on a pad of paper that looks like is in front of you; is that right?

A   Actually, I scribble a little bit.  That's --

Page 195

That's the complete amount of my notes.  I know it's --

MS. YORK:  One piece of paper.  Okay. So, Brandon, we'd just ask that you produce copies of the notes that Dr. Westgard took today and any documents he had in front of him during the deposition.

MR. FLOCH:  We'll --

MS. YORK:  With that --

MR. FLOCH:  We'll get back to you on that, Gen.  I don't see an issue with that unless there's -- I don't see an issue with that, but we'll get back to you soon.

THE WITNESS:  Okay.

MS. YORK:  Okay.  And I -- I have no further questions.  Thank you, Dr. Westgard, for your time today.

MR. FLOCH:  And, Dr. Westgard, I don't have any questions, so we can end the deposition and go off the record.

THE VIDEOGRAPHER:  Okay.

MS. YORK:  Thank you so much for your time today, Dr. Westgard.

THE WITNESS:  Thank you.

THE VIDEOGRAPHER:  Okay.  One moment.

Page 196

One moment, please.  We're going off the record.  The time is 5:32 p.m.  This concludes today's testimony given by Dr. James Westgard. Total number of media units used was six, and they will be retained by Veritext Legal Solutions.  Thank you.

(Proceedings concluded at 5:32 p.m.)

Page 197

STATE OF WISCONSIN  )
                    ) SS:
COUNTY OF RACINE    )

I, JENNIFER L. SCHMALING, a Registered Merit Reporter, Certified Realtime Reporter, Certified Realtime Captioner, Illinois Certified Shorthand Reporter, and Notary Public in and for the State of Wisconsin, do hereby certify that the above deposition of JAMES O. WESTGARD, Ph.D., was recorded by me via Zoom on February 28, 2024, and reduced to writing under my personal direction.

I further certify that I am not a relative or employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

In witness whereof I have hereunder set my hand and affixed my seal of office at Milwaukee, Wisconsin, this 14th day of March, 2024.

_____
Notary Public
In and for the State of Wisconsin

My Commission Expires:  January 7, 2027
IL CSR License No. 084.004875

50 (Pages 194 - 197)

Page 198

BRANDON FLOCH

bfloch@mnrlawfirm.com

March 14, 2024

RE:   GELT Trading Ltd. v. Co-Diagnostics Inc., Et Al

2/28/2024, James O. Westgard , Ph.D. (#6461512)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at cs-ny@veritext.com.

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,

Veritext Legal Solutions

Page 199

GELT Trading Ltd. v. Co-Diagnostics Inc., Et Al

James O. Westgard , Ph.D. (#6461512)

E R R A T A  S H E E T

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

_____  _____

James O. Westgard , Ph.D.          Date

Page 200

STATE OF WISCONSIN   )
                     ) SS:
COUNTY OF_____)

I, JAMES O. WESTGARD, Ph.D., do hereby certify that I have read the foregoing transcript of proceedings, taken on February 28, 2024, with all participants appearing remotely via Veritext Virtual videoconference, and the same is true and correct except for the list of corrections noted on the annexed page.

Dated at_____

this_____day of_____, 2024.


_____

JAMES O. WESTGARD, Ph.D.


Subscribed and sworn to before me

this_____day of_____, 2024.


_____

Notary Public

My commission expires:

51 (Pages 198 - 200)

**[& - 2000]**

Page 1

**&**

**&**   2:2,5,9 5:6

**0**

**00368**   1:8 4:19
**084.004875**
   197:24

**1**

**1**   2:23 4:13
   15:19,24 26:24
   27:2,4 42:16
   50:5 55:3,12
   60:14 81:11
   87:7 91:6,16
   123:19 140:12
   153:20,22
**10**   111:17,18
   152:10,18,24
   153:1
**100**   74:8
   105:21 106:6,7
   129:4,5,6,25
   132:25 133:23
   133:24 134:2
   136:22,22
   137:14,15
   139:3,3,19,20
   140:3 141:8,8
   142:24,25
   143:15 144:9
   149:10 153:25
   154:1 159:24
   166:11,11,12
   166:12 169:10
   170:7,8 177:18

177:19,24
181:2,5,6,7
191:19,20
**100,000**   66:8
**10:02**   1:25 4:4
**11**   151:4,14
   152:5 153:1
   187:8 188:4
   189:21
**110**   43:17
**117**   3:4
**11:32**   55:2,4
**11:43**   55:4,6
**11:49**   58:16,17
**11:52**   58:17,19
**12**   55:14,16
   164:2
**1200**   2:10
**12:45**   83:24,25
**13**   164:1
**138**   3:6
**14**   11:9 16:19
   16:24 193:1
   198:3
**14th**   197:19
**15**   3:5 60:13
   111:18
**152**   3:7,7
**155**   3:8
**15th**   112:6
   137:10
**16**   2:24
**17**   72:25 73:3
   74:18,18 77:20
   78:1,14,16

79:2 87:6
164:1
**18**   2:24 80:21
   80:22 81:3
   91:13 116:13
   123:11
**19**   3:6,7 41:2
   41:15,17,20
   43:20 46:8
   47:18 51:13
   102:8 123:23
   134:24 144:5
   152:3
**195**   3:11,12
**1970s**   32:5
**1:32**   84:1,4
**1st**   2:25 79:17
   79:22,25 80:6
   80:12 90:16
   92:6 101:19,20
   104:21 112:13
   112:16 118:11
   119:10 123:11
   127:15 131:3
   135:7 143:8,11
   144:2,25 145:7
   145:21 147:18
   148:11,24
   149:4 150:14
   150:17 151:2
   154:7,12
   161:20,23,24
   163:5,11
   164:15 172:18
   176:8 179:19

180:10 182:14
182:18,23
184:14 185:12
185:14 186:20
187:6 188:1,12
189:22 193:22
193:23 194:3,4

**2**

**2**   2:24 18:2,5
   42:20,21 55:7
   68:9,23 70:4
   70:11,17
   118:20,23
   120:7 151:10
   153:20,22,23
   164:4 174:17
   174:19,22
   181:25
**2/28/2024**
   198:5
**20**   7:9 13:11
   29:22 91:6,10
   91:13,14,16,19
   92:11,20 102:5
   102:8 107:10
   107:11 109:5
   111:18 112:7
   128:11 130:19
   161:11 174:20
   174:23
**200**   2:10 17:6
   17:14 107:8
   159:24
**2000**   103:19

**[2002 - 999]**                                                                    Page 2

**2002** 52:9
**2008** 52:10
**2012** 62:12
**2019** 130:8
**2020** 3:5 51:25
  79:17 112:1,9
  112:10 131:2
  136:8 144:19
  145:1 184:14
  184:14
**2021** 154:16
  161:9
**2022** 161:12
**2023** 52:11
  62:10
**2024** 1:24 4:5
  197:10,19
  198:3 200:6,12
  200:20
**2027** 197:24
**21** 136:6 137:8
  144:15 154:11
**22** 68:2 69:23
  72:9 73:11,18
  73:25 77:1
  78:21,22 79:1
  79:3,19 149:18
  149:20 154:11
  161:4,5 163:9
  163:9
**23** 161:4,5,11
**24** 51:8,9 161:6
  161:11 162:25
**25** 164:13
  176:5 179:10

**2530** 2:3
**26** 1:17
**26892** 197:21
**27** 164:1
**28** 1:24 197:10
  200:6
**28th** 4:4
**2:20** 1:8 4:19
**2:45** 126:9,11
**2:52** 126:11,13

**3**

**3** 2:25 42:22
  46:3,18 80:9
  80:10,13 84:5
  90:17 117:23
  118:2 123:10
  126:10 167:15
  182:4
**30** 1:17 107:11
  112:10 147:4
  177:22 198:16
**30th** 113:17
  131:2,18
  184:13
**33131** 2:3
**35** 49:25 147:4
**37** 156:25
**3900** 2:6
**3:57** 160:16,18

**4**

**4** 3:4 30:18,20
  42:24,25
  112:19 117:13
  117:14,16

118:2,5 126:14
  156:12,17
  164:3 183:14
**41** 61:12
**422** 61:13
**43215** 2:10
**46** 68:16
**46.4** 72:12
**4:07** 160:18,20
**4:44** 181:18,19

**5**

**5** 2:20 3:5
  33:19 68:10,14
  70:3,11,17
  117:23 118:3
  135:13 138:13
  138:15 142:10
  157:8 160:21
  174:17
**50** 27:5 102:19
  102:19 106:5
  180:24
**500** 43:14
**510** 100:5
  101:7
**5:02** 181:19,21
**5:24** 194:15,16
**5:30** 194:16,19
**5:32** 1:25 196:2
  196:7

**6**

**6** 3:6 151:20,23
  153:3 158:6
  181:22 184:12

**60** 9:5 105:21
  181:7
**6461512** 198:5
  199:2
**66** 68:24

**7**

**7** 3:7 135:7
  152:15,17
  153:3 184:11
  184:16 197:24
**75** 112:11

**8**

**8** 3:8 155:3,4,6
  164:2
**80** 2:25 73:7,23
  73:24 78:5
  181:6
**83** 68:15
**83.3** 72:11

**9**

**90** 9:5 43:16
**95** 44:18 67:21
  68:12 69:24
  105:19 149:9
  179:8 181:5
**96** 68:16
  176:24 177:1
**96.3** 72:12
**98104-4040** 2:7
**99** 68:13 106:7
**99.7** 69:25
**999** 2:6

**[a.m. - agree]** Page 3

| a | | | |
|---|---|---|---|
| **a.m.** 1:25 4:4 55:2,4,4,6 58:17,17 | **accessible** 114:24,24 | 91:5 109:11 111:5 119:4,15 121:6 122:11 122:18,20 152:23 153:25 167:20 190:5 194:25 | **advertised** 191:21 |
| **ability** 33:9 45:17 61:21 63:22 145:10 | **accommodate** 9:9 | | **advice** 146:1 158:23 |
| | **account** 66:11 | | **advisement** 23:23 |
| **able** 10:10 18:4 35:23 37:6 40:13 67:13 76:13 103:7 111:3 168:3 | **accuracy** 32:7 51:18 52:23 53:5 70:17 87:8,12 198:9 | **add** 103:12 179:22 | **advisors** 184:22 |
| | **accurate** 7:15 59:1 166:11 171:10 | **added** 147:3 | **affairs** 94:19 96:4 137:12 190:3 192:16 |
| **above** 44:20 197:8 198:6 | **achieve** 105:10 | **addendum** 193:2,6,13,18 193:20 194:7 | **affect** 87:8,11 88:10 134:8 159:22 174:23 188:6 |
| **abroad** 144:9 | **achieved** 88:18 143:15 | **additional** 16:25 19:1,19 20:13 135:1 | **affected** 70:21 70:21,23 71:2 |
| **absence** 99:9 | **acknowledged** 137:12 186:22 | | |
| **absolutely** 9:1 102:1 | **acknowledging** 171:19 | **additionally** 158:25 | **affects** 102:14 |
| **absorption** 27:18 | **acknowledg...** 198:12 | **address** 5:20 51:1 52:5 | **affiliations** 5:2 |
| | | | **affixed** 197:18 |
| **academic** 21:13 25:21 | **act** 131:10 | **adhere** 104:20 | **afraid** 78:21 141:11 |
| **accept** 63:15 120:15 | **action** 4:24 197:16 | **administer** 5:4 | **africa** 188:15 |
| | **active** 21:1 | **admit** 81:5 176:12 178:6 183:23 | **african** 188:19 |
| **acceptability** 34:19 | **activities** 22:25 24:19,21 26:1 | | **afternoon** 179:21 |
| **acceptable** 121:4 155:25 | **activity** 21:23 | **admitted** 183:23 | **agency** 116:5 |
| **accepted** 32:10 35:4 61:17 62:8 96:3 105:16 157:18 161:16 162:15 | **actual** 60:4 114:14 115:13 153:12,21 161:18 | **adopting** 32:20 | **ago** 7:9,10 11:24 13:9 |
| | | **advanced** 20:5 23:11 54:21 | **agree** 4:11 36:8 48:18 49:10 62:14 64:11 74:21 77:22 79:8 118:9 119:8,13 |
| | **actually** 31:1 60:7 76:21 81:6 82:10 | **advantage** 35:22 36:25 | |
| **access** 115:2 153:11 | | **advent** 46:8 47:18 | |

120:20 149:9 151:12 159:18 169:20 170:13 193:12

**agreed** 79:7 95:15 163:24 192:24

**agreement** 45:20 56:13,14 59:18,18 60:23 61:24,25 62:17 63:24 76:16 95:16 163:22 190:9

**agrees** 88:23

**ahead** 33:11,11 75:6,6,7 81:9 92:25 109:9,12 121:10 122:2 123:3,3 124:19 136:11,11,12 138:4 168:19

**ahhh** 68:3

**aiming** 101:10

**al** 4:17 198:4 199:1

**algorithm** 158:14

**allotted** 198:19

**allow** 7:17 33:7 96:9

**allowable** 33:20,21 34:1

**allowed** 33:3 86:3 103:8

**allowing** 94:11

**alternative** 61:13

**amount** 35:25 195:1

**amounts** 87:21

**analogous** 56:15

**analysis** 29:25 46:2 50:16 142:5 153:15 155:17 157:22 183:4

**analyst** 168:10 185:18

**analysts** 168:22 184:21 185:21

**analyte** 37:24 110:14,16

**analytic** 85:12

**analytical** 20:9 27:15 43:21 59:11 110:17 130:3 182:20

**analyze** 45:17 119:5,15

**analyzed** 113:4 117:8 119:6,19 119:25 120:2,4 120:10

**analyzers** 29:19

**annexed** 200:10

**answer** 7:17,21 8:4,11,17,21,24 9:3,12 23:4 32:23 33:4,4,8 33:12 37:12,21 40:10 41:22,23 41:24 53:21 58:23 67:15 88:7 109:18,20 118:15 121:10 121:22 125:14 125:17 126:3 132:1 137:9 138:5,9,24 140:10 141:22 142:1 185:23

**answered** 32:14,25 33:23 108:16 126:4 132:10 135:24

**answering** 7:15

**answers** 120:16 122:21 177:7

**antibody** 171:1

**antigen** 170:25

**anybody** 10:12 10:19 14:19 40:22 54:23 171:8

**apologize** 56:11 75:10 91:4 121:10

**appear** 127:14

**appearances** 5:2

**appeared** 2:4,7 2:11

**appearing** 1:23 200:7

**appears** 62:12 118:9

**applicable** 25:11 198:8

**application** 26:1 32:17 60:11 66:17 90:14

**applications** 34:2,12 35:2

**applied** 22:8 34:2,20,23,24 39:19 60:6

**applies** 31:15 76:12 143:18

**apply** 25:9 26:20 29:20 35:6,9 40:12 40:18 48:1,12 75:14 172:25

**appointments** 21:13

**appreciate** 17:24

**approach** 46:2 159:3

**approaches** 25:5,11 31:5 39:7

**appropriate** 15:10 162:16

**[appropriate - authorized]** Page 5

175:18 194:7
**approval** 65:5
65:19 81:24
100:8 122:15
**approved**
86:25 99:22
**approximately**
17:14
**april** 113:18
131:2,18
184:13
**arbitration**
13:13
**area** 23:10
24:21,23 26:6
27:20 28:2,5
30:2,11 48:6
52:15 54:11
64:6,15 70:24
72:3,6 97:4
157:19 171:7
173:2,3,19,24
174:14 179:6
185:19
**areas** 10:7
25:12 26:12
28:11,12 29:9
34:7,11,24
36:7 39:20,22
52:18 53:24
54:6,8
**arguments**
189:8
**arranged** 97:3

**arrangements**
96:15
**article** 70:8
151:6,11 152:9
152:25 153:14
154:2 163:3
**articles** 93:21
93:25 94:3
160:24 161:22
**artificial**
103:13
**aside** 14:18
124:11,20
**asked** 9:12 15:9
17:13 50:20
108:15 131:25
132:9 135:23
137:5 171:11
179:2
**asking** 7:16 8:9
51:4 58:21
75:9 119:8
120:19 125:22
**asks** 99:7
193:19
**assay** 33:14
111:3
**assays** 33:19
**assertion** 50:1
**assess** 99:10
100:13 107:1
153:7 154:17
162:2 163:13
**assessing** 42:9
52:24 53:6

61:17 89:10
100:16 102:13
**assessment**
61:18
**associated**
116:25
**assume** 8:5
121:8 135:5
140:24
**assumed**
114:12
**assuming** 69:23
70:2 168:22
174:7
**assumption**
72:2
**assumptions**
70:12,13,19
174:11
**assure** 38:4
**asymptomatic**
188:9
**atomic** 27:18
**attach** 167:23
178:23
**attached** 3:16
91:12,20 92:6
117:22 118:11
119:10 128:20
135:1 143:23
145:6,21 154:6
164:16 165:2
165:11,16
167:4,11,23
198:11

**attachments**
167:9
**attempt** 69:16
**attention** 52:16
52:20
**attorney** 5:3
197:13,15
198:13
**audible** 23:4
41:23 185:23
**audience** 166:3
168:6 169:1,2
169:2,4 178:1
184:13,18
185:6,11
186:23 187:2
**audio** 4:10
**australia**
126:17 131:1
**australian** 3:8
19:3 107:7
113:8 114:18
115:17,21
150:3,18 154:3
154:10,10
155:8,12
165:10,21
180:22
**author** 113:16
127:1
**authored** 17:11
**authorization**
191:17
**authorized** 3:5

**[automated - bit]**

**automated**
28:6,9 29:7,12
29:19
**automation**
28:14
**available** 35:24
44:24 62:15
79:16 93:17
102:2 103:16
136:8 138:2
139:12 144:18
146:20 150:13
150:16,22
159:1 161:15
161:17 164:10
169:3 193:10
193:11 198:6
**avenue** 2:6
**average** 68:18
72:17
**aware** 11:4
64:24 150:8
170:16
**awareness**
186:8
**awful** 10:25
165:22

**b**

**b** 51:19
**back** 26:23
32:5 36:13
55:5 58:18
65:16 73:11
84:3,8 86:17
90:16 91:5

98:17 103:19
114:16 123:10
126:12 127:17
135:2 144:16
160:19 162:11
170:20 181:20
192:19 194:17
195:10,13
**background**
168:11 185:6
**bad** 32:8
**bake** 125:2,3,3
**baker** 2:5,9 5:6
5:7
**bakerlaw.com**
2:8,11
**balanced** 181:8
**bank** 22:24
**bard** 18:20
39:18 64:3
87:1 193:17
**bard's** 19:23
104:18
**based** 29:12
30:15 32:2,9
37:23 38:23
61:10 66:19
70:13 84:14
100:3 105:6
122:4 129:21
137:17 139:6
143:25 146:22
147:14,18
148:1 154:4
183:16 190:18

191:1
**basic** 122:17
**basically** 27:12
68:17 103:11
**basis** 50:1 61:7
62:23 63:5
112:24 118:10
122:22 123:7
125:22 144:19
144:22 159:17
165:8,15 185:1
186:18 187:4
190:20
**beginning** 5:3
**begins** 164:23
**behalf** 2:4,7,11
5:10,12
**behavior**
186:11
**believe** 17:3
19:15,18 96:6
130:14 135:21
138:11 145:12
145:18 152:18
154:3 161:3
168:25 169:1
**benefit** 123:18
**benson** 1:11
**best** 33:8,14
53:6 61:17
62:14,16 69:7
104:3 132:21
138:2 139:12
145:25 146:1
171:18 182:15

**better** 36:23
63:23 77:7
78:16 87:19,20
87:21,22,25
88:4,20,22
89:20 109:23
111:7 143:17
145:12,13,19
147:12,21,22
147:25 148:1,3
168:18 169:8,9
173:7 176:19
176:24 177:1
178:2
**beyond** 49:17
131:23 132:5
**bfloch** 2:4
198:2
**big** 32:8 68:19
159:25
**binary** 31:9
37:9 38:18
40:14 48:20
51:13 52:8
**biochemical**
34:21
**biologists** 64:1
168:8 169:21
**biology** 22:23
23:14,19 27:23
185:8
**biscayne** 2:3
**bit** 99:15 126:7
148:4 176:12
176:17 177:13

**[bit - certainly]**

178:9 194:25
**blood** 22:24
  110:17,24
**book** 17:7
**books** 17:7
**bottom** 30:22
  55:14 80:21
  92:10,21
  149:20 156:17
  161:5,10,11
  166:8 183:18
**boulevard** 2:3
**branding** 124:5
**brandon** 2:2
  5:10 10:14,18
  14:22 195:4
  198:1
**breach** 95:20
**break** 9:6,13,17
  40:19,20,23
  54:23 83:20
  126:6,16
  160:12,23
  181:14
**breaks** 7:6 9:5
  9:11
**brent** 1:11
**bring** 32:6
**brings** 72:8
**broad** 22:7,13
  54:12 93:7
  177:21
**broadened**
  35:2

**broadly** 25:9
  26:11 53:3
**broke** 53:1
**brought** 28:13
**bs** 57:1
**built** 19:6
**bullet** 72:9
  73:12 91:18,24
**business** 21:3
  50:16 192:15
**bustin** 2:14 5:8
  18:19 19:22
  64:3 84:2
  107:2 175:17
  193:16
**bustin's** 67:18
  162:8
**buy** 98:12,13
  184:23

**c**

**c** 2:1 3:1 51:20
**cake** 125:1,3,4
  125:7
**cakes** 125:9
**calculate** 24:9
  45:10 149:6
  156:4
**calculated**
  51:20 67:10
  159:22
**calculating**
  53:16 105:14
**calculation**
  70:4 85:2
  183:15

**calculations**
  114:12,14
  154:19 158:8
  158:16 162:7
  162:12 174:21
**california** 13:6
  174:22
**call** 43:25
  55:11 103:9
  133:6,18
  142:10 162:11
**called** 5:14
  62:21 100:5
**camera** 4:7,9
  17:23
**candidate** 45:5
  61:14,20 159:7
**candidates**
  53:11
**capacity** 13:19
**captioner** 1:20
  197:6
**captured** 7:23
**care** 37:16
  49:21 64:8
  101:11
**careful** 94:10
  131:21 146:19
  159:11,12
**carefully** 133:3
**carried** 115:10
**case** 1:7 4:19
  11:1 14:5,20
  16:10 45:14
  94:8 99:6

  159:23 161:19
  189:11 190:19
  192:25
**cases** 189:9
**catch** 76:11
**category**
  159:24
**cause** 32:3 88:4
  129:7 142:5,12
  180:9 189:12
**caused** 179:19
**cayman** 1:4
**cdc** 128:16
**cecilia** 19:17
  137:10 138:21
  141:3 142:16
  144:23 190:2
  190:12 191:23
**center** 2:10
  20:16 21:12
**central** 1:2 4:4
  4:18
**ceos** 50:17
**certain** 10:6
  21:7 22:9,24
  23:13 25:10
  28:8 96:17
  106:15 112:4
  139:17 142:22
  173:19 188:14
**certainly** 49:17
  53:22 143:17
  148:20 149:8
  150:9 168:11
  174:1 180:24

**[certified - clearly]** Page 8

**certified** 1:19 1:20,22 197:5 197:6,6
**certify** 197:8,12 200:5
**cetera** 188:10
**cfos** 50:17
**chain** 82:18 113:2,5 134:16 138:21,23 140:23 144:23 190:24
**chains** 10:8 19:16 94:21 190:23,25
**challenging** 71:18
**chance** 69:9,19 74:13 77:1
**chances** 66:9
**change** 59:7 79:3 95:24 127:22 190:9 199:4,7,10,13 199:16,19
**changed** 147:2
**changes** 68:21 101:12 198:10
**changing** 57:18 57:20 58:1,3 58:21 59:3 78:25
**chapters** 17:7
**characteristic** 66:6,15 85:12

136:1 182:21
**characteristics** 30:24 31:12,17 43:9 50:24 56:14 60:1,3 164:18 165:4 179:15 180:6 182:20
**characterize** 28:15,21 35:19 76:10 105:13 133:9
**characterized** 61:21
**characterizing** 31:6
**charge** 192:10
**charts** 34:5
**check** 10:14 131:10 194:10
**checked** 114:13
**chemist** 20:20 110:18
**chemistry** 20:4 20:9,15 22:22 22:23 23:2,6 23:10 26:9,11 27:6,9,11,22 28:12,16,24 29:14,18,19 30:3,10 34:15 34:22,25 35:1 35:13,14,16 39:5,9,13,25 42:10 43:5,12

45:24 102:25 103:2 104:17
**chief** 190:8
**cholesterol** 37:24,25 43:13 43:14
**chosen** 163:25
**chromatogra...** 27:19
**circumstance** 97:8
**circumstances** 100:4
**citation** 151:14
**cite** 65:9 137:24 151:3
**cited** 129:3
**cites** 165:12
**citing** 137:25
**city** 173:23 174:22
**civic** 2:10
**civil** 1:18
**claim** 60:2 85:17 99:12,17 105:5 108:1 129:4,23,23 132:24 133:13 134:11,13 141:7,10 167:3 176:25 177:14 177:15,17,18 181:2 191:19
**claimed** 177:24 180:16 182:21

187:20
**claiming** 136:21 166:10
**claims** 51:21 60:15 65:7 86:4,24 92:3 102:4 133:21 142:17,18 143:9,12,22,25 166:25 172:24 183:9 187:15 192:17,17
**clarification** 123:15
**clarify** 8:12
**clarity** 183:25
**class** 5:11
**classification** 60:25 62:14
**classifications** 61:2
**classify** 61:21 63:23 97:1
**clear** 33:24 57:6 64:22 82:6,22 87:2 112:21 115:16 119:14 123:5 144:20 169:16
**clearance** 100:4
**cleared** 85:4
**clearer** 176:17
**clearly** 120:10

**clia**  87:5 99:6 128:4
**clinic**  47:25
**clinical**  11:16 20:15,19 21:16 21:24 22:5,21 23:2,6,9,17 26:8,10 27:6,9 27:11,22 28:12 28:16,16,22,24 29:14,18 30:10 34:15,21 35:12 35:14,15,16 39:5,9 40:25 42:10 43:5,12 45:20 56:18 59:13,14 60:19 61:10,18,19 63:11,12 79:20 88:21 89:11 90:9 102:13 104:15,22 119:2 137:12 143:16 145:14 145:19 147:13 147:22 175:22 180:19 183:16 184:1,2 187:15 187:16
**clinics**  21:17
**clock**  160:12
**close**  56:12 80:7 110:10 139:18 142:23

**clsi**  52:5 102:18 103:17 104:6 104:20 158:22 182:8
**coagulation** 35:3
**coefficient** 44:16
**colleague**  5:7
**collected**  113:3 129:1
**collectively** 107:15
**college**  20:1,2
**columbus**  2:10
**column**  31:14 31:16 118:17 135:4 156:20 157:8
**combat**  127:19
**combined** 133:3
**come**  26:2 64:12 72:3 125:9 191:15 191:17 192:19
**comes**  15:16 97:17 99:7 101:21 106:22 128:4 143:20 144:4 170:19
**coming**  99:18 99:19,19,20 151:15

**commencing** 1:24
**comments** 193:14,16
**commercial**  3:6 118:23 120:7 152:2
**commission** 197:24 200:24
**common**  30:7 36:6 59:17,20 60:18 63:6 102:24 104:15 104:19 111:12 127:25 142:4 189:12,12
**commonly** 34:20 56:17 61:2,8 63:10 63:11 93:24 94:3
**communicate** 97:13
**communities** 71:7
**community** 66:16,18 70:10 70:15,22 184:19,21 185:4
**companies** 96:16,25 192:20
**company**  1:4 13:3 14:25

25:20 81:23 93:18 94:10,13 94:15 95:1,8,9 95:21,22 97:12 97:15 127:18 190:10 191:4 192:2,9
**company's** 144:5
**comparable** 45:14
**comparative** 61:3,16,23 63:7,20,21 120:18 122:20 159:8 163:25 188:9
**comparator** 53:12 76:14 83:5 119:11
**compare**  36:24 37:2 44:24 100:21 120:6 165:20
**compared** 61:15 153:17
**comparing** 53:11 62:16 101:17
**comparison**  3:6 45:15,16,23 61:13 118:22 152:2 177:21
**competent**  54:7

**[competitive - consolidated]**

**competitive** 83:17

**complain** 140:17

**complained** 141:18

**complaining** 140:5,14 141:13,14

**complaint** 140:13 141:6

**complaints** 97:18 191:17 191:18

**complementary** 90:6

**complete** 101:6 195:1

**completed** 198:16

**compliance** 95:11,19

**complicated** 82:9

**components** 122:8

**compromise** 128:6

**computer** 6:22 7:2 10:17

**concentration** 38:7,11 45:8

**concentrations** 38:2,5

**concept** 31:23 32:1,5,16 34:14

**concepts** 34:6

**concern** 12:15 30:9 112:25 113:11,15 127:11 128:21 130:22 170:18

**concerned** 12:16 126:22 127:4,5 163:19

**concerns** 102:10 108:25 128:9 130:16

**conclude** 176:8

**concluded** 144:9 196:7

**concludes** 196:2

**concluding** 1:25 33:25

**conclusion** 166:9

**concordance** 144:10 166:13

**concordant** 135:18 158:3

**concordia** 20:2

**conditions** 61:1 93:13 95:18 96:20 139:18 142:23 148:21 188:5

**conducted** 144:6

**confidence** 68:16 72:11 80:4 105:14,17 105:23 106:2 106:12 114:15 149:7 154:24 164:6 166:19 166:21 167:5,8 167:12 168:21 168:24 176:10 176:18,22 177:10 178:10 178:11,20 179:4 181:3 187:19

**confident** 179:8

**confirm** 70:16 92:2

**confirmation** 159:13

**confirming** 116:3

**confused** 81:18 82:24 83:3 117:4 120:25 185:11,14

**confusing** 117:12 171:4 175:11

**confusion** 81:6 81:19 179:19 180:9

**conjunction** 178:12

**connecticut** 20:21

**connection** 4:7 13:12

**consent** 76:15

**consequences** 75:1,3

**consider** 16:12 16:15 18:12 20:13 64:18 92:18 145:4 149:3 187:17

**considerably** 175:8

**considered** 17:2 18:23 79:25 138:2 192:21

**consistency** 36:10 37:6 38:13 107:21 164:18 165:3 165:19 179:15 180:5,15,17,20

**consistent** 106:17 108:13 133:10

**consistently** 133:23 143:15 172:23

**consolidated** 28:9

**[contact - cv]** Page 11

**contact** 97:15 97:25 191:24
**contain** 146:16
**contained** 91:23
**contains** 135:10
**contamination** 189:3,8
**continue** 4:11
**continuous** 31:2,7 40:10 45:3
**continuously** 34:4
**continuum** 30:5
**contrive** 105:1
**contrived** 103:9 104:24 104:25 105:2,6 105:9 106:24 109:7,21,24 110:6 111:8,12 111:22 146:11 147:14 188:7
**control** 32:20 34:3,5,18 35:5 38:3,8 39:4
**controls** 33:18
**convert** 69:16
**convince** 178:1
**convinced** 125:8

**coos** 50:17
**copies** 3:10 195:5 198:14
**copy** 161:14,16 182:3 183:22
**core** 28:10,10
**coronavirus** 123:25
**corporation** 1:9
**correct** 17:9 40:1 56:25 57:9 60:5 62:19 78:8,15 78:18,24 79:17 79:18 85:22 92:17 93:23 98:20 114:13 163:7 164:25 172:8 200:8
**corrections** 200:9
**correctly** 97:24
**correctness** 60:21
**cosara** 81:22,22 123:24
**cost** 103:3
**counsel** 5:1 8:8 8:14 9:1 12:22 14:18 15:7,9 115:2,2,3,4,7 197:13,15 198:14

**count** 160:11 173:8
**counter** 189:8
**counting** 162:10
**countries** 86:21 143:13
**country** 70:25 86:19 174:4
**county** 197:2 200:2
**couple** 18:16 19:2,16 24:5 159:25 181:10
**course** 27:17 36:25 37:1 40:6
**court** 1:1 4:18 4:21 13:5,7 36:12 98:17 123:17
**cov** 118:20,23 120:7
**cover** 120:21 194:11
**covid** 3:6,7 40:7 41:2,15 41:17,20 42:3 42:6 43:7,20 46:8 47:18 51:13,24 72:16 73:14,19 74:2 74:3 77:2,15 79:10,11 104:7 111:14,24

123:23 130:12 134:24 144:5 152:3
**cpr** 160:5
**criteria** 34:18 128:23,23 156:14,18,21 157:5
**criterion** 108:5
**critical** 10:4 38:6,7 60:9 85:12 93:18 109:6 182:19
**critically** 37:17
**criticism** 162:8 180:4
**criticisms** 153:14 162:14 163:18 164:15 165:1 166:15
**criticize** 179:13
**cs** 198:15
**csr** 197:24
**cumulatively** 108:21
**current** 5:20 11:21 157:22
**currently** 21:4 39:8,20 146:20
**customers** 136:21
**cut** 33:6,6 147:9
**cv** 1:8 4:19 17:13

**[cycle - deposing]**                                                    Page 12

**cycle**  90:7
  131:10,11

**d**

**d**  2:18 3:1,1
  51:21
**danish**  20:22
**dark**  33:13
  50:8,13 51:3
**data**  16:12,15
  18:12,22 24:9
  29:25 30:1
  31:6,19 44:7
  44:12 45:7,17
  46:1,2 51:19
  67:20 79:21,24
  81:24 82:7
  94:23 96:6,10
  99:11 100:6,12
  101:21 102:2,3
  103:7,8 106:11
  106:13 108:21
  112:25 113:18
  114:3,5,9,10,16
  114:19 115:11
  115:21 117:2
  127:22,22
  128:19,21
  129:1,7,12
  132:22 134:4,9
  134:10,12,14
  134:19 135:3
  135:13,15,21
  136:3,7,8
  137:6,18,24,25
  138:2 139:7,12

139:13 144:3
144:12,12,17
144:18 145:4
145:18 146:4,7
146:14 147:1
147:23 148:7
150:16,18,18
150:22 153:12
154:4 155:22
156:1,5 157:3
157:22 158:1
158:19,20
159:4 163:3,4
164:8,20 165:5
165:10,13
166:1 167:2
168:21,23
176:23 179:3
180:12,14
181:9,12
188:14,19,21
188:22 190:1
**date**  112:7
  199:24
**dated**  131:1
  200:11
**dates**  161:13
**day**  8:8 131:18
  192:1,1,8,8
  197:19 200:12
  200:20
**days**  94:7
  198:16
**dbp**  1:8 4:19

**deal**  9:14 48:9
  157:6 171:18
  191:22
**dealing**  29:21
  29:22 82:19
  103:23 157:19
  191:24
**debatable**
  75:21
**debate**  80:18
  147:25
**december**
  130:8 154:11
  161:9
**decided**  101:9
**decision**  38:2,6
  45:9 156:3
**decisions**  37:22
  184:23
**dedicated**
  50:15
**deeper**  101:24
**defect**  189:12
**defendant**
  13:23 14:1
**defendants**
  1:12,16 2:7,11
  5:6
**define**  30:12
**defining**  32:1
**definitive**  60:24
**degree**  20:3,5
**degrees**  20:8,10
  54:21

**delegated**  24:6
**deliberate**
  131:9
**deliberation**
  131:12
**demonstrate**
  106:16
**demonstrating**
  133:23
**denmark**  20:24
**density**  71:2,5
**department**
  21:13 107:9
  135:6,17 144:7
**departments**
  21:14
**depend**  48:25
  54:3 60:10
**depended**
  108:4 129:2
  153:9 154:19
  163:15
**depending**  70:4
  99:23
**depends**  4:6
  27:12 63:20
  96:15 107:19
  125:12
**deponent**
  198:13
**deposed**  7:8
  11:24 12:7
**deposing**
  198:13

**[deposition - different]**                                               Page 13

**deposition** 3:11
3:12 4:14 8:1
10:2,8,13
11:13,25 12:5
12:12 123:1,4
124:16 194:22
195:7,20 197:9
**deposition's**
7:13
**describe** 26:12
44:14,15,17
62:16 79:1,2
180:19
**described**
76:25 180:7
**describes** 78:4
156:20 157:12
**describing**
74:17 77:10
149:21
**description**
77:14,20 78:13
78:17 79:7,9
82:3 171:15
**design** 38:3,8
137:18 139:6
189:15
**detailed** 100:5
168:12
**details** 94:12
**detect** 36:1,3
38:9
**detected** 87:14
87:17

**detection** 3:5
36:5 44:4
85:11,13,16,17
87:1,13,20,22
87:24,25 88:3
88:4,19,20
89:2,5,16,21
90:8 108:4
118:23 120:7
128:23 129:2
129:22,24
175:21 180:13
182:16,19
183:10,12
**detectors** 27:14
**determination**
182:16
**determine**
43:25 87:1
119:1
**determined**
51:18 67:21
90:6
**determines**
145:10
**determining**
43:24 66:21
109:15
**developed** 28:4
33:15 46:6
52:17 119:16
**developing**
29:14
**development**
41:16 60:11

90:8,13 97:2
101:5 175:19
175:22
**deviation** 44:16
**devices** 6:20,21
7:1
**diagnosing**
111:8
**diagnostic** 3:7
14:6,12 17:17
23:18 32:17
35:13,17 38:17
39:15 41:2,9
41:13,17 42:6
42:11 52:23
53:5,18 56:18
59:10 60:20
63:10,11,12
86:8,15 96:12
97:7 149:11
152:3 158:7
160:4 170:17
184:19 191:4
192:2,8
**diagnostics** 1:9
3:6 4:16 48:4
90:22 122:4,5
123:24 127:9
127:10,12
137:22 146:5,9
150:14,16,25
166:9 171:12
173:17,21
186:16 198:4
199:1

**dien** 18:19
19:23
**differ** 30:6
**difference**
28:15,21 35:19
45:2,12 58:12
64:11 85:24
86:5 89:1
103:5 124:6,23
157:2 174:16
174:19 190:14
**differences**
35:12 42:9
45:25 108:17
**different** 27:22
27:24 29:4
30:23 31:11,18
31:19 34:11
35:21 37:7,14
37:22,25 38:1
38:2,22 39:6
43:8 44:5,6,7
44:13 46:2
64:7 66:18
71:7,7 74:25
77:13 82:5,15
82:21,21 83:10
86:20 90:7,23
99:22 101:10
101:15 102:15
106:8 110:5
118:17,18
122:7,8,15,16
122:24 123:6
124:9 125:4,7

**[different - dr]** Page 14

129:19 133:1 133:12,16,17 137:5 144:15 145:23 151:11 161:13 163:4 164:12 165:14 175:8,9,18,19 185:6

**difficult** 35:25 66:5 74:6 99:10 100:20 101:1 104:11 133:13 159:9

**difficulties** 51:12 155:22

**difficulty** 173:16

**dilution** 44:10

**direct** 41:2 67:11 89:15,18

**directed** 26:8 40:24 136:24

**direction** 74:12 197:11

**directly** 197:16

**director** 21:23 95:10,18 96:4

**disclosure** 188:5

**discordant** 158:20,24,24 159:4,9 160:3

**discrepancy** 157:9 158:14 158:17

**discrepant** 155:23 156:5,8 156:11,15 157:4,4,12,16 171:17,19

**discuss** 10:11 14:18 149:15 149:20 150:2

**discussed** 14:21 58:25 67:18 68:9 70:7,14 154:2 160:6

**discussing** 150:21 163:3

**discussion** 18:14 32:19 33:17 68:7 134:25 165:23 176:16 177:3

**disease** 17:17 29:10 37:1,5 40:6 41:7 66:2 66:13,23 68:7 68:14,18 69:1 69:6,9,10,14,15 69:20,20 70:3 70:24 71:4,6 72:5,16 73:9 73:14,20 74:9 74:13,21 76:2 76:9,10,11 77:5,9,18 78:6 79:11,11 103:3 130:8

**disposition** 3:15

**distributor** 99:20 141:13 141:15

**distributors** 136:20 137:16 139:4 140:5,11 140:15,19 141:7 142:7,13 142:17,20 175:1,4 191:21

**district** 1:1,2 4:17,18

**distrust** 114:5

**divided** 57:2,7

**division** 1:2 4:18 27:11

**doctors** 173:2

**document** 11:16,17,19,20 16:1,5,8,17 17:5 18:7,10 62:10,21,22 63:20 80:16,22 90:19 99:6 117:19 118:6 120:5 135:10 138:4,20 139:15 141:17 143:5 153:19 155:10 193:19

**documentation** 182:22,24

**documented** 49:3

**documenting** 93:10

**documents** 3:12 10:22,24 10:25 11:5,6,9 11:11 16:20,25 19:9,13 52:5 152:21 195:6

**doh** 135:5,16

**doing** 10:16 46:7 48:21 75:15 86:18,23 99:5 142:13 173:24

**door** 56:11

**doubt** 83:16,17 114:2 117:1 128:18 129:11 135:18

**dr** 2:14,23,24 3:11,12 5:8,13 5:19 9:23 10:9 11:13 15:15 18:19,19 19:19 19:22,23 20:22 33:11,16 39:18 41:25 55:9,24 64:3,3 67:18 82:18 84:2,10 87:1 94:22 95:4 104:18 107:2 123:1,4 124:8,14

**[dr - essentially]**                                                Page 15

125:24 138:7 162:8 175:17 181:25 190:7 193:16,17 194:21 195:5 195:16,18,23 196:3

**draft** 11:15 15:7 16:8 18:10

**drafting** 15:1,4 16:13,16 18:13 79:25

**dramatic** 174:17

**drive** 2:10

**due** 130:17

**duly** 5:15

**durenard** 1:10

**dwight** 1:9

**dziedzic** 152:25

**e**

**e** 2:1,1,13,13,18 3:1,4,5 10:8 19:16 82:18 94:21 136:16 136:24 137:10 137:13 138:12 138:15,21,23 139:2 142:16 144:23,25 188:20,23 190:23,24,25 199:3,3,3

**earlier** 11:23 52:11 65:21 84:7,12 95:12 102:18 119:24 135:25 147:11 148:4,23 161:22 183:23 190:11 194:2

**early** 51:10 71:1 94:7 103:19 104:10 111:11 170:10

**easier** 27:1 68:4 152:22

**eastern** 1:2

**easy** 130:6 167:20

**eau** 137:25

**edition** 52:9,10 52:11

**education** 19:25 26:5,8

**educational** 50:7,10,20

**edward** 1:10

**effect** 159:25

**effective** 75:17

**efficiency** 60:21

**effort** 62:6

**egan** 1:9

**eight** 68:17 72:15 73:8,14 73:18,24 77:1 77:4,8,17 78:5

79:9 163:21

**either** 11:25 48:16 66:21 69:10 185:19

**electrochemi...** 27:16

**electronic** 161:14

**emergency** 9:14 65:18 100:7 104:2 191:16

**emeritus** 21:6

**emphasize** 26:21

**emphasizing** 131:14

**employed** 51:21

**employee** 197:13,14

**employees** 174:5

**encounter** 54:14

**ensure** 36:10 38:13

**entire** 58:7

**entirely** 11:1 82:22 156:10

**entitled** 187:10

**environment** 131:21

**ep** 62:22

**ep12** 11:17 52:6 61:11 62:22

**ep17-82** 182:8

**epidemiology** 144:8

**equal** 180:22

**equally** 107:12 148:19 181:8

**equals** 57:11,15

**equations** 55:15 57:25 58:2,23 59:1,4

**equivalent** 73:17 128:16

**eriolta** 20:23

**errata** 198:11 198:13,16

**error** 31:20,23 32:1,4,8,10,16 33:20,22 34:1 34:14 157:9 158:13,17

**errors** 32:3 38:10 45:12 158:11 162:10 162:10 170:5

**erwin** 2:6 5:5

**especially** 38:14 49:11

**essential** 16:18

**essentially** 18:14 19:6 29:3 36:1 44:8 44:17 49:3

**[essentially - expected]**                                    Page 16

76:16 86:4
**established**
  34:3 52:2,4,12
  52:22 53:4,9
  187:22
**establishing**
  183:3,11
**establishment**
  183:2
**estimate**  62:19
  69:7 105:15,18
  107:6 111:7
  148:13 177:15
  177:17 178:12
  178:19,22,24
**estimated**
  61:20 72:1
**estimates**  61:23
  76:17 102:21
  130:10 164:6
**estimating**
  70:10 71:18,22
**et**  4:17 188:10
  198:4 199:1
**eua**  136:7
  137:6,18 139:7
  139:14 144:18
  145:4,18 146:3
  146:5,7,8
  147:19,23
  183:9
**eugene**  1:10
**evaluate**  24:8
  59:9 86:9
  114:10 148:7

164:8
**evaluated**
  52:24 53:6
  61:15 121:7
  158:25
**evaluating**
  59:24 133:17
  143:14
**evaluation**  3:4
  34:21 83:15
  86:16 92:6
  100:9,12 118:7
  120:6,19 133:6
  145:20 159:1
**evaluations**
  30:6 90:23
  91:11,20 92:3
  92:16 111:6
  112:12,15
  133:25 134:1
  144:4,6 145:5
  147:11,14,17
  149:15 164:16
  165:1
**evaluative**  91:2
**event**  80:3
**everybody**
  88:23
**evidence**  46:23
  113:2 114:8
  134:16 143:19
  173:7
**evolution**  27:25
  38:24 175:20

**evolutionary**
  26:15
**evolve**  28:5
**evolved**  29:11
  36:21
**exact**  112:7
**exactly**  51:17
  122:21 134:17
  165:12 170:13
  174:9,10
**examination**
  1:15 2:19 5:17
  52:8 61:14,14
  61:16,20 159:7
**examinations**
  27:18
**examined**  5:16
**example**  11:15
  43:10,15 48:22
  67:9,17,19
  69:22 73:6,12
  75:22 107:22
  110:14 132:21
  156:24 165:9
  180:11
**examples**  23:25
  64:24 65:9,15
**excellent**
  149:11
**except**  12:7
  200:9
**exclude**  12:23
  156:23
**excluded**
  155:17,21

156:8,9
**exclusion**
  156:14,18
  157:3,5
**execs**  50:18
**exercise**  94:10
**exhibit**  2:23,24
  2:25 3:4,5,6,7,8
  15:12,19,24
  17:21 18:2,4,5
  26:24 27:2
  30:18 42:12,14
  55:12 60:14
  80:9,10,13
  87:7 90:17
  91:6,9,16
  117:13,14,16
  123:10 138:13
  138:15 151:20
  151:22,23
  152:10,10,15
  152:17 153:3,3
  155:3,4,6
  167:15 181:25
**exhibits**  2:22
  3:2,15 151:16
**exist**  130:8
**expect**  49:14,19
  49:20 54:9,14
  54:16 68:25
  146:24 173:17
  173:18 192:2,9
**expected**  79:20
  101:4 176:11

**[expects - financially]** Page 17

**expects** 39:1

**experience**
25:14 27:5
34:14 48:8
49:12 64:1
157:16 160:2
185:17

**experienced**
46:5 47:6,16
48:11,19,21
53:16 54:17

**experiment**
44:6,8,9,12,14
45:15 60:23

**experimental**
149:22

**experimentally**
51:19

**experiments**
29:24 30:15
31:5,11,18
43:3,6 164:19
165:4 179:16
180:6

**expert** 2:23 5:8
5:13 10:3
12:19 13:16,18
14:4,10,14
16:6 18:9
19:23 39:19
87:2 179:6
185:19,20
186:3,18 187:4

**expertise** 54:1
54:9 169:1

**experts** 39:2
52:14 168:9

**expires** 197:24
200:24

**explain** 56:24
66:25 99:14

**explaining** 33:5

**exposure** 71:4

**express** 31:13
60:19 61:9,9
65:7 130:15

**expressed**
51:22 60:16
77:7 106:2

**expressing**
73:24

**expression**
169:24

**extend** 49:17

**extension** 18:14
18:25 97:1

**f**

**f** 57:13

**facetious**
176:12 177:13

**fact** 49:1 87:3
103:23 127:21
154:20 169:25
194:8

**factors** 70:22
88:10 89:8
110:4

**fails** 198:18

**fair** 8:6 23:1,5
34:13 35:9

38:17 39:11
79:24 84:24
183:7

**fairly** 171:5

**faith** 105:24

**false** 45:21,22
57:3,13 66:7
66:10 74:7
158:10 159:15
164:4,4 171:2
171:2

**familiar** 16:1
49:10 80:16
113:22,23
155:10

**family** 21:2

**far** 17:25 49:17

**farther** 166:6

**fast** 93:15

**fda** 3:5 49:2
65:4,5,16 85:4
95:10,13,16
99:21,24 101:7
103:8 104:1,5
104:22 105:4
111:16,21,22
112:3 136:15
136:15,17
137:12,13,21
138:3 139:2,13
139:22 140:4
140:13,21
141:1,6,14,18
142:13 144:24
145:4,4 146:3

146:4,7,13,21
190:9,10,16
191:9,15,18
192:19,19

**fda's** 191:22

**february** 1:24
4:4 197:10
200:6

**federal** 1:17
13:7

**feeling** 139:25
186:24 192:23

**felt** 10:9 16:23

**fewer** 104:16
106:10

**field** 22:7 50:11
60:4 62:5
63:14 68:22
97:1,3 136:21
144:6 145:20
168:9 177:5
191:18

**figure** 9:18
142:14 170:7

**figures** 60:7
68:8 69:17

**filed** 4:17

**files** 114:18
115:9 128:3

**financial**
168:10 184:21
185:17,21

**financially** 4:24
197:15

**[find - further]** Page 18

**find** 30:24
32:13 33:22
39:17 48:4
61:11 65:12
67:13 68:1
72:10 73:2,21
83:20 93:16
100:20 101:1
121:4 137:3
146:1 150:12
164:22 167:13
167:21 168:3
168:23 171:20
172:4 173:20
185:7
**findings** 106:17
**fine** 7:4 18:1
46:24 147:10
160:14
**finish** 9:8 33:3
33:12 121:10
121:25
**finished** 7:16
**firm** 4:22
**first** 5:15 7:13
15:12 16:6
17:5 27:2 28:1
46:14 47:2,4,9
51:9 52:9
65:25 72:9
78:23 89:3
92:15,24 93:1
109:13 113:7
118:17 127:11
138:18,20

139:1 141:2
142:8 148:25
151:2,13,14
166:17 179:13
182:7 184:6,8
191:23
**fit** 45:6
**five** 54:23
68:22 72:17
77:6 163:23
194:9
**flaws** 153:13
162:13 163:17
**floch** 2:2 5:10
5:10 15:14
33:2 37:10,18
38:21 53:19
72:22 75:4,7
81:4 83:8 88:5
89:13 98:14
106:20 107:18
108:15 114:22
115:15,22
118:13 121:21
125:14,25
126:4 129:13
131:25 132:9
135:23 140:7
141:19 143:5
145:15 185:22
189:5 191:13
192:5 195:8,10
195:18 198:1
**florida** 2:3

**fluorescence**
36:6
**fn** 57:3,10,12
184:6
**focus** 28:4
133:5,8
**focusing**
101:11
**folder** 80:13
117:16
**follow** 8:25
40:5,5 67:24
96:1 102:24
104:1,6 183:10
183:13
**followed**
100:11 192:25
**following** 37:1
135:11
**follows** 5:16
**footnoted**
159:5
**foregoing**
200:5
**forget** 111:17
**form** 7:11 29:5
37:10,18 38:21
40:11 72:22
75:8 89:13
94:24 97:17
185:22 191:13
**formally** 21:20
**format** 15:10
**forming** 18:23
19:8 90:20

**formula** 56:21
**formulas**
183:25
**found** 95:13
97:23 141:12
144:12 179:4
**foundation**
53:19 83:8
118:13 140:8
141:20 189:6
**four** 11:25 12:3
43:21 90:23
92:3 107:25
132:13 143:20
155:16,20
156:9,13,15,18
159:16,19
160:17 171:24
**fourth** 31:14
**fp** 57:3,4,7,13
57:16,17
183:17 184:7
**frame** 64:12
**front** 3:12
65:11 80:25
166:20 176:19
177:13 182:2
194:23 195:6
**full** 5:20 7:17
**fully** 101:8
**function** 23:22
**functioning**
116:5
**further** 163:24
195:16 197:12

**[future - government]**                                                     Page 19

future   190:13

**g**

**g**   2:6
**garbage**   110:19
**garcia**   10:9
  19:19 82:18
  94:22 95:4
  123:1,4 124:8
  124:14
**garcia's**   11:13
  125:24
**gas**   27:19
**gather**   172:6
**gavina**   33:16
**gelt**   1:4 4:15
  5:11 198:4
  199:1
**gen**   75:7
  115:16 195:11
**general**   9:1,15
  11:4 23:23
  24:3 25:5,6
  30:14,14 31:15
  62:2 87:19,21
  104:14 143:19
  170:3,5,6
  185:7 191:5,6
**generalities**
  52:21
**generalize**
  139:19 140:2
  142:24 168:17
**generally**   25:16
  54:7 96:21
  157:20 180:1

192:14
**generate**   32:9
**geneva**   149:24
  152:13
**genevieve**   2:6
  5:5
**genuinely**
  179:23
**geographic**
  72:2,6
**geographically**
  175:25
**geographies**
  175:9
**getting**   45:10
  173:6,7 181:15
**give**   7:17 23:25
  32:12,23 77:21
  92:15 93:1
  102:12 108:21
  108:24 119:18
  136:25 137:2
  148:16 151:17
  177:7
**given**   96:25
  147:21 196:3
**gives**   111:7
  145:12,13
**giving**   33:4
  73:12 166:1
  178:4
**globally**   32:10
  34:9 35:4
**glucose**   12:16
  12:17 13:3

43:16
**go**   4:12 20:1
  26:23 28:5
  30:18 33:11,11
  40:23 51:7,16
  58:13 65:16
  73:11 75:6,6,7
  80:21 81:9
  82:3 84:8
  86:17 87:18
  91:6,10 92:25
  101:5 109:9,12
  112:19 121:10
  122:2 123:3,3
  123:10 124:19
  136:11,11,12
  138:4 141:2
  164:12 168:19
  169:25 182:4
  183:14 193:1
  195:20
**goal**   37:5
**goes**   22:13
  125:6 127:17
  139:16 144:16
  161:5
**going**   4:3 10:10
  15:12 17:20
  19:25 26:18,22
  26:25 33:2,6,7
  40:22 55:1,5
  55:13 56:12
  58:15,18 60:5
  66:10 75:16
  80:8 83:23

84:3 89:6
  93:15 98:1
  101:15 103:19
  114:16 117:13
  118:2 121:21
  125:7 126:7,8
  126:12 138:11
  151:13 158:21
  160:15,19
  168:22 169:5
  169:12 170:1
  173:3,5 174:21
  177:4,5,6,6,16
  177:18 181:17
  181:20 186:24
  192:19 194:14
  194:17 196:1
**gold**   45:1 60:23
  61:4 83:14
  117:11 118:19
  118:24 119:11
  120:9
**good**   4:2 5:19
  29:10 35:5
  40:19,23 54:23
  62:2 67:16
  69:9 75:22
  76:14,14 97:14
  103:14,20
  109:21 128:5
  130:10 131:20
  170:4 171:5
  174:12 192:14
**government**
  116:25 128:15

[grade - icmr]

Page 20

grade  148:16
gradually
  26:17
gravitate  39:3
greater  156:25
greatly  87:8,11
  102:14
greece  188:15
greek  188:18
ground  7:12
grounds  89:6
group  50:9,14
  114:1,1 185:5
grow  29:3
guess  14:21
  20:13 25:25
  27:25 31:18
  34:6 37:13
  44:25 49:14
  50:10 51:2
  53:25 58:7
  64:22 66:14
  74:5,11,14
  82:17 99:13
  102:8 105:24
  106:21 107:17
  114:7 124:14
  128:15 133:20
  136:1 145:8
  148:13 153:16
  158:1 163:10
  165:20 166:19
  166:25 173:21
  183:20

guessing
  135:14
guidance  24:4
  104:7
guideline  52:7
  61:11,12
  102:25 103:20
  158:22 182:25
guidelines
  11:22 52:16
  65:17 102:19
  104:2,20 147:3
  157:24 183:13
gyorkerwin  2:8

h

h  199:3
half  20:18,21
  177:23
hand  69:12
  120:11 197:18
handle  157:15
handled  133:2
  157:13 158:4
handling  44:7
  44:13 157:17
  160:2
hands  49:4
happen  38:1
  142:6
happened
  95:12 101:8,22
  188:24 193:8
happening  70:9
  93:14

happens  26:14
  29:8 189:18
hard  86:10
  145:22 183:8
hartford  20:20
head  7:20
  94:19 137:11
  190:3 191:3
  192:2,9,15,20
header  60:14
heading  92:21
health  75:1,3
  75:15 107:9
  135:6,17
hear  8:4 56:2
  84:9 98:16
  116:8 125:21
  125:23 132:2
  134:3 181:14
heard  4:8
  119:24
hearing  6:24
  86:11
help  24:10
helps  114:8
hematology
  22:22 28:12
  35:2
hereunder
  197:17
high  37:17,24
  50:15 75:20
  87:13 96:18
  128:16 156:25
  156:25 189:15

higher  99:3
highest  146:2
history  24:14
  24:15,17
home  179:1
honest  177:3
hope  170:11
hopefully  62:18
  76:6,13
hoping  110:10
hospital  20:20
  21:17 47:24
hospitals
  149:24
hostetler  2:5,9
  5:6
hour  10:14,19
  126:7
house  131:3
huge  130:9
hum  6:10
hutchins  19:17
  94:18 136:17
  136:24 137:11
  138:22 144:17
  144:23 145:3
  190:2,12 191:1
hutchinson
  190:25 191:23
hygienic  67:21
  148:4,8

i

i.e.  139:7
icmr  119:3

**[idea - information]**    Page 21

| | | | |
|---|---|---|---|
| **idea** 75:14 95:7 | **implementati...** 88:25 | **inaudible** 52:22 55:10 | 116:2,18,20 120:25 121:16 |
| **ideally** 131:8 | **implementing** 42:5 | **include** 27:13 28:11 157:6,25 | 122:14,15 123:12 126:17 |
| **ideas** 22:13,14 26:2 32:6,20 34:1,6,10 | **implication** 143:18 | 167:8 173:15 175:11 180:12 | 144:8 188:15 |
| **identical** 39:8 | **implies** 124:7 | **included** 22:21 107:22 144:13 | **indicate** 106:17 124:5 140:4 189:3 |
| **identification** 26:16 | **important** 7:21 10:10 16:18,23 17:1 38:10 | 153:18,19,21 156:1 158:15 162:19 164:19 | **indicated** 128:9 |
| **identified** 2:22 3:2 10:22 11:6 16:24 18:16,24 19:10,13,17,20 126:21 151:13 189:14 | 59:24 65:22 67:14 85:9 89:10 90:9,11 93:8 94:9 109:14 110:8 117:21,25 136:8 144:18 145:9,9 171:22 174:18 175:21 175:23,25 187:23 | 165:4 167:5,12 171:13 172:12 172:18 175:14 177:9,12 178:23 179:16 180:13 188:1 | **indicates** 17:5 141:17 |
| | | **inconsistent** 149:3 | **indication** 117:4 174:12 |
| **identifies** 193:13 | | **incorporated** 4:16 | **indicators** 147:13 |
| **identify** 19:1,5 19:13 29:4 45:21 118:19 119:19 135:4 153:13 156:23 157:21 159:7 162:13 163:17 189:13 | **importantly** 137:20 139:8 | **incorrect** 79:12 184:2 | **indirectly** 197:16 |
| | **imported** 82:13 121:14,15 | **increase** 105:22 | **individual** 60:6 74:15 99:4 108:2,4 |
| | **impression** 121:5 | **independence** 129:12,15,18 | **indre** 128:14 162:20 163:4,4 |
| | **impressive** 165:25 | **independent** 86:7,13 92:16 94:2 97:5,10 97:25 99:21 112:21 124:20 133:25,25 144:4 | **industry** 50:18 96:12 183:7 |
| **identifying** 102:9 | | | **infectious** 17:17 29:10 41:7 103:3 |
| **ihd** 158:13 | **improve** 46:9 47:19 | | **infer** 129:21 |
| **il** 197:24 | | | **influence** 183:1 |
| **illinois** 1:21 197:6 | **inaccurate** 96:7 | | **inform** 137:15 139:4 |
| **imagining** 58:7 | **inadequate** 95:13 | **india** 81:7,16 81:19,24 82:12 | **information** 14:15 50:10,22 51:5 71:24 82:17 91:23 |
| **impact** 71:10 75:24 89:8 | | | |
| **implement** 97:6 | | | |

93:16,17 94:17 95:3,4,17 96:3 99:8 100:16 104:3 111:4 122:25 127:18 127:19 140:11 142:7 145:13 145:19,25 146:17,20 147:22 148:1 153:9 157:23 161:23 165:23 166:20,23 167:13,21 168:2 171:21 172:7 173:18 175:12 176:3 176:17 186:1,6 186:9,25 190:11 191:8 191:14 193:19 194:1,2

**ingredient** 125:6

**inherently** 98:25 105:12

**initial** 10:23 11:7 19:7,12 19:14 26:24 27:4 29:5 46:3 51:8 71:17 87:6 90:8 107:21 130:19 149:14

**initially** 39:12 59:11 76:8 103:8 121:1 158:3,19 163:21

**inspection** 99:7

**instance** 1:16

**institute** 11:17 81:15,25 82:2 82:5,7,8,25 83:2,11 116:2 116:22 117:5,7 117:10,11 119:4,15,17,17 120:1,2,4,12,13 121:2,7 126:17

**institutions** 49:12

**instructed** 8:10 8:17

**instructing** 8:22

**instructions** 8:25 146:15,16

**instrumental** 25:24

**intelligence** 50:14,14

**intelligent** 169:3

**intended** 12:17 168:6 169:2,4 177:25 184:12 185:3,11

**intending** 178:16

**intent** 30:7

**intention** 74:14 176:14

**interchangea...** 82:20

**interchangea...** 63:15 64:2

**interest** 28:2 43:9 90:12 101:3 110:15 153:16 193:13 193:14

**interested** 4:24 31:11 162:9 170:16 177:22 178:25 197:15

**interesting** 52:3,13 165:9 171:16 173:21 174:2

**interests** 25:22 34:10

**interject** 33:7

**internal** 31:2,7 96:2

**internet** 4:7

**interpret** 14:15 156:6 185:25 186:5,6

**interpretation** 30:1 31:19 38:8 66:4 72:7 169:4

**interpreted** 186:19 187:5

**interpreting** 68:11 140:11

**interrupt** 67:23 121:11

**interruption** 155:1

**interval** 44:1 68:16 72:12 176:10 177:10 178:11 183:3

**intervals** 80:4 105:14 106:3 106:12 114:15 149:7 166:19 166:21 167:5,8 167:12 168:21 168:24 178:20 179:4 181:3

**introduce** 15:12 17:20 117:13 138:11

**introduced** 32:5,12 155:3

**intuition** 125:24

**invalidating** 160:3

**investigation** 157:9 158:17

**investigator** 127:6

**investing** 178:1

**[investment - know]**

**investment** 184:21

**investor** 186:8 186:16

**investors** 14:15 185:3,5,25 186:5,5,11,19 186:21,23 187:2,5

**involve** 22:6,9 39:20

**involved** 13:21 23:2,6 27:17 27:20 41:16,19 42:2,5 52:19 81:6 107:4 163:20 164:1 169:17 187:17 192:16

**involves** 22:11 22:11,12 24:17 29:14 30:3,4 107:8

**involving** 14:5

**iowa** 67:21 71:23,24 79:15 80:3 148:4,8 148:10,16,16 149:3

**island** 1:4

**isolated** 110:23

**israeli** 19:4 150:5 160:7 161:4 162:3

**issue** 8:15 97:16 121:12 127:23 129:18 136:20 186:3 189:9,19 195:11,12

**issued** 190:6

**issues** 24:7 51:17 54:1 97:12 98:4 102:9 110:22 168:5

**it'll** 44:20

**italicized** 139:23,24

**italics** 139:1

**ivd** 137:14 139:3

**j**

**james** 1:9,15 4:14 5:14,22 196:3 197:9 198:5 199:2,24 200:4,15

**january** 161:11 197:24

**jen** 4:21

**jennifer** 1:18 197:4

**jennings** 34:4

**jnp** 1:8 4:19

**joint** 81:23

**journal** 127:20 153:10 161:18 162:16

**judge** 108:19 145:22

**judging** 34:19 146:21

**judgments** 100:1

**jurisdictions** 175:4

**k**

**k** 100:5 101:7

**keep** 7:5 40:22 157:21 193:9

**kenneth** 33:16

**key** 16:20 95:2 95:2 168:5

**kicker** 68:19

**kind** 23:22 29:6 29:23 30:16 40:18 44:5,6 45:19 46:10 47:22 52:19 66:25 90:12 93:6 95:6,18 108:18 128:6 171:16 175:11 183:21,22 186:25 194:8

**kinds** 23:23 86:6 110:9

**kit** 118:23 119:2 120:7 121:14,18

**kits** 3:7 96:21 152:3

**knew** 168:4

**know** 6:3 7:5 8:2 9:7,17 10:4 10:15 12:22,25 13:3,7 16:21 24:3 25:8 26:13 28:11 29:21 30:3 32:8 36:4 38:24 39:20 40:2 42:18 44:15 47:10 49:14 51:6 53:22 58:11 60:5 66:9 69:13 71:5 75:15,16 81:2 81:21 82:17 85:25 87:3 88:23 89:15 93:9,11,15 94:15 96:9,22 97:12 101:4,12 101:20,23 103:9,18,19 104:14,21 105:5,7 106:4 106:4,7 107:11 107:24,25 108:19 110:20 110:20,21 112:7,8 113:10 113:13,21,25 114:12,14 115:6,9,13,23

**[know - level]**                                                        Page 24

116:4,22,24
117:22 119:20
119:25 120:1
121:24 122:17
122:19,20
124:10,13
127:23 128:14
134:17,19
135:3 141:1,10
146:17,23
147:1 148:21
151:9 156:6,8
157:6,17
159:10 161:8
161:17 166:17
167:17 168:4
169:14,25
170:19 171:8
172:21 174:3,9
174:9,12,14,20
176:2,15,21
179:20 181:1
181:11 188:22
188:24 189:18
189:20 190:23
191:3,19
192:12 195:1
**knowledge**
50:17 51:3
64:9 66:22
**knowledgeable**
49:15,16,19
53:24 124:17
**known**   62:8

**knows**   170:5,6
**kubina**   152:25

**l**

**l**   1:18 2:13
197:4
**lab**   22:21 23:19
28:16,17,24
29:1 34:22
35:16,17 37:3
37:3,6,7 40:25
41:3 49:22
50:18 54:2,13
67:21 70:10
86:7,13 97:5,7
97:10,25 98:2
113:14,21,22
128:15 134:14
148:8
**lab's**   148:5
**label**   118:17,18
**labeled**   119:3
**labeling**   187:11
**laboratories**
21:17,25 26:14
28:1 38:5 46:4
46:9 47:5,16
47:22,24,25
48:2,3 49:6,18
50:23 51:5
54:5,15,19
59:15 82:6,22
83:17 85:15
96:17,19 97:4
116:25 127:8
171:24,25

172:2 176:2
**laboratory**
11:16 21:15
22:8 24:7
25:10 26:5,7
27:11 28:10,10
30:11 33:15
34:25 35:5
48:5,7,24
49:25 50:11,17
52:18 53:25
54:6 60:3
61:10 62:2
82:23 86:3,18
86:22,25 87:3
90:11 99:4
103:20 114:1
128:2,2,5,17
172:20 173:2
185:7
**laboratory's**
128:6
**labs**   22:5,15,18
22:19 23:3,7
23:13,17 26:9
29:11 30:10
38:14 47:18
48:11,19 49:9
49:11,11,15,20
49:21,21 50:2
53:15,23 54:16
82:14 93:3
94:2 96:13
104:6,12,15,17
104:22 111:12

188:15,25
189:19
**lack**   132:25
140:7 141:19
180:15,17,20
189:5
**lacked**   164:17
165:3,18,18
179:14 180:5
**lady**   94:18
**lake**   127:20
173:22
**language**   15:7
142:15,15
**large**   45:12
159:23
**lawsuit**   13:21
13:24 14:2
**lay**   7:12
**lead**   109:20
**leading**   141:15
**leads**   131:11,12
**left**   43:3 102:1
156:20 157:8
164:3 181:15
**legal**   2:14 4:23
196:5 198:23
**length**   85:6
**leslie**   33:15
**letterhead**
117:9
**level**   37:23 38:4
38:6 44:18
45:9 50:15,18
66:7 99:3,23

**[level - lots]** Page 25

127:23 190:4
**levels** 106:8
**levey** 34:4
**license** 197:24
**licenses** 20:12
**life** 69:18
**light** 83:21
**likelihood**
66:12 69:6
76:10
**likely** 37:2 48:4
53:23 69:14
97:11 98:6
131:2,13
145:13,19
147:22 175:7
**likewise** 57:4
**limit** 33:20 44:3
85:11,13,16,18
87:1,13,19,22
87:24 88:3,19
89:2,5,16,21
90:8 108:4
128:23 129:2
129:22,24
175:20 177:9
177:14 180:13
182:16,19
183:10,12
**limitation**
103:25 171:20
**limitations**
96:9 145:23
**limited** 1:4 4:16
5:11 48:8

147:1
**limits** 3:5
105:18,23
164:6 176:10
176:18,22
177:16 178:10
187:19
**line** 45:7 124:7
199:4,7,10,13
199:16,19
**link** 144:13
**list** 17:10 43:2
43:6 165:24
200:9
**listed** 16:17
**lists** 17:12
**literature**
65:17 150:11
**little** 11:3 27:1
40:23 99:15
101:24 141:9
166:6 194:25
**lived** 170:9
**llp** 2:2,5,9
**loaded** 138:16
152:17
**loading** 15:21
**loads** 39:16,21
40:5
**local** 71:10
**located** 5:23
6:2,6,8 173:22
**location** 173:1
**lod** 86:9,15
87:7 183:2,3

**lodging** 8:20
**log** 33:19
**logic** 174:25
**logix** 40:14
79:20 80:5
82:13 90:23
100:22 101:4
121:2,3,6,13,13
122:19,23
123:23 135:12
141:9 149:16
153:18,19,22
160:24 163:23
163:24 175:2
**long** 7:9 103:18
106:3
**longer** 40:23
**look** 7:5 17:4
26:23 32:7
43:10 45:3,11
46:3 57:1
60:13 65:5,17
66:15 67:14
69:4 72:24
75:24 80:8,22
89:22 90:16
91:4 99:18
100:10 107:3
107:15 108:18
115:4 117:19
118:5,21
123:11 128:22
129:8 134:14
134:21 135:7
135:13 138:4

138:16 139:15
146:22 152:8
152:20 155:4
156:12,16
157:20 158:6
168:23 176:5
**looked** 113:15
122:15 158:18
159:14 179:3
183:9
**looking** 6:23
7:2 50:12
55:14 59:15
67:22,23 70:9
75:14 76:22
88:8 96:8
107:20 115:12
116:15 134:10
141:4 144:2
151:2 166:2
**looks** 92:14
119:9 131:16
132:15 135:16
161:10 194:23
**lot** 10:25 23:8
24:20,23 29:1
31:4 48:11
49:5 65:3 75:6
88:10 94:22
110:22 111:1
146:16 165:22
166:5,18
169:16 170:18
**lots** 49:12

**[loud - mean]**                                    Page 26

**loud** 6:4
**low** 37:17,24
  66:3,6
**lower** 87:20,24
  88:3,19 89:21
  103:2 176:10
  177:9,14
**lunch** 83:25

**m**

**made** 37:23
  56:23 57:23
  59:8 86:24
  87:2 88:15
  94:9 102:4
  129:23 133:22
  183:19 193:14
**madison** 5:23
  20:7
**mail** 3:5 10:8
  19:16 82:18
  94:21 136:16
  136:24 137:10
  137:13 138:12
  138:15,21,23
  139:2 142:16
  144:23,25
  190:23,24,25
**mails** 3:4
  188:20,23
**main** 51:2 54:4
  126:21 190:14
**major** 20:4
  49:12
**make** 7:14,19
  7:24 8:11 27:1

34:7,12 51:2
65:6 67:2
69:21 77:22
85:17 88:25
99:10 105:1
107:16 108:13
117:18 131:6
148:10 151:12
156:2 169:3
174:11 178:16
181:2 194:10
**makes** 33:24
  133:12
**making** 105:20
  140:19 142:17
  142:18 176:13
  183:24 192:16
**manage** 39:7
**managed** 36:23
**management**
  21:24 22:5,7
  22:10,11,20
  23:2,6,9 26:7
  27:6,10 32:19
  50:16 142:5
**manner** 133:10
**manual** 28:6
  29:1,6,11
**manufactured**
  123:24
**manufacturer**
  49:1 60:2 86:1
  86:24 89:3
  97:9,25 98:6
  99:19 127:21

127:24,25
172:21 173:16
175:24 189:14
**manufacturer's**
  86:4 172:22
**manufacturers**
  64:25 65:10
  84:19,23 85:17
  96:14 104:6,22
  128:1 172:6,24
  187:23
**march** 197:19
  198:3
**marcus** 2:2
**marissa** 2:9 5:7
**mark** 15:18
  80:8 151:14
**marked** 15:19
  15:24 18:2,5
  26:24 60:14
  80:10 87:7
  90:17 117:14
  138:13 151:16
  151:20 152:15
  153:2 155:6
  181:25
**markers**
  134:24
**market** 14:16
  50:16 100:23
  101:10,11,15
  145:10 169:19
  184:23 186:1,6
  186:9

**marketed**
  153:24
**marketplace**
  186:12
**marking**
  138:15 155:4
**marks** 96:10
**master** 20:6
**material** 26:16
  26:17 110:20
  110:23
**materials** 10:5
  10:6,7 16:12
  16:15 18:12,16
  18:22 19:5,19
  110:11 111:1
  121:17 125:5
**mathematics**
  20:4
**matter** 4:15
  12:15,20,24
  15:2,5 18:20
  98:10 99:13
  101:1 139:20
  140:3 141:11
  142:25 179:18
**mean** 11:2 24:1
  25:8 29:17,22
  34:9 43:18
  49:7 53:14
  54:8 62:1,4
  63:18 64:9
  65:3 67:8
  68:11 87:11
  88:22 89:16

[mean - microscopic]                                                    Page 27

90:5 95:15,16
96:16,18 97:17
99:3,15 105:9
110:13 119:21
121:11 122:11
125:10 129:6
131:16 132:20
136:13 138:1
142:7,9 146:13
147:9 148:21
156:22 167:7
168:13 169:18
170:19,20,23
171:21 173:4,5
173:8 174:9,18
177:20,21
181:8 192:13
**meaning** 48:23
62:9 78:5
87:13 93:7
186:25
**meaningful**
100:15,16
**means** 16:21
21:6 67:1,4
68:17 69:15
72:15 73:7,13
74:1,9,19 76:1
76:4 78:15
79:10 87:20
106:13 121:16
131:2 135:5
168:25 172:2
181:16

**meant** 103:11
133:8 152:10
152:22 179:3
**measure** 43:13
76:20 103:13
130:3 133:11
175:21
**measurement**
28:14 30:16
35:18,22 36:6
40:11 44:5
45:3
**measurements**
23:12 27:13
38:25 105:2
**measures** 37:8
51:20 60:9
88:15 89:15
90:1,14 172:17
174:6 175:18
175:23,25
**measuring** 52:1
**media** 4:13
55:3,7 84:5
126:10,14
160:17,21
181:22 196:4
**medical** 20:16
21:12,21 22:8
24:5 37:22
38:2,13 46:4
47:5,15,22
48:11,18 49:22
49:25 54:5,12
71:22 176:1

**medically**
38:10
**medicine** 21:14
21:15
**medium** 48:1
**meet** 10:12,19
**mentioned**
11:12 23:13
25:15 39:21
65:20 159:16
**merit** 1:19
197:5
**met** 10:14,18
156:13,18
**method** 29:14
30:2 44:22
45:4,5,6,11
61:3,17,23
62:13 63:7,21
63:21 76:15
83:10 86:2,24
99:17 118:19
119:16 120:13
121:3,6,13,14
146:24 159:1
163:25 192:17
**methodology**
37:3,3 83:18
**methods** 24:4
24:22 25:1,3
28:6,7,9 29:12
44:24,25 51:25
62:18 63:24
65:18 100:22
121:9 129:20

153:24,24
164:2,3 177:21
177:23 188:10
**metrics** 59:9,24
60:12 65:22
84:8 85:9
89:10 133:17
133:17 134:8
187:24
**mexican** 19:3
128:8,15,19
129:12 132:21
144:7 150:5
162:21,25
163:2 167:1,3
180:12
**mexico** 107:23
107:23 144:7
180:11 182:24
**miami** 2:3
**microbiologist**
54:10,10 64:18
**microbiologi...**
63:16 64:16
168:7 169:20
**microbiology**
22:23 23:14
28:17,24 29:1
29:6,10 40:25
52:15 53:15,23
54:2 64:16
104:15 185:8
**microscopic**
27:18

middle 5:22 73:6 111:15,18 121:22
miles 6:11
milwaukee 197:18
mind 24:17 74:23 93:19 106:1 123:5 143:18 171:19
minimal 181:11
minimally 102:20 181:11
minnesota 20:2 107:9 134:14 135:5,15,17 148:14
minor 20:4
minute 15:18 72:24 136:25 137:2
minutes 9:6 54:23 194:9
misheard 112:2
misinterpreted 32:4
mislabeled 81:21
misleading 95:14 136:21 137:24 140:18 140:19 190:11
mismatch 134:4

misrepresent... 169:13
missing 166:23
misstates 126:1
mistake 56:23 57:23 59:8 79:14 183:19 183:23
mistaken 123:6
mistakenly 153:18
mixture 111:2
mn 135:5,16
mnrlawfirm.c... 2:4 198:2
modeled 23:8
modified 30:15 100:3
molecular 14:5 14:11 17:17 22:23 23:14,19 27:23 33:14,19 35:13,17 38:17 39:15 40:3 41:7 48:4 53:18 64:1 103:3 168:8 169:21 185:8
molecules 35:23 36:2
moment 50:12 195:25 196:1
monday 141:5
monitored 34:4

monitors 12:16
monographs 17:7
month 147:2
months 11:20 51:11 111:11 174:11
moorhead 20:2
morning 4:2 5:19
move 144:15 162:22
moved 12:22
mpeirsol 2:11
multiple 106:16 134:24
multiply 35:23
multiplying 36:2
murphy 1:10

**n**

n 2:1,13,18 3:1 3:1
naac 100:22
name 4:20 5:20 5:22 13:1 44:15
named 17:2
national 81:15 81:25 82:1,4,7 82:8,25 83:2 83:11,17 116:2 116:2,22 117:5 117:7,9,11 126:17

natural 27:25
nature 101:13 101:25
necessarily 49:16 52:20 93:6 94:1 97:10 104:19
necessary 100:7 173:14
need 8:10,21,24 9:6,12,17 26:6 32:13 36:9 40:5,22 86:25 114:7 157:25 166:18 171:20 173:3 176:2,15 177:2
needed 16:24 46:9 47:19 94:14 105:10 133:2 168:4
negative 43:18 44:2 53:11 56:13 59:18 60:25 61:1,25 65:21 66:22 69:19 75:19 84:13,20 85:8 102:19 130:9 134:16 147:5 158:11 159:15 160:1 163:21 164:3 171:14 172:15 173:5,7 173:9 188:14

**[negatives - okay]**

**negatives** 45:21 45:22 57:3,14 60:8 66:8 67:5 112:11 119:20 164:4 171:2
**neiman** 2:2
**nelson** 1:10
**never** 12:9,9,11 64:23 118:4 171:11 174:9 175:13 176:3
**new** 11:15 18:17 28:2 45:4,11 51:24 101:14 172:9 174:22
**newspapers** 70:8
**ni** 83:13
**nid** 188:14,18
**nine** 163:23
**nip** 83:13 116:1 116:4 118:12 119:9 120:19 123:12 131:1
**nir** 119:9
**niv** 82:4 83:4 118:20,24 119:3,11 120:8 120:8,18,18 123:18
**niv's** 83:14
**nod** 7:22
**nods** 7:20

**nonspecific** 136:23
**nope** 186:2
**normal** 43:14 43:16,17 100:4 101:5
**notary** 1:20 197:7,22 200:23
**note** 155:16 159:16 198:10
**noted** 200:9
**notes** 3:10 67:17,25 194:22 195:1,5
**noticed** 194:21
**noticing** 5:3
**npa** 61:25
**npv** 85:2 172:12 173:15 174:6 175:12
**number** 35:23 36:2 48:22 57:1 70:23 78:17 89:19 92:7 100:11 102:13 105:10 105:15,22,24 106:4,22 107:4 109:19 139:17 142:22 152:24 153:17 159:20 159:23 180:21 180:23 182:8 196:4

**numbers** 70:6 70:18 72:8 103:18 105:4,8 105:11,20 106:9 111:17 112:5 118:16 119:13,13 163:19 165:24 166:5 168:12 169:22 188:7
**numerical** 43:19 45:4,5
**ny** 198:15

**o**

**o** 1:15 2:13 3:1 5:14 197:9 198:5 199:2,24 200:4,15
**oath** 5:4,16 8:1
**object** 8:8,14 33:2 83:8 107:18 121:22 191:13
**objected** 9:3
**objection** 8:20 8:23 9:2 37:10 37:18 38:21 53:19 72:22 75:4,8 81:4 88:5 89:13 98:14 106:20 108:15 114:22 115:15 118:13 125:25 129:13 131:25 132:9

135:23 140:7 141:19 143:5 145:15 185:22 189:5 192:5
**objectively** 100:21
**obligation** 95:10
**observe** 66:10 170:15
**observed** 174:13 187:18 187:18
**obvious** 180:11
**occur** 158:24
**october** 163:9
**odense** 20:23 20:24
**offering** 186:18 187:4
**office** 6:7,12 10:16 49:18,21 197:18
**officer** 190:8
**official** 95:16
**ogenskirter** 20:22
**oh** 6:7 11:8 22:19 28:23 42:2 109:9 116:17 130:14 156:11 167:19
**ohio** 2:10
**okay** 7:4 8:19 9:4,7,16,19

**[okay - page]**

10:12 11:3 12:11 15:12,22 18:4 32:13,15 32:21 42:2 43:2 46:15,19 47:14 49:5 51:7,16 53:3 54:25 55:9,18 55:20,23 56:10 56:17 57:6,11 57:18 58:1,13 58:21 59:9 60:18 62:22 65:13 67:7 68:3,3 70:16 71:20 73:1,11 77:4,7 78:25 79:15 80:6,15 80:24 81:9 83:4,19,22 84:9 86:13 88:24 93:20 94:6 95:6 102:5 111:22 113:6 114:2 115:22 117:18 118:5 121:19 121:20 124:10 125:21 127:11 128:13 129:24 130:20 134:11 137:9 138:11 139:15 147:8 151:25 152:14 152:23 153:2,6

154:2,17 155:3 155:7,8 156:13 156:25 161:7 161:10,19 162:18 163:2 164:12,14,25 166:6 167:15 167:22 172:8 175:15 178:6 179:10 180:3 181:13 182:4 183:25 184:8 187:9 192:1 194:6,9,13 195:3,14,15,21 195:25

**old** 130:6

**once** 7:9 10:18 11:24 12:12 34:2 46:12 170:22

**ones** 11:2 16:18 16:18,23 17:12 34:12 59:5 115:18 150:8 150:12 189:19

**online** 161:14

**open** 56:12

**operating** 46:7 93:14 192:22 192:24

**opine** 79:19 87:7 92:5 188:4,12

**opinion** 12:23 14:10,14 18:23 24:16 57:19,20 58:1,3,4,6,22 59:3,7 61:7 90:20 95:24 109:9,14 144:19,22 155:20 165:8 177:8,11 179:18 182:17 185:1,10 186:19 187:1,5 190:21

**opinions** 14:19 16:10 19:22 58:8 64:4 108:7 178:5

**opposed** 25:16

**opposing** 12:22

**oral** 7:21

**order** 113:19

**organisms** 29:3 29:5

**organization** 50:9,23 134:21

**organizations** 24:25 173:24

**organized** 25:20

**oriented** 26:10

**origin** 136:3

**original** 3:15 3:16 18:25 110:5 127:7

159:3,4 183:20

**orville** 5:22

**outcome** 4:25

**outlet** 25:21

**outlier** 157:21

**outliers** 157:20

**output** 52:8

**outreach** 22:24

**outside** 94:12

**overall** 32:9 60:21 107:2 133:21

**overlap** 149:8

**oversimplified** 166:10,16,24

**own** 86:23 90:11 97:2 99:5 121:8,16 128:6 156:2 171:3 174:5

**p**

**p** 2:1,1,13 123:19

**p.m.** 1:25 83:25 84:1,4 126:9 126:11,11,13 160:16,18,18 160:20 181:18 181:19,19,21 194:15,16,16 194:19 196:2,7

**pad** 194:23

**page** 2:19,22 3:2,9 16:19,24 17:5 27:2,4

**[page - patients]**

30:18,20 42:19
42:20,21,22,23
42:24,25 46:3
46:16,18 51:8
51:9 55:12,14
55:16 60:13
61:12 67:11
68:2 69:23
72:9,25 73:3
73:11,18,25
74:18,18 77:1
77:20 78:1,14
78:16,21 79:1
79:2,19 80:21
81:3 87:6 91:4
91:6,10,13,13
91:14,15,15,16
91:19 92:11,20
102:5,8 109:5
116:10,13
117:23 118:5
118:21 120:21
120:22 123:11
128:11 130:19
135:7 136:6
137:8 138:18
139:1 144:15
149:18,20
156:12,17
157:8 158:6,18
161:4,4,5,6,11
162:25 164:13
176:5,19
177:13 179:10
182:4 183:14

183:15 184:11
184:12,16
187:8 188:4
189:21 193:1
199:4,7,10,13
199:16,19
200:10
**pages**  118:2
166:20
**pandemic**  41:3
46:8 47:18
51:11 71:17
94:7 103:6
104:10 111:11
170:9,10,14
**panel**  119:2,6
**paper**  3:8 32:11
33:13,22 99:1
154:9,21 155:8
155:12 161:8
162:21 163:8
165:12,21
177:20 194:23
195:3
**papers**  17:7
32:18 100:21
101:2,17
149:15 161:13
**paragraph**
17:4 46:14
51:9 68:6 73:5
78:2 81:13
128:22 141:2
164:21,22
166:7 182:7

**parallel**  158:13
**parameters**
188:6
**part**  8:23 14:24
30:11 46:14
47:2,4 58:5,6
73:25 74:5
85:3,19 117:21
118:1 129:3
130:21 131:14
133:8 146:6,8
146:13,14
162:7 164:12
168:23 182:22
185:13 190:16
193:15,25
**participants**
1:22 4:8 200:7
**participate**
184:22
**particular**
23:10 36:4
38:25 50:5,19
54:3,11 66:16
66:16 70:14
103:10 112:4
133:19 134:11
143:20 169:10
174:4,7,24
185:9
**particularly**
10:5 127:19
182:23 190:1
**parties**  4:11
197:14

**party**  4:23
**pass**  157:4
**passed**  99:25
**passing**  193:12
193:14
**past**  11:25 12:3
**pathology**
21:14 81:16
82:1,2,7 83:1
83:11 116:3,23
117:5,10 119:4
119:15 120:2,3
121:8 123:19
126:18
**pathwest**  113:8
113:10,13,13
113:21,24
**patient**  12:18
60:22,25 66:12
69:4 74:9,12
74:16 76:11
77:2 79:11
88:16 89:7
102:20 103:12
106:23 107:24
108:3 109:7,22
109:23 110:7
111:6,16,20
112:13,16
129:1 130:7
147:5,12,18
188:8
**patients**  42:7
60:6 68:17,25
70:24 72:15

**[patients - performed]**                                                    Page 32

73:8,14,19
74:2,20 76:8,9
77:4,8,14,17
78:5,17 112:11
130:9,12
163:24 188:9
**pay** 52:15,20
**pcr** 3:6 14:8
23:17 24:1,12
25:4 29:8,12
31:16,17 32:17
35:21 38:18
39:11,23 40:7
40:9 41:17,20
42:3,6,11 43:7
43:18,24 45:2
45:14,24 52:1
52:23 53:5
54:16 59:25
64:20,23,25
85:4,9,20
86:14 93:4
101:17 104:7
104:23 111:14
115:13 117:12
123:23 124:1
146:24 149:11
152:3 158:13
160:3 169:21
169:21 170:25
**pcrs** 25:16
**pedersen** 20:23
**peer** 17:6 92:14
92:16 93:2,5,6
93:12,19,21,25

94:3 95:1 99:1
99:9 100:9
154:20 162:4
163:15 165:12
189:24 193:3
**peirsol** 2:9 5:7
**pending** 9:11
**people** 28:4
34:9 48:5,7
49:5 54:4,14
54:20 62:7,14
76:2,5 93:15
95:2,2,22
134:18 146:2
166:1,2,21
167:21 168:2,4
169:16,25
170:15,22
171:5,22 172:3
178:16 190:15
**percent** 44:18
56:13,13 59:17
59:18 61:24,25
62:17 66:1
68:9,10,12,13
68:14,15,23,24
69:24,25 70:3
70:4,11,11,17
70:17 72:11,12
72:12 73:7,23
73:24 74:8
78:5 105:19,21
105:21 106:6,7
129:4,5,6,25
132:25 133:23

133:24 134:2
136:22,22
137:14,15
139:3,3,19,20
140:3 141:8,8
142:24,25
143:15 144:9
149:9,10
153:25 154:1
166:11,11,12
166:12 169:10
170:7,8 174:13
174:17,17,19
174:20,22,23
176:24 177:1
177:18,19,24
179:8 180:24
181:2,5 191:19
191:20
**percentage**
74:2,20 76:2
77:14 79:10
**perfect** 169:6,7
169:8 170:2
177:5
**perfectly**
169:15,18
**perform** 24:11
48:24 49:5
64:20 86:1,15
96:19 169:12
169:14 189:10
**performance**
2:23 3:4 14:11
16:7 30:23

32:9 38:1
42:10 46:5
47:6,17 50:24
51:12,20 52:1
52:6,7,23 53:4
59:10,25 60:15
60:19 61:9
65:23 66:15
79:20 84:7
85:10,13 86:2
88:17 89:11,11
89:15 90:2,10
92:2 93:11
97:14 99:12,17
100:21 101:17
101:25 104:4
108:5,13
109:16 110:1
111:7 118:6
121:4 133:10
133:13 137:16
139:5 140:6
143:9,12 144:5
145:14,20
146:19 147:13
147:23 149:11
153:17,21
158:8 166:16
170:2 176:11
182:20 187:20
**performed**
64:23 69:24
81:15 113:8
115:13 132:17
135:12 137:20

139:9 169:18

**performing**
54:13 98:21
111:6

**performs**
172:23

**person** 13:21
24:9 113:16
124:17 127:1,4
190:13

**personal** 101:3
197:11

**personally**
24:13 34:8

**personnel** 26:6
54:3 184:20

**ph.d.** 1:16 5:14
20:6 197:9
198:5 199:2,24
200:4,15

**phase** 110:8

**phases** 71:17

**philosophy**
22:11

**phone** 6:21 7:3

**phonetic** 20:23
160:12

**physically** 6:1
6:6

**physicians**
49:18,21

**pick** 34:10 38:6
145:25

**picked** 70:6

**picking** 159:20

**piece** 195:3

**pineiro** 2:2

**place** 4:11
146:2

**places** 75:13

**plaintiff** 1:6 2:4
13:23 14:1

**plaintiffs** 5:12

**plan** 131:10

**plate** 29:3

**play** 82:11

**please** 5:19 6:1
6:5 8:3,4 36:11
36:14,15,15
46:3,17 47:10
56:24 137:15
138:16 139:4
196:1

**plus** 57:2,7,11
57:13,16,17
177:16 183:17
184:6,7

**pna** 55:15 56:1
56:11 57:5,15
58:25 59:21
61:3,8 62:21
63:1,6,10 65:1
65:8,10 68:12
187:19

**poa** 61:3,8

**point** 28:8
32:10 34:6
36:3 39:14
40:2 48:7

49:21 52:2,14
63:17 71:1
72:9 73:12
77:16 101:6,11
101:12 102:3
105:15 112:4
114:16,17
137:2,21
145:24 146:25
168:5 170:21
174:20 177:15
177:15,17
178:7,12,19,22
178:24

**pointed** 103:17

**points** 91:18,24

**policies** 23:23

**polish** 3:7
149:21 151:3
152:19 153:4

**pool** 107:5,24

**poor** 43:15
163:22

**poorly** 164:17
165:2,17,18,20
176:9

**population**
66:2,3,8 68:8
69:8,13 71:2,4
76:12,14

**positive** 44:2
44:19,20,21
53:10 56:13
59:17 60:25
61:1,24 65:20

66:9,13,22
68:15,18 69:1
69:5,15,18
72:10,16,21
73:7,8,13,15,19
73:21 74:1,3,4
74:10,13,19,20
75:20 76:3,20
76:21,23 77:2
77:5,9,15,17,21
78:4,6,10,14,18
79:12,13 84:12
84:20 85:7
102:19 107:23
112:10 130:12
134:15 147:4
160:1 164:2
170:20,23
171:13 172:15
173:4,8,10

**positives** 45:21
45:22 57:2,2
57:13 60:8
66:7,10 67:5
74:7,7 87:17
119:19 163:21
164:4 171:2
174:13

**positivity** 70:11
70:12 77:23

**possible** 19:15
36:24 38:3
75:18 83:13
104:11 122:6
150:9 159:2

**[possible - prevalence]**                                             Page 34

176:25
**possibly**   17:23
  95:14
**post**   33:17
**postdated**
  79:21
**ppa**   55:15 56:1
  56:8,11,21
  57:6,11 58:25
  59:21 61:2,7
  61:24 62:21,24
  63:6,10 64:25
  65:8,10 68:12
  187:18
**ppv**   66:25 85:2
  172:12 173:15
  174:6 175:12
**practical**   59:12
  66:14 88:24
**practice**   35:5
  60:4 64:9
  102:24 103:5
  103:19,21
  104:19 111:12
  122:12 127:25
  128:5 189:2
  192:15
**practices**   33:14
  38:23 52:1,17
  62:3 86:19
  182:15
**precision**   32:7
  43:22 44:1,4
  51:18 183:3

**predictive**   60:7
  60:8 65:20,21
  66:21 67:3
  68:14,23 69:3
  72:7,10,21
  73:7,13 74:1
  74:14,19 75:13
  77:21,25 78:4
  78:10,14 79:4
  79:8,13 84:13
  84:21 85:7,8
  90:12 171:13
  171:14 172:15
  172:16,19
  174:3 175:24
**predictor**   69:7
**prefer**   64:5
  156:1
**preferences**
  31:20
**preferred**
  60:22 64:5
  93:12
**preliminary**
  165:22
**preparation**
  10:20
**prepare**   10:1
  10:12 50:20
  51:1 125:3,3
  128:1
**prepared**   94:22
  95:4 127:8,10
  127:12 131:3
  134:19 146:5,8

**preparing**
  18:18 50:7
**present**   31:4,4
  84:2
**presentations**
  165:14
**presented**   96:7
  105:25 128:19
  156:2 159:6
  164:17 165:3
  165:18 176:9
**presently**   20:25
**press**   2:25 10:5
  50:5 79:22,25
  80:6,12,17
  90:16 91:9,12
  91:21,25 92:1
  95:11,13,23
  101:19,20,22
  112:13,16
  113:20 116:16
  118:11 119:10
  123:11 127:15
  128:20 131:4
  131:17 132:23
  134:5 135:7
  136:15,19
  137:23,23
  139:12 140:12
  140:14,17,21
  140:25 141:10
  141:16,18
  142:9,18 143:8
  143:11,23
  144:2 145:7,21

147:18 148:12
  148:25 149:4
  150:19 154:7
  154:12 161:20
  161:23,24
  163:5,11
  164:15 165:2
  165:11,17
  166:2,3 167:4
  167:7,11,16
  168:6,15 169:7
  171:15 172:13
  172:18 173:14
  175:12,14
  176:3,8,16
  177:8,25
  178:21 179:1
  179:13,19
  180:10,16
  182:14,18,23
  184:13 185:2,3
  185:12,15
  186:20 187:6
  188:1,12
  189:22 190:1,5
  190:12,13
  191:11 192:3
  192:10 193:9
  193:22,23
  194:3,4
**pretty**   74:25
  123:5 124:16
  140:24
**prevalence**
  65:25 66:1,3

**[prevalence - provides]**

66:19,23 68:7 68:13,21,23 70:3,20 71:13 71:18,21 72:2 72:5 84:14 173:11 174:7 174:10,16 175:7

**previous** 120:22 138:24 158:18

**previously** 12:5

**primarily** 23:1 23:5 30:9 34:15 35:6,9

**primary** 154:22

**primers** 134:25

**principle** 88:16 108:20,22 122:10 148:2

**principles** 25:11 29:20 30:14

**printed** 161:16

**printing** 161:18

**prior** 12:3 49:24 79:16 104:21 111:21 130:7 150:14 150:17 151:2

**priority** 146:2 189:15

**privileges** 21:7

**probably** 19:20 34:23 49:9 65:5,11 68:1 71:3 83:16 85:11 98:12,19 113:19 176:22 176:23 192:23

**probative** 183:4

**problem** 74:11 97:20 172:7

**problems** 58:10 97:11 177:6 189:13 190:11

**procedure** 1:18 36:5 146:18 192:24

**procedures** 22:13 23:24 29:2,23 38:3 38:19 39:4 46:7 192:22

**proceedings** 4:1 196:7 200:6

**process** 24:10 26:15 29:6 50:6 60:10 88:11 93:10 96:2 97:2 99:25 100:4 131:8,11,13,15 136:4 146:23 171:6 175:20 178:7 189:16

190:17

**processed** 113:3 192:18

**processes** 22:12 27:15,16,17 103:25 122:15

**produce** 35:6 35:10 36:8 195:4

**produced** 82:12 115:1,3 121:15

**producing** 38:18

**product** 13:1,2 82:23 122:3,3 122:5 124:24 125:20 145:10

**products** 82:19 82:21 122:16 123:6 124:9

**profession** 21:2

**professional** 24:24 25:14 86:19

**professor** 20:15 21:6 24:20

**program** 21:22 22:10,12

**programs** 36:10 38:15 39:13,25 40:8 40:16

**progresses** 90:13

**project** 131:17

**prominent** 20:19,22

**promoted** 137:17 139:5

**proof** 76:23

**proper** 63:19

**properly** 62:21 153:10 155:21 174:23

**protocol** 30:13 100:10 118:24 120:8 129:19 183:11

**protocols** 30:8 100:3 108:18

**proven** 114:5 135:22

**provide** 17:13 51:4 76:16 87:25 88:20 92:10 94:13,14 94:16 96:21 102:20 121:17 127:25 133:13 142:7 148:13 171:21 173:17

**provided** 13:12 13:15 18:19 24:3 100:12 115:6 122:4 139:13 174:25 175:2

**provides** 50:9

**[providing - quoting]**

**providing**
50:15 101:14
**provision**
182:13
**provoke** 178:17
**psychologist**
186:14
**public** 1:20
75:1,3,14
170:3,5,6
197:7,22
200:23
**publication**
154:18 155:13
162:14,16
**publications**
17:10,14 93:5
150:13 193:22
**published**
11:19 17:6
93:4,21,25
94:3,4,5 99:1
149:15 150:7
150:20 154:9
154:10 160:24
161:8,14
162:17 163:8
**pull** 26:25
151:8,13
167:15 182:1
**pure** 110:15
**purpose** 26:4
30:7 86:23
99:5

**purposes** 23:18
69:22 95:8
101:23 111:8
117:21 118:1
**pursuant** 1:17
**pursue** 172:4
**put** 36:19 67:6
98:21 103:9
106:8 113:19
121:18 127:3
127:13,18
128:3 131:17
131:19 185:4,5
**putting** 75:8
**pvt** 123:24

**q**

**qa** 39:24
**qc** 14:25 21:3
25:19 26:4
34:19 36:9
37:7 38:15,20
39:12,24 40:8
40:12,15,16,18
156:25
**qpcr** 41:9,13
59:10
**qualify** 26:6
**qualitative**
2:24 11:18
16:7 30:4 31:1
31:9,14,15
37:9 40:17
43:7 46:10
47:19 48:9,12
48:20,22 49:6

50:4,21,25
52:6,8 62:3
**quality** 4:6,7
21:24 22:4,7
22:10,20 23:9
26:7 27:6,9
30:12 32:2,19
32:19 34:5
35:5 38:4,8
39:4,7 44:25
96:18 128:16
142:4 165:13
**quantitation**
26:17 39:21
**quantitative**
23:12 26:13,19
26:20 27:19
30:3,9,25
33:19,25 34:2
35:7,10,11
36:9,20,23
37:15 39:3,13
39:15,25 40:4
40:8,10,16
43:5 44:22
45:18 46:1,6
47:7,17
**quantity** 37:23
**question** 7:16
7:18 8:2,5,11
8:16 9:3,8,11
9:12 11:3
32:14,25 33:8
36:13,15,18
37:14 41:24

52:3 57:22
63:22 67:15
69:4 75:9
77:11 86:11
96:9 98:15,18
109:13 116:21
119:22 122:17
125:17 130:20
132:3 133:6,18
134:1 137:5
141:24 142:3
156:7 167:18
167:20,22
169:11 170:12
171:17 180:3
**questionable**
159:13
**questions** 8:9
8:14 9:20
125:15,21
195:16,19
**quick** 40:19
83:20
**quickly** 127:3
**quite** 94:23
173:6 185:6
**quote** 139:22
164:17,20
189:23
**quoted** 139:9
140:22 142:15
**quotes** 103:10
142:16 144:24
**quoting** 47:1
137:13

**[r - referenced]** Page 37

| r | | | recommended |
|---|---|---|---|
| **r** 2:1,13 199:3,3 | 118:20 147:5 | 132:12,13 | 64:8 112:10 |
| **racine** 197:2 | 147:12 188:8 | **rebranded** | 183:11 |
| **radical** 176:13 | **realize** 181:4 | 123:25 | **record** 4:3,12 |
| **raising** 136:20 | **really** 43:19,23 | **rebuttal** 2:24 | 5:2,21 55:2,6 |
| **ran** 120:19,19 | 66:4 83:16 | 10:23 11:7 | 58:14,16,19 |
| **range** 43:11,11 | 89:6 93:9 | 18:8,23 19:8 | 83:24 84:4 |
| 43:11,14,16,17 | 101:20,21 | 19:14,21 67:18 | 126:9,13 |
| 43:22,23 | 104:2 108:3 | 181:24 182:5 | 160:16,20 |
| **ranges** 34:3 | 113:1 161:24 | 183:14 184:11 | 181:18,21 |
| **ranging** 47:25 | 178:6 181:7 | 187:8 193:1 | 194:15,18 |
| **rashbaum** 2:2 | 193:15 | **receipt** 198:17 | 195:20 196:2 |
| **rates** 71:21 | **realtime** 1:19 | **receive** 20:3 | **recorded** 4:10 |
| **rather** 63:24 | 1:20 197:5,6 | **received** 65:18 | 4:14 197:9 |
| 78:20 142:17 | **reason** 9:23 | 119:2 141:5 | **recording** 4:6 |
| 153:1,3 180:14 | 74:12 84:19 | 144:25 146:3 | 4:10 |
| 184:20 | 88:13 89:9 | **recent** 17:12 | **reduced** 197:10 |
| **ratio** 183:16 | 92:15,17,18 | 21:18,22 32:18 | **reed** 1:10 |
| **raw** 188:22 | 93:1 96:6 | 101:16 144:11 | **refer** 59:21 |
| **reaction** 111:2 | 102:12 103:17 | **recess** 55:4 | 63:6 149:14 |
| **read** 36:13,18 | 108:24 112:19 | 58:17 83:25 | 152:13 158:22 |
| 47:9 56:22 | 114:2,4 117:1 | 126:11 160:18 | 176:9 |
| 98:17,18 | 124:10,20 | 181:19 194:16 | **referee** 158:25 |
| 117:20 143:13 | 128:18 129:11 | **recipe** 122:4,6 | **refereed** 159:5 |
| 198:9 200:5 | 131:23 132:6 | 124:24,25 | 159:6 |
| **reader** 156:2,6 | 132:16 135:14 | 125:1,2 | **reference** 34:15 |
| **readily** 61:19 | 135:18,20 | **recognize** | 43:11,23 44:25 |
| **reading** 166:7 | 154:22 157:21 | 96:18 138:20 | 45:6 62:15 |
| **real** 69:18 | 172:1 176:7,7 | 169:5,25 | 64:13 82:14 |
| 88:15,21 89:8 | 198:11 199:6,9 | **recognizing** | 83:4 116:25 |
| 103:23,24 | 199:12,15,18 | 146:25 | 136:10,14 |
| 105:19 109:7 | 199:21 | **recommendat...** | 151:4 152:5,18 |
| 109:23 110:7 | **reasonable** | 183:2 | 152:22,24 |
| 111:6,19 | 157:1,15 | **recommendat...** | **referenced** 11:9 |
| 112:13,16 | **reasons** 92:8,10 | 11:22 | 16:22 60:23 |
| | 92:13 126:21 | | |

**[referenced - reliability]**                                    Page 38

65:14 79:16
112:12,15
145:6 147:17
153:1 163:5
198:6
**references**
16:20 17:15
19:2,3,7 31:22
83:1 117:7
**referencing**
30:9 62:1,23
112:2 152:5
**referred**  61:24
88:14 132:24
153:4 160:25
162:25
**referring**  47:23
64:14,15
130:25 138:23
139:11 152:19
155:13,13
**refers**  142:16
**reflect**  16:10
19:21
**reflects**  58:8
**refresh**  15:15
30:19
**regarding**  3:5
14:11 182:8
**regardless**
69:10 172:1
**region**  71:14,14
84:17,17 174:4
**regional**  114:1

**regions**  174:24
**registered**  1:19
197:4
**regression**  45:6
45:19
**regulatory**
86:18 94:19
95:11,19 96:4
137:11 190:3
191:3 192:3,10
192:15,20
**reidentify**
18:15
**reinforced**
175:17
**relate**  24:21
25:1 29:19
119:22
**related**  4:23
10:6 24:23
25:2 44:3,4
72:6 93:19
102:10 132:5
**relates**  171:16
**relationship**
30:23
**relative**  197:13
197:14
**release**  2:25
10:5 50:6 80:1
80:6,12,17
90:16 91:9,12
91:21,25 92:1
92:7 95:17,23
96:2 101:19,21

101:22 112:13
112:16 113:20
116:16 118:11
119:10 123:11
127:15 128:20
131:4,17,19
132:23 134:5
135:8 136:16
136:19 137:23
137:23 139:13
140:12,14,18
140:21,25
141:11,16,18
142:9,18 143:8
143:11,24
144:3 145:7,21
147:18 148:12
148:25 149:5
150:19 154:7
154:12 161:20
161:23,25
163:5,11
164:16 165:2
165:11,17
166:3,4 167:4
167:7,11,16
168:7,16 169:7
171:15 172:13
172:18 173:14
175:12,14
176:4,8,17
177:9,25
178:21 179:1
179:13,19
180:10,16

182:14,18,23
184:13 185:2,3
185:12,15
186:20 187:6
188:2,12
189:22 190:1,5
190:14 193:9
193:22,23
194:3,4
**released**  49:2
94:20,24 144:3
**releases**  79:22
95:12,13
190:12 191:11
192:4,10
**relevance**
182:13
**relevant**  10:10
24:15 43:19
71:22 101:18
148:25 161:24
173:20 174:1
182:17 193:23
194:3
**reliability**
92:22 95:25
96:10 99:11
100:13,17
102:10,14
104:1 105:13
106:1,17 107:2
108:20,25
109:16 112:20
114:9 119:23
126:22 128:9

**[reliability - request]** Page 39

130:16,22
133:6,18,20
134:9 148:17
153:8 154:15
154:18 162:3
163:14 166:18
166:22 168:20
180:21
**reliable** 88:17
92:7,19 98:25
100:1 102:20
106:14 107:13
107:16 108:8
108:14,21
134:13 145:5
146:23 148:12
148:15,19,20
**relied** 162:4
**rely** 19:8,9
38:19 76:15
189:2
**relying** 79:21
**remain** 159:3
**remember**
11:11,13 13:2
13:5 79:4
130:5 179:23
180:1
**reminder** 7:13
**remotely** 1:23
200:7
**removed**
110:22
**rendered** 14:10
14:14

**repeat** 36:15
98:15 157:22
158:12,19
183:19
**repeatedly**
143:15
**repetitively**
44:11
**replication**
44:9,12
**report** 2:23,24
3:4 10:3 11:9
15:10 16:6,13
16:16 17:10,15
18:8,15,18,24
19:1,6,7,9,12
19:14,21 26:25
27:4 29:13
30:17 31:20
33:13 39:19
41:6,12 46:3
50:8 51:4,8
58:4,7 59:5,19
60:13 63:9
65:10,14 67:12
67:14,18,22,23
68:2 78:25
81:2,7,22
82:24 84:23
87:2,6 91:1,6,7
91:8,10,16
92:5 97:8,10
98:7 100:19
102:6,18
104:19 107:3

113:15 115:12
116:3,15,20
117:3,22 118:7
118:9,11
119:10 121:5
123:12,20,22
124:13 127:20
128:2,4,19
130:15,16,17
130:19,23
131:1 134:19
134:22,22,23
134:23 136:6
137:4,8 139:9
139:16 142:21
144:16 149:14
149:18 151:3,4
152:6 153:5
154:6 155:14
155:16 159:16
161:1 162:19
163:1 164:13
176:5 179:14
181:24 183:14
183:20 187:8
188:14 193:1
193:15
**reportable**
43:10,11,22
**reported** 80:5
105:5 113:4
117:9 132:18
134:8 148:11
149:4 164:9,11
164:20 165:5

165:10,17,20
180:4
**reporter** 1:19
1:20,22 4:21
5:4 36:12,16
48:15 53:1
86:10 98:17
116:8 123:15
132:2 155:1
197:5,5,7
**reporter's**
123:17
**reporting**
53:17 90:22
133:16 158:1
**reports** 10:23
11:7 14:21
15:1,4,8 17:8
18:9,19 19:23
112:22 126:18
127:9 130:18
130:25 131:6
167:4,11,24
178:23
**represent**
115:1,3
**representation**
177:4
**represents**
60:24
**reproducibility**
128:25
**reputable** 97:3
**request** 3:9
96:16

**[requests - reviewed]** Page 40

**requests** 65:6
**require** 31:18
37:7,16 111:16
111:19 174:6
**required** 8:17
32:2 48:24
85:2,15,16,19
86:8,15 87:4
104:22,24
122:14 190:5
191:14,16
**requirement**
192:13
**requirements**
86:20 122:14
**requires** 31:19
38:14 66:22
100:6 188:5
**requiring**
104:5 112:4
**reread** 10:3
**research** 24:18
24:23 25:13
26:2
**resolved**
158:11
**respect** 14:19
19:22 22:4,20
23:20 24:1
25:14,15 41:15
57:19 58:2,22
58:24 59:3
83:5 112:19
113:12 116:1
128:8 180:6

182:18 185:20
186:3,4 188:25
189:19
**respectable**
89:5
**respects** 30:6
**responded**
136:18
**response** 18:8
31:2,7,10
169:19 193:16
**responsibilities**
21:9,16 22:16
24:25
**responsibility**
22:1 128:7
172:20,21,22
191:22
**responsible**
22:18 24:19
113:5 191:8,10
192:3,6
**result** 32:3 35:7
35:10 36:9
38:18 44:2,3
45:10 66:13
69:5,18,19
73:9 74:20
75:19,21 78:6
87:9,12 133:19
158:11 159:15
173:4,5,7,8,9
173:10
**results** 34:19
35:11 36:24

37:15 44:14,18
45:16 53:12
79:15 80:3
81:14,19 90:22
91:2,11,20
92:6 96:13
97:9 98:8,24
102:15 106:18
108:13 109:16
117:6,8 119:6
120:11 123:22
131:7 132:6,18
133:7 135:19
135:20 137:19
139:7 145:4
148:10,11,14
148:16,24
149:3,22
155:23 156:4,5
156:23 157:12
157:16 158:24
159:3,5,6,7,8,8
159:13,22
160:3 162:12
165:22,23
166:16 168:17
171:17,19
187:23 189:4
**retained** 14:4
196:5
**retired** 21:1,20
21:23 25:22,23
**retirement**
21:11

**return** 198:13
198:16
**returned**
158:10 159:15
**revealing**
176:18
**reveals** 85:13
189:11
**review** 10:8,23
18:18 92:14
93:6,8,8,18,19
94:11,13,14,16
95:3,11,20
99:3,9 101:7,7
114:18 131:12
146:14,14
149:21 188:18
189:25 190:4
190:13,15,15
198:7
**reviewed** 10:4
10:7,9 11:6,10
11:12,15,20
17:6 41:5,11
80:19 90:19
92:16 93:2,5
93:12,21,25
94:3 95:1,8,19
95:23 99:1
100:9 105:4
136:15 153:11
154:20 162:4
163:15 164:23
165:12 188:21
188:22 189:24

**[reviewed - samples]**                                    Page 41

190:2,7 193:3
**reviewing**  92:1
  137:22
**richard**  1:10
**right**  6:9,17 7:6
  12:8,9,13 17:8
  17:20 23:15
  27:7 29:15
  31:21 34:22
  35:7 38:15
  43:6 47:20
  55:1 56:19
  57:7,12,16
  58:4,8 59:21
  63:13 64:21
  65:14,20 66:19
  66:23 69:25
  70:5,22 71:3,5
  71:8,15 72:20
  73:9,16,20,22
  73:25 74:18
  76:1 77:23
  78:16,19 79:8
  79:22 81:9
  83:6 84:9,14
  84:17,21 86:9
  86:16 87:9
  88:1,4 89:12
  90:20,24 91:2
  91:21 92:8,11
  94:9,18 95:5
  97:21 98:13
  100:23 102:1
  102:16,22
  103:4 104:12

108:9 109:1
111:9 112:22
113:1 114:11
115:14,17,18
116:19 125:5
126:6,23
127:16 128:11
130:4,18,21
131:4 132:15
132:18 139:10
140:16 141:18
142:19,20
143:3,24
144:13 146:12
147:15,19
148:7,23 149:1
149:16,25
150:5 151:19
151:21 152:9
153:3 154:8
155:18 156:10
156:21 157:8
157:13 158:6
160:7 161:15
161:20,25
162:20 163:6
164:20 165:6
165:15 167:6
167:10,12
170:9 171:9
172:11 173:13
174:7 175:1,5
175:9 176:11
177:12 178:3
178:24 179:16

182:11 183:4
184:3,9,10,14
184:24 185:12
185:15 187:2
187:13,20,24
188:2,10,16
189:24 190:19
192:4,11
193:24 194:4,5
194:24
**robust**  36:9,21
  36:22 38:14
**role**  21:4,9,18
  22:2 23:1,5,20
  24:12
**room**  6:15,17
**root**  142:12
**routine**  98:10
**rows**  118:18
**rt**  3:6 41:9,13
  59:10 117:12
  123:23 152:3
  158:13
**rugged**  49:4
**rules**  1:17,17
  7:12 8:16 34:5
  34:17,18
**run**  44:11 54:7
  108:3 114:18
  115:9 120:13
**runs**  115:14
**rush**  103:7
  113:19 131:12

**s**

**s**  2:1,13,13
  199:3
**sabbatical**
  20:14,18
**safe**  140:24
**salt**  127:20
  173:22
**sample**  76:4,6
  76:20 105:6
  106:19 108:9
  108:12 109:2,6
  109:14,15
  110:12,24
  111:22 120:17
**samples**  53:11
  61:22 76:22
  88:12,16
  100:11 103:9
  103:15 104:12
  104:16,21,24
  104:25 105:2,9
  105:10,12,17
  105:22 106:4
  106:10,22,23
  106:24,24
  107:4,8,24
  108:3 109:1,3
  109:7,19,19,21
  109:22,23,24
  110:5,6,7,25
  111:7,9,13,17
  111:20 112:5
  112:13,17
  119:2,18,25

**[samples - sense]**                                                              Page 42

120:10,14,15
121:3 139:17
142:22 146:11
147:6,12,14,19
147:25 148:3
155:17,20
156:9,13,18,24
157:4,4 158:3
158:10,24
159:5,15
163:20 188:7
**saragene** 3:4
82:12 121:6,12
121:15 122:18
122:23 123:25
**sars** 118:20,23
120:7
**satisfy** 86:18
**satterfield** 1:11
190:7
**saying** 8:15
33:5 47:15
57:23 62:24
63:5 64:6
70:13 74:1
76:18 77:8,19
94:6 97:19,24
112:3 119:3
120:11,17,21
123:18 124:8
124:15 125:11
127:4,5 134:3
140:5,15
159:11 167:10
168:14 176:19

187:1 193:9,11
**says** 8:23 46:11
60:15,18 61:14
62:13 66:6
73:13,18 74:19
81:13,25 82:1
82:4,25 83:10
92:22 109:5
118:6,21,22
123:20,22
124:8 135:15
139:1 141:5
142:21 143:25
144:3 156:17
157:9 158:7,10
159:2 161:10
166:8
**scale** 45:3
**scheduled**
161:17
**schmaling** 1:18
4:22 197:4
**science** 20:6
185:4
**scientific** 25:6
93:7,8,17
94:10,13,14
95:2,8,20 99:3
100:20 101:16
131:8,11,22
153:10 168:11
189:25 190:4,8
**scientists** 20:22
95:23 149:21
184:20

**scope** 118:22
120:5,6 123:20
**screen** 15:16
26:22 27:1
46:21 55:9
**screening**
173:6
**scribble** 194:25
**scroll** 152:14
**seal** 197:18
**seattle** 2:7
**second** 20:18
52:10 73:5
78:1 102:12
127:13 128:22
151:18 164:22
184:7,9
**secondary**
193:25
**section** 51:9,10
60:14 61:13
158:7 159:14
184:12,16
187:10 193:2,6
**see** 15:24 18:4
39:16 43:3
45:12 46:10,14
47:7 51:13,22
55:24 60:16
61:5,11 72:13
72:18 77:4,16
80:12 81:11
83:20 91:18
94:12,19 99:18
117:16 118:25

124:3 129:9
130:12 134:4
139:21 140:23
143:3 156:21
157:10 158:8
158:14 166:19
177:4 183:17
193:3 195:11
195:12
**seeing** 6:14
27:2 46:20
70:11 97:14,21
98:4
**seem** 127:9
157:15 183:1
**seemed** 124:16
169:16
**seems** 82:24
120:20 165:13
177:18 189:9
194:7
**seen** 4:9 32:18
32:21 117:19
118:4 188:20
**select** 76:13
**selection** 50:21
**selective** 111:3
**sell** 184:23
**semiautomatic**
28:6
**seminar** 50:7
50:20 51:1
**senior** 50:18
**sense** 7:19,24
8:11 133:21

**[sense - situations]**                                    Page 43

159:21 191:5,6
**sensitive** 74:8
  136:22 137:14
  139:3 166:11
**sensitivities**
  171:3
**sensitivity**
  43:22 52:24
  53:6,13,17
  56:15,18 59:12
  59:14,15,20,23
  60:20 61:18
  62:20 63:12,16
  63:25 64:4
  65:1 67:20
  69:17,24 71:25
  72:3 74:4
  75:23 76:1,5
  76:12,19 77:10
  77:13 79:6
  84:24 85:7,14
  87:15,16,17,22
  88:9,13,14
  89:9,17,19,23
  89:25 90:10
  102:21 105:18
  106:5 108:2
  114:15 119:1
  129:1,5,7,10,21
  129:21 130:1
  132:22,25
  133:24 134:2
  141:8 143:16
  144:11 149:10
  154:1 164:7

167:2 170:7
172:24 175:22
176:23,25
177:24 180:13
180:14,19,19
181:3,5 183:16
184:1,8 187:16
187:18,24
191:20
**sensors** 27:14
**sent** 137:13
  139:2 198:14
**sentence** 47:4
  164:23
**sentences** 47:9
  182:8
**separate** 74:6
  76:8 82:19
  145:3
**separately**
  60:12 133:2
  159:6
**serbin** 1:10
**series** 34:18
  44:10,11
**serious** 95:20
  103:24
**serum** 110:17
**service** 21:15
  22:1 24:18
  50:15 98:22
**set** 10:15 30:14
  30:14 107:5
  119:18 120:3
  120:15 171:3

197:17
**sets** 181:11
**setting** 88:21
  172:8
**settled** 105:8
**seven** 3:6 68:25
  152:2
**several** 132:12
  135:11 179:21
**share** 26:22
  46:21 83:18
  96:13 151:22
  178:5 179:25
**shared** 178:11
**sharing** 55:9
  174:6
**shed** 83:21
**sheet** 198:11
**short** 126:6
  179:24
**shortage**
  103:24
**shorthand** 1:22
  197:7
**shortly** 127:14
  127:15
**show** 30:17,22
  87:15,16
  100:25 115:9
  149:10 168:20
**showed** 176:23
  179:1
**showing** 108:12
**shown** 81:3
  135:19 184:1

**shows** 153:23
**sic** 138:1 160:5
  190:25 191:23
**side** 43:3,6
**sign** 128:3
  198:12
**signal** 31:2
**signature**
  197:21
**signed** 41:5,11
  96:5 113:16,16
  113:17 124:14
  127:1,5,7
  198:19
**significant**
  179:2,5
**significantly**
  71:14
**silence** 7:5
**similar** 62:11
  108:12
**simple** 110:13
  142:11
**simply** 13:21
  66:25 67:5
  124:5 176:18
**simultaneously**
  29:22
**single** 29:21
**sir** 42:13
**sitting** 5:9
**situation** 99:16
  103:6
**situations**
  158:23 173:6

**[six - specify]**                                                                                    Page 44

**six**  196:4

**size**  32:2 108:9
108:12 109:6
109:15

**sized**  48:1

**sizes**  106:19

**skeptic**  114:7

**skeptical**  136:2

**skills**  49:7

**sloppy**  78:20

**slow**  131:8

**small**  25:20
35:25 47:25
163:19

**smaller**  87:20
105:11 106:19
108:11

**smart**  40:14
79:20 80:5
90:23 100:22
101:4 121:2,3
121:6,13,13
122:19,23
123:23 141:9
142:13 149:16
153:19,19,22
160:25 163:23
163:25 175:2

**sold**  49:2

**solutions**  2:15
4:23 44:10
196:6 198:23

**solve**  97:20

**solvent**  110:15
110:21

**somebody**
141:23

**someplace**
190:22

**son**  6:7,14
14:24 25:24

**son's**  10:16

**soon**  195:13

**sops**  46:9 47:19

**sorry**  6:4 15:17
16:4 17:22
41:22,24 42:2
42:23 49:20
53:3 55:16
56:7 65:9
67:22 68:22
75:6,7 81:18
91:4 92:17
97:23 99:14
102:8 116:7,12
117:24 119:9
121:11,25
124:18 138:6
141:14 142:3
148:18 153:21
160:9 162:22
168:19 172:15
193:19

**sort**  22:10,17
26:14 35:3
60:9 69:17
134:25 162:15

**sorts**  22:15,18

**sought**  111:4

**sound**  181:9

**sounds**  74:17
93:22 97:19
125:23

**source**  51:3
99:23 103:13
103:14,15
106:25 114:8
130:9 141:15

**sources**  125:5,8

**south**  2:3
188:15,18

**speak**  7:18

**speaks**  143:6

**special**  22:22
54:11

**specialize**  48:6

**specialized**
54:20

**specific**  19:4
22:14 23:22
33:22 38:4,5
39:22 52:18
62:8 65:15
72:6 76:6
131:23 132:6
137:15 139:4
139:17 142:22
143:9,12
166:12,25
192:12

**specifically**
11:18 24:2,6
25:17 31:16
35:15 41:15

50:13 81:10
86:9 115:17
143:22 160:5
186:22 191:11

**specificities**
171:4

**specificity**
52:25 53:7,13
53:17 56:16,19
59:14,16,20,23
60:20 61:19
62:19 63:13,17
63:25 64:4
65:2 67:20
69:17,25 71:25
72:3 75:24
79:6 84:24
85:7 87:15,23
88:9,14 89:9
89:23 90:1,10
102:21 119:1
128:24 129:5,9
130:3,4,5,11
133:24 141:9
143:16 144:10
154:1 164:7
170:8 172:25
175:23 177:25
184:2,9 187:16
187:19,24
191:20

**specified**
190:10,16

**specify**  11:2

**[specimen - study]**

**specimen** 130:7 158:12

**specimens** 29:2 89:7 102:13,20 103:12,22,24 110:9 120:3 130:7 134:15 134:15 147:4,5 155:16 159:23 164:1 180:21 180:23,24 188:8

**spectrophoto...** 27:16

**speculation** 98:14

**spent** 20:14,18

**sponsored** 50:8

**spread** 71:6,11

**spring** 51:25

**ss** 197:1 200:1

**staff** 24:5 54:4

**staffed** 54:19

**stage** 36:22 93:9,10

**standard** 35:4 44:10,16 46:6 52:17 60:24 61:4 62:2 64:8 83:14 117:11 118:19,24 119:11 120:9 182:15 183:7 189:2 192:21 192:24

**standardize** 62:6

**standardized** 38:19

**standards** 11:17 45:1 61:10

**standing** 103:18

**start** 30:13 35:1 55:13 113:7 149:18

**started** 9:21 25:23 111:16 111:19 112:4

**starting** 25:24 92:14 113:12 161:3

**starts** 26:15 47:5 161:5 184:12

**state** 1:21 5:1 5:20 13:7 38:24 51:10 59:19 197:1,8 197:22 200:1

**stated** 39:1

**statement** 51:2 62:11,12 78:20 78:23 79:3,13 103:21 112:24 128:24 136:13 136:14 140:1 140:21 144:24 165:16 176:13

176:14 187:17

**statements** 74:23 134:5 140:19

**states** 1:1 4:17 145:11

**stating** 58:6

**status** 73:21

**sten** 2:15 6:7,10 15:14,20 17:25 30:19,20 42:15 42:18,21,23,25 46:16,22,25 55:11,16,18 56:2 68:4 138:17 141:23 151:15,19,23 151:25 160:9 160:11

**step** 142:8,8

**stephen** 2:14

**steps** 33:17 153:7 154:14 154:17 162:2 163:13

**stock** 184:23

**stocks** 169:17

**stored** 130:7

**strange** 95:6

**strategies** 71:10

**stray** 178:9

**strengthen** 186:23

**strictly** 29:11

**strike** 12:23 22:3 27:21 57:22

**strip** 12:17

**strips** 13:4

**strongly** 26:10 189:3

**structure** 22:9

**structured** 22:12

**studied** 185:25 186:8

**studies** 72:4 86:6 92:23 93:13 96:8,23 102:15 107:5 107:21,22 108:1,8,11,20 111:14 113:12 115:10 120:25 133:1,14 135:11 143:21 143:23 144:1 145:23 150:7 150:20 165:16 166:25 180:4 180:17,20,22 181:8,10 193:3

**study** 3:7 19:3 19:4,4 45:20 45:23 72:1 85:20 86:2 97:1,3 99:5 102:10 106:14

**[study - takes]** Page 46

107:7,7,9,10 108:2,4 110:8 112:20 115:17 132:17,21 133:11,12 134:7,12 137:18 139:6 139:17 142:22 144:9 150:3,5 150:5 151:3 152:19 153:4,8 154:3,10 160:6 160:7 161:4 162:3,5,8,18,19 162:25 163:2 163:14,16,20 163:24 164:9 164:10 167:3 180:12,22 181:4,9

**studying** 20:14 20:19

**stuff** 104:17 183:21

**subject** 39:12 39:24 40:8,15 174:5

**subjects** 61:22

**submission** 147:23

**submitted** 136:7 137:6 144:17 146:4,7 191:9

**submitting** 81:24 85:21

**subscribed** 200:19

**substance** 111:5

**suggest** 102:19 189:21

**suite** 2:3,6,10

**summaries** 135:11

**summarize** 91:1

**summarized** 127:22

**summarizing** 91:11,19 164:9

**summary** 51:8 51:10 94:23 127:9 129:8 139:25 144:11

**superceded** 158:19

**supervisor** 113:17 127:2,6

**suppliers** 121:17

**supply** 96:21

**support** 10:17 96:22 102:3 108:1 127:24 129:4,6,23 134:2,12 166:25 167:3 180:15 182:23

**supporting** 25:25 132:24 135:13

**supports** 129:25

**supposed** 9:2 86:1 135:16

**supposedly** 49:4 71:25

**sure** 11:1,8,10 37:14 38:9 44:19,20 67:2 67:11 69:21 76:18 77:22 109:18 111:18 113:1 114:23 117:18,20 120:1 134:18 137:3 151:12 160:13 162:11 170:3 188:24 194:10

**surmise** 104:18

**surprised** 94:23

**surprising** 93:20

**suspicions** 131:24 132:5

**sweden** 20:17

**sworn** 5:15 200:19

**symptomatic** 188:8

**system** 30:12

**systems** 23:9

**t**

**t** 2:13 3:1 199:3 199:3

**table** 30:21 82:4 83:1 118:16 134:20 135:2,19 151:10 153:20 153:20,22,22 153:23 159:4

**tablet** 6:21 7:3

**take** 4:11 9:5,6 9:13 29:2 36:16 40:19 44:9 54:22 60:12 83:19 103:12 113:6 124:24 125:2 126:5 130:6 138:16 152:8 153:7 154:14 154:17 155:4 160:12 162:2 163:13 181:14 194:9

**taken** 1:16 4:15 200:6

**takes** 15:17 31:10 39:6 44:5 46:1 66:11 87:14 111:2

**[talk - test]**                                            Page 47

**talk** 33:18,18 52:21 63:23 82:10 84:20 92:13 96:11 125:1 129:22 161:3 187:11

**talked** 14:24 45:1 84:12,16 85:6 131:9 132:12 148:4 166:17 167:1 179:20 193:7

**talking** 22:15 25:3,5 33:21 77:25 79:4,5 84:7 91:8 115:16,18,20 118:2 126:16 133:22 138:12 140:24 151:9 153:2 160:23 186:21

**teaching** 21:21 24:18,21 25:13 26:1

**technical** 50:10

**technically** 86:5 169:23

**technique** 45:19 142:4,11

**techniques** 26:20 27:24 28:14 29:7

**technologies** 27:20 29:9

36:1

**technologists** 24:5 54:5,12

**technology** 21:21 27:13 30:16 35:18,20 35:22 36:4,7

**tell** 6:1,5 8:3,4 106:5,6 152:8 152:21 188:13

**telling** 137:22 158:2

**ten** 17:11 25:23 54:24 68:17,20 68:22,25 69:2 72:15,18 73:8 73:14,18,24 77:1,4,6,8,17 78:5 105:17 109:21,22 134:14,15

**tend** 26:12,21 28:3 36:9,20 63:16 64:2 99:2 124:14 136:2 183:13 183:21

**tended** 170:15

**tends** 23:11 65:3 99:25

**term** 62:8 63:18,19 103:10

**termed** 56:17 63:10,11

**terminology** 62:7 65:1,4,6

**terms** 22:16 23:11 24:8 44:13 48:9 60:19,22 61:2 62:4 63:14,22 64:2,5,7,8 65:8 72:7 74:25 75:2 85:12,14 88:17 106:2 113:3 114:14 114:16 131:10 134:10 139:11 153:20 165:25 169:19 171:22 174:15 180:23 189:15

**terrible** 58:9

**test** 13:3 14:12 17:18 26:14 29:21 31:1,3,9 32:2,9 35:13 35:13,16,16 37:8,9,15 40:14,14,17 41:7,9,13,17,20 42:3,6,10,11 43:5,5,7,12,18 43:20,24 49:1 49:3 52:2,24 53:5,12,12 56:15 59:10,25 60:5 61:1,9 64:23 66:4,6

66:12,13 68:11 68:12,18 69:1 69:5,11,23 71:23 72:16 73:6,15,19,21 74:3,4,8,10 76:2,3,4,6,21 76:21 77:2,3,5 77:9,15,17 78:18 79:5,12 79:21 81:14 82:2,12,13 83:5 85:4,10 85:14,20 86:8 86:14 88:25 89:7 90:7,13 90:24 93:4 96:14,21 98:13 98:13 99:16,25 100:22 101:5 101:13,15,25 102:15 104:3 107:23 110:9 111:24 117:12 119:12 120:18 123:23 124:22 127:21 129:20 129:20 130:1 130:10,11 135:12 137:16 139:5,20 140:2 142:25 143:19 144:5 146:18 149:12,16 154:14 158:7

**[test - think]** Page 48

160:4 163:23
166:10 169:6
169:11 170:19
170:23,24,25
171:1,9,23,23
172:10,23,25
173:1,19 174:3
174:25 175:2
175:24 176:11
176:22 177:1
177:17 178:1
189:10
**tested** 82:23
88:13 109:1
121:2 170:22
188:7
**testified** 5:16
11:24 12:4,10
12:11,12 13:18
70:20 147:11
148:23 154:4
161:22 194:2
**testify** 9:24
125:13
**testifying** 12:19
**testimony**
13:12,15 32:24
39:23 71:15
78:13 94:6
123:1,8 124:12
124:21 125:10
125:24 126:1
136:9 172:11
172:16 178:4
190:19,24

191:1 196:3
198:9,17
**testing** 25:7
26:13 27:12
32:17 34:7,11
35:24 41:3,17
52:19 64:20
66:7 71:10
75:16,19 88:11
96:12 98:2
110:6,18
122:17,19
148:22 158:12
158:19 164:1,2
171:6 173:25
174:5 175:20
184:19 188:10
189:16 192:8
**tests** 2:24 11:19
12:17 14:6,8
16:7 23:17,21
24:1,12 25:10
26:18,19,20
28:3,5,9 29:22
30:4,4,10,25
31:15,16 33:15
33:25 34:21
35:6,9,15 36:8
36:20 38:18
39:2,8,11,13,15
39:22,24 40:3
40:4,7,7,9,12
41:15 46:6,10
47:7,17,20
48:9,12,20,21

48:22,23 49:6
49:8,13 50:11
50:22,25 51:13
52:6 53:18
54:7,13,17
60:11 62:4
64:25 74:13
76:7 80:5
81:14 82:11,15
96:17 101:18
102:25 103:2,3
104:8,23 109:2
109:17 111:14
122:23,24
124:1 143:14
153:17 160:25
169:14,18
170:1,17
174:16,24
**testutah** 173:23
**thank** 51:7
106:15 195:16
195:22,24
196:6
**theory** 87:24
88:22,24
**thing** 9:10
64:10 76:18
89:3 131:13
170:13
**things** 22:9
32:22 37:25
43:4 82:20
88:25 90:5
93:14 100:2

109:20 122:7
146:18,21
148:2 169:25
193:8
**think** 11:5,8
12:16 13:9
16:19 26:10
32:13,24 33:23
36:19 39:1,16
39:18,22 52:14
54:22 55:17
56:25 59:16
63:14 64:3,10
64:10 65:3
67:10 70:7
72:20 73:17
75:9,22 77:18
77:20,23 78:9
78:10,16 85:16
87:1 88:8,23
91:5 94:18,21
94:22,24 96:24
96:24 98:16
103:5 104:18
105:4,15
109:18 111:15
112:6 113:25
120:12,14,17
122:25 124:7
124:23 125:11
125:20 127:23
128:25 131:8
132:6,11
136:16,17
140:17,23

**[think - trading]**                                          Page 49

143:17 145:24
147:25 148:14
149:6,18
151:11 152:8,9
152:10,18,21
152:23,24,25
154:13 156:7
156:16 159:11
164:5 165:25
166:1 167:22
168:3,4,15
169:24 170:4,6
171:4 172:17
172:19 173:14
173:22 175:16
175:16 176:21
178:15,17
179:20 181:1,8
181:13 185:5
188:20 190:22
191:2,24
192:21 194:11
**thinking**  47:24
  133:20
**thinks**  169:14
**third**  2:6 8:1
  52:10 108:24
  164:23
**thirds**  177:23
**thorough**  86:1
  100:6
**thought**  112:2
  116:18 121:25
  145:25 169:17
  171:8 172:11

175:15
**three**  39:22
  68:20 69:2
  108:11 159:8
  180:18 181:7
**throw**  155:22
**thrown**  110:11
**tie**  143:8,11,22
**tighten**  105:23
**tilt**  17:23
**tim**  2:14 4:20
**time**  4:3,4 7:9
  9:7 12:7 32:11
  36:10,25 37:6
  38:13 39:14,23
  40:19 48:8
  49:23,24 50:5
  50:19 55:2,6
  58:9,16,19
  71:1 73:23
  83:24 84:4
  86:10 92:14
  93:14 96:25
  102:3 104:5
  112:1 113:7
  117:18 118:20
  126:9,13 131:3
  137:21 138:3
  139:12 141:12
  145:24 146:25
  160:16,20
  169:15 170:15
  171:8,9,10
  174:20 181:15
  181:18,21

193:8,10
194:15,18
195:17,23
196:2 198:18
**timeframe**
  198:8
**times**  10:20
  12:4 39:6 50:2
  90:7 123:18
  175:19 179:21
**timing**  130:17
  130:22 131:6
  131:24 132:5
**tired**  178:6
**title**  194:7
**titled**  152:2
  184:12 193:2,7
  193:18,20
**titles**  135:1
**tn**  57:15,16,17
  57:17 184:6,7
**today**  6:2,6 9:6
  9:24 100:20
  178:4 194:22
  195:6,17,23
**today's**  10:1
  196:3
**together**  28:13
  32:6 72:8
  80:23 107:5,16
  109:20 113:19
  121:18 127:3
  127:13,14
  131:17,19

**tomorrow**
  131:20
**took**  3:11
  178:25 195:5
**top**  43:21 118:6
  118:18,21
  120:5 135:10
  158:6
**topic**  2:23 16:6
  144:15
**total**  31:20,23
  32:1,4,10,16
  33:21 34:1,14
  56:25 107:3,10
  156:17 159:24
  196:4
**towards**  26:17
  39:3 55:14
  92:21 163:9
  166:8 181:15
  183:17
**toxicology**
  22:22 28:3
  35:3
**tp**  56:5 57:6,7
  57:11,11
  183:16,17
  184:6,6
**traceability**
  134:17
**track**  37:5
  38:12
**trading**  1:4
  4:15 5:11
  169:17 198:4

**[trading - understand]** Page 50

199:1
**trained** 54:6
**training** 20:12
20:14 26:5
54:11,12
**transcribed**
7:14
**transcript** 3:16
4:1 7:14,23
198:6,19 200:5
**transcription**
162:10
**transition** 44:1
**translate** 89:22
**translation**
59:13 89:18
**treated** 155:24
**trend** 50:16
**trial** 12:1,5,9
12:10,11
**tried** 30:17
145:24 159:12
172:3
**tries** 30:22
**trouble** 6:3,24
**troubleshoot**
98:4
**troubleshooti...**
97:16
**true** 37:15 52:4
71:11 73:20
89:20 94:1
147:24 169:9
169:11,23
200:8

**trust** 99:13,23
105:24 106:8
114:4 124:15
135:20
**truth** 173:9,10
187:10,11,12
187:12,17
188:5,6,13
189:23
**truthfully** 9:24
**try** 9:5,9 15:13
26:22,25 37:14
44:17 45:20
58:14 62:6
69:3 74:15
75:24 76:7
98:1,21 105:13
107:6 133:9
137:9 159:21
181:2
**trying** 38:12
43:25 73:2
74:6,11 89:6
97:20 101:24
107:1 121:24
125:22 127:18
131:21
**tupiak** 2:14
4:20
**turn** 19:25
153:25 181:24
**two** 2:3 9:8
20:5,21 39:22
45:21,21 47:9
57:2,2,13,25

58:2,22 62:16
62:18 63:24
72:1 74:7 82:5
82:10,14,14,19
82:20,21,21
86:6 95:1,2
122:14,16
123:6 124:9
126:21 130:14
154:13 158:10
159:4,4,14,18
165:14 177:23
**type** 27:15
30:25 31:8
35:21 44:9
49:22 65:1
88:12,19
108:25 109:2,6
109:14 111:3
146:24
**types** 23:13
25:4 30:5
109:19 188:7
**typical** 48:6
93:3 96:12
177:15
**typically** 16:23
29:1 38:6
43:16 44:23
84:23 85:19
98:7 146:1
172:5 191:10
**typing** 183:21

**u**

**u.s.** 5:24 86:21
86:22 144:8
184:23
**ua** 85:4
**ultimately**
26:18 192:18
**um** 6:10
**unable** 9:24
**uncertain**
71:19
**under** 1:16 8:1
8:16 46:14
47:4 81:11
87:5,16 93:13
95:9,17 96:20
123:19 197:11
**underlying**
99:11 150:22
**understand** 8:2
8:5 46:12
48:15 49:9
50:24 51:24
60:4 67:1,2
69:21 74:15
90:5 98:1
101:8 113:11
114:8 121:1
125:22 133:15
165:21 166:22
168:24 169:22
173:3 174:2
185:2 186:24
189:7

**[understanding - validation]**                    Page 51

**understanding**
11:21 58:9
82:16 97:23
101:24 110:1
123:7 136:3
168:12 170:4
171:6,22
173:12 190:18
190:20
**undiluted**
158:12
**unfamiliar**
50:3
**uniformity**
132:17 133:1
134:7
**unique** 31:17
35:21 50:14
**unit** 4:13 55:3,7
84:5 116:6
126:10,14
160:17,21
181:22
**united** 1:1 4:17
145:11
**units** 196:4
**universally**
35:4 155:25
157:18
**university** 20:7
20:16,20,24
21:4,8,12,19
22:21 24:20
25:22 48:2,3
49:11,14

149:24
**unknown** 111:1
**unquote** 189:23
**unreliable**
105:12 131:7
132:7
**untrained** 49:5
**update** 11:21
**uppsala** 20:16
20:16
**urgent** 37:16
**usage** 59:17
**use** 23:17 32:16
42:6 45:19
54:16 62:7
64:2 65:18
67:9,19 68:12
86:8,15 90:11
97:7 100:7
103:8 104:2,15
105:11 111:6
111:12,22
112:13,16
113:2 146:15
146:16 169:6
172:3 191:16
192:14
**used** 12:18
27:25 31:3
33:20 40:3,9
49:6 59:9 61:3
61:4,8 62:5
63:7,15,18
64:8 83:5,14
94:25 100:11

103:11 104:23
113:20 119:5
119:11 122:8
133:11 146:11
169:24 173:1
173:19 196:4
198:19
**useful** 90:1,15
**usefulness**
71:22 102:14
174:15
**user** 99:21
**users** 176:1
**uses** 44:6 65:4
**using** 30:17
34:4 39:5
46:22 64:25
65:10 67:19
76:21,21 77:3
119:2,16
147:12 183:4
**usual** 192:1
**usually** 53:10
70:21 84:20
97:8 103:2
114:5 135:21
147:12 161:14
178:11
**utah** 1:2,9 4:18
68:8 70:7
71:21
**utilization**
122:6
**utilize** 31:4
174:24

**uw** 21:17

**v**

**v** 198:4 199:1
**vague** 81:4
88:5 106:20
107:18 115:15
129:13 145:15
**validate** 60:3
85:15 86:2
96:17
**validated**
118:24 120:8
**validating** 46:5
47:6,16 49:8
49:13 50:4
51:12 54:18
76:7 86:7,14
93:3 97:5
104:23 183:12
**validation** 2:23
11:18 16:7
17:16 24:4,22
24:24 25:1
29:23 30:2,8
30:13 33:14,17
41:6,12 42:3
48:10,25 50:21
79:15 80:4
85:3,23,25
90:9 96:13,16
96:20 97:9
98:8,24 99:5
99:10 102:25
103:25 107:22
110:8 111:13

**[validation - water]**                                        Page 52

112:21 113:8
115:10 121:5
123:20,22
124:13 128:1
128:18,19
134:22,23,23
137:17,19
139:6,8 143:20
143:23 144:11
148:5,8,10,11
154:6 169:10
187:22 193:3
**validations**
  24:11 25:3,4,4
  25:6,9,15,16
  29:15,18 62:3
  93:4,24 94:2
  104:7,16
  105:11 106:16
  106:18 128:8
  143:9,12
  180:18 189:2
**validity**  114:3
  117:1
**value**  37:16
  38:12,13 45:25
  60:7,8 65:20
  65:21 66:21
  67:3 68:15,24
  69:3 72:8,10
  72:21 73:7,13
  74:1,15,19
  75:13,19,20
  77:21,24,25
  78:4,11,14

79:4,8,13
84:21 85:8,8
90:12 105:19
156:25 159:9
171:13,14
172:15,16,19
174:3 175:24
**valued**  43:15
**values**  43:13
  45:4,5 67:10
  84:13 114:15
**variation**  44:16
  133:5,8
**varied**  70:25
**varies**  173:10
**variety**  27:14
  27:15 70:21
  153:23 162:7
**vary**  71:13
  84:16 175:7
**vastly**  165:14
**venture**  81:23
**verification**
  17:16 41:6,12
  41:19 52:7
  85:3,20,25
  98:24 111:13
  183:13
**verifications**
  24:11
**verify**  86:4
  126:20 198:9
**verifying**  49:13
  50:3 54:17
  86:7,14 97:6

**veritext**  1:23
  2:14 4:22
  196:5 198:14
  198:23 200:7
**veritext.com.**
  198:15
**verona**  6:8
**versa**  71:23
**version**  62:11
  62:12 172:9
  179:24
**versus**  37:24
  42:10 46:1
  188:8
**vice**  71:23
**video**  1:15 4:10
  4:14 55:6
  58:19 84:4
  126:13 160:20
  181:21 194:18
**videoconfere...**
  1:24 200:8
**videographer**
  2:14 4:2,21
  17:22 18:1
  55:1,5 58:15
  58:18 83:23
  84:3 126:8,12
  160:15,19
  181:17,20
  194:14,17
  195:21,25
**view**  122:22
  168:5 171:12

**viral**  39:16,21
  40:5 123:18
**virology**  28:17
  28:25 40:25
  82:5,8 83:2
  117:8,11
  119:17,18
  120:4,12,13
  121:2
**virtual**  1:23
  200:7
**virtually**  125:5
**virus**  51:24
  87:14,21
  103:13 110:25
**voices**  58:11
**vs**  1:7 4:16

**w**

**waiting**  141:24
  141:25
**want**  9:8 26:23
  30:20 32:23
  33:11 40:22
  54:24 67:11,15
  69:21 77:22
  91:5 100:25
  105:1,3 115:16
  117:18 125:13
  126:20 129:22
  144:15 151:12
  152:20 194:11
**wants**  137:24
**washington**  2:7
**water**  110:15

**[wave - yeah]** Page 53

**wave** 48:23
**way** 7:18 8:13
  31:14 32:6
  34:7 36:20
  40:4 61:22
  62:16 69:3
  72:20 73:23
  77:23 78:10
  79:1 107:1,6
  124:10 133:4
  135:3 142:11
  143:13 155:25
  157:15,17,23
  167:3 169:12
  171:18,20
  178:20 184:22
**ways** 29:4 39:7
  54:2 59:20
  100:15 156:22
**we've** 39:5 85:6
  125:4 126:6
  131:18 132:11
  166:17 167:1
  172:9 179:20
  187:22
**website** 141:7
**wel** 125:25
**welcome**
  125:18 178:5
**went** 12:9 50:6
  95:24
**westgard** 1:15
  2:15 3:11,12
  4:14 5:13,14
  5:19,22 6:8,10

9:23 14:25
15:15,20 17:24
17:25 21:3
25:19 26:4
30:20 33:11
34:5,17 41:25
42:15,18,21,23
42:25 46:16,22
46:25 55:9,11
55:16,18,24
56:2 68:4
84:10 138:7,17
141:23 151:15
151:19,23,25
160:9,11
181:25 194:21
195:5,16,18,23
196:3 197:9
198:5 199:2,24
200:4,15
**westgard's**
  2:23,24
**whereof** 197:17
**white** 33:13
**wide** 80:17
  105:17 164:5
**widely** 34:23
  34:24 61:16
  64:7 70:25
  105:16 106:8
**wider** 106:12
**widespread**
  75:15,18
**williams** 33:16

**wisconsin** 1:21
  5:23 6:9 20:7
  21:5,12,19
  197:1,8,19,22
  200:1
**witness** 4:8
  5:13,15 6:11
  7:20 14:5
  15:22 30:21
  36:14,19 37:19
  38:22 42:16,20
  42:22,24 43:2
  46:19 47:1
  54:25 55:20
  56:4 68:5
  75:12 81:5
  83:9,22 89:14
  98:19 106:21
  107:19 108:17
  114:23 115:23
  116:9 129:14
  132:11 135:25
  141:25 155:7
  185:23 189:7
  191:14 192:6
  195:14,24
  197:17 198:8
  198:10,12,18
**word** 53:22
  71:5 113:2
  169:6,23
  192:14
**words** 94:25
**work** 15:1,4
  20:25 21:11

24:6,9,14,15,17
24:23 26:3,12
29:13 41:2
49:22 169:20
169:21 171:23
172:5 192:8
**worked** 40:24
  49:25 172:2,4
**works** 8:13
  171:23 182:4
**world** 87:25
  88:21 89:8
  175:1,5
**worldwide** 72:1
**worries** 89:4
**worry** 57:22
**wow** 166:4
**writing** 197:11
**written** 168:7,8
  168:9
**wrong** 57:7,10
  59:5,8 98:1
  106:11 152:23
  166:1 170:1
  177:7

**x**

**x** 2:18 3:1

**y**

**yeah** 7:7 16:19
  27:3,8 30:22
  31:24 36:14
  42:1,16,25
  46:25 47:8,12
  47:21 53:14

**[yeah - zoom]**                                                            Page 54

56:20,20 57:10
57:13,17,24
60:17 65:24
68:5 71:9,20
72:14,19 73:4
73:10,10 75:12
75:12 78:3,7,7
78:12,23 79:14
80:20 81:1,12
81:17 84:11,11
84:15 85:22
91:17 97:17,18
98:3,20 102:7
102:8,11 109:4
109:8 113:18
117:17 118:8
123:9,21 130:5
136:10 138:8
138:21 143:2,4
146:10 147:10
147:10 148:6
149:2,23 150:6
150:6 151:5,7
151:9 152:4,12
153:6 154:5,23
155:7,19
156:19,22
157:14 158:5,9
158:21 160:8
163:2 164:24
170:18 176:6
183:19 193:21
193:25
**year**   20:14,19

**years**   7:10
11:25 12:3
13:9 17:11
25:23 27:5
49:25 154:13
174:10
**yep**   15:22
55:23,25 61:6
68:3 70:1
90:18 92:24
102:17 108:10
144:14 150:1
155:11,15
174:8,8 182:6
184:4,15
**york**   2:6,20
3:10,12 5:5,5
5:18 6:13
15:17,21,23
18:3 33:10
36:12 37:4,11
37:20 39:10
46:18,20,24
47:3 48:17
53:2,20 54:22
55:8,13,17,21
56:6 58:13,20
72:23 75:5,11
75:25 80:11
81:8 83:12,19
84:6 86:12
88:6 89:24
98:15,23
107:14 108:6
108:23 114:25

115:20,25
116:11 117:15
118:14 121:23
121:24 122:1
123:16 125:16
126:2,5,15
129:16 132:4
132:14 136:5
138:14,19
140:9 141:21
142:2 143:7
145:17 151:17
151:21,24
152:1,16 155:2
155:9 160:10
160:13,22
174:22 181:13
181:23 185:24
189:17 191:25
192:7 194:20
195:3,9,15,22

**z**

**zero**   43:14
**zoom**   5:25 6:5
10:15 197:10

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.