# Exhibit 11

# Validation of Performance of Qualitative Tests

Prepared at the Request of Counsel
Marcus Neiman Rashbaum & Pineiro, LLP
2 S. Biscayne Blvd., Suite 2530, Miami FL 33131

Prepared by James O. Westgard
Westgard QC, Inc., 7614 Gray Fox Trail, Madison WI 53717

## Background

**James O. Westgard, PhD, FACB**

Dr. Westgard is an Emeritus Professor in the Department of Pathology and Laboratory Medicine at the University of Wisconsin Medical School. He was previously the Associate Director for Quality Management for the Clinical Laboratories at University of Wisconsin Hospitals and Clinics in Madison, WI. He is also President of Westgard QC, Inc. (www.westgard.com), a small business that provides education and training for laboratory quality management.  He has over 50 years of experience in Clinical Chemistry and Laboratory Quality Management.

Dr. Westgard has a BA degree in chemistry from Concordia College in Moorhead, MN, and Master's and PhD degrees in analytical chemistry from the University of Wisconsin-Madison. His initial work in clinical chemistry involved developing method validation protocols and led to the introduction of the Total Error concept as a measure of analytical quality. His interest in quality control began when he was on sabbatical leave at Uppsala University in Sweden.  That work led to development of the multi-rule control procedure, globally known as "Westgard Rules."  He has been a leader in adopting industrial quality management principles in medical laboratories, particularly applying Six Sigma concepts for analytical quality management. In his retirement, he continues to work on the design and optimization of statistical QC procedures.

He has published some 200 peer reviewed papers, book chapters, monographs, books and reports and made over 400 presentations at scientific meetings. His latest publications include a series of papers on planning risk-based SQC procedures (J Appl Lab Med **2017**;55:1702-8, Clin Chem **2018**;64:289-296, J Diabetes Sci Tech **2018**;12:780-785, Am J Clin Pathol **2019**;151:364-370, Clin Chim Acta **2021**;523:1-5, Clin Chim Acta **2021**;523:216-233) and recent discussions of total error model vs measurement uncertainty model (Clin Chem Lab Med **2016**;54:223-33; Clin Lab Med **2017**;37:1-13; Clin Chem **2018**;64:636-638).  Throughout his career, he has received numerous awards, the latest being the Raimo Tenhunen Award in 2022 from LabQuality, Finland, for extraordinary performance and significant achievements in Quality and Laboratory Medicine.

Westgard QC, Inc. © 2023: Final - Validation of Performance of Qualitative Tests, Page 2

**Westgard QC**

WQC was founded in 1995 to continue and advance Dr. Westgard's academic work. Managed by Sten Westgard, it is a family business that provides education and training support in Quality Management for Medical Laboratories. Activities include presentation of lectures, workshops, and webinars, plus publication of hard copy training manuals, including:

- Basic QC Practices (4th ed.1998, 2002, 2010, 2016);
- Basic Method Validation and Verification (4th ed., 1999, 2003, 2008, 2020;
- Six Sigma Quality Design & Control (2nd ed., 2001, 2006);
- CLIA Final Rules for Quality Systems (2004)
- Six Sigma Risk Analysis (2011);
- Basic Quality Management Systems (2014); and
- Advanced QC Strategies (2022).

WQC also supports a website ([www.westgard.com](http://www.westgard.com)) that provides monthly updates on current laboratory issues. Westgard Web is provided free of charge to approximately 70,000 members.



- 70,000 laboratory professional members;
- More than 600 articles, lessons, case studies, downloads, tools;
- E-newsletter reaches 26,000 laboratory professionals;
- 25% growth in traffic, 2,000 unique visitors per day;
- 10% growth in pages, 75,000 per day;

## Part I.  Understanding Performance of Qualitative Laboratory Tests

Most medical laboratories are experienced in validating the performance of quantitative tests and have developed standard operating procedures (SOP) for doing so. With the advent of the COVID-19 pandemic, all laboratories needed to improve their SOPs for qualitative tests. There was much new information in the scientific literature about tests for COVID-19, including molecular and antigen tests for diagnosis of disease and antibody tests for following the progress of disease.  A major consideration in validating performance of qualitative tests is their binary nature, providing only yes/no or positive/negative results.  That binary characteristic greatly affects the experimental design and data analysis.

The Covid-19 nucleic acid amplification test (NAAT) was a new test in many clinical laboratories, requiring new equipment, new reagents, new processing procedures, and new measurement technology.  The binary results also required a new understanding of measurement science and the importance of the limit of detection (LoD) as the critical analytic performance characteristic that affects the binary outcome.  Antibody tests also provide positive/negative results, but often use a cutoff (CO) to convert an internal continuous response to a binary result.  The existence of an internal continuous response means there are possibilities to apply some of the experiments used for quantitative test methods.  For those with a strictly binary response, different experiments and data analysis are necessary.  One of the key guidance documents for "good laboratory practice" is CLSI EP12 [1].

Calculations of binary data involve counts, ratios, proportions, and percentages.  Proportions and percentages dominate the estimates of performance, e.g.,

- "hit rates" for validating the limits of detection and the cutoff intervals,
- percent positive agreement (PPA) for assessing clinical sensitivity (Se);
- percent negative agreement (PNA) for assessing clinical specificity (Sp);
- predictive value of positive results (PVpos, PPV), and
- predictive value of negative results (PVneg, NPV) for assessing the correctness of test results.

While Se and Sp are the primary performance characteristics of qualitative tests, the predictive values of positives (PPV) and negatives (NPV) are critical to account for the prevalence of disease (Prev) in the population and the correctness of test results.  The interrelationships between Se, Sp, Prev, PPV, and NPV are important for understanding performance and quality, but may also cause some confusion because of their abbreviations, calculations, and interdependencies.

## Experimental Protocols

**What experiments apply to qualitative vs quantitative diagnostic tests?**

To provide some background, we begin by comparing the validation process and experiments for quantitative tests with those for qualitative tests to describe the meaning of

- precision and accuracy in binary test results,
- analytical sensitivity in terms of the limit of detection and the cutoff interval, and
- analytical specificity in terms of cross reactivity and interference.

It is important to distinguish different types tests based on the measurement scale being used:

- Quantitative tests that have a continuous response provide numerical results over a reportable range;
- Qualitative tests that have an <u>internal continuous response (ICR)</u> that is converted to a binary result by use of a cutoff (CO) to provide binary results;
- Qualitative tests that produce binary results directly without any internal continuous response;
- Qualitative PCR tests that produce binary results from a discontinuous internal response (discrete Ct values, threshold cycle numbers for molecular tests).

The following table shows how the performance characteristics of these different types of tests can be determined from various experimental studies:

| Performance Characteristic | Quantitative Test | Qualitative Internal CR | Qualitative +/- Binary | Qualitative +/-PCR |
|---|---|---|---|---|
| Analytical Sensitivity | Detection Limit Exp (LoD) | LoD | LoD or Cutoff (CO) Interval C5 to C95 | C95 as LoD |
| Precision | Replication Exp | Replication | | |
| Reportable Range | Linearity Exp | Cutoff (CO) Interval C5 to C95 | | |
| Reference Range | Normal Values Study | | | |
| Trueness Bias | Comparison of Methods Exp | Clinical Agreement Study | Clinical Agreement Study | Clinical Agreement Study |
| Accuracy, Total Error | Comparison + Replication | | | |
| Analytical Specificity | Recovery Exp | Inclusivity | Cross Reactivity | Cross Reactivity |
| | Interference Exp | Cross Reactivity | | |

The approach for quantitative methods is shown on the left side of the table. Typically, analytical sensitivity is assessed from experiments for limit of detection (LoD) and precision from a replication experiment. A linearity experiment characterizes the range of concentration for which performance is valid and results can be reported. A reference range is established for "normals" to aid the interpretation of test results. Accuracy in terms of trueness or bias is assessed from a comparison of methods experiment and in terms of total error is estimated by including the effects of the replication experiment. Recovery and interference experiments are used to evaluate the analytical specificity.

The experiments here are out-of-order from how they are usually performed for quantitative tests because the intent is to show how these experiments relate to those employed for qualitative methods. Analytical sensitivity and precision can be estimated in the traditional manner for qualitative tests that have an internal continuous response (ICR). Because these experiments focus on low concentrations, an experiment for LoD could also characterize precision. Note that several characteristics of a quantitative test are reduced to just a few characteristics for a qualitative test. For example, reportable range and reference range have little relevance when there is a binary result that depends only on a cutoff. However, the cutoff interval is critical for describing the uncertainty in a binary test. CLSI EP12 describes this interval as the "imprecision interval", where C50 is the concentration that leads to 50% positive results. C5 represents the concentration at which 5% of results are positive and C95 is the concentration at which 95% of the results are positive. Characteristics of accuracy reduce to a clinical agreement study plus experiments for analytical specificity that may involve study of specific interference, especially cross-reactivity. Therefore, there are three characteristics that describe the performance of a qualitative test.

- Precision (analytical sensitivity) that is characterized by the width of uncertainty of the cutoff interval, i.e., the imprecision interval, or characterized by the limit of detection when LoD is used as the cutoff.
- Accuracy is characterized by the clinical agreement of the new test with a comparative test or by comparison with the diagnostic classification of the patient.
- Analytical specificity focuses on interference and cross-reactivity studies.

**What guidance did FDA provide for Emergency Use Authorization (EUA)?**

The importance of these 3 characteristics is confirmed by the guidance for FDA Emergency Use Authorization (EUA). For tests that measure the SARS-CoV-2 virus, FDA recommends that validation studies should include (a) analytical sensitivity or Limit of Detection (LoD), (b) analytical specificity including cross-reactivity and inclusivity, and (c) clinical agreement [2].

Laboratories approved by CLIA for performing moderate and high complexity tests were eligible to implement manufacturers' tests approved for emergency use. The FDA required these tests be labeled EUA for Emergency Use Authorization. Laboratories were still required to perform validation studies, plus analyze positive and negative QC samples with each analytical run of patient samples. The FDA also required that laboratories confirm the first 5 positive and first 5 negative patient results by comparison with a previously approved EUA method.

**Limit of Detection (LoD)** *"FDA recommends that laboratories document the limit of detection (LoD) of their SARS-CoV-2 assay. FDA generally does not have concerns with spiking RNA or inactivated virus into artificial or real clinical matrix (e.g., bronchoalveolar lavage (BAL) fluid, sputum, etc.) for LoD determination. FDA recommends that laboratories test a dilution series of three replicates per concentration, and then confirm the final concentration with 20 replicates. For this guidance, FDA defines LoD as the lowest concentration at which 19 of 20 replicates are positive…".* In effect, this defines the 95% limit of an imprecision interval as the LoD.

**Cross-Reactivity.** *At a minimum, FDA believes an Insilco analysis [performed by computer or via computer simulation] of the assay primer and probes compared to common respiratory flora and other viral pathogens is sufficient for initial clinical use. For this guidance, FDA defines in silico cross-reactivity as greater than 80% homology between one of the primers/probes and any sequence present in the targeted microorganism…*

**Inclusivity**. *Laboratories should document the results of an Insilco analysis [performed by computer or via computer simulation] indicating the percent identity matches against publicly available SARS-CoV-2 sequences that can be detected by the proposed molecular assay. FDA anticipates that 100% of published SARS-CoV-2 sequences will be detectable with the selected primers and probes.*

**Clinical Agreement Study.** *"The clinical agreement study is intended to establish the performance characteristics (e.g., sensitivity or percent positive agreement, specificity, or percent negative agreement) of the test. FDA believes that clinical agreement should be established on human specimens, preferably leftover specimens from patients with or without SARS-CoV-2 infection. If SARS-CoV-2 positive clinical specimens cannot be obtained, it is acceptable to spike leftover specimens with SARS-CoV-2 materials…"*

Given that the cross-reactivity and inclusivity studies may be performed by computer or via computer simulation, manufacturers whose tests have EUA status should have performed these studies and therefore they are not necessary for the minimal validations performed in laboratories. Thus, the FDA guidance fits into the general framework of experimental studies described here, with the primary emphasis being the determination of Limit of Detection and the Clinical Agreement Study for assessing quality through determination of sensitivity and specificity (though related to the limit of detection and cutoff interval) and the importance of cross reactivity, and special attention to class specificity (for antibody testing), which is a characteristic that is critical for specific measurands and specific clinical applications.

## Data Analysis

### What calculations are useful for binary data?

The binary nature of the results of qualitative tests imposes limitations on handling of results from experimental studies. We have distinguished different types of qualitative methods based on whether there was an internal continuous response (likely the case in immunoassays such as

Westgard QC, Inc. © 2023: Final - Validation of Performance of Qualitative Tests, Page 7

ELISA), only a binary output (lateral flow assays), or a discrete numerical response such as the threshold cycle value (Ct) for RT-PCR tests.

Coin flipping provides insight for dealing with binary responses.  A coin flip will give either a head or tail result. If you perform a replication experiment, flipping a coin say 20 times, you expect the results will show 10 heads and 10 tails.  You might describe the results as 10 out of 20 heads, or a detection rate of 0.50 or 50%. For 20 flips, you may also possibly end up with 8 heads and 12 tails for a "hit rate" of 0.40 or 40%, or 13 and 7 (0.65 or 65%), etc.  The proportion is expected to be from 0.30 to 0.70 (with 95% confidence) for a small experiment of 20 replicates.  For a large experiment, such as 10,000 flips, the proportion of results will be much closer to the theoretical expectation of 0.50 (ranging from 0.49 to 0.51).

For assessing accuracy of a qualitative test, the Clinical Agreement Study utilizes Percent Positive Agreement (PPA) to characterize clinical sensitivity and Percent Negative Agreement (PNA) to characterize clinical specificity.  CLSI EP12 recommends they be presented as percentages along with their 95% confidence limits [1].

For precision, consider that the coin flip exercise is a replication experiment.  The variability in the results depends on the random error of the test, which can also be described as the uncertainty of the measurement.  Given that the test provides only positive or negative results, it is not possible to calculate a mean and SD.  The effects of random error still exist, but they are demonstrated by the uncertainty in classifying a patient result as positive or negative in the range of the cutoff interval. C50 of the cutoff interval is typically the medical decision level for the binary classification of the patient test result, but for NAAT tests C95 is commonly recommended.

**How can proportions describe precision?**

We commonly think about precision or variation in terms of a normal or gaussian curve that is described by its mean and standard deviation, such as shown below.  Remember, we commonly talk about the area under the normal curve where half the observations are on one side of the mean, 68% are between the mean +/- 1 SD, 90% between the mean +/- 1.65 SD, and 95% between the mean +/- 2 SD.  However, for binary data, there is no way to calculate a mean and SD.



--2.0s        Mean      +2.0s
Normal Gaussian Distribution

**Westgard QC, Inc. © 2023: Final - Validation of Performance of Qualitative Tests, Page 8**

Another way of describing this same information is to describe an imprecision interval in the form of a cumulative probability distribution.  For example, we expect there will be 2.5% of the observations up to mean -2.0 SD, 5.0% up to the mean – 1.65SD, 16% up to the mean – 1.0 SD, 50% up to the mean, 84% up to the mean + 1 SD, 95% up to the mean + 1.65 SD, and 97.5% up to the mean + 2 SD.  This provides an "S-shaped" distribution that describes a "precision interval."



The key idea here is that random variation, or imprecision, can be characterized by the cumulative probability distribution for a normal or Gaussian curve.  Instead of the usual picture of a symmetrical normal distribution (calculated from the mean and SD), the cumulative distribution is calculated to show the proportion or rate of positive results that accumulate from the low through the high end of a normal distribution.  By calculating proportions at certain locations along the normal curve, we can characterize the random variation of a binary measurement process.  The most important application is to characterize the limit of detection and/or the cutoff for classifying positive and negative results.

**How verify LoD from precision interval?**

For the test with binary results only, the approach is to determine the positive proportions of replicate measurements at concentrations of C5, C50, and C95 to describe the cumulative probability distribution. Again, the important idea here is that the cumulative probability distribution provides an alternate way for evaluating the uncertainty of the test at the cutoff. Instead of analyzing replicates to determine a mean and SD, replicates are analyzed to determine the positive proportion, positivity rate, detection rate, or "hit rate."  Those results then characterize the cumulative distribution that describes the variation or uncertainty in the classification of patients at the cutoff limit.

Dilutions of standard materials are often prepared for this testing, though appropriate patient samples or pools may also be used.  Manufacturers often provide positive and negative controls with their tests, but it is important to include independent controls when possible.  One concern is that positive controls sometimes are very, very, very positive, whereas there is a need for at least one control to be close to the detection limit or cutoff interval.  For characterizing the imprecision interval about the LoD or cutoff, the CLSI EP12 guideline recommends preparation of 3 solutions at C50, C50 – 20%, and C50 + 20%.  These solutions should be analyzed over a 5-day period to obtain 20 to 40 replicate results at each of these concentrations.  The first objective is to confirm that the C50 solution is close to the middle of the imprecision interval.  The second

objective is to confirm that the width of the interval is within C50 ± 20%, implying a CV of approximately 10% that would be generally considered good performance.   In practice, it seems more common to prepare a series of dilutions near the expected LoD and/or CO to find where the detection rate of 100% starts to drop off to a lower rate., then take the lowest concentration that provides 100% detection as the LoD.

**Interpretation of detection rates.**  The proportion of positive results should be determined for 10 to 40 replicate analyses at a minimum of 3 concentrations near the cutoff.  Data can be summarized by detection rates or "hit rates." Results can be interpreted by comparison to confidence limits in terms of numbers of positives or negatives expected.  See the table below for the upper and lower number of replicates that may be expected for different proportions in the cutoff interval.  For example, if 20 replicates were analyzed at the mid-interval concentration of C50, it is expected that as few as 6 and as many as 14 would be positive.  If 40 samples were analyzed at the end of the cutoff interval (C95), the numbers that are positive should be between 35 and 40.

| Cutoff (CO) Interval | Proportion | Number of Replicates | Low Number of Positive Results | High Number of Positive Results |
|---|---|---|---|---|
| C5 | 0.05 | 20 | 0 | 3 |
| | | 40 | 0 | 5 |
| C25 | 0.25 | 20 | 1 | 9 |
| | | 40 | 5 | 15 |
| C50 | 0.50 | 20 | 6 | 14 |
| | | 40 | 14 | 26 |
| C75 | 0.75 | 20 | 11 | 19 |
| | | 40 | 25 | 35 |
| C95 | 0.95 | 20 | 17 | 20 |
| | | 40 | 35 | 40 |

For Lab Developed Tests, the complete cutoff interval should be documented.  This is commonly described as the $C_5$-$C_{95}$ interval.  $C_5$ is the concentration at which only 5% of results are positive, $C_{25}$ indicates 25% positive, $C_{50}$ 50% positive, $C_{75}$ 75% positive, and $C_{95}$ 95% positive. Several concentrations should be analyzed by 20 to 40 replicates to document the s-shaped curve for the cutoff interval. See CLSI EP12 for more detailed discussion and examples [1].

For Nucleic acid amplification tests (NAAT), CLSI EP17-A2 [3] recommends the use of probit calculations to determine the upper limit of detection ($C_{95}$). However, many manufacturers still estimate C95 from hit rate directly as described above.

**Probit analysis.**  This type of statistical analysis is new to many clinical laboratory scientists, but it has been used in agriculture for biologic assays since the 1940s for characterizing dose response curves.  The classic technique is found in the book authored by D. J. Finney and published in 1947 [4, Probit Analysis – A statistical treatment of the sigmoid responses curve]. The approach was used for toxicology applications, e.g., to characterize the dose of chemicals

**Westgard QC, Inc. © 2023: Final - Validation of Performance of Qualitative Tests, Page 10**

necessary to kill insects. For different doses of insecticide, the "kill rates" (proportion of insects killed), then those proportions converted to "*probits*", which are "*prob*ability un*its*" related to the number of standard deviations in a normal distribution. The model is the S-shaped or sigmoid curve that corresponds to the cumulative probability distribution of a normal curve (illustrated above and described more exactly below), where probability or hit rate (today's common terminology related to kill rate) is plotted vs a standardized normal deviate, SD.



The idea is to convert proportions to *prob*ability un*its* (*probits*) for the SD scale. To keep the probability units positive for mathematic convenience, the probit scale adds a value of 5 to the number of standard deviations. A probit of 5.0 corresponds to the midpoint or concentration of C50, 6.64 corresponds to C95, and 3.36 to C5. The conversion of proportions or hit rates to probits can be carried out using the tables provided by Finney [4], or by an Excel function 5+NORMSINV(P), where P is the proportion or hit rate that has been calculated from the raw data.

The purpose of linearizing the S-shaped imprecision curve is to enable fitting a straight-line regression model to the data showing probability vs concentration. Then the LoD can be determined for a probit corresponding to C95. While it is simple enough to estimate the LoD directly from the hit rate if a test solution can be pinpointed on C95, given that the LoD isn't known exactly, it is supposedly more practical approach to analyze a series of concentrations, fit a line to those data points, then calculate/predict the C95 concentration. At least, that is the theory.

The example below can be found in the CLSI EP17 document [3].



Abbreviation: LoD, limit of detection.

**Figure 3. Probit Analysis.** These plots illustrate hypothetical experimental results (left hand plot) an regression analysis to determine the LoD for a molecular measurement procedure by the probit approac (right hand plot).

The plot on the left shows the hit rate on the y-axis vs concentration on a linear x-axis.  The plot on the right shows the probit on the y-axis vs the log of concentration on the x-axis.  In this case the probit used is simply the number of SD, both plus and minus, rather than the probit scale from Finney where all values would be positive.  The estimate of the C95 concentration for LoD is obtained by locating the probit of 1.65 on the y-axis, identifying the log10 value of 1.56, then transforming that value to a concentration of 36.5.

In practice, manufacturers often prepare a serial dilution of a reference material having a known concentration, analyze several replicates, calculate the "hit rate", and then select the sample having 95% to 100% as the LoD.  The practical limitation for laboratories is that the claims from different manufacturers may be difficult to compare because they use different units, such as copies/mL, genomic equivalents/mL, and RNA transcript copies/mL.  The experimental methodology also varies greatly, e.g., the number of replicates for each concentration may vary from 5 or 10 to the 20 to 40 recommended by EP17-A2.  For that reason, there is a critical need for independent studies that provide direct comparisons between LoDs of new tests and methods.

Probit analysis is examined in more detail in discussions on the Westgard Website. Our conclusion is that CLSI EP17 recommendation to perform probit analysis has had limited impact on manufacturers' claims and that probit calculations and regression are not widely used by manufacturers or laboratories currently.  To apply probit analysis, EP17 describes using a special computer program to perform calculations to fit the hit rates directly to a sigmoid curve.

- Westgard JO, Westgard SA.  Probit Analysis 1: Practical application to determine limit of detection.  www.westgard.com/probit-part-one.htm
- Westgard JO, Carey RN.  Probit Analysis 2: Issues with verification limit of detection. www.westgard.com/probit-part-two.htm

Westgard QC, Inc. © 2023: Final - Validation of Performance of Qualitative Tests, Page 12

**How do you use a 2x2 contingency table for data analysis of Clinical Agreement Study?**

This approach is discussed in EP12-A2 under the heading "Comparison of Methods."  Usually, patient samples are analyzed by the new or "candidate" method and compared with the results from an already established "comparative" method.  Ideally, the comparative method should be the "gold standard" upon which disease classification is based.  Alternatively, patients with well documented disease status may be used for the study.  Data is tabulated and results are classified as positive or negative by the candidate and comparative methods, then summarized in a 2x2 contingency table, as follows:

| Candidate Method (Test) | Comparative Method (or Truth) | | |
|---|---|---|---|
| | *Positive* | *Negative* | *Total* |
| *Positive* | a | b | a+b |
| *Negative* | c | d | c+d |
| *Total* | a+c | b+d | n |

Where a = Number of results where both tests are positive (True Positive); b = Number of results where the candidate method is positive, but the comparative is negative (False Positive); c = Number of results where the candidate method is negative, but the comparative is positive; and d = Number of results where both methods are negative.

True Positive (TP) = a; False Positive (FP) =b
False Negative (FN) = c; True Negative (TN) = d

This tabulation provides the basis for calculating the Percent Positive Agreement (PPA), Percent Negative Agreement (PNA), and the Percent Overall Agreement (POA), as follows:

PPA = [a/(a+c)]*100  =  [TP/(TP+FP)] or Diagnostic sensitivity (vs gold standard)

PNA = [d/(b+d)]*100 =  [TN/(FN+TN)] or Diagnostic specificity (vs gold standard)

POA = [(a+d)/n]*100 =  [TP+TN)/Total] or Efficiency (vs gold standard)

Upper and lower 95% confidence limits should also be calculated to demonstrate the reliability of the estimates of these parameters.   The table below shows the effects of sample size from 10 to 500 samples on the estimates of a test having 90% sensitivity, demonstrating the relatively wide confidence range, e.g., a value from 79% to 96% may be observed if 50 samples are used to determine sensitivity for a test whose true sensitivity is 90%.

Westgard QC, Inc. © 2023: Final - Validation of Performance of Qualitative Tests, Page 13

| Sample Size | True Pos | False Neg | Clinical Sensitivity | Low Limit | High Limit |
|---|---|---|---|---|---|
| 10 | 9 | 1 | 90% | 60% | 98% |
| 20 | 18 | 2 | 90% | 70% | 97% |
| 30 | 27 | 3 | 90% | 75% | 97% |
| 40 | 36 | 4 | 90% | 77% | 96% |
| 50 | 45 | 5 | 90% | 79% | 96% |
| 100 | 90 | 10 | 90% | 83% | 95% |
| 200 | 180 | 20 | 90% | 85% | 93% |
| 500 | 450 | 50 | 90% | 88% | 92% |

These calculations are supported by an online calculator available on the Westgard website:

- Estimating clinical agreement for a qualitative test: A web calculator for 2x2 contingency test. www.westgard.com/qualitative-test-clinical-agreement.htm
- Clinical agreement calculator: http://tools.westgard.com/two-by-two-contingency.shtml

**How does the prevalence of disease influence clinical quality?**

While the primary performance characteristics are sensitivity and specificity, the medical usefulness of a test relates to the predictive values of positive and negative test results, i.e., what's the chance that a positive result indicates the presence of disease and what's the chance that a negative result indicates the absence of disease. Medical usefulness depends on the expected *prevalence of disease* (Prev) in the population being tested. The subjects in a Clinical Agreement Study seldom represent the real population that will be tested. For example, the CLSI guidance suggests 50 positive and 50 negative patient specimens to provide minimally reliable estimates of Se and Sp, which is a 50% occurrence of disease. But what would happen if the prevalence of disease in the population were 20%, or 2%, or 0.2%?

**Case with 20% Prevalence.** For example, assume that Se is 80% and Sp is 95%, which would be considered good performance according to the CDC general guidance for infectious disease testing. If you tested 1000 subjects in a population that had 20% prevalence of disease, which might be representative of New York City during the early part of the COVID-19 pandemic, how would you interpret the test results?

- In our test population, 200 patients have the disease (20% of 1000), 80% or 160 of those would give positive results (TP=0.80*200) and the other 40 would give false negative results (FN).
- For the 800 negatives (1000-200), 95% or 760 patients (0.95*800) would give negative results (TN) and the other 40 would give positive results (FP).

With this information, we can fill in the numbers in the contingency table.

Westgard QC, Inc. © 2023: Final - Validation of Performance of Qualitative Tests, Page 14

| Candidate Method (Test) | Comparative Method "Gold Std" | | |
|---|---|---|---|
| | Positive | Negative | Total |
| Positive | 160 | 40 | 200 |
| Negative | 40 | 760 | 800 |
| Total | 200 | 800 | 1000 |

- The chance that an individual patient with disease will be correctly classified is determined by the ratio of TP to total number of positives TP+FP, which is 160/200 or 80%, i.e., there is a 80% chance that a positive test result will correctly classify the patient as having the disease.

    o **PVpositive = TP/(TP+FP) = 160/200 = 80%**

- The chance that an individual patient without disease will be correctly classified is determined by the ratio of TN to total number of negatives TN+FN, which is 760/800, or 95%.

    o **PVnegative = TN/(TN+FN) = 760/800 = 95%**

**Case with 2% Prevalence.** Now consider the case for a prevalence of 2.0%, perhaps representative of California at that same time.

- For 20 patients with disease (2% of 1000), the number of TP would be 0.80*20 is 16, which leaves 4 FN patients.
- For the 980 patients without disease (1000-20), the number of TN would be 0.95*980 or 931, which leaves 49 FP.
- 

| Candidate Method (Test) | Comparative Method "Gold Std" | | |
|---|---|---|---|
| | Positive | Negative | Total |
| Positive | 16 | 49 | 65 |
| Negative | 4 | 931 | 935 |
| Total | 20 | 980 | 1000 |

- The chance that an individual patient with disease will be correctly classified is given by TP/(TP+FP), or 16/(16+49) or 25%.
- The chance that an individual patient without disease will be correctly classified is given by TN/(TN+FN) or 980/(980+4), or 99.5%.

This test would clearly be more useful in California for identifying patients without disease rather than identifying patients with disease. In New York, however, a positive test result is more likely a good indication of disease, while a negative result is still useful for excluding

**Westgard QC, Inc. © 2023: Final - Validation of Performance of Qualitative Tests, Page 15**

disease.   In California, a subject with a positive test result has about a 25% chance of having the disease.  Out of every 10 positives, only 2 or 3 will have had the disease.

**Alternate Calculations.**  PVpos and PVneg can be calculated directly from Se, Sp, and Prev using the following equations:

$$PVpos = Se*Prev/[(Se*Prev) +(1-Sp)*(1-Prev)]$$

$$PVneg = Sp*(1-Prev)/[(1-Se)*Prev +Sp*(1-Prev)]$$

In these equations, Se, Sp, and Prev should be proportions between 0.00 and 1.00.  You can multiply the figures for PVpos and PVneg by 100 to express as percent or modify the equations by substituting 100 for 1 and entering Se, Sp, and Prev as percentages.  Many find it more informative to reason through the steps for calculating the number of TP, etc., to better understand the effects of sensitivity and specificity.  However, these formulas are useful for setting up a spreadsheet to study the interactions of Se, Sp, and Prev for optimizing the predictive value of tests for different scenarios.

For further discussion and access to online tools for performing these calculations, see the following:
- Westgard JO, Westgard SA. A review of predictive value of laboratory tests. www.westgard.com/predictive-value.htm
- Predictive value calculator:  http://tools.westgard.com/predictive.shtml

**How should performance claims be expressed?**

It is common to express performance in terms of clinical or diagnostic sensitivity, specificity, and sometimes as efficiency or overall correctness.  Those terms are preferred when the Patient Agreement Experiment is referenced to a "gold standard" that represents definitive classification of positive and negative patient conditions or positive and negative test classifications.  More commonly, the terms PPA, PNA, and POA are used when a comparative method is used instead of a gold standard.  Confidence intervals (95%) should be included to show the effect of sample size on the estimates of performance.  For example, for a study that meets the FDA minimum of 30 positives and 75 negative samples, the study results can be presented in a contingency table along with the calculated PPA, PNA, and POA together with their confidence limits.

| Candidate Method (Test) | Comparative Method | | |
|---|---|---|---|
| | Positive | Negative | Total |
| Positive | 29 | 1 | 30 |
| Negative | 1 | 74 | 75 |
| Total | 30 | 75 | 105 |
| | | | |
| Summary statistics | Percent | Lo Limit | Hi Limit |
| Positive Agreement PPA | 96.7% | 83.3% | 99.4% |
| Negative Agreement PNA | 98.7% | 92.8% | 99.8% |
| Overall Agreement POA | 98.1% | 99.1% | 100.0% |

**Westgard QC, Inc. © 2023: Final - Validation of Performance of Qualitative Tests, Page 16**

The calculations of "Score confidence limits" are not difficult but are a bit messy. They are described in two stages, first calculating some quantities (Qi) from the table, then calculating the upper and lower confidence limits from these Qs.  [Pages 23-25 of CLSI EP12, 1]

Calculations for confidence limits for PPA

$$Q1 = 2a + 3.84$$
$$Q2 = 1.96*[3.84 + 4a*c/(a+c)]^{1/2}$$
$$Q3 = 2(a+c) + 7.68$$
$$\text{PPA lo limit} = 100*(Q1-Q2)/Q3$$
$$\text{PPA hi limit} = 100*(Q1+Q2)/Q3$$

Next, similar calculations for PNA.

$$Q4 = 2d + 3.84$$
$$Q5 = 1.96*[3.84 + 4bd/(b+d)]^{1/2}$$
$$Q6 = 2(b+d) + 7.68$$
$$\text{PNA lo limit} = 100*(Q4-Q5)/Q6$$
$$\text{PNA hi limit} = 100*(Q4+Q5)/Q6$$

Finally, similar calculations for POA.

$$Q7 = 2(a+d) + 3.84$$
$$Q8 = 1.96*[3.84 + 4(a+d)(b+c)/n]^{1/2}$$
$$Q9 = 2n + 7.68$$
$$\text{PNA lo limit} = 100*(Q7-Q8)/Q9$$
$$\text{PNA hi limit} = 100*(Q7+Q8)/Q9$$

Predictive Values claims generally would not be made by manufacturers because they require knowledge of the prevalence of disease, which would vary for the particular country or region where the test would be applied.  If predictive value claims are in fact presented, it is likely that the prevalence of disease has been equated to the percent positive patients in the Patient Agreement Study, which will be an artificial figure based on the experimental design (selection of patients that are positive and negative), rather than a random selection from the patient population of interest.

## Part II.  Assessment of Performance of Logix Smart Covid-19 Test

The first part of this report provides the technical background for understanding the experimental results that describe the precision and accuracy of a qualitative laboratory test.  Part II discusses the performance of a specific diagnostic test – the Logix Smart Covid-19 Nucleic Acid Amplification Test.

The precision of qualitative tests that provide binary results can be evaluated from the imprecision interval and described in terms of a Limit of Detection (LoD) and/or the Cutoff (CO) that is used to distinguish a negative result from a positive result.  LoD and/or CO are evaluated by a replication type of experiment with the resulting data presented as counts, "hit rates", ratios, proportions, and percentages.  Performance claims are often presented in relation to the probability distribution of a normal curve, i.e., C5, C50, C95, where the concentrations represent probabilities or positivity rates of 5%, 50%, and 95%.  The LoD and/or CO can greatly affect the accuracy of results.

The accuracy of qualitative tests relates to the correctness of results for clinical classification, plus the analytical specificity that limits cross reactivity. Validation studies emphasize the Clinical Agreement Study and allow specificity to be assessed from "Insilco" structural comparisons. The data for such a Clinical Agreement Study is typically presented in a 2x2 contingency table that classifies results in terms of True Positives (TP), False Positives (FP), False Negatives (FN), and True Negatives (TN).  These results are then summarized by the Percent Positive Agreement (PPA) and Percent Negative Agreement (PNA), which are also commonly termed diagnostic or clinical sensitivity (Se) and diagnostic or clinical specificity (Sp).  Ideal performance is 100% PPA or Sensitivity and 100% PNA or Specificity, but the inherent variation in analytical measurements, different limits of detection, and other variables in the measurement process usually leads to lower values.

The medical usefulness of a test in a particular setting is affected by the prevalence (Prev) of disease in the population being tested.  Clinical or medical usefulness can be characterized by the predictive value of a test, e.g., Positive Predictive Value (PPV, PVpos) and Negative Predictive Value (NPV, PVneg) which are calculated from Se, Sp, and Prev.  For example, a test with a positive predictive value PVpos of 80% means that 8 of 10 patients with a positive result will have the disease.  A PVpos of 20% would mean that only 2 of 10 subjects with a positive result will have the disease. The ideal performance would be 100% PVpos and 100% PVneg.

Manufacturers' claims for performance of qualitative tests usually include Limit of Detection (LoD) and PPA, PNA, and POA (Percent Overall Agreement).  In the early months of the pandemic, claims were difficult to evaluate because to lack of knowledge of good laboratory practices for performing validation studies of qualitative tests, limited availability of reference quality comparative methods, and even the limited availability of real samples from patients known to be infected.  Of particular interest here are the Co-Diagnostics claims for quality of its Logix Smart Covid-19 test.

**Westgard QC, Inc. © 2023: Final - Validation of Performance of Qualitative Tests, Page 18**

## Co-Diagnostics Claims for Performance

Quoted below are claims for performance found in the May 1, 2020, news release by Co-Diagnostics [5].  [Emphasis added]

**Co-Diagnostics, Inc. Releases COVID-19 Test Performance Data: Consistently Demonstrates <u>100% Sensitivity and 100% Specificity Across Independent Evaluations</u>**

*Salt Lake City, Utah - May 1, 2020 - Co-Diagnostics, Inc. (NASDAQ: CODXD) (the Company), a molecular diagnostics company with a unique, patented platform for the development of diagnostic tests, today release COVID-19 test performance data demonstrating <u>100% sensitivity and 100% specificity</u>, the metrics used to define accuracy in molecular diagnostics testing.*

*The data being released comes from independent evaluations of the performance of the Company's COVID-19 test in the field.  These evaluations were conducted in Mexico by the Mexican Department of Epidemiology ("InDRE"), India, and elsewhere in the US and abroad.  Each study concluded <u>100% concordance for both specificity and sensitivity.</u>*

*A summary of recent validation data and the data itself can be found here. [attached to this press release]*

*In remarking on the test's favorable limit of detection (LOD) results in the evaluations, Brent Satterfield, PhD said, "In diagnostics, the limit of detection or LOD is a single metric that helps inform the key metrics of sensitivity and specificity but is not relevant as a stand-alone data point.  Other metrics that are important are availability, ease of use and throughput. In countries where we have been evaluated against other tests, we have consistently and repeatedly achieved <u>100% clinical sensitivity and specificity</u> and you can't do better than that."*

*These results underpin Co-Diagnostics' ongoing role as a major global supplier of COVID-19 tests, providing in-vitro diagnostic kits to nearly 50 countries and domestically to more than a dozen states.  On Feb 24th, Co-Diagnostics was the first US-based company to receive a CE marking for a COVID-19 test kit, the regulatory clearance granted by the European Community, following by Emergency Use Authorization from the US Food & Drug Administration (FDA).*

The information approved by the FDA can be found in the Instructions for Use (IFU) [6].

**What is the timeline for important studies and events?**

The timeline here is early in the pandemic, early in the availability of NAAT COVID-19 tests, and at a time when prevalence of disease was generally low (a few %) and documentation of patients' disease status was limited.

- February 24, 2020: European Community clearance, CE mark
- April 6, 2020: FDA EUA clearance
- April 22, 2020: Mexico approval
- May 1, 2020: Co-Diagnostics press release with validation results
- May 4, 2020: India approval of CoSara Saragene COVID-19 RT-PCR
- May 14, 2020: 1st Quarter financial report from Co-Diagnostics
- May 26, 2020:  By this time, FDA EUA approval granted for 81 molecular assays by manufacturers and reference labs, mainly RT-PCR; 37 Laboratory Developed Tests (LTD) and 21 antibody tests for automated systems [7]
- August 5, 2020: Australia approval

Also of interest is the timeline when information became public questioning the quality of the Logix Smart test, for example:

- April 30, 2020: Salt Lake Tribune article "*This is a Potential Public Health Disaster: Covid-19 results from TestUtah.com are raising questions.*"
- May 14, 2020: Iowa Governor reported validation results of "*95 percent accuracy for determining positives and 99.7 percent accuracy for determining negatives.*"
- May 15, 2020: FDA criticizes performance claims of 100% accuracy, stating that no test is perfect.

During this 2-week period in early May, there were a variety of speculative discussions about the performance of the Logix Smart test. The report from the Iowa State Hygienic Laboratory provided concrete figures that strengthened that speculation and cast doubt on the other validation studies.

**Who performed the other validation studies cited in the 5/1 press release?**

The Australian study was carried out by a group associated with PathWest Laboratory Medicine and the University of Western Australia. The Mexican study was carried out by its Department of Epidemiology (InDRE) which is analogous to the US CDC.  The study in India was performed by CoSara, a joint venture with Co-Diagnostics.  CoSara's Saragene COVID-19 test (same as Logix Smart test) was licensed for production by the Indian Central Drugs Standards Control Organisation (CDSCO) and was cleared for sale in the Indian market.  The "elsewhere in the US" lab is assumed to be at the Minnesota Department of Health and their data is assumed to be the table on page 20 based on the header of column 5 (MN DOH).

**What results were reported in these other validation studies?**

There was no uniformity for the studies performed and results reported. Different studies focused on different experiments.  The study from Australia was most extensive, both in the characteristics that were considered (Patient Agreement Study, LoD, cross-reactivity) and the number of specimens tested.  The results from India were more limited and didn't include LoD.  Results from Mexico focused primarily on LoD.  "Other US" reported only results from 20 samples in a Patient Agreement Study.

- The Australian study analyzed 103 positive patients and 104 negative patients and shows 100% agreement with an in-house RT-PCR test, indicating 100% sensitivity (with confidence interval of 96.8 to 100%) and 100% specificity (with confidence interval of 96.52 to 100%). *Accuracy was determined to be 100% (CI 98.23-100).*
- The study from India included 18 positive and 27 negative patients and concluded that the testing of patient samples showed 100% agreement with 100% sensitivity (CI 85.4-100) and specificity (CI 78.1-100) between two test methods.  *Accuracy was determined to be 100% with no cross-reactivity to other respiratory viruses.*
- The summary of the results of the Mexican validation study are limited and mainly refer to clinical specificity and limit of detection.  *A final statement was made that the manufacturer's LOD value, and specificity were concordant with empirical results obtained in the InDRE testing and that during the emergency period (time frame not specified) this reagent is valid for use in Mexico (as FDA EUA).*
- For the Minnesota Department of Health, there is a statement that *comparison data against another assay shows 100% concordance* (page 7) then a table of 20 results (page 20) that is not clearly identified.

**What is the reliability of these studies?**

Given that these validation studies were not peer reviewed to assure appropriate experimental procedures, data analysis, and performance claims, it is difficult to assess the reliability of the data and the subsequent claims of performance.  For example, the number of specimens for assessing clinical usefulness greatly affects the reliability of results of the different studies.  Even more critical is the type of patient samples, real or "contrived" by spiking with a pure standard or reference material containing the sought-for substance.  Also, it isn't clear if these are independent validation reports.  The "author" is the same for both the Australian and Indian reports and the same person also signed as the "supervisor" for both studies.  Normally, it would be expected that the scientist who performed the experiments would sign as the "investigator" and the report then be reviewed by a "supervisor" who would typically be a "regulatory affairs officer."  Lastly, both reports are dated 30 April 2020, which likely means they were prepared in-house just in time for the May 1 press release.

**What is the relative importance of LoD vs Se and Sp for describing test performance?**

Protocols varied from country to country, even the focus of the studies, for example, the Mexican Department of Epidemiology (InDRE) placed more importance on the Limit of Detection than

Westgard QC, Inc. © 2023: Final - Validation of Performance of Qualitative Tests, Page 21

on the Patient Agreement Study whereas the other studies focused more on determining sensitivity and specificity.

While the LoD is a critical analytical performance characteristic that affects sensitivity, LoD does not directly predict clinical usefulness.  It is essential to test real patient samples to establish clinical sensitivity and clinical specificity, which are the essential clinical characteristics for determining the predictive values of positive and negative patient results for the prevalence of disease in the population being tested.  A lower LoD should provide better detection of specimens with low viral loads, thus minimizing the number of false negative patient results and making the assay perform better for screening asymptomatic patients.  If LoD is too high, then low viral load patients may be misclassified as negative.   Initially, the FDA was focused on test performance for symptomatic patients, which meant the prevalence of disease was expected to be higher and therefore a low LoD was not as critical as later when testing expanded to screen asymptomatic subjects.

**What about the data and results from the FDA EUA?**

The data submitted for the EUA was the most important data available in May 2020 because it required careful preparation following the FDA template for EUA, followed by scientific review by FDA.  Nonetheless, there was a severe limitation on the availability of specimens from patients with disease.  Initially, FDA allowed the use of spiked specimens instead of real patient specimens.  Only in May 2020 did the FDA finally recommended 30 positive patients and 75 negative patients.  By comparison, CLSI EP12 guidance called for 50 positive and 50 negatives.  It became standard practice to obtain negative specimens from salvaged specimens stored before December 2019, prior to COVID-19.  But positive patient specimens were difficult to obtain which limited the amount of data available to provide reliable estimates of Sensitivity.

The EUA submitted by Co-Diagnostics [6a] depended on spiked specimens for positive samples, therefore any assessment of the medical usefulness of the Logix Smart COVID-19 test was of limited reliability.  The Instructions for Use document [6a] provides the following statement about clinical evidence:

> *The clinical evidence was established by producing 180 randomized contrived samples spiked with the Genomic RNA of SAR-CoV-2, isolate USA-WA 1/2020 (BEI Resources, catalog number NR-52285) in dilutions of 600, 1000, 5000, and 10000 genomic copies per sample (sample input 140 μL).*

Co-Diagnostics prepared 9 samples of the 600 copies dilution, 51 of the 1000 copies dilution, 15 of the 5000 dilution, and 15 of the 10000 dilution.  In testing these spiked samples, all gave positive results, i.e., 90 out of 90. PPA was 100% with a confidence interval from 95.9% to 100%.  They also tested 90 negative contrived samples that all gave negative results.  LoD was also validated using the 600 copies concentration, where 21 out of 21 samples were detected.

The claims in the EUA submission were summarized as follows in the Instructions for Use [6a, March 20, 2020]: *The data suggests that the Logix Smart COVID-19 test kit can consistently generate accurate results.   The results show a sensitivity above 100%, specificity of 100%,*

*accuracy of 1.0, all PPV values of 100%, NPV values at or <u>above 100%</u>, and MCC values at or above 1.00, which were all above the acceptance criteria of 95% and 0.95.* [MCC is identified as the Mathews Correlation Coefficient where the ideal value would be 1.00.] Values above 100% for sensitivity and NPV, of course, are not possible. Also, the predictive value claims (PPV, NPV) assume that the prevalence of disease is represented by the population being tested, i.e., 90 contrived positives divided by 180 total contrived positives (90) plus contrived negatives (90), which is a prevalence of 50% rather than the 2-5% expected in the UTAH population. Interestingly, these claims are not found in the current Instructions for Use [6b, March 2023].

**What is the expected clinical performance?**

If Logix Smart test performed as indicated by the data from the Iowa Hygienic Laboratory, i.e., *95 percent accuracy for determining positives and 99.7 percent accuracy for determining negatives*, the clinical usefulness of the test can be illustrated by calculations of predictive values for positive and negative results at a specified prevalence of disease. Assuming the diseased and non-diseased performance were estimated from 100 samples each, the PPA would be 95% with a confidence interval (CI) from 88.8% to 97.8%. and PNA 99% with CI of 94.6% to 99.8%.

- If the prevalence of diseased patients were 5%, as suggested for the Utah population, then the PVpos would be 83.3% with a confidence interval from 46.4% to 96.3% and PVneg would be 99.7% with CI 99.4% to 99.9%. That means 8 of 10 patients with COVID disease would test positive, on average, but it could be as few as 5 out of 10.
- If the prevalence of disease were only 2%, then PVpos would be 66.0% with CI from 25.1% to 90.9%, meaning approx. 7 of 10 patient with COVID-9 disease would test positive, on average, but it could also be as few as 3 out of 10.

**How do the performance claims compare with results of published validation reports?**

It is difficult to find peer reviewed validation studies of the Logic Smart COVID-19 test. During the 1st quarter of 2020, there was a tremendous increase of scientific papers dealing with Covid-19, but there was also a shortage of well document diseased patients and "gold standards" for comparison. It took till May 2020 for the FDA to require 30 real patient specimens that were positive and 75 patient specimens that were negative. While the publication process takes some time, most scientific papers were being published on-line ahead of print to speed up the dissemination of information on COVID-19.

The initial publications provided summary reviews of methods [7-10] that compared different method characteristics (e.g., gene targets, type of amplifications, etc.) but didn't necessarily provide experimental results to assess performance characteristics. One exception was the review by Polish scientists described experimental results of independent evaluations carried out at the University Hospitals of Geneva [11]. That data was part of a Findex database that can no longer be accessed, but the summary of results [Table 2 of reference 11] shows 16 methods out of 33 that have both 100% sensitivity and 100% specificity (including the Logix Smart from Co-Diagnostics). The range of sensitivity for those methods where Se<100% was from 90% to 98%. For specificity, the range was 97% to 99% for 8 other methods where Sp<100%.

**Australian study [12].**  An early peer-reviewed study that focused on the Logix Smart COVID-19 test was published by the Australian group that also seems to have provided much of the data attached to the Co-Diagnostics May 1, 2020, press release.  While this study emphasizes the development of a mobile testing unit that could be deployed into rural areas to support regional testing, it provides a summary of evaluation results based on *"211 historical clinical specimens of known Sars-CoV-2 positivity status"* as confirmed by PathWest Laboratory Medicine.  Because of the research use of these specimens, a 1 to 5 dilution was made to conserve these historical, documented specimens.

> *"Three samples were excluded on the basis of late Cq values in the corresponding undiluted specimen used in the IND-RT-PCR or testing of disease clearance swabs (whereby equivocal result reported as positive).  One further sample was excluded on the basis that it was sputum."*

That led to the <u>exclusion of 4 specimens from the analysis</u>, leaving a total of 207 specimens, which is also the number of results shown on pages 5-9 of the press release.  Those results are the basis for the claim of 100% sensitivity (with CI of 96.48 – 100) and 100% specificity (with CI of 96.52 – 100).

Of special interest, the authors discussed another 4 specimens that initially provided discordant results, but upon further testing were found in agreement.  This was explained as follows:

> *"In the event of discrepant results between the IHD-RT-PCR and the Logix Smrt assays, the samples were repeated denovo from undiluted specimen in both assays.  The data from this repeat testing superseded the data obtained from initial PCR assay on diluted samples."*

It is always difficult to know what to do with discrepant results, but it is dangerous to exclude any such results or to change them, particularly when just a few results might greatly influence the estimation of characteristics like sensitivity and specificity.  For example, if the 4 discrepant specimens had been 3 false positives and 1 false negative test, the changes in the calculated results would be significant, as shown below:

- PPA would by 97.2% (92.0-99.0%) instead of 100% (96.4-100%)
- NPA would be 99.0% (94.8-99.8%) instead of 100% (96.4%-100%)
- Accuracy of 98.1% (95.2-99.3% instead of 100% (98.2-100%)
  Where accuracy here means overall agreement, which is consistent with its meaning in the summary of results on page 10 of the press report.
- PVPos is 83.6% (48.2-96.3%) instead of 100% (58.5-100%)
- PVNeg is 99.9% (99.6-99.9% instead of 100% (99.8-100%)
  Where PV is calculated for prevalence of disease of 5%, as suggested for Utah.

**Israeli study [13]**.  Published online January 24, 2022, this study compared the performance of 6 different reagent kits, including the Logix Smart COVID-19 test.  The study emphasizes the Patient Agreement Experiment and includes 204 patients, 102 negative and 102 positive.  The

Westgard QC, Inc. © 2023: Final - Validation of Performance of Qualitative Tests, Page 24

Logix Smart was compared to a method (Allplex 2019 nCov Assay from Seegene, Seoul, South Africa) that had been selected by the Israel Ministry of Health as the gold standard reference.

The performance for the Logix Smart test was reported [Table 1] as follows:

- Sensitivity 74.5% (64.9-82.6%)
- Specificity 100% (96.4-100)
- Overall agreement 87.3% (178 of 204 specimens)
- PVpos is 100 % (48.8-100%)
- PVneg is 98.7% (98.1-99.1%)
  Where PV is calculated for prevalence of disease of 5%, as suggested for Utah.

The lowest sensitivity of all assays was the Logix Smart COVID19 Kit, with 74.5% sensitivity.

**Mexican study [14].**  Published October 31, 2022, this study compares the performance of 6 different kits.  It adheres to the Mexican guidance by InDRE that pays most attention to the Limit of Detection.  Only a small number of patient results were initially compared – 8 positives and 1 negative. Because discrepancies between results were highest for Logix Smart (5 agreement out of 9 patients), a further study compared agreement between the Logix Smart and the RIDA method (chosen as comparative method).  Of 27 specimens, 13 of 17 tested positive by both methods and 8 of 12 tested negative by both methods, leaving 4 false positives and 2 false negatives.  Because of the small data set, the confidence intervals are wide:

- Sensitivity 86.7% (62.1-96.3%)
- Specificity 66.7% (39.1-86.2%)
- Overall agreement 77.8% (21 of 27 specimens)
- PVpos is 12.1% (5.1-26.9%)
- PVneg is 99.0% (95.1-99.8%)
  Where PV is calculated for prevalence of disease of 5%, as suggested for Utah.

**Summary**

In the early months of the pandemic, there were many difficulties in validating the performance of binary tests for COVID-19.  Some of the issues were (a) how exactly should the precision and accuracy be determined experimentally, (b) how should the data be calculated, (c) what measures of performance should be employed, and (d) how claims should be expressed.  Another critical issue was understanding the meaning of claims for percent positive agreement, percent negative agreement, and percent overall agreement.  Many laboratory staff even had difficulties because they were primarily experienced with quantitative tests, like cholesterol, glucose, and hemoglobin A1c.  The public would be expected to have even more difficulties.

In this situation, the results of test performance were expressed as simply as possible, e.g., 100% accuracy, even though that was very misleading to the public because that claim did not correctly express the medical or clinical performance that was (or would be) experienced.  Few understood that medical usefulness was affected by the prevalence of disease in a particular population and that a test would be less reliable in populations where there were fewer patients with disease.

The Logix Smart COVID-19 test was affected by many of these difficulties.  Some experimental results that were intended to document clinical performance depended on analysis of artificial specimens that were spiked with a pure form of the sought-for substance.  Those samples would not have been as reliable as real specimens from COVID-19 patients.  Some laboratories provided validation data as needed to qualify to implement new COVID-19 tests under different regulations but were not sufficiently careful in the design and execution of their validation experiments, as well as their assessment of the results by appropriate data analysis.  Furthermore, government officials were lax and setting low standards for validation studies and provided very limited review of validation results to speed tests to market via Emergency Use Authorization.

The outcome was a lot of confusion and misunderstandings about how COVID-19 tests really perform.   The Logix Smart COVID-19 was hyped as 100% accurate based on the claim in the FDA application for Emergency Use and based on data from secondary studies that were distributed in the May 1, 2020, press release.  As reviewed here, those reported studies were poorly presented, lacked consistency in what characteristics and experiments were included as well as how the data was reported.  The validation data reported in the press release would have been difficult to understand by the intended audience, who would have to depend on the interpretation offered by Co-Diagnostics.  However, the conclusion from Co-Diagnostics was over simplified by claiming the test was 100% accurate, 100% sensitive, 100% specific, and 100% concordance, along with the claim that the Logix Smart test *"consistently and repeatedly achieved 100% clinical sensitivity and specificity and you can't do better than that."*

In fact, no test is perfect, as FDA clarified in review of EUA submissions.  The fact that there is an imprecision interval from which the Limit of Detection is determined demonstrates there is random variability or random errors in the measurement process.  Other validation studies published later describe less than perfect performance for the Logix Smart test, e.g., a sensitivity of 74.5% was documented by Jerbi et al [13] and a sensitivity of 86.7% by Saldano et al [14]).  The study by Paton et al [12] shows more favorable performance, but the handling of 4 specimens that gave discrepant results is concerning.

Even today, it is still difficult to find scientific papers that objectively compare the performance of the Logix Smart COVID-19 test to other NAAT methods on the market.  There are some papers that compare manufacturers' claims, but don't provide any new independent data.  It would be expected that there should be peer-reviewed studies available by now and with the expiration of EUA approvals and the upcoming need for 501k clearance, it will be more important to properly document performance and quality for the US marketplace.

Finally, the confusion over the performance claims for the Logix Smart test might have been avoided, or at least minimized, by claiming the lower limits of the confidence intervals, rather the point estimates of 100%.  This simple action would have provided claims that were more scientifically accurate as well as more realistic.

Westgard QC, Inc. © 2023: Final - Validation of Performance of Qualitative Tests, Page 26

**References**

1. CLSI EP12-A2. User Protocol of Evaluation of Qualitative Test Performance.  Clinical and Laboratory Standards Institute, 940 West Valley Road, Wayne, PA, 2008.

2. US Dept Health and Human Services. FDA Policy for Diagnostic Tests for Coronavirus Disease-2019 during Public Health Emergency: Immediately in Effect Guidance for Clinical Laboratories, Commercial Manufacturers, and Food and Drug Administration Staff.  May 4, 2020.  https://www.fda.gov/media/135010/download

3. CLSI EP17-A2. Evaluation of Detection Capability for Clinical Laboratory Measurement Procedures. Clinical and Laboratory Standards Institute, 940 West Valley Road, Suite 1400, Wayne, PA, 2012.

4. Finney DJ. Probit Analysis: A Statistical Treatment of the Sigmoid Response Curve. Cambridge University Press, Cambridge and London, 1947.

5. Press Release. Co-Diagnostics, Inc. Release COVID-19 Test Performance Data: Consistently Demonstrates 100% Sensitivity and 100% Specificity Across Independent Evaluations. May 1, 2020.  Salt Lake City, Utah.

6. Product Information Document.  Logix Smart Coronavirus Disease 2019 (COVID-19) Kit: For use under the Emergency use authorization (EUA) only.  Co-Diagnostics, Salt Lake City, UT 84109.
   a. Product Information Document, PID-1048-01, March 12, 2020.
   b. Product Information Document, PID-1048-04, March 2023

7. LJ Carter, LV Garner, JW Smoot (9 others).  Assay techniques and test development for COVID-19 diagnosis.  ACS Cent. Sci. 2020;6:591-605. https://dx.doi.org/10.1021/acscentsci.Oc00501

8. MC Smithgall, M Dowlatshahi, L Spitalnik, EA Hod.  Types of assays for SARS-CoV-2 testing: A review.  Lab Med 2020;51:e59-365.  https://doi.org/10.1093/labmed/lmaa0.39

9. Tianxing Ji, Zhenwei Liu, GuoQiang Wang et. al (10 additional authors).  Detection of COVID-19: A review of the current literature and future perspectives.  Biosensors and Bioelectronics 2020; 166(Oct). https://doi.org/10.1016/j.bios.2020.112455.

10. R Kubina, A Dziedzic.  Molecular and serological tests for COVID-9, A comparative review of SARS-CoV-2 Coronavirus laboratory and Point-of-Care diagnostics. Diagnostics 2020;10:443 (18 pages).  https://doi.org/10.3390/diagnostics10060434

11. PB van Kasteren, B van der Veer, Sharon van den Brink (6 others). Comparison of seven commercial TP-PCR diagnostic kits for COVID-19.  J Clin Virology 2020;128;104452. https://doi.org/10.1016/j.jcv.2020.104412

12. TF Paton, I Marr, Z O'Keefe, TJJ Inglis.  Development, deployment and in-field demonstration of mobile coronavirus SARS-CoV-2 Nucleic acid amplification test.  J Med Microbiol 2021;70:001346.  https://doi.org/10.1091/jmm.0.001346

13. L Jerbi, M Azrad, A Peretz.  Evaluation of factors that affect the performance of COVID-19 molecular assays including presence of symptoms, number of detected genes and RNA extraction type.  Molecular Diagnosis & Therapy 2022:26:229-238. https://doi.org/10.1007/x40291-021-00574-y

14. H Alberto Barrera Saldana, C Rivera Santiago, R Rodrigues Palacios.  Sars-CoV-2: Challenges in reconverting diagnostic laboratories to combat the pandemic. Microbiology Spectrum (American Society for Microbiology):2022;10:1-13. https://doi.org/10.1128/spectrum.01477-22