# Exhibit 14

Message
_____

| | |
|---|---|
| **From:** | Andrew Benson [a.benson@codiagnostics.com] |
| on behalf of | Andrew Benson <a.benson@codiagnostics.com> [a.benson@codiagnostics.com] |
| **Sent:** | 3/21/2020 10:51:16 PM |
| **To:** | Dwight Egan [d.egan@codiagnostics.com]; Reed Benson [r.benson@codiagnostics.com]; Seth Egan [s.egan@codiagnostics.com] |
| **Subject:** | Fwd: EUA submission for Logix Smart Coronavirus Disease 2019 (COVID-19) |
| **Attachments:** | CoDx_EUA-Covid19-Template-Nat_20200312update.pdf; EUA-CoDx-LogixSmartCOVID19-FSHP.pdf; EUA-CoDx-LogixSmartCOVID19-FSP.pdf; Instructions for Use Logix Smart COVID-19 EUA CE IVD.pdf; LogixSmartCOVID-19_Packaging-EUA.pdf |

Submission to the to FDA complete. See below and attached.

Best regards,

**Andrew Benson | Head of Corporate Communications**

**CO-DIAGNOSTICS, INC**
*Tailor-Made Life Saving Solutions*
2401 S Foothill Dr. Ste. D
**Salt Lake City, UT 84109**
www.codiagnostics.com
a.benson@codiagnostics.com

---------- Forwarded message ---------
From: **Cecilia Hutchins** <c.hutchins@codiagnostics.com>
Date: Sat, Mar 21, 2020 at 4:49 PM
Subject: EUA submission for Logix Smart Coronavirus Disease 2019 (COVID-19)
To: Briggs, Joseph <Joseph.Briggs@fda.hhs.gov>, Hwang, Leroy <Leroy.Hwang@fda.hhs.gov>, CDRH-EUA-Templates <COVID19DX@fda.hhs.gov>, CDRH-EUA-Templates@FDA.HHS.GOV <CDRH-EUA-Templates@fda.hhs.gov>
Cc: Chad Apuli <c.apuli@codiagnostics.com>, Andrew Benson <a.benson@codiagnostics.com>

Dear Dr. Briggs,

Find attached our completed submission of the EUA template for the Logix Smart Coronavirus Disease 2019 (COVID-19).
Also, you will find the Instructions for Use, Packaging Information, the Fact Sheet for Healthcare Providers and the Fact Sheet for Patients.

Let me know if you have any questions.

Thank you,

**Cecilia Hutchins | Head of Clinical and Regulatory Affairs**

1

CONFIDENTIAL

CoDI_00019301

**Tailor-Made Life Saving Solutions**
2401 S. Foothill Dr., Suite D
Salt Lake City, Utah 84109
www.codiagnostics.com
c.hutchins@codiagnostics.com

2

CONFIDENTIAL

CoDI_00019302

EUA Interactive Review Template – Molecular-based Test Kit Manufacturer                    Updated: March 12, 2020

## EMERGENCY USE AUTHORIZATION (EUA)

## EUA INTERACTIVE REVIEW TEMPLATE
## FOR MOLECULAR-BASED TESTS FOR SARS-CoV-2 THAT CAUSES CORONAVIRUS DISEASE 2019 (COVID-19)

## GENERAL INFORMATION ABOUT THIS TEMPLATE

- Text highlighted in yellow *[Text]* should be completed by the IVD developer (sponsor) as applicable to their specific test. Text in ***bold italic*** outlines the Food and Drug Administration (FDA) suggestions and clarifications for the sponsors' consideration when completing the required information in a specific section.

- This is a EUA interactive review template (EUA template) for Pre-EUA/EUA submissions concerning molecular-based tests for detection of SARS-CoV-2 that causes coronavirus disease (COVID-19). If you are developing a multiplex molecular-based assay for the detection and differentiation of nucleic acids from a panel of microorganisms, please review Appendix A for FDA recommendations.

- The current template is intended for use with respiratory specimens; if you are considering non-respiratory specimens (e.g., blood, stool, etc.), please contact FDA at CDRH-EUA-Templates (CDRH-EUA-Templates@fda.hhs.gov) to discuss your validation strategy.

- This EUA template is an FDA internal document and any proprietary information provided within the template and during the interactive review process will remain confidential as it does in a regular FDA premarket submission.

- Prior to a potential authorization FDA may require developers of molecular-based tests to assess traceability of their test to an FDA-recommended reference material panel. Specific details about the traceability study and the FDA-recommended reference material panel will be provided by the Lead Reviewer assigned to the Pre-EUA submission once the analytical and clinical evaluation data has been reviewed and found to be acceptable.

- Please be reminded that tests for the detection of SARS-CoV-2 or diagnosis of COVID-19 must not be distributed and used for clinical diagnoses without premarket clearance, approval, or EUA by the FDA. Clinical samples for COVID-19 testing should be sent to the appropriate public health laboratories until the IVD device subject of this Pre-EUA submission has received authorization from the FDA.

- Clinical specimens may be required to support the EUA request. Furthermore, please note that applicable regulations for human subject protection do apply under the EUA. Please refer to the Clinical Evaluation section of this document for more details.

1

CONFIDENTIAL                                    CoDI_00019303

- If authorized, the EUA means that this COVID-19 IVD is temporarily authorized for use until the public health emergency is terminated or the EUA is revoked by the FDA.

    o FDA recommends that you consider registration and listing your EUA product once you have been issued an EUA. If this is problematic, please notify the Agency during your Pre-EUA.
    o The EUA is not a pathway to permanent marketing of your device. Therefore, we strongly recommend that you consider, in addition to an EUA, a traditional premarket submission for your IVD so that your device can still be legally marketed after termination of the emergency declaration. We recommend that you identify as soon as possible in the Pre-EUA review process any consideration of moving your product forward towards De Novo/510(k) clearance. If so some of our feedback to you may take such a long-term goal into consideration in order to prevent additional testing where it may not be needed. Therefore, please consider submitting a Pre-Submission to inquire what studies would be required for a premarket approval/ clearance of your COVID-19 IVD. Details on how to submit a Pre-Submission to the Agency are outlined in the FDA guidance document: *Requests for Feedback and Meetings for Medical Device Submissions: The Q-Submission Program.* https://www.fda.gov/regulatory-information/search-fda-guidance-documents/requests-feedback-and-meetings-medical-device-submissions-q-submission-program

## A. PURPOSE FOR SUBMISSION

Emergency Use Authorization (EUA) request for distribution and/or use of the Logix Smart™ Coronavirus Disease 2019 (COVID-19) for the in vitro qualitative detection of RNA from the SARS-CoV-2 in lower respiratory tract fluids (e.g. bronchoalveolar lavage, sputum, tracheal aspirate), and upper respiratory tract fluids (e.g. nasopharyngeal and oropharyngeal swabs) from patients with signs and symptoms of infection who are suspected of COVID-19. Additional testing and confirmation procedures should be performed in consultation with public health and/or other authorities to whom reporting is required. Positive results should also be reported in accordance with local, state, and federal regulations. Performance is unknown in asymptomatic patients.

## B. MEASURAND
Specific nucleic acid sequences from the genome of the SARS-CoV-2 *RdRp* gene.

## C. APPLICANT

Co-Diagnostics, Inc.
2401 Foothill Dr., Suite D, Salt Lake City, UT 84109

## D. PROPRIETARY AND ESTABLISHED NAMES

2

CONFIDENTIAL                                                                              CoDI_00019304

EUA Interactive Review Template – Molecular-based Test Kit Manufacturer                    Updated: March 12, 2020

Proprietary Name - Logix Smart Coronavirus Disease 2019 (COVID-19)
Established Name - Logix Smart COVID-19

## E. REGULATORY INFORMATION

### *Approval/Clearance Status:*

The Logix Smart Coronavirus Disease 2019 (COVID-19) test is not cleared, CLIA waived, approved, or subject to an approved investigational device exemption.

### *Product Code:*

QJR

## F. PROPOSED INTENDED USE

### *1) Intended Use:*

The Logix Smart Coronavirus Disease 2019 (COVID-19) is a real-time RT-PCR test using a proprietary technology of CoPrimers™ intended for the qualitative detection of nucleic acid from the SARS-CoV-2 in lower respiratory tract fluids (e.g. bronchoalveolar lavage, sputum, tracheal aspirate), and upper respiratory tract fluids (e.g. nasopharyngeal and oropharyngeal swabs) from individuals with signs and symptoms of infection who are suspected of COVID-19. Testing is limited to laboratories - certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA), 42 U.S.C. §263a, to perform high complexity tests, or by similarly qualified non-U.S. laboratories.

Results are for the identification of SARS-CoV-2 RNA. The SARS-CoV-2 RNA is generally detectable in lower respiratory tract fluids (e.g. bronchoalveolar lavage, sputum, tracheal aspirate), and upper respiratory tract fluids (e.g. nasopharyngeal and oropharyngeal swabs) during the acute phase of infection. Positive results are indicative of active infection. Laboratories within the United States and its territories are required to report all positive results to the appropriate public health authorities.

Negative results do not preclude SARS-CoV-2 infection and should not be used as the sole basis for patient management decisions. Negative results must be combined with clinical observations, patient history, and epidemiological information.

The Logix Smart Coronavirus Disease 2019 (COVID-19) is intended for use by trained clinical laboratory personnel specifically instructed and trained in the techniques of real-time PCR and in vitro diagnostic procedures. The Logix Smart Coronavirus Disease 2019 (COVID-19) is only for use under the Food and Drug Administration's Emergency Use Authorization.

### *2) Special Conditions for Use Statements:*

For prescription use only
For in vitro diagnostic use only

3

CONFIDENTIAL                                                                      CoDI_00019305

EUA Interactive Review Template – Molecular-based Test Kit Manufacturer                    Updated: March 12, 2020

### 3) *Special Instrument Requirements:*

The Logix Smart Coronavirus Disease 2019 (COVID-19) test is to be used with the CoDx Box and MIC qPCR Cycler and its software (Bio Molecular Systems), and Eco 48 Real-Time qPCR Systems (PCRmax).

## G. DEVICE DESCRIPTION AND TEST PRINCIPLE

### 1) *Product Overview/Test Principle:*

The Logix Smart Coronavirus Disease 2019 (COVID-19) test is a real-time reverse transcription polymerase chain reaction (rRT-PCR) test utilizing the Company's patented CoPrimer technology (Satterfield, 2014) (Poritz & Ririe, 2014). The SARS-CoV-2 CoPrimer sets are designed to detect RNA from the SARS-CoV-2 in lower respiratory tract fluids (e.g. bronchoalveolar lavage, sputum, tracheal aspirate), upper respiratory tract fluids (e.g. nasopharyngeal and oropharyngeal swabs) from patients with signs and symptoms of infection who are suspected of COVID-19.

### 2) *Description of Test Steps:*

The test begins with the selection of the sample type, followed by collection of the sample by a trained healthcare provider. The sample must be identified following the laboratory quality system and current regulation. The sample must be stored properly until testing in the same facility or shipping to the assigned laboratory.

The sample selection, collection, storage, and handling play an essential part in the performance of nucleic acid assays. Thus, valuable information is presented here to help laboratories develop better procedures for the analysis of results and troubleshooting other problems.

a)  Lower respiratory tract fluids
Bronchoalveolar lavage, tracheal aspirate: collect 2-3 mL into a sterile, leak-proof, screw-cap sputum collection cup or sterile dry container. Refrigerate specimen at 2-8°C and ship overnight to the testing laboratory on an ice pack.

Sputum: have the patient rinse the mouth with water and then expectorate deep cough sputum directly into a sterile, leak-proof, screw-cap sputum collection cup or sterile dry container. Refrigerate specimen at 2-8°C and ship overnight to the testing laboratory on an ice pack.

b)  Upper respiratory tract fluids
Nasopharyngeal swab AND oropharyngeal swab (NP/OP swab): use only synthetic fiber swabs with plastic shafts. Do not use calcium alginate swabs or swabs with wooden shafts, as they may contain substances that inactivate some viruses and inhibit PCR testing. Place swabs immediately into sterile tubes containing 2-3 mL of viral transport media. NP and OP specimens should be kept in separate vials. Refrigerate specimen at 2-8°C and ship overnight to the testing laboratory on an ice pack.

4

CONFIDENTIAL                                                                                    CoDI_00019306

Note: Nasopharyngeal swab: Insert a swab into the nostril parallel to the palate. Leave the swab in place for a few seconds to absorb secretions/ Swab both nasopharyngeal areas with the same swab.

Oropharyngeal swab (e.g., throat swab): swab the posterior pharynx, avoiding the tongue.

Nasopharyngeal wash/aspirate or nasal aspirate: collect 2-3 mL into a sterile, leak-proof, screw-cap sputum collection cup or sterile dry container. Refrigerate specimen at 2-8°C and ship overnight to the testing laboratory on an ice pack.

The Logix Smart COVID-19 test kit assay is a multiplexed single-step real-time reverse transcription PCR test that can be broken down into 3 stages: sample preparation, reverse transcription, and the polymerase chain reaction (PCR) with real-time monitoring. The assay also includes an internal positive control (IPC) that acts as an extraction control to confirm the performance of the extraction.
The sample preparation for PCR technology requires the samples to be processed to break apart cells and viruses to expose the genetic material. For this process a commercially available extraction system can be used. In this process the nucleic acids are isolated and purified from the lower respiratory tract fluids (e.g. bronchoalveolar lavage, sputum, tracheal aspirate), or the upper respiratory tract fluids (e.g. nasopharyngeal and oropharyngeal swabs) using the QIAamp Viral RNA Mini Kit (Qiagen) using the protocol outlined in the product's handbook, "Protocol: Purification of Viral RNA (Spin Protocol)" using 140 µl of the lower respiratory tract fluids (e.g. bronchoalveolar lavage, sputum, tracheal aspirate), or the upper respiratory tract fluids (e.g. nasopharyngeal and oropharyngeal swabs. In the case of sputum samples, the sample should be treated before the extraction by a validated protocol or the CDC's guidelines for "Processing of Sputum Specimens for Nucleic Acid Extraction" (CDC, 2020). Additionally, samples may be processed using the sbeadex Blood Kit (Biosearch Technologies), following the protocol outlined in the product's insert, using 100 µL starting volume, and a 100 µL elution volume (Biosearch Technologies, n.d., p. 6).

The purified nucleic acid is then plated with the Logix Smart Coronavirus Disease 2019 (COVID-19) master mix, 5 µl of each. The master mix is pre-mixed and contains the necessary components to perform both the reverse transcription and PCR and does not need to be prepared ahead of time by the user. The plated reactions will then be put in the thermocycler using the following cycling conditions: 15 min at 45°C, 2 min at 95°C, 50 cycles x [3s at 95°C, 32s at 55°C]. The 15-minute step at 45°C is the reverse transcription step, where the cDNA is created from the RNA template. The 2 min at 95°C is to inactivate the reverse transcriptase, and acts as the initial denaturation step for PCR, which is then followed by the cycling for the PCR.

During the PCR, the forward CoPrimer is labeled with FAM and acts as both the forward primer and probe. During the annealing/extension phase of the PCR cycle, the 5' nuclease activity of Taq polymerase degrades the CoPrimer's capture, causing

5

CONFIDENTIAL

CoDI_00019307

EUA Interactive Review Template – Molecular-based Test Kit Manufacturer                    Updated: March 12, 2020

spatial separation between the fluorophore and the quencher, generating a fluorescent signal. With each cycle, additional fluorophore dye molecules are cleaved from their respective probes, increasing the fluorescence intensity. Fluorescence intensity is monitored at each PCR cycle by the real-time thermocycler, specifically the CoDx Box.

3) ***Control Material(s) to be Used with Logix Smart COVID-19:***

Controls that will be provided with the test kit include:

a) A "no template control" is provided as part of the Logix Smart COVID-19 test kit (clear cap tube) to check for contamination in the master mix. The "no template control" is nuclease-free water and is run with each PCR run, by plating a single well with 5 µL of master mix and 5 µL of the nuclease-free water.

b) A positive template control is needed to check the performance of the master mix, and more specifically, the performance of the SARS-CoV-2 CoPrimers. The positive control is 10% TE buffer with SARS-CoV-2 Ultramer RNA and RNaseP Ultramer DNA template, both at 1e4 copies/µL and is used with each PCR run by plating a single well with 5 µL of master mix and 5 µL of the positive control.

c) An endogenous internal positive control (IPC), which also acts as an extraction control, targets the human RNaseP gene. The IPC is used to verify both the performance of the master mix in each well and also the performance of the extraction, as the RNaseP gene is co-extracted from the patient sample, verifying a successful extraction. The IPC is contained in every well as part of the master mix, and the process does not need to be altered in any way.

All needed controls are provided with the Logix Smart Coronavirus Disease 2019 (COVID-19) test kit.
Note: If the user has the need to validate the test for a different thermocycler or a different extraction system, a reference material may be needed for the validation, and is not provided with the test kit. Reference material can be acquired from BEI Resources at the link: https://www.beiresources.org/.

## H. INTERPRETATION OF RESULTS

All test controls should be examined prior to interpretation of patient results. If the controls are not valid, the patient results cannot be interpreted.

6

CONFIDENTIAL                    CoDI_00019308

EUA Interactive Review Template – Molecular-based Test Kit Manufacturer    Updated: March 12, 2020

1) ***Logix Smart COVID-19 Controls – Positive, Negative and Internal***

After the run completes, the results can be interpreted by evaluating the Ct or Cq values. The process for evaluating results are as follows:

1.  Check for amplification of the positive control (PC) for SARS-CoV-2 and RNaseP in the appropriate channel. There should be amplification in every channel for the PC.

2.  Check for amplification of the no template control (NTC) for SARS-CoV-2 and RNaseP in the appropriate channel. There should be NO amplification in any of the channels before cycle 45.

3.  Check for amplification of the internal positive control (IPC) for RNaseP in the appropriate channel. Every sample should show a positive result for RNaseP (IPC) before cycle 45.

2) ***Examination and Interpretation of Patient Specimen Results:***

Assessment of clinical specimen test results should be performed after the positive and negative controls have been examined and determined to be valid and acceptable. If the controls are not valid, the patient results cannot be interpreted. A new plate with the same layout should be rerun and the controls should be re-evaluated. If it fails again, the kit should be quarantined in an appropriate location and a new kit should be opened and tested. The decision should be taken after internal investigation for potential deviations.

After the positive, negative, and internal positive control have been interpreted and are determined to be valid and within the acceptable ranges, then the results for the clinical specimen can be evaluated. If the results for the controls are not valid, the results cannot be interpreted.

a)  Check for amplification for SARS-CoV-2 in the appropriate channel. Samples are considered positive with amplification before cycle 45.

7

CONFIDENTIAL    CoDI_00019309

EUA Interactive Review Template – Molecular-based Test Kit Manufacturer                    Updated: March 12, 2020

*Table 1 Interpretation of Results for COVID-19 by detection of SARS-CoV-2 RdRp gene with Logix Smart COVID-19*

| Instrument Reading | Sample Result | | Logix Smart™ COVID-19 Positive Control | No Template Control (NTC) (Master Mix + Water) | Interpretation of Results |
| --- | --- | --- | --- | --- | --- |
| | COVID-19 (SARS-CoV-2) | Internal Positive Control (RNaseP) CF610 channel | | | |
| | + | + | + | - | COVID-19 + |
| | - | + | + | - | COVID-19 - |
| | Any Result (+/-) | ▮ | + | - | Inconclusive: See Troubleshooting |
| | | + | ▮ | - | |
| | | + | + | ▮ | |

Anything before 45 cycles is considered a positive reading (+). Anything after 45 cycles is considered a negative reading (-). When possible, always check that the medical history and/or symptoms match the result before treatment.

Any amplification before cycle 45 means a positive result. The non-amplification means a negative result. CoPrimer technology has shown a 2.5 million-fold on the reduction of primer-dimer formation (Satterfield, 2014), which reduces the likelihood of false-positives due to primer-dimer formation.

The cutoff for Logix Smart COVID-19 was established at 45 cycles in accordance with previous studies with CoPrimers. Most of conventional primers and probes have a cut-off between 35-40 cycles. However, internal studies with CoPrimers shows true positive samples with distinct curves with Ct values between 40 and 45 cycles. One hypothesis is that due to the complexity of the CoPrimer molecule structure, it requires more cycles when compared to a regular primer.

The determination of cutoff was performed with four tests ran up to 60 cycles at regular conditions where one sample was found amplifying at Cq=50.96 with gDNA sample. This result corroborates with previous evidences and showed a cutoff of 45 cycles is reasonably safe for CoPrimers.

If the internal positive control (IPC) shows no amplification, re-testing by re-amplification should be performed. If the IPC fails again, then samples should be re-extracted and re-amplified. If it fails a third time an investigation should be conducted to identify possible causes for error.

If positive or negative control has amplification outside of the established ranges an internal investigation is required to identify potential errors or contamination issues. In the inconclusive result, user should check troubleshooting section in the

8

CONFIDENTIAL                                                                                        CoDI_00019310

Instructions for Use. If there is a potential risk for operational errors during the sample preparation and testing, the sample should be rerun. In case of a failed extraction a new sample may be required. Refer to trouble shooting section in the Instructions for Use for Logix Smart Coronavirus Disease 2019 (COVID-19).

## I. PRODUCT MANUFACTURING

The Logix Smart Coronavirus Disease 2019 (COVID-19) has been validated using only the components referenced in this submission and shall not be changed without prior concurrence from the FDA.

### 1) *Overview of Manufacturing and Distribution:*

The product will be manufactured at Co-Diagnostics, Inc. registration number 3014214006 and at Promega Corporation by Co-Diagnostics, Inc. and Promega Corporation personnel consistent with practices for the production of [in vitro diagnostics medical devices based on 21 CFR Part 820, Quality System Regulation, Medical Devices. Material manufactured by Co-Diagnostics, Inc. may be bottled and kitted by Co-Diagnostics, Inc. manufacturing facility. Material manufactured by Promega Corporation may be bottled and kitted by Promega Corporation manufacturing facility.

The current manufacturing capabilities include the ability to manufacture at Co-Diagnostics, Inc. approximately 1000 kit units with 100 reactions or 1000 kit units of 250 reactions each per week, however in the event of a surge in demand this could be increased to 2000 kit units of 100 reactions each or 2000 kit units of 250 reactions each per week, scaling up within a 6-8 week timeframe.

Additional manufacturing capabilities include the ability to manufacture at Promega Corporation approximately 1500 kit units with 100 reactions each or 1500 kit units with 250 reactions each or 1500 kit units with 5000 reactions per week, however in the event of a surge in demand this could be increased to 2500 kit units of 100 reactions each or 2500 kit units of 250 reactions each or 2500 kit units of 5000 reactions per week, scaling up within a 6-8 week timeframe.

Co-Diagnostics distributors are not currently distributing products in the US. Sales for CE-IVD kits are concentrated in countries and regions outside of the US. Co-Diagnostics, Inc. does not currently have distributors operating in the US, as sales for in vitro diagnostics kits are more concentrated in countries and regions outside of the US with the CE Marking. Co-Diagnostics, Inc. distributes RUO products for vector control applications directly to mosquito abatement districts in the US. Identifying distributors for IVD products within the US may commence after IVD clearance is granted. If contracts are established with potential distributors, the information will be provided accordingly.

9

CONFIDENTIAL

CoDI_00019311

EUA Interactive Review Template – Molecular-based Test Kit Manufacturer          Updated: March 12, 2020

## 2) *Components Included with the Test*

Components manufactured by Co-Diagnostics, Inc. registration number 3014214006 and supplied with the test include items listed in Table 2. The kit contains 3 tubes, one tube for each of the listed components:

*Table 2 Components of the COVID-19 Test Kit*

| Product Code | Name | Description | Function | Number of units per tube |
|---|---|---|---|---|
| COVID-MM-001 | Logix Smart Coronavirus Disease 2019 (COVID-19) Master Mix | A ready-to-use mixture that includes a proprietary blend of buffers, Hot-Start Taq polymerase, and labeled and unlabeled CoPrimers | The master mix uses a selected set of cooperative primers, one fluorescently labeled and one unlabeled, to detect nucleotide segments specific to markers present on the SARS-CoV-2 strain causing COVID-19. Additionally, one set acts as an internal control, which uses the RNaseP gene found in human cells, to ensure the stability of the master mix and the quality of the nucleic acids extracted from the sample. | 100 reactions (500µL) or 250 reactions (1250µL) 5,000 reactions (25,000 µL) |
| COVID-PC-001 | Logix Smart Coronavirus Disease 2019 (COVID-19) Positive Control | Synthetic nCoV.15428 RNA and RNaseP DNA Templates | The positive control used in each run with MM to ensure the stability of the master mix components. The Positive Control mixture contains synthetic RNA templates of the nCoV.15428 and a DNA template of the RNaseP. | 100 reactions (500µL) or 250 reactions (1250µL) 5,000 reactions (25,000 µL) |
| GEN-NF-001 | Nuclease free water | Water free of RNase (Ribonuclease) or DNase (Deoxyribonuclease) activity | Nuclease free water to be used as a No Template Control (NTC). | 100 reactions (500µL) or 250 reactions (1250µL) 5,000 reactions (25,000 µL) |

### *Master Mix Composition*

The master mix is a ready to use mixture that includes a proprietary blend of buffers, Hot-Start Taq polymerase, and labeled and unlabeled CoPrimers. Table 3 shows the components for the COVID-19 Master Mix with the initial and final concentrations of each component.

*Table 3 Components of the COVID-19 Master Mix*

| Master Mix Components: | Volume (µL/rxn) | [Initial] | [Final] | Manufacturer | Details |
|---|---|---|---|---|---|
| 2X Promega MME | 5 | 2X | 1X | Promega | |
| nCoV.15428.F3 | 0.03 | 50µM | 0.15 µM | Biosearch | 5'd FAM-TGTGGCGGTTCACTAT-BHQ-1-Spacer 18-aaaaaaaaaaaaaaa-Spacer 18-TGAGTGAAATGGT 3' |

10

CONFIDENTIAL                                                                 CoDI_00019312

| | | | | | |
|---|---|---|---|---|---|
| nCov.15428.R3 | 0.03 | 50µM | 0.15 µM | Biosearch | 5'd TGTGGCATCTCCTGAT-Spacer 18-aaaaaaaaaaaaaaa-Spacer 18-ACACTATTAGCATAAG 3' |
| RNaseP.loc1.L12.F27.CF610 | 0.03 | 50µM | 0.15 µM | Biosearch | 5'd CAL Fluor Red 610-AGCGGGTTCTGACC-BHQ-2-Spacer 18-Spacer 18-AGATTTGGACCT 3' |
| RNaseP.loc1.R35.2x18 | 0.03 | 50µM | 0.15 µM | Biosearch | 5'd CAAGTCCGCGCAGA-Spacer 18-Spacer 18-CGGCTGTCTC 3' |
| RT Dilution 320 U/uL | 0.1 | 320 U/µL | 3.20 U/µl | Promega | |
| RT Dilution 320 U/uL | GoScript High Concentration RT | Varies | Varies | 320 U/µl | Promega | |
| | Storage Buffer for M480 / M314 Bulk sale size | Varies | N/A | N/A | Promega | |

*Note: The RT Dilution 320 U/uL row spans: GoScript High Concentration RT — Varies — Varies — 320 U/µl — Promega; Storage Buffer for M480 / M314 Bulk sale size — Varies — N/A — N/A — Promega.*

## Positive Control Composition

The positive control consists of a synthetic SARS-CoV-2 RNA and RNaseP DNA Templates shown in Table 4 with its components, initial and final concentrations, and manufacturer for the COVID-19 Positive Control.

*Table 4 Components of the COVID-19 Positive Control*

| Positive Control Components: | | [Initial] | [Final] | Manufacturer | Details |
|---|---|---|---|---|---|
| 10% TE Buffer | | N/A | N/A | Co-Diagnostics Inc. | |
| 10% TE Buffer | TE Buffer | 1X | 10% | Promega | |
| | Nuclease Free Water | N/A | N/A | Promega | |
| nCoV.15428.RNA Template | | 1e6 Copies/µL | 1e4 Copies/µL | Biosearch | 5'- rUrGrA rGrUrG rArArA rUrGrG rUrCrA rUrGrU rGrUrg rGrCrG rGrUrU rCrArC rUrArU rArUrG rUrUrA rArArC rCrArG rGrUrG rGrArA rCrCrU rCrArU rCrArG rGrArG rArUrG rCrCrA rCrArA rCrUrG rCrUrU rArUrG rCrUrA rArUrA rGrUrG rurU -3' |
| RNaseP.140610 Template | | 1e6 Copies/µL | 1e4 Copies/µL | Biosearch | 5'- GCG GTG TTT GCA GAT TTG GAC CTG CGA GCG GGT TCT GAC CTG AAG GCT CTG CGC GGA CTT GTG GAG ACA GCC GCT CAC C -3' |

11

13

CoDI_00019313

### Nuclease-Free Water composition

The nuclease-free water is aliquoted from the nuclease-free water acquired from Promega Corporation, without any modification. The nuclease-free water is used in the No Template Control (NTC) well, which should contain 5 µL of master mix and 5 µL of the nuclease-free water.

### 3) *Components Required but Not Included with the Test*

Components required but not included with the test:

*Table 5 Extraction System Compatibility*

| Extraction System Options | Catalog number | Manufacturer |
|---|---|---|
| QIAamp Viral RNA Mini Kit | 52904 (50 extractions) 52906 (250 extractions) | Qiagen |
| sbeadex Blood Kit | NAP44401 NAP44410 NAP44100 | Biosearch Technologies |

*Table 6 Thermocycler Compatibility*

| Thermocycler Machine | Manufacturer |
|---|---|
| CoDx Box | BMS, Bio Molecular Systems |
| MIC qPCR Cycler | BMS, Bio Molecular Systems |
| Eco 48 | PCRmax |

**Consumables required but not provided:**
- Disposable powder-free gloves and lab coats
- Disposable pipette tips with filters
- 10% bleach or other appropriate cleaning solution that degrades nucleic acids.
- PCR Plates or strip tubes for the thermocycler being used

**Equipment required but not provided:**
- Several micropipettes capable of pipetting volumes from 5µL to 1000µL
- Ice or cold block
- Class II Biosafety cabinet, ideally BSL-2 containment facility, for extraction
- PCR hood, for master mix plating and setup
- CoDx Box (Bio Molecular Systems, distributed by Co-Diagnostics, Inc.)
- qPCR thermocycler with channels capable of detecting FAM and CF610 fluorophores

12

14

CONFIDENTIAL

CoDI_00019314

4) **_Testing Capabilities_**

The test is an open system validated for use with QIAamp Viral mini kit and sbeadex blood kit extraction systems. It is validated to be run on CoDx Box and its software (Bio Molecular Systems) and Eco 48 and its software (PCRmax).

The CoDx Box has throughput of 46 samples per run (48 wells – 2 wells for controls = 46 samples) with an average run-time of approximately 90 minutes. Roughly 5 runs could be completed per day, for a total of 230 samples per day. Up to 10 CoDx Box devices can connect wirelessly to the same laptop or tablet, potentially increasing the throughput capacity tenfold.

As an open system test, it is compatible with most thermocyclers capable of reading FAM for SARS-CoV-2 and CF610 for the RNaseP, which is similar to the ROX fluorophore. Co-Diagnostics, Inc. has plans to expand the validation to other thermocyclers in the near future.

5) **_Reagent Stability:_**

**Stability of Co-Diagnostics in vitro reagent kit components**

With the purpose of collecting information for risk assessment and stability studies, a consultation with suppliers of critical components and raw material was conducted in July of 2019.
The same components and suppliers used in other diagnostics products offered by Co-Diagnostics are also part of the Logix Smart COVID-19 test.
A synopsis of the results is provided. Based on this consultation and investigation a protocol for stability is ongoing, which will now include the Logix Smart COVID-19 test.
No accelerated studies will be performed currently. Freeze and thaw testing has been performed and results are presented. Data from other Co-Diagnostics in vitro diagnostics products are also provided here to support the 12 months expiration date. The complete stability data for Logix Smart COVID-19 will be provided in due time.

a) **CoPrimers**
Description: CoPrimer is a patented technology of synthetic oligonucleotide (nucleic acid fragments) template with primer and probe function used in all assays developed by Co-Diagnostics for qPCR in vitro diagnostics solutions.
Manufacturer: Biosearch Technologies
Physical state: shipped to Co-Diagnostics lyophilized. Reconstituted in 10% TE buffer when needed.
Usual expiration date of CoPrimers: 1-year for CoPrimers labeled with fluorophores and/or quenchers. Unlabeled CoPrimers have a 2-year expiration date.
Stability of CoPrimers as reported by BioSearch Technologies: oligonucleotides manufactured by Biosearch are produced following high quality standards with

13

15

     CoDI_00019315

EUA Interactive Review Template – Molecular-based Test Kit Manufacturer                    Updated: March 12, 2020

high-quality purification and quality control processes. The product is lyophilized, which increases the stability for shipment.

Suspension of dry oligonucleotides: suspension is recommended to be performed in 10% TE Buffer to maintain the oligonucleotide in a slightly basic solution.

Freeze and thaw cycles: oligonucleotides should be subjected to minimum number of freeze-thaw cycles. Biosearch recommends for aliquots to be prepared and stored in microvials to minimize the need to thaw and refreeze.

Light sensitivity: Some CoPrimers are labeled with a fluorescent dye, which are light sensitive. Light exposure should be minimized.

In general: Oligonucleotides that are not labelled with a dye are more stable. Oligonucleotides of DNA can be stored at -20°C almost indefinitely.

Co-Diagnostics uses the following practices to meet stability requirements according to information provided by Biosearch:

- The product is reconstituted when needed for use in the laboratory for research or manufacture.
- Reconstitution of CoPrimers is performed with 10% TE buffer
- After reconstitution, dye labelled CoPrimers are stored in dark vials. The master mix, which contains dye labeled CoPrimers, a component of the IVD, are also supplied in dark vials.
- Co-Diagnostics maintains in the Instructions for Use details and warnings to avoid freeze-thaw cycles and to produce aliquots of the IVD components to minimize the freeze and thaw cycles. This warning is included in every Instruction for Use issued by Co-Diagnostics.
- Labeling for all Co-Diagnostics products contains several warnings and instructions to maintain both the Logix Smart Master Mix and Logix Smart Positive Control frozen, to thaw the products on ice, and immediately return the products to the freezer after use.

b) **Oligonucleotides of regular synthetic templates, not CoPrimers**

Description: these oligonucleotides are polymers of nucleic acid sequences that form synthetic templates of the target for the purpose of acting as a positive control.

Manufacturer: IDT (Integrated DNA Technologies)

Physical state: shipped lyophilized. Reconstituted in 10% TE Buffer

Usual expiration date: 2-years

Stability of IDT oligonucleotides: for long term storage of oligonucleotides the temperature is the most important factor to consider. For long term storage, whether oligonucleotides are lyophilized or resuspended in water or 10% TE buffer, it's optimal to store them frozen. Oligonucleotides resuspended in 10% TE buffer have better stability. Oligonucleotides stored at 4°C are stable for at least 60 weeks.

Freeze and thaw cycles: Freeze and thaw studies were performed with IDT oligonucleotides to -20°C and thawed to room temperature 30 times. No significant degradation of the oligonucleotides was observed.

In general: oligonucleotides are stable for up to 6 weeks when stored at 37C, dry or resuspended in water or TE buffer.

14

CONFIDENTIAL

CoDI_00019316

EUA Interactive Review Template – Molecular-based Test Kit Manufacturer                Updated: March 12, 2020

Co-Diagnostics uses the following practices to meet stability requirements according to information provided by IDT:
- The product is reconstituted when needed for use in the laboratory for research or manufacture.
- Reconstitution and manufacturing of kits are performed with 10% TE buffer
- Co-Diagnostics maintains in the instructions for use details and warnings to avoid freeze-thaw cycles and to produce aliquots of the IVD components to minimize the freeze and thaw cycles. This warning is included in every Instruction for Use issued by Co-Diagnostics.
- The product is stored, transported, and recommended for storage at or below -20°C, which increases stability.
- Labeling for all Co-Diagnostics products contain the several warnings and instructions to maintain the Logix Smart Master Mix and Logix Smart Positive Control frozen and to thaw the products on ice and after use, immediately return the products to the freezer.

c) **Master Mix and Reverse Transcriptase**
Description: Reagents for the polymerase chain reaction (PCR).
Manufacturer: Promega Corporation
Physical state: lyophilized
Usual expiration date: 3-years from the manufacturing date, provided by the manufacturer, for the master mix and 1-year for the GoScript Reverse Transcriptase, High Concentration.
Storage temperature: at -30°C to -10°C.
Stability of Master Mix E and Reverse Transcriptase: The 2X PCR Master Mix E had the stability study performed and expiration date is available for the product. The GoScript Reverse Transcriptase has not been studied for its stability; therefore, no expiration date is provided. The GoScript RT uses the MMLV reverse transcriptase that has been tested to up to five freeze and thaw cycles showing no significant decrease in performance. If maintained at 4°C the Master Mix E is stable for 3 months.
Co-Diagnostics uses the following practices to meet stability requirements according to information provided by Promega:
- Co-Diagnostics maintains in the Instructions for Use details and warnings to avoid freeze-thaw cycles and to produce aliquots of the IVD components to minimize the freeze and thaw cycles. This warning is included in every Instruction for Use issued by Co-Diagnostics.
- Labeling for all Co-Diagnostics products contain the several warnings and instructions to maintain the Logix Smart Master Mix and Logix Smart Positive Control frozen and to thaw the products on ice and after use, immediately return the products to the freezer.

d) **Nuclease Free Water**
Description: Diluent for polymerase chain reaction (PCR). The water must be free of nuclease (DNase or RNase), the specification from certificate of analysis is of less than 1% release of DNase or RNase activity.

15

CONFIDENTIAL                                                                CoDI_00019317

Updated: March 12, 2020

Manufacturer: Promega Corporation
Physical state: lyophilized
Usual expiration date: 1-year
Storage temperature: below +30ºC.
Stability of Nuclease Free Water: It is recommended to use sterile pipettes and vials in a biosafety cabinet with unidirectional flow to maintain sterility.
Co-Diagnostics uses the following practices to meet stability requirements according to information provided by Promega:

- Co-Diagnostics maintains the nuclease-free water under refrigeration at 2° to 8°C.
- Co-Diagnostics only uses sterile pipettes and sterile vials for filling the Logix Smart reagents in a biosafety cabinet level 2 with unidirectional air flow for protection of the product and keep the sterility.

**Risks identified and related to the stability of Logix Smart and Vector Smart products manufactured by Co-Diagnostics**

a) Degradation of dyes in the dye labelled CoPrimer observed by a decrease of fluorescence.
b) Degradation of oligonucleotides due to temperature exposure, time, pH levels, or microorganism contamination. Observed by the increase in the Cq value obtained by a run when compared to the Cq value of the manufacturing QC run.
c) Freeze and thaw cycles evaluation to include more specific guidelines generated from Co-Diagnostics studies after manufacture.
d) Confirmation of limit of detection specification after aging in normal temperature storage conditions (-20°C).
e) In-use stability to observe evaporation rate in self-standing micro-centrifuge filled tubes.
f) Observe if changes in color or any precipitate is formed after aging in normal temperature store conditions (-20°C).

**Oligonucleotide Integrity**

Description of the Test: to assess oligonucleotides integrity, runs were performed on QC aliquots of previously manufactured batches of Logix Smart and Vector Smart master mix, for four (4) individual products: three lots of MTB-K-007, three lots of NAMW-K-001, two lots of ZIKV-K-004, and two lots of ZDC-K-001. A plate, identical to the initial QC run, was run and the data from that run was compared to the initial QC run that was performed when the product was manufactured. The data is summarized in the table below.

The original purpose of the testing was performed to assess the fluorescence intensity of aged products. The results of that testing suggested that the fluorescence intensity doesn't seem to be affected over time, and that the intensity of the signal is a result of run to run variability and the initial gain settings of the CoDx Box.

16

CONFIDENTIAL    CoDI_00019318

EUA Interactive Review Template – Molecular-based Test Kit Manufacturer                    Updated: March 12, 2020

*Table 7 Summary of the Average Fluorescence Intensities in Cq values*

| MTB | Fluorescence Intensities | | | | | |
|---|---|---|---|---|---|---|
| | Initial Run 180507-K-017 | Re-run 180507-K-017 | Initial Run 180807-K-032 | Re-run 180807-K-032 | Initial Run 191119-K-136 | Re-run 191119-K-136 |
| Date | May-2018 | Feb-2020 | Aug-2018 | Feb-2020 | Nov-2019 | Feb-2020 |
| IS6110 | 22.44 | 22.77 | 23.25 | 22.3 | 22.78 | 21.76 |
| MPB64 | 25.16 | 24.52 | 24.26 | 24.75 | 24.03 | 23.63 |
| RNaseP | 24.21 | 23.75 | 23.26 | 23.74 | 24.03 | 23.20 |

| NAM-w | Fluorescence Intensities | | | | | |
|---|---|---|---|---|---|---|
| | Initial Run 190718-K-112 | Re-run 190718-K-112 | Initial Run 190909-K-117 | Re-run 190909-K-117 | Initial Run 191213-K-149 | Re-run 191213-K-149 |
| Date | Jul-2019 | Feb-2020 | Sep-2019 | Feb-2020 | Dec-2019 | Feb-2020 |
| WNV | 27.25 | 27.51 | 27.24 | 27.39 | 27.25 | 27.37 |
| WEEV | 26.02 | 26.53 | 26.25 | 26.12 | 26.02 | 25.37 |
| SLEV | 26.78 | 27.12 | 26.24 | 26.91 | 26.51 | 26.54 |
| NAM.18s | 25.72 | 25.22 | 26.14 | 26.64 | 26.68 | 25.41 |

| ZDC | Fluorescence Intensities | | | |
|---|---|---|---|---|
| | Initial Run 190320-K-089 | Re-run 190320-K-089 | Initial Run 191106-K-134 | Re-run 191106-K-134 |
| Date | Mar-2019 | Feb-2020 | Nov-2019 | Feb-2020 |
| ZIKV | 28.27 | 29.26 | 28.27 | 28.05 |
| DENV | 38.74 | 41.51 | 38.74 | 38.09 |
| CHIKV | 25.25 | 26.25 | 25.25 | 25.98 |
| RNaseP | 22.18 | 22.25 | 22.18 | 21.77 |

| ZIKV | Fluorescence Intensities | | | |
|---|---|---|---|---|
| | Initial Run 180814-K-037 | Re-run 180814-K-037 | Initial Run 191007-K-127 | Re-run 191007-K-127 |
| Date | Aug-2018 | Feb-2020 | Oct-2019 | Feb-2020 |
| ZIKV | 23.77 | 24.70 | 27.26 | 27.66 |
| RNaseP | 22.25 | 22.47 | 22.26 | 22.07 |

To assess the integrity of the oligonucleotides in the test kit and components, the Cq values of the re-runs were compared to the initial QC run, which were then analyzed. The next table shows the $\Delta$Cq values of the Cq $_{(Initial)}$ – Cq $_{(Rerun)}$. Values that are positive mean that the rerun performed better (had a lower Cq) than the initial run and values greater than one are highlighted in green. Values that are negative mean that the rerun performed worse than the initial run and values less than negative one (-1) are highlighted in red. The $\Delta$Cq values that are within one cycle essentially have the same performance and is within the normal run-to-run variability. There are three $\Delta$Cq values that are greater than one cycle, two of which the rerun performed better, which is likely the result of 'noise.' The one that performed worse had a $\Delta$Cq of -2.77, on the ZDC-K-001 assay; however, that was only 1 of the two sets of data, and the DENV is a special case that has four sets of CoPrimers in the channel, and has a positive control concentration of $1e^3$ copies/µl vs. the standard $1e^4$ copies/µl. The data suggests that the master mixes perform nearly equivalently. The MTB lot 180507-K-017 was run approximately 19 months after the initial manufacturing with equivalent performance. The ZIKV lot 180814-K-037 was run approximately 16 months after the initial manufacturing and showed equivalent performance.

17

CONFIDENTIAL                    CoDI_00019319

EUA Interactive Review Template – Molecular-based Test Kit Manufacturer                    Updated: March 12, 2020

*Table 8 ΔCq comparison of Initial vs. Rerun*

| ΔCq (Initial - Rerun) | | | |
|---|---|---|---|
| **MTB-K-007** | **180507-K-017** | **180807-K-032** | **191119-K-136** |
| **Date** | May-2018 | Aug-2018 | Nov-2019 |
| IS6110 | -0.33 | 0.95 | 1.02 |
| MPB64 | 0.64 | -0.49 | 0.4 |
| RNaseP | 0.46 | -0.48 | 0.83 |
| **NAMW-K-001** | **190718-K-112** | **190909-K-117** | **191213-K-149** |
| **Date** | **Jul-2019** | **Sep-2019** | **Dec-2019** |
| WNV | -0.26 | -0.15 | -0.12 |
| WEEV | -0.51 | 0.13 | 0.65 |
| SLEV | -0.34 | -0.67 | -0.03 |
| NAM.18s | 0.5 | -0.5 | 1.27 |
| **ZDC-K-001** | **190320-K-089** | **191106-K-134** | |
| **Date** | **Mar-2019** | **Nov-2019** | |
| ZIKV | -0.99 | 0.22 | |
| DENV |  | 0.65 | |
| CHIKV | -1 | -0.73 | |
| RNaseP | -0.07 | 0.41 | |
| **ZIKV-K-001** | **180814-K-037** | **191007-K-127** | |
| | **Aug-2018** | **Oct-2019** | |
| ZIKV | -0.93 | -0.4 | |
| RNaseP | -0.22 | 0.19 | |

Additionally, the runs only resulted in 2 positives out of the 80 total NTCs. Both were positive in the RNaseP channel, which is most likely the result of a technical error due to contamination by the laboratory technician running the test during plating.

Conclusion: This data suggests that a shelf-life of the product is likely well beyond one year, and data shows that it may be good for 19 months. Additional stability studies should be performed to confirm if performance is maintained for the whole shelf-life. Additional studies for a statistical significance are also needed.

**Freeze/Thaw Study**

A modified freeze/thaw experiment was conducted on the Logix Smart COVID-19 Test to verify the stability of the test over multiple freeze thaws.

Description of experiment: One master mix was manufactured and subject to 10 total freeze thaw cycles with an analysis run at cycle 0, cycle 3, cycle 5, and cycle 10. One

18

CONFIDENTIAL                    CoDI_00019320

EUA Interactive Review Template – Molecular-based Test Kit Manufacturer                    Updated: March 12, 2020

positive control was manufactured and subject to the same conditions as the master mix. A dilution series around the established LOD was subject to freeze thaws as well, at 20 total copies, 10 total copies, 7 total copies, 6 total copies, and 5 total copies. Four total plates were run, and the data summarized in the graph titled COVID-19 Freeze Thaw Data.



Based on the average Cq values, there was little to no change in the amplification, indicating no significant trend in freeze/thaws affecting the amplification of the COVID-19 up to 10 cycles of a fresh solution.

**In-Use Stability with Room Temperature Exposure**

Description of Test: Testing was performed using a DENV and RNaseP multiplex. The master mix, positive control, and nuclease-free water were manufactured, and an initial run was performed to assess the performance of the product at $T_0$. The manufactured master mix, positive control, and nuclease-free water were then aliquoted to be stored at two separate conditions: room temperature (approximately 22°C) and stored in a 37°C heat-block. The products were then removed once a day from storage to be used for testing for four additional days (5 days total including $T_0$) and then they were put back into storage.

Table 7 shows a summary of the results for the DENV, labeled with CF560 and table 8 shows a summary of the results for the RNaseP, labeled with CF610.

*Table 9 Summary of DENV (CF560) Testing Results*

| Initial (T0) - Day 1 | | | |
|---|---|---|---|
| Sample | Detection Rate (%) | Ct Avg | SD |
| 1e4 PC | 100 | 29.2569 | 0.1733 |
| NTC | 0 | NA | 0 |

19

CONFIDENTIAL                                                                CoDI_00019321

EUA Interactive Review Template – Molecular-based Test Kit Manufacturer                      Updated: March 12, 2020

| 22°C MM - Day 2 | | | | 37°C MM - Day 2 | | | |
|---|---|---|---|---|---|---|---|
| Sample | Detection Rate (%) | Ct Avg | SD | Sample | Detection Rate (%) | Ct Avg | SD |
| 1e3 Fresh PC | 100 | 34.0031 | 0.3023 | 1e3 Fresh PC | 100 | 35.0067 | 0.2993 |
| 1e4 PC | 100 | 29.9417 | 0.3291 | 1e4 PC | 100 | 33.6399 | 0.4848 |
| NTC | 0 | NA | 0 | NTC | 0 | NA | 0 |

| 22°C MM - Day 3 | | | | 37°C MM - Day 3 | | | |
|---|---|---|---|---|---|---|---|
| Sample | Detection Rate (%) | Ct Avg | SD | Sample | Detection Rate (%) | Ct Avg | SD |
| 1e3 Fresh PC | 100 | 34.2738 | 0.4488 | 1e3 Fresh PC | 100 | 34.8413 | 0.4544 |
| 1e4 PC | 100 | 29.7482 | 0.2507 | 1e4 PC | 100 | 33.8449 | 0.3868 |
| NTC | 0 | NA | 0 | NTC | 0 | NA | 0 |

| 22°C MM - Day 4 | | | | 37°C MM - Day 4 | | | |
|---|---|---|---|---|---|---|---|
| Sample | Detection Rate (%) | Ct Avg | SD | Sample | Detection Rate (%) | Ct Avg | SD |
| 1e3 Fresh PC | 100 | 34.1417 | 0.7001 | 1e3 Fresh PC | 100 | 35.3101 | 0.5241 |
| 1e4 PC | 100 | 30.0156 | 0.4935 | 1e4 PC | 100 | 35.3683 | 0.4263 |
| NTC | 0 | NA | 0 | NTC | 0 | NA | 0 |

| 22°C MM - Day 5 | | | | 37°C MM - Day 5 | | | |
|---|---|---|---|---|---|---|---|
| Sample | Detection Rate (%) | Ct Avg | SD | Sample | Detection Rate (%) | Ct Avg | SD |
| 1e3 Fresh PC | 100 | 33.8615 | 0.3092 | 1e3 Fresh PC | 100 | 35.4139 | 0.4130 |
| 1e4 PC | 100 | 29.8173 | 0.2723 | 1e4 PC | 100 | 36.9841 | 0.7095 |
| NTC | 0 | NA | 0 | NTC | 0 | NA | 0 |

*Table 10 Summary of RNaseP (CF610) Testing Results*

| Initial (T0) - Day 1 | | | |
|---|---|---|---|
| Sample | Detection Rate (%) | Ct Avg | SD |
| 1e4 PC | 100 | 22.2543 | 0.0667 |
| NTC | 0 | NA | 0 |

| 22C MM - Day 2 | | | | 37C MM - Day 2 | | | |
|---|---|---|---|---|---|---|---|
| Sample | Detection Rate (%) | Ct Avg | SD | Sample | Detection Rate (%) | Ct Avg | SD |
| 1e4 Fresh PC | 100 | 22.1505 | 0.1604 | 1e4 Fresh PC | 100 | 22.4119 | 0.1365 |
| 1e4 PC | 100 | 22.1538 | 0.1131 | 1e4 PC | 100 | 22.2924 | 0.1694 |
| NTC | 0 | NA | 0 | NTC | 0 | NA | 0 |

20

CONFIDENTIAL                      CoDI_00019322

EUA Interactive Review Template – Molecular-based Test Kit Manufacturer　　　　　　　　Updated: March 12, 2020

| 22C MM - Day 3 | | | | 37C MM - Day 3 | | | |
|---|---|---|---|---|---|---|---|
| Sample | Detection Rate (%) | Ct Avg | SD | Sample | Detection Rate (%) | Ct Avg | SD |
| 1e4 Fresh PC | 100 | 22.2864 | 0.1342 | 1e4 Fresh PC | 100 | 22.3978 | 0.16132 |
| 1e4 PC | 100 | 22.0901 | 0.1251 | 1e4 PC | 100 | 22.2796 | 0.10194 |
| NTC | 0 | NA | 0 | NTC | 0 | NA | 0 |

| 22C MM - Day 4 | | | | 37C MM - Day 4 | | | |
|---|---|---|---|---|---|---|---|
| Sample | Detection Rate (%) | Ct Avg | SD | Sample | Detection Rate (%) | Ct Avg | SD |
| 1e4 Fresh PC | 100 | 22.2115 | 0.2204 | 1e4 Fresh PC | 100 | 22.4304 | 0.2117 |
| 1e4 PC | 100 | 22.1586 | 0.1483 | 1e4 PC | 100 | 22.2715 | 0.0963 |
| NTC | 0 | NA | 0 | NTC | 0 | NA | 0 |

| 22C MM - Day 5 | | | | 37C MM - Day 5 | | | |
|---|---|---|---|---|---|---|---|
| Sample | Detection Rate (%) | Ct Avg | SD | Sample | Detection Rate (%) | Ct Avg | SD |
| 1e4 Fresh PC | 100 | 22.1356 | 0.0950 | 1e4 Fresh PC | 100 | 22.5418 | 0.1566 |
| 1e4 PC | 100 | 21.9521 | 0.1534 | 1e4 PC | 100 | 22.3378 | 0.1576 |
| NTC | 0 | NA | 0 | NTC | 0 | NA | 0 |

**Figure 1** and **Figure 2** are graphical representations for the DENV of days in storage versus the Cq value for 22°C and 37°C respectively.



*Figure 1 Graph of Day vs DENV Average Cq value for 22°C Storage*

21

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CoDI_00019323

EUA Interactive Review Template – Molecular-based Test Kit Manufacturer                    Updated: March 12, 2020



*Figure 2 Graph of Day vs DENV Average Cq value for 37°C Storage*

**Figure 3** and **Figure 4** are graphical representations for the RNaseP of days in storage versus the Cq value for 22°C and 37°C respectively.



*Figure 3 Graph of Day vs RNaseP Average Cq value for 22°C Storage*

22

24

CONFIDENTIAL                                                                                                    CoDI_00019324

EUA Interactive Review Template – Molecular-based Test Kit Manufacturer                    Updated: March 12, 2020



*Figure 4 Graph of Day vs RNaseP Average Cq value for 37°C Storage*

Conclusion: Overall, the data suggests that the master mix is stable at 22°C for at least five days, additionally, the RNaseP looks to be stable at 37°C for at least five days as well. For both situations, the average Cq values differed by less than one cycle for each day of storage. For the DENV, the data shows it to be stable at 22°C for at least five days; however, at 37°C the data shows a decrease in the performance, specifically for the 1E4 PC, which was also stored at 37°C. This isn't the case for the 1E3 Fresh PC, which was stored frozen and was made fresh on day 1. This suggests that in that case, the DENV PC template RNA degraded, and the performance of the master mix was not affected, because the Cq values stayed relatively consistent. The RNaseP was likely more resistant to the high temperature, because the positive control template is DNA, which is more stable. The Instructions for Use recommend that the materials are handled on ice, but even at room temperature the materials are stable for 5 continuous days. Additional testing should be done to determine when the performance becomes dramatically affected.

### *Claimed Shelf-Life*

Currently, the Logix Smart COVID-19 kit is offered as an In Vitro Diagnostic in the European market. The product has been assigned 12-months expiration date as a standardized expiry date for Co-Diagnostics products based on the data described above.

As described in the previous section, the objective of the shelf-life exercise is to study the stability of the product during storage on ideal storage conditions to support shelf-life current used for the COVID-K-001, and to expand the expiration date, if it is justified.

The SOP-8209: Design and Carry-out of Stability Studies outlines the number of samples to enter the stability study ($T_0$), and the pool out of samples at $T_3$ (3 months), $T_6$, $T_9$, $T_{12}$, $T_{18}$, $T_{24}$, $T_{30}$, and $T_{36}$ (36 months).  At each point the sample will have freeze-thaw and in-use studies performed.

23

CONFIDENTIAL                    CoDI_00019325

EUA Interactive Review Template – Molecular-based Test Kit Manufacturer                    Updated: March 12, 2020

### In-Use Stability

This study protocol proposes two different situations: one when the product is opened and kept under refrigeration on 2°C to 8°C, and the second situation when the product is frozen for later re-use.

The after-refrigeration test is conducted after opening of a vial and testing it following SOP-8209: Design and Carry-out of Stability Studies with posterior transfer to refrigeration and testing each day until the two consecutive out-of-specification results happen.

The purpose of this test is to provide instructions on the maximum freeze/thaw cycles and to establish a period until the product can be used and kept under refrigeration after opened. A report is issued at the end of the study, and any special instructions identified in this study will be included in the Instructions for Use under product handling and storage recommendations.

### Shipping Stability

Co-Diagnostics shipping stability will be determined by the validation of cold chain shipping containers and transport of shipping containers ASTM D4169-16.

The study for cold chain distribution will determine the container capability and process to keep products below 0°C for the time of shipping. The ASTM D4169-16 study will verify the effect of transport in a general sense evaluating the movement and condition of the boxes, and not the stability of the product.

## J. PERFORMANCE EVALUATION

All the experiments performed to evaluate the performance of Logix Smart COVID-19 used a clinical natural matrix spiked with a synthetic RNA template or a multi-gene transcribe, both for SARS-CoV-2. A list of the acquired and donated clinical matrices is shown on table.

*Table 11 Natural clinical samples used for matrix*

| Product Name | Manufacturer | Catalog Number |
|---|---|---|
| Bronchoalveolar lavage (BAL) | Discovery Life Sciences | BAL0000DN900048602050514DD |
| Bronchoalveolar lavage (BAL) | Discovery Life Sciences | BAL0000DN900056008050714DD |
| Bronchoalveolar lavage (BAL) | Discovery Life Sciences | BAL0000DN900056002052814DD |
| Nasopharyngeal Fluid | Discovery Life Sciences | NSF0000AI900101178022619DD |
| Nasopharyngeal Fluid | Discovery Life Sciences | NSF0000AI900101177022619DD |
| Nasopharyngeal Fluid | Discovery Life Sciences | NSF0000AI900022331041019DD |
| Nasopharyngeal Fluid | Discovery Life Sciences | NSF0000AI900047177032519DD |

24

CONFIDENTIAL                    CoDI_00019326

EUA Interactive Review Template – Molecular-based Test Kit Manufacturer                    Updated: March 12, 2020

| Product Name | Manufacturer | Catalog Number |
|---|---|---|
| Nasopharyngeal Fluid | Discovery Life Sciences | NSF0000AI900093892042719DD |
| Nasopharyngeal Fluid | Discovery Life Sciences | NSF0000AI900091657051419DD |
| Nasopharyngeal Fluid | Discovery Life Sciences | NSF0000AI900048833032419DD |
| Nasopharyngeal Fluid | Discovery Life Sciences | NSF0000AI900048832032319DD |
| Nasal Swab Culture Positive hMPV | Discovery Life Sciences | SWB0000AI9000091670051419DD |
| Sputum | Discovery Life Sciences | BBL1000AI900101203042919DD |
| Sputum | Discovery Life Sciences | BBL1000AI900101049020219DD |
| Sputum | Discovery Life Sciences | BBL1000AI900094044051419DD |
| Sputum | Discovery Life Sciences | BBL1000AI900094041051419DD |
| Pooled Human Serum | SeraCare | 10151954 |
| Sputum | Male Donor | Sample 1 collected 17-Feb-2020 |
| Sputum | Female Donor | Sample 2 – collected 14-Feb-2020 |
| Sputum | Male Donor | Sample 5 – Collected 16-Feb-2020 |

## 1)  *Limit of Detection (LoD) - Analytical Sensitivity:*

The Limit of Detection (LoD) is the lowest detectable concentration of SARS-CoV-2 in a given sample with 95% confidence, which means 95% or greater confidence of finding true positive in all replicates.

The experiment was performed using genomic a multi gene transcribe of SARS-CoV-2 containing genes N, E, and RdRp spiked into a clinical matrix (sputum) to create serial dilutions of 10, 8, 5, 3, 0.5 copies per reaction. 140µL of the contrive sample were extracted using the QIAcube instrument with the QIAamp Viral RNA Mini Kit (Cat# 52904), and the elution volume was 100µL. The extracts were then tested using the Logix Smart COVID-19 test kit protocol described in the Instructions for Use. The detection rate for each sample concentration is displayed in Table 12.

*Table 12 SARS-CoV-2 Multi gene transcribe detection rte in sputum*

| Sample Concentration | # of Samples | # of Detected | Detection Rate (%) | Average Cq | SD (Standard Deviation) | CV% (Coefficient of Variance) |
|---|---|---|---|---|---|---|
| 10 copies/reactions | 20 | 19 | 95.00 | 37.10 | 0.30 | 0.80 |
| 8 copies/reactions | 20 | 20 | 100.00 | 37.10 | 0.11 | 0.30 |
| 5 copies/reactions | 20 | 14 | 70.00 | 37.94 | 0.27 | 0.72 |

25

CONFIDENTIAL                                                                    CoDI_00019327

EUA Interactive Review Template – Molecular-based Test Kit Manufacturer                Updated: March 12, 2020

| 3 copies/reactions | 20 | 9 | 45.00 | 37.91 | 0.55 | 1.45 |
|---|---|---|---|---|---|---|
| 0.5 copies/reactions | 19 | 4 | 21.05 | 37.89 | 0.50 | 1.32 |
| Positive Control (PC) | 3 | 3 | 100.00 | 27.34 | 0.14 | 0.52 |
| Nuclease-Free Water | 9 | 0 | 0 | 0 | 0 | 0 |
| Negative extraction (Blank) | 12 | 0 | 0 | 0 | 0 | 0 |

The Limit of Detection (LoD) was determined by Probit Analysis to 9.35 copies/µL or $9.35 \times 10^3$ copies/mL.

### 2) *Inclusivity (analytical sensitivity):*

Description of Test: An alignment was performed with the oligonucleotide CoPrimer sequences of the COVID-19 CoPrimers with all publicly available nucleic acid sequences for SARS-CoV-2 in GenBank as well as the GISAID database as of February 1, 2020 (and updated on February 18th, 2020) to demonstrate the predicted inclusivity of the Logix Smart COVID-19 Test.

Additionally, on 18-MAR-2020, an updated in silico analysis was performed by analyzing phylogenic mutation genomic data pulled by NextStrain from the GISAID database. Sequences were obtained from: https://github.com/nextstrain/ncov/blob/master/data/metadata.tsv

The alignment data from the February 1, 2020 and the updated analyses on February 18th, 2020, show 100% identity of the COVID-19 CoPrimers to the available SARS-CoV-2 sequences. Additionally, the updated in silico analysis that was performed on 11 and 18 of March showing one mutation on location 15439 on the forward CoPrimer, the reverse CoPrimer has no reported mutations. The match for both the forward and reverse CoPrimers for the 685 available sequences on the GISAID database. Therefore, there is no prediction of false-negative results based upon the available data.
For comparison with the CDC's N gene targets, on 18-Mar-2020, CDC's N1 forward has 3 mutations, N1 reverse has 2 mutations, and N1 probe has 1 mutation, N2 forward, reverse, and probe have no mutations, and N3 forward primer has no mutations, N3 reverse primer has 1 mutation, and N3 probe has no mutation.

### 3) *Cross-reactivity (Analytical Specificity):*

The Logix Smart COVID-19 test kit was tested against multiple non-target relevant organisms in a wet test. The non-target organisms that were used are listed in Table 11. The test was performed by spiking negative matrices (serum, bronchoalveolar lavage (BAL), and nasopharyngeal fluid) with non-target organisms, or the non-target organism's extracted genome.

26

CONFIDENTIAL                                                        CoDI_00019328

*Table 13 Microorganisms reference material used verification and validation testing*

| Microorganism | Supplier | Catalog Number | Lot No. | Strain |
|---|---|---|---|---|
| Coronavirus RNA | Vircell | MBC090-R | 19MBC090001-R | HCoV-229E (ATCC VR-740) |
| Coronavirus OC43 RNA | Vircell | MBC135-R | 19MBC135005-R | HCoV-OC43 |
| MERS Coronavirus RNA | Vircell | MBC132-R | 18MBC132001-R | MERS-CoV (England-1) |
| Total Respiratory Viral Panel Control (Swab) | Vircell | MBT020 | 18MBT020001 | Adenovirus 4, Coronavirus, Influenza A H3N2, Influenza B, Novel influenza A H1N1, Parainfluenza 1, Parainfluenza 2, Parainfluenza 3, Respiratory syncytial virus (subtype A), and Respiratory syncytial virus (subtype B). |
| *Haemophilus influenzae* DNA | Vircell | MBC020-R | 18MBC020001 | Haemophilus influenza B (strain ATCC 33533 BexA), and *Haemophilus ducreyi* (strain CIP542) |
| Enterovirus 68 RNA | Vircell | MBC056 | 18MBC125001-R | F02-3607 (Corn strain) |
| Rhinovirus RNA | Vircell | MBC091-R | 19MBC091001-R | 1059 |
| *Mycobacterium tuberculosis* DNA | Vircell | MBC034 | 18MBC034001 | H37Rv |
| *Bordetella pertussis* DNA | Vircell | MBC008-R | 18MBC008001-R | Strain F |
| *Mycoplasma pneumoniae* DNA | Vircell | MBC035-R | 19MBC035001-R | Strain FH of Eaton Agent |
| *Chlamydophila pneumoniae* | ATCC | VR-2282 | 7565360 | Twar strain TW-183 |
| *Legionella pneumophila* subsp. pneumophila | ATCC | 33152DQ | 70014403 | ATCC 33512DQ |
| Middle East respiratory syndrome coronavirus (MERS-CoV) RNA | ATCC | VR-3248SD | 63723228 | ATCC VR-3248SD |
| Human coronavirus HKU1 RNA | ATCC | VR-3262SD | 70021143 | HKU1 (VR-3262SD) |
| Human coronavirus (HCoV) | BEI Resources | NR-44105 | 61929096 | NL63 |

Results of Wet Test: The following table contains the results of the runs for negative and positive samples.

The materials that were already extracted were spiked into negative serum extract. The materials that needed to be extracted were spiked in prior to the extraction.
Table 14 lists the non-target organisms used in cross-reactivity testing. Non-target organisms were spiked in at a final concentration of 1e4 copies/reaction and run in triplicate. The concentration of 1e4 copies/reaction was chosen as a result of the limited amount of materials supplied in the reference material.

27

CONFIDENTIAL                                                                      CoDI_00019329

Additionally, to verify that the presence of non-target genomic DNA doesn't affect the ability of Logix Smart COVID-19 to detect SARS-CoV-2, non-target organisms were spiked in at a final concentration of 1e4 copies/reaction in conjunction of the SARS-CoV-2 template, which was spiked at a concentration that would result in a 99% detection rate, and run in triplicate.

*Table 14 Wet-test for cross-reactivity in negative matrix in the presence of other organisms*

| Non-target Organism | Amplification | | | |
| | Concentration | Non-target Organism spiked in negative matrix | | |
| Vircell | | Serum | Sputum | Nasopharyngeal Fluid | Bronchoalveolar Lavage |
|---|---|---|---|---|---|
| Amplirun Coronavirus RNA | 1e4 copies/ reaction | No Amplification | No Amplification | No Amplification | No Amplification |
| Amplirun Coronavirus OC43 RNA | 1e4 copies/ reaction | No Amplification | No Amplification | No Amplification | No Amplification |
| Amplirun MERS Coronavirus RNA | 1e4 copies/ reaction | No Amplification | No Amplification | No Amplification | No Amplification |
| Amplirun Total Respiratory Viral Panel | 1e4 copies/ reaction | No Amplification | No Amplification | No Amplification | No Amplification |
| Amplirun Enterovirus DNA | 1e4 copies/ reaction | No Amplification | No Amplification | No Amplification | No Amplification |
| Amplirun Rhinovirus RNA | 1e4 copies/ reaction | No Amplification | No Amplification | No Amplification | No Amplification |
| Amplirun Haemophilus Influenzae DNA | 1e4 copies/ reaction | No Amplification | No Amplification | No Amplification | No Amplification |
| Amplirun Mycobacterium tuberculosis DNA | 1e4 copies/ reaction | No Amplification | No Amplification | No Amplification | No Amplification |
| Amplirun Bordetella pertussis DNA | 1e4 copies/ reaction | No Amplification | No Amplification | No Amplification | No Amplification |
| Amplirun Mycoplasma pneumoniae DNA | 1e4 copies/ reaction | No Amplification | No Amplification | No Amplification | No Amplification |
| **ATCC** | | | | | |
| Chlamydophila pneumoniae | 1e4 copies/ reaction | No Amplification | No Amplification | No Amplification | No Amplification |
| MERS coronavirus | 1e4 copies/ reaction | No Amplification | No Amplification | No Amplification | No Amplification |
| Human coronavirus HKU1 | 1e4 copies/ reaction | No Amplification | No Amplification | No Amplification | No Amplification |
| Legionella pneumophila | 1e4 copies/ reaction | No Amplification | No Amplification | No Amplification | No Amplification |
| **BEI Resources** | | | | | |
| Human coronavirus NL63 | 1e4 copies/ reaction | No Amplification | No Amplification | No Amplification | No Amplification |
| **IDT** | | | | | |
| Positive SARS-CoV-2 RNA Sample | 1e4 copies/ reaction | No Amplification | No Amplification | No Amplification | No Amplification |

28

CONFIDENTIAL                                                                 CoDI_00019330

EUA Interactive Review Template – Molecular-based Test Kit Manufacturer                    Updated: March 12, 2020

*Table 15 Average Cq's of SARS-CoV-2 template in the presence of other organisms*

| Non-target Organism | | Amplification | | | |
| | | Non-target Organism + SARS-CoV-2 Template | | | |
| Vircell | Concentration | Serum | Sputum | Nasopharyngeal Fluid | Bronchoalveolar Lavage |
|---|---|---|---|---|---|
| Amplirun Coronavirus RNA | 1e4 copies/ reaction | 28.41 | 29.05 | 28.64 | 28.89 |
| Amplirun Coronavirus OC43 RNA | 1e4 copies/ reaction | 28.73 | 29.08 | 28.90 | 28.73 |
| Amplirun MERS Coronavirus RNA | 1e4 copies/ reaction | 28.26 | 29.15 | 28.86 | 28.68 |
| Amplirun Total Respiratory Viral Panel | 1e4 copies/ reaction | 28.76 | 29.09 | 28.76 | 28.79 |
| Amplirun Enterovirus DNA | 1e4 copies/ reaction | 28.53 | 28.94 | 28.57 | 28.57 |
| Amplirun Rhinovirus RNA | 1e4 copies/ reaction | 28.40 | 29.05 | 28.54 | 28.49 |
| Amplirun *Haemophilus Influenza* DNA | 1e4 copies/ reaction | 28.45 | 29.03 | 28.21 | 29.09 |
| Amplirun Mycobacterium tuberculosis DNA | 1e4 copies/ reaction | 28.27 | 29.21 | 28.38 | 28.76 |
| Amplirun *Bordetella pertussis* DNA | 1e4 copies/ reaction | 28.56 | 29.27 | 28.61 | 29.14 |
| Amplirun *Mycoplasma pneumoniae* DNA | 1e4 copies/ reaction | 28.56 | 29.44 | 28.52 | 28.79 |
| **ATCC** | | | | | |
| *Chlamydophila pneumoniae* | 1e4 copies/ reaction | 28.69 | 29.36 | 28.46 | 28.83 |
| MERS coronavirus | 1e4 copies/ reaction | 28.45 | 29.32 | 29.02 | 28.64 |
| Human coronavirus HKU1 | 1e4 copies/ reaction | 28.34 | 29.33 | 28.74 | 28.91 |
| *Legionella pneumophila* | 1e4 copies/ reaction | 36.45 | 30.50 | 29.98 | 31.44 |
| **BEI Resources** | | | | | |
| Human coronavirus NL63 | 1e4 copies/ reaction | 28.42 | 29.30 | 28.41 | 28.77 |
| **IDT** | | | | | |
| Positive SARS-CoV-2 RNA Sample | 1e4 copies/ reaction | 29.27 | 29.92 | 29.10 | 29.17 |

The data suggests that the Logix Smart COVID-19 test kit can consistently generate accurate results. No false positives were observed, in any of the negative samples spiked with non-target organism. Only one potentially cross-reactive organism showed a significant difference (greater than 2 cycles) compared to the positive SARS-CoV-2 RNA sample that was negative for any other off target DNA/RNA. According to the in-silico analysis, the SARS-CoV-2 does not display any homology with the *Legionella pneumophila*, and it did not amplify on its own,

29

CONFIDENTIAL                                                                        CoDl_00019331

EUA Interactive Review Template – Molecular-based Test Kit Manufacturer                    Updated: March 12, 2020

without the SARS-CoV-2 RNA. The late cycling could be due to the way the sample is prepped and stored by the manufacturer.

## Description of Test (*In silico* analysis)

In Silico Analysis BLASTn analysis queries of the SARS-CoV-2 CoPrimers were performed against public domain nucleotide sequences. The database search parameters were as follows: 1) The nucleotide collection consists of GenBank+EMBL+DDBJ+PDB+RefSeq sequences, but excludes EST, STS, GSS, WGS, TSA, patent sequences as well as phase 0, 1, and 2 HTGS sequences and sequences longer than 100Mb; 2) The database is non-redundant. Identical sequences have been merged into one entry, while preserving the accession, GI, title and taxonomy information for each entry; 3) Database was updated on 19-Mar-2020 4) The search parameters automatically adjust for short input sequences and the expect threshold is 1000; 5) The match and mismatch scores are 1 and -3, respectively; 6) The penalty to create and extend a gap in an alignment is 5 and 2 respectively. 7) BLASTn was run individually for every organism requested by the FDA EUA pre-submission process (in Silico) guidelines. Table 16 shows the list of the relevant microorganisms analyzed in silico.

*Table 16 Microorganism tested for cross-reactivity in silico*

| Microorganisms | |
|---|---|
| Influenza C | *Neisseria meningitides* |
| Parechovirus | *Pseudomonas aeruginosa* |
| *Candida albicans* | *Staphylococcus epidermidis* |
| *Corynebacterium diphtheriae* | *Streptococcus salivarius* |
| *Legionella non-pneumophila* | Leptospirosis |
| *Bacillus anthracis* (Anthrax) | *Chlamydia psittaci* |
| *Moraxella catarrhalis* | *Coxiella burnetii* (Q-Fever) |
| *Neisseria elongata* | *Staphylococcus aureus* |

## Results (*In silico*)

### nCoV.15428.F3:

CoPrimer sequence of nCoV.15428.F3 showed high sequence homology with several sequences of Bat SARS-like coronavirus genome, as well as 3+ mismatches with human isolates of SARS. The sequences and relative high homologies are as follows:

- 2 Hits with a single mismatch from isolates taken from bats:
- KY352407.1; AB889998.1
- 7 Hits with 2 mismatches from isolates taken from bats:
- AB889996.1; AB889995.1; KY502396.1; KY502395.1; AB890000.1; AB889999.1; AB889997.1
- Other hits, including human SARS cases have 3+ mismatches.

No other coronaviruses or human microflora had any hits with <5 mismatches or >80% total homology that would predict potential false positive rRT-PCR results.

30

CONFIDENTIAL                                                          CoDI_00019332

**nCoV.15428.R3:**

CoPrimer sequence of nCoV.15428.R3 showed high sequence homology with several sequences of Bat SARS-like coronavirus genome. The sequences and relative high homologies are as follows:

- 3 hits with a single mismatch from isolates taken from bats:
- KJ473813.1; KJ473812.1; JX993988.1;
- 16 Hits with 2 mismatches from isolates taken from bats:
- KY352407.1; KX285181.1; KX285180.1; KY417146.1; KY417145.1; KU973690.1; KU973687.1; KU973686.1; KJ473815.1; KF294440.1; KF294439.1; KF294455.1; KF569996.1; KF569973.1; FJ588686.1; DQ071615.1;
- Other hits, including human SARS cases have 3+ mismatches.

No other coronaviruses or human microflora had any hits with <5 mismatches or >80% total homology that would predict potential false positive RT-PCR results.

CoPrimers have a slightly different cross-reactivity risk profile than traditional primers. Due to the low Tm's of the Priming and Capture sequences, CoPrimers are more susceptible to mismatches. Our internal experiments show that a single mismatch on either forward or reverse causes noticeable delay in amplification, with more mismatches causing significant suppression of signal. 3+ mismatches on the forward and reverse combined is expected to result in no detectable amplification.

As SARS-CoV-2 is understood to have recently made a zoonotic jump from bats to humans, it is unsurprising that certain samples isolated from bats contain high homology to the new virus. Even so, the isolate with the highest homology to the assay, KY352407.1, has a combined 3 mismatches on the forward and reverse. All other bat SARS-coronavirus isolates have 5+ combined mismatches. While the highest relative homology isolate is at the threshold for expected no-cross-reactivity, we would still expect to not generate detectable signal from that strain or any of the others in an rRT-PCR reaction. However, if lack of cross-reactivity to bat-SARS-coronavirus is necessary, wet testing should confirm.

A number of human SARS-coronavirus isolates contained 3+ mismatches on the forward and 3+ mismatches on the reverse. This confirms the closely related status of the two viruses. However, with a combined 6+ mismatches on the most

Conclusion: The results suggest that the Logix Smart COVID-19 does not cross-react to any of the non-target organisms that were tested in the wet test or *in silico* analysis. The negative samples did not show any amplification, therefore, no false positives occurred due to cross-reactivity. Positive samples in the presence of non-target organism genetic material in most cases did not reduce the ability of the Logix Smart COVID-19 test to produce positive results.

b) *Microbial Interference Studies:* Wet test has been performed with relevant microorganism when the RNA or inactivated microorganism is commercially available. No microorganism in the *in silico* analysis has revealed ≥ 80% homology between the cross-reactivity microorganisms and the CoPrimers.

31

CONFIDENTIAL                                                                   CoDI_00019333

c) *Endogenous Interference Substances Studies*: The respiratory tract samples claimed for Logix Smart Coronavirus Disease 2019 are in concordance with the well-established nucleic acid extraction protocol indicated for QIAamp RNA Mini Kit.

## 4) *Clinical Evaluation:*

The clinical evidence has been performed by producing 180 randomized contrived samples spiked with the genomic RNA of SARS-CoV-2, isolate USA-WA1/2020 (BEI Resources, catalog number NR-52285) in dilutions of 60, 100, 500, and 1,000 genomic copies per extraction. The randomized contrived samples were extracted using the QIAamp Viral RNA Mini Kit (Qiagen, catalog number 52904) and tested with **Logix Smart Coronavirus Disease 2019 (COVID-19)**. The detection rate for Logix Smart COVID-19 is shown in Table 12.1. Results also showed consistency of positive control results. Sensitivity and specificity are disclosed in Table 17.

*Table 17 Randomized Contrived Sample Detection Rate*

| Sample Concentration | # of Samples | # of Detected | % of Positive Results (Confidence Interval) | Mean Cq | SD (Standard Deviation) | CV% (Coefficient of Variance) |
|---|---|---|---|---|---|---|
| 60 (genomic copies/extraction) ($\approx$ 1x LoD) | 9 | 9 | 100 (CI 86.7 – 100) | 33.21 | 0.57 | 1.7 |
| 100 (genomic copies/extraction) ($\approx$ 2x LoD) | 51 | 51 | 100 (CI 86.7 – 100) | 34.11 | 0.77 | 2.3 |
| 500 (genomic copies/extraction) ($\approx$ 9x LoD) | 15 | 15 | 100 (CI 86.7 – 100) | 31.63 | 0.34 | 1.1 |
| 1,000 (genomic copies/extraction) ($\approx$ 14x LoD) | 15 | 15 | 100 (CI 86.7 – 100) | 30.59 | 0.38 | 1.2 |
| Negative Randomized Contrived Sample | 90 | 0 | 0 (Not Applicable) | Not Applicable | 0 | 0 |

The values from Table 17 were used to calculate statistics relevant to the diagnostic accuracy, sensitivity, specificity, accuracy, positive predictive value (PPV), negative predictive value (NPV), and Matthews correlation coefficient (MCC). These calculated values are located in Table 18.

*Table 18 Detection Rate for Logix Smart COVID-19*

| Diagnostic Accuracy | Results for Logix Smart COVID-19 |
|---|---|
| Number of True Negatives (TN) | 90 |

32

CONFIDENTIAL                                                                                    CoDI_00019334

EUA Interactive Review Template – Molecular-based Test Kit Manufacturer                Updated: March 12, 2020

| | |
|---|---|
| Number of False Positives (FP) | 0 |
| Number of True Positives (TP) | 90 |
| Number of False Negatives (FN) | 0 |
| Accuracy | 1.00 |
| Sensitivity | 100% |
| Specificity | 100% |
| Positive Predictive Value (PPV) | 100 |
| Negative Predictive Value (NPV) | 100 |
| Mathews Correlation Coefficient (MCC) | 1.00 |

Conclusion: The data suggests that the Logix Smart COVID-19 test kit can consistently generate accurate results. The results show a sensitivity above 100%, specificity of 100%, accuracy at 1.00, all PPV values of 100, NPV values at or above 100, and MCC values at or above 1.00, which were all above the acceptance criteria of 95% and 0.95.

## K. UNMET NEED ADDRESSED BY THE PRODUCT

**This section will be completed by FDA.**

## L. APPROVED/CLEARED ALTERNATIVE PRODUCTS

Currently no methods for the detection of the SARS-CoV-2 have been approved/ cleared by FDA.

## M. BENEFITS AND RISKS:

**This section will be completed by FDA.**

## N. FACT SHEET FOR HEALTHCARE PROVIDERS AND PATIENTS:

Fact Sheet for Healthcare Provider and Patients can be found attached.

## O. INSTRUCTIONS FOR USE/ PROPOSED LABELING/PACKAGE INSERT:

33

CONFIDENTIAL                                                        CoDI_00019335

EUA Interactive Review Template – Molecular-based Test Kit Manufacturer                 Updated: March 12, 2020

Include Instructions for Use, Box Labels and Vial Labels are included in the Logix Smart COVID-19 Packaging Information together with any other proposed labeling.

## P. RECORD KEEPING AND REPORTING INFORMATION TO FDA:

*Co-Diagnostics, Inc.* will track adverse events and report to FDA under 21 CFR Part 803. A website is available to report on adverse events, and this website is referenced in the Fact Sheet for Health Care providers as well as through the *Co-Diagnostics, Inc.* Product Support website: http://codiagnostics.com/. Each report of an adverse event will be processed according to *Co-Diagnostics, Inc.*'s Non-Conformance Reporting Requirements, and Medical Device Reports will be filed with the FDA as required. Through a process of inventory control, *Co-Diagnostics, Inc.* will also maintain records of device usage/purchase. *Co-Diagnostics, Inc.* will collect information on the performance of the test, and report to FDA any suspected occurrence of false positive or false negative results of which *Co-Diagnostics, Inc.* becomes aware. *Co-Diagnostics, Inc.* will maintain records associated with this EUA and ensure these records are maintained until notified by FDA. Such records will be made available to FDA for inspection upon request.

## Q. FDA ADMINISTRATIVE INFORMATION:

**This section will be finalized by the FDA Lead Reviewer upon completion of the review process and documents the interactive review of this submission and any conclusions resulting from the interactive review.**

1) **Summary of Interactive Review – Lead Reviewer to use this section to highlight any major issues solved during interactive review.**
2) **Final Conclusions for Interactive Review -** It is FDA's conclusion that there currently exists a public health need for such devices, i.e., that there is no adequate, approved (cleared), and available alternative to the *[Logix Smart COVID-19]* for [pathogen] detection during the public health emergency. **Conclusion should include an outline the unique features of the device compared to currently issued EUA's under the declaration, if applicable.**
3) **Upon competition of this section the Lead Reviewer should also sign this document and save the file as the final Decision Memorandum.**

34

36

CONFIDENTIAL                                                    CoDI_00019336

| FACT SHEET FOR HEALTHCARE PROVIDERS | Coronavirus Disease 2019 (COVID-19) |
|---|---|
| Logix Smart™ (COVID-19) - Co-Diagnostics, Inc.          Updated: March 20, 2020 | |

This Fact Sheet informs you of the significant known and potential risks and benefits of the emergency use of the Logix Smart Coronavirus Disease 2019 (COVID-19) test kit developed and manufactured by Co-Diagnostics, Inc.

Logix Smart COVID-19 test kit is authorized for testing to be conducted on respiratory specimens from people suspected of Coronavirus Disease 2019 (COVID-19).

**What are the symptoms of COVID-19?**
Most patients with confirmed COVID-19 have developed fever and/or symptoms of acute respiratory illness (e.g., cough, difficulty breathing). However, limited information is currently available to characterize the full spectrum of clinical illness associated with COVID-19. Based on what is known about the virus that causes COVID-19, signs and symptoms may appear any time from 2 to 14 days after exposure to the virus. Based on preliminary data, the median incubation period is approximately 5 days but may range 2-14 days.

**All patients whose specimens are tested with this assay will receive the Fact Sheet for Patients: Logix Smart COVID-19 Test Kit**

Public health officials have identified cases of COVID-19 throughout the world, including in the United States. The virus seems to spread easily and sustainably in the community in some affected geographic areas. Please check the CDC's webpage for the most up to date information.

**What do I need to know about COVID-19 testing?**
Current information on COVID-19 for healthcare providers is available at CDC's webpage, *Information for Healthcare Professionals* (see links provided in "Where can I go for updates and more information" section).

- The Logix Smart COVID-19 can be used to test upper and lower respiratory specimens (such as nasopharyngeal or oropharyngeal swabs, bronchoalveolar lavage, sputum, lower respiratory tract aspirate, nasopharyngeal wash/aspirate or nasal aspirate).

**This test is to be performed only using respiratory specimens collected from individuals suspected of COVID-19.**

- The Logix Smart COVID-19 test kit should be ordered for the detection of the virus that causes COVID-19 in individuals who are suspected of COVID-19.
- The Logix Smart COVID-19 test kit is authorized for use in laboratories in the United States, certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA), 42 U.S.C. §263a, to perform high complexity tests.

Specimens should be collected with appropriate infection control precautions. Current guidance for COVID-19 infection control precautions are available at the CDC's website (see links provided in "Where can I go for updates and more information" section).

Use appropriate personal protective equipment when collecting and handling specimens from individuals suspected of being infected with COVID-19 as outlined in the CDC *Interim Laboratory Biosafety Guidelines for Handling and Processing Specimens Associated with Coronavirus Disease 2019 (COVID-19)*. For additional information, refer to CDC *Interim Guidelines for Collecting, Handling, and Testing Clinical Specimens from Persons Under Investigation (PUIs) for Coronavirus Disease 2019 (COVID-19)* (see links provided in "Where can I go for updates and more information" section).

**What does it mean if the specimen tests positive for the virus that causes COVID-19?**

A positive test result for COVID-19 indicates that RNA from SARS-CoV-2 was detected, and the patient is infected with the virus and presumed to be contagious. Laboratory test results should always be considered in the context of clinical observations and epidemiological data in making a final diagnosis and patient management decisions. Patient management decisions should be made with a healthcare provider and follow current CDC guidelines.

**Report Adverse events,** including problems with test performance or results, to MedWatch by submitting the online FDA Form 3500 (https://www.accessdata.fda.gov/scripts/medwatch/index.cfm?action=reporting.home) or by calling **1-800-FDA-1088**

1 | P a g e

37

| FACT SHEET FOR HEALTHCARE PROVIDERS | Coronavirus Disease 2019 |
|---|---|
| Logix Smart™ (COVID-19) - Co-Diagnostics, Inc.          Updated: March 20, 2020 | (COVID-19) |

The Logix Smart COVID-19 test kit has been designed to minimize the likelihood of false positive test results. However, in the case it happens the risks should be acknowledged.

Risks to patients due to a false positive result could include the following: a recommendation for isolation of the patient, monitoring of household or other close contacts for symptoms, patient isolation that might limit contact with family or friends and may increase contact with other potentially COVID-19 patients, limits in the ability to work, the delayed diagnosis and treatment for the true infection causing the symptoms, unnecessary prescription of a treatment or therapy, or other unintended adverse effects.

All laboratories using this test must follow the standard confirmatory testing and reporting guidelines according to their appropriate public health authorities.

**What does it mean if the specimen tests negative for the virus that causes COVID-19?**
A negative test result for this test means that SARS-CoV-2 RNA was not present in the specimen above the limit of detection. However, a negative result does not rule out COVID-19 and should not be used as the sole basis for treatment or patient management decisions. A negative result does not exclude the possibility of COVID-19.

When diagnostic testing is negative, the possibility of a false negative result should be considered in the context of a patient's recent exposures and the presence of clinical signs and symptoms consistent with COVID-19. The possibility of a false negative result should especially be considered if the patient's recent exposures or clinical presentation indicate that COVID-19 is likely, and diagnostic tests for other causes of illness (e.g., other respiratory illness) are negative. If COVID-19 is still suspected based on exposure history together with other clinical findings, re-testing should be considered by healthcare providers in consultation with public health authorities.

Risks to a patient of a false negative include the following: delayed or lack of supportive treatment, lack of monitoring of infected individuals and their household or other close contacts for symptoms resulting in

increased risk of spread of COVID-19 within the community, or other unintended adverse events.

**What is an EUA?**
The United States FDA has made this test available under an emergency access mechanism called an Emergency Use Authorization (EUA). The EUA is supported by the Secretary of Health and Human Service's (HHS's) declaration that circumstances exist to justify the emergency use of in vitro diagnostics (IVDs) for the detection and/or diagnosis of COVID-19.

An IVD made available under an EUA has not undergone the same type of review as an FDA-approved or cleared IVD. FDA may issue an EUA when certain criteria are met, which includes that there are no adequate, approved, available alternatives, and based on the totality of scientific evidence available, it is reasonable to believe that this IVD may be effective in the detection of the virus that causes COVID-19.

The EUA for this test is in effect for the duration of the COVID-19 declaration justifying emergency use of IVDs, unless terminated or revoked (after which the test may no longer be used).

**Report Adverse events,** including problems with test performance or results, to MedWatch by submitting the online FDA Form 3500 (https://www.accessdata.fda.gov/scripts/medwatch/index.cfm?action=reporting.home) or by calling **1-800-FDA-1088**

2 | P a g e

38

CONFIDENTIAL

CoDI_00019338

| FACT SHEET FOR HEALTHCARE PROVIDERS | Coronavirus Disease 2019 |
|---|---|
| Logix Smart™ (COVID-19) - Co-Diagnostics, Inc.          Updated: March 20, 2020 | (COVID-19) |

## Where can I go for updates and more information?

### CDC webpages:
**General:** https://www.cdc.gov/COVID19
**Healthcare Professionals:**
https://www.cdc.gov/coronavirus/2019-nCoV/guidance-hcp.html
**Information for Laboratories:** https://www.cdc.gov/coronavirus/2019-nCoV/guidance-laboratories.html
**Laboratory Biosafety:** https://www.cdc.gov/coronavirus/2019-nCoV/lab-biosafety-guidelines.html
**Isolation Precautions in Healthcare Settings:**
https://www.cdc.gov/coronavirus/2019-ncov/infection-control/control-recommendations.html
**Specimen Collection:** https://www.cdc.gov/coronavirus/2019-nCoV/guidelines-clinical-specimens.html
**Infection Control:** https://www.cdc.gov/coronavirus/2019-ncov/infection-control/index.html

### FDA webpages:
**General:** www.fda.gov/novelcoronavirus
**EUAs:**(includes links to patient fact sheet and manufacturer's instructions) https://www.fda.gov/medical-devices/emergency-situations-medical-devices/emergency-use-authorizations

### Co-Diagnostics, Inc.
2401 Foothill Dr. Suite D
Salt Lake City, UT 84109
Phone: (801) 438-1036
Email: info@codiagnostics.com
Website: www.codiagnostics.com

**Report Adverse events,** including problems with test performance or results, to MedWatch by submitting the online FDA Form 3500 (https://www.accessdata.fda.gov/scripts/medwatch/index.cfm?action=reporting.home) or by calling **1-800-FDA-1088**

3 | P a g e

39

CONFIDENTIAL                                                                                              CoDI_00019339

| FACT SHEET FOR PATIENTS | Coronavirus Disease 2019 |
|---|---|
| Logix Smart™ COVID-19 – Co-Diagnostics, Inc.          Updated: March 20, 2020 | (COVID-19) |

You are being given this Fact Sheet because your sample(s) was tested for the virus that causes Coronavirus Disease 2019 (COVID-19) using the Logix Smart Coronavirus Disease 2019 (COVID-19) test kit developed and manufactured by Co-Diagnostics, Inc.

This Fact Sheet contains information to help you understand the risks and benefits of using this test for the diagnosis of COVID-19. If you have questions or would like to discuss the information provided after you read this Fact Sheet, please talk to your healthcare provider.

- **For the most up to date information on COVID-19 please visit the CDC Coronavirus Disease 2019 (COVID-19) webpage:**

- **https://www.cdc.gov/COVID19**

**What is COVID-19?**
COVID-19 is caused by the SARS-CoV-2 virus. The disease COVID-19 can cause mild to severe respiratory illness. It was first identified in Wuhan, China, and has now spread globally, including to the United States. There is limited information available about the spectrum of illness associated with COVID-19, however, it more likely spreads to others when a person shows signs or symptoms of being sick (e.g., fever, coughing, difficulty breathing, etc.).

**What is the Logix Smart™ COVID-19 test kit?**
The test is designed to detect the virus that causes COVID-19, SARS-CoV-2, in upper and lower respiratory specimens, i.e., nasal or oral swabs, sputum, and bronchoalveolar wash.

**Why was my sample tested?**
You were tested because your healthcare provider believes you may have been exposed to the virus that causes COVID-19 based on your signs and symptoms (e.g., fever, cough, difficulty breathing), and/or because:

- You live in or have recently traveled to a place where transmission of COVID-19 is known to occur, and/or
- You have been in close contact with an individual suspected of or confirmed to have COVID-19.

Testing your samples will help find out if you have COVID-19.

**What are the known and potential risks and benefits of the test?**
Potential risks include:

- Possible discomfort or other complications that can happen during sample collection.
- Possible incorrect test result (see below for more information).

Potential benefits include:

- The results, along with other information, can help your healthcare provider make informed recommendations about your care.
- The results of this test may help limit the spread of COVID-19 to your family and others in your community.

**What does it mean if I have a positive test result?**
If you have a positive test result, it is very likely that you have COVID-19. Therefore, it is also likely that you may be placed in isolation to avoid spreading the virus to others. There is a very small chance that this test can give a positive result that is wrong (a false positive result). Your healthcare provider will work with you to determine how best to care for you based on the test results, medical history, and your symptoms.

**Where can I go for updates and more information?** The most up-to-date information on COVID-19 is available at the CDC General webpage: **https://www.cdc.gov/COVID19**. In addition, please also contact your healthcare provider with any questions/concerns.

1

CONFIDENTIAL                                                                                CoDI_00019340

| FACT SHEET FOR PATIENTS | Coronavirus Disease 2019 |
|---|---|
| Logix Smart™ COVID-19 – Co-Diagnostics, Inc.          Updated: March 20, 2020 | (CoVID-19) |

**What does it mean if I have a negative test result?**
A negative test result means that the virus that causes COVID-19 was not found in your sample. For COVID-19, a negative test result for a sample collected while a person has symptoms usually means that COVID-19 did not cause your recent illness.

However, it is possible for this test to give a negative result that is incorrect (false negative) in some people with COVID-19. This means that you could possibly still have COVID-19 even though the test is negative. If this is the case, your healthcare provider will consider the test result together with your symptoms, your medical history, and other signs, in addition to other information such as possible exposures, and geographical location of places you have recently traveled) in deciding how to care for you.

It is important that you work with your healthcare provider to help you understand the next steps you should take.

**Is this test FDA-approved or cleared?**
No. This test is not yet approved or cleared by the United States FDA. When there are no FDA-approved or cleared tests available, and other criteria are met, FDA can make tests available under an emergency access mechanism called an Emergency Use Authorization (EUA). The EUA for this test is supported by the Secretary of Health and Human Service's (HHS's) declaration that circumstances exist to justify the emergency use of in vitro diagnostics for the detection and/or diagnosis of COVID-19. This EUA will remain in effect (meaning this test can be used) for the duration of the COVID-19 declaration justifying emergency use of IVDs, unless it is terminated or revoked by FDA (after which the test may no longer be used).

**Where can I go for updates and more information?** The most up-to-date information on COVID-19 is available at the CDC General webpage: **https://www.cdc.gov/COVID19**. In addition, please also contact your healthcare provider with any questions/concerns.

2

CONFIDENTIAL                                                                 CoDI_00019341



2020

R only

# Logix Smart™ Coronavirus Disease 2019 (COVID-19) Kit

For use under the Emergency use Authorization (EUA) only
For *in vitro* diagnostic use

REF   **COVID-K-001**

LOGIX SMART™ Coronavirus Disease 2019 (COVID-19) Kit
CO-DIAGNOSTICS, INC.



CO-DIAGNOSTICS, INC. | 2401 Foothill Dr., Ste D, Salt Lake City, UT 84109 USA

IVD

42

CONFIDENTIAL

CoDI_00019342

**CO-DIAGNOSTICS INC.**

## Table of Contents

1 Intended Use ...................................................................................................................................2

2 Product Description and Test Principle ...........................................................................................2

   2.1 Principles of Operation ...........................................................................................................2

3 Storage and Handling ....................................................................................................................3

4 Material required but not included with the test..............................................................................4

   4.1 Consumables required but not provided:................................................................................4

   4.2 Equipment required but not provided: ....................................................................................4

5 Warnings and Precautions..............................................................................................................5

6 Sample Collection, Transport, and Storage....................................................................................5

   6.1 Sample Handling ...................................................................................................................6

   6.2 Sample Storage ....................................................................................................................6

   6.3 Sample Shipping....................................................................................................................6

7 Procedure .......................................................................................................................................6

   7.1 Sample Preparation ...............................................................................................................6

   7.2 Logix Smart COVID-19 Reagent Setup..................................................................................7

   7.3 Reaction Set Up.....................................................................................................................7

   7.4 PCR Instrument Setup............................................................................................................8

8 Data Analysis..................................................................................................................................8

   8.1 The Validity of the Diagnostic Test Runs...............................................................................9

   8.2 Interpretation of Results.........................................................................................................9

9 Troubleshooting ...........................................................................................................................10

   9.1 Stability ...............................................................................................................................10

   9.2 User Errors ..........................................................................................................................10

   9.3 Invalid Results/ Inconclusive Results ..................................................................................11

10 Limitations....................................................................................................................................12

11 Non-Clinical Performance Evaluation...........................................................................................12

   11.1 Limit of Detection (LoD) – Analytical Sensitivity ..................................................................12

   11.2 Inclusivity (analytical sensitivity): ........................................................................................13

   11.3 Cross-reactivity (Analytical Specificity) by an *in silico* analysis:..........................................13

   11.4 Cross-reactivity (Analytical Specificity) by a Wet-test: ........................................................14

   11.5 Microbial Interference .........................................................................................................16

12 Clinical Evidence ..........................................................................................................................17

13 Manufacturer and Authorized Representative...............................................................................18

14 References ....................................................................................................................................18

15 Legend of Package Symbols........................................................................................................19

CONFIDENTIAL

CoDI_00019343


CO-DIAGNOSTICS INC.

## 1    INTENDED USE

The Logix Smart Coronavirus Disease 2019 (COVID-19) test is a real-time RT-PCR test using a proprietary technology called CoPrimers™ (Satterfield, 2014) (Poritz & Ririe, 2014) intended for the qualitative detection of nucleic acid from the SARS-CoV-2 in lower respiratory tract fluids (e.g. bronchoalveolar lavage, sputum, tracheal aspirate), and upper respiratory tract fluids (e.g. nasopharyngeal and oropharyngeal swabs) from individuals with signs and symptoms of infection who are suspected of having COVID-19. Testing is limited to laboratories - certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA), 42 U.S.C. §263a, to perform high complexity tests, or by similarly qualified non-U.S. laboratories.

Results are for the identification of SARS-CoV-2 RNA. The SARS-CoV-2 RNA is generally detectable in lower respiratory tract fluids (e.g. bronchoalveolar lavage, sputum, tracheal aspirate), and upper respiratory tract fluids (e.g. nasopharyngeal and oropharyngeal swabs) during the acute phase of infection. Positive results are indicative of active infection. Laboratories within the United States and its territories are required to report all positive results to the appropriate public health authorities.

Negative results do not preclude SARS-CoV-2 infection and should not be used as the sole basis for patient management decisions. Negative results must be combined with clinical observations, patient history, and epidemiological information.

The Logix Smart Coronavirus Disease 2019 (COVID-19) is intended for use by trained clinical laboratory personnel specifically instructed and trained in the techniques of real-time PCR and in vitro diagnostic procedures. The Logix Smart Coronavirus Disease 2019 (COVID-19) test is only for use under the Food and Drug Administration's Emergency Use Authorization.

## 2    PRODUCT DESCRIPTION AND TEST PRINCIPLE

The Logix Smart Coronavirus Disease 2019 (COVID-19) test is a real-time reverse transcription polymerase chain reaction (rRT-PCR) test utilizing the Company's patented CoPrimer technology (Satterfield, 2014) (Poritz & Ririe, 2014).  The SARS-CoV-2 CoPrimer sets are designed to detect RNA from the SARS-CoV-2 in lower respiratory tract fluids (e.g. bronchoalveolar lavage, sputum, tracheal aspirate), upper respiratory tract fluids (e.g. nasopharyngeal and oropharyngeal swabs) from patients with signs and symptoms of infection who are suspected of COVID-19.

Each **Logix Smart COVID-19** test kit consists of the following components:

- ➢ Ready-to-use Master Mix, complete with RNaseP internal positive control to verify sample quality.
- ➢ Positive Control (PC), to verify the performance of the master mix.
- ➢ Nuclease-Free Water as a negative control, to verify the master mix is free of contamination.

### 2.1 Principles of Operation

The test begins with the selection of the sample type, followed by a collection of the sample by a trained healthcare provider. The sample must be identified following the laboratory quality system and current regulation. The sample must be stored properly until testing in the same facility or shipping to the assigned laboratory.

The Logix Smart COVID-19 test kit assay is a multiplexed single-step real-time reverse transcription PCR test that can be broken down into 3 stages: sample preparation, reverse transcription, and the polymerase chain reaction (PCR) with real-time monitoring. The assay also includes an internal positive control (IPC) that acts as an extraction control to confirm the performance of the extraction.

CONFIDENTIAL    CoDI_00019344



The sample preparation for PCR requires the samples to be processed to break apart cells and viruses to expose the genetic material. For this process, a commercially available extraction system can be used. In this process, the nucleic acids are isolated and purified from the lower respiratory tract fluids (e.g. bronchoalveolar lavage, sputum, tracheal aspirate), or the upper respiratory tract fluids (e.g. nasopharyngeal and oropharyngeal swabs) using the QIAamp Viral RNA Mini Kit (Qiagen) using the protocol outlined in the product's handbook, "Protocol: Purification of Viral RNA (Spin Protocol)" using 140 µl of the lower respiratory tract fluids (e.g. bronchoalveolar lavage, sputum, tracheal aspirate), or the upper respiratory tract fluids (e.g. nasopharyngeal and oropharyngeal swabs. In the case of sputum samples, the sample should be treated before the extraction by a validated protocol or the CDC's guidelines for "Processing of Sputum Specimens for Nucleic Acid Extraction" (CDC, 2020). Additionally, samples may be processed using the sbeadex Blood Kit (Biosearch Technologies), following the protocol outlined in the product's insert, using 100 µL starting volume, and a 100 µL elution volume (Biosearch Technologies, n.d., p. 6).

The purified nucleic acid is then plated with the Logix Smart Coronavirus Disease 2019 (COVID-19) master mix, 5 µl of each. The master mix is pre-mixed and contains the necessary components to perform both the reverse transcription and PCR and does not need to be prepared ahead of time by the user. The plated reactions will then be put in the thermocycler using the following cycling conditions: 15 min at 45°C, 2 min at 95°C, 50 cycles x [3s at 95°C, 32s at 55°C]. The 15-minute step at 45°C is the reverse transcription step, where the cDNA is created from the RNA template. The 2 min at 95°C is to inactivate the reverse transcriptase and acts as the initial denaturation step for PCR, which is then followed by the thermocycling for the PCR.

During the PCR, the forward CoPrimer is labeled with FAM and acts as both the forward primer and probe. During the annealing/extension phase of the PCR, the 5' nuclease activity of Taq polymerase degrades the CoPrimer's capture, causing spatial separation between the fluorophore and the quencher, generating a fluorescent signal. With each cycle, additional fluorophore dye molecules are cleaved from their respective probes, increasing the fluorescence intensity.  Fluorescence intensity is monitored at the end of each cycle by the real-time thermocycler, specifically the CoDx Box.

*Table 2.1 Components included in the test kit*

| Cap Color | Component | Symbol | Individual Catalog Number | Description | Amount |
|---|---|---|---|---|---|
| **Black** | Logix Smart COVID-19 Master Mix | MM | COVID-MM-001 | Proprietary blend of CoPrimers™ and PCR reagents | 1x500µL (100 reactions) or 1x1250µL (250 reactions) or 1x25000 µL (5,000 reactions) |
| **Red** | Logix Smart COVID-19 Positive Control | PC | COVID-PC-001 | Proprietary blend of positive primers | 1x500µL (100 reactions) or 1x1250µL (250 reactions) or 1x25000 µL (5,000 reactions) |
| Clear | Nuclease Free Water | NTC | GEN-NF-001 | Water free of DNase/RNase activity | 1x500µL (100 reactions) or 1x1250µL (250 reactions) or 1x25000 µL (5,000 reactions) |

## 3    STORAGE AND HANDLING

➢ The **Logix Smart COVID-19** kit is shipped on dry ice. The components of the kit should arrive frozen. If one or more of the components are not frozen upon receipt or are compromised during shipment, contact your distributor for assistance.

➢ All components should be stored immediately at or below -20°C to prevent degradation of reagents.

➢ Always work with each **Logix Smart COVID-19** component on ice. Make aliquots, if necessary, to avoid multiple freeze/thaw cycles.

CONFIDENTIAL    CoDI_00019345



> ➢ If you work in an area prone to power outages it is recommended to have a back-up generator for your freezer as well as a temperature data log to ensure that the **Logix Smart COVID-19** test kit remains frozen at -20°C.
> ➢ Stability data for the product is currently being collected and results will be published, and new Instructions for Use updated to reflect the stability conditions.

## 4    MATERIAL REQUIRED BUT NOT INCLUDED WITH THE TEST

Extraction System required but not included with the test:

*Table 4.1 Extraction systems validated with the test*

| Extraction System Options | Catalog number | Manufacturer |
|---|---|---|
| QIAamp Viral RNA Mini Kit | 52904 (50 extractions) 52906 (250 extractions) | Qiagen |
| sbeadex Blood Kit | NAP44401 NAP44410 NAP44100 | Biosearch Technologies |

*Table 4.2 Thermocyclers validated but not included with the test*

| Thermocycler Machine | Manufacturer |
|---|---|
| CoDx Box | BMS, Bio Molecular Systems |
| MIC qPCR Cycler | BMS, Bio Molecular Systems |
| Eco 48 | PCRmax |

### 4.1 Consumables required but not provided:

- Disposable powder-free gloves and lab coats
- Disposable pipette tips with filters
- 10% bleach or other appropriate cleaning solution that degrades nucleic acids.
- PCR plates or strip tubes for the thermocycler being used

### 4.2 Equipment required but not provided:

- Several micropipettes capable of pipetting volumes from 5µL to 1000µL
- A cold block or ice
- Vortex and centrifuge
- Class II Biosafety cabinet, ideally in a BSL-2 containment facility, for the extraction
- PCR workstation, for master mix plating and setup
- CoDx Box (Bio Molecular Systems, distributed by Co-Diagnostics, Inc.)
- qPCR thermocycler with channels capable of detecting FAM and CF610 fluorophores.

CONFIDENTIAL                                                                                                    CoDI_00019346



## 5    WARNINGS AND PRECAUTIONS



| **WARNING!** |
| --- |
| Before performing any testing or running any patient sample, verify that all instruments have been properly installed, calibrated, and are well maintained. Do **not** use instruments with an outdated calibration. |

As with any diagnostic or laboratory experiment, good laboratory practices for molecular biology is essential to the proper performance of the qPCR or any laboratory experiment. Attention should be taken to the procedures particular to the molecular diagnostics procedures. Due to the high sensitivity of **Logix Smart COVID-19** and the qPCR technology, care should be taken while handling samples and materials while performing the assay to keep reagents and amplification mixtures free of contamination. Users should pay attention to the following:

- ➢ Use sterile pipette tips with filters.
- ➢ Use standard precautions when handling any patient samples, as they may contain infectious agents.
- ➢ Store and extract positive materials (specimens, positive controls, and amplicons) separately from other reagents.
- ➢ Always use nuclease-free water, provided with this kit.
- ➢ Consult appropriate Safety Data Sheets (SDS) for safety. The SDS for the **Logix Smart COVID-19** test kit is provided with the shipment. If not provided with the shipment, the SDS can be retrieved from Co-Diagnostics website at the link: http://codiagnostics.com/products/diagnostic-solutions/
- ➢ To prevent contamination, it is required to use Good Laboratory Practices for Molecular Biology, which requires a unidirectional workflow and the separation of negative and positive materials.
- ➢ Please, always use the most recent version of this document as more information is added with future studies. This can be downloaded for free at http://codiagnostics.com/resources/instructions-for-use/

## 6    SAMPLE COLLECTION, TRANSPORT, AND STORAGE

The sample selection, collection, storage, and handling play an essential part in the performance of nucleic acid assays. Thus, valuable information is presented here to help laboratories develop better procedures for the analysis of results and troubleshooting other problems.
For more information, visit the CDC's and WHO's websites in the following addresses:

a) Lower respiratory tract fluids
Bronchoalveolar lavage, tracheal aspirate: collect 2-3 mL into a sterile, leak-proof, screw-cap sputum collection cup or sterile dry container. Refrigerate specimen at 2-8°C and ship overnight to the testing laboratory on an ice pack.

Sputum: have the patient rinse the mouth with water and then expectorate deep cough sputum directly into a sterile, leak-proof, screw-cap sputum collection cup or sterile dry container. Refrigerate specimen at 2-8°C and ship overnight to the testing laboratory on an ice pack.

b) Upper respiratory tract fluids
Nasopharyngeal swab AND oropharyngeal swab (NP/OP swab): use only synthetic fiber swabs with plastic shafts. Do not use calcium alginate swabs or swabs with wooden shafts, as they may contain substances that inactivate some viruses and inhibit PCR testing. Place swabs immediately into sterile tubes containing 2-3 mL of viral transport media. NP and OP specimens should be kept in separate vials. Refrigerate specimen at 2-8°C and ship overnight to the testing laboratory on an ice pack.

**PID-1048-01**

CONFIDENTIAL

CoDI_00019347

CO-DIAGNOSTICS INC.

Note Nasopharyngeal swab: Insert a swab into the nostril parallel to the palate. Leave the swab in place for a few seconds to absorb secretions/ Swab both nasopharyngeal areas with the same swab.

Oropharyngeal swab (e.g., throat swab): swab the posterior pharynx, avoiding the tongue.

Nasopharyngeal wash/aspirate or nasal aspirate: collect 2-3 mL into a sterile, leak-proof, screw-cap sputum collection cup or sterile dry container. Refrigerate specimen at 2-8°C and ship overnight to the testing laboratory on an ice pack.

### 6.1 Sample Handling

Laboratory workers should wear appropriate personal protective equipment (PPE), which includes disposable gloves, laboratory coat/gown, and eye protection when handling potentially infectious specimens.
Clinical specimens from patients suspected or confirmed to be infected with COVID-19 should be conducted under a certified class II biosafety cabinet in a BSL-2 containment facility. More details are provided in the *Biosafety in Microbiological and Biomedical Laboratories (BMBL)* (CDC, 2009) or the *WHO Laboratory Biosafety Manual* (WHO, 2004).

For specific instructions on the handling of clinical specimens for coronavirus disease 2019, see also the CDC's webpage for the *Interim Laboratory Biosafety Guidelines for Handling and Processing Specimens Associated with Coronavirus Disease 2019* (COVID-19) (CDC, 2020).

### 6.2 Sample Storage

It is recommended that all specimen types, besides whole blood, be kept at -20°C for up to 7 days. For storage longer than 7 days, specimens should be frozen at -70°C. Repeated freezing and thawing of a specimen should be avoided. If a specimen is kept for retesting, it should be aliquoted in different tubes to avoid freezing and thawing cycles. The temperature in the storage areas should be monitored and recorded regularly to identify potential fluctuations. Domestic refrigerators/ freezers with wide temperature fluctuations are not suitable for the storage of frozen specimens (CDC, 2020).

### 6.3 Sample Shipping

Specimens known to be, or suspected of, containing SARS-CoV-2 that require shipment by air should be shipped on dry ice as a Biological Substance Category B, UN3373. International regulations, as described in the WHO *Guidance on Regulations for the Transport of Infectious Substances 2015-2016,* should be followed (CDC, 2020). If ground transportation is needed, the specimen should be shipped frozen overnight with enough ice to keep it frozen throughout transit. After the collection of the sample and transfer to the clinical lab, the sample will receive an entry into the laboratory system.

### 7    PROCEDURE

The World Health Organization recommends recording the full name, date of birth, contact information, and the time and date of collection of the patient sample. Additionally, the following information could also be collected:

> ➢ Symptoms, date of onset, duration of symptoms, contact with known COVID-19 cases (e.g. family member).

> ➢ Comprehensive travel history (dates, place, duration of visit); and

### 7.1 Sample Preparation

The quality of the RNA from the extraction of the sample is essential to the performance of **Logix Smart COVID-19**. The extraction protocol should be performed following the manufacturer's instructions or an internally validated protocol. However, due to the mucoid and mucopurulent, and therefore, viscous nature of sputum

**PID-1048-01**

CONFIDENTIAL

CoDI_00019348



specimen a pre-processing of the sample is recommended before extraction. A protocol provided by the CDC and evaluated for COVID-19 for the processing of sputum samples is available by the CDC in the following link: https://www.cdc.gov/coronavirus/2019-ncov/downloads/processing-sputum-specimens.pdf (CDC, 2020).

Alternative nucleic acid extraction systems and kits might also be appropriate. The suitability of the other nucleic acid extraction procedure for use with **Logix Smart COVID-19** must be validated by the user.

Extraction of RNA using the QIAamp® Viral RNA Mini Kit must be performed following the manufacturer's instructions using 140 µL of the sample, and a modified elution using 100 µL of buffer AVE. It is highly recommended before the elution of nucleic acids to ensure the removal of all ethanol. For column-based kits that include washing with buffers containing ethanol, an additional centrifugation step (see extraction procedure) using a new collection tube is recommended.

|  | If your sample preparation system uses wash buffers containing ethanol, make sure to eliminate any traces of ethanol before elution of the nucleic acid. Ethanol is a strong inhibitor of real-time PCR. |
| | The use of carrier RNA can be crucial for extraction efficiency and stability of the extracted nucleic acid. |

## 7.2 Logix Smart COVID-19 Reagent Setup

➢ When preparing reagents, clean all working surfaces with a fresh 10% bleach solution followed by molecular grade alcohol or another equivalent method of cleaning that disinfects and degrades nucleic acids.

➢ All **Logix Smart™ COVID-19** Master Mix, Positive Control (PC), nuclease-free water (used as a no template control or NTC), and sample tubes should be vortexed for 3 seconds and briefly spun down before using to ensure properly mixed reagents and to remove any condensation or residue from the lids.

➢ Thaw all reagents and samples on **ice**, or a cold block, before starting setup.

## 7.3 Reaction Set Up

7.3.1   Every reaction setup should include enough reaction wells for the number of patient samples and at least one positive control and one NTC (**# patient samples + 2 = total reaction wells needed**). Example: 5 patient samples to test + 1 PC well + 1 NTC well = 7 total reaction wells.

7.3.2   All pipetting should be done on **ice,** if possible. Pipetting of PC and sample elution is recommended to be done in a separate area, or at a separate time, from Master Mix and NTC. Change pipette tips in-between patient sample elution and change pipette tips after pipetting each component. Pipet the PC last if possible, to avoid contamination events.

7.3.3   Pipet 5 µL of **Master Mix** into each well being used in an appropriate optical plate or optical reaction tube (example: CoDx Box real-time PCR instrument uses 48-well reaction tubes).

7.3.4   Pipet 5 µL of the patient sample (elution from nucleic acid extraction) or 5 µL of a control (**NTC** and **PC**) to the appropriate well(s). At least one positive and one NTC control must be included in each run.

7.3.5   Seal the reaction plate with an optical adhesive film or the reaction tubes with appropriate lids.

7.3.6   Place plate or tubes into real-time PCR instruments in the correct orientation and start the run.

CONFIDENTIAL

CoDI_00019349

CO-DIAGNOSTICS INC.

## 7.4 PCR Instrument Setup

7.4.1 If using Co-Diagnostics Inc. CoDx Box, contact the Laboratory 801-438-1036 ext. 04 or at www.codiagnostics.com/contact/ for the template file for download. The template file comes pre-programmed with the PCR instrument setup described in this section. When not using a template, or when using another device, use the settings outlined below to program the PCR instrument.

7.4.2 To achieve optimal performance from the test, it is important to make sure that the instrument is compatible with the conditions outlined below.

7.4.3 Define the following settings:

| Reaction Volume | 10 µL |
|---|---|
| Ramp Rate | Default |
| Passive Reference | None |

7.4.1 Program PCR instrument with the cycling conditions below:

| Stage | Cycles | Temperature | Time |
|---|---|---|---|
| Reverse Transcription | 1 | 45°C | 15 minutes |
| Initial Denature | 1 | 95°C | 2 minutes |
| Amplification | 50 | 95°C | 3 seconds |
| | | 55°C | 32 seconds |

7.4.2 Ensure that the PCR instrument being used is compatible with fluorophores below. Some devices may not have options for the quencher. If help is needed or in case of questions, contact Co-Diagnostics Inc. technical support at 801-438-1036 ext. 04 or at: www.codiagnostics.com/contact/.

7.4.3 Define the fluorescence detectors (dyes):

| Target | Detector Name | Reporter | Quencher |
|---|---|---|---|
| COVID-19 specific RNA | COVID-19 | FAM™ | BHQ® - 1 |
| RNaseP specific DNA (IPC) | RNaseP | CAL Flour® Red 610 | BHQ® - 2 |

➢ When the run is finished, ensure that the run file is saved.

## 8   DATA ANALYSIS

For basic information regarding data analysis on a specific real-time PCR instruments, please refer to the user manual of the respective instrument.

Verification and validation studies performed for **Logix Smart™ Coronavirus Disease 2019 (COVID-19) (COVID-K-001)** were conducted following Good Laboratory Practices for Molecular Biology assays (Viana & Wallis, 2011). If these conditions are not met, the performance will show higher variability due to user errors while experimenting.

CONFIDENTIAL                                                                                    CoDI_00019350



### 8.1 The Validity of the Diagnostic Test Runs

Check to see that both the positive and no template control have passed.

8.1.1    The following control conditions must be met:

| Control Type | Control Name | Purpose of Control | COVID-19 FAM channel | Internal Control (RNaseP) CF610 channel |
|---|---|---|---|---|
| COVID-19 Positive Control | COVID-19 (FAM™) | Verifies the performance of the master mix | + | + |
|  | RNaseP (CF®610) |  |  |  |
| No Template Control | Master Mix + Water | Verifies the reagents are free of contamination | - | - |

> If controls pass, interpret the sample results.

8.1.2    Invalid Diagnostic Test Run

If any of the controls fail, the run is invalid. Document the run and initiate troubleshooting.

### 8.2 Interpretation of Results

Once the controls have passed, the unknown samples can be interpreted based on three possible outcomes:

> Positive
> Negative
> Inconclusive

A **Positive** result will show an amplification curve or cycle threshold value for COVID-19 at or below 45 cycles. Amplification curves greater than 45 cycles for COVID-19 are in the uncertainty zone. The presence of a curve, with a Cq at or below 45 cycles, for a sample in the COVID-19, indicates a positive result. The amplification of the RNaseP (IPC) shows that the extraction was successful.

A **Negative** result will show no amplification for COVID-19 coronavirus; however, occasionally amplification greater than 45 cycles may occur in COVID-19 or RNaseP channels. Any amplification curves greater than 45 cycles for COVID-19 are in the uncertainty zone and possibly below the limit of detection. New run of the same sample or run of another sample of the patient in the same of following days should be considered. The absence of a curve for COVID-19 indicates a negative result ONLY when the RNaseP (IPC) marker is positive.

An **Inconclusive** result refers to situations when any of the controls fail. See troubleshooting.

The interpretation of results with Ct values can be translated to the following table:

CONFIDENTIAL                                                                                    CoDI_00019351

CO-DIAGNOSTICS INC.

*Table 8.1 Interpretation of Results for COVID-19 by detection of SARS-CoV-2 RdRp gene with Logix Smart COVID-19*

| Instrument Reading | Sample Result | | Logix Smart™ COVID-19 Positive Control | No Template Control (NTC) (Master Mix + Water) | Interpretation of Results |
|---|---|---|---|---|---|
| | COVID-19 (SARS-CoV-2) | Internal Positive Control (RNaseP) CF610 channel | | | |
| | + | + | + | - | COVID-19 + |
| | - | + | + | - | COVID-19 - |
| Any Result (+/-) | | (fail) | + | - | Inconclusive: See Troubleshooting |
| | | + | (fail) | - | |
| | | + | + | (fail +) | |

**Anything before 45 cycles is considered a positive reading (+). Anything after 45 cycles is considered a negative reading (-). When possible, always check that the medical history and/or symptoms match the result before treatment.**

## 9    TROUBLESHOOTING

Co-Diagnostics Inc. values customer feedback and wants to be informed of any issues with the **Logix Smart™ COVID-19** test kit, even if the recommended steps for troubleshooting solves the issue. To give feedback please fill out the Customer Feedback Form by visiting codiagnostics.com/contact/feedback/

### 9.1 Stability

Real-time, accelerated shelf-life, and in-use stability studies are currently under testing.  Currently, the expiration date of this product has been established as 12 months.

Always use the most recent version of this document for updates as more stability information will be added when studies are completed.

### 9.2 User Errors

Polymerase Chain Reaction (PCR) Assay is a technique that uses temperature cycling, and a DNA polymerase to amplify a single or a few copies of a segment of DNA or RNA. Good Laboratory Practices for Molecular Biology Diagnostics (Viana & Wallis, 2011) are necessary for the use of this product.  This product is not intended to be used by untrained personnel.

The user needs to have some molecular biology experience and be familiar with the proper pipetting technique to prevent errors, such as splashes, crossover contamination, and errors on volume selection. Pipette tips must be replaced after every pipetting. Gloves must be replaced often. Equipment must have calibration up to date for the pipettes and thermocyclers, when applicable.

A 90 minutes online training for Good Laboratory Practices for Molecular Genetics Testing (Centers for Disease Control and Prevention, 2017) is available at the CDC website at the following link https://www.cdc.gov/labtraining/training-courses/good-lab-practices-molecular-genetics-testing.html

PID-1048-01

2401 S. Foothill Dr. Suite D. Salt Lake City, UT 84109 | 801.438.1036 | www.codiagnostics.com

CONFIDENTIAL

CoDI_00019352



CO-DIAGNOSTICS INC.

**9.3 Invalid Results/ Inconclusive Results**

    9.3.1   **Logix Smart COVID-19 Positive Control** not amplifying

No amplification from the PC could be the result of one or multiple factors, such as:
- Pipetting errors (pipetting control into the wrong well, missing a well, pipetting inadequate amount of reagent),
- Incorrect placement of plates or tubes into the real-time PCR instrument,
- **Logix Smart COVID-19 Master Mix** or **Logix Smart COVID-19 Positive Control** degradation (a result of reagents being at temperatures above -20°C for an extended period),
- Use of expired reagents,
- or the wrong reagents being used.

Without further evidence, it is best to disregard the results from the patient samples and re-test by re-amplification. If the positive control fails again, then an investigation should be conducted to identify possible causes for error and depending on the investigation results and risks identified in the process, the patient samples may need to be re-extracted. If failure of the positive control happens a third time after re-extraction and re-amplification, open a new **Logix Smart COVID-19 Positive Control** or **Master Mix**, and retest. If still failing, please contact Co-Diagnostics Inc. technical support by calling 801-438-1036 ext. 04 or contact us at www.codiagnostics.com/contact/.

    9.3.2   **RNaseP (IPC)** not amplifying in patient samples

No amplification from the RNaseP channel could be the result of one or multiple factors, such as:
- Not enough nuclear material in the patient sample,
- PCR inhibitors such as ethanol and heparin,
- the extraction was performed incorrectly,
- or the extraction kit used is not compatible or has a step that eliminates RNaseP DNA.
- Note: Positive amplification in the COVID-19 channel indicates a positive result despite the lack of concurrent amplification in the IPC channel. The IPC amplification is dependent on the presence of human genomic DNA (gDNA) in the extraction sample, the amount of which is governed by the type of the patient sample and the extraction procedure used. Samples obtained from culture or sterile/pure sites (e.g. CSF, urine, cell lysates, etc.) may not contain the human RNaseP gene.

Negative patient results cannot be trusted and re-testing by re-amplification should be performed. If the IPC fails again, then samples should be re-extracted and re-amplified. If it fails a third time an investigation should be conducted to identify possible causes for the error. If the cause for the error is clear, the test can either be singled out as **inconclusive** due to either PCR inhibitors being present or not enough nuclear material being present. If the cause for an error is unclear, contact Co-Diagnostics Inc. technical support by calling 801-438-1036 ext. 04 or contact us at www.codiagnostics.com/contact/.

    9.3.3   **No Template Control** showing amplification

- Amplification of COVID-19 in the No Template Control indicates contamination of one or more of the reagents, incorrect placement of plate or tube into the real-time PCR instrument, or pipetting errors.

None of the results can be trusted and re-testing by re-amplification should be performed. If the NTC fails again, then an investigation should be conducted to identify possible causes for error and depending on the investigation results and risks identified in the process, the patient samples may need to be re-extracted. If failure of the NTC, after re-extraction and re-amplification, happens a third time, open a new nuclease-free water and retest. If still failing, please contact Co-Diagnostics Inc. technical support by calling 801-438-1036 ext. 04 or at: www.codiagnostics.com/contact/.

CONFIDENTIAL        CoDI_00019353



Product Information Document
**Logix Smart™ Coronavirus Disease 2019 (COVID-19)**
**(COVID-K-001) Instructions for Use**

## 10   LIMITATIONS

➢ Strict compliance with this document is required for optimal results. Please, always use the most recent version of this document. This can be downloaded for free at codiagnostics.com/resources/instructions-for-use/

➢ The use of this product is to be limited to trained and instructed personnel in real-time PCR techniques and IVD procedures.

➢ Good laboratory practices are essential for the proper performance of this assay. It is also recommended that upon receipt of reagents that a test run be performed to check the performance of the reagents before testing on patient samples.

➢ Appropriate specimen collection, transport, storage, and processing procedures are required for optimal results.

➢ Do not use the **Logix Smart COVID-19** kit components directly on the specimens collected. Perform an appropriate nucleic acid extraction before using this assay.

➢ The presence of PCR inhibitors may cause false negatives or invalid results.

➢ Potential mutations of the target regions of the COVID-19, genome covered by this test kit may fail to detect the presence of the pathogens.

➢ As with any diagnostic test, results of the **Logix Smart COVID-19** kit are to be interpreted with consideration of all clinical and laboratory findings.

## 11   NON-CLINICAL PERFORMANCE EVALUATION

The analytical evaluation of performance was performed with contrived samples produced by spiking in a Genomic RNA of SARS-CoV-2, isolate USA-WA1/2020 (BEI Resources, catalog number NR-52285) or synthetic RNA template of SARS-CoV-2 (IDT, a custom template containing targeted region) in a negative clinical matrix of sputum, bronchoalveolar lavage (BAL), nasopharyngeal fluid, and nasal swab samples acquired from Discovery Life Sciences or donations.

### 11.1 Limit of Detection (LoD) – Analytical Sensitivity

The Limit of Detection (LoD) study has the purpose of identify the lowest detectable concentration of SARS-CoV-2 in a given sample with 95% confidence, which means 95% or greater confidence of finding true positive in all replicates.
The experiment was performed using an in vitro transcribed multi-gene RNA spiked into a clinical matrix (sputum) to create serial dilutions of 10, 8, 5, 3, 0.5 copies per reaction. The samples were extracted using the QIAcube instrument with the QIAamp Viral RNA Mini Kit (Cat# 52904). The extracts were then tested using the Logix Smart COVID-19 test kit protocol described on its Instructions for Use. The detection rate is displayed in Table 11.1.

*Table 11.1 SARS-CoV-2 Multi gene transcribe Detection Rate in sputum*

| Sample Concentration | # of Samples | # of Detected | Detection Rate (%) | Average Cq | SD (Standard Deviation) | CV% (Coefficient of Variance) |
|---|---|---|---|---|---|---|
| 10 copies/reactions | 20 | 19 | 95.00 | 37.10 | 0.30 | 0.8 |
| 8 copies/reactions | 20 | 20 | 100.00 | 37.10 | 0.11 | 0.3 |

**PID-1048-01**

Innovating Revolutionary Molecular Diagnostics

Page **12** of **19**

CONFIDENTIAL

CoDI_00019354

CO-DIAGNOSTICS INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 copies/reactions | 20 | 14 | 70.00 | 37.94 | 0.27 | 0.72 |
| 3 copies/reactions | 20 | 9 | 45.00 | 37.91 | 0.55 | 1.45 |
| 0.5 copies/reactions | 19 | 4 | 21.05 | 37.89 | 0.50 | 1.32 |
| Positive Control (PC) | 3 | 3 | 100.00 | 27.34 | 0.14 | 0.52 |
| Nuclease-Free Water | 9 | 0 | 0 | 0 | 0 | 0 |
| Negative extraction (Blank) | 12 | 0 | 0 | 0 | 0 | 0 |

The Limit of Detection (LoD) was determined by Probit Analysis to 9.35 copies/µL or $9.35 \times 10^3$ copies/mL.

## 11.2 Inclusivity (analytical sensitivity):

11.2.1  In silico inclusivity

An alignment was performed with the oligonucleotide CoPrimer sequences of the COVID-19 CoPrimers with all publicly available nucleic acid sequences for SARS-CoV-2 in GenBank, as well as the GISAID database to demonstrate the predicted inclusivity of the Logix Smart COVID-19 Test.

Co-Diagnostics has been performing consistent reviews of the sequence alignment to monitor the sequence conservation by analyzing phylogenic mutation genomic data pulled by NextStrain from the GISAID database. Sequences were obtained from https://github.com/nextstrain/ncov/blob/master/data/metadata.tsv

The alignment data and posterior updated analyses have shown a 100% identity for both the forward and reverse CoPrimers on the GISAID database. Therefore, there is no prediction of false-negative results based upon the available data.

11.2.2  Wet-test inclusivity

In the randomized contrived sample study run with the Genomic RNA of SARS-CoV-2, isolate USA-WA1/2020 (BEI Resources, catalog number NR-52285) all positive samples were detected showing 100% detection rate for SARS-CoV-2.

## 11.3 Cross-reactivity (Analytical Specificity) by an *in silico* analysis:

*In silico* Analysis and BLASTn analysis queries of the SARS-CoV-2 CoPrimers were performed against public domain nucleotide sequences. The database search parameters were as follows: 1) The nucleotide collection consists of GenBank+EMBL+DDBJ+PDB+RefSeq sequences, but excludes EST, STS, GSS, WGS, TSA, patent sequences as well as phase 0, 1, and 2 HTGS sequences and sequences longer than 100Mb; 2) The database is non-redundant. Identical sequences have been merged into one entry, while preserving the accession, GI, title and taxonomy information for each entry; 3) Database is reviewed consistently to detect potential mutations in the targeted region; 4) The search parameters automatically adjust for short input sequences and the expect threshold is 1000; 5) The match and mismatch scores are 1 and -3, respectively; 6) The penalty to create and extend a gap in alignment is 5 and 2 respectively. 7) BLASTn was run individually for every organism requested by the FDA EUA pre-submission process (in silico) guidelines. Table 11.2 shows the list of the relevant microorganisms analyzed in silico.

CONFIDENTIAL

CoDI_00019355

CO-DIAGNOSTICS INC.

*Table 11.2 Microorganism included in the cross-reactivity in silico assessment*

| Microorganisms | |
|---|---|
| Influenza C | *Neisseria meningitides* |
| Parechovirus | *Pseudomonas aeruginosa* |
| *Candida albicans* | *Staphylococcus epidermidis* |
| *Corynebacterium diphtheriae* | *Streptococcus salivarius* |
| *Legionella non-pneumophila* | Leptospirosis |
| *Bacillus anthracis* (Anthrax) | *Chlamydia psittaci* |
| *Moraxella catarrhalis* | *Coxiella burnetii* (Q-Fever) |
| *Neisseria elongata* | *Staphylococcus aureus* |

No coronaviruses, other than the SARS-CoV-2, or human microflora had any hits with <5 mismatches or >80% total homology that would predict potential false positive RT-PCR results.

CoPrimers have a slightly different cross-reactivity risk profile than traditional primers. Due to the low Tm's of the Priming and Capture sequences, CoPrimers are more susceptible to mismatches. Our internal experiments show that a single mismatch on either forward or reverse causes a noticeable delay in amplification, with more mismatches causing significant suppression of signal. 3+ mismatches on the forward and reverse combined are expected to result in no detectable amplification.

The results suggest that the **Logix Smart COVID-19** does not cross-react to any of the non-target organisms that were tested in the wet test or *in silico* analysis. The negative samples did not show any amplification, therefore, no false positives occurred due to cross-reactivity. Positive samples in the presence of non-target organism genetic material in most cases did not reduce the ability of the **Logix Smart COVID-19** test to produce positive results.

### 11.4 Cross-reactivity (Analytical Specificity) by a Wet-test:

The Logix Smart COVID-19 test kit was tested against multiple non-target relevant organisms in a wet test. The non-target organisms that were used are listed in Table 11.3. The test was performed by spiking negative matrices (serum, bronchoalveolar lavage (BAL), and nasopharyngeal fluid) with non-target organisms, or the non-target organism's extracted genome.

*Table 11.3 Microorganisms reference material used verification and validation testing*

| Microorganism | Supplier | Catalog Number | Strain |
|---|---|---|---|
| Coronavirus RNA | Vircell | MBC090-R | HCoV-229E (ATCC VR-740) |
| Coronavirus OC43 RNA | Vircell | MBC135-R | HCoV-OC43 |
| MERS Coronavirus RNA | Vircell | MBC132-R | MERS-CoV (England-1) |

CONFIDENTIAL

CoDI_00019356

CO-DIAGNOSTICS INC.

| | | | |
|---|---|---|---|
| Total Respiratory Viral Panel Control (Swab) | Vircell | MBT020 | Adenovirus 4, Coronavirus, Influenza A H3N2, Influenza B, Novel influenza A H1N1, Parainfluenza 1, Parainfluenza 2, Parainfluenza 3, Respiratory syncytial virus (subtype A), and Respiratory syncytial virus (subtype B). |
| Haemophilus influenzae DNA | Vircell | MBC020-R | Haemophilus influenza B (strain ATCC 33533 BexA), and *Haemophilus ducreyi* (strain CIP542) |
| Enterovirus 68 RNA | Vircell | MBC056 | F02-3607 (Corn strain) |
| Rhinovirus RNA | Vircell | MBC091-R | 1059 |
| Mycobacterium tuberculosis DNA | Vircell | MBC034 | H37Rv |
| *Bordetella pertussis* DNA | Vircell | MBC008-R | Strain F |
| *Mycoplasma pneumoniae* DNA | Vircell | MBC035-R | Strain FH of Eaton Agent |
| *Chlamydophila pneumoniae* | ATCC | VR-2282 | Twar strain TW-183 |
| *Legionella pneumophila* subsp. pneumophila | ATCC | 33152DQ | ATCC 33512DQ |
| Middle East respiratory syndrome coronavirus (MERS-CoV) RNA | ATCC | VR-3248SD | ATCC VR-3248SD |
| Human coronavirus HKU1 RNA | ATCC | VR-3262SD | HKU1 (VR-3262SD) |
| Human coronavirus (HCoV) | BEI Resources | NR-44105 | NL63 |
| Human metapneumovirus (hMPV) Nasal swab culture positive | Discovery Life Sciences | Not available | |

The materials that were already extracted were spiked into negative serum extract. The materials that needed to be extracted were spiked in before the extraction. Table 11.2 lists the non-target organisms used in cross-reactivity testing. Non-target organisms were spiked in at a final concentration of 1e4 copies/reaction and run in triplicate.

Additionally, to verify that the presence of non-target genomic DNA doesn't affect the ability of Logix Smart COVID-19 to detect SARS-CoV-2, non-target organisms were spiked in at a final concentration of 1e4 copies/reaction in conjunction of the SARS-CoV-2 template, which was spiked at a concentration that would result in a 99% detection rate, and run in triplicate. The concentration of 1e4 copies/reaction was chosen as a result of the limited amount of materials supplied in the reference material.

CONFIDENTIAL    CoDI_00019357

CO-DIAGNOSTICS INC.

*Table 11.4 Wet-test for cross-reactivity in negative matrix and negative matrix spiked with SARS-CoV-2 RNA template in the presence of other organisms*

| Non-target Organism  Vircell | Final Concentration of the Non-target organism | Non-target Organism in the Negative Matrices Below  Serum, Sputum, Nasopharyngeal Fluid, and Bronchoalveolar Lavage | Non-target Organism + SARS-CoV-2 Template  Serum, Sputum, Nasopharyngeal Fluid, and Bronchoalveolar Lavage |
|---|---|---|---|
| Amplirun Coronavirus RNA | 1e4 copies/ reaction | Negative | Positive |
| Amplirun Coronavirus OC43 RNA | 1e4 copies/ reaction | Negative | Positive |
| Amplirun MERS Coronavirus RNA | 1e4 copies/ reaction | Negative | Positive |
| Amplirun Total Respiratory Viral Panel | 1e4 copies/ reaction | Negative | Positive |
| Amplirun Enterovirus DNA | 1e4 copies/ reaction | Negative | Positive |
| Amplirun Rhinovirus RNA | 1e4 copies/ reaction | Negative | Positive |
| Amplirun *Haemophilus Influenzae* DNA | 1e4 copies/ reaction | Negative | Positive |
| Amplirun *Mycobacterium tuberculosis* DNA | 1e4 copies/ reaction | Negative | Positive |
| Amplirun *Bordetella pertussis* DNA | 1e4 copies/ reaction | Negative | Positive |
| Amplirun *Mycoplasma pneumoniae* DNA | 1e4 copies/ reaction | Negative | Positive |
| **ATCC** | | | |
| *Chlamydophila pneumoniae* | 1e4 copies/ reaction | Negative | Positive |
| MERS coronavirus | 1e4 copies/ reaction | Negative | Positive |
| Human coronavirus HKU1 | 1e4 copies/ reaction | Negative | Positive |
| *Legionella pneumophila* | 1e4 copies/ reaction | Negative | Positive |
| **BEI Resources** | | | |
| Human coronavirus NL63 | 1e4 copies/ reaction | Negative | Positive |
| **IDT** | | | |
| Positive SARS-CoV-2 RNA Sample | 1e4 copies/ reaction | Negative | Positive |

### 11.5 Microbial Interference

Wet testing has been performed with relevant microorganisms when the RNA or inactivated microorganism is commercially available. No microorganism in the *in silico* analysis has revealed ≥ 80% homology between the cross-reactivity microorganisms and the CoPrimers.

CONFIDENTIAL

CoDI_00019358

CO-DIAGNOSTICS INC.

## 12  CLINICAL EVIDENCE

The clinical evidence has been performed by producing 180 randomized contrived samples spiked with the Genomic RNA of SARS-CoV-2, isolate USA-WA1/2020 (BEI Resources, catalog number NR-52285) in dilutions of 60, 100, 500, and 1,000 genomic copies per extraction. The randomized contrived samples were extracted using the QIAamp Viral RNA Mini Kit (Qiagen, catalog number 52904) and tested with **Logix Smart Coronavirus Disease 2019 (COVID-19)**. The detection rate for Logix Smart COVID-19 is shown in Table 12.1. Results also showed consistency of positive control results. Sensitivity and specificity are disclosed in Table 12.2.

*Table 12.1 Randomized Contrived Sample Detection Rate*

| Sample Concentration | # of Samples | # of Detected | % of Positive Results (Confidence Interval) | Mean Cq | SD (Standard Deviation) | CV% (Coefficient of Variance) |
|---|---|---|---|---|---|---|
| 60 (genomic copies/extraction) (≈ 1x LoD) | 9 | 9 | 100 (CI 86.7 – 100) | 33.21 | 0.57 | 1.7 |
| 100 (genomic copies/extraction) (≈ 2x LoD) | 51 | 51 | 100 (CI 86.7 – 100) | 34.11 | 0.77 | 2.3 |
| 500 (genomic copies/extraction) (≈ 9x LoD) | 15 | 15 | 100 (CI 86.7 – 100) | 31.63 | 0.34 | 1.1 |
| 1,000 (genomic copies/extraction) (≈ 14x LoD) | 15 | 15 | 100 (CI 86.7 – 100) | 30.59 | 0.38 | 1.2 |
| Negative Randomized Contrived Sample | 90 | 0 | 0 (Not Applicable) | Not Applicable | 0 | 0 |

*Table 12.2 Detection Rate for Logix Smart COVID-19*

| Diagnostic Accuracy | Results for Logix Smart COVID-19 |
|---|---|
| Number of True Negatives (TN) | 90 |
| Number of False Positives (FP) | 0 |
| Number of True Positives (TP) | 90 |
| Number of False Negatives (FN) | 0 |
| Sensitivity | 100% |
| Specificity | 100% |
| Positive Predictive Value (PPV) | 100 |
| Negative Predictive Value (NPV) | 100 |
| Mathews Correlation Coefficient (MCC) | 1.00 |

INNOVATING REVOLUTIONARY MOLECULAR DIAGNOSTICS

2401 S. Foothill Dr. Suite D. Salt Lake City, UT 84109 | 801.438.1036 | www.codiagnostics.com

CONFIDENTIAL

CoDI_00019359

 CO-DIAGNOSTICS INC.

Product Information Document
**Logix Smart™ Coronavirus Disease 2019 (COVID-19) (COVID-K-001) Instructions for Use**

## 13 MANUFACTURER AND AUTHORIZED REPRESENTATIVE

**Manufacturer:**
Co-Diagnostics, Inc
2401 S Foothill Dr. Ste D
Salt Lake City, UT 84109
Phone: +1 (801) 438-1036
Email: info@codiagnostics.com
Website: www.codiagnostics.com



**Authorized Representative:**
mdi Europa GmbH
Langenhagener Str. 71
D-30855 Hannover-Langenhagen
Germany
Phone: +49 511 39 08 95 30
Email: info@mdi-europa.com
Website: www.mdi-europa.com

 EC | REP

$C\,\epsilon$

℞ only



## 14 REFERENCES

Biosearch Technologies. (n.d.). *sbeadex blood kits > Product Information > sbeadex blood kit manual.* Retrieved Mar 8, 2020, from Biosearch Technologies: https://biosearch-cdn.azureedge.net/assetsv6/sbeadex-blood-kit-manual.pdf

CDC. (2009). *Biosafety in Microbiological and Biomedical Laboratories (BMBL) 5th Edition.* Retrieved from CDC Laboratories: https://www.cdc.gov/labs/BMBL.html

CDC. (2020, Feb 20). *Coronavirus Disease 2019 (COVID-19) - Information for Laboratories: Real-Time RT-PCR Resources.* Retrieved Mar 8, 2020, from Centers for Disease Control and Prevention: https://www.cdc.gov/coronavirus/2019-ncov/lab/index.html

CDC. (2020, Feb 7). *Coronavirus Disease 2019 (COVID-19): Information for Laboratories.* Retrieved from Centers for Disease Control and Prevention: https://www.cdc.gov/coronavirus/2019-ncov/downloads/processing-sputum-specimens.pdf

CDC. (2020, Feb 16). *Interim Laboratory Biosafety Guidelines for Handling and Processing Specimens Associated with Coronavirus Disease 2019 (COVID-19).* Retrieved September 15, 2018, from World Health Organization: https://www.cdc.gov/coronavirus/2019-ncov/lab/lab-biosafety-guidelines.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fcoronavirus%2F2019-ncov%2Flab-biosafety-guidelines.html

Centers for Disease Control and Prevention. (2017, Oct 27). *CDC Laboratory Training: Good Laboratory Practices for Molecular Genetics Testing.* Retrieved Mar 5, 2019, from CDC: https://www.cdc.gov/labtraining/training-courses/good-lab-practices-molecular-genetics-testing.html

Poritz, M., & Ririe, K. (2014, Mar). Getting things backwards to prevent primer dimers. *Journal of Molecular Diagnosis*, 159-62. doi:10.1016/j.jmoldx.2014.01.001

Satterfield, B. (2014, Mar). Cooperative primers: 2.5 million-fold improvement in the reduction of nonspecific amplification. *Journal of Molecular Diagnosis*, 163-73. doi:10.1016/j.jmoldx.2013.10.004

Viana, R. V., & Wallis, C. L. (2011). Good Clinical Laboratory Practices (GLCP) for Molecular Based Tests Used in Diagnostic Laboratories. In D. I. Akyar, *Wide Spectra of Quality Control* (pp. 29-52). InTech. Retrieved from http://www.intechopen.com/books/wide-spectra-of-quality-control/goodclinical-laboratory-practice-gclp-for-molecular-based-tests-used-in-diagnostic-laboratories

WHO. (2004). *Laboratory Biosafety Manual.* Retrieved from Emergencies preparedness, response: https://www.who.int/csr/resources/publications/biosafety/WHO_CDS_CSR_LYO_2004_11/en/

CONFIDENTIAL

CoDI_00019360



## 15   LEGEND OF PACKAGE SYMBOLS

| Symbol | Meaning | Symbol | Meaning |
|---|---|---|---|
| **IVD** | *In vitro* diagnostic medical device | | Protect from light |
| **REF** | Catalog number | | Temperature limit |
| **LOT** | Batch Code | | Consult Instructions for Use |
| **CAP** | Cap color | NON STERILE | Non-Sterile product – Do not sterilize |
| **COMP** | Component | | Manufacturer |
| **CONT** | Content/Volume | EC \| REP | Authorized Representative in the European Community |
| **NUM** | Number | CE | CE-Marking for IVD in compliance to EU Directive 98/79/EC |
| | Use-by-date | **℞ only** | For prescription use only |
| 100 | Contains sufficient for 100 tests/reactions | | |

CONFIDENTIAL                                                   CoDI_00019361



# LOGIX SMART CORONAVIRUS DISEASE 2019 (COVID-19)

## Packaging Information

COVID-K-001

Co-Diagnostics, Inc.
www.codiagnostics.com

CONFIDENTIAL

CoDI_00019362

LOGIX SMART™ Coronavirus Disease 2019 (COVID-19) (COVID-K-001)



## TABLE OF CONTENTS

1    About the Company ........................................................................................... 3

1.1    Manufacturer.................................................................................................. 3

1.2    European Representative ............................................................................... 3

2    About the Product Logix Smart™ Coronavirus Disease 2019 (COVID-19)......................... 3

2.1    Device Description........................................................................................ 3

2.2    Components ................................................................................................. 4

3    Labeling .......................................................................................................... 4

3.1    Primary packaging ........................................................................................ 4

3.2    Secondary Packaging .................................................................................... 6

3.3    Tertiary Packaging ........................................................................................ 7

4    References ......................................................................................................10

CONFIDENTIAL           CoDI_00019363

LOGIX SMART™ Coronavirus Disease 2019 (COVID-19) (COVID-K-001)

 CO-DIAGNOSTICS INC.

## 1    ABOUT THE COMPANY

Co-Diagnostics, Inc. ("Co-Diagnostics", "CoDx,"), is a corporation headquartered in Salt Lake City, Utah. It is a molecular diagnostics company that develops, manufactures, and markets a patented, state-of-the-art diagnostics technology called CoPrimers™. The CoPrimer™ technology uses unique mathematical models instead of relying on costly laboratory infrastructure for development of the primers and probes used in its products.

### 1.1    MANUFACTURER

**Co-Diagnostics, Inc.**

2401 S Foothill Dr. Suite D

Salt Lake City, UT 84109

USA

Phone: +1 (801) 438-1036

Email: info@codiagnostics.com

Website: www.codiagnostics.com

### 1.2    EUROPEAN REPRESENTATIVE

**mdi Europa GmbH**

Langenhagener Str. 71

D-30855 Hannover – Langenhagen

Germany

Phone: +49 511 39 08 95 30

Email" info@mdi-europa.com

Website: www.mdi-europa.com

| EC | REP |

## 2    ABOUT THE PRODUCT LOGIX SMART™ CORONAVIRUS DISEASE 2019 (COVID-19)

### 2.1    DEVICE DESCRIPTION

The **Logix Smart Coronavirus Disease 2019 (COVID-19)** kit is an *in vitro* diagnostic test, based on real-time PCR (qPCR) technology, for the qualitative detection of the ribonucleic acid (RNA) from SARS-CoV-2 (COVID-19) in lower respiratory specimen (e.g. bronchoalveolar lavage, sputum, tracheal aspirate), upper respiratory tract (e.g. nasopharyngeal fluids, nasal swab), and serum from patients who meet the clinical criteria (e.g. signs and symptoms) for Coronavirus disease 2019 (COVID-19) as established by the WHO (WHO, 2020) and the US CDC (CDC, 2020) (e.g. fever, cough, shortness of breath, travel history to endemic areas).

CONFIDENTIAL    CoDI_00019364

LOGIX SMART™ Coronavirus Disease 2019 (COVID-19) (COVID-K-001)

**CO-DIAGNOSTICS INC.**

## 2.2 COMPONENTS

*Table 2.1 Components of Logix Smart Coronavirus Disease 2019 (COVID-19)*

| Product Code | Name | Description | Number of units per tube |
|---|---|---|---|
| **COVID-MM-001** | Logix Smart™ COVID-19 Master Mix | Ready-to-use mixture that includes a proprietary blend of buffers, Hot Start Taq polymerase, and labeled and unlabeled CoPrimers™. | 100 reactions (500 µL) or 250 reactions (1250 µL) or 5,000 reactions (25,000 µL) |
| **COVID-PC-001** | Logix Smart™ COVID-19 Positive Control | Mixture of synthetic SARS-CoV-2 RNA templates, and a DNA RNaseP template. | 100 reactions (500 µL) or 250 reactions (1250 µL) or 5,000 reactions (25,000 µL) |
| **GEN-NF-001** | Nuclease Free Water | Nuclease Free Water. Water Free of RNase (ribonuclease) or DNase (deoxyribonuclease) activity. | 100 reactions (500 µL) or 250 reactions (1250 µL) or 5,000 reactions (25,000 µL) |

## 3 LABELING

## 3.1 PRIMARY PACKAGING OF KITS OF 100 AND 250 REACTIONS

The following components are pieces of the primary packaging and appropriate labeling associated with the primary packaging of the Logix Smart™ Coronavirus disease 2019 (COVID-19) kit (COVID-K-001).

### 3.1.1 Components



*Figure 3.1 USA Scientific Amber or Black 2mL Self Standing Master Mix used on 100 and 250 reactions kits*



*Figure 3.2 USA Scientific 2mL Clear with Red Cap Self Standing Positive Control Tube used on 100 and 250 reactions kits*



*Figure 3.3 USA Scientific Clear with Clear Cap Self Standing Nuclease Free Water Tube used on 100 and 250 reactions kits*

2401 S. Foothill Dr. Suite D. Salt Lake City, UT 84109 | 801.438.1036 | www.codiagnostics.com

65

CONFIDENTIAL    CoDI_00019365





*Figure 3.4 Labelled tubes for the Logix Smart Coronavirus Disease 2019 (COVID-19). 3 tubes of 2.0mL each containing from 500µL (100 reactions) to 1250 µL (250 reactions) for Master Mix (COVID-MM-001), Positive Control (COVID-PC-001) and Nuclease Free Water (GEN-NF-001)*

Self-standing microcentrifuge tubes with screw cap lids are RNase, DNase, DNA, and pyrogen free. The tubes can withstand up to 20,000 x g centrifugation, vapor-phase liquid nitrogen storage, boiling, and autoclaving. Each lid has an O-ring. The black or amber tube is used for the master mix due to the light sensitivity of the mixture. The red cap is used to help identify the positive control mix at a glance.

### 3.1.2    Labeling of Primary Packaging



*Figure 3.5 Labeling of Master Mix Tube, placed horizontally around 2mL Amber or Black Tube. The label discriminates the total number of reactions, being 100 reactions with total volume of 500µL or 250 reactions with a total volume of 1250µL.*



*Figure 3.6 Labeling of Positive Control Tube, placed horizontally around 2mL Clear Tube with Red Cap. The label discriminates the total number of reactions, being 100 reactions with total volume of 500µL or 250 reactions with a total volume of 1250µL.*



*Figure 3.6 Labeling of Positive Control Tube, placed horizontally around 2mL Clear Tube with Red Cap. The label discriminates the total number of reactions, being 100 reactions with total volume of 500µL or 250 reactions with a total volume of 1250µL.*

CONFIDENTIAL                                                                                              CoDI_00019366



The tubes have affixed labels that are resistant to water, cold, and heat. Permanent printing is utilized for each label.

## 3.2    SECONDARY PACKAGING OF KITS OF 100 AND 250 REACTIONS

The following component is the secondary packaging of the Logix Smart COVID-19 (COVID-K-001):

### 3.2.1    Components



*Figure 3.7 Utah Paper Box small, 5x4x1.5cm dimensions vial box, contains 3, 2mL self-standing tubes. The label discriminates the total number of reactions, being 100 reactions with total volume of 500µL or 250 reactions with a total volume of 1250µL.*

The small box is made of pharmaceutical grade solid bleach sulfate (0.016) cardboard stock. The box is closed, and a Co-Diagnostics' logo sticker placed across the top

### 3.2.2    Labeling of Secondary Packaging





*Figure 3.8 Front label for the front of the secondary packaging box, containing appropriate symbols. The label discriminates the total number of reactions, being 100 reactions with total volume of 500µL or 250 reactions with a total volume of 1250µL.*

*Figure 3.9 Back label indicates manufacturer name and contact information, as well as Authorized Representative in Europe name and contact information with essential symbols*

CONFIDENTIAL

CoDI_00019367



**CO-DIAGNOSTICS INC.**

Name and contact information of manufacturer with product information and relevant symbols for handling and expiration date.

The secondary packaging can be sold separately by distributors.

## 3.3 TERTIARY PACKAGING OF KITS OF 100 AND 250 REACTIONS

This box is used for better accommodation of product during distribution. Distributors will receive the 100 reactions and 250 reactions kits inside a tertiary box. Then distributors will sell the kits inside the secondary box to laboratories.

All boxes are made of pharmaceutical grade solid bleach sulfate (0.016) cardboard stock. The box is closed, and a Co-Diagnostics logo sticker is placed across the top.

### 3.3.1 Components



*Figure 3.10 Utah Paper Box large, 5x6.5x4.24cm dimensions packaging box, contains 4 small boxes each containing 3 tubes*

The large box is made of pharmaceutical grade solid bleach sulfate (0.016) cardboard stock. The box is closed, and a Co-Diagnostics' logo sticker is placed across the top.

### 3.3.2 Labeling of Tertiary Packaging

| Logix Smart COVID-19 Test Kit | | |
|---|---|---|
| COMP | NUM x CONT | |
| Master Mix | 4 x 1250 µl | IVD |
| Positive Control | 4 x 1250 µl | CE |
| Nuclease-Free Water | 4 x 1250 µl | |
| | | Σ 250 |
| YYYY-MM-DD   REF  COVID-K-001   LOT  YYMMDD-K-XXX | | |

*Figure 3.11 Contents Label placed on the front of the large packaging box. Indicates cap color, number of tubes, and volume of tubes contained within. Also indicates kit expiration, kit reference ID number, and lot number. The label discriminates the total number of reactions, being 100 reactions with total volume of 500µL or 250 reactions with a total volume of 1250µL.*

CONFIDENTIAL

CoDI_00019368



CO-DIAGNOSTICS INC.

Tertiary packaging has two labels, one in the front and the second in the back. These labels contain product name, description, handling information and symbols. Name and full contact information for the manufacturer and European Representative.

## 3.4    PRIMARY PACKAGING OF KITS OF 5,000 REACTIONS

The following components are pieces of the primary packaging and appropriate labeling associated with the primary packaging of the Logix Smart™ Coronavirus disease 2019 (COVID-19) kit (COVID-K-001).

### 3.4.1    Components

   

*Figure 3.12 Nalgene Wide-Mouth Lab Quality Amber HDPE Bottles 30 mL for kits of 5,000 reactions Catalog Number 2106-0001*    *Figure 3.13 Nalgene Wide-Mouth Lab Quality HDPE Bottles 30 mL for kits of 5,000 reactions Catalog number 2104-0001*

Figure 3.13 refers to the Thermo Scientific™ Nalgene Wide-Mouth Lab Quality Amber HDPE Bottles are made to reduce UV light transmissions to protect the light-sensitive Logix Smart COVID-19 Master Mix and the clear bottles are for the nuclease-free water and positive control. It is designed for storage, shipping and packaging. It also provides excellent chemical resistance to most acids, bases and alcohols with high density polyethylene and easy to fill wide mouth. It is Guaranteed Leakproof in accordance to Thermo Fisher standards (ThermoFisher, 2020).

Figure 3.14 refers to the Thermo Scientific™ lab-quality wide-mouth HDPE bottles are ideal for countless field applications. Exhibits excellent chemical resistance to most acids, bases and alcohols and is suitable for freezer use to −100°C; leakproof† performance is guaranteed in accordance to Thermo Fisher standards. Made only from high quality, laboratory-grade plastic materials for dependably low leachables and extractables.

### 3.4.2    Labeling of Primary Packaging

The tubes have affixed labels that are resistant to water, cold, and heat. Permanent printing is utilized for each label.

CONFIDENTIAL    CoDI_00019369





*Figure 3.14 Labeling of Master Mix bottle, placed horizontally around the 30mL Amber Nalgene bottle. The label discriminates the total numbers of reactions, being 5,000 reactions with total volume of 25 mL.*



*Figure 3.15 Labeling of Positive Control Bottle, placed horizontally around the 30mL Clear Tube with Red Cap. The label discriminates the total numbers of reactions, being 5,000 reactions with total volume of 25 mL.*



*Figure 3.16 Labeling of Positive Control bottle, placed horizontally around 2mL Clear Tube with Red Cap. The label discriminates the total number of reactions, being 5,000 reactions with total volume of 25 mL.*

## 3.5    SECONDARY PACKAGING OF KITS OF 5,000 REACTIONS

The following component is the secondary packaging of the Logix Smart COVID-19 (COVID-K-001):

### 3.5.1    Components

There are no pictures available at this moment with the 30 mL Nalgene bottles with the labels inside the secondary packaging carton as these materials have been ordered but not yet available in site.

The same way of the small box on section 3.2, this box will be made of pharmaceutical grade solid bleach sulfate (0.016) cardboard stock. The box is closed, and a Co-Diagnostics' logo sticker placed across the top

### 3.5.2    Labeling of Secondary Packaging

CONFIDENTIAL

CoDI_00019370



**CO-DIAGNOSTICS INC.**

*Figure 3.17 Front label for the front of the secondary packaging box, containing appropriate symbols. The label discriminates the total number of reactions, being 5,000 reactions with total volume of 25mL.*

*Figure 3.18 Back label indicates manufacturer name and contact information, as well as Authorized Representative in Europe name and contact information with essential symbols*

Name and contact information of manufacturer with product information and relevant symbols for handling and expiration date.

The 5,000 reactions kit are sold in the secondary packaging with no need of extra packages as the smaller size kits.

# 4   REFERENCES

CDC. (2020, Feb 13). *Coronavirus Disease 2019 (COVID-19): Evaluating and Reporting Persons Under Investigation (PUI)*. Retrieved Feb 19, 2020, from Centers for Disease Prevention and Control: https://www.cdc.gov/coronavirus/2019-nCoV/hcp/clinical-criteria.html

ThermoFisher. (2020). *Nalgene™ Wide-Mouth Lab Quality Amber HDPE Bottles*. Retrieved Mar 20, 2020, from Thermo Fisher Scientific: https://www.thermofisher.com/order/catalog/product/2106-0032#/2106-0032

WHO. (2020). *Coronavirus disease (COVID-19) technical guidance: Surveillance and case definitions*. Retrieved Feb 19, 2020, from World Health organization: https://www.who.int/emergencies/diseases/novel-coronavirus-2019/technical-guidance/surveillance-and-case-definitions

| Document Revision History | | |
|---|---|---|
| **Revision Number** | **Month & Year of Revision** | **Changes** |
| 00 | March 2020 | New Document |

2401 S. Foothill Dr. Suite D. Salt Lake City, UT 84109 | 801.438.1036 | www.codiagnostics.com

71

CONFIDENTIAL                                    CoDI_00019371