# Exhibit 15

Message

---

**From:** Cecilia Hutchins [c.hutchins@codiagnostics.com]
**Sent:** 4/3/2020 3:00:56 AM
**To:** Chad Apuli [c.apuli@codiagnostics.com]; Briggs, Joseph [Joseph.Briggs@fda.hhs.gov]
**Subject:** Re: LoD
**Attachments:** Instructions for Use Logix Smart COVID-19-FDA comments_CH-FDA 04-02-20CH.docx; Memo-20200402_UpdatedEUA_LoD_and_Clinical_Evidence.docx

Hi Joe,

I have here attached the same version I submitted this morning but now with the updates with the new LoD data and amendments for better clarification of the sample concentration in the clinical evidence. I marked the changes from the version sent this morning with the LoD and clinical evidence with turquoise highlight. Even though it has been painful we are happy we had the opportunity to review the LoD.
The memo is also attached here to be included in the submission package.

Let me know if you need any more information.

Thanks a lot,

**Cecilia Hutchins | Head of Clinical and Regulatory Affairs**

*Tailor-Made Life Saving Solutions*
2401 S. Foothill Dr., Suite D
Salt Lake City, Utah 84109
www.codiagnostics.com
c.hutchins@codiagnostics.com

---

**From:** Chad Apuli <c.apuli@codiagnostics.com>
**Sent:** Thursday, April 2, 2020 11:07 AM
**To:** Briggs, Joseph <Joseph.Briggs@fda.hhs.gov>
**Cc:** Cecilia Hutchins <c.hutchins@codiagnostics.com>
**Subject:** Re: LoD

Hi Joe,

Thank you for the call. Okay, yeah we're working towards that, and will hopefully have it to you later today.

Thanks,
Chad

---

**From:** Briggs, Joseph <Joseph.Briggs@fda.hhs.gov>
**Sent:** Thursday, April 2, 2020 10:35 AM
**To:** Chad Apuli <c.apuli@codiagnostics.com>
**Cc:** Cecilia Hutchins <c.hutchins@codiagnostics.com>
**Subject:** LoD

1

CONFIDENTIAL

Hi Chad,

Thanks again for the call this morning. I just wanted send the EUA template language for LoD since I saw that you had previously done probit analysis and maybe the language below will be less burdensome:

### 1) *Limit of Detection (LoD) - Analytical Sensitivity:*

*You should determine the LoD of the device utilizing the entire test system from sample preparation to detection.  It is acceptable to spike RNA or inactivated virus into artificial or real clinical matrix (e.g., BAL fluid, sputum, etc.) for LoD determination. It is recommended that laboratories should test a 2-3 fold dilution series of three replicates per concentration, and then confirm the final concentration with 20 replicates. FDA defines LoD as the lowest concentration at which 19/20 replicates are positive.*

Because we understand the spike in material is limited, we can accept a single clinical matrix consistent with one in your intended use.

Thanks,

Joe

2

CONFIDENTIAL

CoDI_00087378