# Exhibit 17



| | Title: VERIFICATION Report |
| --- | --- |
| | Document No: REP-8207 |
| | Revision No: -00 |

Document Control Procedures are Done in QT9 QMS

**Report for Analytical Performance of Logix Smart™ Coronavirus Disease 2019 (COVID-19) Test for CE Marking (PVER-COVID-001-01)**

CONFIDENTIAL

CO-DIAGNOSTICS INC.

## 1. Pre-verification testing

Pre-Verification testing was conducted from 31-JAN-2020 through 12-FEB-2020. During this process, the following performance characteristics were elucidated from testing: verification of the LOD in other matrices, cross reactivity, thermocycler compatibility, and precision from the DI-DO Matrix.

## 2. Referenced Procedures

Protocol for Analytical Performance of the Logix Smart™ COVID-2019 (Coronavirus Disease 2019) (PVER-NCOV-K-001) Test.

## 3. Kit Composition

Table 1 shows the components for the COVID-19 test. The kit will contain 3 tubes, one tube for each of the listed components.

*Table 1: Components of the COVID-19 Test Kit*

| Product Code | Name | Description | Function |
|---|---|---|---|
| COVID-MM-001 | Logix Smart Coronavirus Disease 2019 (COVID-19) Master Mix | A ready-to-use mixture that includes a proprietary blend of buffers, Hot-Start Taq polymerase, and labeled and unlabeled CoPrimers | The Master Mix uses a selected set of cooperative primers, one fluorescently labeled and one unlabeled, to detect nucleotide segments specific to markers present on the 2019 Novel Coronavirus. Additionally, one set acts as an internal control, which uses the RNaseP gene found in human cells, to ensure the stability of the master mix and the quality of the nucleic acids extracted from the sample. |
| COVID-PC-001 | Logix Smart Coronavirus Disease 2019 (COVID-19) Positive Control | Synthetic nCoV.15428 RNA and RNaseP DNA Templates | Positive Control used in each run with MM to ensure the stability of the master mix components. The Positive Control mixture contains synthetic RNA templates of the nCoV.15428 and a DNA template of the RNaseP. |
| GEN-NF-001 | Nuclease free water | Water free of RNase (Ribonuclease) or DNase (Deoxyribonuclease) activity | Nuclease free water to be used as a No Template Control (NTC). |

CONFIDENTIAL

CoDI_00239323


CO-DIAGNOSTICS INC.

### 3.1 Master Mix Composition

Table 2 shows the components for the COVID-19 Master Mix.

*Table 2: Components of the COVID-19 Master Mix*

| Master Mix 1 Components: | Volume (µL/rxn) | [Initial] | [Final] |
|---|---|---|---|
| 2X Promega MME | 5 | 2X | 1X |
| nCoV.15428.F3 | 0.03 | 50µM | 0.15 µM |
| nCov.15428.R3 | 0.03 | 50µM | 0.15 µM |
| RNaseP.loc1.F27.CF610 | 0.03 | 50µM | 0.15 µM |
| RNaseP.loc1.L12.R35.2x18 | 0.03 | 50µM | 0.15 µM |
| RT Dilution 320 U/uL | 0.1 | 320 U/µL | 3.20 U/rxn |

### 3.2 Positive Control Composition

Table 3 shows the components for the COVID-19 Positive Control.

*Table 3: Components of the COVID-19 Positive Control*

| Positive Control  Components: | [Initial] | [Final] |
|---|---|---|
| 10% TE Buffer | N/A | N/A |
| nCoV.15428.RNA Template | 1e6 Copies/µL | 1e4 Copies/µL |
| RNaseP.140610 Template | 1e6 Copies/µL | 1e4 Copies/µL |

### 3.3 Nuclease Free Water composition

The nuclease-free water will be aliquoted, sourced from Promega, without modification. The nuclease-free water will be added to the No Template Control (NTC) well, which will contain 5 µL of master mix and 5 µL of the nuclease-free water.

### 4.    Testing Conditions
### 4.1 Thermocycler Conditions

Table 4 shows the thermocycling conditions, in addition to the fluorophores and the associated channels on the CoDx Box. For other devices, the cycling conditions and/or channels may need to be adjusted in order to obtain maximum performance for the test.

CO-DIAGNOSTICS, INC – LOGIX SMART™ COVID-19 TEST

CONFIDENTIAL

CoDI_00239324



*Table 4: Thermocycling Conditions for the COVID-19 test*

| Thermal Cycling Conditions: | | | Target | Fluorophore (Channel) |
|---|---|---|---|---|
| Temp (°C) | Time | Cycles | | |
| 45 | 15 minutes | | nCoV.15428 | FAM (Green) |
| 95 | 2 minutes | | | |
| 95 | 3 seconds | 50 | Human Internal Positive Control (RNaseP) | CF610 (Orange) |
| 55 | 32 seconds | | | |

Most of the pre-verification testing was performed on the CoDx Box™ Thermal Cycler (BioMolecular Systems). Additionally, a comparison test was performed using the ECO 48, to demonstrate compatibility with another thermocycler.

Details regarding the performance of the thermocyclers can be found in **Thermocycler Compatibility**.

### 4.2 Kits for RNA Extraction

The following nucleic acid extraction kit was used preliminarily in testing during the pre-verification testing for the COVID-19 test: QIAamp Viral RNA Mini Kit (Qiagen). Qiagen extractions were performed using the QIAcube. Other extraction kits used in the Verification to ensure compatibility are: MagMax Viral/Pathogen Kit (ThermoFisher), and Sbeadex Blood Kit (LGC).

### 4.3 Specimen Types

The specimens that were used during the pre-verification testing was negative serum spiked with a synthetic template. Additional specimen types were test during the verification including negative bronchoalveolar lavage (BAL), negative sputum, and negative nasopharyngeal fluid. All specimen types were extracted and then spiked with a synthetic template.

### 5. Verification testing
#### 5.1 Verification of the LoD (Matrix equivalency)

#### 5.1.1 Description of Test

The verification of the limit of detection (LoD) was performed using the IDT sourced synthetic nCoV.15428 RNA template spiked into negative serum, sputum, bronchoalveolar lavage (BAL), and nasopharyngeal fluid, all tested on the Logix Smart COVID-19 test. The limit of detection was established during the pre-verification of the test using negative serum. Verification of the LOD was performed in other matrices, sputum, bronchoalveolar lavage (BAL), and nasopharyngeal fluid, which can be found in Table 5. Table 6 shows the concentrations of the dilutions used for testing in the pre-verification. All negative matrix was extracted using the QIAamp Viral RNA Mini Kit.

CO-DIAGNOSTICS, INC – LOGIX SMART™ COVID-19 TEST

CONFIDENTIAL

CoDI_00239325

 CO-DIAGNOSTICS INC.

*Table 5: List of additional matrices and their source for matrices comparison in LOD and Cross Reactivity*

| Sample | Ref. No | Vendor |
|---|---|---|
| Bronchoalveolar lavage (BAL) | BAL0000DN900048602050514DD | Discovery Life Sciences |
| Bronchoalveolar lavage (BAL) | BAL0000DN900056008050714DD | Discovery Life Sciences |
| Bronchoalveolar lavage (BAL) | BAL0000DN900056002052814DD | Discovery Life Sciences |
| Nasopharyngeal Fluid | NSF0000AI900101178022619DD | Discovery Life Sciences |
| Nasopharyngeal Fluid | NSF0000AI900101177022619DD | Discovery Life Sciences |
| Nasopharyngeal Fluid | NSF0000AI900022331041019DD | Discovery Life Sciences |
| Nasopharyngeal Fluid | NSF0000AI900047177032519DD | Discovery Life Sciences |
| Nasopharyngeal Fluid | NSF0000AI900093892042719DD | Discovery Life Sciences |
| Nasopharyngeal Fluid | NSF0000AI900091657051419DD | Discovery Life Sciences |
| Nasopharyngeal Fluid | NSF0000AI900048833032419DD | Discovery Life Sciences |
| Nasopharyngeal Fluid | NSF0000AI900048832032319DD | Discovery Life Sciences |
| Nasal Swab Culture Positive hMPV | SWB0000AI900091670051419DD | Discovery Life Sciences |
| Sputum | BBL1000AI900101203042919DD | Discovery Life Sciences |
| Sputum | BBL1000AI900101049020219DD | Discovery Life Sciences |
| Sputum | BBL1000AI900094044051419DD | Discovery Life Sciences |
| Sputum | BBL1000AI900094041051419DD | Discovery Life Sciences |
| Serum | 10151954 | SeraCare |
| **Donated Samples** | | |
| **Sample** | **Ref. No** | **Vendor** |
| Sputum | 5 | Donated |
| Sputum | 7 | Donated |
| Sputum | 2 | Donated |

CO-DIAGNOSTICS, INC – LOGIX SMART™ COVID-19 TEST

CONFIDENTIAL

CoDI_00239326

CO-DIAGNOSTICS INC.

*Table 6: Dilutions of IDT COVID-19 RNA template used in the Primary LOD Testing in the Pre-Verification*

| COVID-19 (Copies/rxn) |
| --- |
| 10 |
| 7 |
| 5 |
| 3 |
| 1 |

The primary LoD was performed during the pre-verification (RUO) of the COVID-19. The primary LoD testing was performed using a modified minimum experimental design for the probit analysis method, with 2 reagent lots, 3 runs per lot, with a total of 6 runs being completed on one sample strain with 5 dilutions per sample, and 8 replicates per run. Additionally, 1 PC, 1 NTC, and 6 negative extracts will be run. For the verification of the LOD in other matrices, 20 replicates at the LOD, including 1 PC, 1 NTC, and 1 negative extract per matrix were run.

### 5.1.2    Study Identifiers

200131-NCOV.Prelim LOD, 200131-nCOV.LOD.1.KM, 200131-nCOV.LOD.2.MS, 200131-nCOV.LOD.3.KM, 200131-nCOV.LOD.4.MS, 200201-nCOV.LOD.5.KM, 200201-nCOV.LOD.6.MS 200217-nCoV.LOD in BAL and NF Matrices, 200218-NCOV.LOD in Sputum and all matrix controls

### 5.1.3    Acceptance Criteria

- COVID19 LOD: ~1,340 copies/mL (~7 copies/reaction)
- No significant difference (2 cycles) between the Cq's and equivalent detection rates in each matrix in comparison to the primary LOD experiment performed in the pre-verification.

### 5.1.4    Results

The data generated from the LoD runs and the results of the probit analysis will be summarized in this section. The data used was obtained from both the preliminary and primary LoD runs. Table 7 shows a summary of the results for COVID-19.

CO-DIAGNOSTICS, INC – LOGIX SMART™ COVID-19 TEST

CONFIDENTIAL

CoDI_00239327

 CO-DIAGNOSTICS INC.

*Table 7: 2019 Novel Coronavirus (nCoV.15428 RNA template) LoD Results*

| Copies/rxn | # Detected | # Samples | Detection Rate (%) | Ct avg. |
|---|---|---|---|---|
| 50,000 | 7 | 7 | 100 | 26.03 |
| 5,000 | 2 | 2 | 100 | 29.57 |
| 500 | 4 | 4 | 100 | 28.56 |
| 50 | 4 | 4 | 100 | 32.09 |
| 40 | 4 | 4 | 100 | 32.59 |
| 30 | 4 | 4 | 100 | 32.67 |
| 20 | 4 | 4 | 100 | 33.74 |
| 10 | 56 | 56 | 100 | 35.04 |
| 7 | 47 | 48 | 97.92 | 35.25 |
| 5 | 48 | 56 | 85.71 | 36.28 |
| 3 | 35 | 48 | 72.92 | 36.66 |
| 1 | 24 | 56 | 42.86 | 37.80 |
| NTC | 0 | 7 | 0 | - |
| Negative | 0 | 36 | 0 | - |

*Using this data, probit analysis was performed to interpolate the LoD using the collected data. The results of the probit analysis are shown in*
Table 8.

*Table 8: Probit LoD Results*

|  | nCoV |
|---|---|
| Slope | 2.38 |
| Intercept | 4.68 |
| Test Value (95%) | 6.64 |
| Log conc. | 0.83 |
| Copies/rxn | 6.69 |
| Copies/µL | 1.338 |
| Copies/mL | 1,338.08 |

The LoD as determined by the probit analysis was 1,338.08 copies/mL for the 2019 nCoV test using a synthetic nCoV RNA template. This result meets the acceptance criteria of 10,000 copies/mL.

For the verification of the LoD in other matrices, Table 9 shows a summary of the average Cq's of the 20 replicates for COVID-2019 in sputum, bronchoalveolar lavage, and nasopharyngeal fluid.

CO-DIAGNOSTICS, INC – LOGIX SMART™ COVID-19 TEST

CONFIDENTIAL

CoDI_00239328

**CO-DIAGNOSTICS INC.**

*Table 9: Coronavirus Disease 2019 (nCoV.15428 RNA template) LoD Results in sputum, bronchoalveolar lavage, and nasopharyngeal fluid reported in Cq values.*

| Concentration | Serum | Sputum | Bronchoalveolar Lavage | Nasopharyngeal Fluid |
|---|---|---|---|---|
| 8 Copies/Rxn | 35.10 | 36.46 | 36.08 | 35.81 |

All 20 replicates for each sample type amplified (100% detection rate) with no significant difference (2 Cq values) between the different matrices. No difference between any of the matrices was greater than 1.36 cycles.

### 5.2 Thermocycler Compatibility

### 5.2.1 Description of Test:

The testing was performed on the ECO 48 (Cole Parmer) and was performed with 2 operators each performing 2 runs a day for two days with one test reagent lot. The sample dilutions from the LoD testing were used, along with higher concentrations of PC dilutions, allowing for comparisons to be made alongside the data gathered on the CoDx Box.

### 5.2.2 Study Identifiers (Experiment ID's):

200206-nCoV.LOD.Eco.1.KM, 200206-nCoV.LOD.Eco.2.MS, 200217-nCoV.LOD.Eco.3.KM, 200217-nCoV.LOD.Eco.4.MS

### 5.2.3 Acceptance Criteria:

There are no acceptance criteria for this test. Ideally, the performance of the COVID-2019 Test will be equivalent to the performance when run on the CoDx Box. If the performance is much worse, additional runs will be performed to optimize the run conditions for the machine. If the performance does not improve, a recommendation to not use the specific thermocycler will be made.

### 5.2.4 Results:

Four runs were completed on the Eco 48 using the same sample concentrations as detailed in section 5.1 Limit of Detection. The results of the Eco 48 runs are listed in Table 11, while Table 10 compares the results between the Eco and CoDx Box LOD runs. Overall the performance was in good agreement between machines, with mostly equivalent Cq's and detection rates across the dilution series.

CONFIDENTIAL

CoDI_00239329

CO-DIAGNOSTICS INC.

*Table 10: CoDx COVID-19 Test - Eco 48 and CoDx Box Data Comparison*

|  | Average Cq Eco | Average Cq CoDx Box | *▲ Cq CoDx Box vs Eco | *▲ Detection Rate (%) CoDx Box vs Eco |
|---|---|---|---|---|
| PC | 26.42 | 26.11 | 0.31 | 0 |
| 1e3 | 29.95 | 29.57 | 0.38 | 0 |
| 1e2 | 32.13 | 28.56 | 3.57 | 0 |
| 1e1 | 35.40 | 32.09 | 3.19 | 0 |
| 10 | 35.40 | 35.06 | 0.34 | 0 |
| 7 | 36.25 | 35.25 | 1.00 | 1.08 |
| 5 | 36.95 | 36.48 | 0.47 | 6.58 |
| 3 | 37.04 | 36.66 | 0.38 | 4.42 |
| 1 | 37.62 | 37.97 | 0.35 | 11.75 |
| NTC | NA | NA | NA | NA |

*▲ Cq: Cq values in Green mean the average values from the Eco data are greater than the average values from the CoDx Box LOD data. Values in Purple mean the average values from the Eco data are less than the average value from the CoDx Box LOD data.*

*Table 11: Eco Run Results*

|  | CF610 (RNaseP) | | | FAM (nCoV.15428) | | |
|---|---|---|---|---|---|---|
|  | # Detected | # of Samples | Detection Rate (%) | # Detected | # of Samples | Detection Rate (%) |
| PC | 8 | 8 | 100 | 8 | 8 | 100 |
| 1e3 | 8 | 8 | 100 | 8 | 8 | 100 |
| 1e2 | 8 | 8 | 100 | 8 | 8 | 100 |
| 1e1 | 8 | 8 | 100 | 8 | 8 | 100 |
| 10 | 16 | 16 | 100 | 16 | 16 | 100 |
| 7 | 16 | 16 | 100 | 16 | 16 | 100 |
| 5 | 16 | 16 | 100 | 16 | 16 | 100 |
| 3 | 11 | 16 | 61.11 | 11 | 16 | 61.11 |
| 1 | 11 | 16 | 62.50 | 11 | 16 | 62.50 |
| NTC | 0 | 8 | 0 | 0 | 8 | 0 |

## 5.3 Analytical Specificity (Exclusivity Wet-test)

### 5.3.1 Description of Test:

The test will be performed by spiking negative matrix; serum, bronchoalveolar lavage (BAL), and nasopharyngeal fluid with non-target organisms, or the non-target organism's extracted genome. The materials that are already extracted will be spiked into negative serum extract. Materials that need to be extracted will be spiked in prior to the extraction. Table 12 lists the non-target organisms used in cross-reactivity testing. Non-target organisms will be spiked in at a final concentration of $1e^4$ copies/reaction and run in triplicate. Additionally, to verify that the presence of non-target genomic DNA doesn't affect the ability to detect COVID-2019, non-target organisms will be spiked in at a final concentration of $1e^4$ copies/reaction and the COVID-2019 template will be spiked at a concentration that would result in a 99% detection rate, run in triplicate. Table 5 lists the matrices used and their source.

CO-DIAGNOSTICS, INC – LOGIX SMART™ COVID-19 TEST

CONFIDENTIAL

CoDI_00239330

CO-DIAGNOSTICS INC.

*Table 12: List of Non-target Organisms used in Cross-Reactivity Testing*

| Vircell | Ref. No | Strain |
|---|---|---|
| Amplirun® Coronavirus RNA | MBC090-R | HCoV-229E strain ATCC VR-740 |
| Amplirun® Coronavirus OC43 RNA | MBC135-R | HCoV-OC43 |
| Amplirun® MERS Coronavirus RNA | MBC132-R | Betacoronavirus England 1 |
| Amplirun® Total Respiratory Viral Panel | MBTC020-R | Adenovirus 4, Coronavirus, Influenza A H3, Influenza B, Novel Influenza A H1N1, Parainfluenza 1, Parainfluenza 2, Parainfluenza 3, RSV (subtype B) |
| Amplirun® Enterovirus DNA | MBC125-R | Enterovirus 68 |
| Amplirun® Rhinovirus RNA | MBC091-R | Human rhinovirus 14 5' UTR |
| Amplirun® Haemophilus Influenzae DNA | MBC020-R | Haemophilus influenzae strain ATCC 33533 BexA |
| Amplirun® Mycobacterium tuberculosis DNA | MBC034-R | Mycobacterium tuberculosis H37Rv |
| Amplirun® Bordetella parapertussis DNA | MBC007-R | Bordetella parapertussis strain ATCC 15311 |
| Amplirun® Mycoplasma pneumoniae DNA | MBC035-R | Mycoplasma pneumoniae FH |
| **ATCC Product Name** | **Ref. No** | **Strain** |
| Chlamydia pneumoia | VR-2282 | TWAR strain TW-183 |
| Legionella pneumophila | 33152DQ | Philadelphia-1 |
| Quantitative Synthetic Middle East Respiratory Syndrome coronavirus | VR-3248SD | Fragments from RF1ab, ORF5, upper envelope (upE), nucleocapsid (N) protein gene, and 3' UTR regions |
| Quantitative Synthetic Human coronavirus HKU1 RNA | VR-3262SD | Human coronavirus HKU1 |
| **BEI Resources Product Name** | **Ref. No** | **Strain** |
| Human coronavirus NL63 | NR-44105 | NL63 |

### 5.3.2 Study Identifiers:

200218-NCOV.Cross-reactivity +CoV sputum, 200218-NCOV.Cross-reactivity +CoV nasal fluid, 200218-NCOV.Cross-reactivity +CoV bronchoalveolar lavage, 200218-NCOV.Cross-reactivity +CoV neg serum, 200217-NCOV.Cross-reactivity bronchoalveolar lavage, 200217-NCOV.Cross-reactivity nasal fluid, 200217-NCOV.Cross-reactivity sputum, 200218-NCOV.Cross-reactivity neg serum

CONFIDENTIAL



### 5.3.3   Acceptance Criteria:

Negative material spiked with non-target DNA/RNA should not show amplification/positive results in the target channel. Additionally, the samples spiked with the COVID-2019 template and non-target DNA/RNA should not show a significant (greater than 2 cycles) difference in Cq values, when compared to a positive sample not spiked with non-target DNA/RNA.

### 5.3.4   Results:

None of the off-target organisms evaluated in this study showed any level of amplification when present in the CoDx COVID-19 test. There was also no significant difference between the Ct values observed in any of the four matrices evaluated here. A summary of the results of the positive samples is shown in Table 13.

*Table 13: Average Ct's of COVID-19 in the presence of other organisms*

| Organism | Amplification | | | |
|---|---|---|---|---|
| | Off-target Template +COVID-19 Template | | | |
| Vircell | Serum | Sputum | Nasopharyngeal Fluid | Bronchoalveolar Lavage |
| Amplirun® Coronavirus RNA | 28.41 | 29.05 | 28.64 | 28.89 |
| Amplirun® Coronavirus OC43 RNA | 28.73 | 29.08 | 28.90 | 28.73 |
| Amplirun® MERS Coronavirus RNA | 28.26 | 29.15 | 28.86 | 28.68 |
| Amplirun® Total Respiratory Viral Panel | 28.76 | 29.09 | 28.76 | 28.79 |
| Amplirun® Enterovirus DNA | 28.53 | 28.94 | 28.57 | 28.57 |
| Amplirun® Rhinovirus RNA | 28.40 | 29.05 | 28.54 | 28.49 |
| Amplirun® Haemophilus Influenzae DNA | 28.45 | 29.03 | 28.21 | 29.09 |
| Amplirun® Mycobacterium tuberculosis DNA | 28.27 | 29.21 | 28.38 | 28.76 |
| Amplirun® Bordetella parapertussis DNA | 28.56 | 29.27 | 28.61 | 29.14 |
| Amplirun® Mycoplasma pneumoniae DNA | 28.56 | 29.44 | 28.52 | 28.79 |
| ATCC Product Name | | | | |
| Chlamydia pneumoia | 28.69 | 29.36 | 28.46 | 28.83 |
| MERS coronavirus | 28.45 | 29.32 | 29.02 | 28.64 |
| Human coronavirus HKU1 | 28.34 | 29.33 | 28.74 | 28.91 |
| Legionella pneumophila | 36.45 | 30.50 | 29.98 | 31.44 |
| BEI Resources Product Name | | | | |
| Human coronavirus NL63 | 28.42 | 29.30 | 28.41 | 28.77 |
| IDT | | | | |
| Positive COVID-19 RNA Sample | 29.27 | 29.92 | 29.10 | 29.17 |

Only one potentially cross-reactive organism showed a significant difference (greater than 2 cycles) compared to the Positive COVID-2019 RNA Sample that was negative for any other off target DNA/RNA. According to the in-silico analysis, the COVID-19 does not display any homology with the Legionella pneumophila, and it did not amplify on its own, without the COVID-19 RNA. The late cycling could be

CO-DIAGNOSTICS, INC – LOGIX SMART™ COVID-19 TEST

CONFIDENTIAL                                                                                         CoDI_00239332

CO-DIAGNOSTICS INC.

due to the way the sample is prepped and stored by the manufacturer. We will attempt to order the Legionella pneumophila from another source to ensure that the presence of Legionella pneumophila does not affect the amplification of COVID-19 in a clinical setting.

### 5.4 Analytical Specificity (In Silico Inclusivity)

#### 5.4.1 Description of Test:

An alignment was performed with the oligonucleotide CoPrimer sequences of the COVID-19 CoPrimers with all publicly available nucleic acid sequences for 2019-nCoV in GenBank as well as the GISAID database as of February 1, 2020 (and updated on February 18th, 2020) to demonstrate the predicted inclusivity of the Logix Smart™ COVID-19 Test.

#### 5.4.2 Acceptance Criteria (In Silico Inclusivity)

The test should be inclusive of 90% of the relevant strains. Inclusivity of fewer than 90% of the strains need to be reviewed and a risk analysis needs to be performed to determine the best course of action. Results

#### 5.4.3 Results:

All the alignments show 100% identity of the COVID-19 CoPrimers to the available 2019-nCoV sequences. Therefore, there is no prediction of false-negative results based upon the available data.

### 5.5 Analytical Specificity (In Silico Exclusivity)

#### 5.5.1 Description of Test:

In Silico Analysis BLASTn analysis queries of the COVID-19 CoPrimers were performed against public domain nucleotide sequences. The database search parameters were as follows: 1) The nucleotide collection consists of GenBank+EMBL+DDBJ+PDB+RefSeq sequences, but excludes EST, STS, GSS, WGS, TSA, patent sequences as well as phase 0, 1, and 2 HTGS sequences and sequences longer than 100Mb; 2) The database is non-redundant. Identical sequences have been merged into one entry, while preserving the accession, GI, title and taxonomy information for each entry; 3) Database was updated on 10/03/2019; 4) The search parameters automatically adjust for short input sequences and the expect threshold is 1000; 5) The match and mismatch scores are 1 and -3, respectively; 6) The penalty to create and extend a gap in an alignment is 5 and 2 respectively. 7) BLASTn was run individually for every organism listed in the FDA-EUA (in Silico) guidelines.

#### 5.5.2 Acceptance Criteria (In Silico Exclusivity)

There should be no significant hits for non-target organisms, on both the forward and reverse CoPrimers. Specifically, with concomitant organisms or pathogens with similar symptoms as the COVID-19. Relevant non-target organisms will need to have a risk analysis performed to determine the best course of action.

CO-DIAGNOSTICS, INC – LOGIX SMART™ COVID-19 TEST

CONFIDENTIAL

CoDI_00239333

CO-DIAGNOSTICS INC.

### 5.5.3   Results:

**nCoV.15428.F3:**

CoPrimer sequence of nCoV.15428.F3 showed high sequence homology with several sequences of Bat SARS-like coronavirus genome, as well as 3+ mismatches with human isolates of SARS. The sequences and relative high homologies are as follows:

- 2 Hits with a single mismatch from isolates taken from bats:
- KY352407.1; AB889998.1
- 7 Hits with 2 mismatches from isolates taken from bats:
-  AB889996.1; AB889995.1; KY502396.1; KY502395.1; AB890000.1; AB889999.1; AB889997.1
- Other hits, including human SARS cases have 3+ mismatches.

No other coronaviruses or human microflora had any hits with <5 mismatches or >80% total homology that would predict potential false positive rRT-PCR results.

**nCoV.15428.R3:**

CoPrimer sequence of nCoV.15428.R3 showed high sequence homology with several sequences of Bat SARS-like coronavirus genome. The sequences and relative high homologies are as follows:

- 3 hits with a single mismatch from isolates taken from bats:
- KJ473813.1; KJ473812.1; JX993988.1;
- 16 Hits with 2 mismatches from isolates taken from bats:
- KY352407.1; KX285181.1; KX285180.1; KY417146.1; KY417145.1; KU973690.1; KU973687.1; KU973686.1; KJ473815.1; KF294440.1; KF294439.1; KF294455.1; KF569996.1; KF569973.1; FJ588686.1; DQ071615.1;
- Other hits, including human SARS cases have 3+ mismatches.

No other coronaviruses or human microflora had any hits with <5 mismatches or >80% total homology that would predict potential false positive RT-PCR results.

**Summary:**

CoPrimers have a slightly different cross-reactivity risk profile than traditional primers. Due to the low Tm's of the Priming and Capture sequences, CoPrimers are more susceptible to mismatches. Our internal experiments show that a single mismatch on either Forward or Reverse causes noticeable delay in amplification, with more mismatches causing significant suppression of signal. 3+ mismatches on the Forward and Reverse combined is expected to result in no detectable amplification.

As COVID-19 is understood to have recently made a zoonotic jump from bats to humans, it is unsurprising that certain samples isolated from bats contain high homology to the new virus. Even so, the isolate with the highest homology to the assay, KY352407.1, has a combined 3

CO-DIAGNOSTICS, INC – LOGIX SMART™ COVID-19 TEST

CONFIDENTIAL

CoDI_00239334

CO-DIAGNOSTICS INC.

mismatches on the Forward and Reverse. All other bat SARS-coronavirus isolates have 5+ combined mismatches. While the highest relative homology isolate is at the threshold for expected no-cross-reactivity, we would still expect to not generate detectable signal from that strain or any of the others in an rRT-PCR reaction. However, if lack of cross-reactivity to bat-SARS-coronavirus is necessary, wet testing should confirm.

Several human SARS-coronavirus isolates contained 3+ mismatches on the Forward and 3+ mismatches on the Reverse. This confirms the closely related status of the two viruses. However, with a combined 6+ mismatches on the most closely related strains, there is no predicted cross-reactivity in an RT-PCR reaction.

### 5.6 Precision Testing (Single-Site Study)

### 5.6.1    Description of Test:

The purpose of this test is to evaluate the repeatability and within-laboratory precision. The test will be performed over 20 days of testing, with 1 operator, performing 2 runs a day, with 2 sample dilutions, 2 replicates per run using 1 reagent lot on 1 machine.

### 5.6.2    Study Identifiers:

200213-nCoV.Precision1.1, 200213-nCoV.Precision1.2, 200214-nCoV.Precision1.3, 200214-nCoV.Precision1.4, 200215-nCoV.Precision1.5, 200215-nCoV.Precision1.6, 200216-nCoV.Precision1.7, 200216-nCoV.Precision1.8, 200217-nCoV.Precision1.9, 200217-nCoV.Precision1.10, 200218-nCoV.Precision1.11, 200218-nCoV.Precision1.12

### 5.6.3    Acceptance Criteria:

The standard deviation between days should be less than or equal to 2.0 cycles. The coefficient of variance (CV%) should be less than or equal to 5%. The percentage of agreement for both positive and negative samples should be greater than or equal to 95% across conditions.

### 5.6.4    Results:

Two samples at separate concentrations, [Normal] and [Low] were used. [Normal] was above the LoD at 25 copies/reaction and the [Low] concentration is 7 copies/reaction (approximately 95% detection rate). The samples were prepared by spiking negative serum with the appropriate target dilution. The negative serum was extracted using the QIAamp Viral RNA Mini Kit (Qiagen) with the QIAcube. Six days of testing have occurred and will be analyzed for this report. The additional 14 days' worth of data will be analyzed at the completion of the experiment and this report will be amended.

CO-DIAGNOSTICS, INC – LOGIX SMART™ COVID-19 TEST

CONFIDENTIAL

CoDI_00239335

CO-DIAGNOSTICS INC.

*Table 14: Combined Precision Results*

|  | Cq Average | SD | Call Rate | Detection Rate (%) | CV% |
|---|---|---|---|---|---|
| **Green Channel** | | | | | |
| COVID-19 [Normal] | 33.81 | 0.54 | 24/24 | 100 | 1.60 |
| COVID-19 [Low] | 35.86 | 0.89 | 24/24 | 100 | 2.48 |

*Table 15: Precision Average Cq by Day*

|  | Day 1 | Day 2 | Day 3 | Day 4 | Day 5 | Day 6 |
|---|---|---|---|---|---|---|
| **Green Channel** | | | | | | |
| COVID-19 [Normal] | 33.06 | 33.70 | 33.91 | 33.79 | 34.55 | 33.84 |
| COVID-19 [Low] | 35.97 | 35.59 | 35.68 | 35.82 | 35.65 | 36.44 |

*Table 16: P-Values from Single Factor ANOVA*

|  | P-Value (Days) |
|---|---|
|  | **Green Channel** |
| COVID-10 [Normal] | 0.074 |
| COVID-19 [Low] | 0.164 |

To this point in the precision testing process, both the [Normal] and [Low] dilution samples have shown a 100% detection rate and very consistent Cq value readings, with a standard deviation of 0.54 and 0.89 for the [Normal] and [Low] dilutions respectively (Table 12). An ANOVA was performed on the available data for each dilution to evaluate the variation between days of testing. So far there have been 6 days of testing completed, and the averages of these days are listed in Table 13 above. The full data set was used for the ANOVA and the results for the day-to-day analysis for each dilution is listed in Table 14 above. We use a significance level ($\alpha$) of 0.05, and the [Normal] and [Low] data returned a p-value of 0.074 and 0.164 respectively, indicating that no significant differences exist between days, given that both values are above the significance level of 0.05.

## 6. Verification Report Conclusion

Verification testing for the Logix Smart Coronavirus Disease 2019 Multiplex test (COVID-19) IVD has been completed and has resulted in the following performance characteristics, listed in Table . Future development activities for Logix Smart COVID-19 should include more extensive testing for qualification for Emergency Use Authorization (EUA) for the FDA, including but not limited to, further exploration of the Legionella pneumophila, completion of the Precision (Single-Site), and expansion into Precision (Multi-Site), and testing with common interfering substances. Additionally, testing using a larger COVID-19 RNA template to better mimic the actual virus should be used to ensure parallel performance to

CO-DIAGNOSTICS, INC – LOGIX SMART™ COVID-19 TEST

CONFIDENTIAL

CoDI_00239336



clinical conditions. At this point, the robustness is enough for the purposes and use of the IVD/CE product.

*Table 17: Performance Characteristics of the COVID-19 Test*

| Application | Qualitative Multiplex PCR test, detection for COVID-19. |
|---|---|
|  | **COVID-19** |
| **Limit of Detection (copies/mL)** | 1,349.38 |
| **Sample type** | Synthetic 2019 nCoV RNA template |
| **Detection details** | Detection of Coronavirus Disease 2019. |
| **Time to detection** | 63-90 minutes, depending on the machine used |
| **Thermal cycler compatibility** | CoDx Box<br>MIC<br>Eco48 |

Approval

| Author Printed Name: | Role | Signature | Date |
|---|---|---|---|
| **Chad Apuli** | Laboratory Manager | *Chad Apuli* | **19-FEB-2020** |
| **Reviewer Printed name** | Role | Signature | Date |
| **Cecilia Hutchins** | Regulatory Liaison | *Cecilia Hutchins* | **19-Feb-2020** |

CONFIDENTIAL