# Exhibit 18

Message

| | |
|---|---|
| From: | Brent Satterfield [b.satterfield@codiagnostics.com] |
| Sent: | 4/21/2020 5:54:23 PM |
| To: | **REDACTED** |
| Subject: | COVID-19 LOD |
| Attachments: | 200319 COVID19 Multiple Markers.pdf; Sample Exchange Between Access Genetics and the MN DOH.pdf |

**REDACTED**

As mentioned on the phone, our official LOD reported to the FDA in our EUA is 4.29 copies/uL with a sensitivity of 99.52% and a specificity of 100%. Our in-house studies show that we detect more positives than the CDC primer set (attached – CONFIDENTIAL). I've also attached some data (CONFIDENTIAL) from the FDA EUA submission of one of our clients using our test alongside the Minnesota DOH that shows we have equivalent sensitivity to them (note that the Ct values are the same on average – implying equivalent performance). Of course, you have your own data that was submitted to the state department in Utah that showed equivalent data. Anecdotally, a number of our customers in the field have run our test alongside Roche, PrimerDesign, the CDC kit, many and others all with the same conclusion – our kit is better performing and is easier to use. As evidence to this, we have won contracts from a number of countries with competitive evaluations.

As to improving our reported LOD – here is what we have seen:
1) Not all standards used to calculate LOD are equal. We submitted data that was conservative and easily supported. However, we are not certain which standard our competitors used to calculate their LOD. We have limited data showing that depending on the standard used, our LOD may improve by up to 10 fold.
2) Using a larger sample input will improve LOD. For example, our data to the FDA used 140 uL input. By increasing this to 240 uL, as an example, the LOD should be cut in half, 480 uL would cause it to be cut in half again.
3) Using a smaller elution volume will improve LOD. In our submission, we eluted in 100 uL. However, eluting in 50 uL should nearly half the LOD.
4) Using more sample in the test will improve LOD. For example, our test currently uses 5 uL of master mix with 5 uL of extracted RNA. By doubling this, (eg 10 uL of master mix with 10 uL of extracted RNA), the LOD is expected to be cut in half.

Our team is looking at doing all of these together and submitting an addendum to the FDA for an updated LOD. Although, we believe the field data and studies show that our LOD is already more than sufficient to outperform the CDC test among many others, we would like to present our best data in the future.

Brent



EXHIBIT

Satterfield

13

5·16·2023

**CO·DIAGNOSTICS INC.**

2

---

## MULTIPLE MARKERS AND COVID-19

### Why Multiple Markers?

PCR tests have been plagued with false amplification products called primer-dimers from the invention of PCR in the 1980's. These primer-dimers can contribute to false positives and are made even worse in single-step reverse-transcriptase PCR tests for RNA genomes such as COVID-19. Not even commercial hot starts are sufficient to suppress false positives from these spurious amplification products.

Methods to increase specificity include using additional markers to rule out false positives from primer-dimers. Unfortunately, adding more primers to the same well compounds the primer-dimer issue. Therefore, despite the higher reagent cost, lower throughput, and worse limit of detection, test developers will often put the primers for each marker in separate wells.



**Figure 1. Primer-Dimers in CDC test.** Primer-dimers require multiple markers to eliminate false positives. They require each marker to be run in a separate well, increasing labor and reagent cost while reducing throughput and sensitivity.

### Is There a Better Solution?

Co-Diagnostics developed CoPrimers, an advanced primer technology that couples a very short primer with a probe. This cooperative interaction reduces primer-dimer formation by up to 2.5 million times relative to the primers used in other tests. In other words, *it increases specificity without having to use multiple markers.*

CO-DIAGNOSTICS INC.

**Figure 2. CoPrimers in the Co-Diagnostics Test Eliminate Primer-Dimers.** In hundreds of runs with negative controls in various sample matrices for COVID-19, no primer-dimer positives have been observed.

### Does Testing with a Single Marker Work?

In a randomized study with ninety sputum samples spiked with COVID-19 viral genomes[1] and ninety negative samples, the Co-Diagnostics test outperformed the CDC primer set detecting a greater number of low-level positives. The Co-Diagnostics primer set had 100% sensitivity and

*The Co-Diagnostics test detects more low-level positives than the CDC primer set.*

100% specificity in this study. Because the CDC primer set requires viral genomes to be present in each well for each of the three markers to be positive, it is three times less likely to detect low-level positives.

Not only did the Co-Diagnostics test outperform the CDC primer set, but the use of a single marker in a single well provides several additional benefits: 1) The Co-Diagnostics test can run four times as many samples as the CDC test in the same time and on the same machine. 2) It requires less reruns from "indeterminate" results (eg results where one or two of the three markers is present, but not all three). 3) It uses less reagents. 4) It is easier to analyze, allowing automated analysis by most real-time PCR machines.

---

[1] Sputum samples were spiked with four different concentrations of the COVID-19 genome. The genomic material was deposited by the Centers for Disease Control and Prevention and obtained through BEI Resources, NIAID, NIH: Genomic RNA from SARS-Related Coronavirus 2, Isolate USA-WA1/2020, NR-52285.

INNOVATING REVOLUTIONARY MOLECULAR DIAGNOSTICS

CO·DIAGNOSTICS INC.

4

## CoPrimers Increase Test Stability

With multiple markers taking up multiple wells, it can take several hours to run a decent number of samples. We observed that the Co-Diagnostics test is more stable over time than the CDC primer set when left at 4C in a refrigerator.



**Figure 3. Stability of CDC primers vs CODX primers**. The three markers in the CDC primer set experienced significant deterioration in signal after eight hours in a refrigerator, resulting in an increase in false negative results. The Co-Diagnostics test had no loss in signal even after eight hours.

## Conclusion

Co-Diagnostics is able to do what other labs cannot because it has the most advanced primer technology on the market. CoPrimers reduce primer-dimers by 2.5 million times relative to standard PCR primers and probes. This allows for a more stable single-marker, single-well test that is lower cost, higher throughput, and easier to use/analyze.

| Sample | Date Received | AGCL Accession | DOH Accession | Result in Ct | | | Concordant |
|--------|---------------|----------------|---------------|---------|---------|------------------|------------|
|        |               |                |               | MN DOH | COV-FAM | IC CalFluor-RED |            |
| 1  | 4/10/20 | 202004-15022 | 2020310691 | 25.51 | 26.15 | 26.26 | 1 |
| 2  | 4/10/20 | 202004-15024 | 2020310776 | 19.05 | 18.52 | 26.67 | 1 |
| 3  | 4/10/20 | 202004-15026 | 2020310947 | 31.73 | 31.95 | 25.85 | 1 |
| 4  | 4/10/20 | 202004-15028 | 2020310957 | 19.35 | 18.32 | 26.55 | 1 |
| 5  | 4/10/20 | 202004-15030 | 2020311459 | 28.18 | 27.16 | 24.29 | 1 |
| 6  | 4/10/20 | 202004-15032 | 2020311616 | 16.82 | 18.12 | 24.28 | 1 |
| 7  | 4/10/20 | 202004-15034 | 2020311887 | 20 | 17.24 | 21.72 | 1 |
| 8  | 4/10/20 | 202004-15036 | 2020312109 | 24.83 | 24.99 | 28.22 | 1 |
| 9  | 4/10/20 | 202004-15038 | 2020312420 | 31.75 | 32.14 | 28.47 | 1 |
| 10 | 4/10/20 | 202004-15020 | 2020312424 | 20.05 | 20.3 | 27.05 | 1 |
| 11 | 4/10/20 | 202004-15004 | 2020312274 | Negative | | 23.66 | 1 |
| 12 | 4/10/20 | 202004-15006 | 2020312298 | Negative | | 27.81 | 1 |
| 13 | 4/10/20 | 202004-15008 | 2020312299 | Negative | | 25.78 | 1 |
| 14 | 4/10/20 | 202004-15010 | 2020312301 | Negative | | 25.3 | 1 |
| 15 | 4/10/20 | 202004-15012 | 2020312304 | Negative | | 23.45 | 1 |
| 16 | 4/10/20 | 202004-15013 | 2020312309 | Negative | | 24 | 1 |
| 17 | 4/10/20 | 202004-15014 | 2020312310 | Negative | | 26.37 | 1 |
| 18 | 4/10/20 | 202004-15016 | 2020312318 | Negative | | 24.65 | 1 |
| 19 | 4/10/20 | 202004-15018 | 2020312319 | Negative | | 25.39 | 1 |
| 20 | 4/10/20 | 202004-15002 | 2020312320 | Negative | | 29.48 | 1 |
|    |         |              |            |          | | | 100% |