# Exhibit 19

Message

_____

**From:** Briggs, Joseph [Joseph.Briggs@fda.hhs.gov]
**Sent:** 5/20/2020 7:53:33 PM
**To:** Cecilia Hutchins [c.hutchins@codiagnostics.com]; Chad Apuli [c.apuli@codiagnostics.com]
**Subject:** RE: Amendment to Logix Smart COVID-19 (EUA200049)

Hi Cecilia,

Thank you for the information.

I'm a little confused regarding the LoD vs. clinical evidence scenario you describe. It might be helpful to have a call about this. Let me know your availability tomorrow afternoon.

Best,

Joe

**Joseph Briggs, Ph.D.**
*Scientific Reviewer*

DMD: Division of Microbiology Devices | OHT7: Office of *In Vitro* Diagnostics and Radiological Health
Office of Product Evaluation and Quality
CDRH | Food and Drug Administration
White Oak, Bldg. 66, Rm. 3274 | 10903 New Hampshire Avenue | Silver Spring, MD 20993

Tel: 240-402-7942
Joseph.Briggs@fda.hhs.gov



*Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received:* https://www.research.net/s/cdrhcustomerservice?ID=1933&S=E

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED. IT MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE BY LAW. If you are not the addressee, or a person authorized to deliver the document to the addressee, you are hereby notified that any review, disclosure, dissemination, copying, or other action based on the content of this communication is not authorized. If you have received this document in error, immediately notify the sender by e-mail or phone.

_____

**From:** Cecilia Hutchins <c.hutchins@codiagnostics.com>
**Sent:** Tuesday, May 19, 2020 2:46 PM
**To:** Briggs, Joseph <Joseph.Briggs@fda.hhs.gov>; Chad Apuli <c.apuli@codiagnostics.com>; CDRH-EUA-Templates <COVID19DX@fda.hhs.gov>
**Subject:** Re: Amendment to Logix Smart COVID-19 (EUA200049)

Hi Joe,

We have the side by side data as well.
We were in so much urgency for the amendment that we sent only the modified assay. Sorry about that.

CONFIDENTIAL

CoDI_00074187

However, we still have the need to amend other performance data we have. It has been complicated to coordinate the manufacture, distribution, and additional development activities. But we are happy because we feel we are doing our part the best we can in this crisis. Thank for your help always.

Chad and I are wondering if we could get a recommendation on the best way for us to proceed. Co-Diagnostics has recently gotten some bad press as a result of our published LoD. I don't know if you recall, but when we submitted, we had a lower LoD, but it didn't match the 'clinical evidence' portion, so we ended up re-running the LoD to match the clinical evidence portion, rather than rerunning the clinical evidence to match the 'true' LoD, due to the amount of work and resources required in the timeframe we had.

Since then, we've been working on validating other thermocyclers and extraction kits to be used with our test kit; however, we set those studies up to match the claimed LoD, which we know and the laboratories using our test know that it could be improved. Now, as I write, we are working on collecting new LoD data to match our 'true' (practical) LoD. I'm wondering if we can still use the data that we collected to validate the other thermocyclers and extraction kits, as long as that data shows that it is within 1-3x LoD of the newly established LoD?

We are also wondering if we have to re-do the clinical evidence section along with the reviewed LoD? It looks like the clinical evidence section has been updated on the EUA template for manufacturers that are looking at either prospective or retrospective clinical samples. We are asking MRI Global to run the Boca Biolistics panel to produce clinical evidence with clinical samples, but I'm afraid it'll still take a month for the results. But I noticed today that the CDC updated the laboratory guidance for routine viral testing stating that samples could be tested in BSL-2 and when there is a risk of droplet or aerosol for technicians to use face shield. Do you believe it would be ok for us to test in our BSL-2 lab the known positive Boca Biolistics clinical sample panel as long as we take the Standard Precautions?

So, we would rather have all this data to amend at the same time, but it would take at least a week to complete it. Can you hold our amendment process for a week until we send all the data for review? Or would we have to go back to the queue?

Thanks a lot,

**Cecilia Hutchins | Head of Regulatory and Clinical Affairs**

*Tailor-Made Life Saving Solutions*
2401 S. Foothill Dr., Suite D
Salt Lake City, Utah 84109
www.codiagnostics.com
c.hutchins@codiagnostics.com

---

**From:** Briggs, Joseph <Joseph.Briggs@fda.hhs.gov>
**Sent:** Monday, May 18, 2020 11:43 PM
**To:** Cecilia Hutchins <c.hutchins@codiagnostics.com>; Chad Apuli <c.apuli@codiagnostics.com>; CDRH-EUA-Templates <COVID19DX@fda.hhs.gov>
**Subject:** RE: Amendment to Logix Smart COVID-19 (EUA200049)

CONFIDENTIAL

CoDI_00074188

Hi Cecilia,

We had an internal discussion regarding the data you provided to support the addition of the additional extraction method. Can you clarify if the LoD study data provided was conducted in parallel with the EUA assay configuration using identical material in parallel. Otherwise, we have concerns that it's hard to directly compare the LoD values. The preference would be a head-to-head comparison with at least 5 replicates per dilution especially since it does not appear that you were able to achieve comparable results at 1x LoD. If you are not able to conduct a parallel bridging study, we may have to consider an expanded LoD study with confirmatory samples as you did for the initial EUA. The goal here would be to ensure that 19/20 replicates at 3x LoD could be achieved.

Also, do you have any data where you ran old EUA run files through the other thermocycler and get the same results? Essentially, show side by side data with the same Ct values.

Best,

Joe

**Joseph Briggs, Ph.D.**
*Scientific Reviewer*

DMD: Division of Microbiology Devices | OHT7: Office of *In Vitro* Diagnostics and Radiological Health
Office of Product Evaluation and Quality
CDRH | Food and Drug Administration
White Oak, Bldg. 66, Rm. 3274 | 10903 New Hampshire Avenue | Silver Spring, MD 20993

Tel: 240-402-7942
Joseph.Briggs@fda.hhs.gov

 U.S. FOOD & DRUG
ADMINISTRATION

*Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received:* https://www.research.net/s/cdrhcustomerservice?ID=1933&S=E

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED. IT MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE BY LAW. If you are not the addressee, or a person authorized to deliver the document to the addressee, you are hereby notified that any review, disclosure, dissemination, copying, or other action based on the content of this communication is not authorized. If you have received this document in error, immediately notify the sender by e-mail or phone.

**From:** Cecilia Hutchins <c.hutchins@codiagnostics.com>
**Sent:** Monday, May 18, 2020 9:54 AM
**To:** Briggs, Joseph <Joseph.Briggs@fda.hhs.gov>; Chad Apuli <c.apuli@codiagnostics.com>; CDRH-EUA-Templates <COVID19DX@fda.hhs.gov>
**Subject:** Re: Amendment to Logix Smart COVID-19 (EUA200049)

Hi Joe,

Good morning!
I hope you had a great weekend,

Do you believe we will be able to work on the amendment today or we are still on the queue?

CONFIDENTIAL                                                                          CoDI_00074189

Thanks,

**Cecilia Hutchins | Head of Regulatory and Clinical Affairs**



*Tailor-Made Life Saving Solutions*
2401 S. Foothill Dr., Suite D
Salt Lake City, Utah 84109
www.codiagnostics.com
c.hutchins@codiagnostics.com

---

**From:** Briggs, Joseph <Joseph.Briggs@fda.hhs.gov>
**Sent:** Thursday, May 14, 2020 8:51 AM
**To:** Chad Apuli <c.apuli@codiagnostics.com>; Cecilia Hutchins <c.hutchins@codiagnostics.com>; CDRH-EUA-Templates <COVID19DX@fda.hhs.gov>
**Subject:** RE: Amendment to Logix Smart COVID-19 (EUA200049)

Hi Chad,

As you can imagine we are extremely busy and I am working on your amendment. Due to the current workload and processing queue I do not expect the amendment to go out before Monday. I will let you know if I have any questions.

Best,

Joe

**Joseph Briggs, Ph.D.**
*Scientific Reviewer*

DMD: Division of Microbiology Devices | OHT7: Office of *In Vitro* Diagnostics and Radiological Health
Office of Product Evaluation and Quality
CDRH | Food and Drug Administration
White Oak, Bldg. 66, Rm. 3274 | 10903 New Hampshire Avenue | Silver Spring, MD 20993

Tel: 240-402-7942
Joseph.Briggs@fda.hhs.gov

**U.S. FOOD & DRUG** ADMINISTRATION

*Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received:* https://www.research.net/s/cdrhcustomerservice?ID=1933&S=E

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED. IT MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE BY LAW. If you are not the addressee, or a person authorized to deliver the document to the addressee, you are hereby notified that any review, disclosure, dissemination, copying, or other action based on the content of this communication is not authorized. If you have received this document in error, immediately notify the sender by e-mail or phone.

---

**From:** Chad Apuli <c.apuli@codiagnostics.com>
**Sent:** Thursday, May 14, 2020 10:48 AM

4

CoDI_00074190

**To:** Cecilia Hutchins <c.hutchins@codiagnostics.com>; CDRH-EUA-Templates <COVID19DX@fda.hhs.gov>; Briggs, Joseph <Joseph.Briggs@fda.hhs.gov>
**Subject:** Re: Amendment to Logix Smart COVID-19 (EUA200049)

Joseph,

Is there any update on the ammendment? I have management contacting me hourly as well as customers. Are there any issues or questions that need to be resolved? Do you have any idea on when we might get approval?

I know you all are extremely busy, but any help you can provide would be greatly appreciated.

Best regards,

Chad Apuli

Get Outlook for Android

5

CONFIDENTIAL

CoDI_00074191