# Exhibit 23

Newsroom | Co-Diagnostics, Inc.

# Co-Diagnostics, Inc. Announces Expansion of COVID-19 Test Orders in the United States

---

**Salt Lake City, Utah – April 20, 2020 –** Co-Diagnostics, Inc. (Nasdaq:CODX), a molecular diagnostics company with a unique, patented platform for the development of diagnostic tests, announced today that Company COVID-19 test sales in the United States have continued to increase as the federal government shifts responsibility to individual states to confront the need to double the amount of testing for the disease. The Company received FDA Emergency Use Authorization on April 3, 2020 and has shipped tests to more than a dozen states throughout the country, in addition to receiving orders from nearly 50 countries worldwide.

Dwight Egan, CEO of Co-Diagnostics, commented "It has been widely reported that the most important step to returning to normal economic and social activity is a dramatic increase in the scale of testing being performed, and governors across the country are anxious to obtain more tests. Sales of our Logix Smart™ COVID-19 test continue to be made to more and more states, countries, and labs. Through some 50 distributors and direct sales, our tests are being sold to individual labs, through government tenders, and to private/public partnerships designed to facilitate high throughput testing and increase test availability to the public. The Company's high quality, cost-efficient, easy to interpret tests are in high demand around the world."

The Logix Smart COVID-19 test is currently available to all clinical laboratories certified under Clinical Laboratory Improvement Amendments (CLIA), and is authorized to be used for the diagnosis of SARS-CoV-2, the virus that causes COVID-19.

About Co-Diagnostics, Inc.:

Co-Diagnostics, Inc., a Utah corporation, is a molecular diagnostics company that develops, manufactures and markets a new, state-of-the-art diagnostics technology. The Company's technology is utilized for tests that are designed using the detection and/or analysis of nucleic acid molecules (DNA or RNA). The Company also uses its proprietary technology to design specific tests to locate genetic markers for use in industries other than infectious disease and license the use of those tests to specific customers.

**Forward-Looking Statements**

**This press release contains forward-looking statements. Forward-looking statements can be identified by words such as "believes," "expects," "estimates," "intends," "may," "plans," "will" and similar expressions, or the negative of these words. Such forward-looking statements are based on facts and conditions as they exist at the time such statements are made and predictions as to future facts and conditions.  Forward-looking statements in this release may include statements regarding the (i) use of funding proceeds, (ii) expansion of product distribution, (iii) acceleration of initiatives in certain verticals or markets, (iv) capital resources and runway needed to advance the Company's products and markets, (v) increased sales in the near-term, (vi) flexibility in managing the Company's balance sheet, (vii) anticipation of business expansion, and (viii) benefits in research and worldwide accessibility of the CoPrimer technology and its cost-saving and scientific advantages. Forward-looking statements are subject to inherent uncertainties, risks and changes in circumstances.  Actual results may differ materially from those contemplated or anticipated by such forward-looking statements. Readers of this press release are cautioned not to place undue reliance on any forward-looking statements. The Company does not undertake any obligation to update any forward-looking statement relating to matters discussed in this press release, except as may be required by applicable securities laws.**

**Company Contact:**
Andrew Benson
Co-Diagnostics Investor Relations
801-438-1036
investors@codiagnostics.com
or
**Media Contact:**
Jennifer Webb
Coltrin & Associates, Inc
+1.267.912.1173

jennifer_webb@coltrin.com

https://news.codiagnostics.com/2020-04-20-Co-Diagnostics-Inc-Announces-Expansion-of-COVID-19-Test-Orders-in-the-United-States