# Exhibit 26

Message
_____

**From:** Mayuranki Almaula [m.almaula@codiagnostics.com]
**Sent:** 4/25/2020 5:14:20 AM
**To:** Dwight Egan [d.egan@codiagnostics.com]; Seth Egan [s.egan@codiagnostics.com]; Brent Satterfield [b.satterfield@codiagnostics.com]; Rebecca Garcia [r.garcia@codiagnostics.com]
**CC:** Reed Benson [r.benson@codiagnostics.com]; Andrew Benson [a.benson@codiagnostics.com]
**Subject:** Fwd: Performance Evaluation Report for SARAGENE Corona Virus(2029-NCV) from Cosara Diagnostics
**Attachments:** Cosara diagnostics report.pdf


Please note that this attached letter came to me because I did manage the manufacturing license due to this testing at the **National Institute of Pathology**
Dr Nasreen Ehtesham the director of NIP is the reason behind so much of preparedness.
I would like it to be on record that a lot of the work was done by CodX TO GET THIS IN PLACE
I need to thank Rebecca for having stayed up whenever i needed extra validation on the tests while talking to these people
Dr Nasreen and Dr Usha were both wonderful and smoothened the whole process.
I never wrote to you that we sent theses tests to the National Institute of Pathology  in the lockdown because I wanted to make sure I am engaged with them in the whole process.
But finally it is done
We are over burdened by orders so even the next Promega shipment needs to come in as expected.
What we have  reagents for for 75,000 tests which we have started to manufacture today
We are getting 30,000 more through Andrew's last shipment
But we have many many more POs ON HOLD THAT WE WILL START ACCEPTING TODAY

Now we will supply to every place. I need for you all to understand that we had a covid officer on duty pass that allowed me to move during this time and for that I am grateful to Cosara




Mayuranki Almaula
Partnerships and Alliances
www.codiagnostics.com
408 569 5768 US
+916358751985 INDIA



Begin forwarded message:

**From:** ICMR NIP <nipdirectoroffice@gmail.com>
**Subject: Performance Evaluation Report for SARAGENE Corona Virus(2029-NCV) from Cosara Diagnostics**
**Date:** April 24, 2020 at 4:53:11 PM GMT+5:30
**To:** m.almaula@codiagnostics.com
**Cc:** Nasreen Ehtesham <nzehtesham@gmail.com>, uburra@yahoo.com, drneetu.vijay78@nic.in

Dear Sir / Madam,

Find enclosed herewith  final Performance Evaluation Report.

1

CONFIDENTIAL

CoDI_00004220

Thanks and regard

**Director's Office**
**ICMR-National Institute of Pathology**
**Safdarjang Hospital campus**
**New Delhi - 110029**

CONFIDENTIAL

CoDI_00004221