# Exhibit 28

Telephone/ +91-11-26105797,
दूरभाष    +91-11-26106475-78, 26198402-6
Fax/फैक्स   +91-11-26198401

e-mail/ईमेल info@instpath.gov.in
Visit us: www.instpath.gov.in







**INDIAN COUNCIL OF MEDICAL RESEARCH**
भारतीय आयुर्विज्ञान अनुसंधान परिषद्,

**NATIONAL INSTITUTE OF PATHOLOGY**
राष्ट्रीय विकृति विज्ञान संस्थान

## आईसीएमआर. – राष्ट्रीय विकृति विज्ञान संस्थान
# I.C.M.R. – NATIONAL INSTITUTE OF PATHOLOGY
स्वास्थ्य अनुसंधान विभाग, स्वास्थ्य और परिवार कल्याण मंत्रालय, भारत सरकार
Department of Health Research, Ministry of Health and Family Welfare, Government of India
"श्रीरामाचारी भवन", सफदरजंग अस्पताल परिसर,
"Sriramachari Bhawan", Safdarjang Hospital Campus,
पोस्ट बाक्स नं. 4909, नई दिल्ली-110029 (भारत)
Post Box No. 4909, New Delhi-110029 (India)

No. Covid-19/NIP/Evaluation/ 123

24-04-2020

Dr M Almaula
**Partnerships and Alliances**

Cosara Diagnostics
Sarabhai Campus, Opp Ranoli Railway station,
Ranoli-391350,
Vadodara

Subject: Performance Evaluation Report for SARAGENE™ Corona Virus (2019 NCV) Test kit
Batch: 20C11PE-01 from Cosara Diagnostics

Sir/Madam,

We have evaluated the SARAGENE™ Corona Virus (2019 NCV) Test kit Batch: 20C11PE-01
from Cosara Diagnostics. The final report is attached for your information.

Yours sincerely

Dr Nasreeen Z Ehtesham

Director-in-charge

1

CONFIDENTIAL

CoDI_00004222

## Performance Evaluation Report

**Scope** : Comparison of Commercial kit for detection of SARS-CoV-2 with NIV validated WHO protocol as a Gold standard.

**Name of the kit and Manufacturer** : SARAGENE™ Corona Virus (2019 NCV) Test kit Batch: 20C11PE-01 from Cosara Diagnostics.

**Application** : This kit detects Covid-19 using reverse transcription Real-Time PCR in lower respiratory specimens (e.g., bronchoalveolar lavage, sputum, tracheal aspirate), upper respiratory tract (e.g. Nasopahryngeal fluids, nasal swab) and serum from patients. The primers targets the SARS-CoV-2 specific RdRp gene.

**Kit components :** Master Mix (CVD-MM), Positive control (CVD-PC), Negative control

**Objective:**

To determine sensitivity and specificity of the kit using a panel of clinical samples received labeled from ICMR-NIV

**Clinical sensitivity and specificity**:

**Sample panel**

1.  SARS-CoV-2 positive samples (n=18) (with representation of low, medium and high Ct values as per ICMR-NIV assay)
2.  SARS-CoV-2 negative samples as per ICMR-NIV assay (n=18)
3.  SARS-CoV-2 negative samples but positive for other respiratory viruses tested with ICMR-NIV assay (n=10)
    a.  Human influenza A (n=5)
    b.  Human influenza B (n=5)

**Results :**

Sensitivity and specificity of SARAGENE™ Corona Virus (2019 NCV) Test kit Batch: 20C11PE-01 from Cosara Diagnostics

| SARAGENE™ Corona Virus (2019 NCV) Test kit Batch: 20C11PE-01 | | Gold-standard ICMR-NIV SARS-CoV-2 Real Time PCR | | |
|---|---|---|---|---|
| | | Positive | Negative | Total |
| | Positive | 18 | 0 | 18 |
| | Negative | 0 | 27* | 27 |
| | Total | 18 | 27 | 45 |

*One negative sample showed inconclusive result

2

CONFIDENTIAL

CoDI_00004223

| Parameter | Estimate (%) | 95% CI |
|---|---|---|
| Specificity | 100 | 85.4, 100 |
| Sensitivity | 100 | 78.1, 100 |

**Conclusions:**

1. The SARAGENE™ Corona Virus (2019 NCV) Test kit Batch: 20C11PE-01 from Cosara Diagnostics showed sensitivity 100% and specificity 100% for detection of SARS-CoV-2.
2. The kit did not show any cross reactivity with other respiratory viruses.

**Note:**

This evaluation report is exclusively for SARAGENE™ Corona Virus (2019 NCV) Test kit Batch: 20C11PE-01 from Cosara Diagnostics.

Dr Nasreeen Z Ehtesham

Director-in-charge

Dr Usha Agrawal

Validation team

3

CONFIDENTIAL

CoDI_00004224