# Exhibit 29

**CO-DIAGNOSTICS**

Memo: InDRE Evaluation Co-Diagnostics' COVID-19 IVD qPCR detection kit
30 April, 2020

On 22 April, 2020 the Mexican Government's InDRE (CDC equivalent) published the results of their official evaluation and passed Co-Diagnostics' SARS-CoV-2 qPCR virus detection kit (Logic Smart™ COVID-19 kit.) for use in Mexico. The validation was performed on an ABI 7500 FAST instrument, using the same protocol specified in the Co-Dx IFU.

Minimum criteria, as seen in the document contained in the internet link below
1) 250 copies / reaction detection limit of detection
2) 100% analytic specificity, referring to no empirical cross-reactivity with other respiratory viruses tested
3) Reproducibility should be greater or equal than 95% in accordance with referenced standards.

Reference (in Spanish)
[ HYPERLINK "https://www.gob.mx/cms/uploads/attachment/file/547178/Criterios_para_la_aceptaci_n_de_pruebas_moleculares_para_el_diagn_stico_de_SARS-CoV-2.pdf" ]

A document was produced and readily available on the web showing the analytical testing to verify performance claims by the manufacturer. This document can be seen here [ HYPERLINK "https://www.gob.mx/cms/uploads/attachment/file/547725/Kit_para_Coronavirus_2019_Logix_SmarthTM__COVID-19___Raver_Aplicaciones_.pdf" ]

Below is a summary of the findings of the above link.

Clinical Specificity (Cross-Reactivity with other Viruses)

Samples containing various verified respiratory viruses (but negative for SARS-CoV-2) were run using Logic Smart COVID-19 kit.

These samples were: Three Human Metapneumovirus samples, one Parainfluenza type 4, one Parainfluenza type 3, and three typical coronavirus (consisting of one NL63 and two HKU1) samples.

All were negative using CoDiagnostics' test, as expected.

Limit of detection (LOD)

LOD was assessed by using extracted and quantified total RNA obtained from a SARS-CoV-2 positive clinical sample.

Different concentrations of this extract were used, with 5 replicates per concentration. This analysis was done with the same operator using the same CoDiagnostics lot 200320-k-205, with the result of 100% detection (5/5) of 100 copies / reaction and 100% detection of 10 copies / reaction. Statistically, the result of 13.5 copies was reported as LOD, detected in 5 uL of sample delivered to the final qPCR reaction.

Repeatability

Various concentrations of the clinical extracted RNA were analyzed in replicates of 5 and 5/5 reactions were positive for 1,000, 250, 100, and 10 copies / reaction.

INNOVATING REVOLUTIONARY MOLECULAR DIAGNOSTICS

2401 South Foothill Dr.  Suite D.  Salt Lake City, Utah  84109 | 801.438.1036 | www.codiagnostics.com

CONFIDENTIAL                                                                                    CoDI_00054121

CO-DIAGNOSTICS

A final statement was made that the manufacturer's LOD value, and specificity were concordant with empirical results obtained by the InDRE testing and that during the emergency period (time frame not specified) this reagent is valid for use in Mexico (as FDA EUA).

INNOVATING REVOLUTIONARY MOLECULAR DIAGNOSTICS

2401 South Foothill Dr.  Suite D.  Salt Lake City, Utah  84109 | 801.438.1036 | www.codiagnostics.com

CONFIDENTIAL

CoDI_00054122