# Exhibit 30

Case 2:20-cv-00368-JNP   Document 169-31   Filed 04/10/24   PageID.3467   Page 1 of 4

## CO-DIAGNOSTICS INC.

**Confidential Memorandum**

**Date:** 20-Apr-2020

**From:** Cecilia Hutchins, Co-Diagnostics, Inc., Head of Regulatory and Clinical Affairs

**To:**                              **REDACTED**

**Re:** In Response to Request of Information on Independent Product Review

Co-Diagnostics, Inc. received the US EUA (Emergency Use Authorization) on 3-Apr-2020. After the EUA has been granted, Co-Diagnostics have focused on expanding the scope of the validation to more extraction systems and widely used thermocyclers as well as prioritizing the overwhelmingly need to meet the market demands for test kits.

An independent major evaluation is planned to be launched in May/2020. In the meantime, evaluation studies have been performed by partners, customers, and reference laboratories worldwide. The data here reported has been shared with Co-Diagnostics and allowed to be shared in a confidential manner. The reports from partners here discussed should not be shared outside of the purposes for clarification of performance evaluation to SAHPRA. These results have not been made public and Co-Diagnostics does not retain the original data for these studies.

The EUA for the Logix Smart COVID-19 test kit was granted for the assay when an upper or lower respiratory sample is extracted with the QIAamp viral RNA mini kit (Qiagen, cat no. 52904/52906) extracted in the QIAcube (Qiagen) instrument and the extracted sample has the qPCR run with the CoDx Box thermocycler.

This memo will report the following studies:
- Validation performed at Timpanogos Hospital on Apr 8-9.
- Validation performed by Genentech, Colombia

a) **Validation performed at Timpanogos Regional Hospital on 8-9 April 2020**
   Description of Test: On 8-9 April 2020, a small validation performed at the Timpanogos Regional Hospital, MountainStar Healthcare, located at 750 W 800 N, Orem, Utah 84057 (USA), has been completed. A letter has been issued by Barbara Blanke, MT (ASCP) to approve Logix Smart COVID-19 for use at the hospital's laboratory, refer to Attachment A for the letter.
   The validation at the Timpanogos Regional Hospital was performed using 2 extraction systems different from the extraction system validated with Logix Smart COVID-19 performed by Co-Diagnostics.

   Timpanogos Regional Hospital clinical laboratory performed the extraction with CWBio manually, according to manufacturer instructions for use. The sbeadex blood kit was performed according to internal procedures using the oKtopure automated system.

   Two different sets of samples were tested. The first set was a duplicate of two concentrations (5xLoD and 10xLoD) of contrived sample spiked with genomic RNA of SARS-CoV-2 and extracted with CWBio and sbeabex Blood Kit, both extractions were run on the CoDx Box thermocycler. The second set was made of 20 patient samples, being 10 positives and 10 negatives. The samples were extracted with CWBio (manually) and sbeadex Blood kit (oKtopure system). All extracts had the qPCR run in the CoDx Box thermocycler.

INNOVATING REVOLUTIONARY MOLECULAR DIAGNOSTICS
2401 S. Foothill Dr. Suite D. Salt Lake City, UT 84109 | 801.438.1036 | www.codiagnostics.com

CONFIDENTIAL

CoDI_00086792

## CO-DIAGNOSTICS INC.

Results: The first set of samples were run on 8-Apr-2020. All contrived 5xLoD and 10xLoD extracted with the CWBio or sbeadex blood kit amplified, the positive control also amplified as expected, and none of the negative controls showed amplification.

The second set of 20 patient samples were run on 9-Apr-2020. All 10 positives extracted with the sbeadex blood kit and the CWBio amplified as expected. All negatives extracted with sbeadex blood kit or CWBio did not show any amplification, as expected. The Positive control amplified, as expected, and the negative control did not amplify. In addition to the 10 negative samples 6 more negative samples were extractions with CWB, these also showed no amplification.

Conclusion: Timpanogos Regional Hospital Clinical Laboratory Director, Barbara Blanke, issued a letter on 9-Apr-2020 stating that the laboratory concluded the validation results to be satisfactory and the Logix Smart Coronavirus Disease 2019 (COVID-19) (product code COVID-K-001), previously called Logix Smart 2019 Novel Coronavirus (2019-nCoV) (product code COVID-K-001) using sbeadex blood kit in the oKtopure automated system validated for use in diagnostics procedures for patients suspected of COVID-19.

b) **Validation performed by Gentech Biosciences SAS, Colombia.**
Gentech is the distributor of Logix Smart COVID-19 in Colombia.
3 different studies were conducted by Gentech Biosciences: a study for evaluation of the positive and negative controls offered in the Logix Smart COVID-19 test kit, a study for confirmation of the LoD with a synthetic RNA control containing the RdRp gene offered by the PAHO, and evaluation of donated sputum samples from healthy subjects.

First study: evaluation of the positive and negative controls offered in the Logix Smart COVID-19 test kit
Description of test: For the evaluation of the controls the laboratory prepared a serial dilution of the positive control in concentrations of 1:100, 1:1000, and 1:10000, the dilutions were run in duplicates. The positive control and the negative control were run in triplicates. The running conditions were followed according to the Logix Smart COVID-19 Instructions for Use but configured in the Rotor Gene Q (Qiagen, cat no. 9001570).
Results: All the dilutions amplified as expected. The RNaseP amplified, however, there was no indication of use of human sample for this test. The negative control didn't amplify.

Second study: for confirmation of the LoD with a synthetic RNA control acquired from PAHO
Description of study: For the confirmation of the LoD it was used a synthetic RNA control of RdRp gene of SARS-CoV-2 provided by PAHO in the concentration of $1.8 \times 10^3$ copies/µL.
Results: The RNaseP did not amplify as there was no human material in the sample. The dilution of 1:10000 did not amplify as it was under the limit of detection. The negative control did not amplify as expected. The positive control and the concentrations of 1:100 and 1:1000 amplified as expected.

Third study: evaluation of donated sputum samples from healthy subjects
Description of Study: 15 healthy individuals donated sputum to be used in this evaluation. Each independent sample was run in duplicate. The 30 sputum samples were extracted with MP2000 (Abbott) with its RNA extraction kit or the RNeasy mini kit (Qiagen, cat no. 74106) with QIAcube (Qiagen) instrument, according to each equipment's instructions.
Results: As expected, none of the healthy individual samples amplified. All positive controls amplified independently of the extraction process utilized. As expected, none of the negative controls amplified.

CONFIDENTIAL                                                                                      CoDI_00086793


CO-DIAGNOSTICS INC.

Conclusion: Th evaluation of Logix Smart Coronavirus Disease 2019 (COVID-19) has been found favorable and the performance has been acceptable and compliant with the specifications claimed by Co-Diagnostics, Inc.

Sincerely,

**Cecilia Hutchins | Head of Regulatory and Clinical Affairs**


CO-DIAGNOSTICS INC.

*Tailor-Made Life Saving Solutions*
2401 S. Foothill Dr., Suite D
Salt Lake City, Utah 84109
[ HYPERLINK "http://www.codiagnostics.com/" \t "_blank" ]
[ HYPERLINK "mailto:a.benson@codiagnostics.com" \t "_blank" ]

CONFIDENTIAL                                                                                    CoDI_00086794