# Exhibit 31

Message

---

| | |
|---|---|
| **From:** | Cecilia Hutchins [c.hutchins@codiagnostics.com] |
| **Sent:** | 4/11/2020 6:58:17 PM |
| **To:** | Dwight Egan [d.egan@codiagnostics.com]; Seth Egan [s.egan@codiagnostics.com]; Brent Satterfield [b.satterfield@codiagnostics.com] |
| **CC:** | Chad Apuli [c.apuli@codiagnostics.com]; Andrew Benson [a.benson@codiagnostics.com]; Reed Benson [r.benson@codiagnostics.com] |
| **Subject:** | Re: Call 2:00 PM MST |
| **Attachments:** | Memo-20200411_AnalyticalSpecificity.pdf; Memo-20200411_AnalyticalSpecificity.docx |

Hi Brent,

I put together a memo with all the updated information we have about the analytical specificity of Logix Smart COVID-19.
Please, be attentive as this memo contain sensitive information, but its data can be used to rebut the results.

**Cecilia Hutchins | Head of Regulatory and Clinical Affairs**

*Tailor-Made Life Saving Solutions*
2401 S. Foothill Dr., Suite D
Salt Lake City, Utah 84109
www.codiagnostics.com
c.hutchins@codiagnostics.com

---

**From:** Dwight Egan <d.egan@codiagnostics.com>
**Sent:** Saturday, April 11, 2020 10:52 AM
**To:** Seth Egan <s.egan@codiagnostics.com>; Brent Satterfield <b.satterfield@codiagnostics.com>; Rebecca Garcia <r.garcia@codiagnostics.com>
**Cc:** Mayuranki Almaula <m.almaula@codiagnostics.com>; Swapnali <skulkarni@cosara.in>; Anurag Mehta <amehta@cosara.in>; Mohal Sarabhai <msarabhai@asence.com>; Chad Apuli <c.apuli@codiagnostics.com>; Cecilia Hutchins <c.hutchins@codiagnostics.com>; Andrew Benson <a.benson@codiagnostics.com>; Reed Benson <r.benson@codiagnostics.com>
**Subject:** Re: Call 2:00 PM MST

All,

For everyone that can make it, see instructions below. 2:00 PM MST

India
Sat, Apr 11, 2020 2:00 PM - 3:00 PM (MDT)

**Please join my meeting from your computer, tablet or smartphone.**
https://global.gotomeeting.com/join/123014821

**You can also dial in using your phone.**
United States: +1 (646) 749-3122

1

CONFIDENTIAL                                                                      CoDI_00005107

**Access Code:** 123-014-821

New to GoToMeeting? Get the app now and be ready when your first meeting starts:
https://global.gotomeeting.com/install/123014821

---

**From:** Seth Egan <s.egan@codiagnostics.com>
**Sent:** Saturday, April 11, 2020 8:43 AM
**To:** Brent Satterfield <b.satterfield@codiagnostics.com>; Rebecca Garcia <r.garcia@codiagnostics.com>
**Cc:** Mayuranki Almaula <m.almaula@codiagnostics.com>; Swapnali <skulkarni@cosara.in>; Anurag Mehta <amehta@cosara.in>; Mohal Sarabhai <msarabhai@asence.com>; Dwight Egan <d.egan@codiagnostics.com>; Chad Apuli <c.apuli@codiagnostics.com>; Cecilia Hutchins <c.hutchins@codiagnostics.com>
**Subject:** Call 2:00 PM MST

Let's try to circle up a call at 2:00 PM MST today. I'll send dial in instructions shortly.

Seth Egan
Co-Diagnostics, Inc
s.egan@codiagnostics.com
801-635-9436

---

**From:** Brent Satterfield <b.satterfield@codiagnostics.com>
**Sent:** Saturday, April 11, 2020, 7:22 AM
**To:** Rebecca Garcia
**Cc:** Mayuranki Almaula; Swapnali; Anurag Mehta; Mohal Sarabhai; Dwight Egan; Seth Egan; Chad Apuli; Cecilia Hutchins
**Subject:** Re: NIV India Results and My Comments

I'm not saying that they should do anything else. They clearly have done their best to resolve this. However, if the issue truly is low-level contamination on their end, what are we going to do about it? No amount of testing on our end is going to fix that. We should probably orchestrate a call to discuss. My guess is we won't be able to get everyone on the call until Monday. Seth, do you want to set up a convenient time for everyone?

Brent

On Apr 11, 2020, at 7:17 AM, Rebecca Garcia <r.garcia@codiagnostics.com> wrote:

Brent the testing needs to be done by us on respiratory samples of Asian origin. They provided all the types that are cross reacting. NIV made it clear they are running out of materials and they do not have time to spend just

2

on our test. They have already given us extra time on their end. They also have given us the sequences and material for their test so we can reproduce it.

Rebecca

Get Outlook for Android

---

**From:** Brent Satterfield <b.satterfield@codiagnostics.com>
**Sent:** Saturday, April 11, 2020 9:13:19 AM
**To:** Rebecca Garcia <r.garcia@codiagnostics.com>; Mayuranki Almaula <m.almaula@codiagnostics.com>; Swapnali <skulkarni@cosara.in>; Anurag Mehta <amehta@cosara.in>; Mohal Sarabhai <msarabhai@asence.com>; Dwight Egan <d.egan@codiagnostics.com>; Seth Egan <s.egan@codiagnostics.com>
**Cc:** Chad Apuli <c.apuli@codiagnostics.com>; Cecilia Hutchins <c.hutchins@codiagnostics.com>
**Subject:** RE: NIV India Results and My Comments

That is unfortunate news. At least it sounds like they are trying to be transparent and to go the extra mile. Their data still sharply contradicts data from our own lab and many other countries. I have the following observations:

- Samples from January and February should not be assumed negative. How do they know they are negative?
- What is the LOD of the test they are using to check their lab for contamination? Low-level contamination will be missed by a test with poor LOD the same as low-level positives.
- Why haven't any of the other high-quality test manufacturers (eg decent LOD) passed either?
- How did our specificity drop from 85% to 65%? I'm assuming we're still using the exact same test?

While I clearly believe the data is still flawed, maybe taking a different approach would provide a faster solution. They have been sufficiently respectful that maybe we need to make an equal show from our side. 1) We could go the extra mile and order respiratory panels at either SLC or India to show that there is no cross-reactivity. Or 2) we could simply lower our LOD to theirs by stopping the run or excluding data after cycle 30 or whatever cycle they stop at. That way, any contamination in their lab would no longer affect our test.

Brent

---

**From:** Rebecca Garcia
**Sent:** Saturday, April 11, 2020 6:04 AM
**To:** Mayuranki Almaula; Swapnali; Anurag Mehta; Mohal Sarabhai; Dwight Egan; Brent Satterfield; Seth Egan
**Subject:** NIV India Results and My Comments

The following is a report from NIV that needs action from us.

NIV tested the following points in this order:

1. First submission tested COVID samples with NIV assay and Saragene assay (produced in Ranoli), the results were 88% specificity and 100% sensitivity.
2. Second submission (CE-IVD kit sent from US) was tested for LOD first. They agree the sensitivity is much lower than their test. Agreed by both entities.
3. Second submission was then tested by 49 clinical samples against their NIV assay. 10 of 49 samples had very clear amplification curves between cycles 35-39 with our assay. These samples were negative with their assay. They tested for contamination it was not present. They pulled a respiratory panel of influenza viruses out that was known COVID negative and tested 13 samples with our test, their test, and several other real-time tests. Our test gave 6 of 13 positive for COVID from this respiratory panel. They decided to test more to confirm this was true. The went back to pre-covid samples stored in -80C freezer from Jan and Feb of 2019. They tested 8 samples that had other known respiratory infection and not COVID. All 8 of these samples showed positive COVID with our test between cycles 36-38 with clear amplification curves. None of the false positive samples were past cycle 39. All were confirmed with other real-time assays.

3

CoDI_00005109

She went on to tell me that contamination at the facility is conducted every Monday with swabs and run with real-time and other methods. She will send a list of specific types of virus that are cross reacting with our test. These include influenza A, B, H1N1.

She says the specificity for our test is now 65%; she is NOT recommending the assay.

4.      Recommendations from NIV:

a.              According to our own published paper, they point out that short primers have ability to prime with human DNA in the cells. They suggest we determine if the primers are mispriming with DNA from the clinical samples.

b.              She suggests increasing the Tm.

Based on the above information, we have agreed that she will tell the Chief regulatory agency that we are working on the test instead of reporting the 65% failed test. I told her that we would take the information and re-test based on the defined list of respiratory viruses she provides.

Here's my points:

1.      It is possible that the respiratory panel she tested could have COVID positives. She still has not confirmed the positives by sequencing to prove they are really a genome that is not full COVID. Using the real-time tests she is testing is not a way to prove this.

2.      We have tested influenza panels of all types and have never seen this amplification.

3.      It is possible that our reagents have acquired contamination from their lab and by the third test all are positive with contamination as it became homogenized

I am available to discuss. We need a clear and concise agreement for response from everyone on this mail.

Regards,

Rebecca A. Garcia, PhD
VP Product Development

<D4243A26293B405E8FF8837BAA4623F1.png>
2401 S. Foothill Dr., Suite D
Salt Lake City, Utah 84109
www.codiagnostics.com

Office: 1 (801) 438-1036
Mobile: 1 (864) 421-3757
Skype: rebecca.ashmore-garcia

This email and any attachments are confidential. Any use, copying or disclosure other than by the intended recipient is unauthorized. If you have received this message in error, please notify the sender immediately via 1(801)438-1036 or notify info@codiagnostics.com and delete this message and any copies from your computer and network.

CONFIDENTIAL

CoDI_00005110