# Exhibit 32

Message

| | |
|---|---|
| **From:** | Andrew Benson [a.benson@codiagnostics.com] |
| **Sent:** | 4/14/2020 7:13:32 PM |
| **To:** | Joseph Featherstone [j.featherstone@codiagnostics.com] |
| **CC:** | Seth Egan [s.egan@codiagnostics.com] |
| **Subject:** | Fwd: India testing |
| **Attachments:** | Validation_of_Commercial_Kits_02042020_NIV Pune(1).pdf |

This is what I've been telling people regarding the India test with the ICMR.

The summary of the 15 tests that failed and the 5 that passed is attached. Personally, I think we're in good company!

Best regards,

**Andrew Benson | Head of Corporate Communications**

**CO-DIAGNOSTICS, INC**
*Tailor-Made Life Saving Solutions*
2401 S Foothill Dr. Ste. D
**Salt Lake City, UT 84109**
www.codiagnostics.com
a.benson@codiagnostics.com

---------- Forwarded message ---------
From: **Andrew Benson** <a.benson@codiagnostics.com>
Date: Thu, Apr 9, 2020 at 4:12 PM
Subject: Re: India testing
To:                    **REDACTED**

Hi <sup>REDACTED</sup>,

Thanks for your patience.

To begin with, I want to point out that none of the customers of our U.S.-made and FDA authorized Logix Smart test have ever reported any results of the kind described following the ICMR testing process as they have internally validated the test prior to use, nor have we received any such feedback following distribution to other end users. In fact, quite the opposite is true, as the feedback we've received has been overwhelmingly positive.

To put the India test application in context, it might be helpful to explain that CoSara is following the guidelines established by the Indian government. The process works as follows:

Any test manufactured in India must first obtain a test license from the CDSCO, as CoSara has done. The test then needs to be evaluated by an approved ICMR institution, which publishes the release of the test based on their data and gives their recommendation, which the CDSCO will use to approve the test for manufacturing. However, the ICMR institution does not disclose which test they are using as a "gold standard" to determine a successful validation, whether this standard is commercially available with published performance

1

CONFIDENTIAL

CoDI_00073613

characteristics, or whether the extraction was performed in a manner matching that in our instructions for use. [*ed. note: since the time I wrote this, we determined the gold standard was a "home brew" but I don't know if that info is publicly verifiable or not, so up to you whether you want to tell Promega*] They also don't share any of their run files for secondary analysis to confirm they were interpreted correctly.

It is important to note that the CoSara test was only one of many tests that failed to meet the ICMR standards (of the 20 that were evaluated, only 5 passed). Other manufacturers in the same boat as CoSara include ABI, BGI, Genesig, Biogenomics, and even Roche. So CoSara was hardly an outlier.

We believe that testing guidelines should be evaluated when comparing new technology against older methods, especially since there was no indication that the ICMR lab confirmed discrepant results with a third method like sequencing.

An inability to catch true negatives is therefore only ONE possible explanation for results of the kind described following the India study. Among other explanations, the observations could also be the result of variability in the "gold standard" used, leading to the standard incorrectly considering a sample to be negative when in fact it contained genetic material for SARS-CoV-2. This means that, whereas the standard may have failed to identify a sample as positive (i.e. it yielded a false negative result), the CoSara test correctly identified a true positive.

Without being provided greater detail by the ICMR, it is frankly impossible to know what led to the results observed, which are contrary to all the feedback Co-Diagnostics has received for our FDA-authorized COVID-19 test.

Mr. Sarabhai and CoSara are working with government officials to have the test repeated in the next few days. The tests were also run before Co-Diagnostics had announced US FDA authorization, and we believe that this may carry some weight in the upcoming validation.

Finally, the Co-Diagnostics test that is manufactured in the US with emergency use authorization for use as an IVD is already allowed to be imported and used throughout India.

It's a long explanation for a complicated situation, but I hope this helps to clear things up.

Best regards,

**Andrew Benson | Head of Corporate Communications**

**CO-DIAGNOSTICS, INC**
*Tailor-Made Life Saving Solutions*
2401 S Foothill Dr. Ste. D
**Salt Lake City, UT 84109**
www.codiagnostics.com
a.benson@codiagnostics.com

On Wed, Apr 8, 2020 at 10:55 AM        **REDACTED**        wrote:
Please advise me of what happen with the test failure in India.

there are numerous stories posted.

CONFIDENTIAL                                        CoDI_00073614

Please advise with an update .

**REDACTED**

3

CONFIDENTIAL

CoDI_00073615