# Exhibit 33

**Guidelines for use of commercial kits for nasal/throat swab based diagnosis of COVID-19 in India, 2 April, 2020**

- Currently, RT-PCR probes for diagnosis of COVID-19 are procured from USA by ICMR-NIV and are distributed to the testing laboratories across the country
- ICMR welcomes use of commercial kits for diagnosis of COVID-19
- US FDA EUA/CE IVD approved kits can be used directly after due approval from DCGI and intimation to ICMR
- ICMR has established a fast-track mechanism for validation of non US FDA EUA/CE IVD approved kits at ICMR NIV. Test kits with 100% concordance among true positive and true negative samples will be approved for commercial use in India
- ICMR NIV has completed evaluation of **20** non- US FDA EUA/CE IVD kits. The results of the validation are summarized in the following table

| Name of Company | Name of the Kit | Concordance among true negative (%) | Concordance among true positive (%) |
|---|---|---|---|
| 1. Altona Diagnostics | RealStar SARS-CoV-2 RT-PCR kit 1.0 | 100% | 100% |
| 2. MY LAB | Patho Detect | 100% | 100% |
| 3. BGI | Real Time Fluorescent RT-PCR Kit for detecting 2019-nCoV | 100% | 90% |
| 4. Krishgen Bio System | SARS-CoV-2 Coronavirus Real Time RT-PCR (RT-qPCR) Detection Kit v1 | 100% | 80% |
| 5. ABI | TaqMan 2019-nCoV Control    Kit v1 | 100% | 90% |
| 6. HIMEDIA | Hi –PCR Corona Virus (CoViD-19) Probe PCR Kit | 100% | 5% |
| 7. HUWEL | Quantiplus Coronavirus (2019nCoV) detection kit | 100% | 40% |
| 8. IIT-Delhi | SYBR Green based one step QRT-PCR | 98% | 10% |
| 9. KILPEST (BLACKBIO) | TRUPCR | 100% | 75% |
| 10. Genesig | Coronavirus (COVID19) genesig  Real Time PCR Assay | 100% | 84% |
| 11. Roche | LightMix Modular SARS and Wuhan CoV E gene | 91% | 100% |
| 12. Roche | LightMix Modular SARS and Wuhan CoV N gene | 93% | 67% |
| 13. Roche | LightMix Modular Wuhan RdRp gene | 100% | 60% |
| 14. Seegene | Allplex 2019-nCoV assay | 100% | 100% |
| 15. SD Biosensor | nCoV Real-Time Detection kit | 100% | 100% |
| 16. AmpliGene India Biotech | AmpEZ Covid -19 using real-time PCR machine | Inconclusive results. Needs further product development | |
| 17. AmpliGene India Biotech | AmpEZ Covid -19 using Ampligene device | Inconclusive results. Needs further product development | |
| 18. Biogenomics | COVID -19 detection kit | 82% | 100% |
| 19. COSARA Diagnostics | SARAGENE Corona Virus (2019 NCV) test kit | 88% | 100% |
| 20. KILPEST (3B BLACKBIO) | TRUPCR SARS-CoV-2RT-qPCR kit version 2 | 100% | 100% |

(Sensitivity and specificity of the kits could not be calculated since there were no false positive and false negative samples)

- ICMR recommends these results and the Central Drugs Standard Control Organization (CDSCO) has been intimated.

1

CONFIDENTIAL

CoDI_00073616