# Exhibit 34

Message
_____

**From:**         Brent Satterfield [b.satterfield@codiagnostics.com]
**Sent:**         4/2/2020 3:39:11 PM
**To:**           Chad Apuli [c.apuli@codiagnostics.com]; Cecilia Hutchins [c.hutchins@codiagnostics.com]
**Subject:**      FW: Performance Evaluation Results
**Attachments:**  200319 COVID19 RdRp Gene Selection.pdf; 200319 COVID19 Multiple Markers.pdf


FYI

_____

**From:** Brent Satterfield
**Sent:** Thursday, April 2, 2020 10:37 AM
**To:** Mohal Sarabhai; Mayuranki Almaula; Anurag Mehta; Rebecca Garcia; Seth Egan; Dwight Egan; Andrew Benson; Reed Benson
**Cc:** 'Swapnali'
**Subject:** Performance Evaluation Results

Anurag,

Thank you for providing the results. After consulting with Ike and Rebecca, we agree with you – if our sensitivity is higher than whatever "gold standard" ICMR is using, then resubmitting will not help.

For your consideration, I have attached a marketing write up of our results compared to the CDC primer set along with a comparison of gene alignments. We know 1) that we are more sensitive than the CDC primer set in picking up low-level positives and 2) that our primers match a higher percentage of COVID-19 strains than the CDC primer set. If the ICMR is using the CDC primer set (or another test based on a similar principle), then we already know we will pick up more positives than they do. There is a decent likelihood, as you suggested, that our actual specificity is much higher. If that is the case, then the labs that scored 100% sensitivity and specificity by ICMR actually have a sensitivity below 100%.

On the flip side, ICMR has run a lot of tests now by a lot of manufacturers – do we know what measures they are taking to prevent contamination? Out of hundreds of runs in our lab and in comparisons of our test versus others in a number of countries, we have had no false positive results. While no test is ever 100% specific, I find the results by ICMR inconsistent with what we know about our test. There is no way that a test with 100% specificity across hundreds of samples had a 12% false positive rate.

All that being said, the real question for your team to answer is – what do we do about it? From our perspective, we cannot improve on 100% sensitivity and 100% specificity. Without knowing exactly what ICMR did and what the gold standard was, it will be hard to respond. How do we show the problem is not with our test? Even if we prove that our test was not wrong, it would mean the ICMR admitting they were wrong. It would change the sensitivity score of all the other labs (eg the labs who got 100% sensitivity and specificity would actually have less than 100% sensitivity and no longer pass the bar that has been set). This could be a very uncomfortable admission for the ICMR. Also, is it even necessary? There is a high likelihood we will have FDA approval before you can resubmit to ICMR.

Brent
Chief Scientific Officer
Co-Diagnostics, Inc


_____
**From:** Anurag Mehta <amehta@synbiotics.in>
**Sent:** Thursday, April 2, 2020 5:31:57 AM

**Exhibit
0008**
Hutchins

CONFIDENTIAL                                                                    CoDI_00007437

**To:** 'Mohal Sarabhai' <msarabhai@asence.com>; Mayuranki Almaula <m.almaula@codiagnostics.com>; Rebecca Garcia <r.garcia@codiagnostics.com>; Seth Egan <s.egan@codiagnostics.com>; Dwight Egan <d.egan@codiagnostics.com>; Andrew Benson <a.benson@codiagnostics.com>
**Cc:** 'Swapnali' <skulkarni@cosara.in>
**Subject:** Performance Evaluation Result

Dear All,

Today the results of PE are published on ICMR site and unfortunately our score is not that satisfactory. Please refer our score for concordance among true negative and true positive respectively.
The requirement is 100% for both the parameters. (attached).

We have submitted this results to CDSCO for granting the permission for manufacturing but I am having doubts, which I am listing below:

CDSCO will again raise the query that "the results of PE are not meeting the ICMR requirements and so the product needs improvements to meet the criteria"

In that case we will not be granted manufacturing license and some improvement needs to be done on this product at SLC or may be some minor concentration changes at Cosara using existing components only.

After doing that we can again submit the sample (version 2) to NIV for evaluation. (here also the risk is involved that we may get the same or even not better results as the existing one).

On the positive side if we say or propose that our product is more sensitive so it shows +ve results even with very less numbers of copies and that has happened with 100-88=12% of samples.

The counter thoughts says that when NIV has established standards in India for comparison of commercial kits, it is difficult to believe that they have not verified their standards at the lowest possible levels (limit of detection).

I am sure NIV and ICMR must have done enough work on this before declaring their standards.

And even if it is so, it can't be as high as 12%. It can be understood or interpreted if it 1% or 2%.

Can we think of any cross-reactivity during the test, other than claimed in the technical dossier?

However we will have to wait till April 03, 2020 to get the intimation from CDSCO. If they allow us, we will get the manufacturing license and start manufacturing but if they don't accept the PE report, we will have to think on next line of action.

Thanks.

Anurag Mehta
Chief Operating Officer
(M)+91 9909001737

2

CONFIDENTIAL                                                                      CoDI_00007438