# Exhibit 35

Message

---

**From:**      Brent Satterfield [b.satterfield@codiagnostics.com]
**Sent:**      4/9/2020 6:40:47 PM
**To:**        Rebecca Garcia [r.garcia@codiagnostics.com]; Mayuranki Almaula [m.almaula@codiagnostics.com]; Mohal Sarabhai
               [msarabhai@asence.com]; Anurag Mehta [amehta@cosara.in]; Swapnali [skulkarni@cosara.in]; Kenneth KC
               Bramwell [K.Bramwell@codiagnostics.com]
**Subject:**   RE: URGENT REVIEW

Mayu,

I haven't read the ICMR protocol yet, but if Rebecca is right about them excluding results over 30 cycles – that's the reason for our discrepancy. They need to do an LOD analysis with known sample concentrations of their test versus ours. This will reveal that ours is more WAY more sensitive. We will be able to detect viral load at roughly 100x lower concentrations because we can run ours all the way out to the theoretical single copy detection (Ct = 37). We don't have false positives from primer dimers (show them our white paper under request to keep it confidential). That's why we don't have to stop at cycle 30 and can keep running ours long enough to pick up low level positives. I don't care how many times they rerun a low-level positive, it will never show up below cycle 30.

Brent

---

**From:** Rebecca Garcia
**Sent:** Thursday, April 9, 2020 3:56 AM
**To:** Mayuranki Almaula; Brent Satterfield; Mohal Sarabhai; Anurag Mehta; Swapnali
**Subject:** RE: URGENT REVIEW

Mayu,

From this information on the ICMR website, they have to be comparing our test to the confirmatory test because it is the only SOP that uses RdRp gene. If they are not- therein lies the problem. Looking at ICMR SOP including RdRp and ORF for confirmation, their SOP for testing is for a home brew using Taqman-based forward, reverse and probe. This is the first issue, they are comparing with a home brew assay not an equivalent commercialized test.
I took those published sequences for their test and screened them for insilico cross reactivity using the NCBI nucleotide nBLAST. The RdRp forward that they are using is not specific to COVID-19. The forward primer hits 6-pangolin coronavirus isolates within the first 50 hits query 100%, E value 0.29 and identity 95%. The reverse primer is even worse in specificity to COVID-19. In the first 56 hits, it hits 51 bat coronavirus strains with 100% query E value 0.0171 and identity 92% and 5 beta coronavirus hits. Only their probe is 100% COVID-19 in the blast search. This type of information would immediately raise suspicion of their test being 100% specific to COVID-19 since it is possible their primers amplify other coronavirus strains. Our materials are 100% to COVID-19 and have been tested insilico and in the lab. Mayu,our forward and reverse is a total of 62 bp.

Other limitations of their SOP:
1.      They are limiting the LoD to amplification between cycles 20-30 only and say "if positive sample is not achieved within then they repeat under stricter adherence". So what about low level viral detection? Our assay is confirmed LOD past this to around cycle 38.
2.      They indicate any amplification of NTC is evidence of sample contamination. They do not identify the type of nuclease free water they are using. Just of note, we have already found that some brands of nuclease free water in India can have impurities. I also have to add that amplification of the NTC can also be contamination in the reagents or primer dimer formed by nonspecific binding.
3.      In the limitations sections, they mention false negatives due to collection or excess DNA/RNA which is a little misleading as excess RNA would increase the Ct value <20cycles. They do not mention false positives.
Details to point out:

CONFIDENTIAL                                                                                                    CoDI_00008142

1.    Difference in technology
2.    Specificity to COVID-19
3.    LOD limitations in protocol

Regards,

Rebecca A. Garcia, PhD
VP Product Development



2401 S. Foothill Dr., Suite D
Salt Lake City, Utah 84109
www.codiagnostics.com

Office: 1 (801) 438-1036
Mobile: 1 (864) 421-3757
Skype: rebecca.ashmore-garcia

This email and any attachments are confidential. Any use, copying or disclosure other than by the intended recipient is unauthorized. If you have received this message in error, please notify the sender immediately via 1(801)438-1036 or notify info@codiagnostics.com and delete this message and any copies from your computer and network.

---

**From:** Mayuranki Almaula
**Sent:** Thursday, April 9, 2020 1:24 AM
**To:** Rebecca Garcia; Brent Satterfield
**Subject:** URGENT REVIEW

https://icmr.nic.in/content/covid-19

CO-DIAGNOSTICS INC.

Mayuranki Almaula
Partnerships and Alliances
www.codiagnostics.com
408 569 5768 US
+916358751985 INDIA

2

CONFIDENTIAL

CoDI_00008143