# Exhibit 36

Message
---

**From:**        Brent Satterfield [b.satterfield@codiagnostics.com]
**Sent:**        4/10/2020 7:53:31 PM
**To:**          Rebecca Garcia [r.garcia@codiagnostics.com]; Mayuranki Almaula [m.almaula@codiagnostics.com]
**Subject:**     Write up

Mayu,

The goal here is to take away any blame from the Indian government and point to a systemic problem with PCR testing in general – a problem for which we have the answer. If we can make our statements cooperative in nature, then maybe they will receive us with open arms:

The LogixSmart COVID-19 test has repeatedly shown better detection limits than other tests that divide sample among multiple wells and/or that stop the PCR early (eg by rejecting results after a certain cycle). This means that **it will accurately detect more low-level positives than other tests** that use multiple wells or that stop the PCR early.

While running a full-length PCR and using all of the data is far more sensitive, many test designers are forced to reject data after a certain cycle due to false positives stemming from primer-dimer formation. Primer-dimers are non-specific amplification products that form when the primers amplify each other instead of the target template. They frequently show up in technologies using Taqman probes and occur at even higher rates when incorporated into single-step RT-PCR tests, such as the COVID-19 tests.

Rejecting data at later PCR cycles may avoid primer-dimer false positives, but it also causes a significant loss in sensitivity such as is shown in the table below. Real-time PCR that is 100% efficient can generally detect a single copy of DNA within 37 cycles. However, if only the data before cycle 30 is used, then it requires 100 copies, a 100 times worse limit of detection. This worsening of detection limits continues as the cycle cutoff is lowered even further. This means that low-level, but otherwise positive samples will be missed by PCR tests that do not use the data from the full PCR run (eg they will have false negatives).

| Cycle Cutoff | Limit of Detection |
|---|---|
| 37 | 1 copy |
| 30 | 100 copies |
| 24 | 10,000 copies |

The LogixSmart COVID-19 test bypasses primer-dimers seen in tests using Taqman probes and other related PCR technologies by using the most advanced PCR primers on the market: Co-primers. In a peer-reviewed study, Co-primers were shown to reduce primer-dimers by up to 2.5 million times compared to the primers used in Taqman and other tests ("Cooperative primers: 2.5 million-fold improvement in the reduction of nonspecific amplification" J Mol Diagn. 2014 Mar;16(2):163-73).

This means that the LogixSmart COVID-19 test can run many cycles with even less false positives than tests that cutoff the PCR early or that use multiple markers. Because the test is done in a single well (eg the sample does not have to be divided) and because it runs the full length of the PCR, it has a much better limit of detection than other tests that don't.

The LogixSmart COVID-19 test has received FDA EUA and is CE-IVD marked with a stated sensitivity and specificity of 100%. Results from as-of-yet unpublished evaluations of our test in places like Italy, Israel, Australia, Ireland, the UK, etc, have led to many government tenders and private sector contracts. We are currently approved for sale and selling in dozens of countries. We have no question about our test performance.

CONFIDENTIAL                                                                    CoDI_00008156

We would ask that in any study using our test or components of our test, that the enhanced sensitivity be taken into consideration. In literally thousands of runs during development and after, we have not seen a single false positive from primer-dimers, something that cannot be said by the majority of tests on the market.

One way to resolve discrepancies between our test and a gold standard is by doing a limit of detection analysis for both tests. We are confident that our limit of detection in a side-by-side comparison will reveal our superior sensitivity and show the reason why we detect more positives than other tests that use multiple wells and/or stop the PCR early, including those that reject positives after a certain cycle. We believe that by making the way open for tests with higher sensitivity, the government of India and its people will be more effective in stopping the spread of COVID-19.

Thank you for your consideration.

CONFIDENTIAL

CoDI_00008157