# Exhibit 37

Message

**From:**      Cameron Gundry [c.gundry@codiagnostics.com]
**Sent:**      4/24/2020 4:26:42 PM
**To:**              **REDACTED**              : Chad Apuli [c.apuli@codiagnostics.com]; Cecilia Hutchins
[c.hutchins@codiagnostics.com]; Brent Satterfield [b.satterfield@codiagnostics.com]; Dallon Durfey
[d.durfey@codiagnostics.com]
**CC:**

# REDACTED

**Subject:**   Re: Customer complaint: NEW RESULTS FROM LAB- LOT 179 PROBLEMS AGAIN

REDACTED

We will call you via what's app in a few min. I will be with Chad. It is very hard to believe this is systematic contamination, due to the late Cqs, and still lack of very many NC. Our lot had no contamination detected and we can directly confirm here with retained tubes.

They would really need to run something like 10 negatives from the exact suspected lot. It is also possible we are getting higher sensitivity than the reference PCR tests. Our Cqs are very real. In the 30-32 range they are certainly valid results, indicating material was amplified above the LOD....

One thing to peruse in the next few minutes before the call is our data from recent Mexican gov evaluation. Though in Spanish you can see that our kits were passed and found of high quality in a systematic independent evaluation published to the public.

General link:
https://www.gob.mx/salud/documentos/evaluaciones-provisionales-en-apoyo-a-la-emergencia-por-la-pandemia-de-la-enfermedad-covid-19?state=published

Our kit:

https://www.gob.mx/cms/uploads/attachment/file/547725/Kit_para_Coronavirus_2019_Logix_SmarthTM__COVID-19___Raver_Aplicaciones_.pdf

But, we will review this in a few min via phone.

Thanks,

Cameron Gundry, M.Sci
Director of Commercialization LATAM/EUR

CO-DIAGNOSTICS INC.

Cell: 1-435-237-7434
Email: c.gundry@codiagnostics.com
Web: www.codiagnostics.com

*2401 Foothill Drive*
*SLC, UT 84109, USA*



EXHIBIT
satterfield
14
5·16·2023

CONFIDENTIAL

**From:** **REDACTED**
**Sent:** Friday, April 24, 2020 9:47 AM
**To:** Chad Apuli <c.apuli@codiagnostics.com>; Cecilia Hutchins <c.hutchins@codiagnostics.com>; Seth Egan <s.egan@codiagnostics.com>; Cameron Gundry <c.gundry@codiagnostics.com>
**Cc:** **REDACTED**
**REDACTED**
**REDACTED**
**Subject:** Re: Customer complaint: NEW RESULTS FROM LAB- LOT 179 PROBLEMS AGAIN

Yes that is correct and I can speak then! Let me know how you want to talk.

Sent from Outlook Mobile

---

**From:** Cameron Gundry <c.gundry@codiagnostics.com>
**Sent:** Friday, April 24, 2020 6:45:40 PM
**To:** **REDACTED**    Chad Apuli <c.apuli@codiagnostics.com>; Cecilia Hutchins <c.hutchins@codiagnostics.com>; Seth Egan <s.egan@codiagnostics.com>
**Cc:** **REDACTED**
**REDACTED**
**Subject:** Re: Customer complaint: NEW RESULTS FROM LAB- LOT 179 PROBLEMS AGAIN

19:30 your time (10:30 AM Mountain time) it is? That would be in 45 minutes, correct?

Cameron Gundry, M.Sci
Director of Commercialization LATAM/EUR

CO-DIAGNOSTICS INC.

Cell: 1-435-237-7434
Email: c.gundry@codiagnostics.com
Web: www.codiagnostics.com

2401 Foothill Drive
SLC, UT 84109, USA

---

**From:** **REDACTED**
**Sent:** Friday, April 24, 2020 8:14 AM
**To:** Chad Apuli <c.apuli@codiagnostics.com>; Cecilia Hutchins <c.hutchins@codiagnostics.com>; Seth Egan <s.egan@codiagnostics.com>; Cameron Gundry <c.gundry@codiagnostics.com>
**Cc:** **REDACTED**
**REDACTED**
**Subject:** Re: Customer complaint: NEW RESULTS FROM LAB- LOT 179 PROBLEMS AGAIN

CONFIDENTIAL

CoDI_00004908

Hello, I am available now until 18:00 pm Greek time (it is now 17:13) and then again from 19:30 onwards. Let me know what works for you.

Best,
REDACTED

Sent from Outlook Mobile

From: Cameron Gundry <c.gundry@codiagnostics.com>
Sent: Friday, April 24, 2020 5:08:22 PM
To:                    REDACTED                    ; Chad Apuli <c.apuli@codiagnostics.com>; Cecilia Hutchins
<c.hutchins@codiagnostics.com>; Seth Egan <s.egan@codiagnostics.com>
Cc:                                        REDACTED

# REDACTED

Subject: Customer complaint: NEW RESULTS FROM LAB- LOT 179 PROBLEMS AGAIN

REDACTED

Plz schedule a time to go over these results with us today. We need to resolve this issue.

Thanks,

Cameron Gundry, M.Sci
Director of Commercialization LATAM/EUR

CO-DIAGNOSTICS INC.

Cell: 1-435-237-7434
Email: c.gundry@codiagnostics.com
Web: www.codiagnostics.com

2401 Foothill Drive
SLC, UT 84109, USA

From:                    REDACTED
Sent: Friday, April 24, 2020 7:17 AM
To: Cameron Gundry <c.gundry@codiagnostics.com>
Cc:                                        REDACTED

# REDACTED

Subject: RE: NEW RESULTS FROM LAB- LOT 179 PROBLEMS AGAIN

Hi Cameron,

Thank you for the swift response but unfortunately the situation has gone from bad to worse. After the run that you saw yesterday (performed with LOT206), where all seemed well the lab performed a test today that was riddled with false positive results. The only logical explanation is that there is an issue with LOT179. Specifically, they tested a batch of

CONFIDENTIAL

samples with LOT179 and the results revealed 8 positive samples (please see attached file). They then used the Cepheid platform, Certest and Primer Design to confirm the results from the Logix Smart. Logix Smart showed 8 positive results and **only 1 was confirmed** with reagents of the other three companies.

**The results with Cepheid, Primer Design and Certest were all identical to each other showing only one positive sample (sample C2).**

As you can understand, this has created huge problems for us and is putting our credibility in jeopardy. This lab is the biggest private diagnostic lab in Greece a key opinion leader and the second highest grossing client for Biodynamics SA. Currently, of the **52 kits we have sold, 42 kits went to them and the remainder of our stock was earmarked for them making them 85% of our COVID business.** The lab has decided to stop using our kits and we are fighting tooth and nail to convince them that this is an isolated event, but we need your help and assurance that this will not happen again. Due to our excellent relationship with the lab manager, (who unfortunately is not the decision maker) we have convinced them to try and run one more test with a different LOT which we provided FOC. Needless to say this does not mean that they will continue using this kit but we are trying to rectify the situation by all means necessary.

As you can understand this is a really time-sensitive issue and our collaboration with this lab is hanging on by a thread. We need to know ASAP whether other labs have reported problems with this LOT and a formal response from Co-Diagnostics.

I am available to discuss this further, and await your proposals in order to rectify the situation.

Kind regards,
REDACTED

# REDACTED

# REDACTED

**From:** Cameron Gundry <c.gundry@codiagnostics.com>
**Sent:** Thursday, April 23, 2020 7:05 PM
**To:**                **REDACTED**
**Subject:** Re: NEW RESULTS FROM LAB

Honestly I think ours is more sensitive. But, I can't see exactly which sample. See evaluation here from Mexico

https://www.gob.mx/salud/documentos/evaluaciones-provisionales-en-apoyo-a-la-emergencia-por-la-pandemia-de-la-enfermedad-covid-19?state=published

Evaluaciones provisionales en apoyo a la emergencia por la pandemia de la enfermedad COVID-19 | Secretaría de Salud | Gobierno | gob.mx

CoDI_00004910

Para más información deberá dirigirse con la encargada de la Coordinación de Gestión de Evaluaciones de Pruebas Diagnósticas: M. en I.B.B. Claudia Gómez Palomino al teléfono 5342-7550 ext. 59570, quien lleva a cabo la administración de las evaluaciones técnicas de pruebas estuches diagnósticos comerciales y mantiene el flujo de información entre los implicados sobre las actividades ...

www.gob.mx

Cameron Gundry, M.Sci
Director of Commercialization LATAM/EUR

 CO-DIAGNOSTICS INC.

Cell: 1-435-237-7434
Email: c.gundry@codiagnostics.com
Web: www.codiagnostics.com

*2401 Foothill Drive
SLC, UT 84109, USA*

**From:**           **REDACTED**
**Sent:** Thursday, April 23, 2020 2:15 AM
**To:** Cameron Gundry <c.gundry@codiagnostics.com>
**Subject:** NEW RESULTS FROM LAB

Hi Cameron,

As promised here are the results from a new run including appropriate controls (at the lab who made the complaint). In this case they saw 3 positive results. Two out of the three results were confirmed by Certest and Primer design but the third one (sample 200529) showed up negative with the other two kits. What do you think? Thank you for all your support.

Kind regards,
**REDACTED**

# REDACTED

# REDACTED

CONFIDENTIAL

CoDI_00004911