# Exhibit 38

Message

---

**From:** Cameron Gundry [c.gundry@codiagnostics.com]
**Sent:** 4/24/2020 3:08:12 PM
**To:** Brent Satterfield [b.satterfield@codiagnostics.com]
**CC:** Kenneth KC Bramwell [K.Bramwell@codiagnostics.com]; Jana Kent [j.kent@codiagnostics.com]; Chad Apuli [c.apuli@codiagnostics.com]; Cecilia Hutchins [c.hutchins@codiagnostics.com]
**Subject:** Re: Serious complaint from Greek distributor

Brent,

Very good comments. Thank you for looking at these. They seem to be blaming that specific lot but I don't buy it either. We do need to investigate it carefully though and the customer wants to speak w/ us today (distributor).

Cameron Gundry, M.Sci
Director of Commercialization LATAM/EUR



Cell: 1-435-237-7434
Email: c.gundry@codiagnostics.com
Web: www.codiagnostics.com

*2401 Foothill Drive*
*SLC, UT 84109, USA*

---

**From:** Brent Satterfield <b.satterfield@codiagnostics.com>
**Sent:** Friday, April 24, 2020 9:03 AM
**To:** Cameron Gundry <c.gundry@codiagnostics.com>
**Cc:** Kenneth KC Bramwell <K.Bramwell@codiagnostics.com>; Jana Kent <j.kent@codiagnostics.com>
**Subject:** RE: Serious complaint from Greek distributor

Highly unlikely that we would detect that many more positives than Cepheid, especially in the Negative Control. Strongly suspect contamination here. I notice the following trends:

- All the potential contamination is clustered in tubes right beside each other. That doesn't look random.
- The bulk of the contamination is showing up around cycle 31. Theoretically that should be close to 100 copies/reaction. If our test was contaminated with that much material, then every run would show up positive.
- They also seem to have a small issue with background correction. It looks like they may have had one or two positives on the chart from failing to normalize the background appropriately. Perhaps due to the number of unexpected positives, they didn't take that step.

Cameron, it is highly unlikely that the contamination came form our lab – because 1) we have highly clean manufacturing environments 2) we do extensive QC that would have caught the level of contamination they are reporting 3) At 100 copies/rxn, all the reactions should have been showing up positive if it was contamination of the MM 4) The reactions with contamination were clustered together in a non-random way.

1

CoDI_00005338

All that being said, Chad should have aliquots of that lot at the lab that can be used to verify that there is no contamination in the lot. Once we have verified that, we can politely notify your distributor that the contamination probably occurred on the end of the lab running the test. To prove it, they can open a new tube of master mix and a new negative control from the SAME lot.

Finally, it may behoove us to have a policy in place for dealing with disgruntled customers who do not have the patience to work through problems created on their end (eg do we provide a refund just to cleanly sever the relationship?) While this hasn't happened yet, it might not hurt to be prepared. I have no question our test is working but the field data is also convincing me that not every lab knows how to work with PCR testing.

Brent

---

**From:** Cameron Gundry
**Sent:** Friday, April 24, 2020 8:11 AM
**To:** Brent Satterfield
**Cc:** Kenneth KC Bramwell; Jana Kent
**Subject:** Serious complaint from Greek distributor

I've cc'ed Cecilia and Chad in a separate email. Do you think that the results we are seeing are actually better sensitivity? But, I do see a NC coming up here. Could our lot be contaminated?

Cameron Gundry, M.Sci
Director of Commercialization LATAM/EUR


CO-DIAGNOSTICS INC.

Cell: 1-435-237-7434
Email: c.gundry@codiagnostics.com
Web: www.codiagnostics.com

*2401 Foothill Drive*
*SLC, UT 84109, USA*

---

**From:**                    **REDACTED**
**Sent:** Friday, April 24, 2020 7:17 AM
**To:** Cameron Gundry <c.gundry@codiagnostics.com>
**Cc:**                    **REDACTED**

# REDACTED

**Subject:** RE: NEW RESULTS FROM LAB- LOT 179 PROBLEMS AGAIN

Hi Cameron,

Thank you for the swift response but unfortunately the situation has gone from bad to worse. After the run that you saw yesterday (performed with LOT206), where all seemed well the lab performed a test today that was riddled with false positive results. The only logical explanation is that there is an issue with LOT179. Specifically, they tested a batch of samples with LOT179 and the results revealed 8 positive samples (please see attached file). They then used the Cepheid platform, Certest and Primer Design to confirm the results from the Logix Smart. Logix Smart showed 8 positive results and **only 1 was confirmed** with reagents of the other three companies.

2

CONFIDENTIAL

**The results with Cepheid, Primer Design and Certest were all identical to each other showing only one positive sample (sample C2).**

As you can understand, this has created huge problems for us and is putting our credibility in jeopardy. This lab is the biggest private diagnostic lab in Greece a key opinion leader and the second highest grossing client for **REDACTED** Currently, of the **52 kits we have sold, 42 kits went to them and the remainder of our stock was earmarked for them making them 85% of our COVID business**. The lab has decided to stop using our kits and we are fighting tooth and nail to convince them that this is an isolated event, but we need your help and assurance that this will not happen again. Due to our excellent relationship with the lab manager, (who unfortunately is not the decision maker) we have convinced them to try and run one more test with a different LOT which we provided FOC. Needless to say this does not mean that they will continue using this kit but we are trying to rectify the situation by all means necessary.

As you can understand this is a really time-sensitive issue and our collaboration with this lab is hanging on by a thread. We need to know ASAP whether other labs have reported problems with this LOT and a formal response from Co-Diagnostics.

I am available to discuss this further, and await your proposals in order to rectify the situation.

Kind regards,

# REDACTED

---

**From:** Cameron Gundry <c.gundry@codiagnostics.com>
**Sent:** Thursday, April 23, 2020 7:05 PM
**To:**                    **REDACTED**
**Subject:** Re: NEW RESULTS FROM LAB

Honestly I think ours is more sensitive. But, I can't see exactly which sample. See evaluation here from Mexico

https://www.gob.mx/salud/documentos/evaluaciones-provisionales-en-apoyo-a-la-emergencia-por-la-pandemia-de-la-enfermedad-covid-19?state=published

Evaluaciones provisionales en apoyo a la emergencia por la pandemia de la enfermedad COVID-19 | Secretaría de Salud | Gobierno | gob.mx

Para más información deberá dirigirse con la encargada de la Coordinación de Gestión de Evaluaciones de Pruebas Diagnósticas: M. en I.B.B. Claudia Gómez Palomino al teléfono 5342-7550 ext. 59570, quien lleva a

3

CONFIDENTIAL

CoDI_00005340

cabo la administración de las evaluaciones técnicas de pruebas estuches diagnósticos comerciales y mantiene el flujo de información entre los implicados sobre las actividades ...

www.gob.mx

Cameron Gundry, M.Sci
Director of Commercialization LATAM/EUR

CO-DIAGNOSTICS INC.

Cell: 1-435-237-7434
Email: c.gundry@codiagnostics.com
Web: www.codiagnostics.com

*2401 Foothill Drive*
*SLC, UT 84109, USA*

---

**From:** **REDACTED**
**Sent:** Thursday, April 23, 2020 2:15 AM
**To:** Cameron Gundry <c.gundry@codiagnostics.com>
**Subject:** NEW RESULTS FROM LAB

Hi Cameron,

As promised here are the results from a new run including appropriate controls (at the lab who made the complaint). In this case they saw 3 positive results. Two out of the three results were confirmed by Certest and Primer design but the third one (sample 200529) showed up negative with the other two kits. What do you think? Thank you for all your support.

Kind regards,

# REDACTED

4

CONFIDENTIAL

CoDI_00005341