# Exhibit 39

Message

| | |
|---|---|
| **From:** | Denny Crockett [dennycrockett@gmail.com] |
| **Sent:** | 4/17/2020 4:51:20 PM |
| **To:** | **REDACTED** Chad Apuli [c.apuli@codiagnostics.com]; Cecilia Hutchins [c.hutchins@codiagnostics.com] |
| **CC:** | **REDACTED** |
| **Subject:** | Re: Final Feedback from Government Laboratory in South Africa |

I've sent this to our lab. I am very interested to hear their process in validation. Did the positive samples used in this study have any degradation? How were the tests maintained? What extraction was used? Something worth asking would be if the missed positives for our assay and the reference assay were run at the same time, or if the reference assay was tested in the past, and then our assay was used with it. It could be that there was some degradation in the time between, or it could have been a unique extraction from the same sample. We have not seen any results like this from customers using all around the world. We know the sensitivity of our tests are very good. There is no way that the FDA would have approved an EUA with those numbers the government lab gave you. Forgive me for being highly skeptical of how this person at the government lab responded .
There are a few possibilities with these results.

1-Positive sample had degraded
2-Testing kits were not properly maintained (kept frozen)
3-Some sort of extraction issue
4-Perhaps this "known positives" could have possible had some false positives
4-Unfair evaluation from a government entity that is in bed with Roche, Cephiad etc..

Denny

On Fri, Apr 17, 2020 at 8:04 AM **REDACTED** wrote:
Dear Denny,

Please see final results from the government laboratory after running clinical samples with Logix Smart COVID-19. Unfortunately, the final sensitivity was not acceptable to them.

Could you please ask your scientific team for a response?

"Dear **REDACTED**,

With regards to the verification of the Logix Smart ncov real-time PCR assay this the final update following additional PCR and sensitivity analysis. As I informed you in our telephonic discussion just looking at pos/neg the assay performed well for the specimens tested, but that I didn't do a sensitivity analysis. Following our sensitivity analysis looking at all data combined the Logix assay missed positives that had a Cq of 33 and above on the reference assay. In summary 5/12 (42%) positives were missed. Therefore concerns with the Logix assay is that very early and later stages of infection will be missed."

Kind regards,

**REDACTED**

1

CoDI_00075397

# REDACTED

# REDACTED

---

DISCLAIMER: This e-mail (including any attachments) is confidential and may be privileged with intent towards the recipient. If you have received it by mistake, please notify the sender by e-mail and delete this message from your system. Any unauthorised use or dissemination of this e-mail in whole or in part is strictly prohibited.

Please consider the environment before printing this email and/or any related attachments

2

CONFIDENTIAL

CoDI_00075398