# Exhibit 47



Subscribe

TRENDING     Mars moon photo     Air purifiers for allergies     Heaviest Schrödinger's cat     Giant snakes     Gene thera

When you purchase through links on our site, we may earn an affiliate commission. Here's how it works.

# Even if you test negative for COVID-19, assume you have it, experts say

News     By Nicoletta Lanese published April 03, 2020

No diagnostic test is 100% accurate, but experts have still expressed concern at the accuracy of the COVID-19 tests.

             ✉     💬 Comments (7)



(Image credit: Shutterstock)

CORONAVIRUS FAQ

▼

—Coronavirus in the US: Map & cases
—What are the symptoms of COVID-19?
—How deadly is the new coronavirus?
—How long does coronavirus last on surfaces?
—Is there a cure for COVID-19?
—How does COVID-19 compare with seasonal flu?
—How does the coronavirus spread?

Advertisement



CLOSE

Which Animals Will Surviv…

PLAY SOUND   ▶

🔇   03:59   ▦   ⚙   ▣   ⤢

# LIVE

Conventional diagnostic tests for the novel coronavirus may give false-negative results about 30% of the time, meaning people with an active COVID-19 infection still test negative for the disease, according to news reports.

"Unfortunately, we have very little public data on the false-negative rate for these tests in clinical practice," Dr. Harlan M. Krumholz, a professor of medicine at Yale University and director of the Yale New Haven Hospital Center for Outcomes Research and Evaluation, wrote in an opinion piece in The New York Times. However, preliminary research from China suggests that the most common type of COVID-19 test, known as a reverse transcriptase polymerase chain reaction (RT-PCR) test, may give false-negative results about 30% of the time.

The Chinese research has not yet been peer-reviewed, but anecdotally, Krumholz's colleagues have expressed concern that the false-negative rate may be even higher in the U.S., he wrote.

Sponsored Links

**Boy (10) Thinks He Saves "Dog", Turns Pale When He Sees What It Really Is!**
View Stories

"A lot of my patients who have symptoms, who I clinically think have COVID-19, are testing negative," Dr. Alain Chaoui, head of Congenial Healthcare, a practice with 50,000 patients across five locations in Massachusetts, told The Boston Globe.

Subscribe

Advertisement

MOST READ          MOST SHARED

1  Hidden symbols and 'anomalies' discovered in 800-year-old 'Stone of Destiny' to be used in Charles III's coronation

Which Animals Will Surviv…

PLAY SOUND  ▶

🔇  03:59

4  loses its hitchhiking 'pet rock' after more than a year together on Mars



Subscribe

…elestron NexStar 8SE is
…p-ranked telescope and
it's currently $200 off

Advertisement

RT-PCR tests work by detecting bits of viral genetic material present in a patient's mucus, saliva and cells at the very back of their nasal cavity, where the nose meets the throat, Live Science previously reported. Doctors collect patient samples using a long, skinny swab and then apply chemicals to the sample to eliminate everything apart from the viral genetic material, called RNA. Enzymes added to the sample jump-start a chemical process that transcribes the RNA into DNA, which can then be processed in a machine and copied many times over.

With enough DNA copies on hand, scientists can then apply fluorescent tags to the sample that bind to specific bits of genetic material and glow once attached. The glow announces the presence of SARS-CoV-2, the virus that causes COVID-19.

**Related:** 10 deadly diseases that hopped across species

"The good news is that the tests appear to be highly specific: If your test comes back positive, it is almost certain you have the infection," Krumholz wrote. But RT-PCR tests might give false-negative results for a number of reasons, he added.

In one scenario, the initial swab sample may not always collect enough genetic material to provide an accurate test. This problem may arise more often in patients who do not show many symptoms at the time of their test, the Globe reported. In addition, the standard nasopharyngeal swab, wherein a long instrument is wriggled and rotated to the very back of the nasal cavity, can be both difficult for clinicians to perform and uncomfortable for patients to endure, Krumholz wrote.

Advertisement

Which Animals Will Surviv…



PLAY SOUND

03:59

Case 2:20-cv-00368-JNP   Document 169-48   Filed 04/10/24   PageID.3559   Page 5 of 13

 **LIVE**

Subscribe

sample, Krumholz noted.

If false-negative results prove fairly common, what should people do if they receive one?

Chaoui told The Boston Globe that he is advising all his patients who test negative for the virus to assume they are infected, regardless, and quarantine themselves until they are symptom-free for at least 72 hours. Krumholz shared a similar sentiment in the Times. At UMass Memorial Medical Center in Worcester, epidemiologist Dr. Richard Ellison told the Globe that the hospital is now retesting patients who received a negative test but have symptoms of the novel coronavirus, in an attempt to cut down on false negatives.

"For now, we should assume that anyone could be carrying the virus," Krumholz wrote. "If you have had likely exposures and symptoms suggest Covid-19 infection, you probably have it — even if your test is negative."

That said, no diagnostic test provides accurate results 100% of the time, and the tests developed by the U.S. Centers for Disease Control and Prevention are highly sensitive to the coronavirus, Dr. Larry Madoff, medical director of the Bureau of Infectious Disease at the Massachusetts Department of Public Health, wrote in a statement, according to the Globe.

"No test detects every case and there is no current 'gold standard' to compare [the COVID-19 tests] to," he wrote. "Testing may be falsely negative if the test is obtained too early or too late compared to infection, or if the sample isn't obtained or processed correctly."

- Going viral: 6 new findings about viruses
- The 12 deadliest viruses on Earth
- Top 10 mysterious diseases

*Originally published on *Live Science*.*

**OFFER: Save at least 53% with our latest magazine deal!**



With impressive cutaway illustrations that show how things function, and mindblowing photography of the world's most inspiring spectacles, How It Works represents the pinnacle of engaging, factual fun for a mainstream audience keen to keep up with the latest tech and the most impressive phenomena on the planet and beyond. Written and presented in a style that makes even the most complex subjects interesting and easy to understand, How It Works is enjoyed by readers of all ages.

VIEW DEAL

Which Animals Will Surviv…

▶

PLAY SOUND

🔇  03:59   ▦   ⚙   ▣   ⤢

LIVE

our Essentials newsletter.

| Your Email Address |
|---|

☐ Contact me with news and offers from other Future brands

☐ Receive email from us on behalf of our trusted partners or sponsors

**SIGN ME UP**

By submitting your information you agree to the Terms & Conditions and Privacy Policy and are aged 16 or over.

---



**Nicoletta Lanese**
Channel Editor, Health



Nicoletta Lanese is the health channel editor at Live Science and was previously a news editor and staff writer at the site. She holds a graduate certificate in science communication from UC Santa Cruz and degrees in neuroscience and dance from the University of Florida. Her work has appeared in The Scientist, Science News, the Mercury News, Mongabay and Stanford Medicine Magazine, among other outlets. Based in NYC, she also remains heavily involved in dance and performs in local choreographers' work.

---

**MORE ABOUT CORONAVIRUS**

**LATEST**



**China must share data on COVID-19's origins 'immediately,' WHO scientist demands ▶**



**Raccoon dog DNA from Wuhan market supports the idea that COVID came from animals ▶**



**Dark matter's secret identity could be hiding in distorted 'Einstein rings' ▶**

**SEE MORE LATEST ▶**


Which Animals Will Surviv…

PLAY SOUND

🔇×   03:59        

💬 SEE ALL COMMENTS (7)

Advertisement



Subscribe

We've partnered with Hostinger to give our readers a free hosting package worth $40

**Exclusive for TechRadar: Get free hosting from Hostinger**

**Boy (10) Thinks He Saves ''Dog'', Turns Pale When He Sees What It Really Is!**

**View Stories** | Sponsored

**Cat Keeps Bringing Money, So Dad Sets Up Camera And Records Everything!**

**View Stories** | Sponsored

**How Much Do You Really Get From a Reverse Mortgage?**

**NewRetirement** | Sponsored

Learn More

Which Animals Will Surviv…

PLAY SOUND

 03:59

Case 2:20-cv-00368-JNP   Document 169-48   Filed 04/10/24   PageID.3562   Page 8
of 13



Subscribe



Which Animals Will Surviv…

PLAY SOUND

03:59

 LIVE

Subscribe

**7 COMMENTS**

COMMENT FROM THE FORUMS ▶

### Hopsngrains

This is one of the craziest, twisted, brainwashed ideas I've heard. No way should any of us who are healthy and having stayed at home for the last 40 days, assume we have the virus. This kind of thinking only advances fear, anxiety, and misunderstanding.

Having said that, testing (in all it's forms) should continue to be...

**Read More**

**REPLY** ▶

### Caz

Something quite different said here:
https://thebridgelifeinthemix.info/.../evidence-covid-19-pand...
Silver bullet 6
The test currently used for diagnosing coronavirus infections, the so-called SARS-CoV-2 Coronavirus Multiplex RT-qPCR Kit, should only be used for research and not for diagnostics according to its makers. No wonder, since studies have shown to give 80% false positives. In other words it diagnoses inaccurately 8 out...

**Read More**

**REPLY** ▶

### chuckf

The problem with the active, molecular, cotton swab up your nose test is even if you test negative... you can still get the virus later.

Someone can drive up to a testing facility get tested, be negative at that moment. Drive down the road a bit, go in the grocery store, and get infected then.

This is...

**Read More**

**REPLY** ▶

**MOST POPULAR**

 Which Animals Will Surviv…

PLAY SOUND ▶

  03:59



**Save $600 on the Unistellar eVscope 2 digital telescope –
down to its lowest price this year**

By Lloyd Coombes  April 26, 2023



**Get the Apple Watch SE for under $150, down to its lowest
ever price**

By Lloyd Coombes  April 26, 2023



**Most melatonin gummies have higher doses than what's on
the label**

By Rachael Rettner  April 26, 2023



**Scientists find strange underwater volcano that 'looks like a
Bundt cake'**

By Sascha Pare  April 26, 2023

Which Animals Will Surviv…


PLAY SOUND

 03:59

Subscribe



**Critically endangered hammerhead shark found dead on US beach was pregnant with 40 pups**

By Harry Baker  April 26, 2023



**2,600-year-old stone busts of 'lost' ancient Tartessos people discovered in sealed pit in Spain**

By Jennifer Nalewicki  April 26, 2023



**Disastrous SpaceX launch under federal investigation after raining potentially hazardous debris on homes and beaches**

By Ben Turner  April 25, 2023



**I watched the moon 'take a bite of the sun' in a rare hybrid solar eclipse last week. Here's what I saw from Australia.**

By Jamie Carter  April 25, 2023

Which Animals Will Surviv…


PLAY SOUND

  03:59

Subscribe



**Rosalind Franklin knew DNA was a helix before Watson and Crick, unpublished material reveals**

By Jennifer Nalewicki April 25, 2023



**Twin polar bear sisters reunited years after mother rejected one of them**

By Harry Baker April 25, 2023



**Newly discovered jellyfish is a 24-eyed weirdo related to the world's most venomous marine creature**

By Sascha Pare April 25, 2023

Live Science is part of Future US Inc, an international media group and leading digital publisher. **Visit our corporate site**.

About Us

Contact Future's experts

Terms and conditions

Privacy policy

Cookies policy

Accessibility Statement

Advertise with us

Web notifications

Which Animals Will Surviv…

PLAY SOUND

🔇 03:59

LIVE

Subscribe

Do not sell or share my personal information

© Future US, Inc. Full 7th Floor, 130 West 42nd Street, New York, NY 10036.

Which Animals Will Surviv…

PLAY SOUND

03:59