# Exhibit 52

# H.C.WAINWRIGHT&CO.

**Target Price Revision**

*Healthcare*

**February 24, 2020**

**Co-Diagnostics, Inc. (CODX)**
**Rating: Buy**

Yi Chen, Ph.D. CFA
212-916-3971
ychen@hcwresearch.com
Raghuram Selvaraju, Ph.D.
212-916-3966
rselvaraju@hcwresearch.com

## Coronavirus Test Submitted for CE Marking; Reiterate Buy; Raising PT to $4

| Stock Data | 02/21/2020 |
|---|---|
| Price | $3.05 |
| Exchange | NASDAQ |
| Price Target | $4.00 |
| 52-Week High | $4.24 |
| 52-Week Low | $0.69 |
| Enterprise Value (M) | $60 |
| Market Cap (M) | $76 |
| Public Market Float (M) | 12.6 |
| Shares Outstanding (M) | 24.9 |
| 3 Month Avg Volume | 4,390,234 |
| Short Interest (M) | 1.72 |

| Balance Sheet Metrics | |
|---|---|
| Cash (M) | $15.6 |
| Total Debt (M) | $0.0 |
| Total Cash/Share | $0.63 |
| Book Value/Share | $0.19 |

*Cash (M): pro forma*

| EPS Diluted | | | |
|---|---|---|---|
| Full Year - Dec | 2018A | 2019E | 2020E |
| 1Q | (0.11) | (0.09)A | (0.05) |
| 2Q | (0.11) | (0.08)A | (0.02) |
| 3Q | (0.13) | (0.10)A | 0.00 |
| 4Q | (0.15) | (0.08) | 0.03 |
| FY | (0.50) | (0.35) | (0.04) |

| Revenue ($M) | | | |
|---|---|---|---|
| Full Year - Dec | 2018A | 2019E | 2020E |
| 1Q | 0.0 | 0.0A | 0.7 |
| 2Q | 0.0 | 0.1A | 1.1 |
| 3Q | 0.0 | 0.0A | 1.6 |
| 4Q | 0.0 | 0.2 | 2.1 |
| FY | 0.0 | 0.3 | 5.5 |



**COVID-19 coronavirus test submitted for CE IVD approval.** Last week, Co-Diagnostics announced that the company's Logix Smart™ COVID-19 screening test had been submitted for registration with the European Commission for CE *in vitro* diagnostic (IVD) approval. The test was designed with the company's CoPrimer technology that can significantly reduce the incidence of false positive results compared to other polymerase chain reaction (PCR) tests. The company's reverse transcriptase PCR (RT-PCR) test kit targets conserved regions in the virus genome, and allows for multiplexing and future iteration to include new strains and mutations. Management expects to receive CE IVD approval later this month. Considering the rapid development timeline for the COVID-19 test and the additional potential revenue stream from this test, we have increased the enterprise value-to-sales (EV/Sales) multiple to 10x from 5.7x and projected 2020 total sales to $0.40 from $0.32 per share, which leads to a price objective of $4 per share. Thus, we reiterate our Buy rating while raising the 12-month price target to $4 from $2 per share.

**Potentially the first CE IVD test for COVID-19.** The company's COVID-19 test was first announced on January 23, 2020, and initial verification of the test was achieved at the end of January. On February 6, Co-Diagnostics launched the research use only (RUO) COVID-19 test, and first sales of the test were announced on February 10 for distribution to various international markets. We note that the company's COVID-19 test could be the world's first screening test to receive CE IVD approval, which should allow the test to be commercially marketed in countries accepting CE Mark. In our view, CE IVD approval may also facilitate the marketing clearance of the test in other territories that do not have a validated commercial COVID-19 test yet, including the U.S. Given the performance and price of the company's other marketed products, we believe the Logix Smart COVID-19 test should compete effectively against other potential coronavirus tests in global markets with its lower cost and increased specificity.

**COVID-19 detection can be achieved reliably with access to the viral genetic sequence.** Speculation about needing access to live virus to design and develop a reliable diagnostic test appears spurious, in our view. Since the full sequence of the COVID-19 viral pathogen is currently known and published, tests using sequence-based information —like Logix Smart COVID-19—should be capable of reliably detecting the presence of viral genetic material. In our view, such results would be sufficient to determine if a person has been exposed to the virus and should be quarantined.

**Financing completed.** On January 28, 2019, the company closed a registered at-the-market offering of 3.5M shares at $1.45 per share for gross proceeds of $5M. Subsequently, on February 13, the company closed another at-the-market offering of 3.3M shares at $3.08 per share for gross proceeds of $10M. We estimate that the company could have had $1.4M in cash as of end-2019. Accordingly, its *pro forma* cash position could approximate $15.6M, in our view, which should support operations well beyond end-2021.

---

For definitions and the distribution of analyst ratings, analyst certifications, and other disclosures, please refer to pages 5 - 6 of this report.

Co-Diagnostics, Inc.                                                                February 24, 2020

**The evolving characteristics and current status of COVID-19 epidemic.** COVID-19—named by World Health Organization (WHO)—or SARS-CoV-2—named by the Coronavirus Study Group (CSG) of the International Committee on Taxonomy of Viruses—is considered highly transmissible. According to the latest reports, symptoms in the infected population could manifest after one day or up to over 20 days post-exposure. Some infected subjects do not have symptoms at all. Importantly, asymptomatic patients can transmit the virus to others during the incubation period via airborne droplets or physical contact. It has recently been determined that live virus particles can be shed in fecal matter—e.g., among infected patients suffering from diarrhea—and thus transmitted between individuals. COVID-19 can survive and infect humans in environments with high temperature and humidity, e.g. Singapore. In addition, some recovered patients who were discharged from the hospital had relapses and tested positive for the virus again via nasopharyngeal swab samples. All these observations suggest that COVID-19 is hard to contain. Indeed, community outbreaks observed last week in South Korea, Italy and Iran, and the infections found on the *Diamond Princess* cruise ship docked in Japan support the notion that COVID-19 infection could escalate from epidemic to pandemic status in the coming months. The upcoming international gatherings and events before and during the Tokyo 2020 Summer Olympics are particularly worrisome for potentially further driving the spread of COVID-19 across continents. In our view, COVID-19 is unlikely to disappear in the near term, and diagnostic tests such as the Logix Smart COVID-19 test from Co-Diagnostics could be needed in large quantities for screening and post-treatment monitoring purposes in global markets in and outside China. For those residing in the U.S., the Centers for Disease Control and Prevention (CDC) has stated in a telebriefing last Friday that its clinicians are "not seeing community spread here in the United States yet, but it is very possible, even likely, that it may eventually happen." The CDC has also stated that it is critical for the private sector to develop diagnostics for COVID-19 that could be commercially scaled. We believe Logix Smart COVID-19, potentially with CE IVD approval, would be available in the U.S. when the time comes. For additional details on COVID-19, please refer to our KOL conference call recap report published on February 10, 2020.

**Valuation and risks.** Our 12-month price target is based on a 10x enterprise value-to-sales (EV/Sales) multiple and projected sales (including CoSara Diagnostics in India) of $0.40 per share for 2020. Sales of CoSara have yet to be integrated into the company's top-line revenue. Risks include, but are not limited to: (1) lower-than-projected uptake of products; (2) inability to maintain regulatory compliance; (3) inability to develop additional products targeting segments beyond infectious disease in developing markets; and (4) potential dilution risk.

Co-Diagnostics, Inc.    February 24, 2020

**Table 1: Co-Diagnostics, Inc. (CODX)—Historical Income Statements, Financial Projections**

FY end December 31
$ in thousands, except per share data

| | 2017A | 2018A 1QA | 2QA | 3QA | 4QA | 2018A | 2019E 1QA | 2QA | 3QA | 4QE | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | |
| Product revenue | 8 | 10 | 10 | 10 | 11 | 40 | 3 | 62 | 41 | 150 | 256 | 5,500 |
| Other revenue | - | | | | | - | | | | | - | - |
| **Total revenue** | 8 | 10 | 10 | 10 | 11 | 40 | 3 | 62 | 41 | 150 | 256 | 5,500 |
| Expenses | | | | | | | | | | | | |
| Cost of sales | 0 | | | | 9 | 9 | 0 | 39 | 20 | 60 | 120 | 1,740 |
| Research and development | 1,003 | 297 | 358 | 330 | 375 | 1,361 | 347 | 313 | 331 | 330 | 1,321 | 1,320 |
| Sales and marketing | 427 | 95 | 144 | 180 | 746 | 1,166 | 256 | 252 | 262 | 260 | 1,031 | 1,040 |
| General and administrative | 3,096 | 882 | 849 | 1,150 | 690 | 3,571 | 640 | 808 | 1,061 | 950 | 3,459 | 4,000 |
| Depreciation and amortization | 46 | 12 | 13 | 13 | 13 | 51 | 14 | 16 | 17 | 15 | 62 | 60 |
| **Total expenses** | 4,572 | 1,287 | 1,363 | 1,673 | 1,834 | 6,158 | 1,258 | 1,427 | 1,692 | 1,615 | 5,992 | 8,160 |
| **Gain (loss) from operations** | (4,564) | (1,277) | (1,353) | (1,664) | (1,823) | (6,118) | (1,254) | (1,366) | (1,650) | (1,465) | (5,735) | (2,660) |
| Other income/expense | | | | | | | | | | | | |
| Interest expense | (310) | | | (49) | (86) | (135) | (106) | | (0) | | (106) | - |
| Interest income | 4 | 8 | 6 | 4 | 2 | 20 | 0 | 20 | 12 | | 32 | - |
| Loss on extinguishment of debt | (2,072) | | | | - | - | | | | | - | - |
| Loss on disposition of assets | - | | | | - | - | 1 | | | | 1 | - |
| Income (loss) on investment in joint venture | (16) | (40) | (25) | 68 | (41) | (39) | (9) | 2 | (110) | 30 | (87) | 1,800 |
| **Total investment income and other** | (2,395) | (33) | (19) | 23 | (125) | (154) | (114) | 21 | (98) | 30 | (160) | 1,800 |
| **Loss before provision for income taxes** | (6,959) | (1,310) | (1,372) | (1,641) | (1,948) | (6,272) | (1,368) | (1,344) | (1,748) | (1,435) | (5,896) | (860) |
| Provision for income taxes | - | | | | | - | | | | | - | - |
| **Net income (loss)** | (6,959) | (1,310) | (1,372) | (1,641) | (1,948) | (6,272) | (1,368) | (1,344) | (1,748) | (1,435) | (5,896) | (860) |
| Net loss per share (basic) | (0.63) | (0.11) | (0.11) | (0.13) | (0.15) | (0.50) | (0.09) | (0.08) | (0.10) | (0.08) | (0.35) | (0.04) |
| Net loss per share (diluted) | (0.63) | (0.11) | (0.11) | (0.13) | (0.15) | (0.50) | (0.09) | (0.08) | (0.10) | (0.08) | (0.35) | (0.04) |
| Weighted average number of shares outstanding (basic) | 10,960 | 12,319 | 12,337 | 12,356 | 12,794 | 12,485 | 16,067 | 17,018 | 17,329 | 17,387 | 16,950 | 24,037 |
| Weighted average number of shares outstanding (diluted) | 10,960 | 12,319 | 12,337 | 12,356 | 12,794 | 12,485 | 16,067 | 17,018 | 17,329 | 17,387 | 16,950 | 24,037 |

*Source: Company reports and H.C. Wainwright & Co. estimates.*

Co-Diagnostics, Inc.                                                                                                          February 24, 2020

**Table 2: Co-Diagnostics, Inc. (CODX)—Historical Balance Sheets, Financial Projections**

FY end December 31
$ in thousands, except per share data

| | | 2018A | | | | | 2019E | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/31/17A | 3/31A | 6/30A | 9/30A | 12/31A | 12/31/18A | 3/31A | 6/30A | 9/30A | 12/31E | 12/31/19E | 12/31/20E |
| Assets | | | | | | | | | | | | |
| Current assets: | | | | | | | | | | | | |
| Cash and cash equivalents | 3,534 | 2,541 | 1,528 | 2,177 | 950 | 950 | 5,413 | 3,856 | 2,544 | 1,374 | 1,374 | 15,841 |
| Accounts receivable | - | 24 | 26 | 3 | 13 | 13 | 43 | 63 | 60 | 60 | 60 | 60 |
| Inventory | 9 | | | | 18 | 18 | 18 | 8 | 17 | 17 | 17 | 17 |
| Prepaid expenses | 908 | 580 | 225 | 212 | 70 | 70 | 104 | 633 | 463 | 463 | 463 | 463 |
| **Total current assets** | 4,452 | 3,145 | 1,780 | 2,391 | 1,052 | 1,052 | 5,577 | 4,560 | 3,084 | 1,914 | 1,914 | 16,381 |
| Property and equipment, net | 166 | 163 | 150 | 140 | 156 | 156 | 136 | 173 | 180 | 165 | 165 | 105 |
| Investment in joint venture | 45 | 20 | 39 | 182 | 345 | 345 | 408 | 585 | 548 | 548 | 548 | 548 |
| **Total Assets** | 4,662 | 3,327 | 1,969 | 2,713 | 1,553 | 1,553 | 6,121 | 5,318 | 3,812 | 2,627 | 2,627 | 17,033 |
| **Liabilities and shareholder equity** | | | | | | | | | | | | |
| Current liabilities | | | | | | | | | | | | |
| Accounts payable | 41 | 36 | 33 | 67 | 149 | 149 | 96 | 36 | 22 | 22 | 22 | 22 |
| Accrued expenses | 97 | 91 | 98 | 95 | 174 | 174 | 121 | 156 | 162 | 162 | 162 | 162 |
| Accrued expenses (related party) | - | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |
| Deferred income | 11 | 39 | 39 | 39 | | - | | | 4 | 4 | 4 | 4 |
| Notes payable | - | | | 1,869 | 1,909 | 1,909 | | | | - | - | - |
| **Total current liabilities** | 148 | 286 | 291 | 2,190 | 2,352 | 2,352 | 338 | 312 | 308 | 308 | 308 | 308 |
| Notes payable | - | | | | - | - | - | - | - | - | - | - |
| Accrued expenses (related party) | 480 | 330 | 300 | 270 | 260 | 260 | 220 | 200 | 170 | 170 | 170 | 170 |
| Deferred income | 184 | 145 | 136 | 126 | | - | | - | - | - | - | - |
| **Total Liabilities** | 812 | 762 | 726 | 2,586 | 2,612 | 2,612 | 558 | 512 | 478 | 478 | 478 | 478 |
| **Shareholder's equity** | | | | | | | | | | | | |
| Preferred stock | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Common stock | 12 | 12 | 12 | 13 | 13 | 13 | 17 | 17 | 17 | 17 | 17 | 24 |
| Additional paid-in capital | 16,261 | 16,286 | 16,336 | 16,861 | 17,622 | 17,622 | 25,609 | 26,196 | 26,471 | 26,471 | 26,471 | 40,731 |
| Accumulated deficit | (12,422) | (13,733) | (15,105) | (16,746) | (18,694) | (18,694) | (20,063) | (21,407) | (23,155) | (24,340) | (24,340) | (24,200) |
| Accumulated other comprehensive loss | - | | | | | - | - | - | - | - | - | - |
| **Total shareholder's equity** | 3,851 | 2,565 | 1,243 | 127 | (1,059) | (1,059) | 5,564 | 4,806 | 3,334 | 2,149 | 2,149 | 16,556 |
| **Total liability and shareholder's equity** | 4,662 | 3,327 | 1,969 | 2,713 | 1,553 | 1,553 | 6,121 | 5,318 | 3,812 | 2,627 | 2,627 | 17,034 |

*Source: Company reports and H.C. Wainwright & Co. estimates.*

Co-Diagnostics, Inc.                                                                                          February 24, 2020

## Important Disclaimers

This material is confidential and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply to unsubscribe@hcwresearch.com and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

**H.C. WAINWRIGHT & CO, LLC RATING SYSTEM:** H.C. Wainwright employs a three tier rating system for evaluating both the potential return and risk associated with owning common equity shares of rated firms. The expected return of any given equity is measured on a RELATIVE basis of other companies in the same sector. The price objective is calculated to estimate the potential movements in price that a given equity could reach provided certain targets are met over a defined time horizon. Price objectives are subject to external factors including industry events and market volatility.

### RETURN ASSESSMENT

**Market Outperform (Buy):** The common stock of the company is expected to outperform a passive index comprised of all the common stock of companies within the same sector.

**Market Perform (Neutral):** The common stock of the company is expected to mimic the performance of a passive index comprised of all the common stock of companies within the same sector.

**Market Underperform (Sell):** The common stock of the company is expected to underperform a passive index comprised of all the common stock of companies within the same sector.



Investment Banking Services include, but are not limited to, acting as a manager/co-manager in the underwriting or placement of securities, acting as financial advisor, and/or providing corporate finance or capital markets-related services to a company or one of its affiliates or subsidiaries within the past 12 months.

| Distribution of Ratings Table as of February 21, 2020 | | | | |
|---|---|---|---|---|
| | | | IB Service/Past 12 Months | |
| Ratings | Count | Percent | Count | Percent |
| Buy | 380 | 91.57% | 135 | 35.53% |
| Neutral | 33 | 7.95% | 6 | 18.18% |
| Sell | 0 | 0.00% | 0 | 0.00% |
| Under Review | 2 | 0.48% | 2 | 100.00% |

H.C. Wainwright & Co, LLC (the "Firm") is a member of FINRA and SIPC and a registered U.S. Broker-Dealer.

I, Yi Chen, Ph.D. CFA and Raghuram Selvaraju, Ph.D. , certify that 1) all of the views expressed in this report accurately reflect my personal views about any and all subject securities or issuers discussed; and 2) no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report; and 3) neither myself nor any members of my household is an officer, director or advisory board member of these companies.

None of the research analysts or the research analyst's household has a financial interest in the securities of Co-Diagnostics, Inc. (including, without limitation, any option, right, warrant, future, long or short position).

As of January 31, 2020 neither the Firm nor its affiliates beneficially own 1% or more of any class of common equity securities of Co-Diagnostics, Inc..

Neither the research analyst nor the Firm knows or has reason to know of any other material conflict of interest at the time of publication of this research report.

The research analyst principally responsible for preparation of the report does not receive compensation that is based upon any specific investment banking services or transaction but is compensated based on factors including total revenue and profitability of the Firm, a substantial portion of which is derived from investment banking services.

The firm or its affiliates received compensation from Co-Diagnostics, Inc. for non-investment banking services in the previous 12 months.

The Firm or its affiliates did receive compensation from Co-Diagnostics, Inc. for investment banking services within twelve months before, and will seek compensation from the companies mentioned in this report for investment banking services within three months following publication of the research report.

H.C. Wainwright & Co., LLC managed or co-managed a public offering of securities for Co-Diagnostics, Inc. during the past 12 months.

The Firm does not make a market in Co-Diagnostics, Inc. as of the date of this research report.

The securities of the company discussed in this report may be unsuitable for investors depending on their specific investment objectives and financial position. Past performance is no guarantee of future results. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. This research report is not intended to provide tax advice or to be used to provide tax advice to any person. Electronic versions of H.C. Wainwright & Co., LLC research reports are made available to all clients simultaneously. No part of this report may be reproduced in any form without the expressed permission of H.C. Wainwright & Co., LLC. Additional information available upon request.

H.C. Wainwright & Co., LLC does not provide individually tailored investment advice in research reports. This research report is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this research report.

H.C. Wainwright & Co., LLC's and its affiliates' salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies that reflect opinions that are contrary to the opinions expressed in this research report.

H.C. Wainwright & Co., LLC and its affiliates, officers, directors, and employees, excluding its analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives (including options and warrants) thereof of covered companies referred to in this research report.

The information contained herein is based on sources which we believe to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data on the company, industry or security discussed in the report. All opinions and estimates included in this report constitute the analyst's judgment as of the date of this report and are subject to change without notice.

Securities and other financial instruments discussed in this research report: may lose value; are not insured by the Federal Deposit Insurance Corporation; and are subject to investment risks, including possible loss of the principal amount invested.