# Exhibit 53

# MAXIM GROUP

## Biotechnology

**CODX - NASDAQ**                     February 26, 2020

| | |
|---|---|
| **Closing Price 2/25/20** | **$4.32** |
| Rating: | Buy |
| 12-Month Target Price: | $5.00 |
| 52-Week Range: | $0.69 - $4.60 |
| Market Cap (M): | 107.5 |
| Shares O/S (M): | 24.9 |
| Float: | 68.0% |
| Avg. Daily Volume (000): | 4,705.1 |
| Debt (M): | $0.0 |
| Dividend: | $0.00 |
| Dividend Yield: | 0.0% |
| Risk Profile: | Speculative |
| Fiscal Year End: | December |

### Total Revenues ('000)

| | 2018A | 2019E | 2020E |
|---|---|---|---|
| 1Q | 10 | 3A | 649 |
| 2Q | 10 | 62A | 678 |
| 3Q | 10 | 41A | 734 |
| 4Q | 10 | 100 | 762 |
| FY | 40 | 206 | 2,823 |

### Total Expenses ('000)

| | 2018A | 2019E | 2020E |
|---|---|---|---|
| 1Q | 1,287 | 1,258A | 1,684 |
| 2Q | 1,363 | 1,427A | 1,758 |
| 3Q | 1,673 | 1,692A | 1,904 |
| 4Q | 1,825 | 1,847 | 1,977 |
| FY | 6,148 | 6,224 | 7,323 |



# Co-Diagnostics, Inc.                 Buy

## COVID-19 Coronavirus Test Gains a CE Mark Already

### Summary

- **On 2/24, Co-Diagnostics (CDI) announced that the company's COVID-19 test for the novel coronavirus has received a CE Mark and is now available for export from the US as a CE-Marked invitro diagnostics.**

- **The test incorporates the CoPrimer technology which recall is a PCR technology that eliminates noise from primer dimers. As such, this approach can be used for singleplex and multiplex testing. The current CDC test for coronavirus uses the N-Gene and requires 4 tubes. The COVID-19 test requires just one.**

- **The genomic sequences of the novel coronavirus have been uploaded into public databases. As such, there are likely many groups trying to develop different tests. However, the versatility of the CoPrimer platform, which is further demonstrated with CDI's broad suite of infectious disease tests, has led to the rapid development of COVID-19, which as of 2/24, already got a CE Mark and is ready for export.**

### Details

**CDI coronavirus test.** As opposed to the current coronavirus test available at the CDC, the test being developed by CDI presents with greater ease of use, requiring the use of just one tube as opposed to the CDC's four. The CDI test is being developed with CoPrimers, which solves a common issue with PCRs in which primers utilized to amplify the target DNA are themselves amplified, resulting in the formation of unwanted primer-dimers (P-D) that can mask target DNA amplification.

CoPrimers enable the use of multiplexing that enables the identification of various conditions, genetic sequences, and attributes in one single test. With a sensitivity and specificity of >99% and 100%, respectively for the CDI coronavirus test, the chance of false positives is substantially lower. The approach of using CoPrimer technology allows for easier multiplexing which could also reduce costs. Note that the CDC test, which is the current diagnostic gold standard, is based on the N-gene, while the CDI test targets the RdRp gene. That said, there is little evidence to suggest any differential in results as they are both highly accurate. CDI's received a CE Mark on 2/24.

**Coronavirus overview.** Coronaviruses are a group of common viruses that include MERS (Middle East Respiratory Syndrome) and SARS (Severe Acute Respiratory Syndrome). They are named for the crown-like protrusions found on the viral surface. Coronavirus causes respiratory and intestinal infections in humans, and until the SARS outbreak in China in the early 2000s, was not believed to be highly pathogenic. Coronavirus generally results in mild-moderate upper respiratory infection, but can also cause more severe illnesses such as bronchitis and pneumonia. On 1/9/20, the World Health Organization reported that a novel new strain of coronavirus, 2019-nCoV, now called COVID-19, emerged in Wuhan City, China. The virus has infected more than 80,000 so far, resulting in more than 2,700 deaths worldwide. COVID-19 rapidly induces a pneumonia-like illness.

**Jason McCarthy, Ph.D.**
(212) 895-3556
jmccarthy@maximgrp.com

SEE PAGES 2 - 3 FOR IMPORTANT DISCLOSURES AND DISCLAIMERS

## DISCLOSURES

**Co-Diagnostics, Inc. Rating History as of 02/25/2020**

powered by: BlueMatrix



| Maxim Group LLC Ratings Distribution | | As of: 02/25/20 | |
|---|---|---|---|
| | | % of Coverage Universe with Rating | % of Rating for which Firm Provided Banking Services in the Last 12 months |
| **Buy** | Fundamental metrics and/or identifiable catalysts exist such that we expect the stock to outperform its relevant index over the next 12 months. | 86% | 50% |
| **Hold** | Fundamental metrics are currently at, or approaching, industry averages. Therefore, we expect this stock to neither outperform nor underperform its relevant index over the next 12 months. | 14% | 44% |
| **Sell** | Fundamental metrics and/or identifiable catalysts exist such that we expect the stock to underperform its relevant index over the next 12 months. | 0% | 0% |
| | *See valuation section for company specific relevant indices* | | |

I, Jason McCarthy, Ph.D., attest that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. Furthermore, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report.

The research analyst(s) primarily responsible for the preparation of this research report have received compensation based upon various factors, including the firm's total revenues, a portion of which is generated by investment banking activities.

**Maxim Group makes a market in Co-Diagnostics, Inc.**

**Maxim Group managed/co-managed/acted as placement agent for an offering of the securities for Co-Diagnostics, Inc. in the past 12 months.**

**Maxim Group received compensation for investment banking services from Co-Diagnostics, Inc. in the past 12 months.**

**Maxim Group expects to receive or intends to seek compensation for investment banking services from Co-Diagnostics, Inc. in the next 3 months.**

**CODX:** Fo Co-Diagnostics we use the BTK (Biotechnology Index) as the relative index.

### Valuation Methods
**CODX:** We model CoPrimer revenue streams across infectious diseases and agriculture in 2019, followed by liquid biopsy in 2021. A risk adjustment of 30% is factored in based on development, commercialization risk, competition and other factors. A 30% discount is applied to the free cash flow, discounted EPS, and sum-of-the-parts models, which are equally weighted to derive a 12-month price target.

**Co-Diagnostics, Inc. (CODX)**

## Price Target and Investment Risks

**CODX:** Aside from general market and other economic risks, risks particular to our price target and rating for Co-Diagnostics include: (1) the regulatory and clinical risk associated with product development; (2) the ability to access capital and the very high likelihood that the company will need to raise additional capital; (3) the rate and degree of progress of product development; (4) the rate of regulatory approval and timelines to potential commercialization of products; (5) the reliance on collaborators and/or potential collaborators from which there could be unforeseen delays and expenses; (6) the requirements for marketing authorization from regulatory bodies in the United States and other countries, as well as potential differences in clinical trial (if needed) requirements in different regions; (7) the liquidity and market volatility of the company's equity securities; (8) regulatory and manufacturing requirements and uncertainties; (9) product and technology developments by competitors; (10) inability, if product(s) is/are approved to gain adequate market share and maintain adequate revenue growth; (11) Potential negative impact of tax-reform legislation; (12) Impact of competition in the space from competitors with more resources and commercial infrastructure may negatively effect Co-Diagnostics and limit opportunity; (13) The ability of the company to maintain its exchange listing.

## RISK RATINGS

Risk ratings take into account both fundamental criteria and price volatility.

**Speculative** – <u>Fundamental Criteria:</u> This is a risk rating assigned to early-stage companies with minimal to no revenues, lack of earnings, balance sheet concerns, and/or a short operating history. Accordingly, fundamental risk is expected to be significantly above the industry. <u>Price Volatility:</u> Because of the inherent fundamental criteria of the companies falling within this risk category, the price volatility is expected to be significant with the possibility that the investment could eventually be worthless. Speculative stocks may not be suitable for a significant class of individual investors.

**High** – <u>Fundamental Criteria:</u> This is a risk rating assigned to companies having below-average revenue and earnings visibility, negative cash flow, and low market cap or public float. Accordingly, fundamental risk is expected to be above the industry. <u>Price Volatility:</u> The price volatility of companies falling within this category is expected to be above the industry. High-risk stocks may not be suitable for a significant class of individual investors.

**Medium** – <u>Fundamental Criteria:</u> This is a risk rating assigned to companies that may have average revenue and earnings visibility, positive cash flow, and is fairly liquid. Accordingly, both price volatility and fundamental risk are expected to approximate the industry average.

**Low** – <u>Fundamental Criteria:</u> This is a risk rating assigned to companies that may have above-average revenue and earnings visibility, positive cash flow, and is fairly liquid. Accordingly, both price volatility and fundamental risk are expected to be below the industry.

## DISCLAIMERS

Some companies that Maxim Group LLC follows are emerging growth companies whose securities typically involve a higher degree of risk and more volatility than the securities of more established companies. The securities discussed in Maxim Group LLC research reports may not be suitable for some investors. Investors must make their own determination as to the appropriateness of an investment in any securities referred to herein, based on their specific investment objectives, financial status and risk tolerance.

This communication is neither an offer to sell nor a solicitation of an offer to buy any securities mentioned herein. This publication is confidential for the information of the addressee only and may not be reproduced in whole or in part, copies circulated, or disclosed to another party, without the prior written consent of Maxim Group, LLC ("Maxim").

Information and opinions presented in this report have been obtained or derived from sources believed by Maxim to be reliable, but Maxim makes no representation as to their accuracy or completeness. The aforementioned sentence does not apply to the disclosures required by FINRA Rule 2241. Maxim accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that such liability arises under specific statutes or regulations applicable to Maxim. This report is not to be relied upon in substitution for the exercise of independent judgment. Maxim may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and Maxim is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgment at its original date of publication by Maxim and are subject to change without notice. The price, value of and income from any of the securities mentioned in this report can fall as well as rise. The value of securities is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities. Investors in securities such as ADRs, the values of which are influenced by currency volatility, effectively assume this risk. Securities recommended, offered or sold by Maxim: (1) are not insured by the Federal Deposit Insurance Company; (2) are not deposits or other obligations of any insured depository institution; and (3) are subject to investment risks, including the possible loss of principal invested. Indeed, in the case of some investments, the potential losses may exceed the amount of initial investment and, in such circumstances, you may be required to pay more money to support these losses.

ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST



# Corporate Headquarters

The Chrysler Building
405 Lexington Ave., 2nd FL
New York, NY 10174
Tel: 212-895-3500

| | |
|---|---|
| Capital Markets/Syndicate: 212-895-3695 | Global Equity Trading: 212-895-3623 |
| Corporate Finance: 212-895-3811 | Institutional Sales: 212-895-3873 |
| Corporate Services: 212-895-3631 | Institutional Sales Trading: 212-895-3873 |
| Equity/Options Trading: 212-895-3790 | Portfolio/Transition Trading: 212-895-3567 |
| Equity Research: 212-895-3736 | Prime Brokerage: 212-895-3723 |
| Fixed Income Trading: 212-895-3875 | Wealth Management: 212-895-3624 |

## Woodbury, Long Island

20 Crossways Park Drive North
Suite 304
Woodbury, NY 11797
Tel: 516-393-8300

## Red Bank, New Jersey

246 Maple Avenue
Red Bank, NJ 07701
Tel: 732-784-1900

## Florida Offices

105 South Narcissus Avenue
Suite 222
West Palm Beach, FL 33401
Tel: 561-508-4433

20801 Biscayne Blvd
Suite 432 / 433
Aventura, FL 33180
Tel: 516-396-3120

## San Rafael, California

4040 Civic Center Drive
Suite 200
San Rafael, CA 94903
Tel: 212-895-3670