# Exhibit 55

# H.C.WAINWRIGHT&CO.

**Target Price Revision**

Healthcare

**March 9, 2020**

## Co-Diagnostics, Inc. (CODX)
## Rating: Buy

Yi Chen, Ph.D. CFA
212-916-3971
ychen@hcwresearch.com
Raghuram Selvaraju, Ph.D.
212-916-3966
rselvaraju@hcwresearch.com

## Coronavirus Test Shipped to U.S. and International Markets; Reiterate Buy; Raising PT to $20

| Stock Data | 03/06/2020 |
|---|---|
| Price | $12.89 |
| Exchange | NASDAQ |
| Price Target | $20.00 |
| 52-Week High | $21.75 |
| 52-Week Low | $0.69 |
| Enterprise Value (M) | $297 |
| Market Cap (M) | $321 |
| Public Market Float (M) | 13.5 |
| Shares Outstanding (M) | 24.9 |
| 3 Month Avg Volume | 8,790,708 |
| Short Interest (M) | 2.18 |

| Balance Sheet Metrics | |
|---|---|
| Cash (M) | $24.0 |
| Total Debt (M) | $0.0 |
| Total Cash/Share | $0.96 |
| Book Value/Share | $0.19 |

*Cash (M): pro forma*

| EPS Diluted | | | |
|---|---|---|---|
| Full Year - Dec | 2018A | 2019E | 2020E |
| 1Q | (0.11) | (0.09)A | (0.05) |
| 2Q | (0.11) | (0.08)A | 0.11 |
| 3Q | (0.13) | (0.10)A | 0.27 |
| 4Q | (0.15) | (0.08) | 0.46 |
| FY | (0.50) | (0.35) | 0.84 |

| Revenue ($M) | | | |
|---|---|---|---|
| Full Year - Dec | 2018A | 2019E | 2020E |
| 1Q | 0.0 | 0.0A | 1.1 |
| 2Q | 0.0 | 0.1A | 6.6 |
| 3Q | 0.0 | 0.0A | 11.8 |
| 4Q | 0.0 | 0.2 | 17.7 |
| FY | 0.0 | 0.3 | 37.1 |



**FDA policy change permits use of Logix Smart COVID-19 test in U.S. CLIA labs.** On February 29, 2020, the FDA issued new policy guidelines to help expedite the availability of COVID-19 coronavirus diagnostics, which allows laboratories certified under the Clinical Laboratory Improvement Amendments (CLIA) framework to validate an *in vitro* diagnostics (IVD) test for COVID-19 in-house, submit an Emergency Use Authorization (EUA) form, and start using the test before the FDA completes review of the submission. This new policy allows Co-Diagnostics to ship its Logix Smart™ COVID-19 screening test to U.S. customers in addition to distributors in international markets. The domestic and international demand for COVID-19 tests has been surging in the past weeks; Co-Diagnostics is now shipping its proprietary COVID-19 test to 50 countries across four continents, including America, Europe, Asia and Australia. As a reminder, the Logix Smart COVID-19 screening test received CE IVD clearance from the FDA on February 24, 2020. Co-Diagnostics was the first U.S. company to receive CE Mark designation for a COVID-19 test. Naturally, the company's commercial activities have been focused on international markets that accept the CE Mark as a valid regulatory approval. We believe the FDA policy change could be a significant boost to the company's potential sales of its COVID-19 test as community spread has already begun in multiple U.S. states and the test can be shipped to those labs capable of in-house validation immediately. In view of the continuing—and rapidly accelerating—COVID-19 infection spread worldwide and initialization of shipments to U.S. labs, we have increased the enterprise value-to-sales (EV/Sales) multiple to 12x from 10x and projected 2020 total sales to $1.66 from $0.40 per share, which leads to a value of $20 per share. Therefore, we reiterate our Buy rating while raising the 12-month target to $20 from $4 per share.

**Logix Smart COVID-19 test offers the combination of high accuracy and low price.** Logix Smart COVID-19 test was designed with the company's proprietary CoPrimer™ technology that can achieve significant reduction in false positive results vs. other polymerase chain reaction (PCR) tests. In fact, the test has 99.2% sensitivity and 100% specificity, a rare combination among IVDs, in our view. However, the test is priced affordably at single-digit dollar level. Thus, we believe the Logix Smart COVID-19 test could outcompete other tests globally with its combination of accuracy and low cost. In the past week, multiple firms announced that they would start to offer COVID-19 tests, including Quest Diagnostics (DGX; not rated) and LabCorp (LH; not rated). Though these entities have established commercial presence, their tests are unlikely to compete with Logix Smart COVID-19 test either on accuracy or on pricing, in our view, let alone the combination of high accuracy and low price. Since U.S. federal and local governments are likely to absorb the majority of the cost of testing, we believe that Logix Smart COVID-19 could seize considerable market share by offering a prompt (60-90 minutes turnaround time), accurate and affordable option. A list of Logix Smart COVID-19 key specifications is attached at the back of this report.

---

For definitions and the distribution of analyst ratings, analyst certifications, and other disclosures, please refer to pages 6 - 7 of this report.

Co-Diagnostics, Inc.                                                                                          March 9, 2020

**Logix Smart COVID-19 test detects both types of SARS-CoV-2.** A publication in *National Science Review* on March 3 shows that SARS-CoV-2 (another name for COVID-19) has evolved into two major strain types (designated L and S) that are well defined by two different single-nucleotide polymorphism (SNP). The L type (#70% of 103 genomes analyzed) was more prevalent in the early stages of the outbreak, and might be more aggressive and spread more quickly; while the S type (#30%) was found to be the ancestral version, less aggressive, and might have increased in relative frequency due to weaker selection pressure. We note that the Logix Smart COVID-19 test can detect both types of SARS-CoV-2, as the test targets conserved regions in the virus genome.

**COVID-19 is far more lethal than flu.** In an interview on Channel 4 News last week, Richard Hatchett, MD, Chief Executive Officer of the Coalition for Epidemic Preparedness Innovations (CEPI), stated that COVID-19 is the most frightening disease he has ever encountered in his career, which includes Ebola, MERS and SARS, because of COVID-19's combination of infectiousness and lethality that appears to be many-fold higher than that of influenza (flu). Indeed, according to the Johns Hopkins COVID-19 Global Cases Tracker, COVID-19 has a global mortality rate of 3.5% (3,825 deaths out of 110,034 confirmed cases), while the U.S. mortality rate is currently at 3.8% (21 deaths out of 547 cases). In comparison, seasonal flu has a mortality rate of only 0.1%. Dr. Mike Ryan, executive director of World Health Organization's (WHO) health emergencies program, stated last week that it is "a false hope" to assume that COVID-19 would simply disappear in the summer like the flu. Moreover, as reported by *Business Insider* last Friday, a presentation by Dr. James Lawler at a webinar hosted by The American Hospital Association provided estimates of how much COVID-19 might spread in the U.S.: 96M cases, 4.8M hospitalizations, and 480K deaths. The presentation pointed out that hospitals should prepare for an impact to the system that's 10x that of a severe flu season. All these expert opinions indicate that COVID-19 is likely to remain with us for an extended period of time; therefore, we believe that accurate and rapid COVID-19 testing could be required in large demand in the U.S. as well as overseas for many months to come.

**U.S. coronavirus test shortage foretells strong volume growth.** Vice President Mike Pence, who is leading the administration's response to the coronavirus crisis, acknowledged last Thursday that there was a shortfall in the number of testing kits required to meet demand. It has been widely reported in media that COVID-19 test shortages have frustrated doctors and state health officials who want to identify those who have contracted the virus—particularly individuals who are asymptomatic—in order to isolate them and prevent further spread of the disease. The FDA expects that tests developed by companies in the industry should meet the rapidly escalating demand. Therefore, we expect Logix Smart COVID-19 test sales in the U.S. to gradually increase relative to sales overseas going forward. We note that the manufacturing of Logix Smart COVID-19 test kits is supported by Promega through a custom master mix optimized for CoPrimer assay parameters without any components sourced from China; our current projection of $34M in COVID-19 test sales for 2020 is based on less than 50% of Co-Diagnostics' manufacturing capacity at its Utah-based ISO-13485:2016 certified facility.

**Financing completed.** Last week, the company completed a registered direct offering of 470K shares at $9 per share for gross proceeds of $4.2M. We estimate that the company's *pro forma* cash position post offering could approximate $24M, which should fund operations for the next three years, in our view.

**Valuation and risks.** Our 12-month price target is based on an enterprise value-to-sales (EV/Sales) multiple of 12x and projected sales (including CoSara Diagnostics in India) of $1.66 per share for 2020. Sales of CoSara have yet to be integrated into the company's top-line revenue. Risks include, but are not limited to: (1) lower-than-projected uptake of products; (2) inability to maintain regulatory compliance; (3) inability to develop additional products targeting segments beyond infectious disease in developing markets; and (4) potential dilution risk.

Co-Diagnostics, Inc. March 9, 2020

**Key Specifications of Logix Smart COVID-19 Test**

| Application | Qualitative multiplex PCR test for detection of SARS-CoV-2 (COVID-19) gene *RdRp* |
|---|---|
| Type of Detection | Detection of Coronavirus Disease 2019 |
| Limit of Detection | $1.35 \times 10^3$ copies/mL |
| Sensitivity | 99.17% |
| Specificity | 100.00% |
| Sample type | Lower respiratory tract specimens (e.g. bronchoalveolar lavage, sputum, tracheal aspirate), upper respiratory tract specimens (e.g. nasopharyngeal fluids, nasal swab) and serum |
| Thermocycler Run Time | 63-90 minutes, depending on PCR equipment |
| Thermocycler Capability | Most 2– or 4-channel machines, including CoDx Box™ |

*Source: Co-Diagnostics.*

Co-Diagnostics, Inc.                                                                                                                           March 9, 2020

**Table 1: Co-Diagnostics, Inc. (CODX)—Historical Income Statements, Financial Projections**

FY end December 31
$ in thousands, except per share data

| | 2017A | 2018A 1QA | 2QA | 3QA | 4QA | 2018A | 2019E 1QA | 2QA | 3QA | 4QE | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | |
| Product revenue | 8 | 10 | 10 | 10 | 11 | 40 | 3 | 62 | 41 | 150 | 256 | 37,100 |
| Other revenue | - | | | | | - | | | | | - | - |
| **Total revenue** | 8 | 10 | 10 | 10 | 11 | 40 | 3 | 62 | 41 | 150 | 256 | 37,100 |
| Expenses | | | | | | | | | | | | |
| Cost of sales | 0 | | | | 9 | 9 | 0 | 39 | 20 | 60 | 120 | 11,804 |
| Research and development | 1,003 | 297 | 358 | 330 | 375 | 1,361 | 347 | 313 | 331 | 330 | 1,321 | 1,340 |
| Sales and marketing | 427 | 95 | 144 | 180 | 746 | 1,166 | 256 | 252 | 262 | 260 | 1,031 | 1,060 |
| General and administrative | 3,096 | 882 | 849 | 1,150 | 690 | 3,571 | 640 | 808 | 1,061 | 950 | 3,459 | 4,400 |
| Depreciation and amortization | 46 | 12 | 13 | 13 | 13 | 51 | 14 | 16 | 17 | 15 | 62 | 60 |
| **Total expenses** | 4,572 | 1,287 | 1,363 | 1,673 | 1,834 | 6,158 | 1,258 | 1,427 | 1,692 | 1,615 | 5,992 | 18,664 |
| **Gain (loss) from operations** | (4,564) | (1,277) | (1,353) | (1,664) | (1,823) | (6,118) | (1,254) | (1,366) | (1,650) | (1,465) | (5,735) | 18,437 |
| Other income/expense | | | | | | | | | | | | |
| Interest expense | (310) | | | (49) | (86) | (135) | (106) | | (0) | | (106) | - |
| Interest income | 4 | 8 | 6 | 4 | 2 | 20 | 0 | 20 | 12 | | 32 | - |
| Loss on extinguishment of debt | (2,072) | | | | - | - | | | | | - | - |
| Loss on disposition of assets | - | | | | - | - | 1 | | | | 1 | - |
| Income (loss) on investment in joint venture | (16) | (40) | (25) | 68 | (41) | (39) | (9) | 2 | (110) | 30 | (87) | 1,800 |
| **Total investment income and other** | (2,395) | (33) | (19) | 23 | (125) | (154) | (114) | 21 | (98) | 30 | (160) | 1,800 |
| **Loss before provision for income taxes** | (6,959) | (1,310) | (1,372) | (1,641) | (1,948) | (6,272) | (1,368) | (1,344) | (1,748) | (1,435) | (5,896) | 20,237 |
| Provision for income taxes | - | | | | | - | | | | | - | - |
| **Net income (loss)** | (6,959) | (1,310) | (1,372) | (1,641) | (1,948) | (6,272) | (1,368) | (1,344) | (1,748) | (1,435) | (5,896) | 20,237 |
| Net loss per share (basic) | (0.63) | (0.11) | (0.11) | (0.13) | (0.15) | (0.50) | (0.09) | (0.08) | (0.10) | (0.08) | (0.35) | 0.84 |
| Net loss per share (diluted) | (0.63) | (0.11) | (0.11) | (0.13) | (0.15) | (0.50) | (0.09) | (0.08) | (0.10) | (0.08) | (0.35) | 0.84 |
| Weighted average number of shares outstanding (basic) | 10,960 | 12,319 | 12,337 | 12,356 | 12,794 | 12,485 | 16,067 | 17,018 | 17,329 | 17,387 | 16,950 | 24,037 |
| Weighted average number of shares outstanding (diluted) | 10,960 | 12,319 | 12,337 | 12,356 | 12,794 | 12,485 | 16,067 | 17,018 | 17,329 | 17,387 | 16,950 | 24,037 |

*Source: Company reports and H.C. Wainwright & Co. estimates.*

Co-Diagnostics, Inc.                                                                                                                    March 9, 2020

**Table 2: Co-Diagnostics, Inc. (CODX)—Historical Balance Sheets, Financial Projections**

FY end December 31
$ in thousands, except per share data

| | | 2018A | | | | | 2019E | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/31/17A | 3/31A | 6/30A | 9/30A | 12/31A | 12/31/18A | 3/31A | 6/30A | 9/30A | 12/31E | 12/31/19E | 12/31/20E |
| Assets | | | | | | | | | | | | |
| Current assets: | | | | | | | | | | | | |
| Cash and cash equivalents | 3,534 | 2,541 | 1,528 | 2,177 | 950 | 950 | 5,413 | 3,856 | 2,544 | 1,374 | 1,374 | 45,307 |
| Accounts receivable | - | 24 | 26 | 3 | 13 | 13 | 43 | 63 | 60 | 60 | 60 | 60 |
| Inventory | 9 | | | | 18 | 18 | 18 | 8 | 17 | 17 | 17 | 17 |
| Prepaid expenses | 908 | 580 | 225 | 212 | 70 | 70 | 104 | 633 | 463 | 463 | 463 | 463 |
| **Total current assets** | 4,452 | 3,145 | 1,780 | 2,391 | 1,052 | 1,052 | 5,577 | 4,560 | 3,084 | 1,914 | 1,914 | 45,848 |
| Property and equipment, net | 166 | 163 | 150 | 140 | 156 | 156 | 136 | 173 | 180 | 165 | 165 | 105 |
| Investment in joint venture | 45 | 20 | 39 | 182 | 345 | 345 | 408 | 585 | 548 | 548 | 548 | 548 |
| **Total Assets** | 4,662 | 3,327 | 1,969 | 2,713 | 1,553 | 1,553 | 6,121 | 5,318 | 3,812 | 2,627 | 2,627 | 46,500 |
| **Liabilities and shareholder equity** | | | | | | | | | | | | |
| Current liabilities | | | | | | | | | | | | |
| Accounts payable | 41 | 36 | 33 | 67 | 149 | 149 | 96 | 36 | 22 | 22 | 22 | 22 |
| Accrued expenses | 97 | 91 | 98 | 95 | 174 | 174 | 121 | 156 | 162 | 162 | 162 | 162 |
| Accrued expenses (related party) | - | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |
| Deferred income | 11 | 39 | 39 | 39 | | - | | | 4 | 4 | 4 | 4 |
| Notes payable | - | | | 1,869 | 1,909 | 1,909 | | | | - | - | - |
| **Total current liabilities** | 148 | 286 | 291 | 2,190 | 2,352 | 2,352 | 338 | 312 | 308 | 308 | 308 | 308 |
| Notes payable | - | | | | - | - | - | - | - | - | - | - |
| Accrued expenses (related party) | 480 | 330 | 300 | 270 | 260 | 260 | 220 | 200 | 170 | 170 | 170 | 170 |
| Deferred income | 184 | 145 | 136 | 126 | | - | | - | - | - | - | - |
| **Total Liabilities** | 812 | 762 | 726 | 2,586 | 2,612 | 2,612 | 558 | 512 | 478 | 478 | 478 | 478 |
| **Shareholder's equity** | | | | | | | | | | | | |
| Preferred stock | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Common stock | 12 | 12 | 12 | 13 | 13 | 13 | 17 | 17 | 17 | 17 | 17 | 25 |
| Additional paid-in capital | 16,261 | 16,286 | 16,336 | 16,861 | 17,622 | 17,622 | 25,609 | 26,196 | 26,471 | 26,471 | 26,471 | 49,100 |
| Accumulated deficit | (12,422) | (13,733) | (15,105) | (16,746) | (18,694) | (18,694) | (20,063) | (21,407) | (23,155) | (24,340) | (24,340) | (3,103) |
| Accumulated other comprehensive loss | - | | | | | - | - | - | - | - | - | - |
| **Total shareholder's equity** | 3,851 | 2,565 | 1,243 | 127 | (1,059) | (1,059) | 5,564 | 4,806 | 3,334 | 2,149 | 2,149 | 46,022 |
| **Total liability and shareholder's equity** | 4,662 | 3,327 | 1,969 | 2,713 | 1,553 | 1,553 | 6,121 | 5,318 | 3,812 | 2,627 | 2,627 | 46,500 |

*Source: Company reports and H.C. Wainwright & Co. estimates.*

March 9, 2020

## Important Disclaimers

This material is confidential and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply to unsubscribe@hcwresearch.com and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

**H.C. WAINWRIGHT & CO, LLC RATING SYSTEM:** H.C. Wainwright employs a three tier rating system for evaluating both the potential return and risk associated with owning common equity shares of rated firms. The expected return of any given equity is measured on a RELATIVE basis of other companies in the same sector. The price objective is calculated to estimate the potential movements in price that a given equity could reach provided certain targets are met over a defined time horizon. Price objectives are subject to external factors including industry events and market volatility.

### RETURN ASSESSMENT

**Market Outperform (Buy):** The common stock of the company is expected to outperform a passive index comprised of all the common stock of companies within the same sector.

**Market Perform (Neutral):** The common stock of the company is expected to mimic the performance of a passive index comprised of all the common stock of companies within the same sector.

**Market Underperform (Sell):** The common stock of the company is expected to underperform a passive index comprised of all the common stock of companies within the same sector.



Rating and Price Target History for: Co-Diagnostics, Inc. (CODX-US) as of 03-06-2020

Investment Banking Services include, but are not limited to, acting as a manager/co-manager in the underwriting or placement of securities, acting as financial advisor, and/or providing corporate finance or capital markets-related services to a company or one of its affiliates or subsidiaries within the past 12 months.

| Distribution of Ratings Table as of March 6, 2020 | | | | |
|---|---|---|---|---|
| | | | IB Service/Past 12 Months | |
| Ratings | Count | Percent | Count | Percent |
| Buy | 378 | 90.43% | 133 | 35.19% |
| Neutral | 38 | 9.09% | 7 | 18.42% |
| Sell | 0 | 0.00% | 0 | 0.00% |
| Under Review | 2 | 0.48% | 2 | 100.00% |

H.C. Wainwright & Co, LLC (the "Firm") is a member of FINRA and SIPC and a registered U.S. Broker-Dealer.

I, Yi Chen, Ph.D. CFA and Raghuram Selvaraju, Ph.D. , certify that 1) all of the views expressed in this report accurately reflect my personal views about any and all subject securities or issuers discussed; and 2) no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report; and 3) neither myself nor any members of my household is an officer, director or advisory board member of these companies.

None of the research analysts or the research analyst's household has a financial interest in the securities of Co-Diagnostics, Inc. (including, without limitation, any option, right, warrant, future, long or short position).

As of February 29, 2020 neither the Firm nor its affiliates beneficially own 1% or more of any class of common equity securities of Co-Diagnostics, Inc..

Neither the research analyst nor the Firm knows or has reason to know of any other material conflict of interest at the time of publication of this research report.

The research analyst principally responsible for preparation of the report does not receive compensation that is based upon any specific investment banking services or transaction but is compensated based on factors including total revenue and profitability of the Firm, a substantial portion of which is derived from investment banking services.

The firm or its affiliates received compensation from Co-Diagnostics, Inc. for non-investment banking services in the previous 12 months.

The Firm or its affiliates did receive compensation from Co-Diagnostics, Inc. for investment banking services within twelve months before, and will seek compensation from the companies mentioned in this report for investment banking services within three months following publication of the research report.

H.C. Wainwright & Co., LLC managed or co-managed a public offering of securities for Co-Diagnostics, Inc. during the past 12 months.

The Firm does not make a market in Co-Diagnostics, Inc. as of the date of this research report.

The securities of the company discussed in this report may be unsuitable for investors depending on their specific investment objectives and financial position. Past performance is no guarantee of future results. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. This research report is not intended to provide tax advice or to be used to provide tax advice to any person. Electronic versions of H.C. Wainwright & Co., LLC research reports are made available to all clients simultaneously. No part of this report may be reproduced in any form without the expressed permission of H.C. Wainwright & Co., LLC. Additional information available upon request.

H.C. Wainwright & Co., LLC does not provide individually tailored investment advice in research reports. This research report is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this research report.

H.C. Wainwright & Co., LLC's and its affiliates' salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies that reflect opinions that are contrary to the opinions expressed in this research report.

H.C. Wainwright & Co., LLC and its affiliates, officers, directors, and employees, excluding its analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives (including options and warrants) thereof of covered companies referred to in this research report.

The information contained herein is based on sources which we believe to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data on the company, industry or security discussed in the report. All opinions and estimates included in this report constitute the analyst's judgment as of the date of this report and are subject to change without notice.

Securities and other financial instruments discussed in this research report: may lose value; are not insured by the Federal Deposit Insurance Corporation; and are subject to investment risks, including possible loss of the principal amount invested.