# Exhibit 56


# H.C.WAINWRIGHT&CO.

**Co-Diagnostics, Inc. (CODX)**
**Rating: Buy**

Yi Chen, Ph.D. CFA
212-916-3971
ychen@hcwresearch.com
Raghuram Selvaraju, Ph.D.
212-916-3966
rselvaraju@hcwresearch.com

## Co-Diagnostics Goes to Washington; Reiterate Buy

| Stock Data | 03/12/2020 |
|---|---|
| Price | $11.76 |
| Exchange | NASDAQ |
| Price Target | $20.00 |
| 52-Week High | $21.75 |
| 52-Week Low | $0.69 |
| Enterprise Value (M) | $311 |
| Market Cap (M) | $335 |
| Public Market Float (M) | 13.5 |
| Shares Outstanding (M) | 25.4 |
| 3 Month Avg Volume | 10,071,308 |
| Short Interest (M) | 2.46 |

| Balance Sheet Metrics | |
|---|---|
| Cash (M) | $24.0 |
| Total Debt (M) | $0.0 |
| Total Cash/Share | $0.95 |
| Book Value/Share | $0.19 |

*Cash (M): pro forma*

| EPS Diluted | | | |
|---|---|---|---|
| Full Year - Dec | 2018A | 2019E | 2020E |
| 1Q | (0.11) | (0.09)A | (0.05) |
| 2Q | (0.11) | (0.08)A | 0.11 |
| 3Q | (0.13) | (0.10)A | 0.27 |
| 4Q | (0.15) | (0.08) | 0.46 |
| FY | (0.50) | (0.35) | 0.84 |

| Revenue ($M) | | | |
|---|---|---|---|
| Full Year - Dec | 2018A | 2019E | 2020E |
| 1Q | 0.0 | 0.0A | 1.1 |
| 2Q | 0.0 | 0.1A | 6.6 |
| 3Q | 0.0 | 0.0A | 11.8 |
| 4Q | 0.0 | 0.2 | 17.7 |
| FY | 0.0 | 0.3 | 37.1 |



**Co-Diagnostics Chief Scientific Officer to speak at the meeting of the Bipartisan Commission on Biodefense.** Yesterday, Co-Diagnostics announced that the company's Chief Scientific Officer and co-founder, Brent Satterfield PhD, is slated to speak at the meeting of the Bipartisan Commission on Biodefense to be held in Washington, DC on March 18, 2020. The focus of the meeting is to better understand the ongoing response to coronavirus COVID-19 and national readiness to address the spread of the disease in the U.S. and throughout the world. Dr. Satterfield plans to present the details of the company's Logix Smart COVID-19 test and the company's proprietary platform that allows rapid development of the test and future multiplex assays that can identify multiple mutations of the virus in a single test. As a reminder, Co-Diagnostics was the first U.S. company to receive CE IVD clearance for a COVID-19 diagnostic test. Investors should know that prior to founding Co-Diagnostics in 2013 Dr. Satterfield developed new diagnostic platforms for groups such as the Department of Homeland Security, the National Biodefense Analysis and Countermeasures Center, the United States Army Medical Research Institute of Infectious Disease, Sandia National Laboratories, and the California Department of Public Health. In our view, Dr. Satterfield's presentation in the coming week could increase the visibility of Logix Smart COVID-19 test to public health officials and potentially help facilitate regulatory approval of the test in the U.S., which may lead to wide deployment of the test in the U.S. In the wake of this update, we reiterate our Buy rating and $20 price target. Investors can access the meeting through live webcast at *biodefensecommission.org/events/covid-19-forewarned-but-not-forearmed/.*

**U.S. coronavirus testing lags behind testing in other developed countries.** World Health Organization (WHO) has officially declared COVID-19 a pandemic on March 11. Accurate testing is critical to contain the spread as confirmed individuals, especially those without symptoms, can then be put into quarantine. However, since the first case was detected in the U.S. on January 20, U.S. has had the lowest number of COVID-19 testing per capita among developed countries due to shortage of test kits. According to a news article published by *Vox* yesterday, 7,695 tests had been performed in the U.S. as of March 11, or 23 tests per million people. This per capita number is behind 66 in Japan, 347 in UK, 826 in Italy, and 3,692 in South Korea. As the COVID-19 outbreak continues to escalate in the U.S., we believe the federal and local government would have to boost the testing volume and frequency significantly in order to contain the spread. Accordingly, we expect Co-Diagnostics to ship more Logix Smart COVID-19 tests to clinical laboratories across the U.S. in the coming months.

---

For definitions and the distribution of analyst ratings, analyst certifications, and other disclosures, please refer to pages 5 - 6 of this report.

**Logix Smart COVID-19 now being shipped to five continents.** Co-Diagnostics is now shipping its Logix Smart COVID-19 test to over 50 countries across five continents, including Italy, the most severely impacted country in EU. The company continues to scale up production to meet global demand, and is also seeking Emergency Use Authorization (EUA) for use as an *in vitro* diagnostic by the FDA as well as by the CDSCO in India. COVID-19 continues to spread worldwide, and the global mortality rate is currently 3.7% (4,718 deaths out of 127,863 confirmed cases), according to Johns Hopkins COVID-19 Global Cases Tracker. Specifically, mortality rates in the U.S., Italy, and South Korea are 2.9%, 6.6% and 0.8%, respectively. In comparison, seasonal flu has a mortality of 0.1%. In our view, the spread in Europe and America is unlikely to subside in the immediate term.

**Logix Smart COVID-19 test offers the combination of high accuracy and low price.** Logix Smart COVID-19 test was designed with the company's CoPrimer technology that can achieve significant reduction in false positive results vs. other polymerase chain reaction (PCR) tests. In fact, the test has 99.2% sensitivity and 100% specificity, a rare combination among IVDs, in our view. However, the test is priced affordably at single-digit dollar level. Thus, we believe Logix Smart COVID-19 test could outcompete other tests globally with its combination of accuracy and low cost.

**Valuation and risks.** Our 12-month price target is based on an enterprise value-to-sales (EV/Sales) multiple of 12x and projected sales (including CoSara Diagnostics in India) of $1.66 per share for 2020. Sales of CoSara have yet to be integrated into the company's top-line revenue. Risks include, but are not limited to: (1) lower-than-projected uptake of products; (2) inability to maintain regulatory compliance; (3) inability to develop additional products targeting segments beyond infectious disease in developing markets; and (4) potential dilution risk.

Co-Diagnostics, Inc.                                                                                          March 13, 2020

**Table 1: Co-Diagnostics, Inc. (CODX)—Historical Income Statements, Financial Projections**

FY end December 31
$ in thousands, except per share data

| | 2017A | 2018A 1QA | 2QA | 3QA | 4QA | 2018A | 2019E 1QA | 2QA | 3QA | 4QE | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | |
| Product revenue | 8 | 10 | 10 | 10 | 11 | 40 | 3 | 62 | 41 | 150 | 256 | 37,100 |
| Other revenue | - | | | | | - | | | | | - | - |
| **Total revenue** | 8 | 10 | 10 | 10 | 11 | 40 | 3 | 62 | 41 | 150 | 256 | 37,100 |
| Expenses | | | | | | | | | | | | |
| Cost of sales | 0 | | | | 9 | 9 | 0 | 39 | 20 | 60 | 120 | 11,804 |
| Research and development | 1,003 | 297 | 358 | 330 | 375 | 1,361 | 347 | 313 | 331 | 330 | 1,321 | 1,340 |
| Sales and marketing | 427 | 95 | 144 | 180 | 746 | 1,166 | 256 | 252 | 262 | 260 | 1,031 | 1,060 |
| General and administrative | 3,096 | 882 | 849 | 1,150 | 690 | 3,571 | 640 | 808 | 1,061 | 950 | 3,459 | 4,400 |
| Depreciation and amortization | 46 | 12 | 13 | 13 | 13 | 51 | 14 | 16 | 17 | 15 | 62 | 60 |
| **Total expenses** | 4,572 | 1,287 | 1,363 | 1,673 | 1,834 | 6,158 | 1,258 | 1,427 | 1,692 | 1,615 | 5,992 | 18,664 |
| **Gain (loss) from operations** | (4,564) | (1,277) | (1,353) | (1,664) | (1,823) | (6,118) | (1,254) | (1,366) | (1,650) | (1,465) | (5,735) | 18,437 |
| Other income/expense | | | | | | | | | | | | |
| Interest expense | (310) | | | (49) | (86) | (135) | (106) | | (0) | | (106) | - |
| Interest income | 4 | 8 | 6 | 4 | 2 | 20 | 0 | 20 | 12 | | 32 | - |
| Loss on extinguishment of debt | (2,072) | | | | - | - | | | | | - | - |
| Loss on disposition of assets | - | | | | - | - | 1 | | | | 1 | - |
| Income (loss) on investment in joint venture | (16) | (40) | (25) | 68 | (41) | (39) | (9) | 2 | (110) | 30 | (87) | 1,800 |
| **Total investment income and other** | (2,395) | (33) | (19) | 23 | (125) | (154) | (114) | 21 | (98) | 30 | (160) | 1,800 |
| **Loss before provision for income taxes** | (6,959) | (1,310) | (1,372) | (1,641) | (1,948) | (6,272) | (1,368) | (1,344) | (1,748) | (1,435) | (5,896) | 20,237 |
| Provision for income taxes | - | | | | | - | | | | | - | - |
| **Net income (loss)** | (6,959) | (1,310) | (1,372) | (1,641) | (1,948) | (6,272) | (1,368) | (1,344) | (1,748) | (1,435) | (5,896) | 20,237 |
| Net loss per share (basic) | (0.63) | (0.11) | (0.11) | (0.13) | (0.15) | (0.50) | (0.09) | (0.08) | (0.10) | (0.08) | (0.35) | 0.84 |
| Net loss per share (diluted) | (0.63) | (0.11) | (0.11) | (0.13) | (0.15) | (0.50) | (0.09) | (0.08) | (0.10) | (0.08) | (0.35) | 0.84 |
| Weighted average number of shares outstanding (basic) | 10,960 | 12,319 | 12,337 | 12,356 | 12,794 | 12,485 | 16,067 | 17,018 | 17,329 | 17,387 | 16,950 | 24,037 |
| Weighted average number of shares outstanding (diluted) | 10,960 | 12,319 | 12,337 | 12,356 | 12,794 | 12,485 | 16,067 | 17,018 | 17,329 | 17,387 | 16,950 | 24,037 |

*Source: Company reports and H.C. Wainwright & Co. estimates.*

Co-Diagnostics, Inc.        March 13, 2020

**Table 2: Co-Diagnostics, Inc. (CODX)—Historical Balance Sheets, Financial Projections**

FY end December 31
$ in thousands, except per share data

| | 12/31/17A | 2018A 3/31A | 6/30A | 9/30A | 12/31A | 12/31/18A | 2019E 3/31A | 6/30A | 9/30A | 12/31E | 12/31/19E | 12/31/20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | |
| Current assets: | | | | | | | | | | | | |
| Cash and cash equivalents | 3,534 | 2,541 | 1,528 | 2,177 | 950 | 950 | 5,413 | 3,856 | 2,544 | 1,374 | 1,374 | 45,307 |
| Accounts receivable | - | 24 | 26 | 3 | 13 | 13 | 43 | 63 | 60 | 60 | 60 | 60 |
| Inventory | 9 | | | | 18 | 18 | 18 | 8 | 17 | 17 | 17 | 17 |
| Prepaid expenses | 908 | 580 | 225 | 212 | 70 | 70 | 104 | 633 | 463 | 463 | 463 | 463 |
| **Total current assets** | 4,452 | 3,145 | 1,780 | 2,391 | 1,052 | 1,052 | 5,577 | 4,560 | 3,084 | 1,914 | 1,914 | 45,848 |
| Property and equipment, net | 166 | 163 | 150 | 140 | 156 | 156 | 136 | 173 | 180 | 165 | 165 | 105 |
| Investment in joint venture | 45 | 20 | 39 | 182 | 345 | 345 | 408 | 585 | 548 | 548 | 548 | 548 |
| **Total Assets** | 4,662 | 3,327 | 1,969 | 2,713 | 1,553 | 1,553 | 6,121 | 5,318 | 3,812 | 2,627 | 2,627 | 46,500 |
| **Liabilities and shareholder equity** | | | | | | | | | | | | |
| Current liabilities | | | | | | | | | | | | |
| Accounts payable | 41 | 36 | 33 | 67 | 149 | 149 | 96 | 36 | 22 | 22 | 22 | 22 |
| Accrued expenses | 97 | 91 | 98 | 95 | 174 | 174 | 121 | 156 | 162 | 162 | 162 | 162 |
| Accrued expenses (related party) | - | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |
| Deferred income | 11 | 39 | 39 | 39 | | - | | | | 4 | 4 | 4 |
| Notes payable | - | | | 1,869 | 1,909 | 1,909 | | | | - | - | - |
| **Total current liabilities** | 148 | 286 | 291 | 2,190 | 2,352 | 2,352 | 338 | 312 | 308 | 308 | 308 | 308 |
| Notes payable | - | | | | - | - | - | - | - | - | - | - |
| Accrued expenses (related party) | 480 | 330 | 300 | 270 | 260 | 260 | 220 | 200 | 170 | 170 | 170 | 170 |
| Deferred income | 184 | 145 | 136 | 126 | | - | | - | - | - | - | - |
| **Total Liabilities** | 812 | 762 | 726 | 2,586 | 2,612 | 2,612 | 558 | 512 | 478 | 478 | 478 | 478 |
| **Shareholder's equity** | | | | | | | | | | | | |
| Preferred stock | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Common stock | 12 | 12 | 12 | 13 | 13 | 13 | 17 | 17 | 17 | 17 | 17 | 25 |
| Additional paid-in capital | 16,261 | 16,286 | 16,336 | 16,861 | 17,622 | 17,622 | 25,609 | 26,196 | 26,471 | 26,471 | 26,471 | 49,100 |
| Accumulated deficit | (12,422) | (13,733) | (15,105) | (16,746) | (18,694) | (18,694) | (20,063) | (21,407) | (23,155) | (24,340) | (24,340) | (3,103) |
| Accumulated other comprehensive loss | - | | | | | - | - | - | - | - | - | - |
| **Total shareholder's equity** | 3,851 | 2,565 | 1,243 | 127 | (1,059) | (1,059) | 5,564 | 4,806 | 3,334 | 2,149 | 2,149 | 46,022 |
| **Total liability and shareholder's equity** | 4,662 | 3,327 | 1,969 | 2,713 | 1,553 | 1,553 | 6,121 | 5,318 | 3,812 | 2,627 | 2,627 | 46,500 |

*Source: Company reports and H.C. Wainwright & Co. estimates.*

Co-Diagnostics, Inc. 

March 13, 2020

## Important Disclaimers

This material is confidential and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply to unsubscribe@hcwresearch.com and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

**H.C. WAINWRIGHT & CO, LLC RATING SYSTEM:** H.C. Wainwright employs a three tier rating system for evaluating both the potential return and risk associated with owning common equity shares of rated firms. The expected return of any given equity is measured on a RELATIVE basis of other companies in the same sector. The price objective is calculated to estimate the potential movements in price that a given equity could reach provided certain targets are met over a defined time horizon. Price objectives are subject to external factors including industry events and market volatility.

**RETURN ASSESSMENT**

**Market Outperform (Buy):** The common stock of the company is expected to outperform a passive index comprised of all the common stock of companies within the same sector.

**Market Perform (Neutral):** The common stock of the company is expected to mimic the performance of a passive index comprised of all the common stock of companies within the same sector.

**Market Underperform (Sell):** The common stock of the company is expected to underperform a passive index comprised of all the common stock of companies within the same sector.



Rating and Price Target History for: Co-Diagnostics, Inc. (CODX-US) as of 03-11-2020

Investment Banking Services include, but are not limited to, acting as a manager/co-manager in the underwriting or placement of securities, acting as financial advisor, and/or providing corporate finance or capital markets-related services to a company or one of its affiliates or subsidiaries within the past 12 months.

| Distribution of Ratings Table as of March 11, 2020 | | | | |
|---|---|---|---|---|
| | | | IB Service/Past 12 Months | |
| Ratings | Count | Percent | Count | Percent |
| Buy | 380 | 90.69% | 136 | 35.79% |
| Neutral | 37 | 8.83% | 7 | 18.92% |
| Sell | 0 | 0.00% | 0 | 0.00% |
| Under Review | 2 | 0.48% | 2 | 100.00% |

H.C. Wainwright & Co, LLC (the "Firm") is a member of FINRA and SIPC and a registered U.S. Broker-Dealer.

I, Yi Chen, Ph.D. CFA and Raghuram Selvaraju, Ph.D. , certify that 1) all of the views expressed in this report accurately reflect my personal views about any and all subject securities or issuers discussed; and 2) no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report; and 3) neither myself nor any members of my household is an officer, director or advisory board member of these companies.

None of the research analysts or the research analyst's household has a financial interest in the securities of Co-Diagnostics, Inc. (including, without limitation, any option, right, warrant, future, long or short position).

As of February 29, 2020 neither the Firm nor its affiliates beneficially own 1% or more of any class of common equity securities of Co-Diagnostics, Inc..

Neither the research analyst nor the Firm knows or has reason to know of any other material conflict of interest at the time of publication of this research report.

The research analyst principally responsible for preparation of the report does not receive compensation that is based upon any specific investment banking services or transaction but is compensated based on factors including total revenue and profitability of the Firm, a substantial portion of which is derived from investment banking services.

Co-Diagnostics, Inc.                                                                                                March 13, 2020

The firm or its affiliates received compensation from Co-Diagnostics, Inc. for non-investment banking services in the previous 12 months.

The Firm or its affiliates did receive compensation from Co-Diagnostics, Inc. for investment banking services within twelve months before, and will seek compensation from the companies mentioned in this report for investment banking services within three months following publication of the research report.

H.C. Wainwright & Co., LLC managed or co-managed a public offering of securities for Co-Diagnostics, Inc. during the past 12 months.

The Firm does not make a market in Co-Diagnostics, Inc. as of the date of this research report.

The securities of the company discussed in this report may be unsuitable for investors depending on their specific investment objectives and financial position. Past performance is no guarantee of future results. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. This research report is not intended to provide tax advice or to be used to provide tax advice to any person. Electronic versions of H.C. Wainwright & Co., LLC research reports are made available to all clients simultaneously. No part of this report may be reproduced in any form without the expressed permission of H.C. Wainwright & Co., LLC. Additional information available upon request.

H.C. Wainwright & Co., LLC does not provide individually tailored investment advice in research reports. This research report is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this research report.

H.C. Wainwright & Co., LLC's and its affiliates' salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies that reflect opinions that are contrary to the opinions expressed in this research report.

H.C. Wainwright & Co., LLC and its affiliates, officers, directors, and employees, excluding its analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives (including options and warrants) thereof of covered companies referred to in this research report.

The information contained herein is based on sources which we believe to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data on the company, industry or security discussed in the report. All opinions and estimates included in this report constitute the analyst's judgment as of the date of this report and are subject to change without notice.

Securities and other financial instruments discussed in this research report: may lose value; are not insured by the Federal Deposit Insurance Corporation; and are subject to investment risks, including possible loss of the principal amount invested.