# Exhibit 57



## H.C.WAINWRIGHT&CO.

**Company Update**
Healthcare

**March 18, 2020**

### Co-Diagnostics, Inc. (CODX)
### Rating: Buy

Yi Chen, Ph.D. CFA
212-916-3971
ychen@hcwresearch.com
Raghuram Selvaraju, Ph.D.
212-916-3966
rselvaraju@hcwresearch.com

## U.S. Coronavirus Test Shipments Slated to Expand; Reiterate Buy

| Stock Data | 03/17/2020 |
|---|---|
| Price | $10.68 |
| Exchange | NASDAQ |
| Price Target | $20.00 |
| 52-Week High | $21.75 |
| 52-Week Low | $0.69 |
| Enterprise Value (M) | $247 |
| Market Cap (M) | $271 |
| Public Market Float (M) | 13.5 |
| Shares Outstanding (M) | 25.4 |
| 3 Month Avg Volume | 11,159,889 |
| Short Interest (M) | 2.46 |

| Balance Sheet Metrics | |
|---|---|
| Cash (M) | $24.0 |
| Total Debt (M) | $0.0 |
| Total Cash/Share | $0.95 |
| Book Value/Share | $0.19 |

*Cash (M): pro forma*

**EPS Diluted**

| Full Year - Dec | 2018A | 2019E | 2020E |
|---|---|---|---|
| 1Q | (0.11) | (0.09)A | (0.05) |
| 2Q | (0.11) | (0.08)A | 0.11 |
| 3Q | (0.13) | (0.10)A | 0.27 |
| 4Q | (0.15) | (0.08) | 0.46 |
| FY | (0.50) | (0.35) | 0.84 |

**Revenue ($M)**

| Full Year - Dec | 2018A | 2019E | 2020E |
|---|---|---|---|
| 1Q | 0.0 | 0.0A | 1.1 |
| 2Q | 0.0 | 0.1A | 6.6 |
| 3Q | 0.0 | 0.0A | 11.8 |
| 4Q | 0.0 | 0.2 | 17.7 |
| FY | 0.0 | 0.3 | 37.1 |



**FDA policy change allows use of COVID-19 test without Emergency Use Authorization; test shipment to U.S. labs slated to expand.** Yesterday, Co-Diagnostics announced that a new FDA policy that aims to expedite the availability of COVID-19 diagnostics would allow the company to aggressively expand its presence in the U.S. market. Accordingly, the company plans to market its Logix Smart™ COVID-19 test to a wide array of U.S. laboratories without first requiring Emergency Use Authorization (EUA) from the FDA. We note that Co-Diagnostics has already been shipping its COVID-19 test to countries across five continents and scaling up production to meet global demand. These countries include Italy, Germany, UK, Turkey, Greece, the Philippines, Thailand, Australia, Paraguay, Ecuador, Israel, South Africa, Canada, and the U.S. In our view, the company is now able to serve the urgent need for rapid, accurate COVID-19 testing in the U.S., which has been lagging other developed countries on the testing front; the volume of tests shipped to domestic labs should ramp up in the immediate term. We reiterate our Buy rating and $20 price target.

**FDA guidance gives regulatory relief to COVID-19 diagnostics.** Released on March 16, 2020, FDA's updated guidance on COVID-19 diagnostics has three key elements: (1) states shall take responsibility for tests developed and used by laboratories in their territories— laboratories developing tests in any state can engage directly with the appropriate state authorities, instead of with the FDA and these laboratories shall not pursue an Emergency Use Authorization (EUA) with the FDA; (2) the policy issued on February 29 was originally applicable only to laboratories that are certified under the Clinical Laboratory Improvement Amendments (CLIA), while under the updated guidance, the agency does not intend to object to commercial manufacturers distributing and labs using new commercially-developed tests prior to the FDA granting an EUA—the FDA believes that 15 business days is a reasonable period of time to prepare an EUA submission for a test whose performance characteristics have already been validated by the manufacturer; (3) FDA does not intend to object to the distribution and use of serology tests to identify antibodies to SARS-CoV-2 where the test has been validated, notification is provided to the FDA, and warning statements are included with the tests (e.g., noting the test has not been reviewed by the FDA and results from antibody testing should not be used as the sole basis to diagnose or exclude SARS-CoV-2 infection or to inform infection status). We note that Co-Diagnostics has validated its Logix Smart COVID-19 test and submitted an EUA application to the FDA. We are aware that EUAs have thus far been issued to tests developed by Roche (RHHBY; not rated), Thermo Fisher (TMO; not rated), Hologic (HOLX; not rated), LabCorp (LH; not rated), Quest Diagnostics (DGX; not rated) and Quidel (QDEL; not rated), with the last two EUAs issued late yesterday. It seems the FDA continues to issue EUAs even though EUA is no longer required under the new guidance. We expect further clarity on this matter from the company in the coming days.

---

For definitions and the distribution of analyst ratings, analyst certifications, and other disclosures, please refer to pages 5 - 6 of this report.

Co-Diagnostics, Inc.                                                                                      March 18, 2020

**Logix Smart COVID-19 test targets a highly conserved region in the viral genome.** We remind investors that the Logix Smart COVID-19 test has 99.2% sensitivity and 100% specificity. The test targets a single genetic code in a highly conserved region within the COVID-19 genome, based on hundreds of genetic sequences from various strains collected globally since December 2019 that reflect the evolution and mutations of COVID-19. In comparison, the test developed by the U.S. Centers for Disease Control and Prevention (CDC) attempts to match three distinct genetic codes in a region known for mutations and has generated inconclusive results even on known samples of the coronavirus. The CDC test's flaws have been widely reported in the media. The Co-Diagnostics test's accuracy is built upon the company's proprietary CoPrimer™ technology that can achieve significant reduction in false positive results vs. other polymerase chain reaction (PCR) tests, due to its ability to optimize signal-to-noise ratio. In our view, the recently-published short thesis on Co-Diagnostics' stock appears groundless and lacks insights into novel technical approaches and nuances in diagnostic test design. For example, claiming that Co-Diagnostics' test is unlikely to be functional simply because it took a short time to develop is spurious and illogical. We continue to believe that the Logix Smart COVID-19 test could outcompete other tests globally with its combination of high accuracy and low cost (priced at $7 per test reaction to distributors).

**Valuation and risks.** Our 12-month price target is based on an enterprise value-to-sales (EV/Sales) multiple of 12x and projected sales (including CoSara Diagnostics in India) of $1.66 per share for 2020. Sales of CoSara have yet to be integrated into the company's top-line revenue. Risks include, but are not limited to: (1) lower-than-projected uptake of products; (2) inability to maintain regulatory compliance; (3) inability to develop additional products targeting segments beyond infectious disease in developing markets; and (4) potential dilution risk.

Co-Diagnostics, Inc.                                                                                                                                                      March 18, 2020

**Table 1: Co-Diagnostics, Inc. (CODX)—Historical Income Statements, Financial Projections**

FY end December 31
$ in thousands, except per share data

| | 2017A | 2018A | | | | | 2019E | | | | | |
| | | 1QA | 2QA | 3QA | 4QA | 2018A | 1QA | 2QA | 3QA | 4QE | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | |
| Product revenue | 8 | 10 | 10 | 10 | 11 | 40 | 3 | 62 | 41 | 150 | 256 | 37,100 |
| Other revenue | - | | | | | - | | | | | - | - |
| **Total revenue** | 8 | 10 | 10 | 10 | 11 | 40 | 3 | 62 | 41 | 150 | 256 | 37,100 |
| Expenses | | | | | | | | | | | | |
| Cost of sales | 0 | | | | 9 | 9 | 0 | 39 | 20 | 60 | 120 | 11,804 |
| Research and development | 1,003 | 297 | 358 | 330 | 375 | 1,361 | 347 | 313 | 331 | 330 | 1,321 | 1,340 |
| Sales and marketing | 427 | 95 | 144 | 180 | 746 | 1,166 | 256 | 252 | 262 | 260 | 1,031 | 1,060 |
| General and administrative | 3,096 | 882 | 849 | 1,150 | 690 | 3,571 | 640 | 808 | 1,061 | 950 | 3,459 | 4,400 |
| Depreciation and amortization | 46 | 12 | 13 | 13 | 13 | 51 | 14 | 16 | 17 | 15 | 62 | 60 |
| **Total expenses** | 4,572 | 1,287 | 1,363 | 1,673 | 1,834 | 6,158 | 1,258 | 1,427 | 1,692 | 1,615 | 5,992 | 18,664 |
| **Gain (loss) from operations** | (4,564) | (1,277) | (1,353) | (1,664) | (1,823) | (6,118) | (1,254) | (1,366) | (1,650) | (1,465) | (5,735) | 18,437 |
| Other income/expense | | | | | | | | | | | | |
| Interest expense | (310) | | | (49) | (86) | (135) | (106) | | (0) | | (106) | - |
| Interest income | 4 | 8 | 6 | 4 | 2 | 20 | 0 | 20 | 12 | | 32 | - |
| Loss on extinguishment of debt | (2,072) | | | | - | - | | | | | - | - |
| Loss on disposition of assets | - | | | | - | - | 1 | | | | 1 | - |
| Income (loss) on investment in joint venture | (16) | (40) | (25) | 68 | (41) | (39) | (9) | 2 | (110) | 30 | (87) | 1,800 |
| **Total investment income and other** | (2,395) | (33) | (19) | 23 | (125) | (154) | (114) | 21 | (98) | 30 | (160) | 1,800 |
| **Loss before provision for income taxes** | (6,959) | (1,310) | (1,372) | (1,641) | (1,948) | (6,272) | (1,368) | (1,344) | (1,748) | (1,435) | (5,896) | 20,237 |
| Provision for income taxes | - | | | | | - | | | | | - | - |
| **Net income (loss)** | (6,959) | (1,310) | (1,372) | (1,641) | (1,948) | (6,272) | (1,368) | (1,344) | (1,748) | (1,435) | (5,896) | 20,237 |
| Net loss per share (basic) | (0.63) | (0.11) | (0.11) | (0.13) | (0.15) | (0.50) | (0.09) | (0.08) | (0.10) | (0.08) | (0.35) | 0.84 |
| Net loss per share (diluted) | (0.63) | (0.11) | (0.11) | (0.13) | (0.15) | (0.50) | (0.09) | (0.08) | (0.10) | (0.08) | (0.35) | 0.84 |
| Weighted average number of shares outstanding (basic) | 10,960 | 12,319 | 12,337 | 12,356 | 12,794 | 12,485 | 16,067 | 17,018 | 17,329 | 17,387 | 16,950 | 24,037 |
| Weighted average number of shares outstanding (diluted) | 10,960 | 12,319 | 12,337 | 12,356 | 12,794 | 12,485 | 16,067 | 17,018 | 17,329 | 17,387 | 16,950 | 24,037 |

*Source: Company reports and H.C. Wainwright & Co. estimates.*

Co-Diagnostics, Inc.

March 18, 2020

**Table 2: Co-Diagnostics, Inc. (CODX)—Historical Balance Sheets, Financial Projections**

FY end December 31
$ in thousands, except per share data

| | | | 2018A | | | | | | 2019E | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/31/17A | 3/31A | 6/30A | 9/30A | 12/31A | 12/31/18A | 3/31A | 6/30A | 9/30A | 12/31E | 12/31/19E | 12/31/20E |
| **Assets** | | | | | | | | | | | | |
| Current assets: | | | | | | | | | | | | |
| Cash and cash equivalents | 3,534 | 2,541 | 1,528 | 2,177 | 950 | 950 | 5,413 | 3,856 | 2,544 | 1,374 | 1,374 | 45,307 |
| Accounts receivable | - | 24 | 26 | 3 | 13 | 13 | 43 | 63 | 60 | 60 | 60 | 60 |
| Inventory | 9 | | | | 18 | 18 | 18 | 8 | 17 | 17 | 17 | 17 |
| Prepaid expenses | 908 | 580 | 225 | 212 | 70 | 70 | 104 | 633 | 463 | 463 | 463 | 463 |
| **Total current assets** | 4,452 | 3,145 | 1,780 | 2,391 | 1,052 | 1,052 | 5,577 | 4,560 | 3,084 | 1,914 | 1,914 | 45,848 |
| Property and equipment, net | 166 | 163 | 150 | 140 | 156 | 156 | 136 | 173 | 180 | 165 | 165 | 105 |
| Investment in joint venture | 45 | 20 | 39 | 182 | 345 | 345 | 408 | 585 | 548 | 548 | 548 | 548 |
| **Total Assets** | 4,662 | 3,327 | 1,969 | 2,713 | 1,553 | 1,553 | 6,121 | 5,318 | 3,812 | 2,627 | 2,627 | 46,500 |
| **Liabilities and shareholder equity** | | | | | | | | | | | | |
| Current liabilities | | | | | | | | | | | | |
| Accounts payable | 41 | 36 | 33 | 67 | 149 | 149 | 96 | 36 | 22 | 22 | 22 | 22 |
| Accrued expenses | 97 | 91 | 98 | 95 | 174 | 174 | 121 | 156 | 162 | 162 | 162 | 162 |
| Accrued expenses (related party) | - | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |
| Deferred income | 11 | 39 | 39 | 39 | | - | | | 4 | 4 | 4 | 4 |
| Notes payable | - | | | 1,869 | 1,909 | 1,909 | | | | - | - | - |
| **Total current liabilities** | 148 | 286 | 291 | 2,190 | 2,352 | 2,352 | 338 | 312 | 308 | 308 | 308 | 308 |
| Notes payable | - | | | | - | - | - | - | - | - | - | - |
| Accrued expenses (related party) | 480 | 330 | 300 | 270 | 260 | 260 | 220 | 200 | 170 | 170 | 170 | 170 |
| Deferred income | 184 | 145 | 136 | 126 | | - | | - | - | - | - | - |
| **Total Liabilities** | 812 | 762 | 726 | 2,586 | 2,612 | 2,612 | 558 | 512 | 478 | 478 | 478 | 478 |
| **Shareholder's equity** | | | | | | | | | | | | |
| Preferred stock | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Common stock | 12 | 12 | 12 | 13 | 13 | 13 | 17 | 17 | 17 | 17 | 17 | 25 |
| Additional paid-in capital | 16,261 | 16,286 | 16,336 | 16,861 | 17,622 | 17,622 | 25,609 | 26,196 | 26,471 | 26,471 | 26,471 | 49,100 |
| Accumulated deficit | (12,422) | (13,733) | (15,105) | (16,746) | (18,694) | (18,694) | (20,063) | (21,407) | (23,155) | (24,340) | (24,340) | (3,103) |
| Accumulated other comprehensive loss | - | | | | | - | - | - | - | - | - | - |
| **Total shareholder's equity** | 3,851 | 2,565 | 1,243 | 127 | (1,059) | (1,059) | 5,564 | 4,806 | 3,334 | 2,149 | 2,149 | 46,022 |
| **Total liability and shareholder's equity** | 4,662 | 3,327 | 1,969 | 2,713 | 1,553 | 1,553 | 6,121 | 5,318 | 3,812 | 2,627 | 2,627 | 46,500 |

*Source: Company reports and H.C. Wainwright & Co. estimates.*

Co-Diagnostics, Inc.                                                                                                        March 18, 2020

## Important Disclaimers

This material is confidential and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply to unsubscribe@hcwresearch.com and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

**H.C. WAINWRIGHT & CO, LLC RATING SYSTEM:** H.C. Wainwright employs a three tier rating system for evaluating both the potential return and risk associated with owning common equity shares of rated firms. The expected return of any given equity is measured on a RELATIVE basis of other companies in the same sector. The price objective is calculated to estimate the potential movements in price that a given equity could reach provided certain targets are met over a defined time horizon. Price objectives are subject to external factors including industry events and market volatility.

### RETURN ASSESSMENT

**Market Outperform (Buy):** The common stock of the company is expected to outperform a passive index comprised of all the common stock of companies within the same sector.

**Market Perform (Neutral):** The common stock of the company is expected to mimic the performance of a passive index comprised of all the common stock of companies within the same sector.

**Market Underperform (Sell):** The common stock of the company is expected to underperform a passive index comprised of all the common stock of companies within the same sector.



Investment Banking Services include, but are not limited to, acting as a manager/co-manager in the underwriting or placement of securities, acting as financial advisor, and/or providing corporate finance or capital markets-related services to a company or one of its affiliates or subsidiaries within the past 12 months.

| Distribution of Ratings Table as of March 17, 2020 | | | | |
|---|---|---|---|---|
| | | | IB Service/Past 12 Months | |
| Ratings | Count | Percent | Count | Percent |
| Buy | 379 | 90.02% | 136 | 35.88% |
| Neutral | 40 | 9.50% | 7 | 17.50% |
| Sell | 0 | 0.00% | 0 | 0.00% |
| Under Review | 2 | 0.48% | 2 | 100.00% |

H.C. Wainwright & Co, LLC (the "Firm") is a member of FINRA and SIPC and a registered U.S. Broker-Dealer.

I, Yi Chen, Ph.D. CFA and Raghuram Selvaraju, Ph.D. , certify that 1) all of the views expressed in this report accurately reflect my personal views about any and all subject securities or issuers discussed; and 2) no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report; and 3) neither myself nor any members of my household is an officer, director or advisory board member of these companies.

None of the research analysts or the research analyst's household has a financial interest in the securities of Co-Diagnostics, Inc. (including, without limitation, any option, right, warrant, future, long or short position).

As of February 29, 2020 neither the Firm nor its affiliates beneficially own 1% or more of any class of common equity securities of Co-Diagnostics, Inc..

Neither the research analyst nor the Firm knows or has reason to know of any other material conflict of interest at the time of publication of this research report.

The research analyst principally responsible for preparation of the report does not receive compensation that is based upon any specific investment banking services or transaction but is compensated based on factors including total revenue and profitability of the Firm, a substantial portion of which is derived from investment banking services.

Co-Diagnostics, Inc.                                                                                      March 18, 2020

The firm or its affiliates received compensation from Co-Diagnostics, Inc. for non-investment banking services in the previous 12 months.

The Firm or its affiliates did receive compensation from Co-Diagnostics, Inc. for investment banking services within twelve months before, and will seek compensation from the companies mentioned in this report for investment banking services within three months following publication of the research report.

H.C. Wainwright & Co., LLC managed or co-managed a public offering of securities for Co-Diagnostics, Inc. during the past 12 months.

The Firm does not make a market in Co-Diagnostics, Inc. as of the date of this research report.

The securities of the company discussed in this report may be unsuitable for investors depending on their specific investment objectives and financial position. Past performance is no guarantee of future results. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. This research report is not intended to provide tax advice or to be used to provide tax advice to any person. Electronic versions of H.C. Wainwright & Co., LLC research reports are made available to all clients simultaneously. No part of this report may be reproduced in any form without the expressed permission of H.C. Wainwright & Co., LLC. Additional information available upon request.

H.C. Wainwright & Co., LLC does not provide individually tailored investment advice in research reports. This research report is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this research report.

H.C. Wainwright & Co., LLC's and its affiliates' salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies that reflect opinions that are contrary to the opinions expressed in this research report.

H.C. Wainwright & Co., LLC and its affiliates, officers, directors, and employees, excluding its analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives (including options and warrants) thereof of covered companies referred to in this research report.

The information contained herein is based on sources which we believe to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data on the company, industry or security discussed in the report. All opinions and estimates included in this report constitute the analyst's judgment as of the date of this report and are subject to change without notice.

Securities and other financial instruments discussed in this research report: may lose value; are not insured by the Federal Deposit Insurance Corporation; and are subject to investment risks, including possible loss of the principal amount invested.