# Exhibit 58

# BIOCENTURY

PRODUCT DEVELOPMENT | REPRINT FROM APR. 01, 2020

# Limits of detection for FDA-authorized COVID-19 diagnostics

BY KAREN TKACH TUZMAN, DIRECTOR OF BIOPHARMA INTELLIGENCE



BIOCENTURY & GETTY IMAGES

As more tests that diagnose active infection with SARS-CoV-2 come online, their limits of detection offer a window into their sensitivity and potential to produce false negative results.

More than 20 diagnostic tests have received Emergency Use Authorization (EUA) by FDA for COVID-19 testing in the last two months. The limits of detection (LoD) for the virus range from 40 copies/mL to 100,000 copies/mL; four tests use the measure copies per reaction, and range from three copies to 200 copies per reaction.

Two use TCID50 (median tissue culture infectious dose) per mL, and have very close values at 0.009 and 0.01 TCID50/mL. TCID50 represents the viral load at which 50% of cells are infected when a solution containing the virus is added to cell culture.

An assay's LoD is the lowest amount of the target that the test can detect at least 95% of the time. A lower LoD indicates a more sensitive test.

LoDs reported as viral genomic sequence copies per volume are primarily reported in copies per mL; asterisks denote LoDs originally reported as copies per μL.

The CDC reported separate LoDs for two versions of its test involving different PCR primers.

Most of the diagnostics that have received EUA from FDA are reverse transcription polymerase chain reaction (RT-PCR) tests; the ID NOW COVID-19 test from Abbott Laboratories (NYSE:ABT) is based on non-thermocycling probe technology (see "COVID-19 Diagnostic Tech Tableau").

FDA has also granted EUA to a serological test from Cellex Inc. that detects patient antibodies against COVID-19; because these tests target variable human proteins, they are evaluated by their clinical sensitivity, rather than an analytical LoD.

Further analysis of the coronavirus crisis can be found at https://www.biocentury.com/coronavirus.

© 2024 BIOCENTURY INC. ALL RIGHTS RESERVED.  |  WWW.BIOCENTURY.COM

# BIOCENTURY

## Table: COVID-19 diagnostic tests with EUA

### Limit of detection (LoD) measured in copies per mL

| Company | Test | LOD | EUA date |
|---|---|---|---|
| Becton, Dickinson & Company | BioGX SARS-CoV-2 Reagents for BD MAX System | 40 copies/mL | 4/2/20 |
| Abbott | Abbott RealTime SARS-CoV-2 assay | 100 copies/mL | 3/18/20 |
| Abbott | ID NOW COVID-19 | 125 copies/mL | 3/27/20 |
| Quest Diagnostics | Quest SARS-CoV-2 rRT-PCR | 136 copies/mL | 3/17/20 |
| NeuMoDx | NeuMoDx SARS-CoV-2 Assay | 150 copies/mL | 3/30/20 |
| BGI Genomics | Real-Time Fluorescent RT-PCR Kit for Detecting SARS-2019-nCoV | 150 copies/mL | 3/26/20 |
| Cepheid | Xpert Xpress SARS-CoV-2 test (lab test) | 250 copies/mL | 3/20/20 |
| Cepheid | Xpert Xpress SARS-CoV-2 test (point of care test) | 250 copies/mL | 3/20/20 |
| bioMerieux | BioFire COVID-19 Test | 330 copies/mL | 3/23/20 |
| Primerdesign | Primerdesign Ltd COVID-19 genesig Real-Time PCR assay | 330 copies/mL* | 3/20/20 |
| Qiagen | QIAstat-Dx Respiratory SARS-CoV-2 Panel | 500 copies/mL | 3/30/20 |
| DiaSorin | Simplexa COVID-19 Direct assay | 500 copies/mL | 3/19/20 |
| Quidel | Lyra SARS-CoV-2 Assay | 800 copies/mL* | 3/17/20 |
| Ipsum | COV-19 IDx Assay | 850 copies/mL* | 4/2/20 |
| CDC | CDC 2019-nCoV Real-Time RT-PCR Diagnostic Panel (CDC) | 3,160 copies/mL; 1,000 copies/mL* | 2/4/20 |
| ScienCell | ScienCell SARS-CoV-2 Coronavirus Real-Time RT-PCR Detection Kit | 3,160 copies/mL* | 4/3/20 |
| Co-Diagnostics | Logix Smart Coronavirus Disease 2019 (COVID-19) Kit | 4,290 copies/mL | 4/3/20 |
| Luminex | NxTAG CoV Extended Panel Assay | 5,000 copies/mL | 3/27/20 |
| LabCorp | COVID-19 RT-PCR Test | 6,250 copies/mL* | 3/16/20 |
| Avellino | AvellinoCoV2 test | 55,000 copies/mL* | 3/25/20 |
| Luminex | ARIES SARS-CoV-2 Assay | 75,000 copies/mL | 4/3/20 |
| GenMark | ePlex SARS-CoV-2 Test | 100,000 copies/mL | 3/19/20 |

© 2024 BIOCENTURY INC. ALL RIGHTS RESERVED.   |   WWW.BIOCENTURY.COM

# BIOCENTURY

## LoD measured in copies per reaction

| Company | Test | LOD | EUA date |
|---|---|---|---|
| PerkinElmer | PerkinElmer New Coronavirus Nucleic Acid Detection Kit | 3 copies/ reaction | 3/24/20 |
| Gnomegen | Gnomegen COVID-19 RT-Digital PCR Detection Kit | 8 copies/reaction | 4/6/20 |
| Thermo Fisher | TaqPath COVID-19 Combo Kit | 10 copies/ reaction | 3/13/20 |
| New York State Department of Public Health | New York SARS-CoV-2 Real-time Reverse Transcriptase (RT)-PCR Diagnostic Panel | 25 copies/ reaction | 2/29/20 |
| Mesa Biotech | Accula SARS-Cov-2 Test | 200 copies/ reaction | 3/23/20 |

## LoD measured in TCID50 per mL

| Company | Test | LOD | EUA date |
|---|---|---|---|
| Roche | cobas SARS-CoV-2 | 0.009 TCID50/mL | 3/12/20 |
| Hologic | Panther Fusion SARS-CoV-2 | 0.01 TCID50/mL | 3/16/20 |

Source: Manufacturers' instructions for use documents

## BIOCENTURY INC.

BioCentury's mission is to provide value-added business intelligence & analysis for life science companies, investors, academia and government on the strategic issues essential to the formation, development and sustainability of life science ventures.

**NEWSROOM**
news@biocentury.com

**SAN CARLOS, CA**
+1 650-595-5333; Fax: +1 650-595-5589

**CHICAGO**
+1 312-755-0798; Fax: +1 650-595-5589

**WASHINGTON, DC**
+1 202-462-9582; Fax: +1 202-667-2922

**UNITED KINGDOM**
+44 (0)1865-512184; Fax: +1 650-595-5589

BioCentury®; Because Real Intelligence is Hard to Find™; BCIQ™; The BioCentury 100™; and The Clear Route to ROI™ are trademarks of BIOCENTURY INC. All contents Copyright © 2024, BIOCENTURY INC. ALL RIGHTS RESERVED. No part of BioCentury's Publications or Website may be copied, reproduced, retransmitted, disseminated, sold, distributed, published, broadcast, circulated, commercially exploited in any form or used to create derivative works without the written consent of BioCentury. Information provided by BioCentury's Publications and Website is gathered from sources that BioCentury believes are reliable; however, BioCentury does not guarantee the accuracy, completeness, or timeliness of the information, nor does BioCentury make any warranties of any kind regarding the information. The contents of BioCentury's Publications and Website are not intended as investment, business, tax or legal advice, and BioCentury is not responsible for any investment, business, tax or legal opinions cited therein or for any decision made or action taken in reliance upon such information.

All use of BioCentury and its contents by current subscribers is governed by the BioCentury User Agreement and by all others is governed by the BioCentury Terms of Use, unless a written agreement to the contrary has been executed by BioCentury Inc.

**USE OF IMAGES:** Certain Images used in BioCentury Inc.'s Publications, Video Content, Websites, Services, Notices and/or Marketing Materials are licensed from Getty Images (US), Inc. Any such image of a person or object so displayed is being used for illustrative purposes only and any such person or object depicted, if any, is merely a model. For more information see "Use of Images" found under the "Legal" section on the footer of the homepage at www.biocentury.com.

**PRIVACY & ADVERTISING:** In accordance with its Privacy Policy, BioCentury does NOT sell its customer information or usage data to third parties. BioCentury sells advertising in its BioCentury product emails and on its website.  BioCentury is pleased to acknowledge its conference and events partners and sponsors through promotional announcements, on our web site, at our events and in our product emails. BioCentury also provides advertising opportunities to partners, sponsors, and advertisers through stand-alone emails to our community.

© 2024 BIOCENTURY INC. ALL RIGHTS RESERVED.   |   WWW.BIOCENTURY.COM