# Exhibit 66

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br>       Plaintiff,<br><br>v.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD,<br><br>       Defendants. | Case No. 2:20-cv-00368-CMR |

REPORT OF DANIEL S. BETTENCOURT

December 4, 2023

**CONFIDENTIAL**

# TABLE OF CONTENTS

1   SCOPE OF PROJECT AND REPORT ...................................................................1

2   CREDENTIALS ..................................................................................................3

3   CONCLUSIONS..................................................................................................5

4   PLAINTIFF'S ALLEGATIONS .........................................................................7

5   FACTUAL BACKGROUND................................................................................8

    5.1   About the Company ..................................................................................8

    5.2   Co-Diagnostics Stock...............................................................................9

    5.3   Timeline of Events .................................................................................10

        5.3.1   Pre-Class Period Events ...........................................................10

            5.3.1.1 2 April 2020: Co-Diagnostics Partners with Silicon Slopes
Serves to Expand Covid-19 Testing in Utah.................................10

            5.3.1.2 6 April 2020: Co-Diagnostics Receives FDA Emergency
Use Authorization for Its Covid-19 Test ......................................11

            5.3.1.3 21 April 2020: Test Iowa and Test Nebraska are Launched.........11

            5.3.1.4 30 April 2020: The Salt Lake Tribune Examines Concerns
about Test Utah's Covid-19 Testing...............................................12

        5.3.2   1 May 2020: Co-Diagnostics Represents That Its Covid-19 Tests
Are 100% Accurate....................................................................13

        5.3.3   11 May 2020: Nebraska Governor Pete Ricketts Holds a Covid-19
Briefing for the Public and the Media.......................................15

        5.3.4   12-13 May 2020: Researchers at New York University Publish a
Study Regarding the Accuracy of Abbott's ID NOW Covid-19
Test.............................................................................................16

        5.3.5   14 May 2020: Reports Emerge Regarding the Accuracy of Co-
Diagnostics' Covid-19 Test; Co-Diagnostics Announces Q1 2020
Results and Provides Mid-Second Quarter Update ...................18

6   LOSS CAUSATION............................................................................................24

    6.1   Analytical Methodology .........................................................................24

        6.1.1   Establishing Economic Materiality............................................24

        6.1.2   Empirical Analysis of Loss Causation.......................................25

    6.2   Executing the Loss Causation Analysis for Co-Diagnostics Stock .......27

        6.2.1   Financial Principles Confirm the Economic Materiality of the
Alleged Misrepresentations and Omissions...............................28

        6.2.2   Company Statements Compel a Conclusion of Loss Causation...............31

CONFIDENTIAL

6.2.3    News Media Commentary Underscores the Economic Materiality of the Subject Matter of the Alleged Misrepresentations and Omissions............................................................................................32

6.2.4    Event Study for Assessing Loss Causation and Damages.........................33

6.2.4.1 Identification of the Corrective Disclosures ..................................35

6.2.4.2 Length of Event Window..................................................................36

6.2.4.3 Isolating the Impact of Company-Specific Information ................38

6.2.4.4 t-Test   ..............................................................................................42

6.2.5    Event Study Results and Analysis: 14-15 May 2020................................42

7    SECTION 10(b) DAMAGES ........................................................................................45

7.1    Out-of-Pocket Damages.............................................................................................45

7.2    Quantifying Losses Precipitated by Corrective Disclosures Correcting Alleged Misrepresentations and Omissions.............................................................46

7.3    Artificial Inflation Ribbon ........................................................................................48

7.3.1    Artificial Inflation During the Class Period................................................49

7.3.2    Increase in Artificial Inflation During the Class Period ...........................49

7.4    Per Share Damages ...................................................................................................51

8    LIMITING FACTORS AND OTHER ASSUMPTIONS.................................................52

9    APPENDIX-1: LOGARITHMIC RETURNS ..................................................................53

CONFIDENTIAL

CONFIDENTIAL

## 1    SCOPE OF PROJECT AND REPORT

1.  Armstrong Teasdale, LLP and Marcus Neiman Rashbaum & Pineiro LLP, co-counsel for Lead Plaintiff, Gelt Trading, Ltd. (the "Plaintiff"), asked me to determine whether investors who purchased the common stock of Co-Diagnostics, Inc. ("Co-Diagnostics" or the "Company") suffered losses as a result of the alleged misrepresentations and omissions described in the Second Amended Class Action Complaint (the "Complaint"), filed 7 April 2021.

2.  I was also asked to compute damages, if any, suffered by Class members from their investments in the common stock of Co-Diagnostics made during the period from 1 May 2020 through 14 May 2020, inclusive (the "Class Period").[1] Specifically, I was asked to quantify per share damages suffered by the Class members in connection with their claims under Section 10(b) of the Securities Exchange Act of 1934 and U.S. Securities and Exchange Commission ("SEC") Rule 10b-5 adopted thereunder (collectively "Section 10(b)").

3.  To make these determinations, I analyzed a wide variety of information and documents, including Company press releases, equity analyst reports, news articles, SEC filings, daily prices of the Company's stock, trading volume, the performance of the overall stock market, the performance of Co-Diagnostics' industry sector, as well as other pertinent data and documents. I also read the Complaint, the Court's Memorandum Decision and Order

---

[1] I understand that in the Court's Memorandum Decision and Order Partially Granting Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel ("Class Certification Order"), entered 18 August 2023, the Court partially granted the Plaintiff's motions and certified a Class Period from 1 May 2020 through 14 May 2020.

Denying Defendants' Motion to Dismiss ("MTD Order"), filed 9 March 2022, and the Class Certification Order.

4.   I examined and considered documents produced in this action, including the Declaration of Dr. Adam Werner, dated 17 October 2022 (the "Werner Report"), the Rebuttal Report of Dr. Ran Wei, dated 21 November 2022 (the "Wei Rebuttal Report"), and the Rebuttal Report of Dr. Adam Werner, dated 23 December 2022 (the "Werner Rebuttal Report"). Exhibit-1 lists the documents I considered in preparing this report and arriving at the opinions expressed herein.

5.   For the loss causation and damages analyses, I assumed Plaintiff will be able to prove their factual allegations.[2] I assumed that the market in which the Co-Diagnostics stock traded was efficient throughout the Class Period.

6.   This report presents my methodology, findings, and conclusions relating to loss causation and the quantification of per share damages based on the information presently available to me.

7.   I reserve the right to amend, refine, or supplement my analyses and opinions in the event that I become aware of additional information, evidence, arguments, or analyses that bear on my work in this matter.

---

[2] Assuming the factual allegations is a generally accepted practice in loss causation and damages analysis. See, e.g., "In almost all cases, the damages expert proceeds on the hypothesis that the defendant committed the harmful act and that the act was unlawful" ("Reference Guide on Estimation of Economic Damages," by Mark Allen et al., *Reference Manual on Scientific Evidence*, 3rd ed., 2011, p. 432).

## 2    CREDENTIALS

8.    I am a Vice President of Crowninshield Financial Research, Inc. ("Crowninshield"), a financial economics consulting firm.

9.    I hold a Master of Business Administration degree from the F.W. Olin Graduate School of Business at Babson College and a Bachelor of Science degree in Corporate Finance and Accounting from Bentley University. My curriculum vitae including prior testimony is attached as Exhibit-2 to this report.

10.    I have more than a decade of experience in conducting and applying economic, financial, and econometric analyses in complex business litigation matters.  I have provided testimony in several matters concerning market efficiency, per security damages, and security valuation. I have served as a lead analyst and consultant on a wide range of engagements including securities litigation, damages, valuation, and ability to pay.

11.    My work has involved equities, fixed income, asset-backed securities and derivatives and a broad array of industries including biotechnology, chemicals, consumer products, electricity, environmental services, financial services, gaming, hospitality, oil and natural gas, pharmaceuticals, and technology.

12.    I have provided support to economics experts in numerous securities fraud class action matters, such as *American International Group, Inc. Securities Litigation*; *American Realty Capital Properties, Inc. Securities Litigation*; *Bank of America Corporation Securities Litigation*; *Countrywide Securities Litigation*; *El Pollo Loco Holdings, Inc. Securities Litigation*; *Equifax Inc. Securities Litigation*; *First Solar Securities Litigation*; *General Motors Securities Litigation*; *Groupon Securities Litigation*; *IndyMac MBS Securities Litigation*; *Intercept Pharmaceuticals Inc. Securities Litigation*; *JPMorgan Chase & Co. Securities Litigation*; *Marvell Technologies, Ltd. Securities Litigation*; *Orbital ATK, Inc.*

CONFIDENTIAL

*Securities Litigation*; *Petrobras Securities Litigation*; *Pfizer, Inc. Securities Litigation*; *Prudential Financial, Inc. Securities Litigation*; *The Southern Company Securities Litigation*; *SunEdison, Inc., Securities Litigation*; *Silver Wheaton Corp Securities Litigation*; *STAAR Surgical*; *Symbol Technologies, Inc. Securities Litigation*; *Valeant Pharmaceuticals International, Inc. Securities Litigation; and Wells Fargo Securities Litigation.*

13.   I have also provided support to counsel regarding damages and settlements in numerous class action securities matters, including *Aegean Marine Petroleum*; *AIG*; *Bank of America Corporation*; *Blackberry; Blackstone; Bridgepoint Education; Daimler G*; *CVS Caremark Corporation*; *General Motors*; *Groupon*; *HCA Holdings, Inc*.; *JPMorgan Chase*; *J.C. Penney Company*; *Pfizer*; *Questcor*; *Twitter; Urban Outfitters*; *Valeant Pharmaceuticals International; Vocera Communications*; and *Zoom*.

14.   I have published an expert analysis article titled "What A Solar Eclipse Has to Do with Market Efficiency" on *Law360.com*, a trusted news source for legal professionals, business leaders, and government officials.[3]

15.   Crowninshield receives compensation for the work performed by me and the analysts who assist me on this case. Crowninshield is compensated at a rate of $515 per hour for my work. My compensation is neither contingent on my findings nor on the outcome of this matter.

---

[3] "What a Solar Eclipse has to do with Market Efficiency," by Daniel Bettencourt and Steven Feinstein, *Law360.com*, 2017, accessible at https://www.law360.com/articles/984744.

CONFIDENTIAL

## 3   CONCLUSIONS

16.   The alleged misrepresentations, omissions, and deceptive conduct caused the price of Co-Diagnostics stock to be artificially inflated over the course of the Class Period. When disclosures ultimately informed investors and the public that they had been misled by the alleged misrepresentations and omissions, the artificial inflation dissipated, the stock price declined, and investors sustained losses. The alleged misrepresentations and omissions thereby caused investors to suffer damages.

17.   Defendants' misstatements, omissions, and conduct, intended to mislead investors and create the false impression that Co-Diagnostics' Covid-19 tests were perfectly accurate, misled investors about the true condition of the Company's technology and business prospects and caused the Co-Diagnostics stock price to be artificially inflated. The corrective disclosures informed the market that, contrary to what the market had been led to believe, the accuracy of the Company's Covid-19 test was not 100%, and the Company's condition and prospects were worse than what they had been led to believe.

18.   Given that Co-Diagnostics stock traded in an efficient market, it follows that misrepresentations and omissions about the accuracy of the Company's Covid-19 test caused the price of Co-Diagnostics stock to be artificially inflated. Had the full truth been known about Co-Diagnostics' concealed conduct and condition, the price of Co-Diagnostics stock would not have been artificially inflated, but rather would have been priced lower in the market.

19.   The truth about Co-Diagnostics' conduct and condition, which had been concealed by the alleged misrepresentations and omissions, emerged via a series of corrective disclosures at the end of the Class Period. The corrective disclosures were disseminated to the market before, during, and after the close of trading on 14 May 2020, and took the form of news

5

reports, financial commentary, and a U.S. Food and Drug Administration ("FDA") announcement. Collectively, these disclosures informed investors that they had been misled by the Company's prior misrepresentations regarding the accuracy of the Company's Covid-19 test, causing the price of Co-Diagnostics stock to decline, thereby removing the artificial price inflation in the stock price caused by the alleged misrepresentations and omissions, and in turn, causing investors to sustain losses.

20.     The conclusion that the alleged misrepresentations and omissions caused investors to suffer losses is based on fundamental principles of finance, on analysis of Company statements, news articles, and on event study analysis.[4] Event study analysis, which considers potentially confounding information, proves that the alleged misrepresentations and omissions caused the price of Co-Diagnostics stock to be artificially inflated prior to the corrective disclosures, as the event study demonstrates that the corrective disclosures caused Co-Diagnostics' stock price to decline. Thus, the misrepresentations and omissions caused investor losses.

21.     With respect to the quantification of damages, based on the event study and other financial analysis presented herein, it is my opinion that the corrective disclosures explain all of the residual price decline in Co-Diagnostics stock during the period 14-15 May 2020.

22.     The corrective disclosures caused Co-Diagnostics price to fall $6.42 over 14-15 May 2020. This decline represents the dissipation of artificial inflation that was caused by the alleged misrepresentations and omissions.

---

[4] See, e.g., "Event Studies in Economics and Finance," by A. Craig MacKinlay, *Journal of Economic Literature*, vol. 35, 1997; and "Federal Securities Acts and Areas of Expert Analysis," by Kevin L. Gold et al., Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th ed., edited by Roman L. Weil et al., John Wiley & Sons, Inc., 2017.

CONFIDENTIAL

23.  My analysis shows that on account of Defendants' misrepresentations and omissions, the Company's stock price was inflated by up to $6.42 per share during the Class Period. On 1 May 2020, the first day of the Class Period, the level of artificial inflation in Co-Diagnostics' stock price was $0.13 per share, conservatively estimated.

24.  Any investor who purchased shares of Co-Diagnostics stock during the Class Period when the stock was artificially inflated and held those shares through the corrective disclosures suffered a loss that was caused by the alleged misrepresentations, omissions, and deceptive conduct. Section 10(b) per share damages range up to $6.42 per share, depending on the timing of the stock purchase and sale.

## 4   PLAINTIFF'S ALLEGATIONS

25.  Plaintiff alleges that Defendants made materially false and misleading statements and omissions regarding the accuracy of Co-Diagnostics' Covid-19 test. Specifically, Plaintiff alleges that Defendants' misstatements, omissions, and deceptive conduct were intended to mislead investors and create the false impression that Co-Diagnostics' Covid-19 tests were 100% accurate.[5] According to Plaintiff, Defendants' statements were misleading because they "materially misstated the accuracy of the Company's Covid-19 tests and omitted material information that the Company's tests have problems with their accuracy and are significantly less than 100% accurate."[6]

[5] Complaint, ¶¶69 and 86.

[6] Complaint, ¶64.

CONFIDENTIAL

26.    Plaintiff alleges that by misrepresenting the accuracy of their Covid-19 test, Defendants necessarily misrepresented Co-Diagnostics' "business success and future business prospects."[7] Plaintiff contends that Defendants' material misstatements and omissions artificially inflated Co-Diagnostics' stock price and caused investors to suffer losses when the events corrected the misinformation in the market.[8]

> "[D]uring the Class Period, Defendants made or caused to be made a series of materially false or misleading statements about Co-Diagnostics' business, prospects and operations. These material misstatements and omissions had the cause and effect of creating in the market an unrealistically positive assessment of Co-Diagnostics and its business, prospects and operations, thus causing the Company's common stock to be overvalued and artificially inflated at all relevant times."[9]

27.    Plaintiff alleges that investors learned that they had been misled about the accuracy of Co-Diagnostics' Covid-19 test, the Company's business success, and future business prospects through a series of corrective disclosures on 14 May 2020.[10]

## 5    FACTUAL BACKGROUND

### 5.1    About the Company

28.    Co-Diagnostics develops, manufactures, and markets diagnostics technology.[11] The Company focuses on developing molecular tools that can be used for the detection of infectious diseases, cancer screening, and agricultural applications.[12] Co-Diagnostics sells

---

[7] Complaint, ¶98.

[8] Complaint, ¶¶98-99.

[9] Complaint, ¶102.

[10] Complaint, ¶8 and ¶¶74-84.

[11] "Investor Relations," Co-Diagnostics, 2023, https://ir.co-dx.com/.

[12] Co-Diagnostics, Inc., Form 10-K for the fiscal year ended 31 December 2020, filed on 25 March 2021, p. 4.

CONFIDENTIAL

diagnostic tests for tuberculosis, hepatitis B and C, malaria, and human papilloma virus, among others.[13]

29.    In January of 2020, the Company announced the completion of the design work for a Covid-19 screening test.[14] By February of 2020, Co-Diagnostics began selling its Covid-19 test, Logix Smart™, to international customers.[15] From February 2020 through December 2020, Co-Diagnostics sold approximately 10 million Covid-19 tests.[16]

30.    For fiscal years ("FY") 2019 and 2020, the Company reported total revenues of $0.2 million and $74.5 million, respectively. For the same years, the Company reported a net loss of $6.2 million and net income of $42.5 million, respectively.[17]

**5.2    Co-Diagnostics Stock**

31.    Co-Diagnostics stock traded on the Nasdaq throughout the Class Period under the ticker symbol CODX.[18]

32.    On 1 May 2020, the first day of the Class Period, Co-Diagnostics stock closed at $13.47 per share, according to price data obtained from the Center for Research in Security Prices ("CRSP"), a reliable data source that is widely used by academic researchers and investment professionals. The Co-Diagnostics stock price peaked at $23.42 per share on 13 May 2020. At the close of trading on 15 May 2020, after the corrective disclosures ending the Class

---

[13] Co-Diagnostics, Inc., Form 10-K for the fiscal year ended 31 December 2020, filed on 25 March 2021, p. 4.

[14] Co-Diagnostics, Inc., Form 10-K for the fiscal year ended 31 December 2020, filed on 25 March 2021, p. 5.

[15] Co-Diagnostics, Inc., Form 10-K for the fiscal year ended 31 December 2020, filed on 25 March 2021, p. 5.

[16] Co-Diagnostics, Inc., Form 10-K for the fiscal year ended 31 December 2020, filed on 25 March 2021, p. 5.

[17] Co-Diagnostics, Inc., Form 10-K for the fiscal year ended 31 December 2020, filed on 25 March 2021, p. 19.

[18] Co-Diagnostics, Inc., Form 10-K for the fiscal year ended 31 December 2020, filed on 25 March 2021, p. 17.

Period, the stock price was $17.07 per share. The stock had fallen 27.11% from the Class Period peak.

## 5.3    Timeline of Events

### 5.3.1    Pre-Class Period Events

#### 5.3.1.1    *2 April 2020: Co-Diagnostics Partners with Silicon Slopes Serves to Expand Covid-19 Testing in Utah*

33.    On 2 April 2020, Utah Governor Gary Herbert announced an expansion of the state's Covid-19 testing capacity through a partnership with the *Silicon Slopes Serves* initiative.[19] Upon completion of an assessment at TestUtah.com, an individual would be informed if she or he needed to be tested for Covid-19 and would be directed to visit a testing center.[20] Co-Diagnostics partnered with Silicon Slopes to aid in the expansion of Utah's Covid-19 testing.[21] Among the other partners were ATL Technology, Domo, Nomi Health, Qualtrics, RPH Engineering, and local hospitals.[22]

---

[19] "Silicon Slopes and the State of Utah Announce the #TestUtahChallenge to Crush the Curve," *PR Newswire*, 2 April 2020, 4:11 PM (emphasis in original).

[20] "Silicon Slopes and the State of Utah Announce the #TestUtahChallenge to Crush the Curve," *PR Newswire*, 2 April 2020, 4:11 PM.

[21] "Silicon Slopes and the State of Utah Announce the #TestUtahChallenge to Crush the Curve," *PR Newswire*, 2 April 2020, 4:11 PM; and Videotaped Deposition of Dwight H. Egan, 13 April 2023, at 134:15 – 134:23 ("Q. Got it. Okay. And you're aware that Nomi -- Nomi was using CODX's test in connection with TestUtah? A. I suppose they were. You know, at one point they were using other labs as well, so I don't know all the things they do. I can represent to you that Nomi used a lot of our tests in whatever labs they were going to, including their own lab, you know, eventually").

[22] "Silicon Slopes and the State of Utah Announce the #TestUtahChallenge to Crush the Curve," *PR Newswire*, 2 April 2020, 4:11 PM.

### 5.3.1.2    6 April 2020: Co-Diagnostics Receives FDA Emergency Use Authorization for Its Covid-19 Test

34.    On 6 April 2020, Co-Diagnostics announced that the FDA had approved the use of the Company's Logix Smart™ test for the diagnosis of Covid-19.[23] In the Company press release issued that day, CEO of Co-Diagnostics Dwight Egan ("CEO Egan") asserted that the FDA authorization "confirms the quality and performance" of Co-Diagnostics' Covid-19 test.[24]

> "'We believe that this authorization confirms the quality and performance of our COVID-19 test, and that it is a significant step in opening more doors and helping this test to reach an even wider audience.'"[25]

### 5.3.1.3    21 April 2020: Test Iowa and Test Nebraska are Launched

35.    On 21 April 2020, Iowa Governor Kim Reynolds and Nebraska Governor Pete Ricketts announced expansions of their respective states' Covid-19 testing capacity using the same program launched in Utah.[26] The two states had signed contracts with Nomi Health, whose partners included Co-Diagnostics, Qualtrics, and Domo.[27] Co-Diagnostics agreed to supply Covid-19 tests to the TestIowa.com and TestNebraska.com programs.[28]

---

[23] "Co-Diagnostics, Inc Receives FDA Emergency Use Authorization for COVID-19 Test," *PR Newswire,* Company press release, 6 April 2020, 6:30 AM.

[24] "Co-Diagnostics, Inc Receives FDA Emergency Use Authorization for COVID-19 Test," *PR Newswire,* Company press release, 6 April 2020, 6:30 AM.

[25] "Co-Diagnostics, Inc Receives FDA Emergency Use Authorization for COVID-19 Test," *PR Newswire,* Company press release, 6 April 2020, 6:30 AM.

[26] "Nebraska Unveils Plan to Boost Virus Testing as Cases Rise," by Grant Schulte, *Associated Press Newswires*, 21 April 2020, updated 5:14 PM; and "Iowa Details $26M Plan to Boost Testing as Virus Cases Surge," by Ryan Foley, *Associated Press Newswires*, 21 April 2020, 6:12 PM.

[27] "Nebraska Virus Testing Website Draws 20,000 on First Day," by Grant Schulte, *Associated Press Newswires*, 22 April 2020, 7:31 PM; and "Iowa governor: Tip from Ashton Kutcher Led to Testing Deal," by Ryan Foley, *Associated Press Newswires*, 23 April 2020, 10:12 PM.

[28] "Nebraska Virus Testing Website Draws 20,000 on First Day," by Grant Schulte, *Associated Press Newswires*, 22 April 2020, 7:31 PM; "Iowa governor: Tip from Ashton Kutcher Led to Testing Deal," by Ryan Foley, *Associated Press Newswires*, 23 April 2020, 10:12 PM; Videotaped Remote Deposition of Andrew Benson, 18 April 2023, at

CONFIDENTIAL

### 5.3.1.4  30 April 2020: The Salt Lake Tribune Examines Concerns about Test Utah's Covid-19 Testing

36.    On 30 April 2020, *The Salt Lake Tribune* published an article titled "'This is a potential public health disaster:' COVID-19 results from TestUtah.com are raising questions."[29] The article reported that only 2% of symptomatic patients who went to one of Test Utah's testing sites had tested positive for Covid-19.[30] By contrast, 5% of patients tested positive at other testing sites in the state of Utah.[31]

37.    *The Salt Lake Tribune* article cited commentary from infectious diseases and microbiology specialist Dr. Bert Lopansri regarding Test Utah's distinguishing positivity rate and Co-Diagnostics test's higher limit of detection.

---

232:17-232:24 ("Q. Do you know whether these tests were CODX test that are being discussed here? A. I don't know everything that Nebraska used. Q. Do you know whether Nomi used CODX tests in connection with testing Nebraska? A. They did. Co-Diagnostics tests were used in TestNebraska, but I don't know if they were the totality or the entirety of the tests used in Test Nebraska."); Videotaped Deposition of Dwight H. Egan, 13 April 2023, at 286:11 – 286:23 ("Q. So now it seems like in a second state there's also disparities in the results, right? So we have Utah, and then we have Nebraska, right? A. Uh-huh. Q. So at this point in time, aren't you concerned that maybe there are issues with the test? A. We're not concerned, no, because we don't know all the different aspects that are being used, what equipment is being used, you know, how are they -- what are the other motives behind why they're complaining about it. They have their contract with Nomi Health, not with us. We're supplying a small increment of that test."); and Videotaped Deposition of Dwight H. Egan, 13 April 2023, at 135:10-135:23 ("Q. Your product was also being used for Test Iowa, correct? A. I believe so. I don't have a lot of particulars about what states they were using and whether they were using our test; but I would presume that they were using our component in our tests, at least at a certain point. Q. But I mean, aren't you -- Who else but you would know where your test is being used? You're the CEO of the company. A. If we're sending tests to Nomi Health, they could distribute them, you know, to labs in states, in lots of different locations that we don't necessarily know or keep track of.").

[29] "'This Is a Potential Public Health Disaster:' COVID-19 Results from TestUtah.com Are Raising Questions," by Erin Alberty and Nate Carlisle, *The Salt Lake Tribune*, 30 April 2020, https://www.sltrib.com/news/2020/04/30/this-is-potential-public/.

[30] "'This Is a Potential Public Health Disaster:' COVID-19 Results from TestUtah.com Are Raising Questions," by Erin Alberty and Nate Carlisle, *The Salt Lake Tribune*, 30 April 2020, https://www.sltrib.com/news/2020/04/30/this-is-potential-public/.

[31] "'This Is a Potential Public Health Disaster:' COVID-19 Results from TestUtah.com Are Raising Questions," by Erin Alberty and Nate Carlisle, *The Salt Lake Tribune*, 30 April 2020, https://www.sltrib.com/news/2020/04/30/this-is-potential-public/.

12

CONFIDENTIAL

"'What alarms me the most is that they are expanding collection and testing with these unknowns about how their test performs. If correct, I urge you to halt their testing until we understand why their results differ so much from what other labs are reporting,' Lopansri wrote."[32]

"[T]he Co-Diagnostics test has a 'higher limit of detection compared to tests offered by more established vendors,' Lopansri wrote, referring to the test's sensitivity. A higher limit of detection means more virus is required in a sample to trigger a positive result."[33]

### 5.3.2  1 May 2020: Co-Diagnostics Represents That Its Covid-19 Tests Are 100% Accurate

38.    On 1 May 2020, one day after the *Salt Lake Tribune* article that detailed concerns about Test Utah's Covid-19 testing, Co-Diagnostics issued a press release titled "Co-Diagnostics, Inc. Releases COVID-19 Test Performance Data: Consistently Demonstrates 100% Sensitivity and 100% Specificity Across Independent Evaluations."[34] According to the press release, Co-Diagnostics' Covid-19 test demonstrated "100% sensitivity and 100% specificity, the metrics used to define accuracy in molecular diagnostics testing."[35]

---

[32] "'This Is a Potential Public Health Disaster:' COVID-19 Results from TestUtah.com Are Raising Questions," by Erin Alberty and Nate Carlisle, *The Salt Lake Tribune*, 30 April 2020, https://www.sltrib.com/news/2020/04/30/this-is-potential-public/.

[33] "'This Is a Potential Public Health Disaster:' COVID-19 Results from TestUtah.com Are Raising Questions," by Erin Alberty and Nate Carlisle, *The Salt Lake Tribune*, 30 April 2020, https://www.sltrib.com/news/2020/04/30/this-is-potential-public/.

[34] "Co-Diagnostics, Inc. Releases COVID-19 Test Performance Data: Consistently Demonstrates 100% Sensitivity and 100% Specificity Across Independent Evaluations," *PR Newswire*, Company press release, 1 May 2020, 6:30 AM.

[35] "Co-Diagnostics, Inc. Releases COVID-19 Test Performance Data: Consistently Demonstrates 100% Sensitivity and 100% Specificity Across Independent Evaluations," *PR Newswire*, Company press release, 1 May 2020, 6:30 AM.

39.    In the press release, Co-Diagnostics' Chief Technology Officer Dr. Brent Satterfield ("CTO Satterfield") touted the accuracy of the test.[36] Specifically, CTO Satterfield stated, "In countries where we have been evaluated against other tests, we have consistently and repeatedly achieved 100% clinical sensitivity and specificity and you can't do better than that."[37]

40.    Media commentary digested Co-Diagnostics' representations about the Company's Covid-19 test accuracy. The news media also acknowledged Co-Diagnostics' increase in stock price following the Company's press release.

> **"Co-Diagnostic Says Tests Are 100% Accurate** How confident can you really be in betting on Co-Diagnostic's tests? Well, according to the company, you can take it to the bank. The company said May 1 that its coronavirus test is *100% accurate* in field testing."[38]
>
> "Co-Diagnostics (CODX) said Friday its coronavirus test has proven 100% accurate in field testing – leading CODX stock to rocket."[39]
>
> "Co-Diagnostics, Inc. (CODX), a molecular diagnostics company, said its COVID-19 tests showed 100% sensitivity and 100% specificity -- the metrics used to show accuracy in such tests. Shares of the company are up more than 9% in premarket trading."[40]

---

[36] "Co-Diagnostics, Inc. Releases COVID-19 Test Performance Data: Consistently Demonstrates 100% Sensitivity and 100% Specificity Across Independent Evaluations," *PR Newswire*, Company press release, 1 May 2020, 6:30 AM.

[37] "Co-Diagnostics, Inc. Releases COVID-19 Test Performance Data: Consistently Demonstrates 100% Sensitivity and 100% Specificity Across Independent Evaluations," *PR Newswire*, Company press release, 1 May 2020, 6:30 AM.

[38] "Co-Diagnostics Is a Smart Way to Play Coronavirus Testing," by Louis Navellier and the InvestorPlace Research Staff, *InvestorPlace.com*, 11 May 2020, 8:25 AM (emphasis in original).

[39] "Coronavirus Test Maker Soars As Its Diagnostic Proves 100% Accurate," by Allison Gatlin, *Investor's Business Daily*, 1 May 2020, 4:16 PM.

[40] "Co-Diagnostics Reports 100% Sensitivity, Specificity for COVID-19 Tests; Shares Rise 9% Pre Bell," *MT Newswires*, 1 May 2020, 9:29 AM.

> "Co-Diagnostics Inc. shares were up 16% to $13.14 after the company said it had Covid-19 test performance data demonstrating 100% sensitivity and 100% specificity, the metrics used to define accuracy in molecular diagnostics testing."[41]

### 5.3.3   11 May 2020: Nebraska Governor Pete Ricketts Holds a Covid-19 Briefing for the Public and the Media

41.   On 11 May 2020, Nebraska Governor Pete Ricketts held a Covid-19 briefing for the public and the media. Available on *YouTube.com*, the briefing is titled "Gov. Ricketts: Youth Sports Begin Reopening June 1st with Baseball & Softball."[42] At the end of his remarks, Governor Ricketts answered questions from the audience. One audience member asked about the accuracy of the tests used in the TestNebraska.com program, to which Governor Ricketts responded:

> "The question was 'what about the accuracy of these tests?' Again, we validated our test lab with -- you know -- again, cooperating with the public health lab to be able to do that. And the -- you know -- the tests are going to be 95% accurate."[43]

42.   Later that day, the *Lincoln Journal Star* reported, among other things, that "Ricketts on Monday said the tests have been validated at the Test Nebraska lab set up at CHI St. Elizabeth in Lincoln and have a 95% accuracy rate."[44] *Lincoln Journal Star* also reported that the Test Nebraska tests had a 3% positive rate compared to an 18% average positive rate for all other tests conducted in Nebraska since early March.[45] Governor Ricketts

---

[41] "Co-Diagnostics Shares Rise 16% on Positive Covid-19 Test Data >CODX," by Chris Wack, *Dow Jones Institutional News*, 1 May 2020, 1:18 PM.

[42] "Gov. Ricketts: Youth Sports Begin Reopening June 1st with Baseball & Softball," by Pete Ricketts, 11 May 2020, available at https://www.youtube.com/watch?v=Uaprp0oAcN4.

[43] "Gov. Ricketts: Youth Sports Begin Reopening June 1st with Baseball & Softball," by Pete Ricketts, 11 May 2020, available at https://www.youtube.com/watch?v=Uaprp0oAcN4.

[44] "Senators Call on Governor to End Test Nebraska Contracts," by Chris Dunker, *Lincoln Journal Star*, 11 May 2020.

[45] "Senators Call on Governor to End Test Nebraska Contracts," by Chris Dunker, *Lincoln Journal Star*, 11 May 2020.

CONFIDENTIAL

explained that the difference in percentage of positive rates was because Test Nebraska was testing a "different population" compared to prior Covid-19 tests conducted in the state.[46] Also, Test Nebraska was testing Nebraskans who showed no symptoms, reducing the likelihood of a positive outcome, whereas the state's other tests were done in hot spots where the likelihood of a positive outcome was higher.

> "Ricketts attributed the discrepancy to Test Nebraska being geared toward a different population than early coronavirus tests, which were prioritized for health care workers, first responders, and those showing symptoms in the early weeks of the pandemic when test materials were harder to come by. … Test Nebraska allows those not showing symptoms to get tested, Ricketts said, and expanded its pool to allow anyone age 65 or older to participate. 'If you're testing non-symptomatic people, the chance of testing positive is lower,' he said, adding the state's other tests were done in hot spots such as Douglas, Hall and Dakota counties, where localized outbreaks meant more people were likely to test positive."[47]

### 5.3.4   12-13 May 2020: Researchers at New York University Publish a Study Regarding the Accuracy of Abbott's ID NOW Covid-19 Test

43.    On 12 May 2020, researchers at New York University published a study that compared the results of Abbott's ID NOW Covid-19 test to the results of Danaher Corporation's Cepheid Xpert Xpress SARS-CoV-2's RT-PCR platform.[48] According to the study, Abbott's ID NOW "missed a third of the samples detected positive by Cepheid Xpert Xpress" when

---

[46] "Senators Call on Governor to End Test Nebraska Contracts," by Chris Dunker, *Lincoln Journal Star*, 11 May 2020.

[47] "Senators Call on Governor to End Test Nebraska Contracts," by Chris Dunker, *Lincoln Journal Star*, 11 May 2020.

[48] "Performance of the rapid Nucleic Acid Amplification by Abbott ID NOW COVID-19 in nasopharyngeal swabs transported in viral media and dry nasal swabs, in a New York City academic institution," by Atreyee Basu et al., *BioRxiv*, 12 May 2020; and "Here's How One of the Rapid Tests Used by the White House Works," by Jeremy White and Keith Collins, *NYTimes.com Feed*, 12 May 2020, 11:54 AM.

using nasopharyngeal swabs transported in viral media and "over 48% when using dry nasal swabs."[49]

44.    On 13 May 2020, *Bloomberg* reported that the FDA was reviewing the New York University study that had raised doubts about the accuracy of Abbot's ID NOW Covid-19 test.[50]

45.    *SeekingAlpha.com* News Editor Douglas House attributed the increase in Co-Diagnostics' stock price on 13 May 2020 to "disappointing sensitivity data from a New York study evaluating Abbott's ID Now rapid molecular test for SARS-CoV-2."[51] Douglas House recalled Co-Diagnostics' 1 May 2020 announcement that the Company's Logix Smart test showed "100% sensitivity and 100% specificity."[52]

> "COVID-19 test developer Co-Diagnostics (CODX +30.5%) is poised to finish the day solidly in the green on more than 40% higher volume, enjoying a surge in buying in the wake of reported disappointing sensitivity data from a New York study evaluating Abbott's ID Now rapid molecular test for SARS-CoV-2. Co-Diagnostics recently announced data on its LogixSmart molecular test for SARS-CoV-2 that showed 100% sensitivity and 100% specificity."[53]

---

[49] "Performance of the rapid Nucleic Acid Amplification by Abbott ID NOW COVID-19 in nasopharyngeal swabs transported in viral media and dry nasal swabs, in a New York City academic institution," by Atreyee Basu et al., *BioRxiv*, 12 May 2020.

[50] "*FDA Says Reviewing Study Questioning Abbott Covid Test Accuracy," *Bloomberg*, 13 May 2020, 2:39 PM.

[51] "Abbott's COVID-19 Test Pain is Co-Diagnostics' Gain, Up 31%," by Douglas House, *SeekingAlpha.com*, 13 May 2020, 3:45 PM.

[52] "Abbott's COVID-19 Test Pain is Co-Diagnostics' Gain, Up 31%," by Douglas House, *SeekingAlpha.com*, 13 May 2020, 3:45 PM.

[53] "Abbott's COVID-19 test pain is Co-Diagnostics' gain, up 31%," by Douglas House, *SeekingAlpha.com*, 13 May 2020, 3:45 PM.

**CONFIDENTIAL**

46. Abbott's stock price fell 2.36% and 1.75% on 12 May 2020 and 13 May 2020, respectively.[54] The closing stock price of Co-Diagnostics increased to $23.42 on 13 May 2020 – an increase of 37.85% from the prior day's close.[55]

**5.3.5  14 May 2020: Reports Emerge Regarding the Accuracy of Co-Diagnostics' Covid-19 Test; Co-Diagnostics Announces Q1 2020 Results and Provides Mid-Second Quarter Update**

47. Beginning on 14 May 2020, news events unfolded that contradicted the Company's representations (the alleged misrepresentations) about the accuracy of Co-Diagnostics' Covid-19 test. Before the start of trading on 14 May 2020, *The Salt Lake Tribune* released an article titled "TestUtah declines to join other Utah labs in accuracy check."[56]

48. The proposed joint experiment was to be conducted in Utah, where samples with varying concentrations of the coronavirus would be tested using different test kits to compare the accuracy of each test kit.[57]

49. Instead of the proposed joint experiment, Test Utah agreed to a "less-sophisticated 'compromise' experiment" wherein Test Utah would send 50 samples to the state lab, and the state lab would send 40 samples to Test Utah for testing.[58] The state lab would then compare and analyze the results of these tests. However, Test Utah's experiment was considered a "more rudimentary accuracy check."[59]

---

[54] Price data obtained from *Bloomberg*.

[55] Price data obtained from *CRSP*.

[56] "TestUtah declines to join other Utah labs in accuracy check," by Erin Alberty, *The Salt Lake Tribune*, 14 May 2020, 9:00 AM, updated 10:19 AM, https://www.sltrib.com/news/2020/05/14/testutah-declines-join/.

[57] "TestUtah declines to join other Utah labs in accuracy check," by Erin Alberty, *The Salt Lake Tribune*, 14 May 2020, 9:00 AM, updated 10:19 AM, https://www.sltrib.com/news/2020/05/14/testutah-declines-join/.

[58] "TestUtah declines to join other Utah labs in accuracy check," by Erin Alberty, *The Salt Lake Tribune*, 14 May 2020, 9:00 AM, updated 10:19 AM, https://www.sltrib.com/news/2020/05/14/testutah-declines-join/.

[59] "TestUtah declines to join other Utah labs in accuracy check," by Erin Alberty, *The Salt Lake Tribune*, 14 May 2020, 9:00 AM, updated 10:19 AM, https://www.sltrib.com/news/2020/05/14/testutah-declines-join/.

**CONFIDENTIAL**

50.     At 12:00 PM, Iowa Governor Kim Reynolds held a press conference, where she disclosed that the state had completed the validation process to assess the accuracy of the Test Iowa test results.[60] Governor Reynolds announced that the Test Iowa tests had 95% accuracy for determining positives and 99.7% accuracy for determining negatives.[61]

51.     At 1:25 PM, trading in Co-Diagnostics stock was suspended due to volatility and it remained halted until 1:30 PM.[62]

52.     At 1:38 PM, Hindenburg Research ("Hindenburg") released a series of tweets asserting that Co-Diagnostics' Covid-19 testing quality was deemed "one of the worst"[63] and labeled the Company as a "third-tier option of questionable quality" compared to its rivals.[64] Hindenburg also noted the Company's "propensity to issue frequent fluffy press releases."[65]



---

[60] "Iowa Gov. Kim Reynolds Press Conference | May 14, 2020, 11:00 a m.," *Iowa PBS*, 14 May 2020, accessed at https://www.youtube.com/watch?v=26vv6UQ6Y1I.

[61] "Iowa Gov. Kim Reynolds Press Conference | May 14, 2020, 11:00 a m.," *Iowa PBS*, 14 May 2020, accessed at https://www.youtube.com/watch?v=26vv6UQ6Y1I.

[62] "*Co-Diagnostics Inc. (CODX) Paused due to volatility," *Dow Jones Institutional News*, 14 May 2020, 1:25 PM and "*Co-Diagnostics Inc. (CODX) Resumed Trading," *Dow Jones Institutional News*, 14 May 2020, 1:30 PM.

[63] https://twitter.com/HindenburgRes/status/1260987935886839808?s=20.

[64] https://twitter.com/HindenburgRes/status/1260987934582411264?s=20.

[65] https://twitter.com/HindenburgRes/status/1260987928064536583?ref_src=twsrc%5Etfw.

CONFIDENTIAL

53. Ten minutes later, at 1:48 PM, trading in Co-Diagnostics stock was once again halted due to volatility and did not recommence until 1:58 PM.[66]

54. At 2:02 PM, *SeekingAlpha.com's* news team noted that Co-Diagnostics' stock price had reversed its rally and was down 18%.

> "'We are short $CODX due to its CFO's checkered history,' the research shop wrote in a tweet, coming after Co-Diagnostics (NASDAQ:CODX) shares have rallied hard recently on the back of testing data. Shares fell 18% in Thursday's trading after being up 63%, 136% and ~2,600% over the past week, month and 6 month period, respectively. Hindenburg writes that the test quality has been 'rated one of the worst' despite the co.'s claims of 100% sensitivity and specificity. It is a 'third-tier' option among competitors, the note continues."[67]

55. At 2:26 PM, *Bloomberg* published an article reiterating that Co-Diagnostics' stock price fell after the Hindenburg tweet.

> "Co-Diagnostics briefly fell as much as 22%, its biggest drop since March 10, after Hindenburg Research tweeted that it's short the company. Hindenburg's concerns include the 'astronomical' valuation of the stock; CODX has gained about 2,400% since start of the year. The shares had risen earlier amid concerns about the accuracy of Abbott's Covid-19 test. CODX wasn't immediately available to comment."[68]

---

[66] "*Co-Diagnostics Inc. (CODX) Paused due to volatility," *Dow Jones Institutional News*, 14 May 2020, 1:48 PM and "*Co-Diagnostics Inc. (CODX) Resumed Trading," *Dow Jones Institutional News*, 14 May 2020, 1:58 PM.

[67] "Co-Diagnostics reverses rally after Hindenburg short call," by SA News Team, *SeekingAlpha.com*, 14 May 2020, 2:07 PM.

[68] "Co-Diagnostics Slides After Short Call from Hindenburg Research," by Joshua Fineman, *Bloomberg*, 14 May 2020, 2:26 PM.

CONFIDENTIAL

56.    After the close of trading, at 4:01 PM, Co-Diagnostics announced Q1 2020 results.[69] The Company reported Q1 2020 revenue of $1.5 million, more than twice consensus estimates of $0.616 million.[70] The Company reported a loss per share of $0.05, in-line with consensus estimates of -$0.05.[71] In the press release, the Company reiterated that its Covid-19 test showed "100% specificity and 100% sensitivity in several independent evaluations."[72] In his prepared statements for the conference call, CEO Egan said that "As of the mid-point in the second quarter we have significantly exceeded the second quarter estimates of analysts covering the Company, and we are pleased to announce that we are already solidly profitable for the second quarter based on results to date."[73] According to CEO Egan's testimony, the Company's Q1 2020 announcement "was an awesome earnings report."[74]

57.    The Company's press release was silent with regard to the news media reports that day that contradicted the Company's (mis)representations about the accuracy of Co-Diagnostics' Covid-19 test. *The Fly* acknowledged Co-Diagnostics' assurance that "COVID-19 test kit shows 100% specificity and 100% sensitivity in several independent evaluations."[75]

---

[69] "Co-Diagnostics, Inc. Announces Q1 2020 Results and Provides Mid-Second Quarter Update," *PR Newswire,* Company press release, 14 May 2020, 4:01 PM.

[70] "Co-Diagnostics, Inc. Announces Q1 2020 Results and Provides Mid-Second Quarter Update," *PR Newswire,* Company press release, 14 May 2020, 4:01 PM; "Co-Diagnostics Inc: A loss of 5 cents per share anticipated for first quarter," *Reuters News*, 12 May 2020, 5:57 PM; and Consensus estimates obtained by *Refinitiv Eikon*.

[71] "Co-Diagnostics, Inc. Announces Q1 2020 Results and Provides Mid-Second Quarter Update," *PR Newswire*, Company press release, 14 May 2020, 4:01 PM; and Consensus estimates obtained by *Refinitiv Eikon*.

[72] "Co-Diagnostics, Inc. Announces Q1 2020 Results and Provides Mid-Second Quarter Update," *PR Newswire,* Company press release, 14 May 2020, 4:01 PM.

[73] "Press Release: Co-Diagnostics, Inc. Releases Prepared Remarks for First Quarter 2020 Conference Call," *Dow Jones Institutional News*, 14 May 2020.

[74] Videotaped Deposition of Dwight H. Egan, 13 April 2023, at 325:5.

[75] "CODX: Co-Diagnostics provides mid-Q2 operational update [MORE]," *TheFlyontheWall.com*, 14 May 2020, 4:06 PM.

**CONFIDENTIAL**

58.    At 6:01 PM, Co-Diagnostics issued a press release containing prepared remarks for the Company's Q1 2020 conference call. While Co-Diagnostics had planned to hold a conference call to discuss its Q1 2020 financial results with analysts, the Company instead released the prepared remarks without analyst participation, because there was "overwhelming participation on the call, [and] the conference call service was unable to accommodate the traffic."[76] In the press release, the Company emphasized that several independent studies had validated the specificity and sensitivity of the Company's Covid-19 test.

> "During the pandemic, Co-Diagnostics' ability to utilize its patented CoPrimer technology in highly accurate tests has significantly changed the trajectory of our Company. … We believe that test performance, combined with competitive pricing and high throughput attributes, makes for a compelling value proposition. Our COVID-19 test has been the subject of several independent studies validating its specificity and sensitivity, which have demonstrated its excellent performance characteristics. Last week, I read with interest a statement regarding our technology and test from Clinical Reference Laboratory, one of the largest privately-held clinical testing laboratories in the U.S., and a customer of Co-Diagnostics. I quote the following from that statement with their permission:

> 'At the foundation of a quality COVID-19 test is the methodology. For the molecular COVID-19 test, CRL's Molecular Diagnostics team thoroughly investigated numerous technologies that could be leveraged for test design. Ultimately, the Co-Diagnostics Logix Smart Coronavirus COVID-19 RT-PCR assay was selected for the detection of the virus. This reverse-transcriptase quantitative PCR assay (RT-qPCR) uses proprietary CoPrimer technology that improves the specificity of the test compared to others. The test targets the RdRp gene of the SARS-CoV-2 virus which has a low mutation rate compared to other regions of the viral genome.'"[77]

---

[76] "Press Release: Co-Diagnostics, Inc. Releases Prepared Remarks for First Quarter 2020 Conference Call," *Dow Jones Institutional News*, Company press release, 14 May 2020, 6:01 PM.

[77] "Press Release: Co-Diagnostics, Inc. Releases Prepared Remarks for First Quarter 2020 Conference Call," *Dow Jones Institutional News*, Company press release, 14 May 2020, 6:01 PM.

CONFIDENTIAL

59.   Following the release of the Company's prepared remarks, *The Fly* echoed the Company's assurance that several independent studies had validated the specificity and sensitivity of the Company's Covid-19 test.[78]

60.   Later that day, the FDA issued a press release "alerting the public" that Abbott's ID NOW test "may return false negative results."[79] The FDA further stated, "No diagnostic test will be 100% accurate due to performance characteristics, specimen handling, or user error, which is why it is important to study patterns and identify the cause of suspected false results so any significant issues can be addressed quickly."[80] These disclosures corrected the market's understanding regarding the accuracy of Co-Diagnostics' test and caused the Company's stock price to decline on 14 May 2020 and 15 May 2020.

61.   On 20 May 2020, Maxim issued an analyst report titled "COVID-19 Testing Has Been Transformative for Co-Diagnostics, Raising Revenue Forecast and Upgrading to Buy, with a $30 PT."[81] The Maxim analyst noted that:

> "Revenue is growing rapidly; we expect over $100M in 2020. As per the 1Q20 earnings release and conference call, as well as discussions with management, the company reported $1.5M in revenue in 1Q. However, the company generated $18M year-to-date as of May 14. This means that $16M+ in revenue was generated just in the first half of 2020."[82]

---

[78] "'We believe that test performance, combined with competitive pricing and high throughput attributes, makes for a compelling value proposition. Our COVID-19 test has been the subject of several independent studies validating its specificity and sensitivity, which have demonstrated its excellent performance characteristics.'" ("CODX: Co-Diagnostics says COVID-19 test demonstrated 'excellent,'" *TheFlyontheWall.com*, 14 May 2020, 6:05 PM).

[79] "Coronavirus (COVID-19) Update: FDA Informs Public About Possible Accuracy Concerns with Abbott ID NOW Point-of-Care Test," *PR Newswire,* 14 May 2020, 7:44 PM.

[80] "Coronavirus (COVID-19) Update: FDA Informs Public About Possible Accuracy Concerns with Abbott ID NOW Point-of-Care Test," *PR Newswire,* 14 May 2020, 7:44 PM.

[81] "COVID-19 Testing Has Been Transformative for Co-Diagnostics, Raising Revenue Forecast and Upgrading to Buy, with a $30 PT," by Jason McCarthy, Ph.D., Maxim, analyst report, 20 May 2020, p. 1.

[82] "COVID-19 Testing Has Been Transformative for Co-Diagnostics, Raising Revenue Forecast and Upgrading to Buy, with a $30 PT," by Jason McCarthy, Ph.D., Maxim, analyst report, 20 May 2020, p. 1.

CONFIDENTIAL

## 6    LOSS CAUSATION

### 6.1    Analytical Methodology

#### 6.1.1    Establishing Economic Materiality

62.    One step in assessing if alleged misrepresentations and omissions caused investor losses is to examine financial principles, company statements, and commentary by market participants in order to ascertain if the subject matter of the alleged misrepresentations and omissions constitutes economically material information.[83] If the statements are economically material, it follows that in an efficient market they would impact the valuation of the subject security and its market price.

63.    A review of financial principles, company statements, and statements by market participants can also establish whether the misrepresentations were decidedly positive in nature, and conversely, if the concealed or omitted truthful information was decidedly negative with respect to the valuation of the subject security. In an efficient market, positive misrepresentations, and the concealment of negative information, would artificially inflate or maintain inflation in the subject security's market price. In an efficient market, revealing adverse facts previously unknown to the market, and correcting positive misrepresentations with their truthful but negative counterparts, would generally cause a security price decline.

64.    Investors who overpaid on account of artificial inflation that was introduced or maintained by the alleged misrepresentations and omissions, and hold the security when a corrective disclosure dissipates some or all of the artificial inflation, suffer a loss caused by the alleged

---

[83] I understand that materiality has a legal definition in matters such as this one. As the term is used in financial analysis and in this report, "economic materiality" means the importance of information, announcements, and/or events to investors and the market, such that these items would affect the valuation of a security and investors' demand for the security. Whether specific information is important for valuation purposes is a central focus of financial economics. Therefore, the question of economic materiality, given this definition, is squarely within the realm of financial economics and consequently within my area of expertise and the purview of a finance expert.

misrepresentations and omissions. Thus, establishing that the misrepresentations and omissions constituted economically material information that is positive in nature, that the concealed or omitted truth was economically material and negative, and that all or some of the truth ultimately was revealed, is compelling proof of loss causation.

### 6.1.2   Empirical Analysis of Loss Causation

65.   In addition to establishing economic materiality based on economic principles and the commentary by market participants, analysis of loss causation also typically comprises empirical analysis, to determine whether the revelation of the previously concealed truth did observably cause a security price decline. When misrepresentations and omissions are consistent with investors' prior beliefs because they accord with the norm for that company, previously understood conditions, or prior representations, there usually will be no observable security price movement caused by the misrepresentations or omissions when made. However, in such cases, the economic effect of the misrepresentations and omissions can be observed empirically when they are corrected, as the correction will run contrary to investors' prior understanding of the company's condition. A corrective disclosure changes the mix of public information and thereby elicits a security price change. Event study and additional financial analysis can therefore be applied to determine whether the alleged misrepresentations and omissions caused investors to suffer losses by testing whether the subject security price fell as a result of corrective disclosures.

66.   An event study can determine whether revelatory information was a substantial cause of a security price decline. An event study controls for the effects of market and sector factors and thereby measures how much a security price rises or falls in response to new, company specific information. Essentially, an event study is a controlled experiment that allows one

25

CONFIDENTIAL

to observe the market's valuation of a security with and without newly provided information.

67. Prior to a corrective disclosure, the security is valued in the marketplace without the corrective information. After the event, the security is valued with the newly disclosed information. An event study can determine whether a corrective disclosure caused the security price to decline, and therefore can also determine whether the alleged misrepresentations and omissions had previously artificially inflated the security price.

68. Once an event study has established that there was a security price reaction to company specific information on a corrective disclosure date, to establish loss causation one must determine whether allegation-related information, as opposed to other unrelated company information, was a substantial cause of the security price change. An initial step here is to determine whether there was indeed a release of non-allegation related information on the same day as the corrective disclosure. Financial analysis, including valuation analysis, can account for and remove the effect, if any, of any evident confounding information that is unrelated to the alleged fraud. By controlling for confounding information, if any, one can determine whether the revelation of the alleged fraudulently concealed facts was a substantial cause of the security price decline.

69. If the analytical findings indicate that the subject security traded in an efficient market, that the subject of the alleged misrepresentations and omissions was economically material, that the misrepresentations were positive in nature while the concealed or omitted information was negative, and the market price of the subject security fell as a result of a corrective disclosure, then loss causation is proved.

CONFIDENTIAL

### 6.2 Executing the Loss Causation Analysis for Co-Diagnostics Stock

70.  Defendants' misstatements, omissions, and conduct, intended to mislead investors and create the false impression that Co-Diagnostics' Covid-19 test was perfectly accurate, misled investors about the true condition of the Company's technology and business prospects and caused the Co-Diagnostics stock price to be artificially inflated. The corrective disclosures informed the market that, contrary to what the market had been led to believe, the accuracy of the Company's Covid-19 test was not 100%, and the Company's condition and prospects were worse than what they had been led to believe. According to Plaintiff, investors learned that they had been misled about the accuracy of the Covid-19 test, and in turn the true prospects of Co-Diagnostics, through a series of corrective disclosures that transpired prior to the start of trading, during trading, and after the close of trading on 14 May 2020. Ultimately, an FDA announcement after the close of trading on 14 May 2020 confirmed that the representations had been false and misleading.

71.  Generally accepted financial principles confirm that the alleged misrepresentations and omissions were highly economically material and inflationary. Company statements and contemporaneous commentary from market participants further confirm economic materiality and that the misrepresentations and omissions would artificially inflate Co-Diagnostics' stock price. Finally, event study analysis focusing on the reaction of the Co-Diagnostics stock price to the corrective disclosures proves loss causation empirically. Disclosures correcting the misrepresentations and omissions caused the Co-Diagnostics stock price to decline, precipitating investor losses.

CONFIDENTIAL

### 6.2.1 Financial Principles Confirm the Economic Materiality of the Alleged Misrepresentations and Omissions

72. The finance literature is clear that the quality of a company's product, which is alleged to have been misrepresented in the instant case, is highly economically material. Product quality is a critical value driver in revenue generation and a factor in predicting future revenues. Overstating projections for this metric will artificially inflate security valuations.

73. Moreover, for a diagnostics company, it is indisputable that the accuracy and quality of its diagnostic tests is an economically material determinant of value. The quality of a product impacts the performance of a business in multiple ways, such as stronger customer loyalty, ability to charge higher prices, and higher sales. The finance literature explains the importance of quality and its effect on a business and its financial performance.

> "Financial performance is affected by higher quality in two ways: (a) firms could charge a premium price, and (b) firms could increase market share leading to lower costs. Although quality did not always have a direct impact on return on investment (ROI), the resultant increase in market share indirectly influenced ROI (Phillips, Chang, and Buzzell1983). Other researchers have found a similar relationship between quality and financial performance. For example, Aaker and Jacobson (1994) found a strong link between quality and stock performance, whereas Kordupleski, Rust, and Zahorik (1993) found that improved quality results in better financial performance. Recent research has further addressed the relationship between quality and profitability and has added the dimension of customer satisfaction (Anderson, Fornell, and Lehmann 1994; Fornell 1992; Handfield, Ghosh, and Fawcett 1998; Hardie 1998; Rust and Zahorik 1993; Zahorik and Rust 1992)."[84]

---

[84] "The Relationship Between Product Quality and Revenue per Available Room at Holiday Inn," by Sheryl Kimes, *Journal of Service Research*, vol. 2, no. 2, 1999, p. 138.

"The MSI study came to the not-so-startling conclusion that (in Boone's and Kurtz's words) 'two of the most important factors influencing profitability were product quality and market share.'"[85]

"In the long run, the most important single factor affecting a business unit's performance is the quality of its products and services relative to those of its competitors."[86]

"Relative superiority along the [product and service] quality dimension enhances the profitability of market share leaders and neutralizes, to a large degree, the adverse impact of low share on business profitability. The message here is that superior perceived quality yields several benefits: (1) stronger customer loyalty, (2) greater repeat purchases, (3) lower vulnerability to price wars, (4) the ability to command higher relative prices without affecting share, (5) lower marketing costs, and (6) higher sales growth."[87]

"Differentiation by quality insulates a business from competitive rivalry by creating customer loyalty, lowering customer sensitivity to price, and protecting from other competitive forces that reduce price-cost margins (see Porter 1980, pp. 34-46)."[88]

74. A company that produces high quality products would have higher expected future prospects, revenue, and profitability relative to a company that produces products of lower quality, all else equal. That revenue is an important determinant of a company's value, and consequently the value of the company's stock, is a generally accepted principle, articulated extensively in the finance literature. The following excerpts from the academic and professional finance literature attest to this principle.

---

[85] "Profit Impact of Market Strategies (PIMS)," INC.*com*, citing *Contemporary Marketing*, by Louis Boone and David Kurtz, Thomas South-Western, 2005.

[86] "Book Reviews: *The PIMS Principles: Linking Strategy to Performance* by Robert D. Buzzell and Bradley T. Gale," by Bernard Jaworski, *Journal of Marketing*, vol. 53, no. 2, 1989, p. 126.

[87] "Book Reviews: *The PIMS Principles: Linking Strategy to Performance* by Robert D. Buzzell and Bradley T. Gale," by Bernard Jaworski, *Journal of Marketing*, vol. 53, no. 2, 1989, p. 127.

[88] "Product Quality, Cost Position and Business Performance: A Test of Some Key Hypotheses," by Lynn Phillips et al., *Journal of Marketing*, vol. 47, no. 2, 1983, p. 26.

"Forecast revenues for the target company. The projection of future revenues is, without question, the single most important step in the pro forma process. As this is the starting point, a misestimation at this stage will be compounded into a multitude of other forecasted values. … Understanding a company's potential for growing revenues in the future is critical to valuation and strategy assessment."[89]

"Revenue growth is the most significant driver of shareholder value over the long term. Other drivers are very important, but tend to reach a limit in terms of value creation."[90]

"The revenues (sales) forecast is, arguably, the most crucial and difficult estimate in the forecasting process. It is a crucial estimate because other income statement and balance sheet accounts derive, either directly or indirectly, from the revenues forecast. As a result, both the income statement and balance sheet grow with increases in revenues. The income statement reflects this growth concurrently."[91]

75. According to the academic and professional finance literature, the misrepresentations and omissions that served to conceal the true quality of Co-Diagnostics' Covid-19 test would have artificially inflated the price of Co-Diagnostics stock. According to the generally accepted financial economic principles articulated in the literature, investors would ultimately suffer losses when disclosures revealed the previously misrepresented and concealed accuracy of Co-Diagnostics' Covid-19 test.

---

[89] *Valuation: Avoiding the Winner's Curse*, by Kenneth Ferris and Barbara Pecherot Petitt, Prentice Hall, 2002, pp. 36 and 97.

[90] *Performance Dashboards and Analysis for Value Creation*, by Jack Alexander, John Wiley & Sons, Inc., 2007, p. 79.

[91] *Financial Statement Analysis & Valuation*, by Peter Easton et al., 4th ed., Cambridge Business Publishers, 2015, p. 11-5.

CONFIDENTIAL

### 6.2.2  Company Statements Compel a Conclusion of Loss Causation

76.  With its public statements, the Company itself acknowledged the economic materiality of the alleged misrepresentations and omissions. Economic materiality means that the information is relevant to valuation or to a decision to invest. The Company considered the accuracy of its Covid-19 test as a source of competitive advantage and a part of its value proposition.

> "**Competitive Advantages of Co-Diagnostics** _We believe that we have the following competitive advantages:_ … ● Accuracy: We believe our tests are more sensitive and specific than competitors' and can detect more strains of viruses."[92]

> "Our value proposition of accurate, high-throughput, and cost-effective tests continues to resonate with customers around the globe."[93]

> "Co-Diagnostics, Inc. (Nasdaq:CODX) (the Company), a molecular diagnostics company with a unique, patented platform for the development of diagnostic tests, announced today that its Logix Smart™ Coronavirus COVID-19 Test has been approved for sale in Mexico by the Mexican Department of Epidemiology ('InDRE') after InDRE successfully concluded an evaluation of the test's sensitivity and specificity and its non-reactivity with other respiratory viruses. InDRE, which is analogous to the U.S. Centers for Disease Control and Prevention (CDC), is required to evaluate any test to detect the disease before the test may gain clearance to be sold into the Mexican healthcare market."[94]

---

[92] Co-Diagnostics, Inc., Form 10-Q for the quarterly period ended 31 March 2020, filed on 14 May 2020, p. 18 (emphasis in original).

[93] "Co-Diagnostics, Inc. Announces Q1 2020 Results and Provides Mid-Second Quarter Update," _PR Newswire_, Company press release, 14 May 2020, 4:01 PM.

[94] "Co-Diagnostics, Inc. Announces Government Approvals and Increased Orders for COVID-19 Test Kits," _PR Newswire_, Company press release, 4 May 2020.

CONFIDENTIAL

"Co-Diagnostics also announced that CoSara, the Company's joint venture for manufacturing in India, expects to now begin filling orders following the successful evaluation of CoSara's Saragene™ COVID-19 RT-PCR test kit by the Indian Council of Medical Research (ICMR). The evaluation showed 100% sensitivity and 100% specificity without any cross reactivity with other respiratory viruses, and it has been cleared for sale to the Indian market."[95]

"'In countries where we have been evaluated against other tests, we have consistently and repeatedly achieved 100% clinical sensitivity and specificity and you can't do better than that.' These results underpin Co-Diagnostics' ongoing role as a major global supplier of COVID-19 tests, providing in-vitro diagnostic kits to nearly 50 countries and domestically to more than a dozen states."[96]

"During the pandemic, Co-Diagnostics' ability to utilize its patented CoPrimer technology in highly accurate tests has significantly changed the trajectory of our Company."[97]

"We believe that test performance, combined with competitive pricing and high throughput attributes, makes for a compelling value proposition. Our COVID-19 test has been the subject of several independent studies validating its specificity and sensitivity, which have demonstrated its excellent performance characteristics."[98]

### 6.2.3 News Media Commentary Underscores the Economic Materiality of the Subject Matter of the Alleged Misrepresentations and Omissions

77. The news media explicitly stated that the subject matter of the alleged misrepresentations and omissions were important. The following are examples of news media commentary which confirm the economic materiality of the alleged misrepresentations and omissions. Additional examples are presented §5.3 above.

---

[95] "Co-Diagnostics, Inc. Announces Government Approvals and Increased Orders for COVID-19 Test Kits," *PR Newswire*, Company press release, 4 May 2020.

[96] "Co-Diagnostics, Inc. Releases COVID-19 Test Performance Data: Consistently Demonstrates 100% Sensitivity and 100% Specificity Across Independent Evaluations," *PR Newswire*, Company press release, 1 May 2020.

[97] "Press Release: Co-Diagnostics, Inc. Releases Prepared Remarks for First Quarter 2020 Conference Call," *Dow Jones Institutional News*, Company press release, 14 May 2020, 6:01 PM.

[98] "Press Release: Co-Diagnostics, Inc. Releases Prepared Remarks for First Quarter 2020 Conference Call," *Dow Jones Institutional News*, Company press release, 14 May 2020, 6:01 PM.

CONFIDENTIAL

"Co-Diagnostics (CODX) said Friday its coronavirus test has proven 100% accurate in field testing — leading CODX stock to rocket."[99]

"COVID-19 test developer Co-Diagnostics (CODX +30.5%) is poised to finish the day solidly in the green on more than 40% higher volume, enjoying a surge in buying in the wake of reported disappointing sensitivity data from a New York study evaluating Abbott's ID Now rapid molecular test for SARS-CoV-2. Co-Diagnostics recently announced data on its LogixSmart molecular test for SARS-CoV-2 that showed 100% sensitivity of 100% specificity."[100]

"**Co-diagnostic Says Tests Are 100% Accurate**. How confident can you really be in betting on? Co-Diagnostic's tests? Well, according to the company, you can take it to the bank. The company said May 1 that its Coronavirus test is *100% accurate* in field testing. That's not a typo – it claims the test is perfect in tests conducted in the U.S., Mexico and India. 'In countries where we have been evaluated against other tests, we have consistently and repeatedly achieved 100% clinical sensitivity and specificity. You can't do better than that,' says Co-Diagnostic's chief scientific officer, Brent Satterfield."[101]

"In Nebraska, the test kits provided by Nomi Health 'must be capable of producing accurate results a majority of the time when properly conducted or administered,' according to the contract."[102]

### 6.2.4   Event Study for Assessing Loss Causation and Damages

78.   Event study analysis proves that the alleged misrepresentations and omissions caused investor losses. When corrective disclosure events revealed to the public that the accuracy of the Company's Covid-19 test was not what the Company had represented it to be, the stock price fell significantly. These event study results prove that the Company and its stock

---

[99] "Coronavirus Test Maker Soars As Its Diagnostic Proves 100% Accurate," by Allison Gatlin, *Investor's Business Daily*, 1 May 2020, 4:16 PM.

[100] "Abbott's COVID-19 Test Pain Is Co-Diagnostics' Gain, up 31%," by Douglas House, *SeekingAlpha.com*, 13 May 2020, 3:45 PM.

[101] "Co-Diagnostics Is a Smart Way to Play Coronavirus Testing," by Louis Navellier and the InvestorPlace Research Staff, *InvestorPlace.com*, 11 May 2020 (emphasis in original).

[102] "Senators Call on Governor to End Test Nebraska Contracts," by Chris Dunker, *Lincoln Journal Star*, 11 May 2020.

CONFIDENTIAL

had been overvalued and were so on account of the quality of the Company's Covid-19 test that had been misrepresented since the start of the Class Period.

79.    Event study analysis is one of the most commonly used analytic methodologies employed by finance researchers. MacKinlay [1997] presents a description and examples of the methodology and writes of its general acceptance and wide use in academic research.[103] Gold et al. [2017] write about how the methodology is generally accepted and widely used in forensic applications.[104]

80.    An event study investigates whether a security price reacted to the release of new information. A statistically significant security price reaction in response to the release of new information indicates that the new information caused the change in price. An event study also measures how much a security price rises or falls in response to new, company-specific information.

81.    One component of an event study is statistical regression analysis that determines how much of an observed security price change is explained by market and industry sector factors, rather than company-specific information, so that those influences can be statistically factored out. The portion of a security price change that cannot be attributed to market or sector factors is called the residual security price movement or "residual return." The event study isolates and quantifies the residual return and also tests whether the residual return can reasonably be explained as merely a random fluctuation in price.

---

[103] "Event Studies in Economics and Finance," by A. Craig MacKinlay, *Journal of Economic Literature*, vol. 35, 1997.

[104] "Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold et al., Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th ed., edited by Roman Weil et al., John Wiley & Sons, Inc., 2017.

82. The statistical significance of a security return on an identified event date indicates that the residual return cannot reasonably be attributed to market and sector factors, or to random volatility, but rather was caused by the arrival of new company-specific information.

### 6.2.4.1 Identification of the Corrective Disclosures

83. I reviewed a wide variety of information sources, including Company announcements, news articles, press releases, and SEC filings to determine when information correcting the alleged misrepresentations and omissions was disseminated. I identified 14 May 2020 as the corrective disclosure event date. The market received information correcting the alleged misrepresentations and omissions prior to, during, and following trading hours on 14 May 2020, thus impacting the Co-Diagnostics stock price on 14 May 2020 and 15 May 2020.

84. Before the start of trading on 14 May 2020, *Salt Lake Tribune* revealed that Test Utah, an organization that used Co-Diagnostics' Covid-19 test kit, had "declined to join other major Utah labs in a joint experiment to confirm one another's quality."[105] Instead, Test Utah agreed to a "less-sophisticated 'compromise' experiment," one that would not "confirm the test's sensitivity."[106]

85. Later that day, at 12:00 PM EDT, Iowa Governor Kim Reynolds held a press conference, where she informed that Iowa's state lab had completed the validation process to assess the accuracy of Test Iowa test results.[107] She stated that the Test Iowa testing kits had 95% accuracy for diagnosing positives and 99.7% accuracy for diagnosing negatives.[108]

---

[105] "TestUtah Declines to Join Other Utah Labs in Accuracy Check," by Erin Alberty, *The Salt Lake Tribune*, 14 May 2020, 9:00 AM, updated 10:19 AM, https://www.sltrib.com/news/2020/05/14/testutah-declines-join/.

[106] "TestUtah Declines to Join Other Utah Labs in Accuracy Check," by Erin Alberty, *The Salt Lake Tribune*, 14 May 2020, 9:00 AM, updated 10:19 AM, https://www.sltrib.com/news/2020/05/14/testutah-declines-join/.

[107] "Iowa Gov. Kim Reynolds Press Conference | May 14, 2020, 11:00 a m.," *Iowa PBS*, 14 May 2020, accessed at https://www.youtube.com/watch?v=26vv6UQ6Y1I.

[108] "Iowa Gov. Kim Reynolds Press Conference | May 14, 2020, 11:00 a m.," *Iowa PBS*, 14 May 2020, accessed at https://www.youtube.com/watch?v=26vv6UQ6Y1I.

CONFIDENTIAL

86.    At 1:38 PM, Hindenburg released a series of tweets asserting that Co-Diagnostics' Covid-19 testing quality was deemed "one of the worst"[109] and labeled the company as a "third-tier option of questionable quality" compared to its rivals.[110] Hindenburg also noted the Company's "propensity to issue frequent fluffy press releases."[111]

87.    At 7:44 PM on 14 May 2020, the FDA issued a press release stating that "No diagnostic test will be 100% accurate … ."[112]

### 6.2.4.2    Length of Event Window

88.    Theoretical and empirical considerations compel that the market's reaction to the corrective disclosure events comprise windows longer than one single day. As discussed below, in an efficient market, complex and unexpected developments and announcements sometimes take the market longer than a single day to fully digest.

89.    On 14 May 2020, there were a number of news reports including the *Salt Lake Tribune* article, Hindenburg tweets, the Iowa Governor's press conference, and an FDA announcement that arrived at various intervals throughout the day. These corrective disclosures from various third-party sources were inconsistent with the market's prior beliefs and would be considered "less regular" information releases. According to the seminal article by Patell and Wolfson, "less regular" information releases could impact stock prices over a period longer than one day.[113]

---

[109] https://twitter.com/HindenburgRes/status/1260987935886839808?s=20.

[110] https://twitter.com/HindenburgRes/status/1260987934582411264?s=20.

[111] https://twitter.com/HindenburgRes/status/1260987928064536583?ref_src=twsrc%5Etfw.

[112] "Coronavirus (COVID-19) Update: FDA Informs Public About Possible Accuracy Concerns with Abbott ID NOW Point-of-Care Test," *PR Newswire,* 14 May 2020, 7:44 PM.

[113] "It is possible that the adjustment intervals would be significantly longer for smaller firms, or for other, less regular announcements made by our sample firms." ("The Intraday Speed of Adjustment of Stock Prices to Earnings and Dividend Announcements," by James Patell and Mark Wolfson, *Journal of Financial Economics*, 1984, p. 250.) Also, "Finally, we must consider the relation between the mean return tests where trading profits largely disappear in five

CONFIDENTIAL

90.   The use of multi-day event windows is appropriate in an event study and is grounded in the finance literature. Published empirical studies commonly examine event windows longer than one day and run cumulative event studies on multiday windows.

91.   That a multi-day event study can be used to measure a protracted price reaction in response to a series of corrective events is acknowledged in the published literature.

> "In securities fraud cases, many experts have adopted the convention of looking at one-day, two-day, or five-day periods following an announcement."[114]

> "The initial task of conducting an event study is to define the event of interest and identify the period over which the security prices of the firms involved in this event will be examined – the event window. For example, if one is looking at the information content of an earnings with daily data, the event will be the earnings announcement and the event window will include the one day of the announcement. It is customary to define the event window to be larger than the specific period of interest. This permits examination of periods surrounding the event. In practice, the period of interest is often expanded to multiple days, including at least the day of the announcement and the day after the announcement."[115]

---

to ten minutes (although we do detect significant mean returns in the overnight period and at the opening of trading on the following day), and the variance and serial correlation tests where disturbances persist for several hours after public disclosure and extend well into the following day," and "We find large disturbances in the correlation pattern immediately following the release of earnings numbers and dividend changes; the major portion of the announcement effect dissipates within sixty to ninety minutes, although, as in the variance tests, statistically significant departures continue into the following day." ("The Intraday Speed of Adjustment of Stock Prices to Earnings and Dividend Announcements," by James Patell and Mark Wolfson, *Journal of Financial Economics*, 1984, pp. 224, 251).

[114] "Materiality and Magnitude: Event Studies in the Courtroom," by David Tabak and Frederick Dunbar, Chapter 19 of the *Litigation Services Handbook: The Role of the Financial Expert*, 3rd ed., edited by Roman Weil et al., John Wiley & Sons, Inc., 2001, p. 19.4.

[115] "Event Studies in Economics and Finance," A. Craig MacKinlay, *Journal of Economic Literature,* vol. 35, 1997, pp. 14-15.

CONFIDENTIAL

"If the stock price reaction in the days, weeks and months following a corrective disclosure are due to the market inferring additional information about the misrepresentation's implications for a firm's valuation, then these stock price movements occurring after the corrective disclosure date identified by the plaintiffs should analytically be deemed to be additional corrective disclosures."[116]

"The foregoing examples show that for a fraud which is revealed slowly over time, the event study approach is likely to significantly understate the true damages. One way to reduce this bias is to extend the observation window surrounding the disclosure date. … The window begins far enough in advance of the disclosure for the analyst to be reasonably confident that no significant information leakage has occurred … . The window ends at a date when the analyst feels confident that most of the information is publicly available … The length of the window depends on the facts of each specific case."[117]

92.    Given the sequence of the disclosures, that the disclosures were a "less regular" form of information releases from various third-party sources, that the disclosures were at odds with what the market had been led to believe, and that the disclosures were met with countervailing denials by Co-Diagnostics, my event study examines 14 May 2020 and 15 May 2020 together, as a two-day event window.

### 6.2.4.3   Isolating the Impact of Company-Specific Information

93.    Event study analysis determines how much of the Co-Diagnostics stock price change following the corrective disclosure event was driven by Company-specific information as opposed to market and industry sector factors.

94.    The method, which is generally accepted and widely used in econometric modeling, involves running a regression to determine how the price of a company's stock typically behaved in relation to the overall stock market and its industry sector, and then using the

---

[116] "The Loss Causation Requirement for Rule 10B-5 Causes of Action: The Implications of Dura Pharmaceuticals v. Broudo," by Allen Ferrell and Atanu Saha, *Business Lawyer*, 2007, p. 9.

[117] "Using Finance Theory to Measure Damages in Fraud on The Market Cases," by Bradford Cornell and R. Gregory Morgan, *UCLA Law Review*, 1990, p. 11.

regression model to determine how much of each event day's actual return is explained by those market and sector effects. The portion of the stock return that is attributable to market and sector factors is called the explained return.

95. The explained return is then subtracted from the actual return to isolate the residual return, which is the security's return after controlling for market and industry sector effects.

96. I ran a regression modeling the return of Co-Diagnostics' stock as a function of i) a constant term, ii) the return of the overall stock market, and iii) an industry sector return.

97. For the overall stock market factor, I used the CRSP NYSE/AMEX/NASDAQ/ARCA Market Index (the "Market Index"), which is a generally accepted and widely used measure of the overall stock market performance. The Market Index appropriately incorporates payment of dividends by the constituent companies.

98. Co-Diagnostics did not identify a comparable peer group in its SEC filings. To control for industry-related factors, I used the same index that Dr. Werner utilized as the peer group index: the S&P 500 Health Care Equipment Sub Industry GICS Level 4 Index (the "Industry Index").[118]

99. All returns used in the regression are logarithmic returns – i.e., the natural logarithm of the ratio of the current day's closing price to the previous day's closing price. Logarithmic returns are commonly used in event studies and equity analysis because of various computational advantages. Appendix-1 presents the mathematical formula for the logarithmic return and a discussion of the measure.

---

[118] Co-Diagnostics is assigned a GICS code of 35101010 by S&P and MSCI. According its GICS Code, Co-Diagnostics belongs to the Health Care Equipment Sub-Industry. The S&P 500 Health Care Equipment Sub Industry GICS Level 4 Index is a widely known index that tracks the performance of publicly traded U.S. Health Care Equipment companies. This index was selected because Co-Diagnostics performance was likely affected by sector news for the Health Care Equipment Sub industry.

**CONFIDENTIAL**

100. Co-Diagnostics stock trading data are presented in Exhibit-3. Exhibit-4 presents the Market Index and Sector Index data.

101. I estimated a regression for the event dates using the estimation period that runs one year forward from the first day of the Class Period.

102. Testing events using a regression estimation that surrounds the events is consistent with widely used and generally accepted practice in event study analysis:

> "Three general choices for the placement of an estimation window are before the event window, surrounding the event window, and after the event window."[119]

103. I used dummy variables to control for potentially abnormal returns on the earnings announcement dates and allegation-related event dates that occurred within the estimation period. Using dummy variables to control for potentially atypical observations in a regression, especially when those observation dates are the subject of the event study analysis, so that the model parameters reflect the typical price dynamics for that security, is a widely used and generally accepted methodology, as noted in the academic and finance literature.[120]

104. The most commonly used regression estimation procedure is called Ordinary Least Squares ("OLS").[121] However, a prerequisite condition for valid OLS regression analysis is that the residual returns have the same volatility throughout the entire estimation period. This

---

[119] "Materiality and Magnitude: Event Studies in the Courtroom," by David Tabak and Frederick Dunbar, Chapter 19 of the *Litigation Services Handbook: The Role of the Financial Expert*, 3rd ed., edited by Roman Weil et al., John Wiley & Sons, Inc., 2001, p. 19.5.

[120] "Event Studies with a Contaminated Estimation Period," by Nihat Aktas et al., *Journal of Corporate Finance*, 2007; and "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," by David Larcker et al., *Journal of Financial & Quantitative Analysis*, vol. 15, no. 2, 1980.

[121] "Event-Study Analysis," by John Campbell et al., Chapter 4 of *The Econometrics of Financial Markets*, Princeton University Press, 1997.

**CONFIDENTIAL**

condition is called homoskedasticity. If residual return volatility is not constant, that alternative condition is called heteroskedasticity, a complexity in the data that requires a more advanced regression estimation procedure.

105.  I tested for heteroskedasticity using the Breusch-Pagan and White diagnostic tests, and found that heteroskedasticity was present in the event study regression.[122] Accordingly, I ran the regression and tested for statistical significance applying the Newey-West regression estimation procedure, a generally accepted and widely used regression methodology that accommodates and corrects for heteroskedasticity.[123]

106.  Co-Diagnostics stock regression results are presented in Exhibit-5.

107.  For the corrective disclosure event dates, I computed the explained portion of Co-Diagnostics' stock return by adding i) the estimated regression intercept term, ii) the day's Market Index return multiplied by the Market Index coefficient, and iii) the day's Sector Index return multiplied by the Sector Index coefficient.

108.  I then computed the residual return for each event date by subtracting the explained return from the actual return.

---

[122] The Breusch-Pagan and White tests are generally accepted and widely used diagnostic tests for heteroskedasticity. See e.g., "A Simple Test for Heteroskedasticity and Random Coefficient Variation," by Trevor Breusch and Adrian Pagan, *Econometrica*, vol. 47, no. 5, 1979, pp. 1287-1294; "A Note on Studentizing a Test for Heteroskedasticity," by Roger Koenker, *Journal of Econometrics*, vol. 17, no. 1, 1981, pp. 107-112; and "A Heteroskedasticity-Consistent Covariance Matrix Estimator and a Direct Test for Heteroskedasticity," by Halbert White, *Econometrica*, vol. 48, no. 4, 1980, pp. 817-838.

[123] "A Simple, Positive Semi-Definite, Heteroskedasticity and Autocorrelation Consistent Covariance Matrix," by Whitney Newey and Kenneth West, *Econometrica*, vol. 55, no. 3, 1987, pp. 703-708; *A Guide to Econometrics*, by Peter Kennedy, 6th ed., Blackwell Publishing, 2008, p. 343; and *Introduction to Econometrics*, by James Stock and Mark Watson, 3rd ed., Pearson, 2015, p. 545.

CONFIDENTIAL

### 6.2.4.4    t-Test

109. For each event date, I conducted a statistical test called a *t*-test to determine whether the residual return of Co-Diagnostics stock on that date was statistically significant. Statistical significance means that the return, after controlling for the market and sector effects, was of such magnitude that it cannot reasonably be attributed to random volatility, but must have been caused by company specific information. A *t*-test compares the residual return on an event date to the typical residual returns exhibited over the regression estimation period. When applying the Newey-West procedure, the *t*-test makes use of the estimated level of random volatility. If the event date residual return is far greater (positively or negatively) than the typical residual return, and exceeds the threshold where volatility might reasonably be the cause of the residual return, then the *t*-test indicates that the event residual return is deemed statistically significant. Statistical significance of a tested event means that the event return could not reasonably have been caused by random volatility, so, with market and sector factors also accounted for, the residual stock price movement must have been caused by information about the company.

110. The results of the event study for the Co-Diagnostics stock focusing on the corrective disclosures are summarized below and presented in Exhibit-6.

## 6.2.5    Event Study Results and Analysis: 14-15 May 2020

111. On 14 May 2020, the price of Co-Diagnostics stock fell 5.67% (on a logarithmic return basis). The Market Index return that day was 1.02%, and the Sector Index return that day was 0.23%. Based on the regression model, the explained return on Co-Diagnostics stock was 0.15%. The difference between the actual return of -5.67% and the explained return of

42

**CONFIDENTIAL**

0.15% is a residual decline of 5.81%,[124] which is equivalent to a decline of $1.32 per share. This residual return is associated with a *t*-statistic of -0.86 which is not statistically significant at the 95% confidence level. While the Co-Diagnostics stock price closed at $22.13, intraday price data obtained from Trade and Quote database ("TAQ") indicates that the stock price fell to as low as $18.35 per share during trading on 14 May 2020.

112. On the next day, 15 May 2020, the price of Co-Diagnostics stock fell another 25.96% (on a logarithmic return basis). The Market Index return that day was 0.52%, and the Sector Index return that day was -0.15%. The explained return was 0.24%. The difference between the actual return of -25.96% and the explained return of 0.24% is a statistically significant residual return of -26.20%, which is equivalent to a decline of $5.10 per share. This residual return is associated with a *t*-statistic of -3.86 which is statistically significant at the 99.98% confidence level.

113. Over the two-day interval of 14 May 2020 through 15 May 2020, the price of Co-Diagnostics stock declined 31.63% (on a logarithmic basis). The Market Index return for that period was 1.55%, and the Sector Index return for that period was 0.08%. Based on the regression model, the explained portion of the two-day return on Co-Diagnostics stock was 0.39%. The difference between the actual two-day return of -31.63% and the explained two-day return of 0.39% is a residual two-day return of -32.01%,[125] which is equivalent to a decline of $6.42 per share.

---

[124] Apparent mathematical discrepancy due to rounding.

[125] Apparent mathematical discrepancy due to rounding.

114. The two-day residual return of -32.01% from 14 May 2020 through 15 May 2020 is associated with a *t*-statistic value of -3.34. The likelihood of obtaining a two-day residual return of this magnitude as a result of random volatility alone is only 0.10% indicating that the decline in the price of Co-Diagnostics stock was statistically significant over these two days. The confidence level associated with this finding of statistical significance exceeds 99.90%.

115. In a cumulative event study, the threshold for statistical significance increases as the length of the event window is increased. Therefore, the necessary price reaction to prove significance for a multi-day event is considerably higher than that required for a one-day event window. The statistical significance of the residual decline in Co-Diagnostics' stock price from 14 May 2020 through 15 May 2020 means that the stock price decline over the two-days could not have been caused by random volatility, but rather was elicited by Company-specific information.

116. Based on i) the nature of the information disclosed throughout the day on 14 May 2020, which corrected the prior alleged misrepresentations and omissions, ii) financial valuation principles and market commentary, iii) the absence of any economically material negative confounding news, and iv) the statistical significance of the share price decline on 14-15 May 2020 which was precipitated by the 14 May 2020 corrective disclosures, which sum to $6.42 per share, I conclude that the alleged misrepresentations and omissions caused these investor losses.

## 7   SECTION 10(b) DAMAGES

### 7.1   Out-of-Pocket Damages

117.   The "out-of-pocket" measure of damages traditionally applied in 10b-5 cases is the difference between the actual purchase price of the security and what would have been the purchase price had there been no alleged fraud (the "but-for price"). This difference, the difference between what a security's price actually was at a point in time and what the price would have been absent the alleged fraud, is "artificial inflation."

> "[M]any courts have adopted the out-of-pocket rule as the traditional measure of damages in Rule 10b-5 cases. The out-of-pocket measure rule defines damages as 'the difference between the contract price, or the price paid, and the real or actual value at the date of the sale, together with such outlays as are attributable to the defendant's conduct. Or, in other words, the difference between the amount parted with and the value of the thing received.' Typically, courts measure this as the plaintiff's purchase price less the true value at the time of the transaction. The true value is the price of the security in the absence of fraud or misrepresentation."[126]

118.   The Supreme Court, in *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005), clarified that recoverable damages are not the entire amount by which an investor overpaid for a security on account of fraud, which is the artificial inflation at the time of purchase, but rather how much of that artificial inflation was actually lost by the investor during their holding period. Therefore, recoverable damages are the amount by which fraud-induced inflation dissipated after the investors' purchase, subject to certain statutory and case law limitations.

---

[126] "Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold et al., Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th ed., edited by Roman Weil et al., John Wiley & Sons, Inc., 2017, p. 27.6, (internal citations omitted).

45

CONFIDENTIAL

119. The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides the following further limitation on recoverable damages relating to a 90-day "bounce-back rule":

> "[T]he award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market."[127]

120. For Class members who sell within the 90-day period referred to in the statute, the PSLRA limitation on damages is "the difference between the purchase or sale price paid or received" and "the mean trading price of the security during the period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which" the security is sold.[128]

121. The mean per share trading price of Co-Diagnostics stock during the 90 days beginning on 15 May 2020 is $19.34. Co-Diagnostics stock closing prices from 15 May 2020 through 12 August 2020 are included in Exhibit-4. The PSLRA 90-day bounce-back rule limitation can be applied formulaically to the calculation of per stock damages for all Class members.

**7.2   Quantifying Losses Precipitated by Corrective Disclosures Correcting Alleged Misrepresentations and Omissions**

122. While the event study established that the price of Co-Diagnostics stock fell in reaction to Company-specific information on 14 May 2020, to measure the magnitude of the respective declines caused by the corrective disclosures, one must consider whether there was also Company-specific non-allegation-related information simultaneously disseminated. The

---

[127] 15 U.S.C. §78u-4(e)-(1).

[128] 15 U.S.C. §78u-4(e)-(2).

negative valuation effect of adverse confounding information, if any, should be removed to isolate the valuation effect of the corrective disclosures.

123. If confounding information has a positive valuation effect, such that it countervails against the negative valuation effect of the corrective disclosures, non-removal of the positive confounding information effect produces a conservatively low measure of the decline caused by the corrective disclosures.

124. According to the event study, the residual return for Co-Diagnostics stock over the period 14-15 May 2020 was a statistically significant -32.01%, or $6.42 per share. From the statistical significance of the stock price return, one may conclude that the residual stock price decline was caused by Company-specific information.

125. I examined all Company news that emerged between the close of trading on 13 May 2020 and the close of trading on 15 May 2020, to assess whether any other news besides the corrective disclosures could have contributed to the residual share price decline over 14-15 May 2020. That is, I searched for confounding information. I identified no other material, negative news that would reasonably have contributed to $6.42 per share residual price decline.

126. Event study and financial analysis compel the conclusion that disclosures correcting the alleged misrepresentations and omissions caused Co-Diagnostics price to fall $6.42 over 14-15 May 2020. This decline was the dissipation of artificial inflation that had been caused by the alleged misrepresentations and omissions and thereby constitutes losses suffered by shareholders as a result of the alleged misrepresentations and omissions.

### 7.3    Artificial Inflation Ribbon

127.    Section 10(b) damages are a function of how much the alleged misrepresentations and omissions artificially inflated a security price and how much the security price fell in value when the artificial inflation dissipated. To compute damages for all Class members, therefore, one must compute an inflation ribbon, which is the time series of artificial inflation caused by the alleged fraud.

128.    The inflation ribbon in this case can be constructed by working chronologically backwards from the market's 15 May 2020 reaction to the corrective disclosures. When a security price falls on account of a corrective disclosure, inflation dissipates. Inflation prior to a corrective disclosure must be greater than the inflation following the disclosure. The residual price decline elicited by the corrective disclosure (which excludes any decline attributable to confounding information), measures how much artificial inflation dissipated due to the corrective disclosure, and therefore also measures the additional artificial inflation that had been in the security price prior to the disclosure. The inflation just prior to a partially corrective disclosure must be the sum of the inflation the disclosure dissipated plus any inflation remaining afterward.

129.    Using the fraud-related price declines elicited by corrective disclosures to measure the amount of inflation that was in a security price is a widely used and generally accepted methodology.[129]

130.    Exhibit-7 presents the inflation ribbon for Co-Diagnostics stock.

---

[129] "Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold et al., Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th ed., edited by Roman Weil et al., John Wiley & Sons, Inc., 2017.

CONFIDENTIAL

### 7.3.1    Artificial Inflation During the Class Period

131.    From the corrective disclosures, the market learned the truth about the Company's condition, including the accuracy of its Covid-19 test, which allegedly had previously been misrepresented or concealed. Had analysts and investors been fully and honestly apprised by the Company at the start of the Class Period, rather than misled by the alleged misrepresentations, omissions, and deceptive conduct, the market would not have been surprised by the subsequent adverse announcements and revelations. The declines that were ultimately precipitated by the corrective disclosures during the Class Period would have occurred earlier in the Class Period if the truth had been disclosed at that earlier time.

### 7.3.2    Increase in Artificial Inflation During the Class Period

132.    When the price fell due to the disclosures that corrected the alleged misrepresentations and omissions, the loss represents a reduction in artificial inflation. Artificial inflation after such a corrective disclosure must be less than what it was before, and conversely, artificial inflation before the corrective disclosure must be more than what it was after.

133.    I examined the events and experience of the Company over the course of the Class Period to determine as of when the artificial inflation that later dissipated had previously entered the stock price.

134.    I determined that the artificial inflation was embedded in the stock price on the first day of the Class Period. I also determined that artificial inflation increased on 13 May 2020, when *Bloomberg* reported that the FDA was reviewing the New York University study that had raised doubts about the accuracy of Abbot's ID NOW Covid-19 test.[130] In response to this

---

[130] "*FDA Says Reviewing Study Questioning Abbott Covid Test Accuracy," *Bloomberg*, 13 May 2020, 2:39 PM.

CONFIDENTIAL

news, the price of Co-Diagnostics stock increased 32.10% (on a logarithmic basis).[131] *SeekingAlpha.com* News Editor Douglas House attributed the increase in Co-Diagnostics' stock price that day to "disappointing sensitivity data from a New York study evaluating Abbott's ID Now rapid molecular test for SARS-CoV-2."[132]

135.  That is, the value of the misrepresentations and omissions that misled the market regarding the accuracy of Co-Diagnostics' Covid-19 test were greater after 13 May 2020 than before. This increase in stock price increased the economic value of the alleged fraud due to the Company's alleged misrepresentations, omissions, and deceptive conduct that misled the market about the accuracy of the Co-Diagnostics test.

136.  To quantify the artificial inflation increase on 13 May 2020, I conducted an event study focused on that date. On 13 May 2020, the Co-Diagnostics price increased 32.10% (on a logarithmic return basis). The Market Index return that day was -1.92%, and the Sector Index return was -1.63%. Based on the regression model, the explained return on Co-Diagnostics' share price was 0.62%. The difference between the actual return of 32.10% and the explained return of 0.62% is a residual return of 31.47%,[133] or $6.28 per share. A residual return of 31.47% is an unusually large one-day increase for Co-Diagnostics stock. It is associated with a *t*-statistic value of 4.57 and is therefore statistically significant.[134]

---

[131] Price data obtained from *CRSP*.

[132] "Abbott's COVID-19 Test Pain Is Co-Diagnostics' Gain, Up 31%," by Douglas House, *SeekingAlpha.com*, 13 May 2020, 3:45 PM.

[133] Apparent mathematical discrepancy due to rounding.

[134] The disclosure events allow one to observe how much total artificial inflation had been in the stock price during the Class Period. Concluding that some of that artificial inflation entered the stock price on a date following the start of the Class Period, rather than on the first day of the Class Period, produces a more conservative (lower) measure of damages as the average level of artificial inflation during the Class Period would be lower.

137. Assuming the Plaintiff's allegations are proven true, I have consequently determined that the artificial inflation in Co-Diagnostics stock price at the start of the Class Period was $0.13 per share ($6.42 per share, measured by the share price declines that occurred when the corrective disclosures were made, less the $6.28 per share of artificial inflation that entered the stock price on 13 May 2020).[135] I estimate that had analysts and investors been provided honest, fulsome, and timely information earlier, rather than alleged misrepresentations and omissions, the price would have fallen by $6.42 per share to reflect the adverse information.

### 7.4 Per Share Damages

138. Based on the foregoing analysis and statutory formulas, Section 10(b) damages range up to $6.42 per share, excluding prejudgment interest. A particular investor's per share damages depend on when during the Class Period the investor purchased the shares and if and when the investor subsequently sold those shares. Class members who sold their shares prior to the corrective disclosures suffered no recoverable losses on those shares. Class members who bought at an artificially inflated price and sustained a loss when a corrective disclosure dissipated all or some of the artificial inflation suffered damages caused by the alleged misrepresentations and omissions.

139. As an example of how per share damages are computed for a particular investor, consider an investor who purchased Co-Diagnostics stock on 13 May 2020 for $23.42 per share and sold those shares at the close of trading on 15 May 2020 for $17.07 per share. The artificial inflation on 13 May 2020 was $6.42 per share. At the close of trading on 15 May 2020, artificial inflation was zero, as all artificial inflation had been dissipated by the corrective

---

[135] Apparent mathematical discrepancy due to rounding.

disclosures by then. The reduction in artificial inflation over this investor's holding period is this investor's economic/inflation loss, which equals $6.42 per share. The investor's investment loss is $6.35 per share, equal to the $23.42 per share purchase price minus the $17.07 per share sale price. The recoverable per share damages are the lesser of the $6.42 per share economic/inflation loss and the $6.35 per share investment loss, which is $6.35 per share.

## 8   LIMITING FACTORS AND OTHER ASSUMPTIONS

140.   This report is furnished solely for the purpose of court proceedings in the above referenced matter and may not be used or referred to for any other purpose. The analysis and opinions contained in this report are based on information available as of the date of this report. I reserve the right to supplement or amend this report, including in the event additional information becomes available.

Daniel S. Bettencourt, MBA

CONFIDENTIAL

## 9    APPENDIX-1: LOGARITHMIC RETURNS

141.    Logarithmic returns, rather than percent change returns, are commonly used in security return regressions and event study analysis and were used in the regression modeling here. The formula for a logarithmic return is:

$$R_t = \ln\left(\frac{P_t + d_t}{P_{t-1}}\right)$$

where:

$R_t$ is the logarithmic return on day t;

$P_t$ is the security price at the end of day t;

$P_{t-1}$ is the security price from the previous day, day t-1;

$d_t$ is the dividend on day t, if any.

142.    The formula for converting a logarithmic return into a dollar return is:

$$DR_t = P_{t-1} \cdot (e^{R_t} - 1)$$

where:

$DR_t$ is the dollar return on day t;

$P_{t-1}$ is the security price from the previous day, day t-1;

e is natural e (approximately 2.7);

$R_t$ is the logarithmic return on day t.

143.    If a security price falls from $20 to $18, the percent change in price is -10%, equal to the $2 decline divided by the original $20 price. The logarithmic return, however, is -10.54%, equal to ln($18/$20).

53

**CONFIDENTIAL**

144.  The logarithmic return relates a price change to an average of the original, final, and intervening prices over the course of a price decline. As such, for large price declines, it is possible for a logarithmic price decline to exceed 100%, since the price decline may be greater than the average of the beginning and ending prices.

145.  An attractive feature of a logarithmic return is that it can be decomposed into contributing factors linearly. That is, the portion of a logarithmic return caused by company-specific information is isolated by subtracting from the total logarithmic return the portion of the total return caused by market and sector factors.

**Exhibit-1**

**Documents and Other Information Considered**

## LEGAL DOCUMENTS

- Second Amended Class Action Complaint (Proposed Class Action), filed 7 April 2021.
- Memorandum Decision and Order Denying Defendants' Motion to Dismiss, filed 9 March 2022.
- Opposition to Motion to Certify Class, filed 21 November 2022.
- Plaintiff's Reply in Support of Motion for Class Certification, filed 23 December 2022.
- Memorandum Decision and Order Partially Granting Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel, filed 18 August 2023.

## DEPOSITION TRANSCRIPTS

- Video-Conferenced Deposition of Reed Benson, dated 21 March 2023.
- Videotaped Deposition of Dwight H. Egan, dated 13 April 2023.
- Videotaped Remote Deposition of Andrew Benson, dated 18 April 2023.

## EXPERT REPORTS

- Declaration of Dr. Adam Werner, dated 17 October 2022.
- Rebuttal Report of Dr. Ran Wei, dated 21 November 2022.
- Rebuttal Report of Dr. Adam Werner, dated 23 December 2022.

## NEWS ARTICLES/PRESS RELEASES

- Factiva news articles from 1 January 2020 to 31 December 2020, downloaded using the following search parameters: All Sources; All Subjects; Company: Co-Diagnostics, Inc.; All Subjects; All Industries; All Regions.
- "Silicon Slopes and the State of Utah Announce the #TestUtahChallenge to Crush the Curve," *PR Newswire*, 2 April 2020, 4:11 PM.
- "Co-Diagnostics, Inc Receives FDA Emergency Use Authorization for COVID-19 Test," *PR Newswire,* Company press release, 6 April 2020, 6:30 AM.
- "Nebraska unveils plan to boost virus testing as cases rise," by Grant Schulte, *Associated Press Newswires*, 21 April 2020, 5:14 PM.

**Exhibit-1**

**Documents and Other Information Considered**

- "Iowa details $26M plan to boost testing as virus cases surge," by Ryan Foley, *Associated Press Newswires*, 21 April 2020, 6:12 PM.
- "Nebraska virus testing website draws 20,000 on first day," by Grant Schulte, *Associated Press Newswires*, 22 April 2020, 7:31 PM.
- "Iowa governor: Tip from Ashton Kutcher led to testing deal," by Ryan Foley, *Associated Press Newswires*, 23 April 2020, 10:12 PM.
- "'This is a potential public health disaster:' COVID-19 results from TestUtah.com are raising questions," by Erin Alberty and Nate Carlisle, *The Salt Lake Tribune*, 30 April 2020.
- "Co-Diagnostics, Inc. Releases COVID-19 Test Performance Data: Consistently Demonstrates 100% Sensitivity and 100% Specificity Across Independent Evaluations," *PR Newswire*, Company press release, 1 May 2020, 6:30 AM.
- "Co-Diagnostics Is a Smart Way to Play Coronavirus Testing," by Louis Navellier and the InvestorPlace Research Staff, *InvestorPlace*, 1 May 2020, 8:25 AM.
- Co-Diagnostics Reports 100% Sensitivity, Specificity for COVID-19 Tests; Shares Rise 9% Pre Bell," *MT Newswires*, 1 May 2020, 9:29 AM.
- "Coronavirus Test Maker Soars As Its Diagnostic Proves 100% Accurate," by Allison Gatlin, *Investor's Business Daily*, 1 May 2020, 4:16 PM.
- "Co-Diagnostics Shares Rise 16% on Positive Covid-19 Test Data >CODX," by Chris Wack, *Dow Jones Institutional News*, 1 May 2020, 1:18 PM.
- "Co-Diagnostics, Inc. Announces Government Approvals and Increased Orders for COVID-19 Test Kits," *PR Newswire*, Company press release, 4 May 2020.
- "Senators Call on Governor to End Test Nebraska Contracts," by Chris Dunker, *Lincoln Journal Star*, 11 May 2020.
- "Here's How One of the Rapid Tests Used by the White House Works," by Jeremy White and Keith Collins, *NYTimes.com Feed*, 12 May 2020, 11:54 AM.
- "Co-Diagnostics Inc: A loss of 5 cents per share anticipated for first quarter," *Reuters News*, 12 May 2020, 5:57 PM.
- "*FDA Says Reviewing Study Questioning Abbott Covid Test Accuracy," *Bloomberg*, 13 May 2020, 2:39 PM.
- "TestUtah declines to join other Utah labs in accuracy check," by Erin Alberty, *The Salt Lake Tribune*, 14 May 2020, 9:00 AM, updated 10:19 AM.
- "*Co-Diagnostics Inc. (CODX) Paused due to volatility," *Dow Jones Newswires*, 14 May 2020, 1:25 PM.
- "*Co-Diagnostics Inc. (CODX) Resumed Trading," *Dow Jones Newswires*, 14 May 2020, 1:30 PM.
- "*Co-Diagnostics Inc. (CODX) Paused due to volatility," *Dow Jones Newswires*, 14 May 2020, 1:48 PM.

56

**Exhibit-1**

**Documents and Other Information Considered**

- "*Co-Diagnostics Inc. (CODX) Resumed Trading," *Dow Jones Newswires*, 14 May 2020, 1:58 PM.
- "Co-Diagnostics Slides After Short Call from Hindenburg Research," by Joshua Fineman, *Bloomberg*, 14 May 2020, 2:26 PM.
- "Co-Diagnostics, Inc. Announces Q1 2020 Results and Provides Mid-Second Quarter Update," Company press release, *PR Newswire*, 14 May 2020, 4:01 PM.
- "CODX: Co-Diagnostics provides mid-Q2 operational update [MORE]," *TheFlyontheWall.com*, 14 May 2020, 4:06 PM.
- "Press Release: Co-Diagnostics, Inc. Releases Prepared Remarks for First Quarter 2020 Conference Call," *Dow Jones Newswire*, 14 May 2020, 6:01 PM.
- "CODX: Co-Diagnostics says COVID-19 test demonstrated 'excellent,'" *TheFlyontheWall.com*, 14 May 2020, 6:05 PM.
- "Coronavirus (COVID-19) Update: FDA Informs Public About Possible Accuracy Concerns with Abbott ID NOW Point-of-Care Test," *PR Newswire,* 14 May 2020, 7:44 PM.

**DOCUMENTS PRODUCED IN THIS MATTER**

- CoDI_00006375-81
- CoDI_00006952-59
- CoDI_00008557-59
- CoDI_00018623
- CoDI_00024139-43
- CoDI_00024204-05
- CoDI_00027811-16
- CoDI_00030347-54
- Exhibit Egan 20

**ANALYST REPORTS**

- Maxim Group, 18 February 2020.
- H.C. Wainwright & Co., 24 February 2020.
- H.C. Wainwright & Co., 25 February 2020.
- Maxim Group, 26 February 2020.
- Litchfield Hills Research, 2 March 2020.
- Maxim Group, 3 March 2020.
- H.C. Wainwright & Co., 9 March 2020.

**Exhibit-1**

**Documents and Other Information Considered**

- H.C. Wainwright & Co., 13 March 2020.
- H.C. Wainwright & Co., 18 March 2020.
- H.C. Wainwright & Co., 20 March 2020.
- Maxim Group, 20 March 2020.
- H.C. Wainwright & Co., 23 March 2020.
- Litchfield Hills Research, 1 April 2020.
- H.C. Wainwright & Co., 6 April 2020.
- Maxim Group, 6 April 2020.
- H.C. Wainwright & Co., 14 April 2020.
- H.C. Wainwright & Co., 17 April 2020.
- H.C. Wainwright & Co., 18 May 2020.
- Maxim Group, 20 May 2020.
- Litchfield Hills Research, 21 May 2020.
- Maxim Group, 26 May 2020.
- H.C. Wainwright & Co., 27 May 2020.


**SEC FILINGS**

- Co-Diagnostics, Inc., Form SC 13G/A, filed 3 January 2020.
- Co-Diagnostics, Inc., Form 424B5, filed 27 January 2020.
- Co-Diagnostics, Inc., Form 8-K, filed 27 January 2020.
- Co-Diagnostics, Inc., Form SC 13G, filed 28 January 2020.
- Co-Diagnostics, Inc., Form SC 13G/A, filed 10 February 2020.
- Co-Diagnostics, Inc., Form 8-K, filed 11 February 2020.
- Co-Diagnostics, Inc., Form 424B5, filed 12 February 2020.
- Co-Diagnostics, Inc., Form 8-K, filed 19 February 2020.
- Co-Diagnostics, Inc., Form 8-K, filed 27 February 2020.
- Co-Diagnostics, Inc., Form 424B5, filed 28 February 2020.
- Co-Diagnostics, Inc., Form 10-K for the Fiscal Year Ended 31 December 2019, filed 30 March 2020.
- Co-Diagnostics, Inc., Form S-8, filed 15 April 2020.
- Co-Diagnostics, Inc., Form 10-Q for the Fiscal Quarter Ended 31 March 2020, filed 14 May 2020.
- Co-Diagnostics, Inc., Form 8-K, filed 15 May 2020.
- Co-Diagnostics, Inc., Form 10-Q for the Fiscal Quarter Ended 30 June 2020, filed 13 August 2020.
- Co-Diagnostics, Inc., Form S-3, filed 23 October 2020.

**Exhibit-1**

**Documents and Other Information Considered**

- Co-Diagnostics, Inc., Form UPLOAD, filed 29 October 2020.
- Co-Diagnostics, Inc., Form 8-K, filed 2 November 2020.
- Co-Diagnostics, Inc., Form CORRESP, filed 2 November 2020.
- Co-Diagnostics, Inc., Form DEFA14A, filed 3 November 2020.
- Co-Diagnostics, Inc., Form DEF 14A, filed 3 November 2020.
- Co-Diagnostics, Inc., Form 10-Q/A for the Fiscal Quarter Ended 30 June 2020, filed 3 November 2020.
- Co-Diagnostics, Inc., Form EFFECT, filed 5 November 2020.
- Co-Diagnostics, Inc., Form 10-Q for the Fiscal Quarter Ended 30 September 2020, filed 16 November 2020.
- Co-Diagnostics, Inc., Form 8-K, filed 16 November 2020.
- Co-Diagnostics, Inc., Form S-8 POS, filed 20 November 2020.
- Co-Diagnostics, Inc., Form 8-K, filed 17 December 2020.
- Co-Diagnostics, Inc., Form SC 13G/A, filed 4 January 2021.
- Co-Diagnostics, Inc., Form 8-K, filed 6 January 2021.
- Co-Diagnostics, Inc., Form SC 13G, filed 2 February 2021.
- Co-Diagnostics, Inc., Form SC 13G, filed 10 February 2021.
- Co-Diagnostics, Inc., Form 8-K, filed 22 February 2021.
- Co-Diagnostics, Inc., Form 10-K for the Fiscal Year Ended 31 December 2020, filed 25 March 2021.
- Co-Diagnostics, Inc., Form 8-K, filed 26 March 2021.

## ACADEMIC AND PROFESSIONAL LITERATURE

- Aktas, Nihat, Eric de Bodt, and Jean-Gabriel Cousin, "Event Studies with a Contaminated Estimation Period," *Journal of Corporate Finance*, vol. 13, 2007.
- Alexander, Jack, *Performance Dashboards and Analysis for Value Creation*, John Wiley & Sons, Inc., 2007.
- Allen, Mark A., Robert E. Hall, and Victoria A. Lazear, "Reference Guide on Estimation of Economic Damages," *Reference Manual on Scientific Evidence*, 3rd ed., 2011.
- Breusch, Trevor, and Adrian Pagan, "A Simple Test for Heteroskedasticity and Random Coefficient Variation," *Econometrica*, vol. 47, no. 5, 1979.
- Campbell, John Y., Andrew W. Lo, and A. Craig MacKinlay, "Event-Study Analysis," Chapter 4 of *The Econometrics of Financial Markets*, Princeton University Press, 1997.
- Cornell, Bradford, and R. Gregory Morgan, "Using Finance Theory to Measure Damages in Fraud on The Market Cases," *UCLA Law Review*, 1990.

**Exhibit-1**

**Documents and Other Information Considered**

- Easton, Peter, Mary Lea McAnally, Greg Sommers, and Xiao-Jun Zhang, *Financial Statement Analysis & Valuation*, 4th ed., Cambridge Business Publishers, 2015.
- Ferrell, Allen, and Atanu Saha, "The Loss Causation Requirement for Rule 10B-5 Causes of Action: The Implications of Dura Pharmaceuticals v. Broudo," *Business Lawyer*, 2007.
- Ferris, Kenneth, and Barbara Pecherot Petitt, *Valuation: Avoiding the Winner's Curse*, Prentice Hall, 2002.
- Gold, Kevin L., Eric Korman, and Ahmer Nabi, "Federal Securities Acts and Areas of Expert Analysis," Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th Edition, edited by Roman L. Weil, Daniel G. Lentz, and Elizabeth A. Evans, John Wiley & Sons, Inc., 2017.
- Jaworski, Bernard J., "Book Reviews: The PIMS Principles: Linking Strategy to Performance by Robert D. Buzzell and Bradley T. Gale," *Journal of Marketing*, vol. 53, no. 2, 1989.
- Kennedy, Peter, *A Guide to Econometrics*, 6th Edition, Blackwell Publishing, 2008.
- Kimes, Sheryl E., "The Relationship Between Product Quality and Revenue per Available Room at Holiday Inn," *Journal of Service Research*, vol. 2, 1999.
- Koenker, Roger, "A Note on Studentizing a Test for Heteroskedasticity," *Journal of Economics*, Vol. 17, No. 1, 1981.
- Larcker, David F., Lawrence A. Gordon, and George E. Pinches, "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," *Journal of Financial and Quantitative Analysis*, Vol. 15, No. 2, 1980.
- MacKinlay, Craig, "Event Studies in Economics and Finance," *Journal of Economic Literature*, Vol. 35, 1997.
- Newey, Whitney and Kenneth West, "A Simple, Positive Semi-Definite, Heteroskedasticity and Autocorrelation Consistent Covariance Matrix," *Econometrica*, Vol. 55, No. 3, 1987.
- Patell, James M. and Mark A. Wolfson, "The Intraday Speed of Adjustment of Stock Prices to Earnings and Dividend Announcements," *Journal of Financial Economics*, vol. 13, 1984.
- Phillips, Lynn W., Dae R. Chang, and Robert D. Buzzell, "Product Quality, Cost Position and Business Performance: A Test of Some Key Hypotheses," *Journal of Marketing*, vol. 47, no. 2, 1983.
- Stock, James and Mark Watson, *Introduction to Econometrics*, 3rd Edition, Pearson, 2015.
- Tabak, David I., and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," Chapter 19 of the *Litigation Services Handbook: The Role of the*

**Exhibit-1**

**Documents and Other Information Considered**

*Financial Expert*, 3rd Edition, edited by Roman L. Weil, Michael J. Wagner, and Peter B. Frank, John Wiley & Sons, Inc., 2001.
- White, Halbert, "A Heteroskedasticity-Consistent Covariance Matrix Estimator and a Direct Test for Heteroskedasticity," *Econometrica*, Vol. 48, No. 4, 1980.


**DATABASES**

- Bloomberg
- CRSP (Center for Research in Security Prices)
- EDGAR
- Factiva
- Refinitiv Eikon
- SeekingAlpha
- TAQ (Trade and Quote)
- Twitter
- YouTube


**LEGAL CASE**

- *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005).


**OTHER**

- Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4(e)).
- "Coronavirus (COVID-19) Update: FDA Informs Public About Possible Accuracy Concerns with Abbott ID NOW Point-of-Care Test," press release, *U.S. Food & Drug Administration*, 14 May 2020, fda.gov, accessed at https://www.fda.gov/news-events/press-announcements/coronavirus-covid-19-update-fda-informs-public-about-possible-accuracy-concerns-abbott-id-now-point.
- Section 10(b) of the Securities Exchange Act of 1934.
- U.S. Securities & Exchange Commission Rule 10b-5.
- "Abbott's COVID-19 Test Pain Is Co-Diagnostics' Gain, up 31%," by Douglas House, *SeekingAlpha.com*, 13 May 2020, 3:45 PM.
- "Performance of the rapid Nucleic Acid Amplification by Abbott ID NOW COVID-19 in nasopharyngeal swabs transported in viral media and dry nasal swabs, in a New York City academic institution," by Atreyee Basu et al., *BioRxiv*, 12 May 2020.

61

**Exhibit-1**

**Documents and Other Information Considered**

- "Iowa Gov. Kim Reynolds Press Conference | May 14, 2020, 11:00 a.m.," *Iowa PBS*, 14 May 2020, accessed at https://www.youtube.com/watch?v=26vv6UQ6Y1I.
- https://twitter.com/HindenburgRes/status/1260987928064536583?ref_src=twsrc%5Etfw.
- https://twitter.com/HindenburgRes/status/1260987934582411264?s=20.
- https://twitter.com/HindenburgRes/status/1260987935886839808?s=20.
- "Co-Diagnostics reverses rally after Hindenburg short call," by SA News Team, *SeekingAlpha.com*, 14 May 2020, 2:07 PM.
- "Gov. Ricketts: Youth Sports Begin Reopening June 1st with Baseball & Softball," by Pete Ricketts, 11 May 2020, https://www.youtube.com/watch?v=Uaprp0oAcN4.
- "Investor Relations," Co-Diagnostics, 2023, https://ir.co-dx.com/.
- "Profit Impact of Market Strategies (PIMS)," *INC.com*, citing *Contemporary Marketing*, by Louis Boone and David Kurtz, Thomas South-Western, 2005.
- Any other document cited in the report.

**Exhibit-2**
**Curriculum Vitae**
**Daniel S. Bettencourt, MBA**

## EDUCATION

2009    Babson College, F.W. Olin Graduate School of Business
      MBA in Corporate Finance, Entrepreneurship

2005    Bentley University
      B.S. in Corporate Finance and Accounting

## BUSINESS EXPERIENCE

2009 – Present   Crowninshield Financial Research
        Vice President

2005 – 2008    Bettencourt Irrigation & Landscaping
        Vice President

## EXPERT REPORTS AND TESTIMONY

*Michele Deluca v. Instadose Pharma Corp. and Terry Wilshire,* 2:21CV675 (EWH), issued a declaration (2023) where is described the two-trader proportional trading model and explained how the two-trader model was to estimate aggregate damages for the default judgment class members with claims under Section 10(b).

*Hoffman v. Thras.io, Inc., et al.*, 1:20-cv-12224-PBS, issued a report (2022), provided deposition testimony (2022) on of the valuation of a private company's stock and options, and the plaintiff's damages (U.S.D.C. District of Massachusetts).

Private hauling company shareholder dispute. Provided a valuation (2021) of the company and the value of the minority shareholder's interest, and provided testimony during the mediation (2021) (Massachusetts).

*In Alpha Capital Anstalt v. IntelliPharmaCeutics International, Inc., et al.*, 19-cv-09270 (DLC), issued a rebuttal report (2021) (S.D.N.Y. Southern District of New York).

*In Re Restoration Robotics, Inc. Securities Litigation,* 5:18-cv-03712-EJD, issued a report (2020) on economic materiality, common damages methodology, and compute statutory damages in a securities class action (U.S.D.C. Northern District of California).

*Sponn v. Emergent BioSolutions, Inc., et al.,* RWT 16–cv–2625, issued a report (2017), provided deposition testimony (2017), and issued reply report (2018) on market efficiency and common damages methodology in a securities class action (U.S.D.C. District of Maryland).

**Curriculum Vitae**
**Daniel S. Bettencourt, MBA**

## SELECTED EXPERIENCE

Project Lead in the Following Securities Cases:

*In Re: American International Group, Inc. 2008 Securities Litigation*, assisted with expert reports on market efficiency.

*In Re: American Realty Capital Properties Securities Litigation*, assisted with expert reports on market efficiency and loss causation and damages.

*In Re: Baxter International, Inc. Securities Litigation*, assisted with expert reports on market efficiency and loss causation and damages.

*In Re: The Blackstone Group L.P. Securities Litigation*, assisted with expert reports on loss causation and damages.

*In Re: Bridgepoint Education, Inc. Securities Litigation*, assisted with expert reports on market efficiency and loss causation and damages.

*In Re: Countrywide Securities Litigation*, assisted with expert analysis of loss causation and damages.

*In Re: CVS Caremark Corporation Securities Litigation*, assisted with expert report on market efficiency.

*In Re: Delcath Systems, Inc. Securities Litigation*, assisted with expert report on market efficiency.

*In Re: Eletrobras Securities Litigation*, assisted with expert reports on market efficiency.

*In Re: Equifax Securities Litigation*, assisted with expert reports on market efficiency.

*In Re: First Solar Securities Litigation*, assisted with expert reports on market efficiency and loss causation and damages.

*In Re: General Motors Securities Litigation*, assisted counsel with analysis of loss causation and damages.

*In Re: Groupon Securities Litigation*, assisted with expert reports on market efficiency and loss causation and damages.

*In Re: HCA Holdings, Inc. Securities Litigation*, assisted with expert reports on loss causation and damages.

64

**Curriculum Vitae**
**Daniel S. Bettencourt, MBA**

*In Re: Idearc Securities Litigation*, assisted with expert reports on market efficiency and loss causation and damages.

*In Re: IndyMac MBS*, assisted with expert reports on the underwriting processes and valuations of mortgage-backed securities.

*In Re: Insulet Corporation Securities Litigation*, assisted with expert reports on market efficiency.

*In Re: Intercept Pharmaceuticals Inc. Securities Litigation*, assisted with expert reports on market efficiency.

*In Re: JPMorgan Chase & Co. Securities Litigation*, assisted with expert reports on market efficiency.

*In Re: Marvell Technologies, Ltd. Securities Litigation*, assisted with expert reports on market efficiency and loss causation and damages.

*In Re: Novo Nordisk Securities Litigation*, assisted with expert reports on market efficiency, and loss causation and damages.

*In RE: Orbital ATK, Inc. Securities Litigation,* assisted with expert reports on market efficiency and loss causation and damages.

*In Re: Petrobras Securities Litigation*, assisted with expert reports on market efficiency and loss causation and damages.

*In Re: Prudential Financial, Inc. Securities Litigation*, assisted with expert reports on market efficiency.

*In Re: Puma Biotechnology, Inc. Securities Litigation*, assisted with expert report on market efficiency and loss causation and damages.

*In Re: Questcor Pharmaceuticals, Inc. Securities Litigation*, assisted with expert reports on market efficiency and loss causation and damages.

*In Re: Silver Wheaton Corp. Securities Litigation*, assisted with expert reports on market efficiency.

*In Re: STAAR Surgical Securities Litigation*, assisted with expert report on market efficiency.

*In Re: Symbol Technologies, Inc. Securities Litigation*, assisted with expert reports on market efficiency and loss causation and damages.

**Curriculum Vitae**
**Daniel S. Bettencourt, MBA**

*In Re: SunEdison, Inc. Securities Litigation*, assisted with expert reports on market efficiency and loss causation and damages.

*In Re: Southern Company Securities Litigation*, assisted with expert reports on market efficiency.

*In Re: Twitter, Inc Securities Litigation*, assisted with expert reports on market efficiency, and loss causation and damages.

*In Re: Urban Outfitters, Inc. Securities Litigation*, assisted with expert reports on market efficiency and loss causation and damages.

*In Re: Vocera Communications, Inc. Securities Litigation*, assisted with expert reports on market efficiency.

*In Re: Valeant Securities Litigation*, assisted with expert reports on market efficiency.

*Mary K. Jones vs. Pfizer, Inc.*, assisted with expert reports on market efficiency and loss causation and damages.

*The City of Los Angeles vs. Bankrate, Inc., et al.*, assisted with expert report on market efficiency.

**PUBLICATION**

Bettencourt, Daniel and Steven Feinstein, "What A Solar Eclipse Has To Do With Market Efficiency," *Law360.com*, 2017.

66

## Exhibit-3

### Co-Diagnostics Stock Prices, Volume, and Returns

30 April 2020 through 30 April 2021

| Date | CODX Closing Price | CODX Trading Volume | CODX Logarithmic Return |
|---|---|---|---|
| 4/30/2020 | $11.34 | 5,343,633 | |
| 5/1/2020 | $13.47 | 16,701,876 | 17.21% |
| 5/4/2020 | $15.00 | 15,402,123 | 10.76% |
| 5/5/2020 | $13.85 | 4,955,598 | -7.98% |
| 5/6/2020 | $14.34 | 2,872,366 | 3.48% |
| 5/7/2020 | $14.74 | 3,523,736 | 2.75% |
| 5/8/2020 | $15.50 | 6,550,169 | 5.03% |
| 5/11/2020 | $17.05 | 10,307,458 | 9.53% |
| 5/12/2020 | $16.99 | 5,683,739 | -0.35% |
| 5/13/2020 | $23.42 | 24,236,378 | 32.10% |
| 5/14/2020 | $22.13 | 52,346,751 | -5.67% |
| 5/15/2020 | $17.07 | 21,052,293 | -25.96% |
| 5/18/2020 | $17.45 | 8,801,492 | 2.20% |
| 5/19/2020 | $18.85 | 8,315,900 | 7.72% |
| 5/20/2020 | $18.58 | 5,103,891 | -1.44% |
| 5/21/2020 | $18.02 | 3,904,509 | -3.06% |
| 5/22/2020 | $18.55 | 2,739,227 | 2.90% |
| 5/26/2020 | $18.03 | 2,865,993 | -2.84% |
| 5/27/2020 | $17.56 | 3,700,594 | -2.64% |
| 5/28/2020 | $17.47 | 1,507,448 | -0.51% |
| 5/29/2020 | $18.00 | 2,006,145 | 2.99% |
| 6/1/2020 | $18.00 | 1,674,193 | 0.00% |
| 6/2/2020 | $17.56 | 1,605,707 | -2.47% |
| 6/3/2020 | $16.93 | 2,248,087 | -3.65% |
| 6/4/2020 | $16.93 | 2,505,146 | 0.00% |
| 6/5/2020 | $15.98 | 2,411,527 | -5.77% |
| 6/8/2020 | $16.00 | 2,782,226 | 0.13% |
| 6/9/2020 | $16.15 | 1,556,125 | 0.93% |
| 6/10/2020 | $15.98 | 1,810,811 | -1.06% |
| 6/11/2020 | $15.32 | 1,925,558 | -4.22% |
| 6/12/2020 | $15.57 | 1,069,623 | 1.62% |
| 6/15/2020 | $17.42 | 3,963,597 | 11.23% |
| 6/16/2020 | $16.69 | 2,424,799 | -4.28% |
| 6/17/2020 | $16.51 | 1,302,350 | -1.08% |
| 6/18/2020 | $15.93 | 1,971,113 | -3.58% |
| 6/19/2020 | $17.24 | 3,212,861 | 7.90% |
| 6/22/2020 | $16.49 | 1,761,560 | -4.45% |
| 6/23/2020 | $18.70 | 5,755,434 | 12.58% |

67

## Exhibit-3

### Co-Diagnostics Stock Prices, Volume, and Returns

30 April 2020 through 30 April 2021

| Date | CODX Closing Price | CODX Trading Volume | CODX Logarithmic Return |
|---|---|---|---|
| 6/24/2020 | $18.22 | 6,779,136 | -2.60% |
| 6/25/2020 | $18.23 | 3,710,498 | 0.05% |
| 6/26/2020 | $18.08 | 6,144,144 | -0.83% |
| 6/29/2020 | $17.44 | 1,813,984 | -3.60% |
| 6/30/2020 | $19.35 | 5,197,959 | 10.39% |
| 7/1/2020 | $19.46 | 2,800,694 | 0.57% |
| 7/2/2020 | $18.89 | 3,844,117 | -2.97% |
| 7/6/2020 | $18.07 | 2,331,023 | -4.44% |
| 7/7/2020 | $17.94 | 1,979,084 | -0.72% |
| 7/8/2020 | $18.97 | 2,207,216 | 5.58% |
| 7/9/2020 | $18.01 | 2,181,551 | -5.19% |
| 7/10/2020 | $18.19 | 1,227,393 | 0.99% |
| 7/13/2020 | $17.47 | 1,911,444 | -4.04% |
| 7/14/2020 | $18.11 | 2,162,010 | 3.60% |
| 7/15/2020 | $17.66 | 1,275,891 | -2.52% |
| 7/16/2020 | $18.90 | 3,277,565 | 6.79% |
| 7/17/2020 | $18.45 | 2,003,692 | -2.41% |
| 7/20/2020 | $18.97 | 1,697,972 | 2.78% |
| 7/21/2020 | $22.19 | 12,074,870 | 15.68% |
| 7/22/2020 | $21.25 | 3,996,466 | -4.33% |
| 7/23/2020 | $22.29 | 7,372,922 | 4.78% |
| 7/24/2020 | $21.82 | 3,207,626 | -2.13% |
| 7/27/2020 | $22.12 | 1,624,633 | 1.37% |
| 7/28/2020 | $21.57 | 2,297,856 | -2.52% |
| 7/29/2020 | $22.08 | 1,382,611 | 2.34% |
| 7/30/2020 | $22.46 | 1,591,996 | 1.71% |
| 7/31/2020 | $24.00 | 5,744,103 | 6.63% |
| 8/3/2020 | $30.80 | 14,426,467 | 24.95% |
| 8/4/2020 | $28.38 | 5,519,731 | -8.18% |
| 8/5/2020 | $27.62 | 2,020,902 | -2.71% |
| 8/6/2020 | $26.15 | 2,427,544 | -5.47% |
| 8/7/2020 | $25.73 | 1,917,143 | -1.62% |
| 8/10/2020 | $24.21 | 2,001,883 | -6.09% |
| 8/11/2020 | $23.25 | 2,252,095 | -4.05% |
| 8/12/2020 | $19.57 | 4,846,433 | -17.23% |
| 8/13/2020 | $21.00 | 5,327,988 | 7.05% |
| 8/14/2020 | $16.29 | 9,866,819 | -25.40% |
| 8/17/2020 | $15.73 | 5,839,846 | -3.53% |

68

# Exhibit-3

## Co-Diagnostics Stock Prices, Volume, and Returns

30 April 2020 through 30 April 2021

| Date | CODX Closing Price | CODX Trading Volume | CODX Logarithmic Return |
|---|---|---|---|
| 8/18/2020 | $15.43 | 3,978,776 | -1.93% |
| 8/19/2020 | $14.53 | 2,826,639 | -5.98% |
| 8/20/2020 | $14.39 | 3,721,292 | -0.97% |
| 8/21/2020 | $14.86 | 2,671,231 | 3.21% |
| 8/24/2020 | $12.57 | 5,366,643 | -16.74% |
| 8/25/2020 | $13.04 | 2,452,751 | 3.67% |
| 8/26/2020 | $13.16 | 1,855,504 | 0.88% |
| 8/27/2020 | $11.42 | 4,948,894 | -14.14% |
| 8/28/2020 | $11.42 | 2,257,494 | 0.00% |
| 8/31/2020 | $10.90 | 2,188,036 | -4.66% |
| 9/1/2020 | $10.55 | 2,487,346 | -3.26% |
| 9/2/2020 | $9.78 | 2,718,691 | -7.58% |
| 9/3/2020 | $9.30 | 2,399,723 | -5.03% |
| 9/4/2020 | $8.24 | 2,778,275 | -12.10% |
| 9/8/2020 | $11.70 | 20,349,060 | 35.06% |
| 9/9/2020 | $10.22 | 5,157,043 | -13.52% |
| 9/10/2020 | $11.62 | 8,665,301 | 12.84% |
| 9/11/2020 | $13.71 | 21,438,847 | 16.54% |
| 9/14/2020 | $12.68 | 6,389,225 | -7.81% |
| 9/15/2020 | $12.49 | 1,774,835 | -1.51% |
| 9/16/2020 | $13.86 | 5,229,301 | 10.41% |
| 9/17/2020 | $14.31 | 3,353,999 | 3.20% |
| 9/18/2020 | $14.82 | 2,388,777 | 3.50% |
| 9/21/2020 | $15.17 | 2,120,202 | 2.33% |
| 9/22/2020 | $14.93 | 2,084,727 | -1.59% |
| 9/23/2020 | $13.45 | 2,147,740 | -10.44% |
| 9/24/2020 | $13.78 | 2,735,706 | 2.42% |
| 9/25/2020 | $14.34 | 1,483,105 | 3.98% |
| 9/28/2020 | $14.20 | 2,051,728 | -0.98% |
| 9/29/2020 | $13.92 | 938,044 | -1.99% |
| 9/30/2020 | $13.59 | 1,082,576 | -2.40% |
| 10/1/2020 | $12.97 | 1,209,514 | -4.67% |
| 10/2/2020 | $13.96 | 6,448,405 | 7.36% |
| 10/5/2020 | $14.83 | 2,170,688 | 6.05% |
| 10/6/2020 | $14.35 | 2,196,466 | -3.29% |
| 10/7/2020 | $14.80 | 876,077 | 3.09% |
| 10/8/2020 | $14.41 | 1,368,673 | -2.67% |
| 10/9/2020 | $14.42 | 708,254 | 0.07% |

69

## Exhibit-3

### Co-Diagnostics Stock Prices, Volume, and Returns

30 April 2020 through 30 April 2021

| Date | CODX Closing Price | CODX Trading Volume | CODX Logarithmic Return |
|---|---|---|---|
| 10/12/2020 | $14.22 | 761,296 | -1.40% |
| 10/13/2020 | $14.65 | 1,032,000 | 2.98% |
| 10/14/2020 | $14.26 | 768,644 | -2.70% |
| 10/15/2020 | $14.07 | 559,672 | -1.34% |
| 10/16/2020 | $14.00 | 576,651 | -0.50% |
| 10/19/2020 | $13.62 | 677,524 | -2.75% |
| 10/20/2020 | $13.30 | 815,705 | -2.38% |
| 10/21/2020 | $12.61 | 802,645 | -5.33% |
| 10/22/2020 | $12.12 | 1,123,314 | -3.96% |
| 10/23/2020 | $12.46 | 1,041,087 | 2.77% |
| 10/26/2020 | $14.04 | 9,237,694 | 11.94% |
| 10/27/2020 | $14.23 | 1,813,659 | 1.34% |
| 10/28/2020 | $13.60 | 1,080,709 | -4.57% |
| 10/29/2020 | $13.81 | 936,083 | 1.57% |
| 10/30/2020 | $13.41 | 1,236,169 | -2.94% |
| 11/2/2020 | $13.27 | 1,040,868 | -1.05% |
| 11/3/2020 | $14.02 | 913,183 | 5.50% |
| 11/4/2020 | $14.22 | 693,034 | 1.42% |
| 11/5/2020 | $14.50 | 907,471 | 1.95% |
| 11/6/2020 | $14.44 | 635,710 | -0.41% |
| 11/9/2020 | $11.49 | 4,146,340 | -22.85% |
| 11/10/2020 | $11.76 | 1,634,848 | 2.32% |
| 11/11/2020 | $13.30 | 2,108,676 | 12.31% |
| 11/12/2020 | $15.19 | 3,452,273 | 13.29% |
| 11/13/2020 | $14.98 | 4,615,001 | -1.39% |
| 11/16/2020 | $13.59 | 4,894,992 | -9.74% |
| 11/17/2020 | $11.89 | 5,425,077 | -13.36% |
| 11/18/2020 | $11.44 | 2,268,056 | -3.86% |
| 11/19/2020 | $10.87 | 3,030,160 | -5.11% |
| 11/20/2020 | $11.09 | 2,000,871 | 2.00% |
| 11/23/2020 | $10.49 | 2,741,928 | -5.56% |
| 11/24/2020 | $10.56 | 3,338,042 | 0.67% |
| 11/25/2020 | $12.14 | 10,879,193 | 13.94% |
| 11/27/2020 | $11.89 | 1,501,505 | -2.08% |
| 11/30/2020 | $11.72 | 1,475,338 | -1.44% |
| 12/1/2020 | $11.06 | 2,011,251 | -5.80% |
| 12/2/2020 | $10.97 | 1,112,526 | -0.82% |
| 12/3/2020 | $10.84 | 1,233,151 | -1.19% |

## Exhibit-3

### Co-Diagnostics Stock Prices, Volume, and Returns

30 April 2020 through 30 April 2021

| Date | CODX Closing Price | CODX Trading Volume | CODX Logarithmic Return |
|---|---|---|---|
| 12/4/2020 | $11.04 | 1,119,363 | 1.83% |
| 12/7/2020 | $10.66 | 1,209,959 | -3.50% |
| 12/8/2020 | $10.36 | 1,140,858 | -2.85% |
| 12/9/2020 | $10.15 | 1,707,386 | -2.05% |
| 12/10/2020 | $10.46 | 1,015,550 | 3.01% |
| 12/11/2020 | $10.19 | 907,980 | -2.62% |
| 12/14/2020 | $10.66 | 2,292,110 | 4.51% |
| 12/15/2020 | $11.02 | 1,366,950 | 3.32% |
| 12/16/2020 | $10.67 | 883,193 | -3.23% |
| 12/17/2020 | $10.86 | 1,166,544 | 1.77% |
| 12/18/2020 | $11.10 | 1,413,539 | 2.19% |
| 12/21/2020 | $11.45 | 1,424,724 | 3.10% |
| 12/22/2020 | $11.26 | 1,458,184 | -1.67% |
| 12/23/2020 | $10.92 | 920,952 | -3.07% |
| 12/24/2020 | $10.84 | 508,847 | -0.74% |
| 12/28/2020 | $10.04 | 1,768,906 | -7.67% |
| 12/29/2020 | $9.79 | 2,588,350 | -2.52% |
| 12/30/2020 | $9.73 | 908,791 | -0.61% |
| 12/31/2020 | $9.30 | 1,493,469 | -4.52% |
| 1/4/2021 | $9.97 | 992,770 | 6.96% |
| 1/5/2021 | $10.39 | 1,075,024 | 4.13% |
| 1/6/2021 | $10.54 | 1,725,364 | 1.43% |
| 1/7/2021 | $10.78 | 1,357,109 | 2.25% |
| 1/8/2021 | $11.02 | 1,674,785 | 2.20% |
| 1/11/2021 | $10.46 | 1,587,464 | -5.22% |
| 1/12/2021 | $10.31 | 1,484,230 | -1.44% |
| 1/13/2021 | $10.07 | 1,401,197 | -2.36% |
| 1/14/2021 | $10.16 | 1,070,122 | 0.89% |
| 1/15/2021 | $10.54 | 2,085,818 | 3.67% |
| 1/19/2021 | $11.82 | 2,715,272 | 11.42% |
| 1/20/2021 | $11.89 | 1,249,000 | 0.63% |
| 1/21/2021 | $11.86 | 1,005,077 | -0.25% |
| 1/22/2021 | $11.76 | 719,446 | -0.85% |
| 1/25/2021 | $12.08 | 2,341,537 | 2.68% |
| 1/26/2021 | $12.48 | 1,570,355 | 3.26% |
| 1/27/2021 | $13.14 | 2,642,595 | 5.15% |
| 1/28/2021 | $12.64 | 1,503,561 | -3.88% |
| 1/29/2021 | $12.84 | 1,286,784 | 1.57% |

## Exhibit-3

### Co-Diagnostics Stock Prices, Volume, and Returns

30 April 2020 through 30 April 2021

| Date | CODX Closing Price | CODX Trading Volume | CODX Logarithmic Return |
|---|---|---|---|
| 2/1/2021 | $14.25 | 3,783,102 | 10.42% |
| 2/2/2021 | $13.89 | 2,064,153 | -2.56% |
| 2/3/2021 | $14.63 | 1,293,544 | 5.19% |
| 2/4/2021 | $15.62 | 2,483,458 | 6.55% |
| 2/5/2021 | $15.45 | 1,322,154 | -1.09% |
| 2/8/2021 | $16.95 | 1,984,863 | 9.27% |
| 2/9/2021 | $19.21 | 5,183,008 | 12.52% |
| 2/10/2021 | $17.95 | 3,494,798 | -6.78% |
| 2/11/2021 | $16.20 | 2,100,238 | -10.26% |
| 2/12/2021 | $16.99 | 1,218,307 | 4.76% |
| 2/16/2021 | $18.15 | 1,644,644 | 6.60% |
| 2/17/2021 | $17.15 | 1,173,857 | -5.67% |
| 2/18/2021 | $15.92 | 1,208,326 | -7.44% |
| 2/19/2021 | $17.04 | 1,643,471 | 6.80% |
| 2/22/2021 | $15.82 | 1,664,984 | -7.43% |
| 2/23/2021 | $15.00 | 1,998,459 | -5.32% |
| 2/24/2021 | $16.68 | 1,769,157 | 10.62% |
| 2/25/2021 | $15.40 | 1,153,216 | -7.98% |
| 2/26/2021 | $13.76 | 1,384,421 | -11.26% |
| 3/1/2021 | $13.89 | 1,470,836 | 0.94% |
| 3/2/2021 | $13.89 | 1,131,389 | 0.00% |
| 3/3/2021 | $14.31 | 1,155,054 | 2.98% |
| 3/4/2021 | $13.20 | 1,573,100 | -8.07% |
| 3/5/2021 | $12.34 | 1,495,256 | -6.74% |
| 3/8/2021 | $12.39 | 630,649 | 0.40% |
| 3/9/2021 | $13.49 | 926,235 | 8.51% |
| 3/10/2021 | $12.46 | 1,667,985 | -7.94% |
| 3/11/2021 | $13.43 | 1,014,209 | 7.50% |
| 3/12/2021 | $13.94 | 1,060,382 | 3.73% |
| 3/15/2021 | $13.72 | 765,123 | -1.59% |
| 3/16/2021 | $13.46 | 512,104 | -1.91% |
| 3/17/2021 | $13.60 | 622,775 | 1.03% |
| 3/18/2021 | $13.69 | 812,625 | 0.66% |
| 3/19/2021 | $14.05 | 793,188 | 2.60% |
| 3/22/2021 | $14.53 | 838,377 | 3.36% |
| 3/23/2021 | $13.61 | 764,972 | -6.54% |
| 3/24/2021 | $12.40 | 911,946 | -9.31% |
| 3/25/2021 | $12.12 | 1,644,536 | -2.28% |

**Exhibit-3**

**Co-Diagnostics Stock Prices, Volume, and Returns**

30 April 2020 through 30 April 2021

| Date | CODX Closing Price | CODX Trading Volume | CODX Logarithmic Return |
|---|---|---|---|
| 3/26/2021 | $9.70 | 3,813,608 | -22.27% |
| 3/29/2021 | $8.52 | 2,988,536 | -12.97% |
| 3/30/2021 | $8.54 | 2,453,956 | 0.23% |
| 3/31/2021 | $9.54 | 1,916,854 | 11.07% |
| 4/1/2021 | $9.56 | 940,294 | 0.21% |
| 4/5/2021 | $9.41 | 948,726 | -1.58% |
| 4/6/2021 | $9.27 | 534,857 | -1.50% |
| 4/7/2021 | $9.25 | 1,227,351 | -0.22% |
| 4/8/2021 | $9.30 | 734,190 | 0.54% |
| 4/9/2021 | $9.10 | 725,250 | -2.17% |
| 4/12/2021 | $8.79 | 849,064 | -3.47% |
| 4/13/2021 | $9.54 | 1,395,831 | 8.19% |
| 4/14/2021 | $9.40 | 798,906 | -1.48% |
| 4/15/2021 | $8.93 | 806,466 | -5.19% |
| 4/16/2021 | $8.87 | 747,903 | -0.62% |
| 4/19/2021 | $8.80 | 625,148 | -0.79% |
| 4/20/2021 | $8.19 | 1,191,321 | -7.18% |
| 4/21/2021 | $8.71 | 638,897 | 6.16% |
| 4/22/2021 | $8.90 | 689,064 | 2.16% |
| 4/23/2021 | $8.95 | 570,339 | 0.56% |
| 4/26/2021 | $9.16 | 662,858 | 2.32% |
| 4/27/2021 | $8.83 | 747,067 | -3.67% |
| 4/28/2021 | $9.06 | 648,107 | 2.57% |
| 4/29/2021 | $8.88 | 738,058 | -2.01% |
| 4/30/2021 | $8.86 | 832,004 | -0.23% |

**Sources:** CRSP and computations performed by Crowninshield Financial Research, Inc.

# Exhibit-4

## Market and Sector Logarithmic Returns

1 May 2020 through 30 April 2021

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 5/1/2020 | -2.84% | -2.20% |
| 5/4/2020 | 0.48% | -0.10% |
| 5/5/2020 | 0.87% | 2.88% |
| 5/6/2020 | -0.59% | -0.99% |
| 5/7/2020 | 1.32% | 1.99% |
| 5/8/2020 | 1.84% | -0.03% |
| 5/11/2020 | -0.04% | 1.22% |
| 5/12/2020 | -2.06% | -2.40% |
| 5/13/2020 | -1.92% | -1.63% |
| 5/14/2020 | 1.02% | 0.23% |
| 5/15/2020 | 0.52% | -0.15% |
| 5/18/2020 | 3.28% | 2.40% |
| 5/19/2020 | -0.98% | -1.60% |
| 5/20/2020 | 1.72% | 0.88% |
| 5/21/2020 | -0.67% | -1.60% |
| 5/22/2020 | 0.27% | 0.79% |
| 5/26/2020 | 1.41% | -0.49% |
| 5/27/2020 | 1.49% | 0.55% |
| 5/28/2020 | -0.35% | 1.85% |
| 5/29/2020 | 0.47% | 1.56% |
| 6/1/2020 | 0.66% | -0.72% |
| 6/2/2020 | 0.84% | 0.24% |
| 6/3/2020 | 1.48% | 0.03% |
| 6/4/2020 | -0.30% | -1.73% |
| 6/5/2020 | 2.47% | 3.02% |
| 6/8/2020 | 1.41% | 0.73% |
| 6/9/2020 | -0.96% | -2.05% |
| 6/10/2020 | -0.67% | 0.38% |
| 6/11/2020 | -6.00% | -5.93% |
| 6/12/2020 | 1.40% | 1.56% |
| 6/15/2020 | 1.06% | 1.44% |
| 6/16/2020 | 1.75% | 1.28% |
| 6/17/2020 | -0.41% | 0.49% |
| 6/18/2020 | 0.12% | -0.36% |
| 6/19/2020 | -0.46% | -0.07% |
| 6/22/2020 | 0.67% | -0.19% |
| 6/23/2020 | 0.39% | 0.61% |
| 6/24/2020 | -2.61% | -4.05% |

## Exhibit-4

**Market and Sector Logarithmic Returns**

1 May 2020 through 30 April 2021

| Date | Market Index Return | Sector Index Return |
|------|---------------------|---------------------|
| 6/25/2020 | 1.12% | 0.81% |
| 6/26/2020 | -2.31% | -0.65% |
| 6/29/2020 | 1.44% | 1.10% |
| 6/30/2020 | 1.46% | 2.19% |
| 7/1/2020 | 0.40% | 0.57% |
| 7/2/2020 | 0.50% | 0.81% |
| 7/6/2020 | 1.48% | 0.87% |
| 7/7/2020 | -1.03% | -1.11% |
| 7/8/2020 | 0.84% | 0.42% |
| 7/9/2020 | -0.57% | 0.12% |
| 7/10/2020 | 1.03% | -0.21% |
| 7/13/2020 | -1.13% | -0.47% |
| 7/14/2020 | 1.32% | 2.30% |
| 7/15/2020 | 1.17% | 2.43% |
| 7/16/2020 | -0.40% | -0.71% |
| 7/17/2020 | 0.36% | 2.87% |
| 7/20/2020 | 0.85% | 0.00% |
| 7/21/2020 | 0.23% | 0.40% |
| 7/22/2020 | 0.51% | 1.23% |
| 7/23/2020 | -1.10% | 0.10% |
| 7/24/2020 | -0.70% | -0.63% |
| 7/27/2020 | 0.90% | 0.82% |
| 7/28/2020 | -0.70% | -0.55% |
| 7/29/2020 | 1.33% | 2.38% |
| 7/30/2020 | -0.38% | -0.90% |
| 7/31/2020 | 0.45% | -0.03% |
| 8/3/2020 | 0.87% | 0.50% |
| 8/4/2020 | 0.45% | -0.95% |
| 8/5/2020 | 0.75% | 0.97% |
| 8/6/2020 | 0.46% | -1.51% |
| 8/7/2020 | 0.02% | 0.41% |
| 8/10/2020 | 0.26% | -0.78% |
| 8/11/2020 | -0.80% | -0.43% |
| 8/12/2020 | 1.29% | 1.67% |
| 8/13/2020 | -0.06% | 0.52% |
| 8/14/2020 | -0.07% | -1.13% |
| 8/17/2020 | 0.50% | 0.89% |
| 8/18/2020 | 0.14% | 0.26% |

75

# Exhibit-4

## Market and Sector Logarithmic Returns

1 May 2020 through 30 April 2021

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 8/19/2020 | -0.44% | -0.65% |
| 8/20/2020 | 0.28% | -0.03% |
| 8/21/2020 | 0.16% | -0.12% |
| 8/24/2020 | 0.89% | -0.22% |
| 8/25/2020 | 0.34% | 1.21% |
| 8/26/2020 | 0.87% | 0.25% |
| 8/27/2020 | 0.17% | 2.11% |
| 8/28/2020 | 0.69% | 0.23% |
| 8/31/2020 | -0.16% | 0.12% |
| 9/1/2020 | 0.85% | -0.32% |
| 9/2/2020 | 1.20% | 2.03% |
| 9/3/2020 | -3.46% | -3.39% |
| 9/4/2020 | -0.81% | -1.31% |
| 9/8/2020 | -2.72% | -1.29% |
| 9/9/2020 | 1.96% | 2.41% |
| 9/10/2020 | -1.57% | -1.30% |
| 9/11/2020 | -0.02% | 0.04% |
| 9/14/2020 | 1.53% | 1.31% |
| 9/15/2020 | 0.54% | 0.21% |
| 9/16/2020 | -0.32% | -0.52% |
| 9/17/2020 | -0.79% | -0.25% |
| 9/18/2020 | -0.89% | -0.68% |
| 9/21/2020 | -1.26% | -1.18% |
| 9/22/2020 | 0.93% | -0.09% |
| 9/23/2020 | -2.43% | -1.45% |
| 9/24/2020 | 0.20% | -1.04% |
| 9/25/2020 | 1.56% | 2.16% |
| 9/28/2020 | 1.64% | 1.07% |
| 9/29/2020 | -0.40% | -0.05% |
| 9/30/2020 | 0.69% | 2.07% |
| 10/1/2020 | 0.78% | -0.45% |
| 10/2/2020 | -0.78% | -1.10% |
| 10/5/2020 | 1.81% | 1.96% |
| 10/6/2020 | -1.20% | -1.01% |
| 10/7/2020 | 1.69% | 2.04% |
| 10/8/2020 | 0.85% | 0.44% |
| 10/9/2020 | 0.85% | 1.34% |
| 10/12/2020 | 1.34% | 1.09% |

## Exhibit-4

### Market and Sector Logarithmic Returns

1 May 2020 through 30 April 2021

| Date | Market Index Return | Sector Index Return |
| --- | --- | --- |
| 10/13/2020 | -0.50% | -1.19% |
| 10/14/2020 | -0.60% | -0.03% |
| 10/15/2020 | -0.08% | -0.25% |
| 10/16/2020 | -0.07% | 1.18% |
| 10/19/2020 | -1.43% | -1.43% |
| 10/20/2020 | 0.38% | 0.18% |
| 10/21/2020 | -0.34% | -0.64% |
| 10/22/2020 | 0.61% | 1.66% |
| 10/23/2020 | 0.38% | -0.22% |
| 10/26/2020 | -1.83% | -0.81% |
| 10/27/2020 | -0.30% | -0.32% |
| 10/28/2020 | -3.34% | -3.44% |
| 10/29/2020 | 1.04% | -0.87% |
| 10/30/2020 | -1.32% | -0.72% |
| 11/2/2020 | 1.20% | 1.38% |
| 11/3/2020 | 1.86% | 1.55% |
| 11/4/2020 | 1.94% | 1.41% |
| 11/5/2020 | 2.09% | 1.27% |
| 11/6/2020 | 0.00% | 0.86% |
| 11/9/2020 | 1.06% | 1.61% |
| 11/10/2020 | -0.06% | -0.85% |
| 11/11/2020 | 0.80% | 0.04% |
| 11/12/2020 | -0.97% | -0.51% |
| 11/13/2020 | 1.32% | 1.43% |
| 11/16/2020 | 1.23% | 0.03% |
| 11/17/2020 | -0.15% | -0.82% |
| 11/18/2020 | -0.91% | -1.75% |
| 11/19/2020 | 0.58% | 0.58% |
| 11/20/2020 | -0.43% | -0.54% |
| 11/23/2020 | 0.79% | -0.84% |
| 11/24/2020 | 1.50% | 0.31% |
| 11/25/2020 | 0.02% | -0.83% |
| 11/27/2020 | 0.40% | 0.73% |
| 11/30/2020 | -0.58% | 0.57% |
| 12/1/2020 | 0.96% | 0.10% |
| 12/2/2020 | 0.12% | 0.65% |
| 12/3/2020 | 0.23% | -0.34% |
| 12/4/2020 | 1.04% | 1.25% |

# Exhibit-4

## Market and Sector Logarithmic Returns

1 May 2020 through 30 April 2021

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 12/7/2020 | -0.02% | -0.83% |
| 12/8/2020 | 0.43% | -0.22% |
| 12/9/2020 | -0.96% | -0.21% |
| 12/10/2020 | 0.26% | 0.42% |
| 12/11/2020 | -0.23% | -0.41% |
| 12/14/2020 | -0.33% | -0.25% |
| 12/15/2020 | 1.30% | 1.46% |
| 12/16/2020 | 0.14% | 0.00% |
| 12/17/2020 | 0.79% | 1.24% |
| 12/18/2020 | -0.21% | 0.77% |
| 12/21/2020 | -0.29% | -1.05% |
| 12/22/2020 | 0.06% | 0.29% |
| 12/23/2020 | 0.14% | -0.46% |
| 12/24/2020 | 0.23% | 0.50% |
| 12/28/2020 | 0.38% | 0.30% |
| 12/29/2020 | -0.37% | 0.42% |
| 12/30/2020 | 0.33% | -0.05% |
| 12/31/2020 | 0.36% | 1.06% |
| 1/4/2021 | -1.32% | -0.97% |
| 1/5/2021 | 0.90% | 1.20% |
| 1/6/2021 | 0.80% | 0.73% |
| 1/7/2021 | 1.61% | 0.88% |
| 1/8/2021 | 0.47% | 0.93% |
| 1/11/2021 | -0.57% | -0.63% |
| 1/12/2021 | 0.42% | -1.45% |
| 1/13/2021 | 0.09% | 1.34% |
| 1/14/2021 | 0.00% | -1.38% |
| 1/15/2021 | -0.86% | -0.01% |
| 1/19/2021 | 0.85% | 0.34% |
| 1/20/2021 | 1.20% | 1.02% |
| 1/21/2021 | -0.09% | -0.41% |
| 1/22/2021 | -0.15% | -0.91% |
| 1/25/2021 | 0.24% | 0.55% |
| 1/26/2021 | -0.29% | -0.38% |
| 1/27/2021 | -2.51% | -2.80% |
| 1/28/2021 | 0.92% | 2.47% |
| 1/29/2021 | -1.78% | -0.05% |
| 2/1/2021 | 1.71% | 0.42% |

## Exhibit-4

### Market and Sector Logarithmic Returns

1 May 2020 through 30 April 2021

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 2/2/2021 | 1.39% | 1.09% |
| 2/3/2021 | 0.14% | -0.89% |
| 2/4/2021 | 1.12% | 0.90% |
| 2/5/2021 | 0.61% | 1.01% |
| 2/8/2021 | 0.97% | 0.28% |
| 2/9/2021 | 0.10% | 0.07% |
| 2/10/2021 | -0.03% | 0.17% |
| 2/11/2021 | 0.19% | 1.07% |
| 2/12/2021 | 0.47% | 1.01% |
| 2/16/2021 | -0.11% | -0.74% |
| 2/17/2021 | -0.23% | -0.65% |
| 2/18/2021 | -0.66% | -0.84% |
| 2/19/2021 | 0.27% | -1.58% |
| 2/22/2021 | -0.97% | -0.27% |
| 2/23/2021 | -0.13% | 0.02% |
| 2/24/2021 | 1.12% | 0.66% |
| 2/25/2021 | -2.70% | -1.01% |
| 2/26/2021 | -0.39% | -0.89% |
| 3/1/2021 | 2.45% | 1.73% |
| 3/2/2021 | -0.91% | -0.35% |
| 3/3/2021 | -1.48% | -1.98% |
| 3/4/2021 | -1.68% | -2.35% |
| 3/5/2021 | 1.72% | 1.80% |
| 3/8/2021 | -0.59% | -1.80% |
| 3/9/2021 | 1.67% | 1.03% |
| 3/10/2021 | 0.68% | 0.06% |
| 3/11/2021 | 1.41% | 0.88% |
| 3/12/2021 | 0.15% | -0.29% |
| 3/15/2021 | 0.70% | 0.78% |
| 3/16/2021 | -0.43% | -0.44% |
| 3/17/2021 | 0.36% | -0.42% |
| 3/18/2021 | -1.81% | -0.86% |
| 3/19/2021 | 0.18% | 0.58% |
| 3/22/2021 | 0.48% | 0.95% |
| 3/23/2021 | -1.21% | -0.96% |
| 3/24/2021 | -0.91% | -0.21% |
| 3/25/2021 | 0.65% | 0.28% |
| 3/26/2021 | 1.52% | 2.27% |

## Exhibit-4

### Market and Sector Logarithmic Returns

1 May 2020 through 30 April 2021

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 3/29/2021 | -0.53% | 0.19% |
| 3/30/2021 | 0.00% | -0.63% |
| 3/31/2021 | 0.56% | 0.38% |
| 4/1/2021 | 1.27% | -0.06% |
| 4/5/2021 | 1.14% | 1.31% |
| 4/6/2021 | 0.03% | 0.20% |
| 4/7/2021 | -0.15% | -0.42% |
| 4/8/2021 | 0.59% | 0.53% |
| 4/9/2021 | 0.55% | 1.28% |
| 4/12/2021 | -0.07% | 0.10% |
| 4/13/2021 | 0.40% | 1.46% |
| 4/14/2021 | -0.29% | -0.54% |
| 4/15/2021 | 1.00% | 1.94% |
| 4/16/2021 | 0.26% | 0.44% |
| 4/19/2021 | -0.70% | -0.22% |
| 4/20/2021 | -0.91% | -0.39% |
| 4/21/2021 | 1.12% | 2.58% |
| 4/22/2021 | -0.73% | 0.40% |
| 4/23/2021 | 1.20% | 0.94% |
| 4/26/2021 | 0.44% | -0.55% |
| 4/27/2021 | -0.02% | -0.25% |
| 4/28/2021 | 0.01% | 0.39% |
| 4/29/2021 | 0.35% | -0.75% |
| 4/30/2021 | -0.80% | -1.09% |

**Sources:** CRSP (Market Index), Bloomberg (Sector Index), and computations performed by Crowninshield Financial Research, Inc.

**Exhibit-5**

**Co-Diagnostics Stock Regression Results**

| Date | Adjusted R² | Newey-West Standard Error of the Residual on the Date | Intercept | Market Index Coefficient | Market Index Newey-West Standard Error | Market Index Newey-West $t$-statistic | Sector Index Coefficient | Sector Index Newey-West Standard Error | Sector Index Newey-West $t$-statistic |
|---|---|---|---|---|---|---|---|---|---|
| 5/1/2020 | 14.71% | 6.99% | 0.24% | -0.05 | 0.75 | -0.06 | -0.18 | 0.51 | -0.36 |
| 5/4/2020 | 14.71% | 6.78% | 0.24% | -0.05 | 0.75 | -0.06 | -0.18 | 0.51 | -0.36 |
| 5/5/2020 | 14.71% | 6.86% | 0.24% | -0.05 | 0.75 | -0.06 | -0.18 | 0.51 | -0.36 |
| 5/6/2020 | 14.71% | 6.79% | 0.24% | -0.05 | 0.75 | -0.06 | -0.18 | 0.51 | -0.36 |
| 5/7/2020 | 14.71% | 6.80% | 0.24% | -0.05 | 0.75 | -0.06 | -0.18 | 0.51 | -0.36 |
| 5/8/2020 | 14.71% | 6.88% | 0.24% | -0.05 | 0.75 | -0.06 | -0.18 | 0.51 | -0.36 |
| 5/11/2020 | 14.71% | 6.82% | 0.24% | -0.05 | 0.75 | -0.06 | -0.18 | 0.51 | -0.36 |
| 5/12/2020 | 14.71% | 6.89% | 0.24% | -0.05 | 0.75 | -0.06 | -0.18 | 0.51 | -0.36 |
| 5/13/2020 | 14.71% | 6.88% | 0.24% | -0.05 | 0.75 | -0.06 | -0.18 | 0.51 | -0.36 |
| 5/14/2020 | 14.71% | 6.79% | 0.24% | -0.05 | 0.75 | -0.06 | -0.18 | 0.51 | -0.36 |
| 5/15/2020 | 14.71% | 6.78% | 0.24% | -0.05 | 0.75 | -0.06 | -0.18 | 0.51 | -0.36 |

**Source:** Computations performed by Crowninshield Financial Research, Inc.

**Note:** Dummy variables were used to control for potentially abnormal returns on 1 May 2020, 14 May 2020, 15 May 2020, 14 August 2020, 17 November 2020, and 26 March 2021.

81

**Exhibit-6**

**Co-Diagnostics Stock Event Study Results**

| Date | CODX Closing Price | CODX Prior Day Closing Price | CODX Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | CODX Explained Return | CODX Residual Return | CODX Dollar Residual Return | CODX Residual Return Newey-West *t*-Statistic |
|---|---|---|---|---|---|---|---|---|---|
| 5/1/2020 | $13.47 | $11.34 | 17.21% | -2.84% | -2.20% | 0.77% | 16.44% | $2.03 | 2.35 * |
| 5/4/2020 | $15.00 | $13.47 | 10.76% | 0.48% | -0.10% | 0.23% | 10.53% | $1.50 | 1.55 |
| 5/5/2020 | $13.85 | $15.00 | -7.98% | 0.87% | 2.88% | -0.32% | -7.65% | -$1.11 | -1.11 |
| 5/6/2020 | $14.34 | $13.85 | 3.48% | -0.59% | -0.99% | 0.44% | 3.03% | $0.43 | 0.45 |
| 5/7/2020 | $14.74 | $14.34 | 2.75% | 1.32% | 1.99% | -0.19% | 2.94% | $0.43 | 0.43 |
| 5/8/2020 | $15.50 | $14.74 | 5.03% | 1.84% | -0.03% | 0.15% | 4.87% | $0.74 | 0.71 |
| 5/11/2020 | $17.05 | $15.50 | 9.53% | -0.04% | 1.22% | 0.02% | 9.51% | $1.55 | 1.40 |
| 5/12/2020 | $16.99 | $17.05 | -0.35% | -2.06% | -2.40% | 0.77% | -1.12% | -$0.19 | -0.16 |
| 5/13/2020 | $23.42 | $16.99 | 32.10% | -1.92% | -1.63% | 0.62% | 31.47% | $6.28 | 4.57 * |
| 5/14/2020 | $22.13 | $23.42 | -5.67% | 1.02% | 0.23% | 0.15% | -5.81% | -$1.32 | -0.86 |
| 5/15/2020 | $17.07 | $22.13 | -25.96% | 0.52% | -0.15% | 0.24% | -26.20% | -$5.10 | -3.86 * |
| *5/14-15/2020* | *$17.07* | *$23.42* | *-31.63%* | *1.55%* | *0.08%* | *0.39%* | *-32.01%* | *-$6.42* | *-3.34 ** |

**Source:** Computations performed by Crowninshield Financial Research, Inc.

**Note**: "*" indicates statistical significance at a confidence level greater than 95%.

**Exhibit-7**

**Co-Diagnostics Stock Artificial Inflation Ribbon**

| Date | Inflation |
|------|-----------|
| 5/1/2020 - 5/12/2020 | $0.13 |
| 5/13/2020 | $6.42 |
| 5/14/2020 | $5.10 |
| 5/15/2020 and afterwards | $0.00 |