# Exhibit 74

## Test Nebraska underway with CHI Health St. Elizabeth lab

journalstar.com/lifestyles/health-med-fit/health/test-nebraska-underway-with-chi-health-st-elizabeth-lab/article_6d8ab507-01c8-5ef9-9e5c-934f5af8e2d3.html

JoANNE YOUNG Lincoln Journal Star                                                          May 5, 2020

JoANNE YOUNG Lincoln Journal Star

Test Nebraska got underway Monday in Omaha at CHI Health Center arena and in Grand Island at the State Fairgrounds with 251 coronavirus tests, Gov. Pete Ricketts said Tuesday.

That testing will be ramped up in the state in the weeks to come, with 123,508 people signed up so far to be tested.

All the tests will be sent to CHI Health St. Elizabeth in Lincoln for results, with the lab set up in a matter of days, and equipment paid for with Test Nebraska state funds. Those taking the tests will be informed of results by email, Gov. Pete Ricketts said at his daily coronavirus briefing.

"This is going to allow us to greatly expand our capacity up to that 3,000 tests a day," Ricketts said. "They just did heroic work to be able to get this lab set up in record time to be able to start processing the test results from the swabs that we started taking yesterday."

People can sign up for the testing at TestNebraska.com/en, for English speakers or TestNebraska.com/es for Spanish-speaking residents.

As the state gets more experience in the testing program, there will be more mobile testing teams set up across the state, Ricketts said. The goal is to have six teams each doing about 500 tests a day.

Derek Vance, president of CHI Health St. Elizabeth and Nebraska Heart, said the laboratory received new equipment in the past several days, including robotics, and as of 10 p.m. Monday, had the equipment validated and ready to go.

The robotics are key to the high-capacity work of getting 3,000 tests a day processed, Vance said.

The lab will operate 24 hours a day for tests delivered each day by the Nebraska State Patrol. St. Elizabeth employees will staff the lab, with help at times from other CHI hospitals.

Increased testing for coronavirus is the key to winning the battle against the virus, Vance said.

The antigen tests being done are validated for a 95% accuracy rate for positivity if the person being tested actively has the virus, said Dr. Gary Anthone, the state's chief medical officer. If a person is tested later in their infection, and not actively ill or even contagious, the test may continue to show the person is positive for COVID-19.

After one or two negative tests, a person is thought to be no longer carrying the virus, Anthone said.

An infectious disease specialist in Utah has challenged the accuracy of coronavirus tests provided by the same private company contracted for the same test kits in Nebraska. The tests provided by Nomi Health were reported to possibly require a higher limit of detection to return a positive result, meaning some people who may have contracted COVID-19 would show up as negative.

In a $27 million partnership with the state, Nomi Health is providing the tests produced by Co-Diagnostics; Qualtrics, which designed the online health assessment; and Domo Inc., which provides data analytics.

Ricketts said the state is focusing on the antigen test and is not going to do antibody testing, which could tell who has had the virus in the past, at this time.

At his coronavirus briefing Tuesday, Ricketts also paid tribute to nurses during this National Nurses Month.

Kari Wade, president-elect of the Nebraska Nurses Association, who has been a registered nurse 20 years, said there's a reason Gallup polls have recognized nurses as the most honest and ethical profession for 18 consecutive years.

"Nurses are strong, compassionate and caring," she said. "But never has caring required more courage, selflessness and strength than it has over the last few months."

Caring has never put nurses and their families at such high risk, she said.

In January, the World Health Organization declared 2020 would be the year of the nurse.

But nurses recognize, she said, that health care is complex and requires all members of the health care team, from EMS first responders, our partners in public health, doctors, physicians assistants, respiratory therapists, nursing assistants, pharmacists and many more, to work together for the best health outcomes.

"To the nurses specifically," Wade said, "thank you for choosing to be a Nebraska nurse."

*Reach the writer at 402-473-7228 or jyoung@journalstar.com.*

*On Twitter @LJSLegislature*