# Exhibit 76

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br>                 Plaintiff,<br><br>v.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD,<br><br>                 Defendants. | Case No. 2:20-cv-00368-CMR |

REPLY REPORT OF DANIEL S. BETTENCOURT

January 19, 2024

**CONFIDENTIAL**

# TABLE OF CONTENTS

1    SCOPE OF PROJECT AND REPORT ...................................................................1

2    CONCLUSIONS...................................................................................................3

3    THE UNDISPUTED FACTS ...............................................................................3

    3.1    Dr. Ferrell and I Use the Same Diagnostic Test to Determine Whether Heteroskedasticity Is Present ...................................................................3

    3.2    The Analysis in the Bettencourt Report Appropriately Controls for Heteroskedasticity...................................................................................4

4    CRITIQUE OF THE FERREL REPORT...............................................................4

    4.1    Dr. Ferrell's Alternative Estimation Periods Are Inappropriate, Fatally Flawed, and Directly at Odds with His Criticisms of Dr. Werner's Analysis...................................................................................................5

    4.2    Dr. Ferrell's Analysis and Conclusions Suffer from the Same Econometric Flaw That He Attacks ...........................................................................9

    4.3    Applying Dr. Ferrell's GLS Methodology to Appropriate Regression Estimation Periods Confirms the Robustness of the Qualitative Results in the Bettencourt Report ...........................................................................11

5    LIMITING FACTORS AND OTHER ASSUMPTIONS.................................................12

CONFIDENTIAL

CONFIDENTIAL

## 1    SCOPE OF PROJECT AND REPORT

1.    This project and report address the common stock of Co-Diagnostics, Inc. ("Co-Diagnostics" or the "Company"). On 4 December 2023, I submitted a report on loss causation and damages (the "Bettencourt Report"). In that report, I determined that Class members suffered losses as a result of the alleged misrepresentations and omissions, and I quantified those losses.[1]

2.    Specifically, in the Bettencourt Report, I explained:

      i.    "The alleged misrepresentations, omissions, and deceptive conduct caused the price of Co-Diagnostics stock to be artificially inflated over the course of the Class Period. When disclosures ultimately informed investors and the public that they had been misled by the alleged misrepresentations and omissions, the artificial inflation dissipated, the stock price declined, and investors sustained losses. The alleged misrepresentations and omissions thereby caused investors to suffer damages."[2]

      ii.    "The corrective disclosures caused Co-Diagnostics price to fall $6.42 over 14-15 May 2020. This decline represents the dissipation of artificial inflation that was caused by the alleged misrepresentations and omissions."[3]

      iii.    "Any investor who purchased shares of Co-Diagnostics stock during the Class Period when the stock was artificially inflated and held those shares through the corrective disclosures suffered a loss that was caused by the alleged misrepresentations, omissions, and deceptive conduct. Section

---

[1] Bettencourt Report, ¶¶16-24.

[2] Bettencourt Report, ¶16.

[3] Bettencourt Report, ¶22.

CONFIDENTIAL

10(b) per share damages range up to $6.42 per share, depending on the timing of the stock purchase and sale."[4]

3.  Marcus Neiman Rashbaum & Pineiro LLP, co-counsel for Lead Plaintiff, Gelt Trading, Ltd. (the "Plaintiff"), asked me to consider, evaluate, and respond to the arguments and conclusions presented in the Report of Professor Allen Ferrell, dated 4 December 2023 (the "Ferrell Report").

4.  The stated scope of the Ferrell Report was "to determine whether there is any scientific or reliable basis to conclude that the abnormal return in Co-Diagnostics' stock price on May 1, 2020 is statistically significant."[5]

5.  My present reply report presents my responses to the Ferrell Report. That my current report may not address all of the arguments expressed in the Ferrell Report should not be considered tacit acceptance of any of his opinions.

6.  I reviewed and relied upon all of the data and documents cited and listed in my previous report in addition to the Ferrell Report. My credentials and compensation are presented in the Bettencourt Report.

7.  My work on this matter is ongoing. I reserve the right to amend, refine, or supplement my analyses and opinions in the event that I become aware of additional information, evidence, arguments, or analyses that bear on my work in this matter.

---

[4] Bettencourt Report, ¶24.

[5] Ferrell Report, ¶11.

2

CONFIDENTIAL

## 2   CONCLUSIONS

8.      None of the analyses or conclusions presented in the Ferrell Report causes me to change the conclusions in the Bettencourt Report.

9.      The regression analysis presented in the Bettencourt Report controlled for heteroskedasticity. The estimation period used in the Bettencourt Report is reliable and appropriate. The qualitative findings presented in the Bettencourt Report are robust to reasonable alternative estimation periods.

10.    Each of Dr. Ferrell's proposed alternative regression estimation periods is fatally flawed, unreliable, and directly at odds with his criticisms of Dr. Werner's analysis. Dr. Ferrell ignores the economic import of the Covid-19 pandemic to Co-Diagnostics.

11.    Moreover, despite criticizing Dr. Werner's regression model for not controlling for heteroskedasticity, heteroskedasticity is present in all five of the alternative estimation periods Dr. Ferrell proposed.[6] This finding necessarily renders Dr. Ferrell's conclusions "misleading and unreliable."[7]

## 3   THE UNDISPUTED FACTS

### 3.1   Dr. Ferrell and I Use the Same Diagnostic Test to Determine Whether Heteroskedasticity Is Present

12.    As noted in the Bettencourt Report, I tested for heteroskedasticity using both the Breusch-Pagan and White diagnostic tests and found that heteroskedasticity was present in the event study regression.[8] Indeed, Dr. Ferrell used the Breusch-Pagan test to determine

---

[6] Using the same test for heteroskedasticity that Dr. Ferrell provided in his production, heteroskedasticity is present in all five of the alternative estimation periods Dr. Ferrell proposed (*See*, CoDI_00256814).

[7] Ferrell Report, ¶24.

[8] Bettencourt Report, ¶105 and FN 122.

3

CONFIDENTIAL

that heteroskedasticity was present in Dr. Werner's regression analysis.[9] Dr. Ferrell and I agree that the presence of heteroskedasticity requires correction.[10]

### 3.2   The Analysis in the Bettencourt Report Appropriately Controls for Heteroskedasticity

13.   Given the statistically significant results from the Breusch-Pagan and White diagnostics tests, I utilized the Newey-West regression estimation procedure, a generally accepted and widely used regression methodology that accommodates and corrects for heteroskedasticity.[11]

14.   While I employed the Newey-West procedure, Dr. Ferrell used generalized least squares ("GLS") to control for heteroskedasticity in Dr. Werner's regression model.[12] GLS is a statistical methodology that can be used to control for the presence of heteroskedasticity.[13]

### 4   CRITIQUE OF THE FERREL REPORT

15.   A substantial portion of the Ferrell Report is devoted to criticizing Dr. Werner's event study analysis for failure to correct for the econometric issue known as heteroskedasticity.[14] Dr. Ferrell contends that failure to correct for heteroskedasticity renders incorrect Dr. Werner's finding that 1 May 2020 was statistically significant.[15] Dr. Ferrell presents "two separate

---

[9] Ferrell Report, ¶¶23-24.

[10] Ferrell Report, ¶22.

[11] Bettencourt Report, ¶105 and FN 123: "A Simple, Positive Semi-Definite, Heteroskedasticity and Autocorrelation Consistent Covariance Matrix," by Whitney Newey and Kenneth West, *Econometrica*, vol. 55, no. 3, 1987, pp. 703-708; *A Guide to Econometrics*, by Peter Kennedy, 6th ed., Blackwell Publishing, 2008, p. 343; and *Introduction to Econometrics*, by James Stock and Mark Watson, 3rd ed., Pearson, 2015, p. 545.

[12] Ferrell Report, ¶25.

[13] *A Guide to Econometrics*, by Peter Kennedy, 6th ed., Blackwell Publishing, 2008, pp. 113-117.

[14] Ferrell Report, ¶¶12-26.

[15] Ferrell Report, ¶12.

CONFIDENTIAL

approaches to appropriately account for the change in the standard deviation of Co-Diagnostics' abnormal returns over time in the event study analysis:"[16] (i) alternative regression estimation periods; and (ii) controlling for heteroskedasticity using generalized least squares. However, all of Dr. Ferrell's alternative estimation period regressions are unfounded and flawed.

### 4.1   Dr. Ferrell's Alternative Estimation Periods Are Inappropriate, Fatally Flawed, and Directly at Odds with His Criticisms of Dr. Werner's Analysis

16.   As explained in the Bettencourt Report, I used a regression estimation that ran one year forward from the first day of the Class Period, 1 May 2020 through 30 April 2021.[17] This is a generally accepted and widely used regression estimation period that appropriately considers the impact of the Covid-19 pandemic and the resulting outlook for the Company's business.

17.   Dr. Ferrell argues that Dr. Werner's use of a nearly identical estimation period to that utilized in the Bettencourt Report was "arbitrary and inappropriate."[18] Dr. Ferrell presents five alternative estimation periods that "appropriately account for the change in the standard deviation of Co-Diagnostics' abnormal returns over time in the event study analysis."[19] Based on the results from these five alternative estimation periods, Dr. Ferrell concludes that Dr. Werner's regression results for 1 May 2020 are not robust.[20] Table-1 below is a reproduction of the table presented in the Ferrell Report.

---

[16] Ferrell Report, ¶21.

[17] Bettencourt Report, ¶101.

[18] Ferrell Report, ¶12.

[19] Ferrell Report, ¶21.

[20] Ferrell Report, ¶¶32-33.

CONFIDENTIAL

**Table-1: Ferrell Report Alternative Estimation Period Results[21]**

Co-Diagnostics, Inc.
May 1, 2020 Event Study Results Using Alternative Estimation Periods

| | Estimation Period | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | After | | Before | | Surrounding | |
| | 252 Days | 120 Days | 252 Days | 120 Days | 252 Days | 120 Days |
| | 4/30/20-<br>4/29/21<br>(1) | 4/30/20-<br>10/19/20<br>(2) | 5/3/19-<br>5/1/20<br>(3) | 11/8/19-<br>5/1/20<br>(4) | 10/30/19-<br>10/28/20<br>(5) | 2/5/20-<br>7/27/20<br>(6) |
| Abnormal Return | 16.61% | 14.30% | 14.49% | 13.07% | 13.89% | 13.83% |
| $t$-statistic | 2.41 | 1.79 | 1.18 | 0.77 | 1.08 | 0.91 |
| Statistically Significant? | Yes | NO | NO | NO | NO | NO |

18.    The regression estimation period labeled #1 is Dr. Werner's regression estimation period. The regression estimation periods labeled #2-#6 are Dr. Ferrell's alternative regression estimation periods (the "Ferrell Regression Periods"). As explained next, all of the Ferrell Regression Periods are inappropriate, fatally flawed, and directly at odds with his criticism of Dr. Werner's regression estimation period.[22]

19.    First, Ferrell Regression Periods #3, #4, and #5 begin well prior to the start of the Covid-19 pandemic. The Covid-19 pandemic presented companies that produced diagnostic tests, like Co-Diagnostics, a once-in-a-lifetime business opportunity. Co-Diagnostics capitalized on that business opportunity and developed a Covid-19 diagnostic test. As explained next, following the Covid-19 pandemic, Co-Diagnostics was a very different company than it was prior to the onset of the pandemic. For example:

---

[21] Ferrell Report, p. 17.

[22] Ferrell Regression Period #2 is unreliable on account of heteroskedasticity. However, after correcting Ferrell Regression Period #2 for heteroskedasticity with Dr. Ferrell's GLS procedure, the findings presented in the Bettencourt Report that the 13 May 2020 and 14-15 May 2020 stock price movements were statistically significant is robust to this choice of estimation period.

6

**CONFIDENTIAL**

    i. On 1 May 2020, the first day of the Class Period, Co-Diagnostics' stock price was $13.47 per share and its market capitalization (the combined aggregate value of all outstanding common shares) was $369.8 million.[23]

    ii. On 3 May 2019, the start of Ferrell Regression Period #3, Co-Diagnostics' stock price was $0.98 per share and its market capitalization was $16.9 million. That is, its share price and market capitalization at the start of the Class Period were more than 13.7x and 22.2x larger, respectively, than at the start of the Ferrell Regression Period #3.

    iii. On 8 November 2019, the start of Ferrell Regression Period #4, Co-Diagnostics' stock price was $0.95 per share and its market capitalization was $16.5 million. That is, its share price and market capitalization at the start of the Class Period were more than 14.2x and 22.4x larger, respectively, than at the start of the Ferrell Regression Period #4.

    iv. On 30 October 2019, the start of Ferrell Regression Period #5, Co-Diagnostics' stock price was $0.99 per share and its market capitalization was $17.1 million. That is, its share price and market capitalization at the start of the Class Period were more than 13.7x and 21.6x larger, respectively, than at the start of the Ferrell Regression Period #5.

20. Similarly, the start of Ferrell Regression Period #6, 5 February 2020, is prior to the following important dates for the Company – identified by Dr. Ferrell:

    i. 11 March 2020 – the date "the World Health Organization declared the Covid-19 outbreak a pandemic."[24]

---

[23] Share price data and shares outstanding obtained from the Center for Research in Security Prices.

[24] Ferrell Report, ¶6 (citing World Health Organization, Coronavirus disease (COVID-19) pandemic, available at https://www.who.int/europe/emergencies/situations/covid-19).

**CONFIDENTIAL**

ii. 6 April 2020 – the date the "Company announced that it had received an Emergency Use Authorization from the Food and Drug [*sic*] ('FDA') allowing it to sell its Covid-19 diagnostics test to certain certified laboratories in the U.S."[25]

21. On 5 February 2020, the start of Ferrell Regression Period #6, Co-Diagnostics' stock price was $2.59 per share and its market capitalization was $44.9 million. That is, its share price and market capitalization at the start of the Class Period were more than 5.2x and 8.2x larger, respectively, than at the start of the Ferrell Regression Period #6.

22. Further, as noted in the Ferrell Report, the Company's FY 2019 "revenue was $214,974, which comprised sales of testing equipment of $128,124, sales from the license of its technology in the agriculture industry of $50,000, and $36,850 initial sales of its diagnostic tests (i.e., ***primarily of its mosquito vector products***), and its net loss was $6,195,557."[26] In comparison, the Company's sales and net income for FY 2020 were $74.5 million and $42.5 million, respectively.[27] Compared to FY 2019, the Company's FY 2020 sales increased by $74.3 million, or 34,580%, and earnings increased by $48.7 million (compared to a loss of $6.2 million).[28] The Company's gross profit for FY 2020 increased by $57.9 million, or 56,424%, to $58.0 million.[29] The Company attributed the increase in revenue to "sales of our LogixSmart COVID-19 test throughout the world, which was developed in response to the current COVID-19 pandemic" and "the sale of third party manufactured equipment and

---

[25] Ferrell Report, ¶6 ("Co-Diagnostics, Inc Receives FDA Emergency Use Authorization for COVID-19 Test," April 6, 2020 at 6:30 am ET, available at https://news.codiagnostics.com/2020-04-06-Co-Diagnostics-Inc-Receives-FDA-Emergency-Use-Authorization-for-COVID-19-Test).

[26] Ferrell Report, ¶5 (emphasis added).

[27] Bettencourt Report, ¶30; and Co-Diagnostics, Inc., Form 10-K for the fiscal year ended 31 December 2020, filed on 25 March 2021, p. 19.

[28] Co-Diagnostics, Inc., Form 10-K for the fiscal year ended 31 December 2020, filed on 25 March 2021, p. 19.

[29] Co-Diagnostics, Inc., Form 10-K for the fiscal year ended 31 December 2020, filed on 25 March 2021, p. 19.

supplies that we sourced and sold to customers to facilitate usage of our test."[30] In 2019, the majority of the Company's revenue "was from sales of *equipment and tests to mosquito abatement districts* and the remainder was sales of our test reagents and licensing revenue."[31]

23.    Consequently, Ferrell Regression Periods #3-#6 are fatally flawed and in no way detract from the conclusions presented in the Bettencourt Report. The transformational nature of the Covid-19 pandemic on the Company's business prospects undercuts Dr. Ferrell's choice of alternative estimation periods and his articulation of the importance of estimation period selection.[32]

**4.2    Dr. Ferrell's Analysis and Conclusions Suffer from the Same Econometric Flaw That He Attacks**

24.    The Ferrell Report contains an extensive exposition of how Co-Diagnostics' stock price volatility changed during Dr. Werner's regression estimation period.[33] Nonetheless, Dr. Ferrell fails to consider whether heteroskedasticity is present in the regression he ran on a subset of Dr. Werner's estimation period. Specifically, Dr. Ferrell explains:

> "To test whether Dr. Werner's choice of estimation period impacts his conclusion, I shortened it to 120 trading days beginning on the same day (i.e., April 30, 2020) but ending on October 19, 2020. Eliminating the half of his estimation period that is furthest from May 1, 2020 finds that the relationship between movements in the Company's stock price and those of

---

[30] Co-Diagnostics, Inc., Form 10-K for the fiscal year ended 31 December 2020, filed on 25 March 2021, p. 20.

[31] Co-Diagnostics, Inc., Form 10-K for the fiscal year ended 31 December 2020, filed on 25 March 2021, p. 20 (emphasis added).

[32] In the Ferrell Report, Dr. Ferrell states: "[I]t is important to choose an estimation period during which the volatility of the abnormal returns is similar to the volatility of the abnormal returns at the time of the event being examined because failure to do so can result in a finding of statistical significance when the abnormal return is, in reality, due to random chance (commonly referred to as 'Type I error') or a failure to find statistical significance when the abnormal return is, in reality, outside of the normal stock price fluctuations that would occur due to random chance (commonly referred to as 'Type II error')" (Ferrell Report, ¶28).

[33] Ferrell Report, §III.

the market and industry indexes changed such that the abnormal return on May 1, 2020 declined from his estimate of 16.61% to 14.30%, and the standard deviation of the abnormal returns increased from 6.90% to 7.99%. Consequently, the t-statistic declined from 2.41 to 1.79, which is below his critical value of 1.96 – in other words, ***the May 1, 2020 price increase is not statistically significant and cannot be distinguished from random price movement.*** This demonstrates that Dr. Werner's finding of statistical significance on May 1, 2020 is not robust to a simple and appropriate change to his analysis."[34]

25.    However, Dr. Ferrell did not test whether heteroskedasticity was present in the Ferrell Regression Period #2 which he relied on to reach the above conclusion. I tested for heteroskedasticity using the same Breusch-Pagan test that Dr. Ferrell utilized in his report production.[35] The Breusch-Pagan test applied to Dr. Ferrell's event study analysis for the period 30 April 2020 through 19 October 2020 rejects the null hypothesis with a high level of statistical confidence (p-value of 0.0012%). As Dr. Ferrell explains, heteroskedasticity "must be corrected before drawing any conclusion from the model's results."[36] His failure to correct for heteroskedasticity "renders his statistical conclusions misleading and unreliable."[37] In fact, heteroskedasticity is present in all five of the regressions estimations proposed by Dr. Ferrell, using the same test that Dr. Ferrell provided in his production.[38]

---

[34] Ferrell Report, ¶31 (internal citations omitted & emphasis added).

[35] CoDI_00256814.

[36] Ferrell Report, ¶12.

[37] Ferrell Report, ¶24.

[38] CoDI_00256814.

CONFIDENTIAL

**4.3    Applying Dr. Ferrell's GLS Methodology to Appropriate Regression Estimation Periods Confirms the Robustness of the Qualitative Results in the Bettencourt Report**

26.    As discussed above, prior to the onset of the Covid-19 pandemic, Co-Diagnostics was a very different Company. In FY 2019, prior to the Covid-19 pandemic, the majority of Co-Diagnostics' revenue was generated from "sales of *equipment and tests **to mosquito abatement districts**.*"[39] The pandemic was indisputably a transformational event in the life of the Company. As such, it is important that one select a regression estimation period that appropriately encapsulates the nature and condition of Co-Diagnostics during the Class Period, which follows the start of the Covid-19 pandemic. Accordingly, to study the impact of misrepresentations and omissions, which are related to the Covid-19 pandemic, some appropriate regression estimation start dates might include: i) the start of the Class Period (1 May 2020); ii) the date the World Health Organization declared Covid-19 a pandemic (11 March 2020); or iii) the date Co-Diagnostics announced that it had received an EUA from the FDA (6 April 2020).

27.    To demonstrate the robustness of the qualitative results in the Bettencourt Report, I ran regressions with estimation periods starting on these dates: 1 May 2020, 11 March 2020, and 6 April 2020. I utilized both one-year and half-year durations (the latter was proposed by Dr. Ferrell). I employed both GLS and Newey-West to control for the potential presence of heteroskedasticity. As shown in Table-2 below, the qualitative results of these regressions confirm the robustness of the event study results presented in the Bettencourt Report. Specifically, consistent with the results presented in the Bettencourt Report, 13 May 2020

---

[39] Co-Diagnostics, Inc., Form 10-K for the fiscal year ended 31 December 2020, filed on 25 March 2021, p. 20 (emphasis added).

CONFIDENTIAL

and 14-15 May 2020 were found to be statistically significant when employing either Newey-West or GLS to any of six appropriate estimation periods.

**Table-2: 13 May 2020 and 14-15 May 2020 Event Study Results across Methodologies and Estimation Periods**

| Event Date | | Bettencourt (Newey-West) | | | | | | Ferrell (GLS) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5/1/20-4/30/21 | 5/1/20-10/20/20 | 3/11/20-3/10/21 | 3/11/20-8/28/20 | 4/6/20-4/5/21 | 4/6/20-9/24/20 | 5/1/20-4/30/21 | 5/1/20-10/20/20 | 3/11/20-3/10/21 | 3/11/20-8/28/20 | 4/6/20-4/5/21 | 4/6/20-9/24/20 |
| 5/13/20 | Statistically Significant | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 5/14/20 | Not Statistically Significant | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 5/15/20 | Statistically Significant | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 5/14/20-5/15/20 | Statistically Significant | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

Notes:
The Bettencourt Report presents the Newey-West Correction over the estimation period 5/1/2020 - 4/30/2021 (highlighted blue).
"✓" indicates qualitative conformance with the event study results presented in the Bettencourt Report.

## 5    LIMITING FACTORS AND OTHER ASSUMPTIONS

28.    This report is furnished solely for the purpose of court proceedings in the above referenced matter and may not be used or referred to for any other purpose. The analysis and opinions contained in this report are based on information available as of the date of this report. I reserve the right to supplement or amend this report, including in the event additional information becomes available.

I declare under penalty of perjury that the foregoing is true and correct.

Daniel S. Bettencourt, MBA

12