# Exhibit 78

Case 2:20-cv-00368-JNP Document 169-79 Filed 04/16/24 PageID.4232 Page 2 of 7



Introducing MarketSurge: See What's New

Free Webinar  Wednesday, March 13
11:30am PT / 2:30pm ET

JOIN US

# Investor's Business Daily®

New to Investors.com?     Start here!

### THE BIG PICTURE

# Stock Market Shows Bullish Rebound After Sharp Sell-Off; AMD, Facebook Set Up To Move Higher

   

**SCOTT LEHTONEN** | 05:27 PM ET 05/14/2020

The stock market ended near the day's highs after the major stock indexes reversed sharply higher following big losses at the open. The Dow Jones Industrial Average plunged as much as 2% before reversing higher.



3/12/24, 10:15 AM
Stock Market Uptrend Shows Bullish Rebound After Sharp Sell Off; AMD, Facebook Snag New Buy Points | Investor's Business …

Case 2:20-cv-00368-JNP Document 169-79 Filed 04/16/24 PageID.4233 Page 3 of 7



at three interesting stocks Adobe a nice leader in the

The tech-heavy Nasdaq advanced 0.9% in a volatile session. The S&P 500 and Dow Jones Industrial Average rallied 1.2% and 1.6%, respectively. Meanwhile, the small-cap Russell 2000 underperformed with a 0.35% gain.

Leading growth stocks lagged behind the major indexes: **The IBD 50** rallied nearly 0.7% with strength in **ServiceNow** (**NOW**) and **Advanced Micro Devices** (**AMD**). The two stocks advanced 1.8% and 4.5%, respectively. Volume was lower on the Nasdaq and was indicated lower on the NYSE vs. Wednesday's session.

## Stock Market Rebounds

Investors were truly tested for one of the first times since the April 2 **follow-through day**. From Tuesday's highs to Thursday's lows, the Nasdaq corrected as much as 5.9%. But that pullback is just a drop in the bucket compared with the size of the index's advance from the March lows.

Meanwhile, there is only one day of **institutional selling** on the Nasdaq (May 12). Despite the recent sell-offs, institutional selling hasn't been rampant. The S&P 500 added a couple of distribution days in this week's tumble. And Thursday's bullish reversal is indicative of a solid uptrend.

💬 Chat with an Expert

3/12/24, 10:15 AM
Stock Market Uptrend Shows Bullish Rebound After Sharp Sell-Off; AMD, Facebook Show New Buy Points | Investor's Business …

Case 2:20-cv-00368-JNP Document 169-79 Filed 04/16/24 PageID.4234 Page 4 of 7



Tech giants **Apple** (**AAPL**), **Microsoft** (**MSFT**) and **Netflix** (**NFLX**) were mostly quiet Thursday. Apple gained 0.6%, while Microsoft moved up 0.4%. Apple remains extended past a cup with handle' s 288.35 entry, and Microsoft is back above its 180.10 entry in a cup with handle after giving up the buy point on Wednesday. Netflix tried to break out past an add-on entry at 449.62, but shares were turned away.

## Breakout Stocks To Watch: AMD, Facebook

Top stocks near buy points in the current stock market rally include IBD 50 stock Advanced Micro Devices and social media giant **Facebook** (**FB**).

Advanced Micro Devices was **Thursday's IBD 50 Stocks To Watch pick** amid a 4.5% rise. Shares are approaching a 58.73 buy point in a cup with handle, according to **MarketSmith chart analysis**.

Per **IBD Stock Checkup**, **AMD stock** has a best-possible 99 **IBD Composite Rating**. The chip giant is also an **IBD Leaderboard** stock idea. According to Leaderboard commentary, "On a weekly chart, every week of the current base shows volatile movement in which the price swings exceed 10%. Calmer action is preferred, although the 38% decline is acceptable."



**Advanced Micro Devices** (AMD)  $200.74  2.35 ⬆  1.18%



34,500,000

|  | 17 | 01 | 15 | 29 | 12 | 26 | 09 | 23 | 08 | 22 |
|  |  | Dec |  |  | Jan |  | Feb |  | Mar |  |

Provided by Nasdaq Last Sale.Last Update: 12:15 PM EST 03/12/2024

Real-time quote and/or trade prices are not sourced from all markets.

FANG stock leader Facebook is close to adding a handle to a cup base, which would move the buy point from 224.30 to 215.38. A handle requires at least one down week. Through Thursday, Facebook was down 2.6% for the week.

Facebook **was featured** as Thursday's **IBD Stock Of The Day**. **Facebook stock** has a 98 out of a highest-possible 99 **IBD Composite Rating**, placing it in the top echelon of growth stocks.

---

## Coronavirus Stock Market ETF Strategy And How To Invest In The Current Uptrend

---

## Earnings To Watch: Applied Materials, Co-Diagnostics

# Applied Materials (AMAT)

$201.18  0.19 ⬇ 0.1%



Provided by Nasdaq Last Sale.Last Update: 12:15 PM EST 03/12/2024

Real-time quote and/or trade prices are not sourced from all markets.

💬 Chat with an Expert

Meanwhile, earnings season continues to be a driving force behind big stock moves. After the stock market close, chip giant **Applied Materials** (**AMAT**) and coronavirus test maker **Co-Diagnostics** (**CODX**) reported their quarterly earnings results.

Late Thursday, Applied Materials was up about 2% after the **company's disappointing results**. Earnings and sales both missed analyst estimates. Applied Materials continues to move up the right side of a deep cup base.

Co-Diagnostics **reported** mixed quarterly results. The company's loss widened to 5 cents per share, missing estimates for a loss of 4 cents. Sales topped analyst estimates. The stock tumbled more than 20% to 17.68 in the after-hours session.

Shares of the coronavirus test maker ended Thursday well above a 15.86 buy point in a deep cup with handle. At its lows, the base corrected as much as 69%, much steeper than normal.

**View General Market Indicator charts page.**

**Join IBD experts as they analyze winning stocks on IBD Live every morning!**

*Be sure to follow Scott Lehtonen on Twitter at **@IBD_SLehtonen** for more on growth stocks and stock market news.*

## YOU MAY ALSO LIKE:

**After Hours: Coronavirus Test Maker Is Big Mover; 3 Leaderboard Stocks Back In Buy Zones**

**IBD's ETF Market Strategy**

**IBD's Long-Term Leaders**

**Coronavirus Dow Jones Crash Survival Guide**

💬 Chat with an Expert

Case 2:20-cv-00368-JNP Document 169-79 Filed 04/16/24 PageID.4237 Page 7 of 7

**Watch Our Market Experts Spot Top Stocks Each Morning On IBD Live**

**Looking For The Next Big Stock Market Winners? Start With These 3 Steps**

💬 Chat with an Expert