# Exhibit 81

Case 2:20-cv-00368-JNP  Document 169-82  Filed 04/10/24  PageID.4246  Page 1 of 2

# Co-Diagnostics, Inc falls 13.5% in premarket

Impact Financial News

May 15, 2020 Friday

Copyright 2020 Impact Media Limited All Rights Reserved



**Length:** 17 words

## Body

Co-Diagnostics, Inc. CODX shares fell 13.5% to $19.15 in pre-market trading after reporting Q1 results

**Load-Date:** May 16, 2020

**End of Document**