# Exhibit 82

Case 2:20-cv-00368-JNP Document 169-88 Filed 04/10/24 PageID.4249 Page 2 of 7

# 50 Stocks Moving In Friday's Mid-Day Session

by Lisa Levin, Benzinga Editor

May 15, 2020 12:31 PM | 6 min read

    

"Benzinga's Top Stocks to Buy Today"

There's only two mistakes you can make when investing. One is not investing at all. The next is buying the wrong stocks. Get an edge on which stocks to buy with the Benzinga Insider Report, our best weekly stock report sent right to your inbox. Act fast and secure our top stock picks at an unbelievable discount! **Claim This Limited $0.99 Offer NOW!**

# Gainers

- **Sorrento Therapeutics, Inc** SRNE shares jumped 88.1% to $4.9290 amid investor attention surrounding the company's STI-1499 coronavirus antibody.

- **Bridgeline Digital, Inc.** ▲ BLIN +2.83% Get Free Report ⬇ surged 70.2% to $2.1099 following Q2 results. Bridgeline Digital swung to earnings of $0.33 per share, versus a year-ago loss of $39.93 per share.

- **Torchlight Energy Resources, Inc.** TRCH shares gained 63.6% to $0.4744 after dropping over 21% on Thursday.

- **Aurora Cannabis Inc.** ACB climbed 39.8% to $9.28 after reporting a rise in its Q3 sales.

- **J. C. Penney Company, Inc.** JCP gained 37.1% to $0.2673 after the company made a $17 million interest payment due May 7th, on the last day of its 5-day grace period, May 14th.

- **Esquire Financial Holdings, Inc.** ▲ ESQ +1.37% + Free Alerts jumped 24.1% to $14.52.

- **Chesapeake Energy Corporation** CHK shares surged 23.6% to $10.77.

- **Alta Equipment Group Inc.** ▼ ALTG -1.58% Get Free Report ⬇ gained 22.1% to $5.06 after the company reported Q1 results.

- **Regional Management Corp.** RM + Free Alerts surged 21.6% to $14.61. BMO Capital upgraded Regional Management from Market Perform to Outperform and raised the price target from $14 to $29.

- **GeoPark Limited** GPRK + Free Alerts rose 18.4% to $7.98.

- **Glory Star New Media Group Holdings Limited** GSMG gained 18% to $4.19.

- **AgroFresh Solutions, Inc.** AGFS jumped 17.6% to $2.4101.



- **Power REIT** **PW** rose 17.4% to $18.78 after the company announced the acquisition of a 3 acre property in York County, Maine for $1,000,000 through a newly formed wholly owned subsidiary.

- **Reliv' International, Inc.** **RELV** shares jumped 16.4% to $3.69 following Q1 results. Reliv' International posted Q1 earnings of $0.36 per share, up from $0.13 per share in the year-ago period.

- **StoneMor Inc.** **STON** shares rose 16.1% to $0.6790 after the company swung to a Q1 profit of $0.10 per share, versus a year-earlier loss of $0.59 per share.

- **Baudax Bio, Inc.** **BXRX** gained 15.5% to $3.995.

- **Oportun Financial Corporation** ▲ **OPRT +0.54%** + Free Alerts shares surged 13.5% to $6.82 after reporting an 18% rise in Q1 revenue.

- **Fortuna Silver Mines Inc.** ▼ **FSM -2.06%** + Free Alerts gained 13.2% to $3.8050. Fortuna Silver Mines reported a Q1 net loss of $4.5 million.

- **Purple Innovation, Inc.** ▲ **PRPL +3.06%** Get Free Report 📄 shares climbed 12.8% to $12.93 after the company reported pricing of upsized secondary public offering of Class A common stock.

- **Aldeyra Therapeutics, Inc.** ▼ **ALDX -1.23%** + Free Alerts jumped 12.8% to $4.2309.

- **Regis Corporation** **RGS** gained 12.2% to $9.09

- **Denny's Corp** DENN Get Free Report 📄 rose 11.5% to $9.78 after the company reported better-than-expected Q1 earnings.

- **New Relic Inc** NEWR shares gained 11.3% to $64.89 after the company reported better-than-expected Q4 results.

- **Yield10 Bioscience, Inc.** ▼ YTEN -0.19% + Free Alerts gained 11% to $5.37 after the company reported Q1 results. The company also secured regulatory permits for the US and Canadian Sites and announced plans for 2020 field test program in Camelina and Canola.

- **AgEagle Aerial Systems, Inc.** UAVS gained 9.5% to $1.39.

*Check out these big penny stock gainers and losers*

## Losers

- **Cassava Sciences, Inc.** ▲ SAVA +1.49% + Free Alerts shares dipped 74.8% to $2.0450 after the company announced the results from its Phase 2b study of PTI-125 in Alzheimer's disease did not meet the primary endpoint.

- **Creative Realities, Inc.** ▲ CREX +1.76% Get Free Report 📄 fell 33.3% to $2.87 after the company filed for a mixed shelf offering of up to $50 million. The company also reported Q1 sales results down from last year.

- **SenesTech, Inc.** ▼ SNES -1.16% Get Free Report 📄 dipped 30% to $1.57 after the company reported worse-than-expected Q1 results.

- **Synthesis Energy Systems, Inc.** SES fell 28.5% to $2.0747. Synthesis Energy Systems received a notice from the Nasdaq Panel that it will suspend trading in company's stock as of May 18.

- **Super League Gaming, Inc.** SLGG tumbled 22.9% to $3.1550 after the company posted a wider loss for its first quarter.

- **Applied DNA Sciences, Inc.** ▲ APDN +3.77% + Free Alerts fell 20% to $12.17 after the company reported weaker-than-expected results for its second quarter. The company's

Case 2:20-cv-00368-JNP    Document 169-33    Filed 04/10/24    PageID.4258    Page 6 of 7

shares jumped 71% on Thursday after the company announced it has received FDA emergency use authorization for its coronavirus diagnostic assay kit.

- **Co-Diagnostics, Inc.** ▲ **CODX +0.88%** + Free Alerts   shares fell 19.8% to $17.76 after reporting Q1 results.

- **ADDvantage Technologies Group, Inc.** AEY dipped 18.4% to $1.81 following Q2 results. Addvantage Technologies posted a Q2 loss of $1.41 per share.

- **NeoPhotonics Corporation** NPTN dropped 16.8% to $7.25.

- **NantKwest, Inc.** NK shares tumbled 16% to $4.34. Nantkwest announced plans for a Phase 2, randomized, open-label study to evaluate the efficacy and safety of a combination immunotherapy: NantKwest's PD-L1 t-haNK, ImmunityBio's N-803, and aldoxorubicin HCI plus standard of care, versus standard-of-care chemotherapy for first- and second-line treatment of locally advanced or metastatic pancreatic cancer.

- **Genfit SA** ▲ **GNFT +0.84%** + Free Alerts   fell 15.1% to $5.67 after dropping over 6% on Thursday.

- **U.S. Global Investors, Inc.** ▲ **GROW +3.83%** + Free Alerts   dropped 14.6% to $1.7673 after reporting Q3 results.

- **Viad Corp** VVI Get Free Report 📄 shares tumbled 13.6% to $14.39. Viad reported Q1 preliminary sales of $306 million.

- **Plus Therapeutics, Inc.** ▲ **PSTV +0.62%** + Free Alerts   fell 13.2% to $1.85 following Q1 results.

- **IZEA Worldwide, Inc.** ▼ **IZEA -2.51%** Get Free Report 📄 fell 13.2% to $0.6112 after the company reported weaker-than-expected Q1 results.

- **VectoIQ Acquisition Corp.** VTIQ shares fell 13.1% to $22.42 after dipping 15% on Thursday.

- **AIM ImmunoTech Inc.** AIM dipped 13.1% to $2.5538.

- **Inuvo, Inc.** INUV fell 13% to $0.3450 after reporting a Q1 loss of $0.05 per share.

- **TESSCO Technologies Incorporated** TESS dipped 12.7% to $4.20.

Case 2:20-cv-00368-JNP Document 169-83 Filed 04/10/24 PageID.4254 Page 7 of 7

- **Farfetch Ltd** **FTCH** fell 12% to $13.99 after the company reported worse-than-expected Q1 sales results.

- **Immunic, Inc.** **IMUX** + Free Alerts dropped 11.3% to $9.56.

- **Titan Pharmaceuticals, Inc.** **TTNP** + Free Alerts fell 11.2% to $0.3018.

- **Armstrong Flooring, Inc.** **AFI** shares slipped 11% to $2.2450.

- **Hollysys Automation Technologies Ltd.** ▼ **HOLI** **-0.04%** Get Free Report 📄 dipped 10.8% to $12.56 after reporting downbeat Q3 results.

- **SG Blocks, Inc.** ▼ **SGBX** **-5.98%** Get Free Report 📄 shares fell 8.7% to $2.3250 after the company reported a wider Q1 loss.

## Your Exclusive Benzinga "Insider Report"

Get our best weekly stock picks and analysis sent right to your inbox. Gianni Di Poce shares a "major alpha alert" in this week's issue. Don't miss out! Click below to secure our top stock picks. **Try it today for $0.99.**

*© 2024 Benzinga.com. Benzinga does not provide investment advice. All rights reserved.*

Posted In:  News  Penny Stocks  Intraday Update  Markets  Movers  Trading Ideas  Mid-Day Movers  Top Gainers

