# Exhibit 87

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br>Plaintiff,<br><br>v.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD,<br><br>Defendants. | Case No. 2:20-cv-00368-CMR |

REBUTTAL REPORT OF JAMES O. WESTGARD

January 19, 2024

# Validation of Performance of Qualitative Tests

Prepared at the Request of Counsel

Marcus Neiman Rashbaum & Pineiro, LLP

2 S. Biscayne Blvd., Suite 2530, Miami FL 33131

Prepared by James O. Westgard

Westgard QC, Inc., 7614 Gray Fox Trail, Madison WI 53717

**Response to Expert Opinions**

Attorneys from Marcus Neiman Rashbaum & Pineiro LLP requested that I review the Expert Reports from Dr. Stephen Bustin (dated December 1, 2023) and Dr. Jennifer Dien Bard (dated November 29, 2023). This report extends the discussion of the performance of qualitative tests found in my earlier report in which Part I focused on Understanding Performance of Qualitative Laboratory Tests and Part II focused on the Assessment of Performance of Logix Smart Covid-19 Test.

**Review of Principles for Performance Validation**

There are many aspects of the principles for the performance validation of qualitative diagnostic tests where we seem to agree, such as:

- Analytical performance of a qualitative diagnostic test should be characterized by the Limit of Detection (LoD).
  - Dr. Bard makes the point that verification of LoD is not required for methods having EUA clearance from FDA, therefore LoD was not commonly tested. [page 10 of her report].

Westgard Rebuttal Report, 1/19/2024, Page 3

- o   Although experimental procedures for determining LoD were not standardized and not widely employed, I would note the existence of a CLSI EP17-A2 consensus guideline "Evaluation of Detection Capability for Clinical Laboratory Measurement Procedures" whose purpose is to provide guidance to manufacturers and laboratories regarding estimation and validation of the Limit of Detection. While all US manufacturers and laboratories should be aware of this guideline, it does not seem to have much influence on the establishment of LoD by its recommendation for establishing the precision interval and LoD using probit analysis.  For verification of LoD, a simple replication experiment can be performed on a series of diluted samples to identify the concentration at which 95% of results are positive.  That type of experiment is also commonly employed by manufacturers when making a claim for LoD.

- A Clinical Agreement Study is the primary experiment used in verification/validation studies to characterize the clinical sensitivity (Se) and clinical specificity (Sp) of a qualitative test.

  - o   I would add that medical usefulness of a qualitative diagnostic test should be further characterized by the predictive value of positive test results (PPV) and negative test results (NPV) to account for the prevalence of disease in the local population being tested.   This responsibility to assess the predictive value of tests falls more on local laboratories that provide services for screening and diagnosing patients than on manufacturers, and the predictive values are valuable for understanding the practical meaning of a positive or negative test result in the real world.

Westgard Rebuttal Report, 1/19/2024, Page 4

- Experimental protocols for determining Se and Sp from Clinical Agreement Studies were not well standardized in the early days of the Covid-19 Pandemic, particularly the first few months of 2020 when there was a rush to develop and introduce nucleic acid amplification tests (NAAT).

  o There were many experimental limitations in the Clinical Agreement Study due to the lack of available specimens, or limited number, from patients documented to have the disease, need for "contrived" samples that were created by adding active virus to provide known positive samples, and lack of "gold standard" reference methods that could be used for comparative purposes.

- Results from a Clinical Agreement Study are generally presented with a contingency table that shows the numbers of True Positives (TP), False Positives FP), True Negatives (TN), and False Negatives (FN).

| Comparative Method ("Gold Standard" or Available Reference method) | | | |
|---|---|---|---|
| Candidate Method | Positive Result | Negative Result | Total |
| Positive Result | TP | FN | TP+FN |
| Negative Result | FP | TN | FP+TN |
| Total | TP+FP | FN+TN | Total n |

  o Calculation of Clinical Sensitivity is based on the ratio TP/(TP+FP), also called Percent Positive Agreement (PPA) when there was a lack of a gold standard reference method (which was often the case).

  o Calculation of Clinical Specificity is based on the ratio TN(TN+FN), also called Percent Negative Agreement (PNA) when there was a lack of a gold standard reference method.

Westgard Rebuttal Report, 1/19/2024, Page 5

- o Calculation of Overall Correctness, also called Efficiency and/or Accuracy, is based on the ratio of (TP+TN)/(Total n). While not considered an essential parameter, it is often calculated and presented as part of the results of the Clinical Agreement Study.

- Confidence limits are generally recommended when presenting results to illustrate the reliability of the estimated Se or PPA and SP or PNA. A low number of patient results would be reflected in a wide 95% confidence interval, whereas higher numbers of patient results would narrow the 95% confidence interval.

- FDA guidelines for validation of test performance initially allowed the use of "contrived samples" and only in May 2020 were changed to require 30 real positive patient specimens and 75 real negative patients.

  - o It should be noted here that the CLSI guidance EP12-A2 "User Protocol for Evaluation of Qualitative Test Performance" published in 2008 recommended 50 positive and 50 negative patient specimens.

- Negative patient results could be obtained from patient samples collected prior to December 2019, thus reliable estimates of Sp or PNA became more readily available than reliable estimates of Se or PPA.

- Given the experimental limitations, particularly the difficulty in obtaining known, documented positive patient specimens, it was not uncommon to see clinical performance reported as Se or PPA of 100% based on "contrived samples" and small number of patient samples.

Westgard Rebuttal Report, 1/19/2024, Page 6

- There is general agreement amongst laboratory scientists and professionals in the field that claims of 100% Se and 100% Sp do not mean "perfect" test performance.  They understand there are no perfect tests because all tests have some variation in results.

    o   However, it may not be realistic to expect such a nuanced understanding and interpretation of performance claims from personnel who are not part of the diagnostic testing community of developers and manufacturers of test kits and methods and the laboratory community of scientists and technologists who use those kits and methods and supply patient test results for healthcare.


**Intended Audience for Press Release of April 30, 2020**

Central to the quality management of laboratory testing is the concept of "intended use." For example, the Organization for International Standards (ISO) provides a global guideline for the management of quality in medical laboratories – ISO 15189.  Medical Laboratories – Requirements for quality and competence [ISO, Geneva, 2012].   According to ISO 15189, quality management describes/defines the activities that are necessary to achieve quality objectives and requirements.  A quality management system provides the organizational structure, processes, procedures, and tools for implementing the activities necessary to achieve the quality objectives and requirements.  These quality objectives and requirements should be defined based on the "intended use" of a laboratory test, which relates to the specific application for a particular medical test.  For example, the "intended use" for diagnosis of COVID-19 by an NAAT test is a specific application that is different from testing a population to assess the prevalence of COVID-19 disease, which is a surveillance application that would likely depend on serological testing for COVID-19 antibodies.

Westgard Rebuttal Report, 1/19/2024, Page 7

In the context of Co-Diagnostics' press release of May 1, 2020, a similar consideration would be the "intended audience."  Who is this audience and how would they understand the claim "*In countries where we have been evaluated against other tests, we have consistently and repeatedly achieved 100% clinical sensitivity and specificity and you can't do better than that.*"

It is unlikely that this audience is the community of diagnostic testing scientists and personnel, but rather a community of financial analysts and investment advisors who participate one way or another in buy/sell decisions in the US stock market.  While their background may include science courses and possibly degrees in science, they are not likely to be, or have been, practicing laboratory scientists who would have a nuanced understanding of the practical meaning of "100% clinical sensitivity and specificity."

As discussed by Dr. Bustin, laboratory professionals have a sophisticated insight into the meaning of such a statement:

> *"It is widely recognized that no diagnostic test can achieve 100% diagnostic sensitivity or specificity in all circumstances."*  [from page 19 of his report]

> *"Consequently, the inherent variability in test performance has long been acknowledged, and this knowledge informed the expectations surrounding the COVID-19 diagnostic tests."* [from page 20 of his report]

Likewise, Dr. Bard also assumes the audience for the press release would have the experienced intellect of laboratory or industry professionals:

> *"The May 1, 2020 Press Release summarized sensitivity and specificity data from past independent evaluations of the Logix Test in a manner consistent with how diagnostic test manufacturers typically talk about test performance.  Tests often show 100% sensitivity and specificity on independent lab verifications or validations – that does not mean the test is perfect or will perform perfectly in all circumstances.  No one in the diagnostic testing industry would have understood the May 1 Press Release as promising 100% accuracy all of the time."* [from page 2 of her report]

Westgard Rebuttal Report, 1/19/2024, Page 8

*"Overall, my labs look for a new test to achieve at least 95% sensitivity and specificity on a verification/validation compared to the reference method before we feel comfortable implementing it, but we often see tests achieve 100% sensitivity and/or 100% specificity in our verifications/validations. This does not mean that the test will be 100% sensitive, 100% specific, or 100% accurate in every scenario: it is widely understood that the best test will eventually return a false positive or false negative due to variables outside of the labs' control. When a test shows 100% sensitivity and/or specificity in our verification/validation, we do not expect that test to be 100% 'perfect' in clinical practice, but it gives us a high level of confidence that the test can perform well for our diagnostic purposes."* [from page 10 of her report]

In her concluding statement, Dr. Bard again emphasizes that the May 1, 2020, press release

described test performance in a way consistent with manufacturers' practices:

*"In my view, this was simply a high-level summary of data reported to Co-Diagnostics from past independent evaluations of its test. Diagnostic tests routinely demonstrate 100% sensitivity and specificity on independent lab verifications and validations, but that does not mean that they are always 100% accurate. No diagnostic test performs perfectly all of the time, and <u>no one in the diagnostic testing industry</u> would have understood the May 1 Press Release as promising that the Logix Test would correctly identify all positive and negative patients in all circumstances. <u>Laboratory experts</u> understand the variables that may impact the sensitivity and specificity of a test during the verification/validation, but also post implementation. Not to mention that <u>regulatory bodies</u> (i.e., CLIA) require laboratories to independently test for the criteria mentioned above. And it is not surprising that the May 1 Press Release focused on sensitivity and specificity, because those are the most important metrics for evaluating real-world test performance."* [from pages 14-15 of her report, <u>emphasis</u> added]

In fact, the FDA, the key government regulatory body responsible for issuing Emergency

Use Authorizations (EUA), did respond to Co-Diagnostics, informing the company that

distributors were misrepresenting the performance of the Logix Smart COVID-19 test by

claiming 100% sensitivity and 100% specificity. In an e-mail dated May 15, 2020, Cecilia

Hutchins, Head of Regulatory and Clinical Affairs for Co-Diagnostics, acknowledged that the

FDA sent her an e-mail stating the following:

*"No IVD is 100% Sensitive and 100% Specific, so please inform your distributors that performance of the test should be promoted as based on the validation study design and data and as in the EUA, i.e., the results of your validation and, importantly, how it was performed."* CoDI_00005507

Westgard Rebuttal Report, 1/19/2024, Page 9

This is evidence that even personnel in the diagnostic testing industry and scientists and technologists in medical laboratories might not fully understand the practical meaning and possible limitations of such performance claims for an NAAT test.

Even interested press personnel, such as the reporters for the Salt Lake Journal who were involved in investigating the use and performance of COVID-19 tests have been challenged for their lack of knowledge and understanding of the problems of verification/validation of test performance, in this case, the analytical characteristic of the Limit of Detection.  As discussed by Dr. Bustin:

> *"Both the Amended Complaint and the April 30 SLT Article incorrectly assume that a test with a higher LoD will perform worse in clinical practice than a test with a lower LoD. As explained earlier, this is an unjustified assumption because the relevance of a LoD determined in the laboratory is vastly outweighed by numerous additional real-life issues. Hence, that premise is theoretically possible, but practically peripheral…"*  [from page 23 of this report]

Actually, most laboratory scientists would expect that a lower LoD should provide better detection of patient samples having a low viral load, hence the possible use of such a test for both symptomatic and asymptomatic patients.  This was acknowledged by Cecilia Hutchins in her e-mail of May 15, 2020, cited above:

> *"…performance claims are tied to the intended use.  If a test has a really low limit of detection, the FDA may allow the test to be used for screening asymptomatic patients. For the majority of EUA products the FDA has granted intended use for testing patients suspected of COVID-19 just because with the EUA they don't have enough time to scrutin[ize] and review the product analytical verifications.  Therefore, the FDA expects that if someone is suspected of COVID-19 is because they are showing symptoms or have had exposure.  In this scenario, there will probably be enough viral load for detection with most tests."* [from Cecilia Hutchins' e-mail chain CoDI_00001349]

In summary, "intended use" and "intended audience" are important concepts when considering the customers of laboratory tests and the consumers of press releases.  Intended use is critical for defining the clinical application of a laboratory test; likewise, the intended audience

of a press release should be considered when supplying information about the performance of a diagnostic test. The expectation that the claim "*we have consistently and repeatedly achieved 100% clinical sensitivity and specificity and you can't do better than that*" would be properly understood by the audience of the press release is unrealistic, particularly when the FDA voiced concerns that the diagnostic industry and laboratory scientists and technologists themselves may have difficulties understanding the performance of qualitative tests because their predominate experience is with traditional quantitative tests. Qualitative testing may sound simpler than quantitative testing, but the validation/verification of performance is different, protocols less familiar to laboratory scientists, and in many ways this was further complicated by the pressures to increase laboratory testing during the early days of the pandemic.

**Truth in Labelling**

Fundamental to the US regulations on manufacturers of medical devices and laboratory users of those devices is the principle of "truth in labelling." The FDA process for approval of medical tests and instruments requires that a manufacturer's claims for performance be properly established and documented. Approval does not depend on achieving a specified level of performance. This regulatory approach assumes that customers will select those products that achieve their required quality for patient care and that market forces will drive manufacturers to improve quality to meet user requirements. For example, Dr Bard specifies that acceptable performance is set by requirements of 95% Se and 95% Sp in her laboratories [page 10 of her report].

In this context, the legal issue of "literal truth" provides a parallel construct for considering the truth of a laboratory test result. Applying the common truth standard for

Westgard Rebuttal Report, 1/19/2024, Page 11

testifying in a legal case, a laboratory test should tell the truth, the whole truth, and nothing but the truth.  Likewise, a performance claim should tell the truth, the whole truth, and nothing but the truth. For claims of clinical sensitivity and clinical specificity, we should consider that the "truth" involves a statement of the observed Se or PPA and observed Sp or PNA and their confidence limits for the claimed performance; the "whole truth" requires disclosure of conditions and parameters that affect the truth, such as number and type of samples tested, "contrived" vs real patient specimens, symptomatic and/or asymptomatic patients, comparative testing method, etc.; and "nothing but the truth" relates to quality control (QC) of the testing and/or validation process, i.e., identification (or detection) of conditions, variables, or factors that might affect the reliability of the test results reported.

Adherence to accepted verification/validation principles provides guidance for describing the first and second dimensions; the 3rd dimension is typically represented in traditional quantitative testing by well-designed statistical QC procedures and detailed QC plans in the laboratory.  However, for the case of interest here – the verification/validation process, one important mechanism for quality control is the scientific review of results, such as the internal review and approval of field studies by the Head of Clinical and Regulatory Affairs in a diagnostic company, the FDA review of data submitted by a company in an EUA application, and the peer review of verification/validation studies submitted for publication in the scientific literature.

In this context, the May 1, 2020, Press Release lacked quality control in that it was not reviewed or approved by the Cecilia Hutchens, Head of Clinical and Regulatory Affairs at Co-Diagnostics.  The company by-passed an important step in the QC of the verification/validation process that might have prevented the communication of uncertain test results and avoided the

FDA notification about misleading performance claims.   In its notification, the FDA recommended that Co-Diagnostics should base its claims on its EUA validation study and "importantly how it was performed."  However, that study was performed on "contrived" samples which were not expected to provide reliable results.  As noted by Dr. Bard:

> "*Testing of clinical specimens obtained from patients in clinical practice is very different from testing contrived patient specimens through seeding of SARS-CoV-2 material… As a result, diagnostic tests on clinical specimens may show somewhat lower performance in independent lab validations or verifications and/or in clinical practice than they do in the manufacturer's own evaluations.*"  [from page 9 of her report]

However, at this particular point in time, Co-Diagnostics was responding to the SLT article "This is a Potential Public Health Disaster: Covid-19 results from TestUtah are raising questions."  A response required data from real patient results, not "contrived" samples as used in the company's EUA.

In the absence of peer-reviewed studies in the scientific literature, the company disclosed internally available verification/validation data from a variety of laboratories that were evaluating the Logix COVID-19 NAAT for their own use and applications.  Thus, unpublished data available only internally to the company was promoted in the Press Release to support the claim "*In countries where we have been evaluated against other tests, we have consistently and repeatedly achieved 100% clinical sensitivity and specificity and you can't do better than that.*" In assessing this claim by the truth standard:

- The 1st dimension of truth is provided by the point estimates of 100% Se and 100% Sp. Confidence intervals (CI) can be found (if the intended audience knows that information is critical).  The 95% CIs were 96.48%-100% for Se and 96.52%-100% for the Australian study, 85.4%-100% for Se and 78.1%-100% for Sp for the study from NIP India.  For the single US study that was cited based on the Minnesota Department of Health's analysis of

Westgard Rebuttal Report, 1/19/2024, Page 13

only 10 positive and 10 negative patients, the CIs can be calculated as 72.3% to 100% for both Se and Sp, thus the true Se may be as low as 96% according to the Australian study, 85% according to NIP India, and 72% according to the US study. Likewise, Sp may be as low as 96%, 78%, or 72% according to the cited studies.

- The 2nd dimension of "the whole truth" may be apparent from data in the Appendix of the PR if viewed by a sophisticated reader but is not as likely to be recognized by a non-technical audience. However, not all the important information is available, for example, not all the countries where evaluations were being performed were actually disclosed, e.g., the disputed validation studies from laboratories in India, South Africa, and Greece were excluded, supposedly due to contamination. If such contamination was a common problem, that information identifies a common failure mode that is critical for achieving quality test results and should have been disclosed to prevent future errors. Whatever the problems with the data from those studies, the fact that other verification/validation studies were being performed but did not produce acceptable results, means the claimed performance does not truthfully represent <u>all</u> "*countries where we have been evaluated against other tests,*" which is the implied meaning of the claim.

- The 3rd dimension - "nothing but the truth" - is sorely lacking. None of the reported results are truly independent, but rather represent the Company's own preparation of performance reports based on data from the field. In fact, these internal validation reports were prepared by Dr. Rebecca Garcia who signed as both the "Author" and "Supervisor." Dr. Garcia has testified that she had "no idea" that these reports would be released to the public and would have objected because they were not peer-reviewed. Furthermore, the data and the Press Release were not submitted for scientific review and approval by the

Westgard Rebuttal Report, 1/19/2024, Page 14

company's Head of Clinical and Regulatory Affairs, Cecilia Hutchens, bypassing a critical step that was part of an earlier agreement by the company and the FDA because of earlier issues with press releases.

Therefore, I conclude it is not truthful to claim "*In countries where we have been evaluated against other tests, we have consistently and repeatedly achieved 100% clinical sensitivity and specificity and you can't do better than that*".  The intended audience for the May 1, 2020, Press Release, likely lacked the technical expertise to understand the raw data in the summary reports of field studies, as well as the nuances that 100% Se and 100% Sp do not mean a perfect test.  In addition, I reiterate that the May 1, 2020, press release was not reviewed or authorized by the company's Head of Clinical and Regulatory Affairs, therefore it lacked the scientific review, or quality control, that would normally apply to the release of such data and performance claims.  Analogous to "literal truth," the information conveyed by the claim and data presented in the Press Release do not adequately provide the intended audience realistic and reliable information about the performance of the Logix Smart test.


**ADDENDUM – Later Peer-Reviewed Validation Studies**

The main body of this rebuttal deals with principles that lead to generally accepted practices for validating the performance of qualitative diagnostic tests, while minimizing the discussion of highly technical issues.  Nonetheless, technical issues have been raised in the expert report by Dr. Bustin, particularly related to a peer-reviewed paper published later in 2022 that compares performance of the Co-Diagnostics Logix Smart test with 4 other available methods, plus a selected reference method.  This paper, identified as MDT in Dr. Bustin's discussion, challenges the Se documented for the Logix Smart test in that study and therefore is

Westgard Rebuttal Report, 1/19/2024, Page 15

of some interest relevant to the May 1, 2020, Press Release with its claim of 100% Se for the Logix Smart test.

There were no peer-reviewed verification/validation studies available at the time of the Press Release on May 1, 2020.  Even today, there are only three peer-reviewed studies available, one authored by an Australian group, another by a Mexican group, and the last by an Israeli group (identified as MDT by Dr. Bustin).

- **Australian study**:  TF Paton, I Marr, Z O'Keefe, TJJ Inglis.  Development, deployment and in-field demonstration of mobile coronavirus SARS-CoV-2 nucleic acid amplification test. J Med Microbiol 2021; 70:0001346.

  http://doi.org/10.1091/mnn.0.001346

- **Mexican Study**:  H Alberto Barrera Saldana, C Rivera Santiago, R Rodriques Palacios. Sars-CoV-2: Challenges in reconverting diagnostic laboratories to combat the pandemic. Microbiology Spectrum (American Society for Microbiology):2022;10:1-13.

  https://doi.org/10.1128/spectrum.01477-22

- **Israeli or MDT Study**:  L. Jerbi, M Azrad, A Peretz. Evaluation of factors that affect the performance of COVID-19 molecular assays including presence of symptoms, number of detected genes and RNA extraction type.  Molecular Diagnostics & Therapy, 2022:26:229-238.  https://doi.org/10.1007/x40291-021-00574-y

Briefly, the Australian study provides essentially the same data for 207 patient samples attached to the May 1, 2020, Press Release and confirms the claimed Se and Sp.  However, the discussion reveals there were 4 discrepant results that were excluded from the data analysis.  As noted in our initial validation report, the handling of discrepant results is always difficult, particularly when a few results can exert significant influence on the estimated Se and Sp.  For

Westgard Rebuttal Report, 1/19/2024, Page 16

example, we noted that the PPA claim of 100% (CI 96.4%-100%) could change to 97.2% (CI 92.0%-99.0%) if there were 3 false positive results and that 1 false negative result would change the NPA claim of 100% (CI 96.4%-100%) to 99.0%(CI 94.8%-99.8%).

The Mexican study provided an estimate of 86.7% for Se or PPA (CI 62.1%-96.3%) and an estimate of 66.7% for Sp or PNA (CI 39.1%-86.2%).  The patient data here involved only 27 specimens, 13 of 15 which tested positive and 8 of 12 tested negative by the Logic Smart test compared to the reference method.  These are small numbers of specimens, but the estimates of Se and Sp should be as reliable as those from the 20 specimens analyzed by the Minnesota Department of Health for which 100% concordance was claimed.

For the Israeli study, there were 77 patients with symptoms of COVID-19 disease along with 25 patients having only exposure to an infected individual, comprising 102 positive patient samples when tested by the Allplex 2019-nCoV assay (Seegene, Seoul, South Korea), which was the reference method recommended by the Israeli Minister of Health.  This represents a patient population that is expected to have a wide range of viral loads, thus challenging the sensitivity of the 5 different methods under trial.  There were also 102 patient samples that were negative according to the Allplex assay. Thus the Israeli study represents a relatively large number of real patient specimens as well as a variety of COVID-19 test methods.

Performance results, taken from Table 1 of the paper, are shown below:

| Assay | Sensitivity % | 95% CI for Se | Specificity % | 95% CI for Sp |
|---|---|---|---|---|
| Real-Time Fluor | 88.2 | 80.3-93.8 | 92.2 | 85.1-96.6 |
| Logic Smart | 74.5 | 64.9-82.6 | 100 | 96.4-100 |
| BD/BD Max | 84.3 | 75.8-90.8 | 98.04 | 93.1-99.8 |
| Expert Express | 91.2 | 84-96 | 100 | 96.4-100 |
| Simplexa | 79.4 | 70.3-86.8 | 100 | 96.4-100 |

Westgard Rebuttal Report, 1/19/2024, Page 17

Note that the observed sensitivities range from 91.2% to 74.5, with the Logic Smart test having the lowest Se that is much lower than the claimed 100% in early studies.  An important factor here is that the positive patient samples represent both symptomatic patients and asymptomatic patients who were only known to be exposed to a patient having COVID-19, thus a wide range of viral loads is to be expected.  Note also from the confidence intervals that the expected sensitivities often overlap, and that a value of 81% Se represents the possible true Se for 4 of the 5 methods, with only the Expert Express being better.  Thus, there is a wide range of sensitivities observed for the different methods, but they are also similar in that the differences between methods may not be statistically significant as shown by the overlapping confidence intervals.

Dr. Bustin noted that "*it is striking that none of the five tests record 100% concordance with the AllPlex reference kit regarding sensitivity*" [page 42 of his report].  But that might not be expected given that the samples here are from both symptomatic and asymptomatic patients.  And as discussed above, the overlapping confidence intervals show that sensitivity amongst these different tests is similar for all but the Expert Express test, i.e., 82% Se is a possible true value for 4 of the 5 methods.   Dr. Bustin also observed that only the Logix Smart test demonstrated 100% Sp, but such performance would be consistent for a method that has a higher (poorer) LoD and a lower Se.

Dr. Bustin offers a detailed criticism of the Israeli MDT paper that can only be fully addressed by the authors themselves.  Nonetheless, it is difficult to accept some of the comments, particularly his conclusion that the comparative or reference method is the culprit:

> *Crucially, rather than demonstrating poor sensitivity of the Logix Smart Test, I view the data as revealing the Allplex kit's poor specificity (i.e., many false positives) in the authors' hands.  A comparative analysis such as this is only informative if the reference kit/system performs better than the kits/systems being compared to it.  In this case, it appears to have performed much worse.  Since the Allplex kit is generally accepted to be a good and reliable test, it is probable that the issues were with the way the kit was used*

*by the authors. This supposition is boosted by the basic errors and poor attention to detailed evidenced throughout the MDT article. Consequently, I find its conclusions with regards to the sensitivity of the Logix Smart Test (or any of the other tests), and any association between the number of gene targets and Cq value, to be unreliable and, in my opinion, wrong.* [from page 51 of his report]

While the reference or comparative method's performance is indeed critical, it cannot be so simply dismissed. The method was selected by the Israeli Department of Health supposedly because of good performance experienced during laboratory testing. Dr. Bustin accepts that the AllPlex kit would be expected to be a good and reliable method, but attributes poor performance to the author's implementation and use in their laboratory. Contamination certainly is a possible problem when dealing with NAAT methods, but experienced laboratories who conduct studies for publication would be aware of such problems and should have dealt with any such issues.

Concerning some of the other criticisms, there are some simple counting errors in Table 2, 90 vs 91 for the number of positives for the fluorescence kit and 81 vs 82 for the Simplexa kit that would change their estimates of Se by about 1 percentage point, but don't affect the results for the Logix Smart test. There also are a few proof-reading errors. Concerns about the data related to the number of gene targets do not affect the estimates of Se and Sp, but rather the reasoning about possible causes of the differences in sensitivity observed between methods. The lengthy discussion of Cq (quantitative cycle) or Ct (cycle count) values should also be considered in view of Dr. Bustin's own comments that cycle counts vary widely amongst different amplification methods and even for the same sample [page 7 of his report].

Finally, keep in mind the relevance of these later peer-reviewed studies. All three were published after the fact, a year or more after the May 1, 2020, Press Release. They did not influence the formulation of the Press Release nor the claim that "*In countries where we have been evaluated against other tests, we have consistently and repeatedly achieved 100% clinical*

*sensitivity and specificity and you can't do better than that"*.   While the Australian study lends support to Co-Diagnostic's claim for 100% Se (assuming proper handling of discrepant test results), the Mexican and Israeli studies both challenge that claim.  All three were peer-reviewed and met the journals' standards for publication.  That doesn't mean they are perfect, but they still provide critical and useful information about test performance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Madison, WI, on January 19, 2024.

James O. Westgard