# Exhibit 93

# yahoo!finance

Search for news, symbols or companies

News   **Finance**   Sports

More   Sign in

My Portfolio   News   Markets   Sectors   Screeners   Personal Finance   Videos   Finance Plus   Back to classic

Summary   News   Chart   Conversations   Statistics   **Historical Data**   Profile   Financials   Analysis   Options   Holders   Sustainability   Insights

NasdaqCM - Delayed Quote • USD

# Co-Diagnostics, Inc. (CODX)   ☆ Follow

## 1.2200 0.0000 (0.00%)

At close: 4:00 PM EDT

May 11, 2020 - May 18, 2020 ∨     Historical Prices ∨     Daily ∨

Currency in USD     ⬇ **Download**

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|---|---|---|---|---|---|---|
| May 15, 2020 | 19.5200 | 21.2000 | 15.8000 | 17.0700 | 17.0700 | 21,118,900 |
| May 14, 2020 | 26.7200 | 29.7200 | 18.3500 | 22.1300 | 22.1300 | 52,631,100 |
| May 13, 2020 | 17.5600 | 23.5000 | 17.4100 | 23.4200 | 23.4200 | 24,297,300 |
| May 12, 2020 | 17.6100 | 17.7200 | 16.2000 | 16.9900 | 16.9900 | 5,686,000 |
| May 11, 2020 | 16.0500 | 17.4000 | 15.8000 | 17.0500 | 17.0500 | 10,312,300 |

# Related Tickers   ‹ ›

| THMO | BIOL | NAOV | MOVE | CUTR | BSGM | HSCS | OPGN | BTCY |
|---|---|---|---|---|---|---|---|---|
| ThermoGenesis Holdin... | BIOLASE, Inc. | NanoVibronix, Inc. | Movano Inc. | Cutera, Inc. | BioSig Technologies, Inc. | Heart Test Laboratorie... | OpGen, Inc. | Biotricity, Inc. |
| **0.8365** -0.42% | **0.1469** -13.23% | **0.8525** -2.68% | **0.5501** +0.02% | **1.5300** -1.92% | **1.2400** +96.83% | **0.1082** -1.28% | **0.7800** +5.41% | **1.2000** -9.09% |



**POPULAR QUOTES**

Dow Jones

S&P 500

DAX Index

Nvidia

Tesla

DJT

**EXPLORE MORE**

Mortgages

Credit Cards

Sectors

Crypto Heatmap

Biden Economy

Financial News

**ABOUT**

Data Disclaimer

Help

Suggestions

Sitemap

What's New

Copyright © 2024 Yahoo.

All rights reserved.

