**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

|  |  |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br>Plaintiff,<br><br>v.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD,<br><br>Defendants. | Case No. 2:20-cv-00368-JNP-DBP<br><br>**DECLARATION OF DOUGLAS W. GREENE IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF PROPOSED EXPERT WITNESS DANIEL S. BETTENCOURT**<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Dustin B. Pead |

<u>**DECLARATION OF DOUGLAS W. GREENE IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF PROPOSED EXPERT WITNESS DANIEL S. BETTENCOURT**</u>

**DOUGLAS W. GREENE** declares under penalty of perjury, pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a partner at the law firm of Baker & Hostetler LLP, counsel for Defendants, Co-Diagnostics, Inc. ("Co-Diagnostics"), Dwight Egan ("Egan"), James Nelson ("Nelson"), Eugene Durenard ("Durenard"), Edward Murphy ("Murphy"), Richard Serbin ("Serbin"), Reed Benson ("Benson"), and Brent Satterfield ("Satterfield") (collectively, the "Defendants"). I submit this declaration in support of Defendants' Motion to Exclude the Testimony of Proposed Expert Witness Daniel S. Bettencourt. I declare that the following statements are true to the best of my knowledge, information, and belief. If called as a witness, I could and would testify competently as follows.

2.      Attached hereto as **Exhibit 1** is a true and accurate copy of the Declaration of Professor Allen Ferrell, attaching a true and accurate copy of the Rebuttal Report of Professor Allen Ferrell, dated January 19, 2024.

3.      Attached hereto as **Exhibit 2** is a true copy of the expert report of Daniel S. Bettencourt, dated December 4, 2023, as it was produced by Plaintiff.

4.      Mr. Daniel Bettencourt was deposed on February 14, 2024. Attached hereto as **Exhibit 3** is a true and accurate copy of the deposition transcript of Mr. Bettencourt.

5.      Attached hereto as **Exhibit 4** is a true and accurate copy of the Declaration of Professor Allen Ferrell, attaching a true and accurate copy of the Expert Report of Professor Allen Ferrell, dated December 4, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 10, 2024, at Seattle, Washington.

*/s/ Douglas W. Greene*
Douglas W. Greene

2