D. Loren Washburn (#10993)
WASHBURN LAW GROUP
881 Baxter Dr. Ste. 100
South Jordan, UT, 84095
Telephone: (385) 881-
9660
loren@washburnlawgroup.com

Michael A. Pineiro (*pro hac vice*)
MARCUS NEIMAN RASHBAUM & PINEIRO LLP
2 South Biscayne Blvd., Suite 2530
Miami, FL 33131
Telephone: (305) 400-
4268
mpineiro@mnrlawfirm.co
m

*Attorneys for Gelt Trading, Ltd. and Proposed Class*

IN THE UNITED STATES DISTRICT COURT
1DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company, <br><br>     Plaintiff, <br><br> v. <br><br> CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD, <br><br>     Defendants. | **CLASS PLAINTIFF'S APPENDIX OF EVIDENCE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Case No. 2:20-cv-00368-JNP-DBP |

Class Plaintiff Gelt Trading, Ltd., under Fed. R.Civ. P. 56 and Local Rule 56-1(b), hereby submits this Appendix of evidence in support of its motion for partial summary judgment:

**Exhibit 1**: Deposition transcript of Brent Satterfield

**Exhibit 2**: Deposition transcript of Dwight Egan

**Exhibit 3**: Deposition transcript of Andrew Benson

**Exhibit 4**: Brochure regarding Co-Diagnostic's Logix Smart Test (available at company website)

**Exhibit 5**: Expert Report of Daniel Bettencourt (Plaintiffs' Expert)

**Exhibit 6:** Deposition Transcript of Cecilia Hutchins

**Exhibit 7**: February 26, 2020 email string involving FDA and Hutchins (produced by Co-Diagnostics)

**Exhibit 8**: February 14, 2020 email string regarding FDA corrective action (produced by Co-Diagnostics)

**Exhibit 9**: April 2, 2020 email string regarding Indian NIV validation studies (produced by Co-Diagnostics

**Exhibit 10**: April 2, 2020 email string regarding Indian NIV validation studies (produced by Co-Diagnostics)

**Exhibit 11**: April 11, 2020 email string regarding Indian NIV validation studies (produced by Co-Diagnostics)

**Exhibit 12**: April 2, 2020 email string regarding Indian NIV validation studies (produced by Co-Diagnostics)

**Exhibit 13**: April 17, 2020 email string regarding South Africa validation studies (produced by Co-Diagnostics)

**Exhibit 14**: April 18, 2020 email string regarding South Africa validation studies (produced by Co-Diagnostics)

**Exhibit 15**: April 24, 2020 email string regarding Greece validation studies (produced by Co-Diagnostics)

**Exhibit 16**: Co-Diagnostics QT9 spreadsheet (produced by Co-Diagnostics)

**Exhibit 17**: April 30, 2020 email string regarding response Salt Lake Tribune article (produced by Co-Diagnostics)

**Exhibit 18**: April 30, 2020 email string regarding response Salt Lake Tribune article (produced by Co-Diagnostics)

**Exhibit 19**: May 1, 2020 email string regarding preparation of May 1 Press Release (produced by Co-Diagnostics)

**Exhibit 20**: May 1, 2020 email string enclosing revised May 1 Press Release (produced by Co-Diagnostics)

**Exhibit 21**: May 1, 2020 Press Release (available at Co-Diagnostics' website)

**Exhibit 22**: Deposition transcript of Chad Apuli

**Exhibit 23**: Deposition transcript Rebecca Garcia

**Exhibit 24**: May 13, 2020 email string regarding May 1 Press Release (produced by Co-Diagnostics)

**Exhibit 25**: May 1, 2020 email string regarding article about May 1 Press Release in Investor's Business Daily (produced by Co-Diagnostics)

**Exhibit 26**: May 3, 2020 email string regarding LOD of Logix test (produced by Co-Diagnostics)

**Exhibit 27**: May 4, 2020 email string LOD improvement (produced by Co-Diagnostics)

**Exhibit 28**: April 30, 2020 Salt Lake Tribune Article

**Exhibit 29**: Gelt's Trading History

**Exhibit 30**: May 14, 2020 SLT Article

**Exhibit 31**: May 14, 2020 FDA Release

**Exhibit 32**: May 15, 2020 email string about FDA complaint (produced by Co-Diagnostics)

**Exhibit 33**: May 6, 2020 TN Health email (available on public websites)

**Exhibit 34**: September 16, 2020 email about LOD (produced by Co-Diagnostics)

**Exhibit 35**: December 2021 Molecular Diagnosis Publication

**Exhibit 36**: Co-Diagnostics Cease and Desist Order

**Exhibit 37**: D. Egan Cease and Desist Order

**Exhibit 38**: A. Benson Cease and Desist Order

**Exhibit 39**: R. Benson Cease and Desist Order

**Exhibit 40**: Proactive Investor Article

**Exhibit 41:** Investorplace.com Article

Dated: April 10, 2024

**WASHBURN LAW GROUP**

 /s/ D. Loren Washburn
D. Loren Washburn (#10993)
loren@washburnlawgroup.com
881 Baxter Dr. Ste. 100
South Jordan, UT, 84095
Telephone: (385) 881-9660
loren@washburnlawgroup.com

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**

Michael A. Pineiro
Florida Bar No. 041897
mpineiro@mnrlawfirm.com
Brandon S. Floch
bfloch@mnrlawfirm.com
Florida Bar No. 125218

2 South Biscayne Boulevard, Suite 2530
Miami, Florida 33131
Telephone: (305) 400-4260
Facsimile: (866) 780-8355

*Attorneys for Gelt Trading, Ltd. and the Class*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on April 10, 2024 a copy of the foregoing was filed on the CM/ECF system and

delivered to all parties of record.

<u>/s/ D. Loren Washburn</u>
D. Loren Washburn