# EXHIBIT 7

Message
_____

From:       Cecilia Hutchins [c.hutchins@codiagnostics.com]
Sent:       2/26/2020 11:35:03 PM
To:         Hwang, Leroy [Leroy.Hwang@fda.hhs.gov]; Chad Apuli [c.apuli@codiagnostics.com]
CC:         Scherf, Uwe [Uwe.Scherf@fda.hhs.gov]; Sapsford, Kim E [Kim.Sapsford@fda.hhs.gov]; Thornton, Keith
            [Keith.Thornton@fda.hhs.gov]; Andrew Benson [a.benson@codiagnostics.com]
Subject:    Re: RUO Logix Smart 2019-nCoV Kit


Dr. Hwang,

I'm sorry to hear that the FDA still has concerns about the previous press releases.
We have been trying our best to be in compliance with the federal regulations.
We also understand that there is a lot of misunderstanding in the general public nowadays than in the normal operations of the IVD industry.
The review process for updates to the website has become more lengthy with the newly implemented process.
Please, allow us some time to discuss internally and provide a more accurate answer to the raised concerns.
I'll be able to provide the answer and hopefully have all corrective actions completed by Friday.


Sincerely,


**Cecilia Hutchins | Head of Regulatory Affairs**

*Tailor-Made Life Saving Solutions*
2401 S. Foothill Dr., Suite D
Salt Lake City, Utah 84109
www.codiagnostics.com
c.hutchins@codiagnostics.com


_____

**From:** Hwang, Leroy <Leroy.Hwang@fda.hhs.gov>
**Sent:** Wednesday, February 26, 2020 10:25 AM
**To:** Cecilia Hutchins <c.hutchins@codiagnostics.com>; Chad Apuli <c.apuli@codiagnostics.com>
**Cc:** Scherf, Uwe <Uwe.Scherf@fda.hhs.gov>; Sapsford, Kim E <Kim.Sapsford@fda.hhs.gov>; Thornton, Keith <Keith.Thornton@fda.hhs.gov>; Andrew Benson <a.benson@codiagnostics.com>
**Subject:** RUO Logix Smart 2019-nCoV Kit

Ms. Hutchins,

In review of the information provided, we still have some remaining concerns with regards to News Releases that are still  accessible through your firm's website.  Specifically, the February 6, 2020, and February 10, 2020 News releases that were highlighted previously are still accessible and still contain statements which are of concern to FDA.  We realize that these statements were made in the past, prior to FDA communication with your firm, so the statements made by representatives of your company cannot be changed.  However, we would request that you either remove reference to the previous news releases from your firm's website, or add a disclaimer statement to include as part of those previous news releases that the products are for Research Use Only (in the U.S.) and Not for use in diagno...

From our review of the updated information on your firm's website, it also appears that Co-Diag...
(February 24, 2020) announced CE-IVD mark for the Logix Smart COVID-19 Test.  So as to prevent...

**Exhibit 0005**
Hutchins

customers, we would also recommend that you clearly indicate that this product is available for Export only and not currently available in the U.S. We would request that you add this disclaimer statement to future press releases or statements regarding the CE-IVD product until a EUA is granted for the U.S.

We request that you provide an updated list of planned corrective actions to address these remaining issues to us by Friday, February 28, 2020.  If you would like to discuss specific proposals for wording for your updates, we would be happy to review through email or discuss over the phone.

We thank you for your cooperation in addressing these concerns and we look forward to your pre-EUA submission for your test.  Please let me know if you have any questions regarding this communication.

Sincerely,


**Leroy N. Hwang, Ph.D.**
*Team Lead, Post-market Compliance Group*

Division of Microbiology Devices | OHT7: Office of In vitro Diagnostics and Radiological Health
Office of Product Evaluation and Quality

CDRH | Food and Drug Administration
White Oak, Bldg. 66, Rm. 3266 | 10903 New Hampshire Avenue | Silver Spring, MD 20993
Ph: (240) 402-6427
leroy.hwang@fda.hhs.gov

 **U.S. FOOD & DRUG** ADMINISTRATION

  
*Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received:* https://www.research.net/s/cdrhcustomerservice?ID=1930&S=E


**From:** Cecilia Hutchins <c.hutchins@codiagnostics.com>
**Sent:** Friday, February 14, 2020 5:07 PM
**To:** Hwang, Leroy <Leroy.Hwang@fda.hhs.gov>; Chad Apuli <c.apuli@codiagnostics.com>
**Cc:** Scherf, Uwe <Uwe.Scherf@fda.hhs.gov>; Sapsford, Kim E <Kim.Sapsford@fda.hhs.gov>; Thornton, Keith <Keith.Thornton@fda.hhs.gov>; Andrew Benson <a.benson@codiagnostics.com>
**Subject:** Re: RUO Logix Smart 2019-nCoV Kit - request for teleconference

Dear Dr. Hwang,

See enclosed our response to the raised concerns about the labeling of Logix Smart 2019-nCoV.
I hope our response, and actions taken and planned to suffice on correcting and preventing this issue from happening in the future.
I can provide an update once all planned actions are completed.

Sincerely,


**Cecilia Hutchins | Regulatory Liaison**

CONFIDENTIAL                                                                                CoDI_00089646

***Tailor-Made Life Saving Solutions***
2401 S. Foothill Dr., Suite D
Salt Lake City, Utah 84109
www.codiagnostics.com
c.hutchins@codiagnostics.com

---

**From:** Cecilia Hutchins <c.hutchins@codiagnostics.com>
**Sent:** Tuesday, February 11, 2020 2:18 PM
**To:** Hwang, Leroy <Leroy.Hwang@fda.hhs.gov>; Chad Apuli <c.apuli@codiagnostics.com>
**Cc:** Scherf, Uwe <Uwe.Scherf@fda.hhs.gov>; Sapsford, Kim E <Kim.Sapsford@fda.hhs.gov>; Thornton, Keith <Keith.Thornton@fda.hhs.gov>
**Subject:** Re: RUO Logix Smart 2019-nCoV Kit - request for teleconference

Dear Leroy,

Thank you for bringing these issues to us, as we discussed in the teleconference, our intentions were never to violate the federal regulations.
We'll take the following actions:
- Work on the corrective actions immediately to fix and clarify the discussed concerns.
- Plan the necessary actions to prevent this issue from happening in the future.

We'll submit the list of corrective and preventive actions as soon as possible and before Friday, the 14th.
Again, I would like to thank you for bringing this issue to our attention, as a startup and small company we have a serious commitment to improving our processes and compliance with the federal regulations. This feedback exchange is very valuable to us.

Sincerely,

**Cecilia Hutchins | Regulatory Liaison**

***Tailor-Made Life Saving Solutions***
2401 S. Foothill Dr., Suite D
Salt Lake City, Utah 84109
www.codiagnostics.com
c.hutchins@codiagnostics.com

---

**From:** Hwang, Leroy <Leroy.Hwang@fda.hhs.gov>
**Sent:** Tuesday, February 11, 2020 1:26 PM
**To:** Chad Apuli <c.apuli@codiagnostics.com>; Cecilia Hutchins <c.hutchins@codiagnostics.com>
**Cc:** Scherf, Uwe <Uwe.Scherf@fda.hhs.gov>; Sapsford, Kim E <Kim.Sapsford@fda.hhs.gov>; Thornton, Keith <Keith.Thornton@fda.hhs.gov>
**Subject:** RE: RUO Logix Smart 2019-nCoV Kit - request for teleconference

Cecilia and Chad,

CONFIDENTIAL

CoDI_00089647

Please find below the summary of today's (02/11/2020) teleconference.

FDA acknowledges that Co-Diagnostics have requested the Pre-EUA template (on 2/1/2020) and are working with the premarket review team. But as indicated in the email your firm has received from FDA with the EUA template:
"Please be reminded that in the U.S. a test for the detection of 2019-nCoV or to diagnose 2019-nCoV infection must not be distributed and/or used for clinical diagnosis without premarket clearance, approval, or EUA by the FDA."

In review of the Website information regarding the RUO Logix Smart 2019-nCoV Kit product and News releases on your firm's website, FDA has identified a number of concerns with regards to the statements made with respect to this product, which appear inconsistent with Research Use Only (RUO) products.  As a reminder, **Per  21CFR809.10(c)(i)** - For a product in the laboratory research phase of development, and not represented as an effective in vitro diagnostic product, all labeling bears the statement, prominently placed: **"For Research Use Only. Not for use in diagnostic procedures."**

For more information regarding RUO products, please find the link to the FDA guidance on this subject. https://www.fda.gov/media/87374/download

Specific concerns include:

Website for the RUO Logix Smart 2019-nCoV Kit product states –
- current features – "CoPrimer technology has shown enhanced specificity when compared to other products on the market." – specificity implies a performance claim.

- current features – "Components are sold for Research Use Only to appropriate customers, to meet the needs of the emergency market." – inconsistent with research use only and implies use for screening/diagnosis

- Intended Use – "The kit is available for Research Use Only and is not licensed for diagnostic procedures."  - Inconsistent with 809.10(c)(i) which requires labeling bear the following statement, prominently placed, **"For Research Use Only. Not for use in diagnostic procedures."**

News release (2/6/2020) statements -
- "(RUO) CoPrimer test for the 2019-nCoV coronavirus is ready for sale to appropriate laboratories, hospitals, and institutions in need of a solution to the current coronavirus epidemic." – implies use for diagnostic/screening purposes, not laboratory research.

- "Co-Diagnostics believes that the test's unique design will provide enhanced accuracy when detecting the presence of the coronavirus, including improved specificity over tests designed on a different platform." – specificity/performance claim.

- "Increased specificity is one of the hallmarks of tests build using our patented CoPrimer platform." – performance claim.

- "Sales and shipments of products will be fulfilled...to customers who have the capacity to utilize RUO to slow the spread of this epidemic." – suggests use for diagnostic/screening purposes.

News release (2/10/2020) statements –

CONFIDENTIAL                                                                    CoDI_00089648

- "Co-Diagnostics, Inc....announced today sales of its screening test designed to identify the presence of the novel coronavirus. – implies use for screening purposes.

- "We are pleased to be able to offer a product to this market that excels in being both sensitive and specific, the two benchmarks for accuracy in molecular diagnostics." – performance claims and implies use for diagnostic purposes.

- "We believe the way that Co-Diagnostics can be most helpful in this ongoing situation is by providing diagnostic solutions that are affordable and accessible in any market in the world." – Implies diagnostic use for RUO.

- "Doing so also provides a compelling proof-of-concept that the Company's unique process and patented technology could quickly and efficiently be applied to address the diagnostic needs associated with other emergencies, including potential mutations of the coronavirus." – implies diagnostic use


As clarified on the call, although some of the statements made are not specifically citing the RUO Logix Smart 2019-nCoV Kit product, when statements are made in association with a press release regarding the product or associated with the product on your firm's website, it links the claim to use of the RUO product.

We request that your firm take immediate corrective action to resolve these identified concerns and identify actions to avoid future issues with regards to the RUO Logix Smart 2019-nCoV coronavirus product and its labeling.  We ask that you provide a list of planned actions to address these concerns by Friday, February 14, 2020.

Please also note that under the current HHS EUA declaration, LDTs should not be used for clinical diagnoses without FDA's approval, clearance, or authorization during an emergency declaration.  For more information, please find links to information regarding EUA below.  **https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/information-laboratories-implementing-ivd-tests-under-eua**

Please let me know if you have any questions.

Sincerely,


**Leroy N. Hwang, Ph.D.**
*Team Lead, Post-market Compliance Group*

Division of Microbiology Devices | OHT7: Office of In vitro Diagnostics and Radiological Health
Office of Product Evaluation and Quality

CDRH | Food and Drug Administration
White Oak, Bldg. 66, Rm. 3266 | 10903 New Hampshire Avenue | Silver Spring, MD 20993
Ph: (240) 402-6427
leroy.hwang@fda.hhs.gov


U.S. FOOD & DRUG
ADMINISTRATION



*Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received:* https://www.research.net/s/cdrhcustomerservice?ID=1930&S=E

CONFIDENTIAL

**From:** Chad Apuli <c.apuli@codiagnostics.com>
**Sent:** Tuesday, February 11, 2020 2:01 PM
**To:** Hwang, Leroy <Leroy.Hwang@fda.hhs.gov>
**Cc:** Scherf, Uwe <Uwe.Scherf@fda.hhs.gov>; Sapsford, Kim E <Kim.Sapsford@fda.hhs.gov>; Thornton, Keith <Keith.Thornton@fda.hhs.gov>; Cecilia Hutchins <c.hutchins@codiagnostics.com>
**Subject:** Re: RUO Logix Smart 2019-nCoV Kit - request for teleconference

Leroy,

We will be able to meet at 12:30 MST (2:30 EST). Here is the GoToMeeting info. We look forward to talking with you.

Co-Diagnostics and FDA 2019-nCoV Meeting
Tue, Feb 11, 2020 12:30 PM - 1:00 PM (MST)

**Please join my meeting from your computer, tablet or smartphone.**
https://global.gotomeeting.com/join/443045253

**You can also dial in using your phone.**
United States: +1 (872) 240-3412

**Access Code:** 443-045-253

New to GoToMeeting? Get the app now and be ready when your first meeting starts:
https://global.gotomeeting.com/install/443045253

Thanks,
Chad

**From:** Hwang, Leroy <Leroy.Hwang@fda.hhs.gov>
**Sent:** Tuesday, February 11, 2020 11:22 AM
**To:** Chad Apuli <c.apuli@codiagnostics.com>
**Cc:** Scherf, Uwe <Uwe.Scherf@fda.hhs.gov>; Sapsford, Kim E <Kim.Sapsford@fda.hhs.gov>; Thornton, Keith <Keith.Thornton@fda.hhs.gov>; Cecilia Hutchins <c.hutchins@codiagnostics.com>
**Subject:** RE: RUO Logix Smart 2019-nCoV Kit - request for teleconference

Chad,

Thanks for the quick response. When you have arranged for the time for the call on your side, please just let us know and send the call-in number for us.

Sincerely,


**Leroy N. Hwang, Ph.D.**
*Team Lead, Post-market Compliance Group*

Division of Microbiology Devices | OHT7: Office of In vitro Diagnostics and Radiological Health
Office of Product Evaluation and Quality

CONFIDENTIAL

CDRH | Food and Drug Administration
White Oak, Bldg. 66, Rm. 3266 | 10903 New Hampshire Avenue | Silver Spring, MD 20993
Ph: (240) 402-6427
leroy.hwang@fda.hhs.gov

 U.S. FOOD & DRUG
ADMINISTRATION

  

*Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received:* https://www.research.net/s/cdrhcustomerservice?ID=1930&S=E

---

**From:** Chad Apuli <c.apuli@codiagnostics.com>
**Sent:** Tuesday, February 11, 2020 1:21 PM
**To:** Hwang, Leroy <Leroy.Hwang@fda.hhs.gov>; info <info@codiagnostics.com>
**Cc:** Scherf, Uwe <Uwe.Scherf@fda.hhs.gov>; Sapsford, Kim E <Kim.Sapsford@fda.hhs.gov>; Thornton, Keith <Keith.Thornton@fda.hhs.gov>; Cecilia Hutchins <c.hutchins@codiagnostics.com>
**Subject:** Re: RUO Logix Smart 2019-nCoV Kit - request for teleconference

Dr. Hwang,

Thanks for reaching out. I apologize as Cecilia's son is sick, and she is currently at a Dr.'s appointment with him. We should be able to have the call soon, but I'll respond shortly with a specific time.

Again, my apologies.

Regards,

Chad

---

**From:** Hwang, Leroy <Leroy.Hwang@fda.hhs.gov>
**Sent:** Tuesday, February 11, 2020 11:14 AM
**To:** Chad Apuli <c.apuli@codiagnostics.com>; info <info@codiagnostics.com>
**Cc:** Scherf, Uwe <Uwe.Scherf@fda.hhs.gov>; Sapsford, Kim E <Kim.Sapsford@fda.hhs.gov>; Thornton, Keith <Keith.Thornton@fda.hhs.gov>; Cecilia Hutchins <c.hutchins@codiagnostics.com>
**Subject:** FW: RUO Logix Smart 2019-nCoV Kit - request for teleconference

Mr. Apuli,

We had previously reached out to your colleague Ms. Hutchins with regards to a request for a teleconference with your firm. We have yet to receive any responses with regards to this request. Could you please contact us to arrange for this discussion. Again we are available for discussion between now (1.15pm) and 3pm EST.

Sincerely,


**Leroy N. Hwang, Ph.D.**
*Team Lead, Post-market Compliance Group*

CONFIDENTIAL

Division of Microbiology Devices | OHT7: Office of In vitro Diagnostics and Radiological Health
Office of Product Evaluation and Quality

CDRH | Food and Drug Administration
White Oak, Bldg. 66, Rm. 3266 | 10903 New Hampshire Avenue | Silver Spring, MD 20993
Ph: (240) 402-6427
leroy.hwang@fda.hhs.gov





*Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received:* https://www.research.net/s/cdrhcustomerservice?ID=1930&S=E

---

**From:** Hwang, Leroy
**Sent:** Tuesday, February 11, 2020 9:53 AM
**To:** 'c.hutchins@codiagnostics.com' <c.hutchins@codiagnostics.com>
**Cc:** Sapsford, Kim E <Kim.Sapsford@fda.hhs.gov>; Scherf, Uwe <Uwe.Scherf@fda.hhs.gov>
**Subject:** RUO Logix Smart 2019-nCoV Kit - request for teleconference

Ms. Hutchins,

In review of your firm's website and News release statements regarding the Research Use Only (RUO) Logix Smart 2019-nCoV coronavirus test, we have some concerns regarding your firm's statements which have been made regarding this product in the context of the current HHS Emergency Use Authorization (EUA) declaration. We would request a teleconference this afternoon to discuss our concerns. We are available between the hours of 12.30pm and 3.00pm EST. Please let us know your availability for this discussion.

Sincerely,

**Leroy N. Hwang, Ph.D.**
*Team Lead, Post-market Compliance Group*

Division of Microbiology Devices | OHT7: Office of In vitro Diagnostics and Radiological Health
Office of Product Evaluation and Quality

CDRH | Food and Drug Administration
White Oak, Bldg. 66, Rm. 3266 | 10903 New Hampshire Avenue | Silver Spring, MD 20993
Ph: (240) 402-6427
leroy.hwang@fda.hhs.gov





*Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received:* https://www.research.net/s/cdrhcustomerservice?ID=1930&S=E

CONFIDENTIAL