EXHIBIT 8

Message
_____

**From:**     Cecilia Hutchins [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B1C7AF2D02064ABF899DF58DF08FB36A-C.HUTCHINS]
**Sent:**     2/14/2020 8:52:25 PM
**To:**       Chad Apuli [c.apuli@codiagnostics.com]; Andrew Benson [a.benson@codiagnostics.com]
**Subject:**  Answer to FDA with the Action Plan
**Attachments:**  Corrective and Preventive Action (CAPA) Plan.docx


Chad and Andrew,

Here enclosed is the answer to the FDA.
Sorry, I would like to have had it earlier.
Let me know your thoughts.
You can fix the grammar and wording as much as you want.....


**Cecilia Hutchins | Regulatory Liaison**

*Tailor-Made Life Saving Solutions*
2401 S. Foothill Dr., Suite D
Salt Lake City, Utah 84109
www.codiagnostics.com
c.hutchins@codiagnostics.com

**Exhibit
0007**

CONFIDENTIAL                                                                                      CoDI_00089241

![CO-DIAGNOSTICS INC. logo]

# Corrective and Preventive Action (CAPA) Plan

**Organization / Agency:** CDRH - US FDA (Food and Drug Administration)     **Date of the Issue:** 11-Feb-2020

**Recipient:** Dr. Leroy Hwang, PhD     **Response deadline:** 14-Feb-2020

**Department:** Post-market Compliance Group, Division of Microbiology Devices, OHT7: Office of In vitro Diagnostics and Radiological Health

| Report Finding Number | Finding description | Root Cause Analysis | Corrective Action (CA) / Preventive Action (PA) | Assigned person and estimated completion date | Responsible (initials) and Completion Date |
|---|---|---|---|---|---|
| NA | Website for the RUO Logix Smart 2019-nCoV Kit product states – <br>• current features – "CoPrimer technology has shown enhanced specificity when compared to other products on the market." – specificity implies a performance claim.<br>• current features – "Components are sold for Research Use Only to appropriate customers, to meet the needs of the emergency market." – inconsistent with research use only and implies use for screening/diagnosis<br>• Intended Use – "The kit is available for Research Use Only and is not licensed for diagnostic procedures." - Inconsistent with 809.10(c)(i) which requires labeling bear the following statement, prominently placed, "**For Research Use Only. Not for use in diagnostic procedures.**" | Co-Diagnostics has a Regulatory department in charge of reviewing labeling. However, the process for review of labeling was not well standardized. | Corrective Action:<br>1. The webpage for Logix Smart 2019-nCoV has been reviewed and updated removing all claims or implied claims of performance. | Andrew Benson & Cecilia Hutchins, 12-Feb-2020 | AB & CH, 12-Feb-2020 |
|  |  |  | 2. A disclaimer has been included in the webpage for Logix Smart 2019-nCoV to clarify that the product is not available for sale in the US territory. The product will be commercialized in foreign markets in accordance to the specific region's regulations. | Andrew Benson & Cecilia Hutchins, 12-Feb-2020 | AB & CH, 12-Feb-2020 |

CONFIDENTIAL

CoDI_00089242

CO-DIAGNOSTICS INC.

| | | | Preventive Action: | Andrew Benson & Cecilia Hutchins, 21-Feb-2020 | |
|---|---|---|---|---|---|
| | | | 1. Create a checklist for labeling review based on 21 CFR 809.10 and FDA guidance on Research Use Only Labeling Instructions, located at https://www.fda.gov/media/87374 /download, for review and approval of labeling as defined by the 21 CFR 809.10. | | |
| NA | News release (2/6/2020) statements - <br>• "(RUO) CoPrimer test for the 2019-nCoV coronavirus is ready for sale to appropriate laboratories, hospitals, and institutions in need of a solution to the current coronavirus epidemic." – implies use for diagnostic/screening purposes, not laboratory research. <br>• "Co-Diagnostics believes that the test's unique design will provide enhanced accuracy when detecting the presence of the coronavirus, including improved specificity over tests designed on a different platform." – specificity/performance claim. <br>• "Increased specificity is one of the hallmarks of tests build using our patented CoPrimer platform." – performance claim. <br>• "Sales and shipments of products will be fulfilled…to customers who have the capacity to utilize RUO to slow the spread of this epidemic." – suggests use for diagnostic/screening purposes. | Co-Diagnostics has a Regulatory department in charge of reviewing labeling. However, press releases were not included in the labeling review process. | Preventive Action: <br>1. Inclusion of review of press releases related to the Logix Smart line of products, which comprehends the clinical line of in vitro diagnostics developed, produced, and commercialized by Co-Diagnostics. | Andrew Benson & Cecilia Hutchins, 21-Feb-2020 | |

Case 2:20-cv-00368-JNP Document 171-8 Filed 04/10/24 PageID.5414 Page 4 of 5

CONFIDENTIAL
CoDI_00089243

**CO-DIAGNOSTICS INC.**

| | | | |
|---|---|---|---|
| News release (2/10/2020) statements – <br>• "Co-Diagnostics, Inc....announced today sales of its screening test designed to identify the presence of the novel coronavirus. – implies use for screening purposes. <br>• "We are pleased to be able to offer a product to this market that excels in being both sensitive and specific, the two benchmarks for accuracy in molecular diagnostics." – performance claims and implies use for diagnostic purposes. <br>• "We believe the way that Co-Diagnostics can be most helpful in this ongoing situation is by providing diagnostic solutions that are affordable and accessible in any market in the world." – Implies diagnostic use for RUO. <br>• "Doing so also provides a compelling proof-of-concept that the Company's unique process and patented technology could quickly and efficiently be applied to address the diagnostic needs associated with other emergencies, including potential mutations of the coronavirus." – implies diagnostic use | | 2. Training and review of labeling procedures with distributors to ensure labeling requirements are going to be maintained throughout Co-Diagnostics supply chain. | Seth Egan & Cecilia Hutchins, 29-Feb-2020 |

| Author Printed Name | Role | Signature | Date |
|---|---|---|---|
| | | | |

| Reviewer Printed Name | Role | Signature | Date |
|---|---|---|---|
| | | | |

**FRM-8801-00**
**Arabic \* MERGEFORMAT ]** of **[ NUMPAGES \* Arabic \* MERGEFORMAT ]**

INNOVATING REVOLUTIONARY MOLECULAR DIAGNOSTICS
2401 S. Foothill Dr. Suite D. Salt Lake City, UT 84109 | 801.438.1036 | www.codiagnostics.com

Page **[ PAGE \***

Case 2:20-cv-00368-JNP  Document 171-8  Filed 04/10/24  PageID.5415  Page 5 of 5

CONFIDENTIAL

CoDI_00089244