# EXHIBIT 10

Message

---

**From:** Rebecca Garcia [r.garcia@codiagnostics.com]
**Sent:** 4/2/2020 12:57:47 PM
**To:** Brent Satterfield [b.satterfield@codiagnostics.com]
**Subject:** FW: Performance Evaluation Result
**Attachments:** Validation_of_Commercial_Kits_02042020_NIV Pune.pdf

Rebecca A. Garcia, PhD
VP Product Development

 CO-DIAGNOSTICS INC.



**Exhibit
Garcia 0007**

2401 S. Foothill Dr., Suite D
Salt Lake City, Utah 84109
www.codiagnostics.com

Office: 1 (801) 438-1036
Mobile: 1 (864) 421-3757
Skype: rebecca.ashmore-garcia

This email and any attachments are confidential. Any use, copying or disclosure other than by the intended recipient is unauthorized. If you have received this message in error, please notify the sender immediately via 1(801)438-1036 or notify info@codiagnostics.com and delete this message and any copies from your computer and network.

---

**From:** Anurag Mehta <amehta@synbiotics.in>
**Sent:** Thursday, April 2, 2020 5:31:57 AM
**To:** 'Mohal Sarabhai' <msarabhai@asence.com>; Mayuranki Almaula <m.almaula@codiagnostics.com>; Rebecca Garcia <r.garcia@codiagnostics.com>; Seth Egan <s.egan@codiagnostics.com>; Dwight Egan <d.egan@codiagnostics.com>; Andrew Benson <a.benson@codiagnostics.com>
**Cc:** 'Swapnali' <skulkarni@cosara.in>
**Subject:** Performance Evaluation Result

Dear All,

Today the results of PE are published on ICMR site and unfortunately our score is not that satisfactory. Please refer our score for concordance among true negative and true positive respectively.
The requirement is 100% for both the parameters. (attached).

We have submitted this results to CDSCO for granting the permission for manufacturing but I am having doubts, which I am listing below:

CDSCO will again raise the query that "the results of PE are not meeting the ICMR requirements and so the product needs improvements to meet the criteria"

In that case we will not be granted manufacturing license and some improvement needs to be done on this product at SLC or may be some minor concentration changes at Cosara using existing components only.

After doing that we can again submit the sample (version 2) to NIV for evaluation. (here also the risk is involved that we may get the same or even not better results as the existing one).

On the positive side if we say or propose that our product is more sensitive so it shows +ve results even with very less numbers of copies and that has happened with 100-88=12% of samples.

The counter thoughts says that when NIV has established standards in India for comparison of commercial kits, it is difficult to believe that they have not verified their standards at the lowest possible levels (limit of detection).

I am sure NIV and ICMR must have done enough work on this before declaring their standards.

And even if it is so, it can't be as high as 12%. It can be understood or interpreted if it 1% or 2%.

Can we think of any cross-reactivity during the test, other than claimed in the technical dossier?

However we will have to wait till April 03, 2020 to get the intimation from CDSCO. If they allow us, we will get the manufacturing license and start manufacturing but if they don't accept the PE report, we will have to think on next line of action.

Thanks.

Anurag Mehta
Chief Operating Officer
(M)+91 9909001737

**Guidelines for use of commercial kits for nasal/throat swab based diagnosis of COVID-19 in India, 2 April, 2020**

- Currently, RT-PCR probes for diagnosis of COVID-19 are procured from USA by ICMR-NIV and are distributed to the testing laboratories across the country
- ICMR welcomes use of commercial kits for diagnosis of COVID-19
- US FDA EUA/CE IVD approved kits can be used directly after due approval from DCGI and intimation to ICMR
- ICMR has established a fast-track mechanism for validation of non US FDA EUA/CE IVD approved kits at ICMR NIV. Test kits with 100% concordance among true positive and true negative samples will be approved for commercial use in India
- ICMR NIV has completed evaluation of **20** non- US FDA EUA/CE IVD kits. The results of the validation are summarized in the following table

| Name of Company | Name of the Kit | Concordance among true negative (%) | Concordance among true positive (%) |
|---|---|---|---|
| 1. Altona Diagnostics | RealStar SARS-CoV-2 RT-PCR kit 1.0 | 100% | 100% |
| 2. MY LAB | Patho Detect | 100% | 100% |
| 3. BGI | Real Time Fluorescent RT-PCR Kit for detecting 2019-nCoV | 100% | 90% |
| 4. Krishgen Bio System | SARS-CoV-2 Coronavirus Real Time RT-PCR (RT-qPCR) Detection Kit v1 | 100% | 80% |
| 5. ABI | TaqMan 2019-nCoV Control    Kit v1 | 100% | 90% |
| 6. HIMEDIA | Hi –PCR Corona Virus (CoViD-19) Probe PCR Kit | 100% | 5% |
| 7. HUWEL | Quantiplus Coronavirus (2019nCoV) detection kit | 100% | 40% |
| 8. IIT-Delhi | SYBR Green based one step QRT-PCR | 98% | 10% |
| 9. KILPEST (BLACKBIO) | TRUPCR | 100% | 75% |
| 10. Genesig | Coronavirus (COVID19) genesig  Real Time PCR Assay | 100% | 84% |
| 11. Roche | LightMix Modular SARS and Wuhan CoV E gene | 91% | 100% |
| 12. Roche | LightMix Modular SARS and Wuhan CoV N gene | 93% | 67% |
| 13. Roche | LightMix Modular Wuhan RdRp gene | 100% | 60% |
| 14. Seegene | Allplex 2019-nCoV assay | 100% | 100% |
| 15. SD Biosensor | nCoV Real-Time Detection kit | 100% | 100% |
| 16. AmpliGene India Biotech | AmpEZ Covid -19 using real-time PCR machine | Inconclusive results. Needs further product development | |
| 17. AmpliGene India Biotech | AmpEZ Covid -19 using Ampligene device | Inconclusive results. Needs further product development | |
| 18. Biogenomics | COVID -19 detection kit | 82% | 100% |
| 19. COSARA Diagnostics | SARAGENE Corona Virus (2019 NCV) test kit | 88% | 100% |
| 20. KILPEST (3B BLACKBIO) | TRUPCR SARS-CoV-2RT-qPCR kit version 2 | 100% | 100% |

(Sensitivity and specificity of the kits could not be calculated since there were no false positive and false negative samples)

- ICMR recommends these results and the Central Drugs Standard Control Organization (CDSCO) has been intimated.

CONFIDENTIAL