# EXHIBIT 11

Message
_____

**From:**      Rebecca Garcia [r.garcia@codiagnostics.com]
**Sent:**      4/11/2020 10:36:59 AM
**To:**        Dwight Egan [d.egan@codiagnostics.com]; Mayuranki Almaula [m.almaula@codiagnostics.com]
**Subject:**   URGENT- NIV India Results

Hi Ike,

The following is a report from NIV that needs action from us. This is feedback that affects the entire test and company. I would like to talk with you before bringing everyone else in. Please call as soon as possible.

NIV tested the following points in this order:
1.     First submission tested COVID samples with NIV assay and Saragene assay (produced in Ranoli), the results were 88% specificity and 100% sensitivity.
2.     Second submission (CE-IVD kit sent from US) was tested for LOD first. They agree the sensitivity is much lower than their test. Agreed by both entities.
3.     Second submission was then tested by 49 clinical samples against their NIV assay. 10 of 49 samples had very clear amplification curves between cycles 35-39 with our assay. These samples were negative with their assay. They tested for contamination it was not present. They pulled a respiratory panel of influenza viruses out that was known COVID negative and tested 13 samples with our test, their test, and several other real-time tests. Our test gave 6 of 13 positive for COVID from this respiratory panel. They decided to test more to confirm this was true. The went back to pre-covid samples stored in -80C freezer from Jan and Feb of 2019. They tested 8 samples that had other known respiratory infection and not COVID. All 8 of these samples showed positive COVID with our test between cycles 36-38 with clear amplification curves. None of the false positive samples were past cycle 39. All were confirmed with other real-time assays.
She went on to tell me that contamination at the facility is conducted every Monday with swabs and run with real-time and other methods. She will send a list of specific types of virus that are cross reacting with our test. These include influenza A, B, H1N1.
She says the specificity for our test is now 65%; she is NOT recommending the assay.
4.     Recommendations from NIV:
a.     According to our own published paper, they point out that short primers have ability to prime with human DNA in the cells. They suggest we determine if the primers are mispriming with DNA from the clinical samples.
b.     She suggests increasing the Tm.

Based on the above information, we have agreed that she will tell the Chief regulatory agency that we are working on the test instead of reporting the 65% failed test. I told her that we would take the information and re-test based on the defined list of respiratory viruses she provides.

Mohal has not been provided this information yet. We need to discuss steps moving forward and how to respond.

Regards,

Rebecca A. Garcia, PhD
VP Product Development



2401 S. Foothill Dr., Suite D
Salt Lake City, Utah 84109
www.codiagnostics.com

**Exhibit Garcia 0010**

CONFIDENTIAL                                                                 CoDI_00023726

Office: 1 (801) 438-1036
Mobile: 1 (864) 421-3757
Skype: rebecca.ashmore-garcia

This email and any attachments are confidential. Any use, copying or disclosure other than by the intended recipient is unauthorized. If you have received this message in error, please notify the sender immediately via 1(801)438-1036 or notify info@codiagnostics.com and delete this message and any copies from your computer and network.

CONFIDENTIAL

CoDI_00023727