# EXHIBIT 12

Message

---

**From:** Rebecca Garcia [r.garcia@codiagnostics.com]
**Sent:** 4/2/2020 1:33:01 PM
**To:** Brent Satterfield [b.satterfield@codiagnostics.com]; Chad Apuli [c.apuli@codiagnostics.com]; Cecilia Hutchins [c.hutchins@codiagnostics.com]
**Subject:** COVID Clinical Results

The ICMR has printed the results from our tests and they are not passing the guidelines. The positive samples were 100% confirmed with out test, but the negative samples are showing ~88% false positive. CoSara does not want to manufacture a test that doesn't meet the guidelines which claim to be 100% sensitivity and specificity.

Here's my opinion:
First of all 100% is impossible for any test and not mathematically sound if you believe in bell shaped curve and 5% error. Secondly, I think what they are seeing is exactly what was seen in the samples SLC got from testing employees. Even though you guys say it was contamination, my interpretation was different. If I took the LoD which was 8 copies with approx. Ct value of 36 and I put everything that amplifies past cycle 36 in a grey zone as unreportable, then I remove all those potential false positive results. It also means I wouldn't have to run the test out for 50 cycles. I could cut it at 40 cycles because everything past that would be junk. This method is how I have been trained in a clinical setting but it has to be written in the instructions or everything that amplifies will be counted as positive. Some regulatory bodies require a grey zone to be identified- it usually refers to the area between LoD and cut off that could be positive or negative. CoSara and ICMR is expecting a response from us today: 1) either explaining the test or 2) confirming FDA approval.

Regards,

Rebecca A. Garcia, PhD
VP Product Development



2401 S. Foothill Dr., Suite D
Salt Lake City, Utah 84109
www.codiagnostics.com

Office: 1 (801) 438-1036
Mobile: 1 (864) 421-3757
Skype: rebecca.ashmore-garcia

This email and any attachments are confidential. Any use, copying or disclosure other than by the intended recipient is unauthorized. If you have received this message in error, please notify the sender immediately via 1(801)438-1036 or notify info@codiagnostics.com and delete this message and any copies from your computer and network.

**Exhibit Garcia 0008**