EXHIBIT 13

Message

---

| From: | Denny Crockett [dennycrockett@gmail.com] |
|---|---|
| Sent: | 4/17/2020 4:26:49 PM |
| To: | Cecilia Hutchins [c.hutchins@codiagnostics.com]; Chad Apuli [c.apuli@codiagnostics.com]; Cameron Gundry [c.gundry@codiagnostics.com] |
| Subject: | Fwd: Final Feedback from Government Laboratory in South Africa |

---------- Forwarded message ---------
From: **T Nieuwoudt | RX Medicals** <tielmann@rxmedicals.co.za>
Date: Fri, Apr 17, 2020 at 8:04 AM
Subject: Final Feedback from Government Laboratory in South Africa
To: Denny Crockett <dennycrockett@gmail.com>
Cc: Xolani Njovane <xolaninjovane47@gmail.com>

Dear Denny,

Please see final results from the government laboratory after running clinical samples with Logix Smart COVID-19. Unfortunately, the final sensitivity was not acceptable to them.

Could you please ask your scientific team for a response?

"Dear Tielman,

With regards to the verification of the Logix Smart ncov real-time PCR assay this the final update following additional PCR and sensitivity analysis. As I informed you in our telephonic discussion just looking at pos/neg the assay performed well for the specimens tested, but that I didn't do a sensitivity analysis. Following our sensitivity analysis looking at all data combined the Logix assay missed positives that had a Cq of 33 and above on the reference assay. In summary 5/12 (42%) positives were missed. Therefore concerns with the Logix assay is that very early and later stages of infection will be missed."

Kind regards,
Tino

**Tielman Nieuwoudt**
Director: Nominee/RP and Head of Scientific Affairs

T: +27 (0) 74 150 1904
M: +27 (0) 82 417 0061
F: +27 (0) 86 620 3473
E: tielmann@rxmedicals.co.za

**Exhibit 0005**

CONFIDENTIAL





**www.rxmedicals.co.za**

Unit A1, Building 2, Devonbosch, Bottelary Road, Koelenhof, Stellenbosch, Cape Town, 7600, South Africa.

---

*DISCLAIMER: This e-mail (including any attachments) is confidential and may be privileged with intent towards the recipient. If you have received it by mistake, please notify the sender by e-mail and delete this message from your system. Any unauthorised use or dissemination of this e-mail in whole or in part is strictly prohibited.*

Please consider the environment before printing this email and/or any related attachments

CONFIDENTIAL

CoDI_00075388