# EXHIBIT 14

Exhibit
APULI 6

Message
_____

| From: | Cameron Gundry [c.gundry@codiagnostics.com] |
|-------|----------------------------------------------|
| Sent: | 4/18/2020 3:10:45 AM |
| To: | Chad Apuli [c.apuli@codiagnostics.com] |
| CC: | Denny Crockett [dennycrockett@gmail.com]; Cecilia Hutchins [c.hutchins@codiagnostics.com]; Dallon Durfey [d.durfey@codiagnostics.com] |
| Subject: | Re: Final Feedback from Government Laboratory in South Africa |

Should be looked at carefully and entered into QT9 as customer complaint/comment with some nice follow up from us and engagement from Regulatory/lab.

-Cameron

On Apr 17, 2020, at 10:37 AM, Chad Apuli <c.apuli@codiagnostics.com> wrote:

Something worth asking would be if the missed positives for our assay and the reference assay were run at the same time, or if the reference assay was tested in the past, and then our assay was used with it. It could be that there was some degradation in the time between, or it could have been a unique extraction from the same sample.

From: Denny Crockett <dennycrockett@gmail.com>
Sent: Friday, April 17, 2020 10:26 AM
To: Cecilia Hutchins <c.hutchins@codiagnostics.com>; Chad Apuli <c.apuli@codiagnostics.com>; Cameron Gundry <c.gundry@codiagnostics.com>
Subject: Fwd: Final Feedback from Government Laboratory in South Africa

---------- Forwarded message ---------
From: **T Nieuwoudt | RX Medicals** <tielmann@rxmedicals.co.za>
Date: Fri, Apr 17, 2020 at 8:04 AM
Subject: Final Feedback from Government Laboratory in South Africa
To: Denny Crockett <dennycrockett@gmail.com>
Cc: Xolani Njovane <xolaninjovane47@gmail.com>

Dear Denny,

Please see final results from the government laboratory after running clinical samples with Logix Smart COVID-19. Unfortunately, the final sensitivity was not acceptable to them.

Could you please ask your scientific team for a response?

"Dear Tielman,

With regards to the verification of the Logix Smart ncov real-time PCR assay this the final update following additional PCR and sensitivity analysis. As I informed you in our telephonic discussion just looking at pos/neg the assay performed well for the specimens tested, but that I didn't do a sensitivity analysis. Following our sensitivity analysis looking at all data combined the Logix assay missed positives that had a Cq of 33 and above

CONFIDENTIAL

on the reference assay. In summary 5/12 (42%) positives were missed. Therefore concerns with the Logix assay is that very early and later stages of infection will be missed."

Kind regards,

Tino

**Tielman Nieuwoudt**

Director: Nominee/RP and Head of Scientific Affairs

**T:** +27 (0) 74 150 1904

**M:** +27 (0) 82 417 0061

**F:** +27 (0) 86 620 3473

**E:** tielmann@rxmedicals.co.za

<image001.png>

<image002.jpg>

**www.rxmedicals.co.za**

Unit A1, Building 2, Devonbosch, Bottelary Road, Koelenhof, Stellenbosch, Cape Town, 7600, South Africa.

_____

*DISCLAIMER: This e-mail (including any attachments) is confidential and may be privileged with intent towards the recipient. If you have received it by mistake, please notify the sender by e-mail and delete this message from your system. Any unauthorised use or dissemination of this e-mail in whole or in part is strictly prohibited.*

Please consider the environment before printing this email and/or any related attachments

CONFIDENTIAL

CoDI_00075466