# EXHIBIT 16

| Feedback # | Customer | Resp. Party | Status | Date Entered | Date Approved | Site | Category | Group ID | Group Name |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Genlantis | Dr. Rebecca Garcia | Closed | 7/2/2018 | | Laboratory-Utah | Complaints | 0 | |
| 2 | Medics Path Labs Pvt Ltd | Dr. Rebecca Garcia | Closed | 10/1/2018 | | Laboratory-Utah | Improvement Suggestions | 0 | |
| 3 | Washington County Mosquito Abatement District | Cameron Gundry | Closed | 9/6/2019 | | Laboratory-Utah | Complaints | 0 | |
| 4 | Collier Mosquito Control District | Denny Crockett | Closed | 1/8/2020 | | Laboratory-Utah | Positive Feedback | 0 | |
| 5 | Resnova S.r.l. | Chad Apuli | Closed | 3/2/2020 | | Laboratory-Utah | Improvement Suggestions | 0 | |
| 6 | Ecuagen, LLC | Chad Apuli | Closed | 3/2/2020 | | Laboratory-Utah | Improvement Suggestions | 0 | |
| 7 | Ecuagen, LLC | Chad Apuli | Closed | 3/2/2020 | | Laboratory-Utah | Improvement Suggestions | 0 | |
| 8 | Resnova S.r.l. | Dallon Durfey | Closed | 3/10/2020 | | Laboratory-Utah | Complaints | 0 | |
| 13 | Tamar | Chad Apuli | Closed | 3/29/2020 | | Laboratory-Utah | Positive Feedback | 0 | |
| 14 | Hungarian Ministry of Health (through MASKAF) | Chad Apuli | Closed | 3/30/2020 | | Laboratory-Utah | Complaints | 0 | |
| 15 | Gentech Biosciences | Dallon Durfey | Closed | 4/6/2020 | | Laboratory-Utah | Complaints | 0 | |
| 16 | Diagnostico LIDSA | Cameron Gundry | Closed | 7/1/2020 | | Laboratory-Utah | Complaints | 0 | |
| 17 | Todo Labs | Cameron Gundry | Closed | 7/2/2020 | | Laboratory-Utah | Complaints | 0 | |
| 19 | Diagnostico LIDSA | Cameron Gundry | Closed | 7/16/2020 | | Laboratory-Utah | Complaints | 0 | |
| 20 | Analytical Technologies SA | Chad Apuli | Closed | 7/16/2020 | | Laboratory-Utah | Complaints | 0 | |
| 22 | Interlab SH P K | Chad Apuli | Closed | 7/16/2020 | 6/30/2021 | Laboratory-Utah | Complaints | 0 | |
| 23 | Biodynamics SA | Chad Apuli | Closed | 7/16/2020 | | Laboratory-Utah | Complaints | 0 | |
| 24 | Biotech Bolivia Ltda. | Chad Apuli | Closed | 7/16/2020 | | Laboratory-Utah | Complaints | 0 | |
| 26 | Classic Medical Inc. | Ariana Ortolano | Closed | 7/16/2020 | | Laboratory-Utah | Complaints | 0 | |
| 27 | Timpanogos Hospital (NOMI Health Customer) | Chad Apuli | Closed | 7/16/2020 | | Laboratory-Utah | Complaints | 0 | |
| 28 | Arches Research LLC | Chad Apuli | Closed | 7/16/2020 | | Laboratory-Utah | Complaints | 0 | |
| 29 | Classic Medical Inc. | Audrey Skeen | Closed | 7/17/2020 | 3/23/2023 | Laboratory-Utah | Complaints | 0 | |
| 30 | KMH | Dr. Rebecca Garcia | Closed | 7/23/2020 | | Laboratory-Utah | Complaints | 0 | |
| 31 | Maskaf Diagnostics | Dr. Rebecca Garcia | Closed | 7/23/2020 | | Laboratory-Utah | Complaints | 0 | |
| 32 | CoSara Diagnostics Pvt Ltd | Dr. Rebecca Garcia | Closed | 7/28/2020 | | Laboratory-Utah | Inquiry | 0 | |
| 33 | Clent Life Science | Dr. Rebecca Garcia | Closed | 7/30/2020 | | Laboratory-Utah | Complaints | 0 | |
| 34 | Socios En Salud Sucursal Peru | Dr. Rebecca Garcia | Closed | 7/30/2020 | | Laboratory-Utah | Inquiry | 0 | |
| 35 | Neoanalytics Laboratory | Dr. Rebecca Garcia | Closed | 8/4/2020 | | Laboratory-Utah | Inquiry | 0 | |
| 36 | Syntec | Dr. Rebecca Garcia | Closed | 8/4/2020 | | Laboratory-Utah | Inquiry | 0 | |
| 37 | Resnova S.r.l. | Dr. Rebecca Garcia | Closed | 8/6/2020 | | Laboratory-Utah | Inquiry | 0 | |
| 38 | Biosupply | Dr. Rebecca Garcia | Closed | 8/6/2020 | | Laboratory-Utah | Complaints | 0 | |
| 39 | Resnova S.r.l. | Dr. Rebecca Garcia | Closed | 8/7/2020 | | Laboratory-Utah | Inquiry | 0 | |
| 40 | Analytical Technologies SA | Dr. Rebecca Garcia | Closed | 8/12/2020 | | Laboratory-Utah | Complaints | 0 | |
| 41 | SMIMEM Covid Testing Center, Govt of Gujarat, Sur | Dr. Rebecca Garcia | Closed | 8/14/2020 | | Laboratory-Utah | Complaints | 0 | |
| 42 | CoSara Diagnostics Pvt Ltd | Dr. Rebecca Garcia | Closed | 8/20/2020 | | Laboratory-Utah | Complaints | 0 | |
| 43 | CoSara Diagnostics Pvt Ltd | Dr. Rebecca Garcia | Closed | 8/20/2020 | | Laboratory-Utah | Complaints | 0 | |
| 44 | Biosupply | Dr. Rebecca Garcia | Closed | 8/27/2020 | | Laboratory-Utah | Inquiry | 0 | |
| 45 | Care and Cure Hospitals, Andhrapradesh | Dr. Rebecca Garcia | Closed | 8/31/2020 | | Laboratory-Utah | Complaints | 0 | |
| 46 | Amreli Medical College | Dr. Rebecca Garcia | Closed | 9/1/2020 | | Laboratory-Utah | Inquiry | 0 | |
| 47 | Malaria Research Institute | Dr. Rebecca Garcia | Closed | 9/1/2020 | | Laboratory-Utah | Complaints | 0 | |
| 48 | Isla Lab Caribbean LC | Dr. Rebecca Garcia | Closed | 9/3/2020 | | Laboratory-Utah | Inquiry | 0 | |
| 49 | ASA Diagnostics (Cosara) | Dr. Rebecca Garcia | Closed | 9/4/2020 | | Laboratory-Utah | Inquiry | 0 | |
| 50 | Clinical Reference Laboratory | Olivia Beasley | Closed | 9/8/2020 | | Laboratory-Utah | Complaints | 0 | |
| 51 | HCA Care Florida (NOMI) | Dr. Rebecca Garcia | Closed | 9/10/2020 | | Laboratory-Utah | Complaints | 0 | |
| 52 | CoSara Diagnostics Pvt Ltd | Dr. Rebecca Garcia | Closed | 10/2/2020 | | Laboratory-Utah | Complaints | 0 | |
| 53 | IRISE Ltd | Kyle May | Closed | 10/19/2020 | | Laboratory-Utah | Complaints | 0 | |
| 54 | RxMedicals | Cecilia Hutchins | Closed | 11/4/2020 | | Laboratory-Utah | Inquiry | 0 | |
| 55 | Evopro | Kyle May | Closed | 11/19/2020 | | Laboratory-Utah | Complaints | 0 | |
| 56 | Dynamic Industry for Trading LLC | Olivia Beasley | Closed | 12/16/2020 | | Laboratory-Utah | Complaints | 0 | |
| 57 | Premier Labs | Olivia Beasley | Closed | 12/29/2020 | | Laboratory-Utah | Inquiry | 0 | |
| 58 | Open Med | Olivia Beasley | Closed | 12/29/2020 | | Laboratory-Utah | Complaints | 0 | |
| 59 | Clent Life Science | Cameron Gundry | Closed | 1/6/2021 | | Laboratory-Utah | Complaints | 0 | |
| 60 | Cellular Technology | Olivia Beasley | Closed | 1/15/2021 | | Laboratory-Utah | Complaints | 0 | |
| 61 | Maskaf Diagnostics | Olivia Beasley | Closed | 2/4/2021 | | Laboratory-Utah | Complaints | 0 | |

**Exhibit APULI 8**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 62 | Maskaf Diagnostics | Adam Cook | Closed | 3/2/2021 | | Laboratory-Utah | Complaints | 0 |
| 63 | Maskaf Diagnostics | Adam Cook | Closed | 3/2/2021 | | Laboratory-Utah | Complaints | 0 |
| 64 | Ecosains | Olivia Beasley | Closed | 3/3/2021 | | Laboratory-Utah | Complaints | 0 |
| 65 | Immunogenomics LLC | Olivia Beasley | Closed | 3/10/2021 | | Laboratory-Utah | Complaints | 0 |
| 66 | Resnova S.r.l. | Adam Cook | Closed | 3/12/2021 | | Laboratory-Utah | Inquiry | 0 |
| 67 | Diagnostico LIDSA | Adam Cook | Closed | 3/30/2021 | | Laboratory-Utah | Complaints | 0 |
| 68 | Gentech Biosciences | Adam Cook | Closed | 4/7/2021 | | Laboratory-Utah | Complaints | 0 |
| 69 | Immunogenomics LLC | Adam Cook | Closed | 4/13/2021 | | Laboratory-Utah | Complaints | 0 |
| 70 | Raver Aplicaciones SA de CV (Mexico) | Adam Cook | Closed | 4/13/2021 | | Laboratory-Utah | Complaints | 0 |
| 71 | Maskaf Diagnostics | Adam Cook | Closed | 4/22/2021 | | Laboratory-Utah | Complaints | 0 |
| 72 | Raver Aplicaciones SA de CV (Mexico) | Adam Cook | Closed | 4/27/2021 | | Laboratory-Utah | Improvement Suggestions | 0 |
| 73 | Arches Research LLC | Adam Cook | Closed | 5/4/2021 | | Laboratory-Utah | Inquiry | 0 |
| 74 | Evopro | Adam Cook | Closed | 5/18/2021 | | Laboratory-Utah | Complaints | 0 |
| 75 | Africa Alliance Medical | Adam Cook | Closed | 7/21/2021 | | Laboratory-Utah | Complaints | 0 |
| 76 | Arches Research LLC | Cecilia Hutchins | Closed | 7/22/2021 | 9/16/2021 | Laboratory-Utah | Complaints | 0 |
| 77 | TOG Labs | Adam Cook | Closed | 7/26/2021 | | Laboratory-Utah | Complaints | 0 |
| 78 | Biodynamics SA | Adam Cook | Closed | 7/27/2021 | | Laboratory-Utah | Complaints | 0 |
| 79 | Nova Diagnostics | Adam Cook | Closed | 8/5/2021 | | Laboratory-Utah | Complaints | 0 |
| 80 | Arya Global Consulting | Adam Cook | Closed | 8/10/2021 | | Laboratory-Utah | Complaints | 0 |
| 81 | NTL Laboratory | Adam Cook | Closed | 8/31/2021 | 3/23/2023 | Laboratory-Utah | Complaints | 0 |
| 82 | TestD Labs | Adam Cook | Closed | 9/14/2021 | 2/10/2022 | Laboratory-Utah | Complaints | 0 |
| 83 | Analytical Technologies SA | Adam Cook | Closed | 9/14/2021 | | Laboratory-Utah | Complaints | 0 |
| 84 | Resnova S.r.l. | Adam Cook | Closed | 9/28/2021 | 3/23/2023 | Laboratory-Utah | Complaints | 0 |
| 85 | Analytical Technologies SA | Adam Cook | Closed | 11/4/2021 | 3/23/2023 | Laboratory-Utah | Inquiry | 0 |
| 86 | HG Diagnostics | Adam Cook | Closed | 12/8/2021 | 2/10/2022 | Laboratory-Utah | Complaints | 0 |
| 87 | Helimedical | Adam Cook | Closed | 3/4/2022 | 3/23/2023 | Laboratory-Utah | Complaints | 0 |
| 88 | Raver Aplicaciones SA de CV (Mexico) | Adam Cook | Closed | 3/29/2022 | 3/23/2023 | Laboratory-Utah | Complaints | 0 |
| 89 | Analytical Technologies SA | Adam Cook | Closed | 6/7/2022 | | Laboratory-Utah | Complaints | 0 |
| 90 | Analytical Technologies SA | Adam Cook | Closed | 6/13/2022 | 3/23/2023 | Laboratory-Utah | Complaints | 0 |
| 91 | Benton County Mosquito Control | Adam Cook | Closed | 7/8/2022 | 11/3/2022 | Laboratory-Utah | Complaints | 0 |
| 92 | Biosupply | Adam Cook | Closed | 1/18/2023 | 3/23/2023 | Laboratory-Utah | Complaints | 0 |
| 93 | dNTP Laboratory | Adam Cook | Closed | 1/18/2023 | 3/23/2023 | Laboratory-Utah | Complaints | 0 |