# EXHIBIT 17

Message
_____

**From:**   Cecilia Hutchins [c.hutchins@codiagnostics.com]
**Sent:**   4/30/2020 6:56:23 PM
**To:**     Andrew Benson [a.benson@codiagnostics.com]; Chad Apuli [c.apuli@codiagnostics.com]
**Subject:** Fw: Paper

Honestly, I'm concerned about Brent talking to the press about things he doesn't understand. I don't know about his academic curriculum but I doubt he had a single analytical chemistry class in his whole life.

**Cecilia Hutchins | Head of Regulatory and Clinical Affairs**

*Tailor-Made Life Saving Solutions*
2401 S. Foothill Dr., Suite D
Salt Lake City, Utah 84109
www.codiagnostics.com
c.hutchins@codiagnostics.com

---

**From:** Cecilia Hutchins <c.hutchins@codiagnostics.com>
**Sent:** Thursday, April 30, 2020 12:37 PM
**To:** Chad Apuli <c.apuli@codiagnostics.com>; Brent Satterfield <b.satterfield@codiagnostics.com>; Rebecca Garcia <r.garcia@codiagnostics.com>; Seth Egan <s.egan@codiagnostics.com>
**Subject:** Re: Paper

Technically the EUA says that the test is intended for individuals suspected of COVID-19 by their healthcare provider. Our test is not intended for asymptomatic patients.

Also, the sensitivity of 99.52% and specificity of 100% are for samples with a viral load equal or higher than the limit of detection. Therefore, a test with the same percentage of sensitivity but a lower limit of detection is more sensitive than ours.

I would like to add that Chad, KC, and I are currently working with MRI Global for an independent evaluation that we will use in the paper.

The Timpanogos validation has been conducted by Jana accompanied by you Brent because I believe Timpanogos understood that we were going to use the data for the amendment of the EUA, but Chad and I have never reviewed the protocol for testing to be sure that all conditions were being met for the results to be considered in the amendment of the EUA.

The problem is that Timpanogos, as a CLIA certified laboratory, should have done the validation themselves without our help and document it properly. If they have done that they would be using an LDT as many of our customers. So Timpanogos is technically using a non-validated assay because we have never proved that the sbeadex automated with oKtopure is compatible with our validation. This is my biggest concern.

I would suggest that we urgently proceed with the validation protocol that Chad and I designed to be executed by Jana and Israa so we can send the data for amendment of the EUA. My guess is that it is Barbara Blanke's concern because she asked about the amendment last week. This could be extremely damaging for Timpanogos Hospital, TestUtah, and us.

**Cecilia Hutchins | Head of Regulatory and Clinical Affairs**

**Exhibit
0018**

CoDI_00201703



**Tailor-Made Life Saving Solutions**
2401 S. Foothill Dr., Suite D
Salt Lake City, Utah 84109
www.codiagnostics.com
c.hutchins@codiagnostics.com

---

**From:** Chad Apuli <c.apuli@codiagnostics.com>
**Sent:** Thursday, April 30, 2020 12:10 PM
**To:** Brent Satterfield <b.satterfield@codiagnostics.com>; Rebecca Garcia <r.garcia@codiagnostics.com>
**Cc:** Cecilia Hutchins <c.hutchins@codiagnostics.com>
**Subject:** Re: Paper

We need to collect more data to show that our LoD is better than what we claimed it is. I'm good to talk whenever.

---

**From:** Brent Satterfield <b.satterfield@codiagnostics.com>
**Sent:** Thursday, April 30, 2020 11:33 AM
**To:** Chad Apuli <c.apuli@codiagnostics.com>; Rebecca Garcia <r.garcia@codiagnostics.com>
**Cc:** Cecilia Hutchins <c.hutchins@codiagnostics.com>
**Subject:** Paper

Chad and Rebecca,

Please see the article that just came out about us. https://www.sltrib.com/news/2020/04/30/this-is-potential-public/

Notice what others are saying about us relative to our LOD and how we perform worse than other tests, including the CDC. If we had publications out already, none of this would be happening.

I understand that Kyle and Maddie did the bulk of the work. It is their prerogative to be first authors, and I want them to have that opportunity. That being said, Rebecca is VERY fast. If she writes it, then she has equal claim on that first author spot. She also needs continued education credits from a first author publication.

Can the three of us talk and figure out a way to satisfy everyone's needs? Frankly, I don't care who gets to be first author. The company needed that paper published well before this article went out. We need a response and/or multiple responses ASAP. We need multiple papers out, the faster the better.

Brent

CONFIDENTIAL