EXHIBIT 19

Message

───────────────────────────────────────────────────────────────────

| | |
|---|---|
| **From:** | Brent Satterfield [b.satterfield@codiagnostics.com] |
| **Sent:** | 5/1/2020 1:50:57 AM |
| **To:** | Andrew Benson [a.benson@codiagnostics.com]; Jennifer Webb [jennifer_webb@coltrin.com] |
| **CC:** | Dwight Egan [d.egan@codiagnostics.com]; Reed Benson [r.benson@codiagnostics.com] |
| **Subject:** | RE: response |

I love the reworking of that paragraph Andrew to take out the reference to the critic. Much more natural sounding. One piece of feedback: We definitely need to make sure each of those organizations is ok with us mentioning their names. Otherwise, we need to find a more generic way of referencing them (eg studies in Australia, India, and Mexico). Also, to be clear, it wasn't the DOH in Minnesota that did the study – it was that oral rinse group. DOH Minnesota may not even know about that data. It would be better to say the actual partner and reference the fact that the data was confirmed by samples submitted to the DOH. Also, any interest in referencing the number of countries where we have won competitive government tenders against tests from the US and abroad due to our test performance?

Finally, a piece of good news we may or may not want to work into this release. Dave Elkington called me with Kris, who I believe is the second in command or so at the Utah DOH. She was incredibly apologetic for the abuse we have received in the media and said that she and others at the state were incredibly grateful for our contribution. We were one of the key elements in containing the outbreak in Utah and they wanted others to know about it. She asked if there was anything she could do to help, and I asked if she would mind giving us that statement for public release. She said absolutely. We just need to follow up with Dave to get the statement – might make a nice addition to this release.

Brent

**From:** Andrew Benson
**Sent:** Thursday, April 30, 2020 8:23 PM
**To:** Jennifer Webb
**Cc:** Brent Satterfield; Dwight Egan; Reed Benson
**Subject:** Re: response

I rearranged the paragraphs to get Brent's comments about LOD up higher, and even though it's not unimportant, move CoDi's other business activities lower.

After discussion with Reed and Ike, we also removed the reference to a previous critic, and as a result had to re-work the lead in to the LOD topic.

Redlined and clean versions attached. Also re-did some of the first page of the Nomi letter (basically the intro sentence, the last line about the Minnesota Dept of Health to give it some context, and a reference to "yesterday" in Point 4).

Best regards,

**Andrew Benson | Head of Corporate Communications**

**CO-DIAGNOSTICS, INC**
*Tailor-Made Life Saving Solutions*
2401 S Foothill Dr. Ste. D
Salt Lake City, UT 84109
www.codiagnostics.com
a.benson@codiagnostics.com



EXHIBIT
Satterfield
19
5·16·2023

CONFIDENTIAL

On Thu, Apr 30, 2020 at 6:14 PM Jennifer Webb <jennifer_webb@coltrin.com> wrote:

Pardon, please review this version. The previous doc did not save the final change.


Best,

Jennifer


**Jennifer Coltrin Webb**

Coltrin & Associates, Inc.

267.912.1173 (m)

---

**From:** Brent Satterfield <b.satterfield@codiagnostics.com>
**Sent:** Thursday, April 30, 2020 5:30 PM
**To:** Dwight Egan <d.egan@codiagnostics.com>; Jennifer Webb <jennifer_webb@coltrin.com>
**Subject:** RE: response


On the phone with Dave Elkington. Looks like IHC and the guy who wrote the email are going to issue a formal apology and a retraction of their statements. Also, the state of Utah is buying tests from us to run a side-by-side comparison to end this controversy.


As such, I wonder if it would be better to put out a general update on our results in the field rather than a point-by-point rebuttal. I believe we can make an even stronger rebuttal by ignoring their article and simply giving an investor update that covers many of those same points. For example,


"Co-Diagnostics Reports 100% Sensitivity for its Coronavirus Test in Competitive Field Studies from Countries Around the World"

Co-Diagnostics announced in an update on use of its coronavirus test in countries around the world that it has completed several clinical evaluations. "We are proud to announce that we have won X international government tenders due to our test's superior performance when compared to US and other tests. We have repeatedly seen 100% sensitivity and 100% specificity, and you can't do better than that."


I just worry that by getting into the mud with a direct response to their article that we will be making the problem potentially worse by bringing more attention to it.


Brent

---

**From:** Dwight Egan
**Sent:** Thursday, April 30, 2020 5:53 PM
**To:** Brent Satterfield; Jennifer Webb
**Subject:** Fw: response


Brent, Jennifer is re-working this draft. I need you to look at the section on LOD and put it in the way you would like to see it addressed. Any other suggestions are also welcome.

CONFIDENTIAL

Ike

---

**From:** Dwight Egan
**Sent:** Thursday, April 30, 2020 4:44 PM
**To:** Jennifer Webb <jennifer_webb@coltrin.com>
**Subject:** response

## Co-Diagnostics response to Tribune article of 4/30/2020

A recent article in the Salt Lake Tribune challenged the veracity of Co-Diagnostics Covid-19 test results. The Company believes that the article contained numerous misleading inferences. The test in question received regulatory clearance from the European Union on February 29th and was the first U.S. based company to achieve a CE Mark. Moreover, on April 3rd the Company's test received Emergency Use Authorization from the Food and Drug Administration (FDA) of the United States after detailed review by the agency. The article inferred that the company has little experience in molecular diagnostics, when in fact, the company has a wide array of in-vitro diagnostic tests approved by either the European Union or the CDSCO, the regulatory authority in India. These regulatory approved IVD tests include Tuberculosis, Hepatitis B, Hepatitis C, Malaria, Human Papillomavirus, Zika, Dengue and Chickinguya. The company's testing technology is also used by leaders in the field of agriculture and by mosquito abatement districts to detect West Nile Virus, EEE, WEE, And other mosquito borne pathogens.

The company's Covid-19 test has been the subject of numerous validation studies including PathWest Laboratories in Australia, The Indian National Institute of Pathology, Mexican Government's InDRE (CDC equivalent), and the Minnesota Department of Health. All of these studies show 100% concordance for both specificity and sensitivity, the benchmarks for accuracy.

The recent article cited differences in LOD or level of detection inferring that the company's Covid-19 test was less likely to detect low levels of infection, when in fact, the above-mentioned validation studies demonstrated excellent results in level of detection metrics. In support of the article's insinuation the authors cited the company's own conservative data in the FDA Instructions for Use. While the company's own data intended to show the worst case scenario for purposes of regulatory approval, the performance of the test in a clinical setting shows that the company's test performance corresponds with required standards with 100% conformity. You can't get better than 100%.

Why then is there a difference between the populations being tested by the different providers? In a unique situation like the Covid-19 pandemic there are many unknowns – we believe that there are no issues with the accuracy of the test, the sample collection process or the laboratory. That leaves some other factors to be examined and based on patient populations, testing criteria and the difference in purpose between the initial objectives of testing laboratories that were protecting resources and an initiative like TestUtah that has a data collection and recruiting mindset to understand both where the virus is and where it isn't, there are going to be some differences. It's exactly what we would expect to see. The danger in misattribution of differences in process is that it could limit testing capacity - that would be a tragedy.

HCA is performing through the same lab, inpatient tests at Timpanogos Regional Hospital or in their network all the way through the Las Vegas system and their average positive result through the in patient network is 7.7% which is exactly in the middle of where Utah is reporting which suggests it's not a problem with the tests or the lab, it's a difference in population, mindset or criteria.

Testing criteria - anyone who chooses to take an assessment will maybe even exaggerate their symptoms - the symptomatic rate will be lower because there is no clinical observation taking place.

CONFIDENTIAL

CONFIDENTIAL

CoDI_00007739