EXHIBIT 20

Message

| | |
|---|---|
| **From:** | Andrew Benson [a.benson@codiagnostics.com] |
| **Sent:** | 5/1/2020 5:23:52 AM |
| **To:** | Jennifer Webb [jennifer_webb@coltrin.com] |
| **CC:** | Brent Satterfield [b.satterfield@codiagnostics.com]; Dwight Egan [d.egan@codiagnostics.com]; Seth Egan [s.egan@codiagnostics.com]; Steve Coltrin [steve_coltrin@coltrin.com] |
| **Subject:** | Re: Tribune response plan and news release draft |
| **Attachments:** | CODX - Data Release FINAL-REDLINE.docx; CODX - Data Release FINAL-CLEAN.docx; CODX - Data Release May 1 2020.pdf |

To make things easier to parse (K.I.S.S., you know?) I just removed the line about the 13.5 copies. I liked it in there since it directly addresses some of the points that the article alludes to, but we can always just show them the page about the Mexico study in that performance data doc if it ever comes up again.

Redline version with my change, clean version to submit anywhere that needs a word doc, and a PDF for distribution.

Best regards,

**Andrew Benson | Head of Corporate Communications**

**CO-DIAGNOSTICS, INC**
*Tailor-Made Life Saving Solutions*
2401 S Foothill Dr. Ste. D
**Salt Lake City, UT 84109**
www.codiagnostics.com
a.benson@codiagnostics.com

On Thu, Apr 30, 2020 at 10:56 PM Jennifer Webb <jennifer_webb@coltrin.com> wrote:

Other thoughts? Are we happy with that quote and is there anymore context to add to the LOD paragraph?

Happy to respond, happy to have someone else respond –

We can get an email with the release out to media under embargo via email tonight. Please advise.

Best,

Jennifer

**Jennifer Coltrin Webb**

Coltrin & Associates, Inc.

267.912.1173 (m)



EXHIBIT
Satterfield
20
5·16·2023

**From:** Andrew Benson <a.benson@codiagnostics.com>
**Sent:** Thursday, April 30, 2020 10:44 PM
**To:** Jennifer Webb <jennifer_webb@coltrin.com>
**Cc:** Brent Satterfield <b.satterfield@codiagnostics.com>; Dwight Egan <d.egan@codiagnostics.com>; Seth Egan <s.egan@codiagnostics.com>; Steve Coltrin <steve_coltrin@coltrin.com>
**Subject:** Re: Tribune response plan and news release draft

I'm fine with the quote change, but even if it takes it in a bit of a different direction, but that's ok.

To what degree do we want to explain the LoD here? I prefer striking that phrase entirely over getting into the weeds about it.

Not really wild about a friday release either but needs must here. If we're going to do it, then sooner the better.

Anyone else's thoughts?

Best regards,

**Andrew Benson | Head of Corporate Communications**

**CO-DIAGNOSTICS, INC**

*Tailor-Made Life Saving Solutions*

2401 S Foothill Dr. Ste. D

**Salt Lake City, UT 84109**

www.codiagnostics.com

a.benson@codiagnostics.com

On Thu, Apr 30, 2020 at 10:34 PM Mark Newman <mark@nomihealth.com> wrote:

One idea here too is to provide some context on the 13.5 ie is the CDC standard 100 and ours is at 13.5 so amazing...nobody knows how to interpret 13.5 and someone says "ours is 2 so we are 6.5x better than CODX"

On Thu, Apr 30, 2020 at 10:31 PM Drew Ludlow <drew@siliconslopes.com> wrote:

I've attached a few minor edits - we swapped out the quote for one from Clint. The other quote might be better attributed to someone with clinical expertise on your team? Looks great overall. What time are you planning to publish? We'll amplify this as soon as it goes out - whenever you have a URL as to where this will live, please send it along.

It might also be worth sending an embargoed draft to some local folks here tonight to give them a heads up so they report on it sooner than later. I worry that sending this out in the morning means it may not get included in reporting until the dreaded Friday evening cycle. Thoughts on that?

Thanks for your partnership,

Drew

**Drew Ludlow**
Senior Advisor
SiliconSlopes.com
2600 West Executive Parkway
Suite 140
Lehi, Utah 84043

On Thu, Apr 30, 2020 at 9:23 PM, Clint Betts <clint@siliconslopes.com> wrote:
Disregard. Haha... See that he's quoted very clearly.

On Thu, Apr 30, 2020 at 9:23 PM Clint Betts <clint@siliconslopes.com> wrote:
Quick recommendation: I think it'd be good to include a quote from Co-Diagnostic Chief Science Officer Dr. Brent Satterfield in the release. Adds credibility and inoculates your company from being hit for "just being a tech company that doesn't understand testing/science."

On Thu, Apr 30, 2020 at 9:14 PM David Elkington <dave.r.elkington@gmail.com> wrote:
It probably makes sense to have the quote from Mark Newman (The CEO and founder of Nomi Health, who is the entity contracted with the state to deliver testUtah). Let me know if you feel differently. I've CCed Mark, who was on the call earlier it has been involved throughout the process also.

I believe Kris Cox will be engaging with Brent on your other point below.

Best,

Dave

Sent from my iPhone

On Apr 30, 2020, at 9:06 PM, Jennifer Webb <jennifer_webb@coltrin.com> wrote:

Dave and Clint,

The response plan for the Tribune article is as follows:

News Release Distribution:

• A version of the attached release is planned for national distribution -

o    The release addresses the faulty points in the Tribune article without engaging in a point, counterpoint

o    The goal of that approach is to provide content and information that is relevant to a broad audience of stakeholders; and

o    To avoid creating market crossover that could introduce the Tribune article to more markets both in the US and internationally

• The release distribution will also include a secondary focus on Utah, Iowa, Nebraska and Georgia

• In addition, we will be reaching out to journalists on a one-on-one basis in those markets to ensure that they have the tools to deal with any articles that would piggy back off the Tribune piece (there are at least two already, one in Iowa and one in Nebraska)

Briefings with competing Utah press:

• To place positive stories that will dilute the impact of the Tribune piece; and importantly

• To inoculate other media in this market against the bad information the Tribune published

**Dave, you will see that we have included a draft quote from you – it would be great to include a version of this if possible. Any edits would be welcome and if your preference is not to have a quote from you included, we can remove as well - Please advise.**

The last addition may be a quote from Kris Cox if that ends up being appropriate.

We will watch for your guidance on the inclusion of a quote and send along the final version when it is ready.

Best,

Jennifer

**Jennifer Coltrin Webb | Coltrin & Associates, Inc.**

**1501 Broadway | 27th Floor | New York, NY | 10036**

801 Floral Vale Blvd. | Yardley, PA | 19067

215 South State Street | Suite 675 | Salt Lake City, Utah | 84005

**+1 212.221.1616 | +1 267.912.1173 (m)**

<Co-Diagnostics Data Release - proposed DRAFT.docx>

--

Clint Betts

Executive Director

SiliconSlopes.com

(385) 374-0888

2600 West Executive Pkwy

Suite 140

Lehi, UT 84043

--

Clint Betts

Executive Director

SiliconSlopes.com

(385) 374-0888

2600 West Executive Pkwy

Suite 140

Lehi, UT 84043

--

Mark Newman

CEO, Founder

Nomi Health

801-232-7432



CO-DIAGNOSTICS INC.

# Co-Diagnostics, Inc. Releases COVID-19 Test Performance Data: Consistently Demonstrates 100% Sensitivity and 100% Specificity Across Independent Evaluations

**Salt Lake City, Utah — May 1, 2020** – Co-Diagnostics, Inc. **(Nasdaq: CODX)**, a molecular diagnostics company with a unique, patented platform for the development of molecular diagnostic tests, today released COVID-19 test performance data demonstrating 100% sensitivity and 100% specificity, the metrics used to define accuracy in molecular diagnostics testing.

The data being released comes from independent evaluations of the performance of the Company's COVID-19 test in the field. These evaluations include the India National Institute of Pathology, the Mexican Department of Epidemiology ("InDRE"), and others in the US and abroad. Each study concluded 100% concordance for both specificity and sensitivity.

A summary of recent validation data and the data itself can be found [ HYPERLINK "http://codiagnostics.com/wp-content/uploads/2020/04/CODX-Logix-Smart-COV19-Performance-April-2020.pdf" ].

In remarking on the test's favorable limit of detection (LOD) results in ~~the some of~~ the evaluations, ~~which were shown to be as low as 13.5 copies of the virus in a test reaction, Co-Diagnostics' Chief Scientific Officer,~~ Brent Satterfield, PhD said, "In diagnostics, the limit of detection or LOD is a single metric that helps inform the key metrics of sensitivity and specificity but is not relevant as a stand-alone data point. Other metrics that are important are availability, ease of use and throughput. In countries where we have been evaluated against other tests, we have consistently and repeatedly achieved 100% clinical sensitivity and specificity and you can't do better than that."

These results underpin Co-Diagnostics' ongoing role as a major global supplier of COVID-19 tests, providing in-vitro diagnostic kits to nearly 50 countries and domestically to more than a dozen states. On Feb. 24th Co-Diagnostics was the first US-based company to receive a CE marking for a COVID-19 test kit, the regulatory clearance granted by the European Community, followed by Emergency Use Authorization from the US Food & Drug Administration (FDA).

In the United States, Co-Diagnostics has been a supplier for tests around the country including in its home state of Utah, as a supplier for TestUtah, a public-private partnership organized by Silicon Slopes and the State of Utah to "Crush the Curve" in the state. The goals of this initiative include dramatically increasing health assessments, testing capacity and accessibility.

Recently, TestUtah reviewed and commented on testing data reports.

"The level of rigor and expertise at Co-Diagnostics is representative of the amazing Silicon Slopes tech community. We are immensely proud to have them play a key role in the TestUtah initiative and in our mission to expand access to testing across the state," said Clint Betts, executive director, Silicon Slopes.

In addition to its COVID-19 test, the Company has designed, developed and manufactured a wide array of in-vitro diagnostic tests approved by either the European Community or the Central Drugs Standard Control Organization (CDSCO) in India. These tests include tuberculosis, hepatitis B, hepatitis C, malaria, human papillomavirus, Zika, dengue and chikungunya.

CO-DIAGNOSTICS INC.

The Company's testing technology is also used by leaders in the field of agriculture and by mosquito abatement districts to detect West Nile virus, eastern equine encephalitis (EEE), western equine encephalitis (WEE), and other mosquito borne pathogens.

**About Co-Diagnostics, Inc.:**
Co-Diagnostics, Inc., a Utah corporation, is a molecular diagnostics company that develops, manufactures and markets a new, state-of-the-art diagnostics technology. The Company's technology is utilized for tests that are designed using the detection and/or analysis of nucleic acid molecules (DNA or RNA). The Company also uses its proprietary technology to design specific tests to locate genetic markers for use in industries other than infectious disease and license the use of those tests to specific customers.

**Forward-Looking Statements:**
**This press release contains forward-looking statements. Forward-looking statements can be identified by words such as "believes," "expects," "estimates," "intends," "may," "plans," "will" and similar expressions, or the negative of these words. Such forward-looking statements are based on facts and conditions as they exist at the time such statements are made and predictions as to future facts and conditions. Forward-looking statements in this release include statements regarding the (i) use of funding proceeds, (ii) expansion of product distribution, (iii) acceleration of initiatives in liquid biopsy and SNP detection, (iv) use of the Company's liquid biopsy tests by laboratories, (v) capital resources and runway needed to advance the Company's products and markets, (vi) increased sales in the near-term, (vii) flexibility in managing the Company's balance sheet, (viii) anticipation of business expansion, and (ix) benefits in research and worldwide accessibility of the CoPrimer technology and its cost-saving and scientific advantages. Forward-looking statements are subject to inherent uncertainties, risks and changes in circumstances. Actual results may differ materially from those contemplated or anticipated by such forward-looking statements. Readers of this press release are cautioned not to place undue reliance on any forward-looking statements. The Company does not undertake any obligation to update any forward-looking statement relating to matters discussed in this press release, except as may be required by applicable securities laws.**

**Company Contact:**                                              **Media Contact:**
Andrew Benson                                                    Jennifer Webb
Head of Investor Relations                                       Coltrin & Associates, Inc
+1 801-438-1036                                                  +1.267.912.1173
[ HYPERLINK "mailto:investors@codiagnostics.com?subject=Investor%20Inquiry" ]
                    [ HYPERLINK "mailto:jennifer_webb@coltrin.com" ]

CO-DIAGNOSTICS INC.

# Co-Diagnostics, Inc. Releases COVID-19 Test Performance Data: Consistently Demonstrates 100% Sensitivity and 100% Specificity Across Independent Evaluations

**Salt Lake City, Utah – May 1, 2020** – Co-Diagnostics, Inc. **(Nasdaq: CODX)**, a molecular diagnostics company with a unique, patented platform for the development of molecular diagnostic tests, today released COVID-19 test performance data demonstrating 100% sensitivity and 100% specificity, the metrics used to define accuracy in molecular diagnostics testing.

The data being released comes from independent evaluations of the performance of the Company's COVID-19 test in the field. These evaluations include the India National Institute of Pathology, the Mexican Department of Epidemiology ("InDRE"), and others in the US and abroad. Each study concluded 100% concordance for both specificity and sensitivity.

A summary of recent validation data and the data itself can be found [ HYPERLINK "http://codiagnostics.com/wp-content/uploads/2020/04/CODX-Logix-Smart-COV19-Performance-April-2020.pdf" ].

In remarking on the test's favorable limit of detection (LOD) results in the some of the evaluations, which were shown to be as low as 13.5 copies of the virus in a test reaction, Co-Diagnostics' Chief Scientific Officer, Brent Satterfield, PhD said, "In diagnostics, the limit of detection or LOD is a single metric that helps inform the key metrics of sensitivity and specificity but is not relevant as a stand-alone data point. Other metrics that are important are availability, ease of use and throughput. In countries where we have been evaluated against other tests, we have consistently and repeatedly achieved 100% clinical sensitivity and specificity and you can't do better than that."

These results underpin Co-Diagnostics' ongoing role as a major global supplier of COVID-19 tests, providing in-vitro diagnostic kits to nearly 50 countries and domestically to more than a dozen states. On Feb. 24th Co-Diagnostics was the first US-based company to receive a CE marking for a COVID-19 test kit, the regulatory clearance granted by the European Community, followed by Emergency Use Authorization from the US Food & Drug Administration (FDA).

In the United States, Co-Diagnostics has been a supplier for tests around the country including in its home state of Utah, as a supplier for TestUtah, a public-private partnership organized by Silicon Slopes and the State of Utah to "Crush the Curve" in the state. The goals of this initiative include dramatically increasing health assessments, testing capacity and accessibility.

Recently, TestUtah reviewed and commented on testing data reports.

"The level of rigor and expertise at Co-Diagnostics is representative of the amazing Silicon Slopes tech community. We are immensely proud to have them play a key role in the TestUtah initiative and in our mission to expand access to testing across the state," said Clint Betts, executive director, Silicon Slopes.

In addition to its COVID-19 test, the Company has designed, developed and manufactured a wide array of in-vitro diagnostic tests approved by either the European Community or the Central Drugs Standard Control Organization (CDSCO) in India. These tests include tuberculosis, hepatitis B, hepatitis C, malaria, human papillomavirus, Zika, dengue and chikungunya.

CO-DIAGNOSTICS INC.

The Company's testing technology is also used by leaders in the field of agriculture and by mosquito abatement districts to detect West Nile virus, eastern equine encephalitis (EEE), western equine encephalitis (WEE), and other mosquito borne pathogens.

**About Co-Diagnostics, Inc.:**
Co-Diagnostics, Inc., a Utah corporation, is a molecular diagnostics company that develops, manufactures and markets a new, state-of-the-art diagnostics technology. The Company's technology is utilized for tests that are designed using the detection and/or analysis of nucleic acid molecules (DNA or RNA). The Company also uses its proprietary technology to design specific tests to locate genetic markers for use in industries other than infectious disease and license the use of those tests to specific customers.

**Forward-Looking Statements:**
**This press release contains forward-looking statements. Forward-looking statements can be identified by words such as "believes," "expects," "estimates," "intends," "may," "plans," "will" and similar expressions, or the negative of these words. Such forward-looking statements are based on facts and conditions as they exist at the time such statements are made and predictions as to future facts and conditions. Forward-looking statements in this release include statements regarding the (i) use of funding proceeds, (ii) expansion of product distribution, (iii) acceleration of initiatives in liquid biopsy and SNP detection, (iv) use of the Company's liquid biopsy tests by laboratories, (v) capital resources and runway needed to advance the Company's products and markets, (vi) increased sales in the near-term, (vii) flexibility in managing the Company's balance sheet, (viii) anticipation of business expansion, and (ix) benefits in research and worldwide accessibility of the CoPrimer technology and its cost-saving and scientific advantages. Forward-looking statements are subject to inherent uncertainties, risks and changes in circumstances. Actual results may differ materially from those contemplated or anticipated by such forward-looking statements. Readers of this press release are cautioned not to place undue reliance on any forward-looking statements. The Company does not undertake any obligation to update any forward-looking statement relating to matters discussed in this press release, except as may be required by applicable securities laws.**

**Company Contact:**
Andrew Benson
Head of Investor Relations
+1 801-438-1036
[ HYPERLINK "mailto:investors@codiagnostics.com?subject=Investor%20Inquiry" ]

**Media Contact:**
Jennifer Webb
Coltrin & Associates, Inc
+1.267.912.1173
[ HYPERLINK "mailto:jennifer_webb@coltrin.com" ]