# EXHIBIT 25

**Exhibit 0022**

Message

| | |
|---|---|
| **From:** | Frank Garcia [frank_garcia@coltrin.com] |
| **Sent:** | 5/1/2020 3:53:28 PM |
| **To:** | Dwight Egan [d.egan@codiagnostics.com]; Seth Egan [s.egan@codiagnostics.com]; Andrew Benson [a.benson@codiagnostics.com] |
| **CC:** | Jennifer Webb [jennifer_webb@coltrin.com]; Steve Coltrin [steve_coltrin@coltrin.com] |
| **Subject:** | Re: Allison Gatlin at Investors Business Daily |

All,

Allison Gatlin has posted her article which she intends to update throughout the day. Once we have a comment that we can share it will be folded into the piece. (see below)

Best,
Frank

**Frank Garcia | Coltrin & Associates, Inc.**
1501 Broadway, New York, NY 10036
**Tel** +212 221 1616 | **Mobile** 570-856-6478 | frank_garcia@coltrin.com

## Coronavirus Test Maker Soars As Its Diagnostic Proves 100% Accurate
## Investor's Business Daily

By Allison Gatlin
*May 1, 2020 11:23 AM ET*
https://www.investors.com/news/technology/codx-stock-soars-coronavirus-test-proves-accurate/

Co-Diagnostics (CODX) said Friday its coronavirus test has proven 100% accurate in field testing — leading CODX stock to rocket.

Evaluations from officials in India, Mexico, the U.S. and elsewhere show Co-Diagnostics tests for Covid-19 have performed with 100% specificity and 100% sensitivity. In statistics, these two measures are key for determining accuracy.

"In countries where we have been evaluated against other tests, we have consistently and repeatedly achieved 100% clinical sensitivity and specificity," Co-Diagnostics Chief Scientific Officer Brent Satterfield said in a written statement. "You can't do better than that."

Shares of CODX stock popped 13.7%, near 12.90, in early trading on today's stock market.

**CODX Stock Rises On Coronavirus Test Data**

Co-Diagnostics was among the first medical technology companies to release a coronavirus test earlier this year. It's now one of early four dozen companies to receive Food and Drug Administration emergency use authorization, or EUA, for a molecular coronavirus test.

An EUA allows a company to launch a product with the FDA's blessing before receiving an official approval in times of emergency. The type of coronavirus test Co-Diagnostics makes can detect an active infection from SARS-CoV-2, the virus that causes Covid-19.

In addition, the FDA has issued EUAs for serology tests from a handful of providers, including big names like Abbott Laboratories (ABT) and Bio-Rad Laboratories (BIO). Serology tests look for antibodies to determine if someone was previously infected with the new form of coronavirus.

CONFIDENTIAL

An analyst recently estimated upward of 70 companies are working on serology tests. Both forms of coronavirus tests will be key to tracking the viral spread and, eventually, helping get people back to work, experts say.

**Highly Rated Medical Stock**

Shares of CODX stock have outperformed in 2020. Before launching its coronavirus test, Co-Diagnostics stock traded below 1. This year, shares have enjoyed a quadruple-digit gain.

As a result, CODX stock has a best-possible Relative Strength Rating of 99. The RS Rating is a 1-99 measure of a stock's 12-month performance. So, CODX stock ranks in the top 1% of all stocks in terms of its yearlong running performance.

Representatives of Co-Diagnostics didn't immediately return a request for comment.

---

**From:** Frank Garcia <frank_garcia@coltrin.com>
**Date:** Friday, May 1, 2020 at 11:24 AM
**To:** Dwight Egan <d.egan@codiagnostics.com>, Seth Egan <s.egan@codiagnostics.com>, Andrew Benson <a.benson@codiagnostics.com>
**Cc:** Jennifer Webb <jennifer_webb@coltrin.com>, Steve Coltrin <steve_coltrin@coltrin.com>
**Subject:** Allison Gatlin at Investors Business Daily

All,

We have connected with Allison Gatlin who is working on a story around the company's stock movement today. She has seen the press release noting the 100% specificity and sensitivity of Co-Diagnostics Covid-19 test and is interested in a comment from someone at the company (most likely Ike) about the benefits of accuracy when testing for Covid-19.

We can draft something for you to review unless you would prefer to craft something that we can share. She has a deadline of 2pm PT today.

Best,
Frank

**Frank Garcia | Coltrin & Associates, Inc.**
1501 Broadway, New York, NY 10036
**Tel** +212 221 1616 | **Mobile** 570-856-6478 | frank_garcia@coltrin.com

CONFIDENTIAL

CoDI_00024205