# EXHIBIT 26

Message

| | |
|---|---|
| **From:** | Brent Satterfield [b.satterfield@codiagnostics.com] |
| **Sent:** | 5/3/2020 5:06:24 AM |
| **To:** | Dwight Egan [d.egan@codiagnostics.com] |
| **CC:** | Seth Egan [s.egan@codiagnostics.com] |
| **Subject:** | FW: Digital PCR |

Ike,

You asked me to consider what it would take to get our LOD to where we were the top test in the upcoming Utah study. It actually wouldn't take that much at all. And the more I think about it, the more I like the idea. If we were to submit the updated design to the FDA, we would have to use a larger reaction volume which would justify a price hike of double or more. We would also sell more tests because we would literally have the best test on the market. So, more tests sold plus double the price/test equals a really big opportunity, not to mention the big PR potential out of that situation. Food for thought. Also, I included some thoughts to KC and Chad below.

Brent

**From:** Brent Satterfield
**Sent:** Saturday, May 2, 2020 11:00 PM
**To:** Chad Apuli; Kenneth KC Bramwell
**Subject:** Digital PCR

Chad and KC,

I ran into our first competitor that I believe absolutely has a better LOD than us – the Abbot m2000 test. They claim a 0.1 copy/uL LOD. We got samples from them in Nebraska that were near their LOD that we consistently were unable to detect.

Two thoughts:
1.      Abbott uses digital PCR to quantify the controls they receive from places like SeraCare to confirm actual concentration before use in a LOD study. If we are going to put much weight into LOD studies in the future, I highly recommend that we get a digital PCR unit in house or something else that can give us accurate quantification for LOD studies. We need to confirm what vendors are telling us about their standards to make sure they didn't degrade.
2.      We may need a second product offering to compete with Abbott and other more sensitive players. As the dust settles, LOD may become an increasingly important aspect of testing. If we ran a test using on the ABI 7500 or related machine that could load a 50 uL reaction, if we used 500 uL of sample input, if we eluted into 50 uL, then we could theoretically improve our LOD by 50x, to just better than Abbott. (5x rxn volume, 5x sample input, 2x less elution = 50x total change). Of course, we would charge more for this product – maybe $20 – still less than the competition, but with the absolute best performance in every area.

The State of Utah may be sending us samples to evaluate our test next to 8 or 9 others in the state. It might be a good time to try an upgraded protocol to put our best foot forward and show we have the capacity to lead the way.

Brent



CONFIDENTIAL

CoDI_00007781