EXHIBIT 27

Message
_____

**From:**      Marissa McEwan [m.mcewan@codiagnostics.com]
**Sent:**      5/4/2020 5:53:12 PM
**To:**        Dwight Egan [d.egan@codiagnostics.com]; Reed Benson [r.benson@codiagnostics.com]; Andrew Benson [a.benson@codiagnostics.com]; Seth Egan [s.egan@codiagnostics.com]; Joseph Featherstone [j.featherstone@codiagnostics.com]; Jana Kent [j.kent@codiagnostics.com]; Cecilia Hutchins [c.hutchins@codiagnostics.com]; Chad Apuli [c.apuli@codiagnostics.com]; Dallon Durfey [d.durfey@codiagnostics.com]; Brent Satterfield [b.satterfield@codiagnostics.com]; Israa Alshamy [l.alshamy@codiagnostics.com]; Mayuranki Almaula [m.almaula@codiagnostics.com]; Cameron Gundry [c.gundry@codiagnostics.com]; Dennis Emery [d.emery@codiagnostics.com]; Denny Crockett [d.crockett@codiagnostics.com]; Kyle May [k.may@codiagnostics.com]; Madison Stark [m.stark@codiagnostics.com]; Masen Christensen [m.christensen@codiagnostics.com]; Randy Turner [r.turner@codiagnostics.com]; Rebecca Garcia [r.garcia@codiagnostics.com]; Karlee Wendelberger [k.wendelberger@codiagnostics.com]; Ariana Ortolano [a.ortolano@codiagnostics.com]; Chris Pasko [c.pasko@codiagnostics.com]; Adam Cook [a.cook@codiagnostics.com]; Kenneth KC Bramwell [K.Bramwell@codiagnostics.com]; Tonya Lee [t.lee@codiagnostics.com]
**Subject:**   Weekly Updates 04MAY20 & Important Message From Management

**Importance:**   High

Good Morning,

Here are the updates from today, including an important message from management!

~~Under no circumstances are ANY Co-Diagnostic Inc. employees allowed to comment on any stock message boards. If you have already commented on a message board please let management know.~~

- Lab:
- COVID-19
  - Manufacturing has been going exceedingly well, as of last Friday the 1st we are caught up on orders.
  - Development is being worked on by Brent, KC and Chad to improve the limit of detection
  - Validations are being worked on by Jana and Israa
- Working to expand the laboratory space and utilize Suite C

- Sales Update:

- We reached 19.5 Million dollars in orders in April and so far we've reached 1.8 Million in May

- Management:
- KC: Lyophilization: We received a bid from Argonaut Manufacturing Services (CA) for Development ($10k) and for a one-off Production run of Master Mix (450k reactions in 100 rxn format, $0.35 per reaction). We received a verbal price quote for optimization from BioLyph (MN) for $7.5k and from Quality Bioresources Inc (TX) for $5k. Production build quotes from BioLyph and QBI are still pending. Argonaut and BioLyph are bead/sphere processes, QBI dries in place within tubes and our current tube+cap is not ideal.
- ImmunoPCR: Feasibility materials ordered from BEI and a few other vendors, should receive all in 1-2 weeks. Abcam/Expedeon does provide expert custom protein:oligo conjugation services, and provided price quotes. Micro-Optimization is $2,950, and 5 mg production run of conjugated recombinant protein is $6k.

Marissa McEwan
Co-Diagnostics, Inc
2401 Foothill Dr. Suite D



CONFIDENTIAL

Salt Lake City, UT 84109

CO-DIAGNOSTICS INC.

CONFIDENTIAL

CoDI_00005171