EXHIBIT 29

Case 2:20-cv-00368-JNP    Document 171-29    Filed 04/10/24    PageID.5827    Page 1 of 2

**5/13/2020**

| Opened | Closed | Held | Symbol | Type | Entry | Exit | Qty | Gross | Comm | Ecn Fee | SEC | TAF | NSCC | Clr | Misc | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/13/20 15:18:27 | 15:50:56 | 00:32:29 | CODX | Long | 21.20 | 22.12 | 7,000 | 6,470.00 | 70.00 | (27.20) | 3.76 | 0.83 | 0.23 | 0.00 | 0.00 | 6,422.37 |
| 05/13/20 15:58:13 | 16:51:08 | 00:52:55 | CODX | Long | 23.42 | 23.68 | 3,000 | 770.00 | 30.00 | (11.70) | 1.73 | 0.36 | 0.09 | 0.00 | 0.00 | 749.53 |

**5/14/2020**

| Opened | Closed | Held | Symbol | Type | Entry | Exit | Qty | Gross | Comm | Ecn Fee | SEC | TAF | NSCC | Clr | Misc | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/13/20 18:27:33 | 14:07:52 | 19:40:19 | CODX | Long | 26.65 | 20.97 | 22,000 | (124,789.89) | 220.00 | (6.73) | 11.22 | 2.62 | 0.78 | 0.00 | 0.00 | (125,017.77) |
| **Equities** | | | | | | | 89,700 | (183,022.64) | 897.00 | (115.53) | 81.03 | 10.67 | 4.73 | 0.00 | 0.00 | (183,900.55) |

CONFIDENTIAL

GELT0000001