# EXHIBIT 32

Message

___

**From:**    Cecilia Hutchins [c.hutchins@codiagnostics.com]
**Sent:**    5/15/2020 10:48:35 PM
**To:**      Jennifer Webb [jennifer_webb@coltrin.com]; Andrew Benson [a.benson@codiagnostics.com]; Brent Satterfield [b.satterfield@codiagnostics.com]
**Subject:** Re: BioCentury - Limits of detection for FDA-authorized COVID-19 diagnostics

Yes, I just hope they miss it. I don't think it is worth trying to fix the PR now.
Distributors aren't distorting but they are taking it out of context, like many articles I have seen, with so many of those articles talking about the 100% sensitivity and specificity, I'm just waiting for the FDA to ask me. If they don't, I'll be just grateful.

Also, performance claims are tied to the intended use. If a test has a really low limit of detection, the FDA may allow the test to be used for screening asymptomatic patients. For the majority of the EUA products the FDA has granted intended use for testing patients suspected of COVID-19 just because with the EUA they don't have enough time to scrutiny and review the product analytical verification. Therefore, the FDA expects that if someone is suspected of COVID-19 is because they are showing symptoms or have had exposure. In this scenario, there will probably be enough viral load for detection with most tests.

And also there is the machine component, talking about my example of BioGX from BD that has the lowest LoD, a laboratory would have to invest acquiring the expensive BD MAX System in order to use their test, which is not a reality for many places where in many cases they already have another reliable and expensive machine in use.

**Cecilia Hutchins | Head of Regulatory and Clinical Affairs**

*Tailor-Made Life Saving Solutions*
2401 S. Foothill Dr., Suite D
Salt Lake City, Utah 84109
www.codiagnostics.com
c.hutchins@codiagnostics.com

___

**From:** Jennifer Webb <jennifer_webb@coltrin.com>
**Sent:** Friday, May 15, 2020 4:26 PM
**To:** Cecilia Hutchins <c.hutchins@codiagnostics.com>; Andrew Benson <a.benson@codiagnostics.com>; Brent Satterfield <b.satterfield@codiagnostics.com>
**Subject:** RE: BioCentury - Limits of detection for FDA-authorized COVID-19 diagnostics

Thanks Cecilia, I missed that –

Checking her conclusion as well – we have provided some comment that the limit of detection is a metric that informs sensitivity but are not getting a lot of movement toward an update on her piece.

Best,
Jennifer

CONFIDENTIAL                                                                                     CoDI_00001349

Jennifer Coltrin Webb
Coltrin & Associates, Inc.
267.912.1173 (m)

---

**From:** Cecilia Hutchins <c.hutchins@codiagnostics.com>
**Sent:** Friday, May 15, 2020 4:21 PM
**To:** Jennifer Webb <jennifer_webb@coltrin.com>; Andrew Benson <a.benson@codiagnostics.com>; Brent Satterfield <b.satterfield@codiagnostics.com>
**Subject:** Re: BioCentury - Limits of detection for FDA-authorized COVID-19 diagnostics

Hi Jennifer,

Yes, the numbers in the article are accurate, but as I said, they are comparing bananas to banana's smoothy.

**Cecilia Hutchins | Head of Regulatory and Clinical Affairs**

*Tailor-Made Life Saving Solutions*
2401 S. Foothill Dr., Suite D
Salt Lake City, Utah 84109
www.codiagnostics.com
c.hutchins@codiagnostics.com

---

**From:** Cecilia Hutchins <c.hutchins@codiagnostics.com>
**Sent:** Friday, May 15, 2020 4:19 PM
**To:** Jennifer Webb <jennifer_webb@coltrin.com>; Andrew Benson <a.benson@codiagnostics.com>; Brent Satterfield <b.satterfield@codiagnostics.com>
**Subject:** Re: BioCentury - Limits of detection for FDA-authorized COVID-19 diagnostics

So, this last Monday I received a complaint from the FDA that one of our distributors had on their website the claim of 100% sensitivity and 100% specificity about the Logix Smart.
Little they know that we had that same claim in our PR and I'm afraid it is just a matter of time until they found out from where it came from.

That is what the FDA sent me in the email:

*No IVD is 100% Sensitive and 100% Specific, so please inform your distributors that performance of the test should be promoted as based on the validation study design and data and as in the EUA, i.e., the results of your validation and, importantly how it was performed*

You may report that in a specific study with a certain number of samples and conditions you got something very close to 100%, but we cannot generalize that the test will be always 100% no matter what. That being said, it's going to be very hard to make the FDA agreeing on us to claim 100%. We are working on improving the LoD, if the FDA agrees on including the data on this amendment we may have something very soon.

Another thing is that, for example, BD's BioGX with 40 copies/mL is run on their BD MAX System with a sample input of 750 uL, which is a closed system where you add the sample at one end and get results in the other end. While our test requires a separate manual or automated extraction, it gives the laboratories a lot of flexibility because we or they can

CoDI_00001350

validate it in as many thermocyclers we would like to and almost any laboratory in the world can use our test. Also, our sample input is much smaller, it is 200 uL. The comparison is basically bananas to banana's smoothy.

**Cecilia Hutchins | Head of Regulatory and Clinical Affairs**

*Tailor-Made Life Saving Solutions*
2401 S. Foothill Dr., Suite D
Salt Lake City, Utah 84109
www.codiagnostics.com
c.hutchins@codiagnostics.com

---

**From:** Jennifer Webb <jennifer_webb@coltrin.com>
**Sent:** Friday, May 15, 2020 2:13 PM
**To:** Andrew Benson <a.benson@codiagnostics.com>; Cecilia Hutchins <c.hutchins@codiagnostics.com>; Brent Satterfield <b.satterfield@codiagnostics.com>
**Subject:** RE: BioCentury - Limits of detection for FDA-authorized COVID-19 diagnostics

It would be great to have that updated in the FDA filing (is that where that change will be visible) –

We have reached out to this reporter and did so again with this latest round as well asking her to update the article to discuss LOD in terms of it being a metric that informs sensitivity.

What's the progression for the update?

Best,
Jennifer

**Jennifer Coltrin Webb**
Coltrin & Associates, Inc.
267.912.1173 (m)

---

**From:** Andrew Benson <a.benson@codiagnostics.com>
**Sent:** Friday, May 15, 2020 2:03 PM
**To:** Cecilia Hutchins <c.hutchins@codiagnostics.com>; Brent Satterfield <b.satterfield@codiagnostics.com>; Jennifer Webb <jennifer_webb@coltrin.com>
**Subject:** Fwd: BioCentury - Limits of detection for FDA-authorized COVID-19 diagnostics

Have we formulated a response this particular article yet, attacking our LoD? Is it basically "LOD is just one measure of accuracy," etc etc etc?

Best regards,

**Andrew Benson | Head of Corporate Communications**

**CO-DIAGNOSTICS, INC**
*Tailor-Made Life Saving Solutions*
2401 S Foothill Dr. Ste. D
Salt Lake City, UT 84109

CONFIDENTIAL

www.codiagnostics.com
a.benson@codiagnostics.com


---------- Forwarded message ---------
From: **Phil** <zobz1@cox.net>
Date: Fri, May 15, 2020 at 11:51 AM
Subject: BioCentury - Limits of detection for FDA-authorized COVID-19 diagnostics
To: Lynn Briggs <lbriggs@legendscapital.com>, Reed Benson <rbenson@legendscapital.com>,
<mccluskeyw@yahoo.com>, Andrew Benson <a.benson@codiagnostics.com>, <d.egan@codiagnostics.com>


Can anyone explain the results of analysis that BioCentury has listed in this article?


https://www.biocentury.com/article/304801/biocentury-is-providing-this-story-for-free-given-the-urgent-need-for-information-about-the-covid-19-crisis-for-more-analysis-sign-up-for-our-daily-email


Phil Zobrist
Valley Property Management
702-496-0900

CONFIDENTIAL

CoDI_00001352