# EXHIBIT 33

## Harris, Craig

| | |
|---|---|
| **From:** | Kara Levinson |
| **Sent:** | Wednesday, May 6, 2020 9:59 AM |
| **To:** | Lisa Piercey |
| **Cc:** | Richard Steece |
| **Subject:** | Nomi concerns |

From the laboratory perspective, we have significant concerns about the implementation of Nomi Health testing for COVID-19 at the TN public health laboratory (TN PHL). These include (but are not limited to):

- **Decreased COVID-19 test sensitivity using the Nomi test platform.** In discussion with other states that have been involved with Nomi, it has been stated that the COVID-19 test used by Nomi appears to be 4-fold <u>less</u> sensitive than the CDC EUA COVID-19 test. Using a less sensitive test has the potential to give false negative results, which has significantly implications for individual patients that may be sick and for public health staff that perform contact tracing.
  Given that we already have 4 COVID-19 test platforms verified and running at the TN PHL, adding an additional test that is alleged to be less sensitive than what we have in place is not logical.
  Additionally, the optics of knowingly using a less sensitive/inferior test, especially when the Governor has stated that we are targeting vulnerable populations for testing (nursing homes, prison, minority populations, and etc.) has the potential to create strong political backlash.
- **Nomi laboratory equipment is not novel or groundbreaking technology.** We were provided a video lab tour of the Nomi set up in Nebraska by Ryan Hyde on 5/5/2020, based on what we saw in the video, the set up includes an extractor, dead air boxes, and PCR machines. We have <u>all of those in place at the TN PHL already</u>, fully verified or validated, and it is unclear what increase in technology or efficiency the Nomi system brings to TN. Additionally, we had safety concerns from the video about manipulation of patient samples outside of a biosafety cabinet (it appeared they were working in dead air boxes). If the additional staff required to run this system were applied to our current testing technologies for COVID-19, we would easily exceed the alleged output of their test system. <u>There simply is no advantage to the state to pursue this current arrangement.</u>
- **Significant regulatory concerns related to the implementation of Nomi in the TN PHL.** Based on conversations with Nomi staff it is clear they limited if any laboratory experience, nor are they versed in the federal regulatory requirements that laboratories that perform clinical testing must abide by (CMS, CLIA). We have serious regulatory concerns that impact every step of testing from pre-analytical (ex. we need a minimum of 2 patient identifiers on each sample, a barcode that is advertised by Nomi is insufficient), analytical (ex. sufficient controls to address each component of testing, risk of contamination, use of non-calibrated pipettes), and post-analytical (ex. ability to troubleshoot issues arise, review of results prior to reporting to the patient). If the Nomi testing is to be performed at the TN PHL, the laboratory director remains responsible for the test and must adhere to the regulatory requirements. We simply cannot cut corners to increase efficiency or capacity for testing.
- **Distinct lack of laboratory or regulatory expertise and insufficiently qualified to install a test system in a laboratory.** Examples include Nomi folks using the term "piping" instead of pipetting, using the terms "validation" and "verification" interchangeably when they have different regulatory meanings/requirements. When asked about how the Nomi test system would integrate with our Laboratory Information Management System (LIMS), they asked what a LIMS was. It appears they have taken a manufacturing approach to improving the throughput of COVID-19 testing, however this approach is not amenable or generalizable to clinical diagnostic testing, as our test results directly impact patient care and the

1