# EXHIBIT 34

Message

---

| | |
|---|---|
| **From:** | Chad Apuli [c.apuli@codiagnostics.com] |
| on behalf of | Chad Apuli <c.apuli@codiagnostics.com> [c.apuli@codiagnostics.com] |
| **Sent:** | 9/16/2020 1:09:25 PM |
| **To:** | Andrew Benson [a.benson@codiagnostics.com] |
| **CC:** | Cecilia Hutchins [c.hutchins@codiagnostics.com]; Kenneth KC Bramwell [K.Bramwell@codiagnostics.com]; Jesse Montgomery [j.montgomery@codiagnostics.com]; Jay Pathak [j.pathak@codiagnostics.com]; Dwight Egan [d.egan@codiagnostics.com]; Reed Benson [r.benson@codiagnostics.com] |
| **Subject:** | Re: FDA Comparison Study |

I believe we were at 14,000 NDU/ml, but we haven't gotten final approval. It isn't that great to be honest.

---

**From:** Andrew Benson <a.benson@codiagnostics.com>
**Sent:** Wednesday, September 16, 2020 6:43 AM
**To:** Chad Apuli <c.apuli@codiagnostics.com>
**Cc:** Cecilia Hutchins <c.hutchins@codiagnostics.com>; Kenneth KC Bramwell <K.Bramwell@codiagnostics.com>; Jesse Montgomery <j.montgomery@codiagnostics.com>; Jay Pathak <j.pathak@codiagnostics.com>; Dwight Egan <d.egan@codiagnostics.com>; Reed Benson <r.benson@codiagnostics.com>
**Subject:** Re: FDA Comparison Study

Nice, thanks. Where did we end up with the LoD?

On Wed, Sep 16, 2020, 6:41 AM Chad Apuli <c.apuli@codiagnostics.com> wrote:
We have received the materials and we submitted the data this week.

---

**From:** Andrew Benson <a.benson@codiagnostics.com>
**Sent:** Wednesday, September 16, 2020 6:40 AM
**To:** Cecilia Hutchins <c.hutchins@codiagnostics.com>; Kenneth KC Bramwell <K.Bramwell@codiagnostics.com>; Jesse Montgomery <j.montgomery@codiagnostics.com>; Chad Apuli <c.apuli@codiagnostics.com>; Jay Pathak <j.pathak@codiagnostics.com>
**Cc:** Dwight Egan <d.egan@codiagnostics.com>; Reed Benson <r.benson@codiagnostics.com>
**Subject:** FDA Comparison Study

Hey all,

This was brought to my attention, I'm wondering whether we have been sent the materials as mentioned here, whether it's something we are participating in, and if we have received the materials but opted not to, why not? It may give us an opportunity to quell a lot of the rumblings about the tests LOD if we can point them to this table:

https://www.fda.gov/medical-devices/coronavirus-covid-19-and-medical-devices/sars-cov-2-reference-panel-comparative-data

Thanks!

-Andrew

CONFIDENTIAL