Exhibit 41

Case 2:20-cv-00368-JNP    Document 171-41    Filed 04/10/24    PageID.5005    Page 2 of 5

Urgent Update to Louis Navellier's 2024 Warning

On April 10th, Louis Navellier goes live with a major update to his 2024 election thesis. "These six words could devastate millions."

Wed, April 10 at 8:00PM ET

| 0 | 8 | 56 | 35 |
|---|---|---|---|
| DAYS | HOURS | MINUTES | SECONDS |

Sign Up Here

SPECIAL REPORT   |   7 Off-the-Radar Stocks Set to Trounce the Magnificent 7 This Year

# Co-Diagnostics Is a Smart Way to Play Coronavirus Testing

The company's tests are reportedly 100% accurate in at least three countries

By **Louis Navellier and the InvestorPlace Research Staff**  May 11, 2020, 8:25 am EDT

Not many investors are aware of **Co-Diagnostics** (NASDAQ:**CODX**), the Utah-based molecular diagnostics company. But in today's age of the novel coronavirus, CODX stock is one that can't be ignored.

You may remember that I've written a few times about **Gilead Sciences** (NASDAQ:**GILD**) and its promising remdesivir treatment for Covid-19. Remdesivir, which Gilead used to treat Ebola and other viruses, is approved by the Food and Drug Administration as a coronavirus treatment, sending that stock ever higher.

But CODX has also caught my attention as of late, and it should be on your radar, too. Co-Diagnostics is another key way to play coronavirus treatments and testing in your portfolio.

Co-Diagnostics makes its test for the Covid-19 — a critically important role in today's society. Governors around the country are adamant in saying they can't reopen their states without the ability to test for Covid-19. Experts say the U.S. currently is doing about 250,000 tests a day, but that needs to double to about 500,000 daily tests.

Obviously, there is a dire need for companies like Co-Diagnostics today.

## CODX Stock at a Glance

Until recently, Co-Diagnostics was a mere blip on the radar. Trading volume rarely topped more than a few million shares per day, and the stock price didn't breach $5 since 2017.

But then the coronavirus began spreading through China and around the world in January. And by late February, traders starting betting on Co-Diagnostics as the company received security clearance for its Logix Smart Coronavirus Covid-19 test.

The kit is an "an in vitro diagnostic ('IVD') for the diagnosis of COVID-19 in European Union states and other markets that accept a CE-IVD mark as valid regulatory approval," according to a company statement.

Then in April, the Food and Drug Administration gave Co-Diagnostics regulatory approval in an emergency use authorization for its Covid-19 diagnostic kits. The emergency use authorization allows companies to release products before receiving an official approval.

Co-Diagnostics was one of nearly four dozen companies to receive the emergency use authorization as the U.S. tries to ramp up its testing capability.

CEO Dwight Egan says Co-Diagnostics is now producing 3 million tests per week to test for the coronavirus. The market is paying attention — CODX stock now trades at nearly $15 per share, rising more than 1,500% year-to-date.

## Co-Diagnostic Says Tests Are 100% Accurate

How confident can you really be in betting on Co-Diagnostic's tests? Well, according to the company, you can take it to the bank.

The company said May 1 that its coronavirus test is *100% accurate* in field testing. That's not a typo — it claims the test is perfect in tests conducted in the U.S, Mexico and India.

"In countries where we have been evaluated against other tests, we have consistently and repeatedly achieved 100% clinical sensitivity and specificity. You can't do better than that," says Co-Diagnostic's chief scientific officer, Brent Satterfield.

Also in May, CODX announced that its tests have been approved for sale in Mexico, and its joint venture in India expects to begin filling orders in that country soon.

"Orders for our Logix Smart COVID-19 test continue to be strong," Egan said in a statement. "We believe our continued growth is due to our ability to meet testing needs on a timely basis, with a high quality, cost-efficient, easy to process test. We are pleased that our technology is also being deployed in many areas in the United States, providing high-throughput diagnostic solutions to improve the quality of COVID-19 detection in those communities."

## The Bottom Line on Co-Diagnostics

Co-Diagnostics' last earnings report, issued in March, included a loss of 9 cents per share on revenue of less than $1 million. It hasn't announced when its first-quarter earnings will be issued, but investors will want to know how much its spending on research and development versus actual sales in the quarter, as well as what projections the company is making for future sales.

There are several companies out there where you can play coronavirus testing, but CODX is sending powerful buy signals here. Co-Diagnostics has an 'A' ranking in my Portfolio Grader right now.

*Louis Navellier had an unconventional start, as a grad student who accidentally built a market-beating stock system — with returns rivaling even Warren Buffett. In his latest feat, Louis discovered the "Master Key" to profiting from the biggest tech revolution of this (or any) generation. Louis Navellier may hold some of the aforementioned securities in one or more of his newsletters.*

Article printed from InvestorPlace Media, https://investorplace.com/2020/05/co-diagnostics-codx-stock-smart-coronavirus-play/.

©2024 InvestorPlace Media, LLC

# Best Savings Accounts & Rates for April 10, 2024

Advertiser Disclosure  |  Privacy policy



| Account Type | Zip Code | Deposit Amount |
|---|---|---|
| **Savings & MMAs** ⌄ | 33142  Miami, FL 📍 | $ **25,000** |



### Great news for savers!

Top savings yields are outpacing inflation, thanks to 11 Federal Reserve rate increases. Be sure you're benefiting from the Fed's actions by earning a competitive yield.

Sort by ⌄

| Featured offers ⓘ | APY ⓘ | | Min. Balance for APY | Est. Earnings ⓘ |
|---|---|---|---|---|
| ★ ★ ★ ★ ⯨ ⓘ<br>SAVINGS ACCOUNT<br>Member FDIC | **5.10%** | **$0** | **$1,275**<br>Over 1 Year | Learn More<br><br>Offer Details |
| ★ ★ ★ ★ ★ ⓘ<br>SAVINGS ACCOUNT<br>Member FDIC.<br>**Promoted offer :** No fees. Easy deposits and quick withdrawals. | **5.25%** | **$0** | **$1,313**<br>Over 1 Year | Learn More<br><br>Offer Details |
| ★ ★ ★ ★ ⯨ ⓘ<br>SAVINGS ACCOUNT<br>Member FDIC | **4.30%** | **$1** | **$1,075**<br>Over 1 Year | Learn More<br><br>Offer Details |
| ★ ★ ★ ★ ⯨ ⓘ<br>SAVINGS ACCOUNT<br>Member FDIC<br>**Promoted offer :** Plus, no monthly fees and unlimited free external transfers | **5.00%** | **$0** | **$1,250**<br>Over 1 Year | Learn More<br><br>Offer Details |

Page 1 of 3    ‹    ›