# EXHIBIT B

Page 1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION


CASE NO: 2:20-CV-00368


GELT TRADING, INC., a Cayman Islands

limited company,


                    Plaintiff,

Vs.

CO-DIAGNOSTICS, INC., a Utah Corporation,

DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD,

EDWARD MURPHY, RICHARD SERBIN, REED BENSON,

BRENT SATTERFIELD,


                    Defendants.

_____/


                    Zoom Teleconference

                    England, UK

                    February 22, 2024

                    8:30 A.M. - 4:06 P.M.



          DEPOSITION OF DR. STEPHEN BUSTIN


     Taken before MARIA FERNANDEZ, RPR, FPR-C

     and Notary Public for the State of Florida at

     Large, pursuant to Notice of Deposition

     filed in the above cause.

Page 2

APPEARANCES:

On behalf of Plaintiff:

MARCUS NEIMAN RASHBAUM & PINEIRO, LLP
2 South Biscayne Boulevard, Suite 2530
Miami, FL 33131
BY:  MICHAEL A. PINEIRO, ESQ.
   mpineiro@mnrlawfirm.com

On behalf of the Defendants:

BAKERHOSTETLER
45 Rockefeller Plaza
New York, NY 10111
BY:  GENEVIEVE G. YORK-ERWIN, ESQ.
   gyorkerwin@bakerlaw.com
BAKERHOSTETLER
2002 Civic Center Drive, Suite 1200
Columbus, OH 43215
BY:  MARISSA A. PEIRSOL, ESQ.
   mpeirsol@baker.com

ALSO PRESENT:

Brandon S. Floch, Esq.
Marcus Neiman Rashbaum & Pineiro, LLP

REPORTED BY:
Maria Fernandez, RPR, FPR-C
Veritext Legal Solutions
2 South Biscayne Boulevard, Suite 2250
Miami, FL 33131

Page 3

I N D E X

Examination                     Page
Dr. Stephen Bustin
Direct By Mr. Pineiro            4

EXHIBITS MARKED FOR IDENTIFICATION

Exhibit 1     Dr. Bustin Report        17
Exhibit 2     CoDI_00007781            73
Exhibit 3     CoDI_00214561           140
Exhibit 4     Press Release 5-1-2020  152
Exhibit 5     CoDI_00086792           188
Exhibit 6     CoDI_00201703           203
Exhibit 7     CoDI_00001205           221
Exhibit 8     CoDI_00004513           231
Exhibit 9     CoDI_00007515           237
Exhibit 10    CoDI_0007525            242
Exhibit 11    CoDI73616               255
Exhibit 12    CoDI-00075397           260
Exhibit 13    CoDI_00004907           270
Exhibit 14    Article                 282

Page 4

Thereupon:

        DR. STEPHEN BUSTIN,

    A witness named in the notice heretofore filed, being of lawful age and having been first duly sworn, testified on his oath as follows:

        THE WITNESS:  I do.

            DIRECT EXAMINATION

BY MR. PINEIRO:

    Q   Good morning, Dr. Bustin.  My name is Michael Pineiro.  I'm counsel for --

        MR. PINEIRO:  Well, do we want appearances for the record, Maria?

        COURT REPORTER:  Yes.

        MR. PINEIRO:  So Michael Pineiro from Marcus Neiman Rashbaum & Pineiro on behalf of the plaintiff.

        MS. YORK-ERWIN:  Genevieve York-Erwin and my colleague Marissa Peirsol from BakerHostetler for the defendants.

        THE WITNESS:  Steven Bustin, the witness.

BY MR. PINEIRO:

    Q   Good morning, Dr. Bustin.  So my name is Michael Pineiro.  I'm counsel for the plaintiffs.

        I'm just going to go over some very brief ground rules on the deposition and then we'll get

Page 5

started.

        So I'm going to be asking you a series of questions.  Counsel, you know, Genevieve or Marissa may be objecting.  After they object, you are to respond to the question, unless there's an instruction not to answer the question.

        Just verbal responses, right.  So nodding your head, we have a court reporter, she's taking down the transcript, we need verbal responses.

        Also I will do my best to let you finish your answer before you start -- I will do my best to let you finish your response before I ask my next question.

        And I ask you also, if you know where my question is sort of going, just let me get the whole question out and then you can start your response.  If you need a break, let me know.  We'll take one. That's not a problem at all.

        And do you have any notes with you in the room with respect to this case where you are right now?

    A   No.

    Q   Okay.  Is there anyone else -- and I'm only asking you these questions because we're doing a remote deposition.  Is there anyone else in the room

2 (Pages 2 - 5)

Page 6

with you?

A    Just my dog.

Q    Just your dog.  All right.  Okay, that's fine.

How did you prepare for today's deposition, if at all?

A    I had several meetings with the lawyers. And I obviously read my report and Dr. Westcott's report and Dr. Bard's report.

And obviously previously to that I looked at a range of e-mails and other items that related to the case.

Q    Got it.

Now, you said you had meetings with counsel, correct?

A    Yes.

Q    Okay.  And just before I get to that, are you represented by counsel at today's deposition?

A    I don't know what that means.

Q    Okay.  So is Ms. York-Erwin or Ms. Peirsol, are they representing you in connection with this deposition?

A    Are you?

I don't know.

Q    It's okay.  If you don't know, you don't

Page 7

know.  It's no big deal.

So why don't we go through these meetings that you had with counsel.  When was the first meeting to prepare --

MS. YORK-ERWIN:  Objection.  I'm going to instruct the witness to answer only to the extent it doesn't reveal privileged information.

MR. PINEIRO:  Well, let me get the answer out.

BY MR. PINEIRO:

Q    So without revealing attorney-client -- well, hold on a second.  There might not be a privilege objection, but let -- we're going to be cognizant that some communications between you and your counsel may be privileged, but setting that aside, you mentioned there were meetings between you and counsel.  When was the first such meeting?

A    Probably mid January, early January.

Q    And was that by Zoom or in person?

A    Yeah, all meetings by Zoom.

Q    And who was present?

A    Miss York-Erwin and -- or Mrs. York-Erwin and Mrs. Peirsol.

Q    How long was that meeting for?

A    They're usually about 45 minutes to an hour.

Page 8

Q    And you said that was mid January; is that right?

A    Roughly.  I think once they got the notice of when this deposition was taking place --

Q    Yeah.

A    -- it was shortly after that that we had our first meeting.

Q    Got it.

And did you review any documents in that meeting?

A    In some of the meetings, yes.

Q    Okay.  So besides this meeting, this first meeting in mid January, were there any other meetings?

A    Yes, there were about -- several meetings. Not a lot of meetings, but several meetings.

Q    How many -- are you able to ballpark how many meetings you had?

A    Four or five.

Q    And all of them were of equal length?  Were roughly the same length, 45 minutes or so?

A    No.  We had a meeting yesterday that was a bit longer.

Q    How long was that meeting?

A    About three hours, three and a half hours. Something like that.

Page 9

Q    Now, you mentioned that in these meetings you sometimes reviewed documents; is that right?

A    Yes.

Q    And that included the report that you prepared in this case?

A    Yes.

MS. YORK-ERWIN:  Objection.  I'm going to instruct the witness not to answer to the extent it reveals privileged information.

BY MR. PINEIRO:

Q    I'm only asking you about documents and information that form the basis of your opinions in this case.  Okay.

Did you review any of the documents that you referenced in your expert report?

A    Not specifically.

Q    Okay.

A    We looked at a few e-mails but nothing -- yeah.

Q    When were you first contacted about potentially serving as an expert in this case?

A    It was last summer, summer of 2023.

Q    And who contacted you?

A    Mrs. York-Erwin.

Q    Okay.

3 (Pages 6 - 9)

Page 10

A    I think. I can assume, but I think it was. Certainly that's the most contact with.

Q    And so you said last summer, so summer of '23?

A    '23, yes.

Q    What did she describe as the engagement, the opinions or services that you would be providing?

A    It has to do with a court case that was -- had to do with a RT-qPCR test I happen to develop against SARS-Cov-2 and my opinion on whether a press release that was used in May 2020 was reported by the evidence enabled to the company that produced the test at the time.

Q    And do you recall when you entered into or executed an engagement agreement?

Strike that.

Did you execute some type of engagement agreement with counsel or with the company?

A    Yes.

Q    And was it with the company or with counsel, do you recall?

A    Good question. I think it's with counsel.

Q    And do you remember when that was entered into?

A    When, yeah, I can't -- it was last summer,

Page 11

but I couldn't give you a precise date.

Q    Do you remember how long the time was between when you were first contacted and when you signed the engagement?

A    It wasn't excessively long, but, yeah, I honestly can't remember the details of that.

Q    Before you agreed to accept the engagement, did you request to evaluate any materials related to the services or the opinions to be rendered?

A    I mean, you're going to think I'm awfully stupid but I really -- I can't -- I can't --

Q    I don't think that, Doctor, I promise you. I've seen your CV.

A    Can I get back to you on that?

Q    No, unfortunately you can't. You can only tell me what you remember today.

Do you recall when you first were contacted about the engagement requesting information or materials before deciding whether you could provide the requested opinion?

A    I am really vague on this. I wouldn't want to say, because I just cannot remember, but what -- yeah, okay.

Q    Have you previously served as an expert in court proceedings?

Page 12

A    Yes.

Q    And is it customary for you to analyze the information relating to the requested opinion before agreeing to do the engagement?

A    Well, what normally happens is that -- yeah, I think so. I would be given an outline of something, yes.

I'm just trying to think of the last one I did. I had to sign some confidentiality agreement and then I was given some information and then I decided. Yes, I think that's how it worked.

Q    On this one, this case, you don't have a specific recollection of requesting information or signing the engagement?

A    I expect I got something, but I just can't remember.

Q    Did you ever communicate to counsel that you -- before agreeing to provide the opinion, you had to review the information, analyze it, and confirm you could provide it?

A    I'm really sorry. I just can't remember. But I would expect, knowing myself, that if I -- if I had read something that I didn't agree with, I would not have agreed to be involved.

Q    Sure.

Page 13

Is your engagement solely to serve as a trial expert, meaning somebody who's going to provide an opinion in connection with trial?

A    As opposed to?

Q    As opposed to a consulting. I mean, are you providing any consulting expert services?

A    No.

Q    And so you've prepared two reports in connection with this case, right, sir?

A    That's correct.

Q    And did anyone else -- besides counsel -- well, strike that.

Did anyone assist you in preparing those reports?

A    No.

Q    Did you provide drafts -- before you finalized your reports, did you provide drafts of those reports to counsel?

A    I did.

MS. YORK-ERWIN: Objection. Calls for privileged information.

BY MR. PINEIRO:

Q    Did counsel provide you with any comments or proposed revisions to those reports?

MS. YORK-ERWIN: Same objection.

4 (Pages 10 - 13)

Page 14

THE WITNESS: Comments, yes. Report revisions are mine.

BY MR. PINEIRO:

Q    What do you mean by revisions are yours?

A    Well --

MS. YORK-ERWIN: Same objection.

THE WITNESS: -- if something was unclear because I use, say, too technical language, then that was pointed out to me, or if I was too extensive in my explanations, that was also pointed out to me, but none of the substance of what I said was altered or changed by anyone except by myself, or written by myself.

BY MR. PINEIRO:

Q    So counsel's comments to the drafts were stylistic?

MS. YORK-ERWIN: Objection; to the extent you can answer without revealing privileged information, you are welcome to.

THE WITNESS: Yes, I'm trying to think. It was more than stylistics in that example. There was a section on Epic metric that was superfluous which I took out of the report, on detailed discussion of PPV and NPV.

So it was kind of, I think, streamlining

Page 15

more than stylistics. Streamlining and stylistics that was done to my reports.

BY MS. YORK-ERWIN:

Q    In any of their comments did counsel provide you with information or some form of direction that impacted your opinions and conclusions?

A    Absolutely not.

MS. YORK-ERWIN: Objection. Privileged information -- calls for privileged information.

MR. PINEIRO: You can answer.

MS. YORK-ERWIN: You can't to the extent it calls for information.

BY MR. PINEIRO:

Q    Right. But my question is just a yes or no, right, so it's not going to call for privileged information. I'm only asking, which I'm entitled to, whether the feedback provided by counsel included information that served as a basis for his conclusions or opinions. So I'm well within the rules there. And I'm only asking you yes or no, so I'm not asking for the substance.

A    The opinions are --

Q    I'm sorry?

A    The opinions are all my own. They are no one else's opinion.

Page 16

Q    Got it.

And what was your hourly rate on this case?

A    $800.

Q    And have you submitted invoices for payment in connection for these services?

A    I have.

Q    And do you know the amount of those invoices to date?

A    Roughly 200 and something thousand dollars.

Q    What's your present occupation?

A    I'm a professor of molecular medicine at the university.

Q    And what is your -- what was your annual income in 2023 from your role as a professor?

A    My salary?

Q    Your salary, yes.

A    Well, my total income, I guess was in the region of 110,000 pounds.

Q    Besides your professorship, are there any other outside activities that you engage in from which you obtain income?

A    Well, I have been asked by the UK government to act as a -- or write a report, so I did a report for -- on a UK government COVID related, but apart from that, no.

Page 17

Q    What is it that the UK government asked you to do, Doctor?

A    It has to do with testing and some problems with testing that occurred during the pandemic and my opinion on testing procedures.

Q    Got it. Are you being paid for that work?

A    Yes.

Q    What are you being paid for that?

A    About 7,000 pounds. It was very little work.

Q    I'm introducing an exhibit. Bear with me as I -- do you have Exhibit Share open, Doctor? Do you have access to it there?

(Exhibit 1 marked.)

BY MR. PINEIRO:

Q    So I've introduced what's been marked as Exhibit 1 to the deposition.

A    Nothing has been appeared.

Q    Yeah, you probably have to refresh it. But what I'm going to be doing, just for ease of reference, is I'm just going to be sharing the exhibits on the screen.

You have access on Exhibit Share, so scroll through them on your own, but can you see Exhibit 1 on your screen, Doctor?

5 (Pages 14 - 17)

Page 18

A   Yes, but can you make it bigger?

Q   Do you need me to make that bigger?

A   Yes.

MS. YORK-ERWIN:  Dr. Bustin, you can also download the document if it's easier for you to view it and scroll through it yourself.

THE WITNESS:  I can't.  How can I -- nothing has appeared on the --

MR. PINEIRO:  Refresh the web page.  Sometimes then the document will show up.

MS. YORK-ERWIN:  Or just re-click on the folder.

THE WITNESS:  There it is.  Okay.

BY MR. PINEIRO:

Q   Is that one of the expert reports that you've prepared in this case?

A   Yes, that's the first one.

Q   You also prepared a rebuttal report, correct?

A   Yes.

Q   Have you supplemented this report or the rebuttal report in any way, shape or form?

A   I supplemented -- you mean --

Q   Do you have any supplemental or additional opinions or findings besides those set out in this

Page 19

report and your rebuttal report?

A   No.

Q   So I'm going to scroll to -- all the way to your bio.

So Exhibit A to the report is your curriculum vitae, correct?

A   Yes.

Q   So you have mentioned that you have experience testifying as an expert.

Let me blow this up.  I'm on page 8 of your CV in a section called Expert Witness.  Do you see that?

A   Yes.

Q   Is this the full extent of the cases or proceedings where you've testified as an expert?

A   I didn't testify to all of these.  Some of them I just wrote a report for and then they just disappeared.

Q   Okay.  And so do any of these cases involve securities fraud class actions?

A   No.

Q   Do any of these cases involve investor markets or securities?

A   No.

Q   Did any of these cases involve

Page 20

representations to the investing public?

A   No.  They all had to do with PCR.

Q   Got it.  Okay.

Why don't we quickly walk through each one.  Lundy versus Queen.  You provided an opinion in that case?

A   I did, and testified in court.

Q   And you testified in court?

A   In New Zealand, yes.

Q   What was your opinion in that case?  Just very briefly, do you recall what your opinion was?

A   Yes.  It was a murder trial and the gentleman was convicted and this was additional evidence that had been brought to light where it had to do with the quality of RNA and whether you can deduce from a sample that the person had been involved in a murder.  And so my -- I gave an opinion on how likely this was and how reliable the data were.

Q   So this didn't have to do with PCR testing, right?

A   Yes.  Oh, yes, it had.  Forensic PCR testing, yes.

Q   Forensic PCR testing.

A   Reverse Transcription PCR like COVID.  So you're looking at the RNA and determining whether this

Page 21

makes any sense or not.

Q   So this is not like COVID-19 PCR testing.  This is forensic PCR testing in connection with a criminal investigation?

A   That's right.

Q   Roche -- and that's the only opinion, the one that you described, that you provided in that case, in the Lundy case?

A   The only opinion.  Yes.  A lot of technical reliability of the test that had been used, yes.

Q   Okay.  Roche versus --

A   Cepheid.

Q   -- Cepheid.  What was -- do you recall what your opinion was in that case?

A   Yes.  This had to do with technical matters.  How -- whether a probe -- what is a probe in a qPCR experiment, and it's extremely technical.

And Cepheid was being sued by Roche and so it was a question of whether a particular PCR reagent can be named as a probe or a primer.  It was extremely technical.

Q   Who did you provide an opinion for in the Lundy case, I'm sorry.  The state or the defendant?

A   The defendant.

Q   And do you recall -- and were you paid for

6 (Pages 18 - 21)

Page 22

that opinion? Like, were you paid for those services in the Lundy case?

A   Yes.

Q   Do you recall the amount that you were paid?

A   It was -- it wasn't a lot because it was obviously -- I was paid by the government. I can't -- it wasn't a lot. I can't remember.

Q   Less than 100,000?

A   Oh, yes, yes.

Q   Okay. Roche, in the Roche versus Cepheid case, who did you represent? Who did you provide an opinion for, Roche or Cepheid?

A   No, to Cepheid.

Q   Do you recall roughly how much you were paid for that opinion?

A   Again, it was thousands, but not tens of thousands.

Q   Got it.

Did you actually testify in this case, in a proceeding, in the Roche case?

A   I did. Well, it was an arbitrator -- it was a different kind of system, so it wasn't a proper trial. There were arbitrators and we sat in a room and essentially discussed the case, so that's how that worked out. That was in Switzerland.

Page 23

Q   Got it.

Fluidigm versus LGC case. What was the opinion that you provided there?

A   It had something to do with, again, whether a certain way of carrying out PCR was appropriate or not, so I wrote a report and then didn't hear any more from them.

Q   And that was another patent dispute, it appears; is that right?

A   Yes, something --

MS. YORK-ERWIN:  Objection. It mischaracterizes his testimony.

THE WITNESS:  Oh, sorry. Yes.

BY MR. PINEIRO:

Q   Was that a patent dispute?

A   It had something to do with a patent, but I can't really recall exactly all of that.

Q   Was your opinion provided for the plaintiff or the defendant?

A   For LGC.

Q   And do you remember how much you were paid for that?

A   Hundreds in that case.

Q   Hundreds. Hundreds of dollars. Okay.

A   In pounds. Pounds.

Page 24

Q   Pounds, sorry. Yeah.

Regina versus Sellman. Do you recall what opinion you provided in that case?

A   Well, I -- it was a strange one. I just sat in on the trial and was asked to provide the barrister with some questions during her examination of a witness.

MR. PINEIRO:  Sorry. I'm sorry. Court reporter, could you repeat back that answer? I missed it.

(Requested portion was read back.)

BY MR. PINEIRO:

Q   So in the Regina case you did not provide an expert opinion?

A   Not that I recall.

Q   So it appears you provided consulting services there; is that fair?

A   I don't know what --

MS. YORK-ERWIN:  Mischaracterized his testimony.

THE WITNESS:  I don't know what the technical term would be. All I know is I sat in.

BY MR. PINEIRO:

Q   The Intervet -- and sorry, strike that.

Do you remember how much you were paid for

Page 25

the Regina versus Sellman case?

A   I did that for free.

Q   Intervet LTD and Merial and others. What was that case about?

A   I struggle to remember this one. It was a -- I think it also had to do with something with patents, but I didn't get past -- we went to a lab in the Netherlands and I looked at people doing PCR experiments, and then it ended.

So there was nothing -- there was no real solution to that. So I gave -- I wrote a short report on the -- where the PCRs had been carried out, but it didn't go any further.

Q   Do you recall what the dispute was about in that proceeding?

A   Not really, no.

Q   Did you provide -- you provided -- you provided an expert report?

A   A short report, if I recall, yes, but I'm a bit vague on this one.

Q   Again, do you recall what the substance of that report was, or your opinion?

A   Not on this one, no.

Q   The Merck, MMR trial, Philadelphia?

A   Yes.

7 (Pages 22 - 25)

Page 26

Q   What was that proceeding about?

A   The three -- or the MMR trials were kind of the same kind of thing.  I don't know whether you recall the hypothesis that was put out by a British doctor in the 1980s that the MMR vaccine was the cause of autism in children.

And so I was involved with -- a class action was launched in the United Kingdom against three pharmaceutical companies, and so I was engaged by GSK, one of those pharmaceutical companies, to look at all the evidence that was provided, all the PCR evidence that was provided in the apparent support of that hypothesis.

And so I spent a lot of time doing that, looking at primary data and analyzing the data, and writing report.  But then the UK government withdrew legal aid from the claimants and so that never came to trial.

But a couple of years later, and in Washington, there was a class action launched in the United States, and I'm not sure how but the US Department of Justice got in touch with me.  And I then re -- they got ahold -- I don't know exactly how it happened, but they were given my reports that I provided to the high court in London.

Page 27

And so then I went, I flew over to Washington and testified in the trial on one particular MMR case.

And then a couple of years later a second case came to trial in Philadelphia, and I remember a telephone conversation and I may have provided a brief report, but I can't remember, with regards to that second case.  But the main work I carried out was for the -- was in the UK.

Q   Got it.

So the MMR trial, that's the second -- that's the second proceeding where you had a smaller role?

A   In reality, I don't know what role really.  I was just asked my opinions, but I wasn't involved with the trial itself.  The only trial I was involved with was the one in Washington, D.C.

Q   I got it.

So the one in Philadelphia, did you provide an expert report?

A   I don't think so.

Q   So when you were -- when you say you were asked for your opinions, was it like more of an informal request?

A   Yes, I remember I was --

Page 28

MS. YORK-ERWIN:  Objection.  Mischaracterized his testimony.

BY MR. PINEIRO:

Q   You can answer.

A   I was in a room with, and it was a telephone conversation with lawyers in the United States.

Q   So the full extent of your involvement in the Philadelphia case was a phone call?

MS. YORK-ERWIN:  Objection.  Mischaracterized his testimony.

THE WITNESS:  No, that was part of it.  I think, and I really can't remember, I think I provided a short report on the merits of that particular case, but, yeah, it was -- it wasn't as major as the one in Washington, D.C.

BY MR. PINEIRO:

Q   Got it.

And so what did you do in the Washington, D.C. case?  That's the one listed here as US DOJ, MMR trial?

A   Yes.

Q   Okay.

A   I -- the trial had to do with a particular child, so I rewrote and refocused my report I prepared for the UK high court to include the data that was

Page 29

specific to that child.

And in addition to that, obviously, I also explained, again, why the RT-PCR data that had been used in support of this, of the theory and had been published, were completely wrong.

And how the -- that peer-reviewed publication had completely missed, or whoever had reviewed the paper had completely missed all the blatant errors that had been committed for the publication of that paper, so that's what I testified to in Washington.

Q   Got it.

Do you recall how much you were paid for your services in connection with the Philadelphia action?

A   Philadelphia, I can't remember.  It wasn't a lot, if at all.  I really can't recall.  It would have been something but it wasn't a lot.

Q   Sure.  And what about the Washington, D.C. trial?

A   Yeah, that was thousands, thousands of dollars, and they flew me across, obviously, to Washington and put me up.

Q   Sure.  And then the UK case, do you recall how much you were paid for that?

8 (Pages 26 - 29)

Page 30

A    Yes. That went on for several years. I was paid in the region of 200,000 --

Q    Got it.

A    -- pounds.

Q    And that went on from 2003 to 2006, as you note here?

A    Yes, roughly. Roughly.

Q    I'm just going to take you to the front of your CV. Is this your most updated curriculum vitae?

A    Yes.

Q    Is there a more revised --

A    No, not now. It's just more publications since then, that's all.

Q    And the professorship that you referenced earlier in the deposition is listed here in the present post, 2014?

A    Yes.

Q    Professor of molecular medicine?

A    Yes.

Q    What is molecular medicine? In short, without giving me -- I'm sorry. Give me your best answer, but in brief, what's molecular medicine?

A    It's identifying -- identifying molecular pathways or proteins or RNA, or whatever, associated with disease or with infection and how the body

Page 31

responds to that, and working out how, at the molecular level -- for example, if you take a drug, how the drug affects you. Or if there's a pathogen, how it affects you -- how it affects you and how it's combated, that kind of thing.

Q    Got it.

So if you go to qualifications, it appears that in 1982 you graduated from Trinity College, the University of Dublin.

A    Yeah.

Q    Strike that.

It appears in '79 -- 1979 you graduated from Trinity College, University of Dublin, with a bachelor's of arts in genetics?

A    No.

Q    A BA? What does BA stand for?

A    Okay, Trinity College, Dublin and Oxford and Cambridge universities confer BAs, not BSEs. Everything is a BA. That's traditional.

Q    A bachelor's of arts, okay.

A    So it's a BA, yeah. Because at the time there was no BSE when the university was constituted, so they're still called BAs. It's a traditional hangup.

Q    So you had a BA in genetics, correct?

Page 32

A    Yes.

Q    Okay. Does that BA in any way involve the study of PCR testing?

A    No. If you look at the dates, PCR was published in 1985, so there was no PCR around at that time.

Q    Right. And then 1982 you graduated from the same college with a Ph.D. in molecular biology?

A    Yes.

Q    Do you have any degrees -- do you have any other degrees besides these two?

A    No.

Q    Do you have any training in finance?

A    No.

Q    In financial markets?

A    No.

Q    Securities?

A    No.

Q    Do you have any training in the area of compliance with regulations?

A    No.

Q    Do you have any training on stock market behavior?

A    No.

Q    Investor behavior?

Page 33

A    No.

Q    Have you ever studied at all, setting aside -- strike that.

Have you ever conducted any type of study or training in public reaction to public statements regarding PCR testing?

MS. YORK-ERWIN: Objection. Vague and compound.

BY MR. PINEIRO:

Q    You can answer.

A    I haven't conducted studies, per se. I mean, obviously, I've been interviewed a lot during the pandemic so I've come into contact a lot with what people think and how they perceive testing, so that would be my extent of knowledge of what people think of PCR testing.

Q    Have you ever done any studies, though, on the public's general awareness or education regarding PCR testing?

A    No.

MS. YORK-ERWIN: Same objection.

THE WITNESS: I haven't done any defined studies, no.

BY MR. PINEIRO:

Q    When you say "defined studies," what do you

9 (Pages 30 - 33)

Page 34

mean?

A   Well, a study to me is something that you write out a protocol, you have it approved, and then you follow the protocol to do a study.

Q   Right.

A   So that's a very formal way of doing something.  I haven't done that, no.

Q   But setting aside defined studies, have you engaged in any other analysis or studies of that area?

A   Well, I've had impressions from all the contacts I've had with journalists, with members of the public, so that's my impression that I have of normal people, or not experts, people who think.

Q   Let me make this a little larger.

So just briefly going through some of your past employments.  This is 1983 to '85 you were the Higher Scientific Officer, Department of Genetics, Animal Virus Research Institute.

A   Yes.

Q   Do you recall what that position was?

A   Yes, it was a post-doctorate position where I followed and sequenced foot and mouth disease virus, the RNA virus.

Q   And was that -- and RNA viruses in animals or humans?

Page 35

A   Yes.  Foot and mouth disease is a -- well, it's an animal virus.

Q   Yeah.  But animals as distinct from humans?  Are you considering us animals?

A   Yes.

Q   Okay.  I just wanted to be clear.  Remember I'm not a scientist, so you're going to have to -- sometimes I'm going to be obtuse on this stuff.

1985, '87 you worked as a Senior Research Scientist for New Technologies Department?  Do you see that?

A   Yes.  Yes.

Q   What did you do there?

A   Well, that's, as you can see, 1985, that's when the first paper was published on PCR.

So because it was a new technology I was involved in, I've always been interested in new technologies, I immediately leapt into trying to reproduce PCR, and so I spent a lot of my time on trying to work out how PCR works and also -- yeah, the sequencing.  All these things that were new at the time for this company which was wanting to sell kits and things like that for molecular biology.

Q   At this new technology company, did you conduct PCR experiments?

Page 36

A   Yes.

Q   Does that involve -- does that entail developing PCR tests yourself?

A   Yes, and instruments.  This was the first -- the first thing that happened that showed that it works.  So we were all working in -- it was all very complicated, but very, very Heath Robinson-ish.

Q   And then it seems like you left the new technologies company and you went to -- strike that.

It seems like you stayed within the company but then moved -- so the new technologies department, that's for a company called Amersham International, PLC?

A   Amersham International, that's right.  Yes.

Q   Got it.  And so you stayed with that company through 1989, it seems?

A   Yes.  I got a promotion to research manager.

Q   Got it.  Understood.

Then in 1989 you started at the London Hospital Medical College?

A   That's right.

Q   And there you were a senior research fellow and lecturer?

A   I wasn't lecturing.  I was just a senior research fellow.

Page 37

Q   What did your research there involve?

A   PCR and looking at biomarkers for -- again, targeting poorly recognized consult, prognosis of patients with cancer.

Q   In connection with that position, did you develop any PCR tests?

A   Yes.  They were all published and -- yeah, they were all pre -- what I've got in my CV, but they're all accessible if you wanted to know what they were.

Q   Got it.

A   And we also had the first -- we bought the first academic qPCR instrument in the UK.

Q   And then from '95 to 2002, you got a new position as a senior lecturer at Queen Mary University of London?

A   Yes, with a promotion there.  We were taken over by Queen Mary, so I stayed in the same lab.

Q   Got it.  Understood.  Okay.

And then in 2002, did you change positions?

A   Yeah, just another promotion to reader.  Just the academic lab in the --

Q   Right, because it's the same -- the same system, the London School of Medicine & Dentistry.

A   Yes.  Yes.

10 (Pages 34 - 37)

Page 38

(Brandon Floch is in attendance.)

BY MR. PINEIRO:

Q   So you were at the London School of Medicine & Dentistry through 2012?

A   Yes.

Q   In your current role as professor of molecular medicine, are you -- does that involve any study analysis of PCR testing?

A   That's what I spend all my days doing.  I work in the lab all the time on PCR.  Develop new tests, developing new PCR, validate other people's tests.  That's what I do, yes.

Q   And when you say "validate other people's tests," what does that mean?

A   I have companies from around the world sending me reagents, or kits, or instruments to look at and see how they perform in my hands, and then report back on it.

Q   And those are PCR tests for -- what are they testing for?

A   Well, for example, due to pandemic I had tests that target COVID, SARS-CoV-2.  I've tested instruments, I've tested enzymes, I've tested against pathogens such as fungi, material of infections.  So just a wide range of different applications of PCR and

Page 39

instruments that would use PCR.

Q   How often would you say annually you do -- you perform validations of PCR tests?

MS. YORK-ERWIN:  Objection.

Mischaracterized his testimony.

BY MR. PINEIRO:

Q   You can answer.

A   I would say I have three to four different, either instruments or kits or reagents that I would be looking at and evaluating their performance.

Q   And are you personally paid for that or is --

A   No.

Q   -- or is the university paid?

A   I do it for free.

Q   For free.  Why do you do it for free?

A   Because I enjoy doing this kind of thing.

Q   So you indicated that you did perform validation -- some validations of COVID-19 tests?

MS. YORK-ERWIN:  Objection.

Mischaracterized his testimony.

BY MR. PINEIRO:

Q   Is that right?

A   What it was, I was sent some RT-qPCR kits from China, from the UK, and was asked to comment on

Page 40

how -- their performance.

Q   On the what, I'm sorry?

A   On their performance.

Q   And when you were asked a comment on their performance, what kind of analysis did you perform?

A   I do two things, and I will look at the analytical sensitivity and specificity of the kits or their reagents.  I will look at their limits of detection.  I will look at the efficiency of the PCR reaction.

And for the SARS-CoV-2 tests, particularly I had samples from our local hospital which I had used to develop my own kit which we published a test -- which we published, and I checked to see whether they were able to detect the positives and not detect the negatives, or not come up with false positives, so just a standard evaluation of these tests.

Q   So when you said that there were samples from a local hospital, those are human samples?

A   Yes.  So obviously during the pandemic all hospitals tested every patient coming into the hospital, and so I got lots of samples -- lots of RNA samples from the hospital that they had classified as positive or negative, and I have validated or confirmed either positive or negative.  So I had a

Page 41

well characterized set of about 50 positives and 50 negatives.

Q   And so when you're, you know, analyzing the effectiveness of these PCR tests, did you provide any type of written report to these -- written report in connection with your analysis or your opinions?

A   I provided a couple of reports, yes.

Q   Are those -- is there a name for that report?  Is it called the validation report or it's just -- there's no name for it?

A   I didn't give it a name, no.  I just said report.

Q   Is the term validation study when it comes to PCR testing, is that a term of art?

A   Well, it's a regulated term as far as I know.  I call them performance tests so I call them -- I would tend to say verification, validation, used them interchangeably.

But I know there is a -- a defined regulatory -- defined regulatory terms but I don't use them in those -- in that context.

Q   And what is a validation or a verification report?

MS. YORK-ERWIN:  Objection.  Compound.

11 (Pages 38 - 41)

Page 42

BY MR. PINEIRO:

Q   You can answer.

A   Well, a verification is performed in unmodified tests that have been cleared by the FDA, and to use the test precisely as the manufacturer has specified in their instruction of use.

A validation is more elaborate because they could be modified, or the protocol is modified from the manufacturer's IFU, and so we have to do additional analyses.

Q   So you indicated that there are certain regulations that -- strike that.

Are there regulations that apply to a quote, unquote, validation report of a PCR test?

A   Well, bear in mind that I don't do this regularly so I'm familiar with the fact that, yes, there are specific things that need to be done if you want to do a proper validation.

Q   And top level, what are those?

A   Well, you have to, in addition to -- because you're changing the conditions or the instruction for the use.  You have to look at things like analytical sensitivity and specificity as well -- analytical testing as well as the -- any other testing you do.

Q   So you indicated that when, in connection

Page 43

with your professorship, when -- that you've been asked to evaluate the effectiveness of PCR tests and that part of what you analyze is the analytical specificity and sensitivity and the limit of detection, correct?

A   Yes.

Q   Why do you do that in connection with your analysis?

A   Because that's what really interests me with PCR testing and I develop my own tests.  I always like to know how my tests compare or my assays compare to other people, so I always do that with any test I get, regardless of whether I'm asked to do it or not.

Q   Okay.  Got it.

And how are those measures relevant -- strike that.

Are those measures relevant to the performance of the test?

A   Their relevance due to the development of the tests.  And so if you develop a good test in the lab, it is likely that that is going to be a good -- a better test in the field than the test that has performed poorly in the lab.

So from that point of view, yes, it is important that you have a test that is analytically as

Page 44

sensitive as possible.  And in general, PCR tests are very highly sensitive and specific in the lab.

Q   So the better -- to understand, the better it performs in terms of analytical sensitivity, specificity, and limit of detection in the lab, the better you expect it to perform in the real world clinically?

MS. YORK-ERWIN:  Objection. Mischaracterized his testimony.

THE WITNESS:  Not necessarily, because the way that you test in the lab is quite different than what happens in the field because then you have all these unknowns that come into play as well.

So in the lab, I have a very defined sample and I have a very defined -- I know my instrument.  I know who's been doing the testing. I have very defined conditions.

That test in the field is exposed to someone taking a sample, perhaps not knowing what they're doing.  Someone then transporting the sample that had been stored, been extracted, and all these things affect the performance of a test.

So you can't just extrapolate from a good or a bad test -- or a good test in the lab to a good

Page 45

test in the field.  You have to do the actual sensitivity -- diagnostic sensitivity and specificity analyses to be able to say how good it performs.  That's why I also use clinical samples to validate tests.

BY MR. PINEIRO:

Q   But what you described, you know, the transport of the tests, things like that, all of those are factors external to the test itself; is that right?

A   That's right.  That's right.

Q   All right.  And so controlling for that, assuming that that is, even amongst all tests, the performance in the lab, right, the better the performance in the lab, the better you would expect the test to do, correct?

MS. YORK-ERWIN:  Objection.  Vague.

THE WITNESS:  The problem I have with this is that you're trying to say something that is simply complex and simple.  No, not quite, because the performance of the test isn't just the test itself, the primers you have used.  The enzymes can make a difference.

So, an example, two tests might perform identically in the lab even though they use

12 (Pages 42 - 45)

Page 46

different enzymes. But if you take them into the field, then one enzyme is more sensitive to inhibitions and it doesn't perform as well.

So you can't just make these conclusions without knowing how -- you have to know how a test performs in the field. That's why the sensitivity and specificity of a test as determined by real live samples is very important.

BY MR. PINEIRO:

Q   Sure. But you would also agree that the analytical sensitivity, specificity and limit of detection are also very important, right?

MS. YORK-ERWIN: Objection. Mischaracterized his testimony.

THE WITNESS: I think that important to the development of the test, so we strive to get the best possible combination of primers, probe and reagent that gives you -- a test that gives you the highest efficiency of the PCR reaction. And then you hope that that translates into a good test in the field.

BY MR. PINEIRO:

Q   And generally speaking when you're developing a PCR test, you want the highest possible

Page 47

marks when it comes to analytical sensitivity, specificity, limit of detection, correct?

A   I'm struggling with your highest possible marks. You try and get the test as sensitive as possible, and obviously specificity is a given.

And sometimes you struggle to get a test to be very sensitive, for whatever reason. And then you might have to make do with a test that is not quite as sensitive as you might like.

For example, for fungal assays you have kind of problems. But, yes, in general you're trying to get the best possible test.

Q   And that includes having the lowest limit of detection, correct?

MS. YORK-ERWIN: Objection. Mischaracterized his testimony.

THE WITNESS: The limit of detection is one of the parameters of it that you would use. The efficiency of the PCR action itself is equally important. Because you can have a sensitive test that is not terribly efficient, in theory that is, in practice.

These are all parameters we look at and we combine them into an assessment of the test. So we don't use a single metric. We use a number of

Page 48

different metrics because they all addressed different aspects of that test's performance.

BY MR. PINEIRO:

Q   Do you know how many -- strike that.

Do you know how many hours it took you to prepare the report in this case?

A   I can't. It took a long time because obviously I spent a lot of time looking at the underlying data because I was able to look at the raw data, for example, that had been used in Australia, so I analyzed them myself on my own -- using my own computer, so it took a long time.

Q   Okay. I'm showing you Exhibit B to your report. Are you familiar with this?

A   Yes.

Q   Okay.

A   If you can scroll up. This is Exhibit B.

Q   This is Exhibit B to your report, which I think is page --

A   Yes, I've got it. I've got it. Yes.

Q   Okay. Great.

Is this the full list of materials or sources that you referenced or consulted in preparing your report?

A   This particular report, yes. There's some

Page 49

other references, I think, that are in the footnote and there are other ones in the rebuttal report.

Q   Understood.

At the outset of your engagement, did you ask for a list of materials from counsel?

A   Asked for a list of materials. No, I was -- I was -- I was given -- I was sent or I downloaded these documents. Yeah, I wouldn't have known what to ask for.

Q   So counsel selected these materials?

A   I presume so. That's what I was sent, so someone selected them. I do not know who selected them.

Q   After you were provided -- strike that.

Do you recall when you were provided these materials by counsel?

A   I think there were three different batches. I do recall that I -- I specifically asked if they had raw data, that's what -- I remember asking for that. I think that's when I was supplied with the Australian run files from their PCR experiments.

Q   Besides asking for raw data, is there any other information or materials that you asked for?

A   I don't think so.

Q   Is there anything that you asked for and did

13 (Pages 46 - 49)

Page 50

not receive?

A   I think I asked for as many raw data as possible. And I think some of the raw data just weren't available so I didn't get those.

Q   Besides that, there's nothing that you asked for that you didn't receive?

A   No.

Q   So if we go to case documents, it appears on bullet point number 3, that you were provided the transcript and exhibits to the deposition of Brent Satterfield; is that correct?

A   That's correct.

Q   Did you review that transcript?

A   I did.

Q   And the exhibits?

A   Yes, most of them.

Q   You didn't review any other deposition transcripts in this case?

A   Not really, no. I was shown very briefly yesterday, I think, a deposition from an employee at Co-Diagnostics, whose name now escapes me, but apart from that, no. And that was very briefly. So the only one we looked at was this one.

Q   Was it shown to you on the screen?

A   Which one?

Page 51

Q   The --

A   Yes.

Q   -- employee deposition transcript?

A   Yes. Yes.

Q   And do you recall who that was, whose deposition that was?

A   It was -- it was --

Q   Was it Rebecca Garcia?

A   That's it. That's it. Yeah.

Q   Did you ask for a copy of that transcript?

A   No.

Q   Have you reviewed that transcript, besides the reference you made to being shown yesterday briefly?

A   No. No.

Q   Is there a reason for that?

MS. YORK-ERWIN: Objection. You can answer to the extent it doesn't call for privileged information.

THE WITNESS: I was able to come to my opinion without requiring any other transcript. I think the Satterfield deposition I was more interested in because I had never done a deposition so I did not know what was involved, so that's why I wanted to listen to that.

Page 52

MS. YORK-ERWIN: Mike, can we take a break soon? We've been going for --

MR. PINEIRO: Yeah, no, perfect. Let's take five minutes, if that's okay.

(Recess was taken.)

BY MR. PINEIRO:

Q   So Dr. Bustin, before the break, you indicated that you were shown, in deposition preparation, a portion of the deposition transcript of Rebecca Garcia, correct?

MS. YORK-ERWIN: Dr. Bustin, I'm going to instruct you not to answer since it calls for privileged information.

MR. PINEIRO: It's a yes or no question, and he already answered it. He's already indicated that he did.

BY MR. PINEIRO:

Q   Strike that.

Does Rebecca Garcia's transcript in any way, shape or form impact your opinion or findings in this case?

A   Not at all. No.

Q   Now, your report in this -- your expert opinion in this case pertains to a May 1, 2020 press release by Co-Diagnostics, correct?

Page 53

MS. YORK-ERWIN: Objection. Mischaracterized his testimony.

THE WITNESS: Would you mind just repeating that? I'm not sure what you're asking.

BY MR. PINEIRO:

Q   Your expert opinion in this case pertains to a May 1, 2020 press release by Co-Diagnostics; is that right?

A   Yes. I think so. I think so. I'm not quite sure what the question, but I interpret it as you're asking me whether my opinion is associated with this press release and the evidence I found that might support -- that supports that press release. Is that correct?

Q   That's correct. That's right.

A   Yeah, that's -- yes.

Q   And you're aware that there were validation studies or reports attached to that press release?

MS. YORK-ERWIN: Objection. Assumes facts not in evidence.

BY MR. PINEIRO:

Q   Are you aware of that, sir?

A   I saw several attachments to that press release, yes.

Q   And they were titled Validation Reports,

14 (Pages 50 - 53)

Page 54

some of them?

MS. YORK-ERWIN: Objection.

THE WITNESS: Can I have a look at the -- I think it was, but can we just have a quick look at it?

BY MR. PINEIRO:

Q   I will. I will get to it. If you don't recall off the top of your head, that's fine.

Do you recall seeing that Rebecca Garcia was the author and supervisor of some of those reports?

A   I realize that now. But there was a signature attached to it that I couldn't read but now I realize it was her, yes.

Q   In preparing your opinions in this case, did you request that counsel provide you with any deposition transcripts or statements prepared by the person who signed those reports?

A   Well, the way I understand this is that all she did was she compiled them. The reports weren't prepared by her because the original report was produced by the Australians and by the Indian Institute of Pathology, and by the Mexicans.

So I think she just compiled them. She had nothing to do with the actual preparation of the report itself, so, no, I didn't because I had all the

Page 55

other information. I had all the information that was required to make my -- to come to an opinion.

Q   So the Australians prepared a written report?

A   Well, I -- they -- I had access to the actual data, so in addition to what they were -- what is the attachment to that press release, which I assume was a forwarded copy of the report that the Australians produced, I had the actual underlying raw data to look at as well. So I didn't need to worry about who -- what the report said until I actually checked it myself.

Q   Are you aware that Rebecca Garcia testified that Dr. Satterfield's comments in the May 1 press release were very arrogant and egotistical because it's like dismissing error altogether?

MS. YORK-ERWIN: Objection. Assumes facts not in evidence.

BY MR. PINEIRO:

Q   Are you aware of that?

A   No, I have no idea.

Q   Are you familiar with the name Cecilia Hutchins?

A   Only from a few e-mails I looked at.

Q   Are you aware that she was deposed in this

Page 56

case?

A   I think so.

Q   Did you request her deposition transcript to review?

A   No.

Q   Why not?

A   Because the information I have was sufficient for me to be able to come to an opinion.

Q   Okay. I'll keep going down, press releases.

So one of the -- in the materials that you were provided and reviewed there's a section called Press Releases and SEC filings. And one of those includes what appears to be prepared remarks from May 12, 2020, the first quarter of 2020 conference call. Do you see that? It's like the one, two -- fifth bullet?

A   Yes, I see that.

Q   Did you review that?

A   I did look at it, yes.

Q   Why were you provided that, do you know?

A   Why was I?

Q   Yeah.

A   I can't -- I didn't ask why I was provided with anything. I was just provided with documents, so I assumed any document I had been provided with is in

Page 57

some way relevant to the case.

Q   Did you rely on this document in forming your opinion?

A   Could we look at it?

Q   Well, I'm not going to pull it up, if it's okay. But do you know, without showing you the document.

A   But I don't know what's in there so I can't really...

Q   I get that, but I'm asking you based on your -- looking at this -- the title of the document, do you recall using this as the basis for your --

MS. YORK-ERWIN: Objection. Asked and answered.

THE WITNESS: No.

BY MR. PINEIRO:

Q   You can reanswer.

A   No. I relied on my opinion on my own assessment of the data, the raw data, plus any other data I was able to look at. I did not take into account any of the comments that I read in addition to doing that.

Q   Did you speak to anybody at Co-Diagnostics?

A   No.

Q   Did you request to speak to anybody at

15 (Pages 54 - 57)

Page 58

Co-Diagnostics?

A   No.

Q   Did you speak to any former employees of Co-Diagnostics?

A   I don't -- I don't know anyone at Co-Diagnostics.

Q   But did you -- sorry.  Go ahead.

A   No.

Q   Did you ask counsel to set up those meetings?

MS. YORK-ERWIN: Objection.  Asked and answered.

THE WITNESS:  No, I didn't.

BY MR. PINEIRO:

Q   Did you ask counsel to set up meetings with former employees?

A   No.

Q   Did you ask counsel to set up meetings between you and any other third parties in preparing this report?

A   No.  Why would I have done that?

Q   So just going to the introduction of your report, page 1.

A   Uh-huh.

Q   So you said, "I have been asked by counsel

Page 59

for defendant Co-Diagnostics, Inc. to review and opine on whether the press release issued by the company on May 1, 2020, fairly represented the performance of the Logix Smart Coronavirus Disease 2019 kit for Logix Smart Test based on the information available to the company at that time."

Do you see that?

A   Yes.

Q   But the term "fairly represented the performance of the Logix Smart Test," is that from your perspective as a doctor or a scientist?

MS. YORK-ERWIN: Objection.  Vague.

THE WITNESS:  Yeah, I'm not sure what you mean by that.

BY MR. PINEIRO:

Q   Yeah, I mean is that -- does your opinion encompass valuation of fair representations with respect to investment markets?

MS. YORK-ERWIN: Objection.  Vague.

THE WITNESS:  I'm sorry, you've completely lost me.  I've given an opinion based on what I think is a fair representation of the kits' performance based on the data I was able to look at.  So by fair I mean reasonable, valid.

I'm not sure what you're trying to ask me.

Page 60

BY MR. PINEIRO:

Q   So I'm trying to understand.  So this is a -- you're aware this is a securities fraud case, right?

A   Yes.

Q   And this is a case about how that press release impacted the investment markets, right?

MS. YORK-ERWIN: Objection.  Assumes facts not in evidence.

THE WITNESS:  I don't know.  My interest and my involvement is to do whether -- has to do with the fact whether this press release represented or was reasonable in the light of the data that were present at the time with regard to the performance of the Logix test.  That's what I'm opining on, nothing else.

BY MR. PINEIRO:

Q   Right.  And so at the end you say, "I conclude the May 1 press release was supported by the data available to the company at the time."

A   Yes.

Q   And that "The Logix Smart Test is an excellent diagnostic RT-qPCR test."

Do you see that?

A   Yes.

Page 61

Q   What do you mean by "an excellent test"?

A   It works really well.  And it is highly sensitive.  It's highly specific.  And it -- in all of the comparisons that I reanalyzed, it performs as well as any other tests.

Q   Did you perform any validation studies yourself on the Logix Smart Test?

A   I reviewed the -- I looked at the primary data, so that's the next best thing for 200 part samples.

Q   What do you mean "the primary data"?

A   The run files from Australia are primary data.  So this is where you take an experiment and are given the raw data to analyze yourself.

And so from what I saw that the test, actually in terms of its technical performance, was better than the reference test that was being used.

And in other -- in some of the papers I looked at, it was also clear to me that the test is very good.

Q   So --

A   And so I came to the opinion that it's an excellent diagnostic test.

Q   My question was whether you ran your own validation studies.  Did you?

A   validation studies.  Did you?

16 (Pages 58 - 61)

Page 62

A   Well, I don't have access to the tests, so I couldn't.

Q   So you did not?

A   No.

Q   You could have obtained access to the tests, couldn't you?

MS. YORK-ERWIN:  Objection to form.

THE WITNESS:  I don't know whether I could have.  I've actually looked it up, funny enough, but it's very expensive, so I couldn't afford to buy it by myself so I didn't, no.

BY MR. PINEIRO:

Q   Did you request from counsel to be provided access to the tests so you can run your own validation reports?

A   If I had any doubts that I needed to look at it myself, I would have done that.  But it was clear to me from all the evidence that I reviewed that it was a good test, so there was no need for me to do that.

Q   Understood.

When you mean excellent, the word excellent, is that in comparison to other tests?  Is it in a vacuum?

A   Well, it's an excellent -- there's no

Page 63

judgment versus other tests.  Although from my analysis of publications, it seems it does perform somewhat better than a lot of other tests.  But in general most RT-qPCR diagnostic tests are good.  There are differences, but they all do the job.

Q   Yeah.  Is the Logix Smart the best -- was it, as of May 1, 2020, was it the best RT-qPCR test on the market?

MS. YORK-ERWIN:  Objection.  Outside the scope of his testimony.

THE WITNESS:  I really can't say because I do not know what else was available.  In fact, I wasn't even aware that that test was available in May of 2020, so I can't really answer that question.

BY MR. PINEIRO:

Q   But you don't know which other PCR -- COVID PCR tests were able as of May 1, 2020?

A   Well, I knew that there were several available, and I developed my own tests.  So everyone at that time developed their own tests, plus there were some commercial tests.

But I don't think at that time anyone really had gone into how -- whether this test was better than that test.  There were some -- there's a lot of

Page 64

information available since then.  And, again, that's one of the reasons why I say it's an excellent test because of all the information that I've looked at post May 1, 2020, the test performs as well as any other tests, and better in certain circumstances.

Q   So the -- based on post May 2020 information or data, is the Logix Smart Test the best test on the market?

MS. YORK-ERWIN:  Objection.  Misstates his testimony.

THE WITNESS:  You can't make that kind of statement with diagnostic tests.  As long as they do what they're supposed to do, they are all good.

BY MR. PINEIRO:

Q   Sure.

A   Some are easier to use than others.  Some are cheaper than others.  Some require less reagent.  So the term better is -- it depends on what you're talking about.

Q   So they're all the same?

A   It's a very good test.  It's a very good test.

Q   I'm sorry.  I interrupted you.

So are all PCR tests the same then?

Page 65

A   No.

MS. YORK-ERWIN:  Objection.  Misstates the testimony.

THE WITNESS:  It depends on what you want to use the test for and what the intentions are.  Different tests are used for different purposes.

BY MR. PINEIRO:

Q   For detecting whether somebody has COVID-19, do all tests perform the same?

A   No.

Q   And so what differences in performance do you see when detecting COVID-19?

MS. YORK-ERWIN:  Objection.  Vague.

BY MR. PINEIRO:

Q   In connection with -- so we're talking about all of the PCR -- we're talking about the PCR market.  You've indicated that they don't all perform the same.  How do they perform differently?

A   Some tests seem to give you -- some tests have much lower cutoff points than others in the instructions for use.

So, far example, the Logix test is one of the very few tests that has a cutoff point of 45 cycles, which is incredibly high for a qPCR test.  Most tests are 40 or below.  So if you have a cutoff

Veritext Legal Solutions
800-726-7007                                                     305-376-8800

Page 66

point of 45 -- if you're confident that you don't get any false negatives up to cycle 45, then that suggests that you have a very, very specific test that does not give you any prima dimers, for example, or false positives. So that tells you it's a good test. So the cutoff point of 45 is likely to be better than a test of a cutoff of 35 seeking.

Q   Right. And is there a test with a lower limit of detection that potentially performed better in detecting COVID-19 than one that has a higher limit of detection?

A   Keep in mind the limit of detection doesn't really matter in terms of how the test performs in the field.

Most PCR tests in the lab have very similar limits of detection. What matters is, does that translate into a better or less good test in practice, and that's where all the other parameters come in.

You can't just make a simple deduction that here's a high or low LoD, this is a better test. You have to take other parameters into consideration.

Q   But the LoD impacts the sensitivity of the test, correct?

MS. YORK-ERWIN: Objection. Misstates his testimony.

Page 67

THE WITNESS: In the lab the LoD impacts the analytical sensitivity of the test. In the field it doesn't necessarily impact the diagnostic sensitivity of the test.

BY MR. PINEIRO:

Q   Does the analytical sensitivity of a test have an impact on its performance in the field?

A   It might. In theory it has, yes. In practice, it does not.

Q   In practice it never has?

A   I would never use the term never. I wouldn't say never. In my experience what matters most for the performance of a PCR test is how the sample is collected and prepared. That's what determines the performance of a PCR test.

So if you have a poor collection or a poor sample extraction procedure, then the best test can't rescue that. So I'm going to ask you -- sorry.

Q   No, no. I'm sorry, Dr. Bustin. Go ahead.

A   So whereas if you have an excellent expertise, expert collection of sample by a good extraction, then most tests will perform reasonably well, or similarly well.

Q   So let's do a hypothetical. So assuming extraction and all that is the same. You have two

Page 68

tests. You have the Abbott test and you have the Co-Dx test.

Extraction and all that is the same. The Abbott test is more analytically sensitive in this hypothetical.

In this scenario, is it possible that the Abbott test will pick up positives, COVID positive patients, that the Co-Diagnostics test will not?

MS. YORK-ERWIN: Objection. Calls for speculation.

THE WITNESS: I need to go back one step with you. And you say one is more analytically sensitive than the other. How is that determined?

You see, I can -- depending on who does the testing you have different analytical sensitivities, so it's not as straightforward as that.

If you have two tests that are being evaluated in the same lab by the same people using the same condition and samples and one is more sensitive than the other, then you might expect it to perform better in the field.

However, it isn't just the performance of the test in the lab that matters, because as I

Page 69

said to you earlier, you could have a difference in the sensitivity of the enzymes to inhibitors. And so even though your extraction worked well you might have an inhibitor present that will affect your assay. So it's not a straightforward extrapolation you can do.

BY MR. PINEIRO:

Q   The enzyme inhibitor, is that part of the test? The part of the test that's being sold by Co-Dx and Abbott, et cetera?

A   Yes. The Logix test is useful from that point of view because they have a controlled reagent in their test that looks for inhibition, or at least it looks for the presence of a human target that tells you whether there's a problem with the sample that has been extracted.

Q   All right. But the bottom line is, going back to my hypothetical, the -- assuming that the -- again my hypothetical assumes that the analytical sensitivity is being measured by the same people, the same way, et cetera.

A   Okay.

Q   Between this hypothetical Abbott test, which is more analytically sensitive and the Co-Dx test. Given this hypothetical, it is possible that the Co-Dx

18 (Pages 66 - 69)

Page 70

test will have false negatives that the Abbott will not because it is more analytically sensitive, correct?

MS. YORK-ERWIN: Objection. Calls for speculation and incomplete hypothetical.

THE WITNESS: Yeah. I'm not happy -- this hypothetical just doesn't -- it doesn't make -- no, I can't -- you can't say that.

You can't take that hypothetical and answer that because -- yeah, as I said to you, that's not reality. That's not how it works.

BY MR. PINEIRO:

Q I know, but, Doctor, you're an expert. And part of what I can do with experts is pose hypotheticals to you. I usually can't do that with lay witnesses but with you I can, so don't fight my hypothetical, right.

All things being equal, controlling for all things on the enzyme, the extraction, et cetera. Okay. I'm posing my question again. If you have a more analytically sensitive test than an Abbott test versus the Co-Dx test, is it possible that the Abbott test will pick up positives that the Co-Dx test will not?

MS. YORK-ERWIN: This is the same objection.

Page 71

It calls for speculation. It is an incomplete hypothetical. Also asked and answered at this point.

THE WITNESS: You can't look at sensitivity without looking at specificity as well.

So are you saying that they are -- that one is more sensitive and has the same specificity? Could you just...

BY MR. PINEIRO:

Q Yes. Yes. I'm only focused on sensitivity here.

A Yeah, but you can't. This is -- you're taking a complex issue and trying to focus on a single item which you can't do. You have to look at the context. So you can't just look at sensitivity. Because if sensitivity is increased, and very often specificity goes down and vice versa, so it's not as simple as you are trying to make it out.

Q Okay, well, then let's make it as simple as possible. Controlling for all things, all things are equal, except for the analytical sensitivity, in that scenario is it possible that my hypothetical Abbott test will pick up positives that the Co-Dx test will not?

MS. YORK-ERWIN: Same objection, and asked

Page 72

and answered.

THE WITNESS: I think that I have -- I can't answer the question the way you're posing it because it doesn't make sense. You can't control -- your sensitivity and your specificity are linked, and very often they inverse the link.

So you might find that a test is better at picking up positives but it will also give you more false negatives or vice versa, so it's -- the question doesn't make sense to me.

BY MR. PINEIRO:

Q Why not? I'm telling you to control -- you're a scientist. I'm telling you to control for every variable, every variable except for sensitivity and you're telling me that sensitivity then would have no impact on picking up positives?

MS. YORK-ERWIN: Objection. He just answered this question.

MR. PINEIRO: He's not. He's not answering.

THE WITNESS: Okay. In the -- in the laboratory, if your test is more sensitive, if test A is more sensitive than test B then you will pick up more positives with that test. You cannot extrapolate from that into the field because other things come into play.

Page 73

MR. PINEIRO: Maria, can you read that back for me.

(Requested portion was read back.)

BY MR. PINEIRO:

Q I want to show you what's been marked as Exhibit 2 to your deposition. It should be in your Exhibit Share.

(Exhibit 2 marked.)

BY MR. PINEIRO:

Q Do you see that on your screen, Doctor?

A Yes, I'm just opening it up here. Exhibit 2, yes.

Q Great.

A Yep.

Q Have you ever seen this e-mail before?

A Probably. Can I have a look at it?

Q Sure.

A Yes, I have seen this.

Q Okay. So on the bottom there's an e-mail from Brent Satterfield on May 2nd to Chad Apuli and Kenneth Bramwell. And it says, "Chad and KC, I ran into our first competitor that I believe absolutely has a better LoD than us - the Abbott m2000 test. They claim a 0.1 copy/uL LoD. We got samples from them that -- in Nebraska that were near their LoD that

19 (Pages 70 - 73)

Page 74

we consistently were unable to detect."

Do you see that?

A  Yes.

Q  It appears that Dr. Satterfield is saying, that in reviewing some samples from Nebraska, there's some samples of COVID results where the Abbott test is picking up positives that the Co-Dx test is not; isn't that right?

A  Well, it says that it's got a better -- the LoD. It doesn't say about samples, does it?

Q  It says that "we consistently were unable to..." --

A  Oh, sorry, sorry, yes. It does say that. I'm sorry. It does say that, yes.

Q  Doesn't that contradict to what you were just testifying?

A  Well, you see, the problem with LoD is, the way he expressed LoD. He has expressed as .1 copies per microliter.

The main difference between tests is the amount of samples used for your tests, so I prefer to express LoD as copies per reaction, because that doesn't take into account how much sample was taken in the first place.

The Abbott tests uses far more sample than

Page 75

Logix test. So clearly, because you're adding more sample to your reaction tube, you will have a lower LoD.

Q  But here what he's saying is that the Co-Dx test isn't picking up -- consistently is unable to pick up positives that the Abbott test is, right?

MS. YORK-ERWIN: Objection. Mischaracterizes the document.

THE WITNESS: Well, I read it that they've got samples that they're unable to detect that were near their LoD. Whose LoD are they talking about? Abbott's LoD? It must be.

BY MR. PINEIRO:

Q  Yes.

A  Okay. So what is your question then?

Q  Yeah, my question is that this demonstrates -- doesn't this demonstrate that a more sensitive test, or a test with a lower limit of detection will pick up some positives that the Co-Dx tests won't?

A  I think that can happen, yes.

Q  And actually it happened, because Dr. Satterfield is saying that it did, right?

A  Well --

MS. YORK-ERWIN: Objection. Outside the

Page 76

scope of his testimony.

THE WITNESS: Well, I can't really comment on that because I don't know what this is all about.

BY MR. PINEIRO:

Q  Well, why --

A  It certainly -- this didn't form the basis of my opinion that the test is a good test and it supports the statements that were made in the press release.

Q  But, Dr. Bustin, you've commented on the importance of LoD in connection with your opinion, right?

A  Yes.

MS. YORK-ERWIN: Objection. Mischaracterizes his testimony.

BY MR. PINEIRO:

Q  And you weren't -- you didn't consider this e-mail?

A  As I said to you, there are different ways of characterizing LoD, and in my opinion this is not the right way of doing it because you can end up with this kind of a problem where you're expressing it as a .1 copy per microliter and so you're adding more of your target, of your sample to your assay. I do not

Page 77

know what volume of that was added to the Abbott test in the first place.

So if they added more sample to their reaction, which they do, they wouldn't have gotten a result -- the Logix test wouldn't have got because they used less sample, so that makes sense to me.

So the solution here is to have a level playing field by adding the same level sample to your target.

Q  Doctor, did you review this e-mail before you prepared your report?

A  I remember looking at the -- at this e-mail, but it doesn't -- it didn't affect the data that I reviewed and that -- the opinion that I have about the test. Because as I said to you, it's a way of expressing LoD that I do not agree with, so...

Q  Is this e-mail in the list of documents that you referenced in your Exhibit B?

A  Well, if I looked at it, it would have been referenced, yes.

Q  And if it's not listed there, that means you did not reference it?

A  Well, I do think I do list it there. I remember looking at it, so it should have been listed.

Q  So if it's not listed in Exhibit B, then

20 (Pages 74 - 77)

Page 78

that's a mistake?

MS. YORK-ERWIN: Objection.

THE WITNESS: Is it not listed? Is it not listed?

BY MR. PINEIRO:

Q    I'm asking you, if it's not listed there, would that be a mistake?

A    Well, again, can you show me by appendix to see if it is listed or not, and then I can answer the question.

Q    That's okay. We'll get to it.

And then Dr. Satterfield says, "Abbott uses digital PCR to quantify the controls they receive from places like SeraCare to confirm actual concentration before use in a LoD study."

Do you see that?

A    Yes. Sorry, I do see that.

Q    Do you know what that means?

A    Yes.

Q    What does it mean?

A    Digital PCR is a PCR variant that allows you to get absolute target copy numbers, so you can take a piece of DNA or RNA, subject it to digital PCR and come up with a very precise number for the number of targets that are present in a sample.

Page 79

Q    And then Dr. Satterfield says, "We may need a second product offering to compete with Abbott and the other more sensitive players."

Do you see that?

A    Where? Sorry.

Q    It's Number 2. I have it up on the screen.

A    Oh, sorry. Yes, yes, yes, Number 2, okay. Yes.

Q    So it appears that Dr. Satterfield is indicating here that Abbott and -- that the Abbott test, and there are other tests that are more sensitive than the Co-Dx test?

MS. YORK-ERWIN: Objection. Calls for speculation.

THE WITNESS: As I said to you earlier, I disagree with this assessment of the sensitivity because they're using more of a reaction volume to start off with. They will have more target in their final preparation to their test.

BY MR. PINEIRO:

Q    So you -- go ahead. I apologize.

A    The Logix test uses less sample, so what he is saying is that it is less -- you could make -- you can improve, if that's what it is there, the performance of one test by using more of the sample to

Page 80

add to your reaction.

Q    Right. So are you disagreeing with what Dr. Satterfield is saying here?

A    I'm disagreeing with the fact that he -- that it uses a claim for a LoD that is, in my opinion, not correct.

Q    So you think that --

A    Because I would have pointed it out if I read this e-mail at the time.

Q    So you think his observations here are incorrect?

A    No, his observation --

MS. YORK-ERWIN: Objection. Mischaracterizes his testimony.

THE WITNESS: His observations are correct because he does say that if you use more reaction volume you'll get a lower LoD, precisely what I am saying.

But he should have commented on the fact that the LoD expressed as copies per ML or microliter when the really relevant LoD is copies per reaction.

BY MR. PINEIRO:

Q    So he's correct then in saying that Abbott is a more sensitive test?

Page 81

MS. YORK-ERWIN: Objection. Mischaracterizes testimony.

THE WITNESS: I think what is being -- what he is saying is, that if he used more sample to produce your reaction, into your reaction, you will get a more sensitive test.

I am not familiar precisely with the Abbott test protocol or indeed the exact studies that have been carried out to characterize the Abbott test, so I can't really comment on that.

BY MR. PINEIRO:

Q    You didn't discuss this e-mail with Dr. Satterfield, right?

A    I didn't discuss anything with anybody, apart from the two lawyers from -- Mrs. York and Mrs. Peirsol.

Q    I'm going back to Exhibit 1, your report. And every so often, Doctor, I will be toggling back. I'll show you exhibits and then I'll go back to your report since your report is the primary one, so you might want to just keep the report always open, and close out the other ones though.

A    Okay.

Q    So turning to page 5 of the report? No, I apologize. I'm sorry.

21 (Pages 78 - 81)

Page 82

So it seems like on Roman Numeral IV you're providing -- is it like background or basics on RT-qPCR testing?

A   Yes.

Q   Then when you have these numbers cited in brackets those are references to treatises or sources that you're citing to?

A   Yes.  I'm using -- whenever I make a statement I'm used to having a reference with the statement.  It is not just my opinion, but it is actually that there's some other opinion that agrees with me.

Q   Got it.

So you say, we've covered this a bit, during the developmental phase, the LoD, one of the assessments that define an assay's analytical sensitivity is an important metric that delineates the smallest quantity or concentration of the virus that can be detected consistently by an RT-PCR assay.

A   Yes.

Q   Do you see that?

A   Yes.

Q   So is it fair to say that this is -- in developing a test, you would agree this is an important aspect of developing an effective test,

Page 83

correct?

A   That's correct, yes.

Q   Is there a certain analytical threshold for LoD at which point in time the test becomes effective or ineffective?

MS. YORK-ERWIN:  Objection, vague.

(Brandon Floch is no longer in attendance.)

THE WITNESS:  I'm sorry if I have to perhaps bore you with this, but the way people determine LoDs is -- different people do it differently.

So you can get -- the accuracy of your LoD depends on the concentration increments between your standard samples.  So -- and we have a number of different concentrations.  And the accuracy of what you're determining depends on what increments you use, five-fold, ten-fold, two-fold differences.  And then you have the precision as well, because it's different, because that depends on the number of replicas that you use.

Now, what you would typically find is that if you tell me, and you go and do an LoD, we'll get different results because we do it differently.  So there is no single defined LoD for any test.

Page 84

There will be an LoD using a particular test in a particular environment, but that is often -- but that will be different from the way I might determine the LoD.

Do you see what I'm trying to say to you?

BY MR. PINEIRO:

Q   What you are saying is that there is no one standardized way of assessing it --

A   Yes.

Q   -- that can create a threshold for appropriate LoD?

A   No.  What I'm saying is that different people get different LoDs.  So I might get an LoD of 50 copies and you may get one of 20 copies.

Q   How does that happen?

A   That's what I am saying.

Q   I'm sorry I interrupted you, and I apologize.  I keep doing that.

How does that happen that you have different -- you're saying that two labs can have -- can determine two different LoDs for the same test?

MS. YORK-ERWIN:  Objection.  Mischaracterized his testimony.

THE WITNESS:  As I tried to explain to you, if I determine the limit of detection by using

Page 85

ten-fold serial dilutions of my target, I will be more or less accurate than if I use five-fold serial dilutions, or two-fold dilutions.  So I can end up with a different -- my accuracy depends on how I do my experiment.  And then the precision of that number depends on how often I repeat it.

So if I'm sloppy and do it once and get a number -- I'm careful and do it five times, you will get a more precise number.  If you do different dilutions, to me, you will also get a different number.

So they may not be massive differences but they can be significant differences.  By significant I mean 50 versus 500, for example.

BY MR. PINEIRO:

Q   Do you know whether the US FDA has some type of standardized way of measuring LoD?

MS. YORK-ERWIN:  Objection.  Vague.

THE WITNESS:  I'm not familiar with the US FDA regulations.  I'm in the United Kingdom.  We have different regulations.

BY MR. PINEIRO:

Q   All right.  Are you aware that for obtaining, you know -- during the COVID pandemic, that

22 (Pages 82 - 85)

Page 86

for obtaining emergency use authorization the LoD of the tests was evaluated?

MS. YORK-ERWIN: Objection. Assumes facts not established.

THE WITNESS: Okay, so could you show me where that was specified?

BY MR. PINEIRO:

Q   No, I'm just asking you.  Do you know whether that's the case?

A   I'm assuming from the fact that it was supplied with the EUA that it was required.

Q   Do you know why it was required?

A   It is one thing --

MS. YORK-ERWIN: Objection.

THE WITNESS: It is one of the metrics that you would use, together with sensitivity and specificity, to measure the performance of any tests.

BY MR. PINEIRO:

Q   Does a lower LoD help in identifying COVID positive individuals, patients, when they're asymptomatic?

MS. YORK-ERWIN: Objection.  Vague.

THE WITNESS: That's a difficult one to answer because we do not really know the

Page 87

correlation between the copy number of a virus and whether a patient is symptomatic or not. Because the effects -- the clinical effects of SARS-CoV-2 depends very much on the individual so you can't generalize.

What I would say is that, from what we know now, that PCR tests are extremely good at detecting patients that are asymptomatic.

BY MR. PINEIRO:

Q   So in general are PCR tests less effective at detecting COVID positive -- COVID positive results for somebody who is asymptomatic?

MS. YORK-ERWIN: Objection.  Vague.

THE WITNESS: I would not say that at all. I think I just -- what I just said to you, before you asked me that question, that PCR tests are, actually today, are very good at detecting patients that are asymptomatic.

BY MR. PINEIRO:

Q   How about back in May of -- sorry, Doctor. Go ahead.

A   The problem is that different asymptomatic people have different levels of virus present.  And if the asymptomatic patient has no clinical symptoms, then how do you know that he has the virus in the

Page 88

first place, except by depicting it by RT-PCR.

And as I say, what seems to be the general consensus is that RT-PCR tests are actually good at detecting asymptomatic individuals.

Q   In connection with your opinion, did you evaluate or compare the limit of detection of the Logix Smart Test versus other PCR tests?

MS. YORK-ERWIN: Objection.  Vague.

THE WITNESS: What I did was I looked at all the reports that identified the limits of detection of the Logix test.

And what struck me was that they were all much lower than the ones that Co-Diagnostics were claiming.  So that somehow Co-Diagnostics got a much higher LoD that seemed to be wrong because all the other tests gave much -- independent tests that people had done, the Australians, the Colombians, the Mexicans, they all ended up with much lower limits of detection, so that struck me as being, you know, odd.  But perhaps explained by the fact that when people do things they get different results.

BY MR. PINEIRO:

Q   There's a distinction between analytical sensitivity and diagnostic sensitivity, correct?

Page 89

A   They're completely different issues, yes.

Q   How are they different?

A   Well, analytical sensitivity really is the LoD.  So how sensitive is your test in a controlled environment.

The diagnostic sensitivity is something that's completely different in that the diagnostic sensitivity is the probability that a test is positive in a patient with a disease.

So the -- they're the same word but completely different meanings.

Q   So the first one is sort of analytical in a lab, the second one has to do with the performance of the test and picking up positives, COVID positive patients?

MS. YORK-ERWIN: Objection. Mischaracterized his testimony.

THE WITNESS: There is a specific formula that is used to define what diagnostic or clinical sensitivity means, and that's the true positives, or the true positives and the false negatives.

The analytical sensitivity is much less clearly defined.

23 (Pages 86 - 89)

Page 90

BY MR. PINEIRO:

Q   And you, in your report, you sort of provide an explanation of diagnostic sensitivity here, right?

A   Yes.

Q   Now in this section regarding diagnostic sensitivity, you indicate, "If the laboratory defined LoD of a diagnostic test were too high, which is certainly not the case with a Logix Smart Test, the diagnostic sensitivity statistics would expose this limitation."

Do you see that?

A   Yes.

Q   So this is a scenario where you're saying that if the analytical sensitivity is low or the LoD is high, it's going to have an impact on diagnostic sensitivity?

A   Hang on.

MS. YORK-ERWIN:  Objection. Mischaracterized his testimony.

THE WITNESS:  Would you mind just repeating that, please.

BY MR. PINEIRO:

Q   So if the LoD -- what you're saying here is that if the LoD in the lab is high, it can have an impact on diagnostic sensitivity, correct?

Page 91

A   If the LoD is high, then it can -- it is possible to have, yes, that the -- it will be revealed during the actual testing in patient samples because you'll end up with lots of false negatives.

Q   Right.  So it appears that it actually is a meaningful -- it appears in the real world LoD can have a meaningful impact, right?

MS. YORK-ERWIN:  Objection. Mischaracterized his testimony.

THE WITNESS:  Disregarding the workflow in theory, yes.  I think it's a theoretical, yes, possibility.  But in practice, yeah, it doesn't quite work like that.

BY MR. PINEIRO:

Q   Got it.

What are the ways to measure diagnostic sensitivity?

A   The established way for RT-qPCR test is to compare the sensitivity of test A with that of test B, or C, or D and see if you're getting concordance.

And if you find that both your tests agree with everything, and everything in terms of both positives and negatives, then you would say it's got 100 percent diagnostic sensitivity.

Q   Isn't that analysis only as good as the

Page 92

standard by which you're measuring the test?

A   That's the drawback of using a reference test that may be less good than the test you're comparing it against, yes.

Q   And is there any other way -- is there any other way to measure diagnostic sensitivity except for a concordance test?

A   Well, you would also take into account clinical symptoms.  So one would never just take one metric like, is something RT-qPCR positive.

If that individual also has a, you know, a sneeze, a sore throat, a headache, then they probably have the disease.  If they don't have that and a week later they still haven't got it, then the negative was a true negative.

So you take into account a range of different criteria to come up with your conclusion whether someone has a disease or not.  But in terms of the sensitivity of the test, the only -- at the time certainly and probably even today, the only realistic way of doing it was to compare a number of different tests and see if they agree.  And if they did agree, you would assume that you were getting the right result.

Q   Is there any type of testing or diagnostic

Page 93

sensitivity that involves just evaluating sent human samples that you know are COVID positive or negative?

MS. YORK-ERWIN:  Objection. Vague.

THE WITNESS:  Well, during the development of the test, ideally you would have samples that are -- that contain the target you're looking for, either as a contrived sample or as an actual sample, patient sample, and you would test it against that.  So you would have some idea where, in your lab -- let me give you an example of the test that I developed.

We published it having evaluated it against 50 positive and negative samples, so these have been established in clinical criteria, so that's what you attempt to do.  So, yeah, that's how you establish the sensitivity in the lab.

BY MR. PINEIRO:

Q   In the lab.

A   And then as you take it into the field, you're confronted with the fact that you don't have this certainty whether a sample is going to be positive or negative and so you have to rely on an additional measure.  And that has traditionally been a concordance test, or something else.

In the past we had reference tests that were

24 (Pages 90 - 93)

Page 94

known to be good tests. With SARS-CoV-2, that just doesn't exist and so that's why different people use different reference tests.

Q   So because of, I guess, the novelty of the virus, especially back in 2020, people at that time were using different gold standards in their concordance tests; is that fair?

MS. YORK-ERWIN:  Mischaracterizes testimony.

THE WITNESS:  There is no such thing as a gold standard for SARS-CoV-2 testing.

BY MR. PINEIRO:

Q   Got it.

A   So people use different reference tests. For example, the Australians use a test that they have developed themselves, as did the institute of -- the pathology institute in India.  And other people used tests from well-known manufacturers such as Thermo Fisher or the Beijing institute.

So were a number of tests that people used that people, yeah, hoped approached gold standard standards, but in fact the gold standards we just didn't know.  Even today we don't have a gold standards test.

BY MR. PINEIRO:

Q   Do you know whether any concordance test was

Page 95

ever done involving the Logix Smart Test and an Abbott test?

A   I don't know.

Q   On page 15 of your report you're discussing diagnostic specificity?

A   Yes.

Q   And you indicate, "No test is flawless, and even a highly specific test will sometimes make mistakes or detect contamination."

Do you see that?

A   Yes.

Q   What do you mean, "no test is flawless"?

A   Well, testing is -- RT-PCR testing is a highly manual procedure because from start to finish humans are involved.

So as soon as the human being is involved with anything, you will make mistakes.  And so it is extremely -- you probably are familiar by now with PCR, so you will be familiar with the fact that the biggest problem with PCR is the possibility of contamination.

So a false positive is generally due to the fact that you have contamination, and that's why you can't guarantee that a test will be performed, a specific result, every single time you do it.

Page 96

Q   Besides, I guess, mistakes with contamination, et cetera, is it also fair to say that no test is flawless because their analytical sensitivity may not be sufficient?

MS. YORK-ERWIN:  Objection.  Vague.

THE WITNESS:  It depends what you're talking about.  If you're talking about a diagnostic test touting a virus, then that is very unlikely, because viruses are present in very large copy numbers.  If you're talking about a biomarker test for a colorectal cancer, then that is a possibility.

BY MR. PINEIRO:

Q   Well, what about, for example, I showed you that e-mail from Dr. Satterfield where the Abbott test is picking up certain positives that the Co-Dx test is not, is that kind of performance issue encompassed by your statement that no test is flawless?

MS. YORK-ERWIN:  Objection.  Ambiguous.

THE WITNESS:  No, that is a completely different scenario.  As I tried to explain, obviously not very well, the Abbott test is different because they use far more volume to start off with.

So if you're using a liter's worth of saliva

Page 97

that existed, or you used a huge amount of material, you will get more target than if you use a very small amount, and that is the difference between those two tests.  It's not the performance of the test, per se, it is the amount of sample that is put into the test.

BY MR. PINEIRO:

Q   But that has an impact on diagnostic sensitivity, doesn't it?

MS. YORK-ERWIN:  Objection. Mischaracterizes his testimony.

THE WITNESS:  It won't have an -- it is unlikely to have an impact in this particular scenario where you have a -- where you are looking at a virus.

BY MR. PINEIRO:

Q   Where you have what?  I'm sorry.

A   Where you're looking at a virus.  Where you have thousands of copies.  So whether you have 500 copies or 5,000 copies, will not affect the likelihood of getting a positive result.

Q   So then why is it that Dr. Satterfield pointed out that the Co-Dx test was consistently missing virus where the Abbott test was picking it up?

MS. YORK-ERWIN:  Objection. Calls for

25 (Pages 94 - 97)

Page 98

speculation.

THE WITNESS: I can't really say why he -- I have no idea why he said that. It's not something I would have said. It is not my conclusion, from what I'm reading there.

BY MR. PINEIRO:

Q   It seems like in the real world, in terms of diagnostic sensitivity, that the Abbott test was superior; is that fair?

MS. YORK-ERWIN: Objection.

THE WITNESS: I really can't say -- I don't know. What I know is that all the evaluations I've looked at show that the Logix test is as good as any other test that it has been compared against.

And I can't give you any specific answer to the Abbott test because I haven't looked at any data comparing the Abbott test to the Logix test.

But I've looked at all the papers that Dr. Westcott produced and other papers, and there's no evidence to suggest that the Logix test is not as good as any of the other tests. In fact it's the opposite in some cases.

BY MR. PINEIRO:

Q   Except you have internal e-mails within the

Page 99

company saying that it's not, right?

MS. YORK-ERWIN: Objection to form.

THE WITNESS: Well, I disagree with that. I did not use those for my assessment of the quality of the test. I used my own information, my own evaluations to assess the quality of that test.

BY MR. PINEIRO:

Q   Right, so you disregarded that e-mail in forming your opinion?

MS. YORK-ERWIN: Objection. Mischaracterized his testimony.

THE WITNESS: I didn't disregard it. I did not think that it was relevant to how I approached my assessment of the quality of the test and the information that was provided in that 1st of May press release.

BY MR. PINEIRO:

Q   On page 16 you discuss accuracy.

A   Yes.

Q   In short, like, what is the difference between -- well...

MS. YORK-ERWIN: Can we take a break soon? You're welcome to ask whatever questions you want.

Page 100

MR. PINEIRO: Yeah, yeah, if you don't mind, we can take a break in a bit. Just give me one or two questions here.

BY MR. PINEIRO:

Q   What is accuracy measuring?

A   Yeah. As you correctly pointed out, I put this in to, perhaps, educate people about RT-PCR. People use the term accuracy in many ways, but there is actually a defined meaning for this term accuracy, which actually is the same that Dr. Westcott used. It's the percentage overall agreement. It is the same thing.

But accuracy, it represents the overall correctness of the results, but it doesn't consider whether it's false positive or false negative. So it's the two positives and the two negatives over everything.

So it's a useful measure to tell you, kind of, the test works okay. But as I also show in my text that numbers make a huge difference here. So a test can be very accurate with the very high numbers, even though in fact it isn't that accurate.

So it's not the best measure to use in terms of characterizing a diagnostic test. The sensitivity and specificity are much better at doing that.

Page 101

Q   Got it.

Because you could have a test that, appears you're saying, you can have a test that's very accurate, according to this definition, but in reality, it's not -- it has a ton of false negatives and false positives?

A   Yes.

MS. YORK-ERWIN: Objection.

MR. PINEIRO: All right. We can take a break now if you want, Genevieve.

(Recess was taken.)

BY MR. PINEIRO:

Q   Dr. Bustin, we have taken a break, correct?

A   Yes.

Q   And during the breaks have you had any phone calls with your counsel?

A   I talked to them, yes.

Q   And just saying yes or no, did you discuss the deposition?

A   No, not really. Did they -- because I had never done this before, they told me that I can ask for breaks.

Q   You can. I told you that at the beginning. You can definitely ask for breaks. You just have to let us know.

26 (Pages 98 - 101)

Page 102

Okay. Let me share my screen again.

So we're back on Exhibit 1, your report.

A   Okay.

Q   On page 19, Limitations of RT-qPCR testing.

And you say, "It is widely recognized that no diagnostic test can achieve 100 percent diagnostic sensitivity or specificity in all circumstances."

Do you see that?

A   I do.

Q   What do you mean by "widely recognized"?

A   Well, if you look further down I've given you seven references in the published literature that state that.

So I think everybody knows that nothing is 100 percent all of the time, including a diagnostic test. Because, you know, as I discussed with you earlier, human participation comes into it and as soon as you have that, then you kind of make mistakes.

Q   Now, the seven papers that you cite are scientific papers?

A   Yes.

Q   And when you say "widely recognized," is that -- are you -- is that -- is that finding based on public awareness of this fact?

A   I can't --

Page 103

Q   Strike that.

So the reference for that statement are scientific journals or reports, correct?

A   That is correct.

Q   Do you know whether the nonscientific community, the regular public, is aware of that?

MS. YORK-ERWIN:   Objection. Outside the scope of his testimony.

THE WITNESS:   Yeah, I can't really comment on what the general public think, but I certainly -- my opinion is that everyone would recognize that nothing is 100 percent certain in life except for death and taxes.

BY MR. PINEIRO:

Q   Have you -- is it widely -- do you know whether it is widely recognized amongst the investing public that no diagnostic test can achieve 100 percent diagnostic sensitivity or specificity in all --

MS. YORK-ERWIN:   Objection. Calls for speculation.

THE WITNESS:   I can't --

MR. PINEIRO:   All right. We all talked over each other. So Gen talked over me and then Stephen -- and then Dr. Bustin talked over you.

MS. YORK-ERWIN:   I apologize. I thought you

Page 104

were done.

MR. PINEIRO:   So let's -- so let's -- and I'm the first offender of that, so let's try to...

Can you just read back my question.

(Requested portion was read back.)

BY MR. PINEIRO:

Q   You can answer.

A   I can't really comment on whether -- what the investing part of the things or not, and that's -- you know, I don't know.

Q   Is that outside of your expertise?

A   Yes. I am a molecular biologist, not a psychologist or expert in communication studies.

Q   Setting aside the investing public, do you know whether it's widely recognized amongst the general public, you know, the nonscientific community we're talking about, the general public, non-trained scientists, people who are not trained as scientists, do you know whether for the general public it's widely recognized that no diagnostic test can achieve 100 percent diagnostic sensitivity or specificity in all circumstances?

MS. YORK-ERWIN:   Objection. Calls for speculation.

Page 105

THE WITNESS:   You asked me to speculate. What I can say is that the last 20 years people have become much more aware of limitations of all medical tests and medical procedures in general.

So I think people have a healthy degree of skepticism when they discuss any medical or technical issues due to testing.

BY MR. PINEIRO:

Q   But, again, the general public's awareness of that is outside the scope of your expertise, correct?

A   That's why I'm not giving an opinion on this. I have no idea.

Q   So when you say it's widely recognized, you're saying within the scientific community, correct?

MS. YORK-ERWIN:   Objection. Mischaracterized his testimony.

THE WITNESS:   I'm just making a general statement. It certainly is recognized in the general -- in the scientific community. And I have no reason to believe that it's also not known outside, but I do not know that.

BY MR. PINEIRO:

Q   Do you think that in making representations

Page 106

to the general public regarding the effectiveness of a diagnostic test that it's important to provide the disclaimer that no diagnostic test can be 100 percent sensitive or specific in all circumstances?

MS. YORK-ERWIN: Objection. Incomplete hypothetical.

THE WITNESS: When you say "disclaimer," what exactly do you mean by that?

BY MR. PINEIRO:

Q   Well, disclaimer, caveat, warning, note, however you want to describe it. It's important to let the public know that, Hey, by the way, you know, no diagnostic test can achieve 100 percent diagnostic sensitivity or specificity. One representing the accuracy of a test?

MS. YORK-ERWIN: Objection. Vague.

THE WITNESS: What I think needs to be done is if you make any statement you have some supporting evidence. And if you take the example of the May 1st press release, then that was provided, so that's what I expect to happen. You make a statement and provide some evidence to support your statement.

BY MR. PINEIRO:

Q   Is it ever important to also ensure that the

Page 107

general public doesn't misinterpret statements regarding the accuracy of a PCR test?

MS. YORK-ERWIN: Objection. Vague.

THE WITNESS: Well, again, when you say general public not misinterpret, I think -- yeah, as I say, I'm not an expert in psychology, but what I do think is that people are smart enough to understand that nothing is 100 percent certain.

BY MR. PINEIRO:

Q   Did you, in your report, did you cite to any public opinion polling?

MS. YORK-ERWIN: Objection. Asked and answered.

THE WITNESS: I haven't seen any so I wouldn't have cited it.

BY MR. PINEIRO:

Q   You say, "With regards to RNA viruses, previous analyses of test targeting the novel coronavirus, as well as other respiratory viruses, clearly showed that while RT-qPCR tests were highly sensitive and specific, none reached 100 percent in every evaluation 100 percent of the time."

Do you see that?

A   I do.

Page 108

Q   And that's based on, again, you're citing to scientific literature for that proposition?

A   Yes. I have an opinion and I have -- and so in order to support my opinion I look for supporting evidence, which is, in this case, these references.

Q   Sure.

And then you say, "In the context of SARS-CoV-2 and COVID-19, it was (and still is) especially implausible that an RT-qPCR test could be 100 percent sensitive or specific in every evaluation."

A   Yes.

Q   "Due to the novel and uncertain nature of the virus, it was unknown how the disease would manifest across different individuals and populations, with numerous other factors."

Do you see that part of your report?

A   I see it.

Q   "Even in 2023, there is no diagnostic test that reliably determines the presence of COVID-19 in every situation all the time."

Do you see that?

A   I see that.

Q   So your statement about no diagnostic test can achieve 100 percent sensitivity or specificity in

Page 109

all circumstances, it appears you're indicating that applies especially with respect to COVID-19 tests, correct?

A   No.

MS. YORK-ERWIN: Objection.

THE WITNESS: That is incorrect. What I'm saying, that the -- if you consider what SARS-CoV-2 is, it's a virus that's jumped from animals into humans. It's a completely novel virus so we have no idea what to expect.

All I can say -- all we can say is that whatever applies to a normal diagnostic test would also apply to SARS-CoV-2, with the additional complication that we do not know how the virus itself behaves inside the body, so there's an additional uncertainty.

BY MR. PINEIRO:

Q   And is that an additional uncertainty regarding COVID-19 that makes it especially implausible?

MS. YORK-ERWIN: Objection. Mischaracterizes testimony.

THE WITNESS: Yeah. I'm not -- it is an additional consternation that you have to -- no test is going to be 100 percent specific, and

28 (Pages 106 - 109)

Page 110

that is true for something like flu virus, which you understand very well. We can't assay that is always going to detect flu virus, because we do not know how SARS-CoV-2 behaves in the body, we can't say, for example, if you take a saliva sample it will depict SARS-CoV-2 every time.

With flu we know that if we take a nasal swab or if we take a sputum sample it will detect the virus most of the time. With SARS-CoV-2 we can't say that because we just didn't know at the time -- I mean even now we're still not quite certain how best to -- or which samples are the best for detection for SARS-CoV-2. And bands -- different bands can give you different results as too, so it's more complicated.

BY MR. PINEIRO:

Q    Got it.

Then you say in the next paragraph, "The challenges of diagnostic test development and the emphasis on maintaining realistic expectations regarding sensitivity and specificity are nothing new."

What do you mean by "realistic expectations"?

A    You have to accept that sometimes a test

Page 111

will come out positive when you're actually negative, and sometimes it will come up negative when you're positive. That's just the way diagnostic testing works. That's the realistic expectation.

Q    You say, "Consequently, the inherent variability in test performance has long been widely acknowledged."

What does that mean? What do you mean by "inherent variability"?

A    Because the test -- the performance of any diagnostic test in the field depends not just on the test, but it depends on what is put into that test.

And so if you have a nasopharyngeal swab, you will get -- you can get a different result if you take the left and the right nostril, for example.

If you're taking a saliva sample for other viruses, similarly, there is a very -- an inherent variability in the samples that I use to produce a test. So even if a test is fixed other things are variable, so it's inherent in testing.

Q    Got it.

And what you're referring to now, is that a reference to also the -- that's where -- all these things you just described, that's part of this multiplexed, clinically integrated diagnostics

Page 112

approach? Strike that.

What did you mean by that? You say that, "It is clear that PCR tests had a variable diagnostic sensitivity and test results needed to be evaluated as part of a multiplexed, clinically integrated diagnostic approach."

What does that mean?

A    So because again it is a new virus, we didn't know how it manifested itself. So, for example -- and we realized that some people had no symptoms at all whereas other people died.

So in order to be confident that a test was giving the right result, you couldn't just rely on a positive or negative test result using a RT-qPCR test, but you had to look at other things.

Such as, has this person got a temperature? Is this person coughing a lot? And if it took -- if you have a population of individuals that are at risk and you test them and they show some symptoms, then you are -- can be more -- we are more certain to be correct with a positive result if that person also shows additional symptoms.

On the other hand, if that person is tested and is negative and a week later they are still negative, then you can be fairly certain that that

Page 113

person did not have COVID-19.

The problem -- the particular problem with this disease is that some people are positive and don't do any symptom.

Q    And you say, "This, coupled with media dissemination of expert opinions and research findings -- media-wide dissemination of expert opinions and research findings, helped build public awareness about the complexities of diagnostic testing and the need for a nuanced interpretation of test results."

Do you see that?

A    I do.

Q    And what do you mean by "media-wide dissemination of expert opinions and research findings"?

A    Well, for example, I gave numerous interviews on television and in radio stations. And what became clear to me that as the pandemic was progressing in the early phases, people became more comfortable with testing. They understood that, you know, tests -- well, first of all we're talking about vaccinations as well, but also the testing isn't 100 percent as certain. You can't -- you can't rely on testing altogether.

29 (Pages 110 - 113)

Page 114

So I think whereas people had no idea what the PCR was at the beginning of 2020, by mid 2020, people had become familiar with the terms and the limitations and expectations surrounding testing.

Q    You don't have any source for that statement, though, right?

A    Not for this particular, but I think it is -- yeah, okay, I did not put a reference in for that.

Q    Right.

A    But what I should have -- what I could -- what I'm saying to you now is that it is my personal experience that I put into that statement.

Q    Okay.  So it seems in this paragraph that starts with "This comparative approach."

Do you see that?  It's on the next page?

A    Yes.  Yes.

Q    I think it's 21.  So here it seems like you're discussing concordance testing; is that right?

A    Yes.

MS. YORK-ERWIN:  Objection.

BY MR. PINEIRO:

Q    "However, this estimate" -- you say here, "However, this estimation relied heavily on the reliability of the chosen reference test; if the

Page 115

reference test was less sensitive or specific than the tests it was being compared against, then the accuracy of the assessment would be compromised."

Do you see that?

A    I can see that.

Q    So in the scenario where you're doing a concordance test and the test -- the benchmark test is less sensitive, there's going to be -- the benchmark test will have some false negatives that won't match up with the test that's being evaluated.  That can happen; is that correct?

MS. YORK-ERWIN:  Objection.  Calls for speculation and incomplete hypothetical.

THE WITNESS:  If you're evaluating two tests, and one is more sensitive than the other, and they have the same specificity, then the test that is more sensitive than the other will pick up a positive where the other one doesn't.

If you are not confident in the test you're using to compare the other test to, then you do not know whether that is a real positive or a false positive.

BY MR. PINEIRO:

Q    Got it.

In terms of COVID-19 PCR tests, there are

Page 116

some that target one gene and there are some that target multiple genes; is that correct?

A    That's correct.

Q    Are the COVID-19 tests that target multiple genes more accurate than the ones that only target one gene?

MS. YORK-ERWIN:  Objection.  Vague.

THE WITNESS:  The tests are not more accurate.

BY MR. PINEIRO:

Q    You're saying, in terms of accurate -- strike that.

Are tests that test for multiple genes more sensitive -- more sensitive than tests that target one gene?

MS. YORK-ERWIN:  Objection.  Vague.

THE WITNESS:  There's no reason to believe that.

BY MR. PINEIRO:

Q    Does targeting for two genes or one gene have any impact on performance on the test?

A    That depends on the number of issues.  You probably know this, but SARS-CoV-2 is an RNA virus.  RNA viruses have a less stable gene than DNA-based pathogens.

Page 117

So what can happen is that a mutation arises that makes your tests or that can have an effect on the sensitivity of your test.

So if you have more than one target present, then if that situation evolves, then it is unlikely that the mutation would arise for both these targets.  That is in theory.

In practice, this is not really a problem because the mutation would have to be a very, very specific mutation in a specific location.  And the tests that have been designed for the detection of SARS-CoV-2 have been designed into areas that show the lowest levels of mutation.

So the performance of the test I would not expect to be different, whether there's one, two or three different targets being used.

Q    Are there any advantage to developing a test that targets multiple genes?

MS. YORK-ERWIN:  Objection.  Vague.

THE WITNESS:  It depends again.  Like -- yeah.  If you're trying to have a backup, if you use it as a backup for a test that isn't as sensitive as it might be, then, yes, you would use -- you could use two targets.  If you're concerned about mutations, then, again you can

30 (Pages 114 - 117)

Page 118

use more than one target.

It also depends, of course, how you label these different tests. Some -- most tests that have been published or that have been produced use different labels to detect the SARS-CoV-2 gene. So these would not be more sensitive because you're just detecting a single target so it won't be more sensitive.

Some tests have used the same label to label multiple targets. And in theory, this could be more sensitive. But in practice, the technicality of the PCR action is that your background becomes higher and, therefore, it's not more sensitive either.

So we're now -- it is accepted that a single target test is as good as a multiple target test.

BY MR. PINEIRO:

Q   So I want to make sure I got this correctly. Earlier in your answer it seems that you said, if you have a less sensitive test it may be advantageous to have a test that targets multiple genes; is that correct?

MS. YORK-ERWIN:  Objection. Mischaracterizes testimony.

THE WITNESS:  If there's a problem with your

Page 119

target number one, then you might want to have a backup for target number two. That's when you might use two tests.

BY MR. PINEIRO:

Q   Got it.

A   Or two targets rather.

Q   So taking you to page 22, Section 5, the April -- do you see the April 30th Salt Lake Tribune article. Do you see that?

A   I do. I do.

Q   And you say that, "This article made incorrect assumptions about the Logix Smart Test performance."

Do you see that?

A   Yes.

Q   And so that's part of the opinions you're providing in this case, is that this media article, this newspaper article is -- had some errors in it?

MS. YORK-ERWIN:  Objection. Mischaracterized his testimony.

THE WITNESS:  I think there's some things in that article that are wrong.

BY MR. PINEIRO:

Q   What are those things?

A   Well, the first assumption is, that we

Page 120

discussed is that a test with a high LoD would perform worse in clinical practice because it doesn't take into consideration the complexity of an actual test.

Q   But you already indicated that's possible, though? Theoretically, that's possible, right? A higher --

MS. YORK-ERWIN:  Objection.

I'm sorry. Go ahead, Michael.

BY MR. PINEIRO:

Q   That a higher LoD will -- can result in a poor performance in the real world, right? You said that's possible, correct?

MS. YORK-ERWIN:  Objection. Mischaracterized his testimony.

THE WITNESS:  What I said was that in theory that is possible. In practice, that is not the case.

BY MR. PINEIRO:

Q   So, Dr. Bustin, you've never seen in your entire history of PCR testing, you've never observed that a higher LoD of a PCR test has an impact in the real world?

MS. YORK-ERWIN:  Objection. Asked and answered.

THE WITNESS:  I apologize for having to say

Page 121

this again. LoD is not a fixed measure. The LoD is something that depends on how you measure it, and different ways of measuring will give you different LoDs.

So you seem to be fixated on LoD as a metric. It is important but it is not the most important. And particularly it is not the most important because it can be variable. So --

BY MR. PINEIRO:

Q   But it's possible to measure -- I mean, you've described higher versus lower. So obviously there's a way to measure LoD where the number is higher or lower, right?

MS. YORK-ERWIN:  Objection. Mischaracterized his testimony.

THE WITNESS:  We -- we don't use LoD in clinical evaluations because precisely the problem with LoD is that it isn't a useful metric for clinical testing. That's why we use the term sensitivity and specificity because they describe what we're interested in. Is the test detecting a positive and a positive and a negative and a negative. That's all we're all interested in. The LoD in that case is secondary.

31 (Pages 118 - 121)

Page 122

BY MR. PINEIRO:

Q   Right.  But, I mean, in this report itself you've indicated that if a test has too high of an LoD, it can impact the diagnostic sensitivity, correct?

MS. YORK-ERWIN:  Objection. Mischaracterized his testimony.  Asked and answered.

BY MR. PINEIRO:

Q   That's in your report, though?

A   I didn't say -- I said in theory.  I've emphasized in practice it doesn't matter.

Q   In your report, I'm not going to go back to it.  I'll just quote from it.  You said, "If the laboratory defined LoD of a diagnostic test were too high, the diagnostic sensitivity statistics would expose this limitation."

You said that, right?

A   Well, can I look at the context, please?

Q   Yeah, it's just in describing analytical -- I mean diagnostic sensitivity.  These are your words.

A   Yeah, let me have a look, please.

What I'm saying is that in the real world, the specificity and the sensitivity of a test would indicate if a test was performing appropriately.

Page 123

That's what I'm saying.

Q   I don't understand that.  You're saying here if the LoD of a diagnostic test is too high, the sensitivity -- the diagnostic sensitivity statistics would expose its limitation?

A   Yes.  It's the diagnostic sensitivity, that's the important bit here.

Q   Right.

A   If it really were a problem, then you'd notice it in the sensitivity -- the clinical and diagnostic sensitivity and the specificity evaluation, so clearly we're not seeing that.

Q   No, no, I know that.  Forget we're not seeing that.  What I'm saying is -- what you're saying is that it can have a real world impact?

MS. YORK-ERWIN:  Objection.

BY MR. PINEIRO:

Q   If it's too high it exposes its limitation?

MS. YORK-ERWIN:  Objection. Mischaracterized his testimony.  Also asked and answered.

THE WITNESS:  What I'm saying is what matters is the specificity and sensitivity.  If a test isn't good, it will be revealed by those metrics.  So those are the ones you need to focus

Page 124

on, not the LoD, because the LoD is established in the lab using conditions that are completely different and can be variable.

BY MR. PINEIRO:

Q   Right.  So --

A   These are metrics I would not use if I was discussing a test.

Q   Right.  So if the diagnostic sensitivity isn't good, then it can be attributed, potentially, hypothetically, to a high LoD; is that fair?

MS. YORK-ERWIN:  Objection. Hypothetical. Calls for speculation.

THE WITNESS:  If a test is not performing well, it can be due to a whole range of different conditions, one of which would be LoD, but not the most important one.

BY MR. PINEIRO:

Q   So one of the incorrect assumptions we were talking about on this article is on this issue, right? You were talking about one of the incorrect assumptions pertains to the impact of LoD.

MS. YORK-ERWIN:  Objection. Vague.

BY MR. PINEIRO:

Q   Right?

A   What I'm saying -- what I said in my report

Page 125

is that the article misunderstands the importance of or the relevance of LoD.  That was the first problem I had with this article.

Q   Got it.  And do you know whether that misunderstanding was ever rectified through a correction of the article?

A   I had never read this article before, I had never heard of this newspaper before, and I really cannot give any comment on that.  I have no idea.

Q   So as far as you know, this article was not corrected regarding what you view as having an incorrect assumption?

MS. YORK-ERWIN:  Objection. Mischaracterizes his testimony.  Asked and answered.

THE WITNESS:  I really just can't comment. I have absolutely no idea.  I know nothing about this.

My interest is not -- my interest has been analyzing the PCR side of things, not whether or they corrected something that is wrong or not.

BY MR. PINEIRO:

Q   So then you say, "Both the amended complaint" -- you say, "As explained earlier, this is unjustified assumption because the relevance of an LoD

32 (Pages 122 - 125)

Page 126

determined in a laboratory is vastly outweighed by numerous additional real life issues. Hence that premise" --

A    Where are you reading?

Q    I'm sorry. Yeah, I'm on page 23 up top.

A    Yeah.

Q    "Hence, that premise is theoretically possible but practically peripheral. It certainly was not the reason for the disparity of the article noted between TestUtah's and the rest of Utah's COVID-19 positivity rates of April of 2020."

Do you see that?

A    I see that.

Q    How are you certain of that?

A    Because of what follows. The analysis that Dr. Satterfield did, and I reanalyzed myself and I came up with another reason that clearly shows that the test performed exceptionally well, very well. And that the reason for the discrepancy was not the test itself but was the selection of the people that are undertaking the test.

So if you have more people that are going to be not -- that are not infected, then you will get a different result than if you have only patients that are likely to have a test. So that's why you have a

Page 127

higher percentage of positives in a more selective population.

Q    So your certainty is based on reviewing Dr. Satterfield's White paper?

MS. YORK-ERWIN: Objection. Mischaracterized his testimony.

THE WITNESS: My certainty is based on reviewing the data that are in that article which are official data from the state of Utah, as far as I could ascertain.

BY MR. PINEIRO:

Q    Right. And you're able to reach a conclusion based on an absolute certainty?

MS. YORK-ERWIN: Objection. Vague.

THE WITNESS: I don't think you can -- you can never be absolutely certain about anything. What I've done is I've reanalyzed the data, given you a ticker that shows my analyses with appropriate confidence intervals.

And based on my analysis of what this data show, I came to the conclusion that, yes, the performance of the test improved as time went by. And even before the patient group was more selective, it had already improved, suggesting that whoever was carrying out the test was

Page 128

getting better at doing the testing.

And then once the new selection criteria were introduced, the percentage positives shot up dramatically to the standards normal -- or the percentage that was detected elsewhere, which to my mind, very clearly, indicates two things.

Firstly, that the -- whoever did these experiments or these tests got better at them. And, secondly, that the critical issue was the more selective selection of patients to be tested.

BY MR. PINEIRO:

Q    So you say, and this is on page 24 of your report, "As part of this engagement, I independently analyzed the data underlying the White paper and considered whether there might be additional explanation for the initial discrepancy in the rates of positives. Dr. Satterfield's comparison of data collected from the TRH and a Utah reference lab after May 2, 2020 revealed that TRH detected significantly more positives, consistent with the TRH laboratory working to a high standard."

Do you see that?

A    I see that.

Q    What did you mean by "working to a high

Page 129

standard"?

A    Well, if you are detecting a -- the same or higher number of positives as everyone else, then you're working to a high standard, because assuming that everyone else is working to a high standard you reached that same standard.

Q    Then you say, "An analysis of the rate of positives data for TestUtah suggests that this standard was attained during April 2020, with a technical expertise at the TRH laboratory improving in the last week of April."

Do you see that?

A    Yes, I see that.

Q    What support is there for the assertion that the technical expertise at the laboratory improved in the last week of April?

A    Because your rate of positives is increasing from .8 or .64 to whatever it was then, 2.7.

Q    That could have happened for a multitude of reasons, right?

A    It could have happened -- it could have happened for a number of reasons, but I -- assuming -- or knowing -- my assumption was that the testing is carried out in a certain way in a laboratory using the same patient population, and if there's a difference

33 (Pages 126 - 129)

Page 130

in the percentage positives, there can be two reasons for this.

Firstly, yes, your technical expertise technique increases or the number of people that are positive are coming to you increases because you have a different patient selection.

Since the patient selection wasn't changed before May 1st, the most likely explanation is that as these people were doing these tests, they were getting better at them.

Q   But you're assuming that, correct?

A   That's my assumption here, yes.

MS. YORK-ERWIN:  Objection.  Misstates testimony.

BY MR. PINEIRO:

Q   Were you told to assume that?

A   I wasn't told to.  Why would I have been told to assume that?  I think I just told you I've analyzed the data myself and so this was my interpretation of these results.

Q   No, I understand, but you didn't actually perform any investigation about whether the laboratory -- the technical expertise at the laboratory improved in the last week of April, right?

MS. YORK-ERWIN:  Objection.  Misstates

Page 131

testimony.

THE WITNESS:  What I'm saying to you is that I've looked at the data and I've split them up into different time frames.

And as -- if you look at the Figure 8 -- Figure 8 you can see very clearly that there's no difference in the positive rate between 1st and 20th of April.

Now, since you're testing the same population, this means that whatever they're doing, they're doing, and there's -- nothing is happening, but the next week it increases.

So the most likely explanation for this is, is that there's something about the technical expertise of the people carrying out the test that leads to a slight increase in the number of positives they're detecting.

For example, it might be better extracting the RNA.  They might be using more of the swab before the extractions.  That is the more likely explanation.

And then the striking difference then happens after May 1st when you get the different population -- or a smaller population being tested or a more selective population being

Page 132

tested and that's when you get the same number of positives as before.

So the combination of increased technical expertise and restricting the number of the type of people testing leads to the number of positives being detected being the same as it being tested anywhere else.

BY MR. PINEIRO:

Q   With respect to the improving technical expertise at the laboratory, you're speculating based on your interpretation of data, correct?

MS. YORK-ERWIN:  Objection. Mischaracterized his testimony.  Asked and answered.

THE WITNESS:  I'm not speculating a bit.  I'm using data to come up with a hypothesis.  That's what I'm doing.  That's what we do in science.

BY MR. PINEIRO:

Q   Right, it's a hypothesis, right, which you don't necessarily have any direct evidence of, correct?

MS. YORK-ERWIN:  Objection.  Misstates testimony.

THE WITNESS:  The evidence I have is the

Page 133

data I'm analyzing.  That's how you end up with hypotheses, you analyze data and put up a hypothesis.

BY MR. PINEIRO:

Q   Right.  And how have you tested that hypothesis?

A   There is an internal control and that is the data from May 2nd on where suddenly you see another leap.  So this is clearly due to the fact that you've restricted the population of your testing.

So you know that that final increase is due to that.  So what other explanation is there for the previous slight increase.

Q   Are you able to --

A   Most likely -- my hypothesis is that this is due to the fact that the lab got better doing the testing.

Q   Did you see any e-mails or other records indicating that the laboratory became more technically efficient or proficient?

A   I didn't use any e-mails to come to that conclusion.  The conclusion came from the data analyzed.

Q   And while you have a hypothesis on this issue, you certainly can't exclude other reasons for

34 (Pages 130 - 133)

Page 134

the number for what happened in late April, correct?

MS. YORK-ERWIN: Objection. Misstates testimony.

THE WITNESS: Well, what other reason would you -- it's the most obvious reason. And the one that makes the most sense to me as a PCR -- a person doing PCR tests all the time, because this is typically what happens.

BY MR. PINEIRO:

Q   So it says here, "From April 1 to April 10, the average rate of positive results was .08."

Do you see that?

A   Yes.

MS. YORK-ERWIN: Objection. Misstates the document.

BY MR. PINEIRO:

Q   That's a relatively wide confidence interval, right?

A   It is.

Q   Then it says, "From April 11 to April 20, the average rate of positive result was .64."

Do you see that?

A   I see that.

Q   And, again, a very low confidence interval, correct?

Page 135

MS. YORK-ERWIN: Objection.

THE WITNESS: It's not a low. It's a wide confidence interval.

BY MR. PINEIRO:

Q   How do those confidence intervals impact your interpretation of this data?

A   They don't.

Q   And then you said there was no significant difference between these results. And then from April 21 to May 1, the average number of positive results increased significantly to 2.7, despite the same lenient assessment criteria have been applied. Do you see that?

A   I see that.

Q   Have you compared -- for this approximately ten-day period, have you compared the results at this TestUtah lab versus the other statewide labs?

A   I don't have those data.

Q   Aren't those data relevant to your hypothesis?

A   No.

Q   Why not?

A   The essential important piece of information that is provided by these data is pre and post May 1, or May 2.

Page 136

May 2, the number of positives detected by this lab is the same as the number of positives detected elsewhere. And that is because the type of people that were being tested are the same.

Q   But you have a -- sorry, Dr. Bustin. Go ahead.

A   I'm sorry.

Before that, it doesn't matter because you have a different population and your results will be different so you can't compare the pre and post percentages.

Q   So you have a hypothesis about what happened between April 21 and May 1, right?

MS. YORK-ERWIN: Objection. Asked and answered.

BY MR. PINEIRO:

Q   You've shared that with us here, but you have a hypothesis about why this number increased to 2.7, correct?

A   I have used the data, the official data to calculate the number of positives and there is a significant difference between the beginning of April and the last week of April.

Q   But you haven't compared this -- the positive results during this period of TestUtah versus

Page 137

the other statewide labs, have you?

A   That's --

MS. YORK-ERWIN: Objection. Asked and answered.

THE WITNESS: That's irrelevant.

BY MR. PINEIRO:

Q   So if during this period of time, this 2.7 number is still dramatically lower, or is this dramatically lower than what's happening statewide that has no impact on your hypothesis?

A   The reason --

MS. YORK-ERWIN: Objection. It assumes facts not in evidence.

THE WITNESS: The reason it is lower is because you're using a much wider population criteria for selecting a population. You're using -- including people that are very likely not to have COVID-19. That's why the percentage is lower.

As soon as you exclude those people, your percentage becomes the standard percentage that everyone else is getting.

BY MR. PINEIRO:

Q   So you're saying evaluating statewide data is only pertinent after May 2?

35 (Pages 134 - 137)

Page 138

MS. YORK-ERWIN: Objection. Misstates testimony.

THE WITNESS: No, I'm not saying that.

BY MR. PINEIRO:

Q   Okay. So when is it pertinent?

A   What I am saying is that if your problem, or the problem of this article is that the test laboratory is recording lower percentages of positives, and the explanation is that you're using a different population, then if you compare the same populations and you get the same results, then you know the reason for the lower percentage was due to the fact that a wider population was tested. That is completely clear. There is no other explanation for that.

Q   Right, but you're talking about the post May 2 data, right?

MS. YORK-ERWIN: Objection. Vague.

BY MR. PINEIRO:

Q   You're referring to the post May 2 data where -- after the criteria changed, correct?

MS. YORK-ERWIN: Objection. Vague.

THE WITNESS: My evidence is looking at both. But what I'm saying to you is that in terms of the percentage positives pre May 2, the

Page 139

article has already said that the percentage was lower than in the other testing laboratory.

So if I accept that at face value, then I have to -- then my intention is to explain why it was lower, and that can only be explained by the difference between the pre and post May 1st or May 2nd data.

BY MR. PINEIRO:

Q   Right. But all I'm doing right now is focusing on this shorter period and your hypothesis there.

A   Yes. Okay.

Q   Right, that's all I'm focused on here. And you're saying that for purposes of your hypothesis regarding this increase, that what was happening statewide in Utah is not relevant; is that your testimony?

A   It is not my testimony. What I am saying is that we know from the article that the concern was that pre May 1 -- well, at that time when that article was written, that the percentage positives was lower in this testing facility. So that means that on -- between April 21st and May 1st the percentage positives test statewide was higher than indicated here, less than 5 percent or whatever it was.

Page 140

So what I have noticed is that there was an increase in that last week to below what the testing -- the statewide testing was but above what I had been shown previously.

So that's why I'm saying that the most likely Explanation, based on what I consider and what I know about PCR testing, is that it took them a while to get going, but once they started to get going, they were getting better results. But still not as good results as post May 2 because they were using too wide of population for testing.

Q   Got it.

So I have introduced what's been marked as Exhibit 3 to your deposition. It should be uploaded to Exhibit Share.

A   Okay.

(Exhibit 3 marked.)

BY MR. PINEIRO:

Q   So this is an e-mail from Jennifer Webb to Dwight Egan and others at the Co-Dx, and it attaches a copy of the article.

Have you read this April 30th Salt Lake Tribune article? This is the one you're opining on, right?

A   I presume that's the same article we just

Page 141

talked about.

Q   Yes.

A   Yes, I have read it.

Q   And you've reviewed the whole article in connection with your opinion?

A   I've looked at the article, yes.

Q   So towards the page, it's like the second -- the second page Dr. Satterfield is quoted as saying, "We're talking about population differences, agreed Brent Satterfield, founder and chief science officer."

Do you see that?

A   I see that, yes.

Q   And then the article says, "But according to state data obtained by The Tribune, TestUtah has reported test results for asymptomatic patients separately - and even for those patients, positive results are far below those reported at other test sites in the state."

Do you see that?

A   Yes.

Q   Okay. Does that contradict your findings here?

A   No.

Q   Why not?

A   I haven't seen those data so I can't

36 (Pages 138 - 141)

Page 142

really -- what -- the data that I saw in the -- did not suggest that so I can't even comment on that.

Q  Right.  The data you saw came from Dr. Satterfield's White paper, right?

A  Those were the official data reported by TestUtah, weren't they?

Q  When you read this article, did you request that counsel provide you with this data?

A  No.

Q  Why not?

A  Because it wasn't necessary.  I had the information I need to evaluate the test itself from the analysis I did on the other -- Australia's own data.

And this is something that -- because I haven't -- I haven't got the access to the original data, I would -- all I was able to do was look at the results that are at the -- the White paper that Dr. Satterfield produced, accept the fact that these were the official data and reanalyze them myself.

I do not have access to any other data, so within the limitations of that analysis, I have no reason to believe that the data wasn't correct.  I'm not quite sure what you're trying to ask me.

Q  Well, this appears to -- this statement

Page 143

appears to refute the White paper, right?

It says that TestUtah actually segregated test results for symptomatic patients.  And that -- and that even for those patients the results were far below the other test sites.

MS. YORK-ERWIN:  Objection.  Compound question.  Misstates testimony.

THE WITNESS:  Let me just read it carefully.

This is a very vague sentence that really there's no evidence to back this up.  This is just a statement.  So unless there's some hard data there, I can't really comment on that.

BY MR. PINEIRO:

Q  Right, but you didn't even explore this assertion, correct?

MS. YORK-ERWIN:  Objection.  Asked and answered.

THE WITNESS:  I looked at the data that Dr. Satterfield -- officially in Dr. Satterfield's report and I did not see any evidence that would support this statement.

BY MR. PINEIRO:

Q  Did you discuss with Dr. Satterfield his process or protocols for preparing the White paper?

A  I've never spoken to Dr. Satterfield.

Page 144

Q  And is his paper -- his White paper, is it peer-reviewed?

A  What -- that's -- what difference would that make?

Q  Yes or no.

A  I have no idea.

Q  You don't know?

A  It's certainly not -- it's not published in a scientific article which would be peer-reviewed.  Any other publication would not be peer-reviewed so I don't know.

Q  Was it published anywhere?

A  I have no idea.

Q  Do you know why he prepared that analysis?

A  Well --

MS. YORK-ERWIN:  Objection.  Speculation.

THE WITNESS:  I can't really comment on why Dr. Satterfield produces a report.

BY MR. PINEIRO:

Q  And do you know who he shared it with, if anyone?

A  I -- it may say that in one of his e-mails but I can't -- I can't recall whether -- or I can't remember whether he shared it with anyone or not.

Q  Now, in this case you've reviewed

Page 145

correspondence regarding validation studies in Greece, South Africa, and the NIV in India, correct?

A  Yes.

Q  And in those -- in those validation reports the results were unfavorable, correct?

MS. YORK-ERWIN:  Objection.  Vague.  Misstatements testimony.

THE WITNESS:  In one of them, the Greek investigation, what happened -- what both the lab and Co-Diagnostics agreed on was that the lab had contaminated the sample of the test, the test sample, and that's why we're getting incorrect results.

It turns out, if you analyze the data from the National Institute of Virology in India, that they had also contaminated their tests.

The data coming out of South Africa are difficult to interpret because they make -- the statements are incompatible with what we know about the tests and there's just not enough information to actually know what the problem is or whether there's a problem at all.

BY MR. PINEIRO:

Q  Well, I understand that you've evaluated -- you've provided opinions regarding those analyses, and

37 (Pages 142 - 145)

Page 146

we'll get to that. But just as an initial matter, out of those countries there were validation analyses or results which were -- did not indicate, you know, adequate performance; is that correct?

MS. YORK-ERWIN: Objection. Objection. Vague. Compound. Misstates testimony.

THE WITNESS: What I would say is that these three examples suggested that there was a problem with the testing.

BY MR. PINEIRO:

Q   No, I get that. I'm not asking you about the reason for it. I'm asking you for just the result that was -- the actual conveyance of the result, right?

In these scenarios the results were not favorable. I know that your explanation for that -- you have an explanation for that, but just the actual results were not favorable for the Co-Dx test; is that fair?

MS. YORK-ERWIN: Objection. Vague. Misstates testimony. Asked and answered.

THE WITNESS: I think what would be fair to say is that the feedback from those three was that it was something not right.

Page 147

BY MR. PINEIRO:

Q   Right.

A   Now, whether it was the testing -- whether it was the test, whether it was something else was not clear from the initial description of what was happening.

Q   Understood.

So on page 4 of this article it says, "And there have been no complaints from nearly 50 other countries where Co-Diagnostics has sold the majority of its tests, Satterfield says."

Do you see that, the bottom of page 4, top of page 5. I can highlight it?

A   I can see it there, yes.

Q   So Satterfield is saying there's been no complaints from nearly 50 other countries where Co-Diagnostics has sold the majority of its tests. Do you see that?

A   I see that.

Q   That's not accurate given that there were complaints from South Africa, Greece and India, as you've confirmed, correct?

MS. YORK-ERWIN: Objection. Mischaracterized his testimony.

THE WITNESS: What I said is that there is a

Page 148

problem with the testing, with something that wasn't clear at the time, whether there were complaints or not. The Greeks, it wasn't a complaint, it was a statement, so, yeah.

BY MR. PINEIRO:

Q   Is that statement by Dr. Satterfield accurate based on your review of the case file?

A   They weren't complaints. They were conclusions that were inappropriate so they weren't complaints.

Q   And Greece, isn't there a correspondence saying that they're not going to use the tests, given some of the results?

MS. YORK-ERWIN: Objection. Assumes evidence not --

THE WITNESS: Can I see that, please?

BY MR. PINEIRO:

Q   Do you recall right now?

A   No, what I recall is that it wasn't a complaint. It was a question that needed to be resolved, an issue that needed to be resolved.

So typically what would happen is you have a problem and you call up the company and ask and say, I've got a problem, can you help me with this? So it's not a complaint, it's just a question asking for

Page 149

help.

Q   Right, so there were problems? Fair.

MS. YORK-ERWIN: Objection. Mischaracterized his testimony.

MR. PINEIRO: Those are his words.

BY MR. PINEIRO:

Q   There were problems --

A   The Greek lab contaminated its tests. That was their problem. It wasn't Logix's problem. It was a Greek laboratory problem.

Q   And there were problems in South Africa, too, correct?

MS. YORK-ERWIN: Objection. Mischaracterized his testimony.

THE WITNESS: I don't think there were problems. They were making a strange claim with regards to the Logix test which was obviously incorrect.

BY MR. PINEIRO:

Q   While you may disagree with whether there was a problem, at a minimum, out of these countries, there were individuals reporting problems, right?

MS. YORK-ERWIN: Objection. Asked and answered. Mischaracterized his testimony.

38 (Pages 146 - 149)

Page 150

BY MR. PINEIRO:

Q   Isn't that fair, Dr. Bustin?

A   The labs -- the Greek lab asked for help. The South African lab made a statement that -- again, it wasn't a complaint in my opinion. It was simply a statement of incomprehension.

Q   So under oath right now, are you willing to testify that there were no complaints from South Africa, Greece or the NIV in India with respect to the Co-Diagnostics test?

MS. YORK-ERWIN: Objection. Asked and answered.

THE WITNESS: Can we please look at the relevant --

BY MR. PINEIRO:

Q   I'll show it to you, but now as you sit under oath and you personally say there were no complaints?

A   I can't say that --

MS. YORK-ERWIN: Objection. Asked and answered.

MR. PINEIRO: He's not answering. He's asking to see a document.

MS. YORK-ERWIN: He said it multiple times already.

Page 151

MR. PINEIRO: He hasn't.

MS. YORK-ERWIN: He's asked about your mischaracterizing --

MR. PINEIRO: Okay, fine, well I'm going to ask it again.

BY MR. PINEIRO:

Q   I'll show you the documents, but here as we sit, under oath, can you answer that question?

A   I need to look at the -- before I answer I need to look at the document because I think what you consider a complaint I don't consider a complaint.

What is our definition of complaint? I consider this to be legitimate questions. They're not complaints. They just asked questions for help from the Greeks.

The South African isn't a complaint, in my opinion, because there -- it doesn't make any sense to me. And so I'd like to see what's actually said in the document before I answer your question, because I think, as I say, you and I have different opinions on what a complaint constitutes.

MR. PINEIRO: Can we take a five-minute bathroom break?

MS. YORK-ERWIN: Sure.

(Recess was taken.)

Page 152

BY MR. PINEIRO:

Q   I've introduced what has been marked as Exhibit 4 to the deposition.

(Exhibit 4 marked.)

BY MR. PINEIRO:

Q   It should be on your Exhibit Share.

A   Yes, I've got it.

Q   Great. Are you familiar with this document?

A   This is the press release and the attached results from May 1, isn't it? Yes. Yes, that's what it is.

Q   So going to page 7 of this, there's a document here, Co-Diagnostics letterhead. Did you review this press release?

A   "Document contains..." yes, yes, I did.

Q   And this appears to summarize some of the studies or validation reports that were attached to the press release?

A   It does, yes.

Q   Do you know who prepared this?

A   Who prepared?

Q   This summary here, yes.

A   No, I don't.

Q   It describes these as several studies. Do you see that?

Page 153

A   Yes.

Q   Do you agree with that description of the attachments to the press release?

A   That there's several studies?

Q   Yes.

A   Well, depending on your definition of several, yes, I don't have any problem with that, yes.

Q   No, no. With the word studies. From a scientific perspective --

A   Oh, studies.

Q   Yes, studies. Like, does the word studies, does that properly describe what you saw?

A   Yeah, I wouldn't quibble with that word, no.

Q   Is there a more accurate description for the reports that were attached to the press release?

A   Well, you could say analyses, you can say assays. You could -- I mean, it's just a word. I don't have a problem with that word.

Q   Got it. In this sheet do you see any reference to the results or issues in South Africa, Greece, or the NIV?

A   Not here, no.

Q   Are those -- those issues weren't referenced in the May 1 press release itself either, right?

A   I don't consider them to be issues.

39 (Pages 150 - 153)

Page 154

Q   No, no.  I get that.  But, again, were they -- were those issues or those circumstances referenced in the May 1 press release?

A   No.

Q   Do you know who made the decision to exclude that information?

A   I know nothing about how this press release was decided or established, apart from some of the e-mails which I looked at, and I can't remember now what it said, but it wasn't of interest to me in getting -- in coming to my conclusions.

Q   Do you know whether Cecilia Hutchins, the head of regulatory compliance at Co-Dx, was consulted with respect -- strike that.

Do you know whether Cecilia Hutchins was consulted with respect to the substance of the press release before it was issued?

MS. YORK-ERWIN:  Objection.  Calls for speculation.

THE WITNESS:  As I said to you, I really do not -- have no idea how and who decided what to put into this press release in terms of studies or -- yeah, I do not know.

BY MR. PINEIRO:

Q   Are you aware that prior to the May 1 press

Page 155

release that Co-Diagnostics was supposed to have put in place protocols in agreement with the FDA where Hutchins was supposed to review representations regarding the performance of the tests?

MS. YORK-ERWIN:  Objection.  Assumes facts not in evidence.

THE WITNESS:  I said I don't -- my focus was on looking at data that would tell me whether the statements in this press release were accurate or not, so that's what I did.

I didn't -- I didn't really consider what the FDA or anyone else would require.  My focus was on what I thought was my job to see whether this represented fairly the contents of the press release, which I believe it did -- which I think it did.

BY MR. PINEIRO:

Q   Got it.

And then it says -- I'm taking you to page 8, I think of the actual PDF itself.

A   Yes.

Q   Up top it says "Validation Report."

A   Yes.

Q   Do you see that?

A   Yes.

Page 156

Q   So this is a -- appears to be a written report that's prepared by Co-Diagnostics, correct?

A   I really don't know.  I can't say.  To me, it looks like a copy of the actual data produced by the Australians copied onto perhaps that Co-Diagnostics paper.  I really don't know.

Because it says report at the top and then validation reports.  I think this is an overtyped, but, yeah, I can't speculate on it.

Q   Are you aware of instances where companies -- diagnostic testing companies prepare written validation reports based on third parties' validation analyses?

MS. YORK-ERWIN:  Objection.  Vague.

THE WITNESS:  I think that's what happens when a third party produces a report, then the company will, particularly in a situation like this, where the reports were good and supported what the company was trying to say.  They were obviously in trying -- or they would then publicize that.  So, yes, I think that is perfectly normal.

BY MR. PINEIRO:

Q   Now, you didn't review Dr. Garcia's testimony with respect to how she prepared these

Page 157

reports, right?

A   No.  She didn't prepare the reports, don't forget.  She just compiled them.

Q   For purposes of your opinion, does it matter how this written report is prepared?

A   Yes.  It matters because if it's -- if this is the Australian report, then I am validating their report.  If it's someone else interpreting their report, then I would not accept that, but this report is the Australian report.

Q   But this report, do you know whether it was prepared -- this report, the document we're staring at right now, validation report, the actual words on here, do you know if it was prepared by the Australian lab or by Co-Dx?

And by Co-Dx, I should clarify, that's shorthand for Co-Diagnostics.

A   The data presented here are the Australian data.

Q   Right, but the actual documentation of these results, do you know whether this is prepared and written by Co-Dx or the Australian --

A   I don't know.

Q   And if it was Co-Dx, Co-Diagnostics, that actually wrote this all out, would that impact your

40 (Pages 154 - 157)

Page 158

opinion regarding this validation report?

A   But I know it's not Co-Dx because I can see it. For example, the -- further on down there's a photocopy. There are figures in there that wouldn't have been produced by Co-Dx. There are tables that wouldn't have been produced by Co-Dx. So the data -- this report is the Australian report.

Now, unless there was a problem with any pretext that had been added, then, yes, I would have a problem. But since there isn't, I don't.

Q   Are you familiar with the PathWest lab test, COVID-19?

A   It's an in-house developed test by this Australian testing facility.

Q   And are you familiar with its performance?

A   No, I know nothing about -- the only time it has been published is in this publication that Dr. Westcott referenced. And -- but I do not know anything more about the test than that.

Q   So you don't know whether it's an appropriate benchmark for that validation study?

A   Well, I know of the PathWest laboratory and it has a good representation, so I have no reason to believe that it's not a good test.

Q   So you actually -- there's data in this

Page 159

report and you actually reran that data and analyzed it yourself to confirm these results?

A   No, I didn't rerun the data. What I did was -- when you run a PCR experiment the instrument produces a file with the actual raw florescence data. And I was given 16 of those run files.

And I took the same software that the company used to analyze the data, because I've got the same instrument, and then reanalyzed the data under the conditions that they suggested in their analysis -- in their report and then independently analyzed and -- yeah, analyzed the data, so that's what I did. So I didn't rerun the experiments. I reran the data that I was given.

Q   You reran the data generated by the experiment?

A   Yes.

Q   And you confirmed that at least the reported data, the reported data in the validation report?

A   I confirmed that, yes.

Q   Now, you did that for the Australian report but you didn't do it for the others where that data wasn't available, correct?

A   That's correct.

Q   You indicated in your report regarding this

Page 160

validation that PCR tests were extended to 50 cycles with Logix's instructions calling for anything above 45 cycles to be disregarded. What does that mean?

A   Again, I'm sure you know this, but the best ten reaction doubles the amount in theory, at least. Doubles the amount of targets that it amplifies at each cycle.

So a PCR cycle consist of a heating of a cooling step. That's one cycle. So if you repeat that 50 times, you then have a 50-cycle PCR.

So inevitably you can get background noise coming out. You can get primer dimer as appearing, and so later cycles tend to be less reliable.

Now, one of the characteristics of the Logix test is that because of the chemistry that they use, it is much less likely to give you primer dimers, and so it can extend the run of the PCR reaction for more cycles. The more cycles you run, the more target you can detect in theory without getting background contamination coming up.

So the problem with a lot of conventional tests is that the background prevents you from positively identifying a result as positive, if it's at a very high cycle number.

So the Logix test says anything below 45 is

Page 161

positive, anything above 45 is background noise.

Q   In Section 4.2, I'm on page 10, there is a sensitivity section. Do you see that?

A   Page 11? Page 11?

Q   I think it's 10 of the PDF. 4.2.

A   4.2. I'm sorry. 4.2, yes.

Q   Okay. Great.

And so if you scroll down, it says, go to the next page, "The probability from .01 to .99 was calculated for copies/uL. And 95 limit of detection was calculated at 8.42 copies/uL."

Do you see that?

A   Yes.

Q   Can you explain what that means?

A   If you go up, back to page 10, you can see a table where the copy number of the target is shown as a copy number.

Q   Yeah.

A   The title. You have a number there, and it's been done several times, you've got a mean copy number. And the total number of replicas is in the total columns. It's 8, 10, 10, 10, 10, 10 and then how many have been detected.

And then you can see that down to the 63 copies, you got every single replica detect it. And

41 (Pages 158 - 161)

Page 162

then if you go down to 6.31 only 9 out of 10 are detected, so one is negative.

So this tells you that the limited detection is somewhere down there between 63 and 6.31 copies. And then if you plug that on to this curve, you come up with the -- it's just a statistical way of plotting the data and you end up with the 95 percent probability of it being 8.24 copies.

It is simply a way of translating yes/no answers replicated a sufficient number of times into a confidence interval, which could be 95 percent interval in this particular instance.

So it tells me, or it tells the reader, that if you've added eight copies per microliter, that you'll have a 95 -- that in 95 percent of times you do this, you will get a positive result.

Q   And as you decrease the copies per microliter, your confidence interval starts to drop, right?  So if you're at 3.88 copies per microliter, you're at .20?

A   No.  The confidence interval has to do with the number of times you replicate it.  So if you do this 50 times, you will get a -- now a confidence interval if you do it once.

Q   Sorry.  What I meant was the limit of

Page 163

detection probability.  So what does the phrase "limit of detection probability" mean?

A   If you have, let's call it eight copies of target of -- in your reaction.  If you carry out your tests 20 times, you will detect that -- you get a positive result 19 times.  One time will be negative, and that's 95 percent of the time being positive.

Q   Got it.

And so there's less, if there's less copies, the probability goes down, right?

A   No.  No.  I'm sorry.

The fewer copies there are, the less likely you are to detect it.

Q   Right.  So this chart depicts that if you're at 3 point -- three copies your probability is -- your probability of detection is much lower, right?

A   Yes, because -- yeah.

Q   Because what?

A   Because the PCR reaction to -- it depends on the prime finding its target.  The fewer targets there are, the more time or less -- more difficult the prime has to find its target, and there will be a certain cutoff point where it won't detect it every single time.  And then the fewer targets you have, the more often it will not detect it until it will not detect

Page 164

it at all.

So this is just the way the PCR reaction works, and you work out the probability by doing the experiment they've done here.

Q   Right.  And do you know why the Australian lab was running a limit of detection probability analysis?

MS. YORK-ERWIN:  Objection.  Calls for speculation.

THE WITNESS:  Yeah, I can't say what they'd done, but I can say is what I would do, because of interest.  I would want to know what the limit of detection on the test is when I'm comparing a test.

So as I said to you earlier, I would routinely do that for any test I get to try.

Q   -- because this --

A   -- I always test the limit of detection.

Q   I'm sorry.  So this is an example of an analytical sensitivity analysis?

A   This is, yes.

Q   And, again, I'm a layperson so I'm way out of my depth here, but are there scenarios where this analysis can have an impact on the effectiveness of the test?

Page 165

Like this chart we're looking at here with the different copies per microliter and then probability, does this indicate that in the real world the limit of detection may have an impact on the -- the limit of detection probability may have an impact on the performance of the test?

MS. YORK-ERWIN:  Objection.  Vague and compound.

THE WITNESS:  No.  I think -- I've mentioned this several times now.  The limit of detection in this scenario does not tell you how well the test would perform in real life.

If the limit of detection was widely too high then, yes, of course it would.  But for -- but in this scenario where you're getting a very, very sensitive test, you'd expect it to perform well in the field, but you can't guarantee it because of all the additional parameters that you need to consider when a test is run.

But what you can see is that it is a low -- it's forced two copies per reaction, which is my preferred metric, so it is sensitive.  The limit of PCR reaction is one copy, but that is virtually never achieved, or it's achieved.

Veritext Legal Solutions

800-726-7007                                                        305-376-8800

Page 166

BY MR. PINEIRO:

Q   Do you know how that figure compares to Co-Dx's competitors at that time?

A   It's difficult to say because, again, as I again explained to you earlier, different labs do things differently so you can't directly compare.

But certainly this and other tests I've seen in the press release suggests that the test is extremely sensitive and certainly would be -- I would be happy with this. If I got a test that is that sensitive, I would be very happy with it.

Q   It says, "Agreement with" -- this is the next page, page 12, "Agreement with LDT or clinical sensitivity/specificity."

It says 4.3.1. "Protocol: 207 patient samples from nasopharyngeal swab, nose and throat." This is just describing, I guess, the protocol for the sensitivity and specificity examination?

A   Yes.

Q   And then these are effectively the results for each sample?

A   They are, yes.

Q   And it's showing that the two match up?

A   Yes.

Q   All right. Do you see on the bottom of the

Page 167

attachment -- it has five attachments. This is page 17. There's an Attachment D which is -- strike that.

Did you review the attachments to this report, the ones that are listed here, A through D?

A   Yes.

Q   Okay. And the run files are -- those are the files that you actually ran yourself?

A   That's right.

Q   Okay. And so -- I'm sorry. The report is signed on April 30th. Do you see that?

A   Yes, someone signed it on April 30th, yes.

Q   And it appears that the author and supervisor are the same person?

A   Yes.

Q   Is that customary?

MS. YORK-ERWIN: Objection. Calls for speculation.

THE WITNESS: Well, first of all, clearly I think you said this was Rebecca Garcia's signature, so she is not the author of these reports. These reports are the Australian reports. So as I say, she's compiled them. So I think -- I just view this as someone compiling a report and signing it off.

When I submit my reports to companies that

Page 168

send me stuff, I don't -- I sign them off and I don't have a second person signing it, so I think it's -- it is necessary to have a -- two signatures on a report. But it's important to have it on a second report or compilation, I just don't know.

This may be something that Co-Diagnostics themselves do. I don't know. But clearly this is not -- I must remind you, this is not her report. It is someone else's report.

BY MR. PINEIRO:

Q   And then I'm showing you -- moving to the next page, page 18, another validation report, that this one pertains to the PCR test manufactured by Co-Diagnostics and it's based on an analysis performed at the National Institute of Pathology in India.

Do you see that?

A   I see that, yeah.

Q   Did you run -- you didn't run -- strike that.

Did you run the data on this one, similar to the way you did on the Australian one?

A   I was unable to because I didn't have the run file.

Q   Did you ask for it?

Page 169

MS. YORK-ERWIN: Asked and answered.

THE WITNESS: I don't think I did, no.

BY MR. PINEIRO:

Q   In preparing this report -- strike that. If you go to 4.3 -- 4.1.3, this is page 1 of 2 of this report. It says, "Conclusions: The testing of patient samples showed 100 agreement with 100 percent sensitivity and specificity between the NIV RT-PCR test and the Saragene Corona Virus Test."

Do you see that?

A   Yes.

Q   Are these considered wide confidence intervals?

A   Not excessively wide, but they are wider, for example, than the Australian confidence interval.

Q   Right. And so here because you didn't have the run files, you didn't confirm this data yourself, correct?

MS. YORK-ERWIN: Objection. Mischaracterized his testimony. Asked and answered.

THE WITNESS: That is incorrect. I did confirm the data because I saw the e-mail sent by the Institute of Pathology from India, and the data corresponds and the results corresponds to

43 (Pages 166 - 169)

Page 170

the data sent by the institute.

BY MR. PINEIRO:

Q   They sent that in an e-mail that you reviewed?

A   Yes.

Q   Do you know when this analysis was -- don't answer.  Strike that.  It was April 24.

So turning to the next attachment, this is page 20, up top.  It's like on a memo format.  It says "Memo: InDRE Evaluation Co-Diagnostics."

Do you see that?

A   Yes.

Q   And so this appears to be a memo prepared by Co-Diagnostics, correct?

MS. YORK-ERWIN:  Objection.  Calls for speculation.

THE WITNESS:  Again, I don't know.  It's a memo used by someone.

BY MR. PINEIRO:

Q   Do you know who prepared it?

A   No.

Q   Did you ask?

A   No.

Q   And for this -- in connection with this memo or the findings in this memo, did you run -- did you

Page 171

analyze the run files?

A   There were no run files for me to analyze.

Q   Did you confirm the accuracy of these findings in any way?

A   Well, I noted them.  I noted that they were in agreement with the other data I had seen, so I had no reason to believe that these were not correct.

Q   Setting that aside, did you actually do anything to confirm or validate the finding here?

A   Well, what could I have done?

Q   That's not my question, sir.  My question is whether you did anything.

A   Oh.  I confirmed them by cross-reference to other evaluations, and they agreed with that, so that's the confirmation that I did.

Q   Setting aside comparing this to other results, did you do anything to just validate and confirm these results?

MS. YORK-ERWIN:  Objection.  Asked and answered.

THE WITNESS:  To me that is confirmation.  If it agrees with other results, then that is confirmation.

BY MR. PINEIRO:

Q   This doesn't agree with the South African

Page 172

results, does it?

A   The South African results are clearly inappropriate, as I've explained.

Q   But this doesn't agree with it, does it?

MS. YORK-ERWIN:  Objection.  Asked and answered.

BY MR. PINEIRO:

Q   Does this agree with the South African results?

A   You can't disagree or agree with something that's nonsense.  Yeah, I can't really answer any differently.

Q   So you can't answer that question?

A   I can.  I believe these results because they are the same as other results I evaluated, so I have no reason to disbelieve this.

Q   That's not my question.  My question is if these results agree with the South African results?

MS. YORK-ERWIN:  Objection.  Asked and answered.

THE WITNESS:  There are no South African results to compare them to because there's no results there.  There's a statement about a Cq value and nothing else.  This is actual -- these are data that I can -- I can look at and see

Page 173

whether they are corroborated by other evidence.  There's nothing there.

BY MR. PINEIRO:

Q   Are there results in the -- there were results provided regarding a South African validation, correct?

MS. YORK-ERWIN:  Objection.  Mischaracterized his testimony.  Asked and answered.

THE WITNESS:  There were no results provided.  There was no -- in detail, there was nothing provided that was of any use.

BY MR. PINEIRO:

Q   What was provided?

A   Well, shall we look at the relevant e-mail?  I think that's what I would suggest we do so that we can agree that there was nothing provided.

Q   Do these results -- these Mexican results agree with the results in Greece?

A   The Greek situation is a troubleshooting situation where they were contaminating their assays and they were looking for help.

So, again, there's nothing to compare to because they are completely different types of evaluations.

44 (Pages 170 - 173)

Page 174

Q   Do you know whether that issue in Greece was ever resolved?

A   I don't know.

Q   Again, the results in Greece, are they consistent with this?

MS. YORK-ERWIN:  Objection.  Asked and answered.

THE WITNESS:  There are no results to compare because they're completely different results.  Even looking at sensitivity, specificity and repeatability, which is one -- which is a set of results, whereas the Greek situation was a troubleshooting exercise because they were getting contamination, so it's completely separate issues here.

BY MR. PINEIRO:

Q   Did the Greek lab indicate that they had contamination?

A   They were troubleshooting the problems that they were having in their lab, and it was very clear, very early on, from what I could tell, from the e-mails, that it was contamination that was introduced in the Greek lab.

Q   Did the Greek lab confirm that?

A   Well, the evidence clearly, you know -- what

Page 175

I looked at, the data, and I came to that conclusion.

Q   Did the Greek lab confirm that?

A   I can't remember.  Again, let's have a look at it.  I would suggest that we just look at them and then we can agree on exactly what was said.

Q   Dr. Bustin, I'm going to ask my questions. If you keep giving me the runaround, it's going to take longer.  Okay?

There's a section here in this Mexican report regarding limit of detection.  Do you see that?

A   Yes.

Q   Okay.  It says, "LoD was assessed by using extracted and quantified total RNA obtained from a SARS-CoV-2 positive clinical sample.  Different concentrations of this extract were used, with five replicates per concentration.  This analysis was done with the same operator using the same Co-Diagnostics lot, with the result of 100 percent detection of ten copies or reaction.  Statistically, the result of 13.5 copies was reported as LoD, detected in 5 uL sample delivered to the final qPCR."

Do you see that?

A   Yes.

Q   Can you translate that to me in something that a jury could understand.  Like, what is being

Page 176

said here?

A   So they have a sample from a clinically validated patient.  So they know that it contains virus.  So they then diluted that sample down to ten copies per reaction.

So they would have had, say, 10,000 -- well, I'm speculating here -- 10,000, 1,000, 100, and ten copies.  And then they did -- they used -- and then they used five microliters of that sample to carry out the test.

And what they found was that five replicates for each concentration gave them 100 percent detection down to ten copies.

So if you then translate it into a statistical program, it comes up with a limit of detection of 13.5 copies.

So presumably, or what is expected to have happen is, they had also a five copies per reaction sample, and that gave them, say, only two positives.

Q   Got it.

In terms of this actual -- this validation study, they don't specify the number of samples run here, correct?

A   Well, they do.  They do.  What they're saying is that they've taken a single sample.  That's

Page 177

how you do these experiments.  You take a single sample and dilute that down.  So they've done five -- five reactions per diluted sample.

What they don't tell us is how many dilutions they did.  All they say is that they went down to ten copies.  So we know that the ten copies was done with five replicas or five samples -- or five replica samples.

So you wouldn't do this with 20 different samples.  You use the same sample.  You just dilute. That's how this is done.

Q   So this analysis has -- it looks like it has findings regarding specificity, right, clinical specificity, cross reactivity with other viruses. Does it have any analysis of diagnostic sensitivity?

A   Diagnostic sensitivity can only be determined with actual patient samples.  So since they are only using a single patient sample here, you can't come to any conclusions about diagnostic specificity.

Q   So was this a concordance test that was run here?

A   The problem with this document is that it gives you very little information.  So if -- I would assume -- and I shouldn't speculate, but I would assume they would have done this with a reference test

45 (Pages 174 - 177)

Page 178

as well to compare the two. So I can't say whether it was or not.

Q   It doesn't say that here, right?

A   It doesn't say that there, no.

Q   There's no indication that this was -- that it was compared -- that the Co-Dx test was compared to another test, right?

MS. YORK-ERWIN: Objection.

THE WITNESS: All it says is 100 percent sensitivity and specificity. That's all it says here.

BY MR. PINEIRO:

Q   Do you agree with the protocols you used in this analysis?

MS. YORK-ERWIN: Objection. Vague.

THE WITNESS: Okay, I was going to say, do you agree -- what do you mean do I agree with them?

BY MR. PINEIRO:

Q   Is this a good way of measuring the sensitivity and specificity of a PCR test, what they did here?

A   Well, it is one way of doing it. What they are showing is that it doesn't detect these viruses, importantly the human coronavirus that they've looked

Page 179

at, so that's an important specificity criteria.

The limit of detection, I don't have enough information there to tell me, but as we can see, the result is very closely -- it was very similar to the Australian result. So I think it is as -- yeah, there's nothing that tells me here that this was not done appropriately.

Q   Is this how you would run a validation study?

A   Well, I think it would be unfair for me to criticize or to comment how other people run theirs. The important point for me was when I evaluated this and analyzed the data, that it agreed with what the other results were showing, so I don't have a problem with this per se.

Q   Have you ever run a validation study similar to this?

A   I have run validation studies, yes.

MS. YORK-ERWIN: Objection to form.

BY MR. PINEIRO:

Q   I'm sorry, say again.

A   I have run validation studies.

Q   No, but similar to this one. Like in the same manner as this one would have run?

MS. YORK-ERWIN: Objection. Vague.

Page 180

THE WITNESS: Well, I can't really say how they'd run it because they haven't given us information. I don't have enough information to really -- I've speculated that they've done set serial dilutions.

I don't know how many dilutions it is, so I really can't comment on the completeness of the protocol because they haven't provided us with the protocol. The information is not sufficient for me to be able to give you an answer.

What I can say is that, yes, I would do replicates and I would do -- I would probably have used a few more viruses for my specificity studies, but the important point here is that they used the human coronavirus which is the one you want to exclude, so, yeah, I'm happy with this data.

BY MR. PINEIRO:

Q   Given that you've indicated that there was not sufficient information on this, did you ask counsel for more information on this?

MS. YORK-ERWIN: Objection. Mischaracterized his testimony.

THE WITNESS: I tried looking at the website, but unfortunately it didn't work, so I

Page 181

couldn't get any more information.

BY MR. PINEIRO:

Q   But besides that, did you make any other attempts to obtain more information on this?

A   But you see the point was that I had enough information to come to my conclusion because this, plus all the other information I had, allowed me to come to the conclusion that the testing was concordance amongst all the different studies analyzed and that they supported the statements made in this press release, which was, you know, protective of my analysis. I didn't need any more information.

Q   And this limit of detection analysis, is this an analytical sensitivity measure or a diagnostic sensitivity measure?

A   It's analytical. It's exactly the same that the Australians did, except the Australians used a contrived sample and the Mexicans used an actual sample.

Q   Got it.

And so there is no diagnostic sensitivity finding in this memo, right?

A   No clinical diagnostic sensitivity finding. It is a sensitivity.

Again, we're coming to the difference

46 (Pages 178 - 181)

Page 182

between a clinical and an analytical sensitivity.

Q   Right, but I mean --

A   This is an analytical sensitivity measurement.

Q   So in your report you distinguish between analytical sensitivity and diagnostic sensitivity. Those are the phrases that you used, right?

A   Yes.

Q   Here there is no diagnostic sensitivity analysis, correct?

A   That is correct.

MS. YORK-ERWIN:  Objection.  Asked and answered.

BY MR. PINEIRO:

Q   Can you repeat that answer?

A   This is an analytical sensitivity measurement, which is what LoD is.

Q   Right.  So there is no -- to confirm -- and Genevieve -- and, Doctor, listen, let Genevieve lodge her objection and then you can provide your answer.

So just to confirm, in this memo, in this Mexican study there was no diagnostic sensitivity analysis, correct?

MS. YORK-ERWIN:  Objection.  Asked and answered.

Page 183

THE WITNESS:  This is an analytical sensitivity study.

BY MR. PINEIRO:

Q   So there is no diagnostic sensitivity included in here, correct?

A   It is an analytical sensitivity study.

Q   Is there any reason why you can't just say yes?

My question is whether there is a diagnostic sensitivity analysis.  Is the answer yes or no?

A   It's a -- it's not a -- it's not a diagnostic sensitivity study, no.

Q   And then on page 21 of this document, this is not a validation report, this document we're looking at here where at the top it says "Multiple Markers and COVID-19," right?

A   This is an explanation of the chemistry underlying the Logix test.

Q   Got it.

And did you evaluate this at all?

A   When you say "evaluate," I've read it and this is -- yeah, this is information that is available in a publication as well, which Dr. Satterfield produced so many years ago.

So this is simply an explanation of why the

Page 184

Logix test performs at a very high level and doesn't give you false negatives as so many other tests do.

Q   And this is what's been coined -- this is on page 24.  This is what's been dubbed the Minnesota Validation Report.  Are you familiar with this document?

A   Are we on to something else now?

Q   Yes.  I'm sorry, we're on page 24.  I think it's the last page of the document.  Do you see it?

A   Yes.  I think that's referred to in the -- in the summary report as the department -- the Minnesota Department of Health comparison data.

Q   All right.  Do you know who actually -- do you know who prepared this chart?

A   Well, to me, it looks like a photocopy that had been sent to Co-Diagnostics, I assume, and it was forwarded and attached to the press release.  I do not know the person that did that, no.

Q   Do you know which entity prepared this document?

A   Which entity?

Q   Yeah, I mean, was this -- do you know who prepared this document, this spreadsheet?

A   Well, it says Department of Health Minnesota, wherever that is.

Page 185

Q   Do you know who prepared this document?

A   No.

MS. YORK-ERWIN:  Objection.

BY MR. PINEIRO:

Q   In here there is no description -- strike that.

Is there any description of the type of validation study that was run here and the protocols for that?

A   Yes, it's a concordance study.  It says concordant on the right-hand column.

Q   Right.  And besides the fact that it was a concordance study, was any other information provided regarding how this experiment was run?

A   Well, the data speak for themselves.  So, again, I used this table in conjunction with all the other information provided in this press release to come to my conclusions.

Q   I'm sorry, say that again.

A   The table speaks for itself.  So I used these data in combination with all the other data provided here to come to my conclusion.

The important issue here is that you get 100 percent concordance and that all your positives are positives, and all your negatives are negatives

47 (Pages 182 - 185)

Page 186

compared to a comparative test.

Q  And do you know what the comparator test here is?

A  Well, all I know is that it says MN DOH, which I assume is whatever test that has been used in that MM DOH analysis.  But I'm not familiar -- I'm not familiar with either Minnesota or its Department of Health.

Q  So you don't know which is a comparison test here?

A  Yes, the COV-FAM is the comparison test.

Q  The what, I'm sorry?

A  You have results in CT.

Q  Right.

A  On the left you have MN DOH, which is the reference test.  And then the COV-FAM will be the Logix test.

Q  And what does the IC CalFluor mean?  What is that?  Do you know what that is?

A  If you remember, I told you earlier that the Logix test has an internal control.  So this is the internal control that tells you that, A, there was RNA.  And, B, if this was wildly high, that there would be a problem with perhaps inhibition.

So this is an additional control that the

Page 187

Logix test has, which many tests don't have, which again is one of the reasons why I think it's a very good test.

Q  So the column that says MM DOH, do you know what tests are used there?

MS. YORK-ERWIN:  Objection.  Asked and answered.

THE WITNESS:  All I know is that it's a test used by MN DOH.  But what the test is, I do not know.

BY MR. PINEIRO:

Q  How do you know that it's a test used by MN DOH?

A  Because it says MN DOH there.

Q  Besides that, do you know that it's a test used by MN DOH?

A  Well --

MS. YORK-ERWIN:  Objection.  Asked and answered.

THE WITNESS:  It also says further -- as we just discussed in this attachment, that this is the Department of Minnesota comparative data, so...

MR. PINEIRO:  I think it's almost 1, so good time for like a quick 15, 20-minute break?

Page 188

MS. YORK-ERWIN:  Sounds good.

(Recess was taken.)

BY MR. PINEIRO:

Q  Dr. Bustin, let me introduce what's been marked -- so I've uploaded what's been marked as Exhibit 5.  It should be on your Exhibit Share, and I'm going to share this with you.

(Exhibit 5 marked.)

BY MR. PINEIRO:

Q  Do see that, sir, in your Exhibit Share?

A  Yes, I see that.

Q  And are you familiar with this document?

A  I'm just going to read through it.

Q  Sure.

A  Yes, I am.

Q  And do you know who the recipient of this memo is, Mr. T. Nieuwoudt.  Do you recognize that individual?  I can't even pronounce it.  Nieuwoudt.  Do you know who he is?

A  I don't know who he is or she is.  It says head of something.  I have no idea who he is.

Q  And this memo appears to describe the scope of validation, validations performed at the Timpanogos Regional Hospital and by Gentech Biosciences in Colombia, correct?

Page 189

A  That's right.

Q  And you analyzed the description of these validation studies in your opinion, correct?

A  Yes.

Q  Just going to the first, it says here, "This memo will report the following studies."  Do you see that?  And then Study A is validation performed at Timpanogos Regional Hospital?

A  Yes.

Q  Did you, as you did with the Australian reports, did you run -- did you analyze any of the run files here?

A  There were no run files to analyze.

Q  Did you analyze any of the underlying data regarding this validation?

A  When you say "underlying data," I analyzed data that I presented in this e-mail.

Q  Right.  Well --

A  Which are the data.

Q  But did you -- so with the Australian one you actually ran the run files, you confirmed the data and the conclusions, right?

A  That's correct.

Q  And here you just relied on the description of the data and conclusions, right?

48 (Pages 186 - 189)

Page 190

MS. YORK-ERWIN: Objection. Asked and answered and misstates testimony.

THE WITNESS: As I said a number of times now, the only run files I had were the Australian ones so I couldn't look at any of the other raw data.

BY MR. PINEIRO:

Q   So it says here, "The validation at the regional hospital was performed using two extraction systems, different from the extraction system validated with Logix Smart performed by Co-Diagnostics."

"The regional hospital clinical laboratory performed the extraction with CWBio manually, according to the manufacturer instructions for use. Two different sets of samples were tested. The first set was a duplicate of two concentrations of contrived spiked sample. The second set was made of 20 patient samples being ten positives and ten negatives."

Can you describe the tests that was run here in this validation report? Can you explain to me what all this means?

A   The first -- the first experiment is simply an analytical sensitivity assessment of contrived samples, and they included a positive control as well

Page 191

as negative control.

So this would be typically what you would do to just test the tests to see whether it works or not, and to make sure that your positives are positives and your negatives are negatives. So it's a standard clinic -- analytical sensitivity test.

Q   Right. And the second test?

A   The second test is a diagnostic sensitivity test where they're looking at 20 samples, ten positives, ten negatives, plus controlled.

Okay. So this would be a clinical sensitivity and specificity analysis.

Q   And was it based on -- was it a concordance test?

A   Again, the problem is you don't get enough information. It doesn't mention a concordance test here, so I would guess it's a straightforward sensitivity/specificity analysis.

Q   Given that it's not -- so it doesn't say it is a concordance in here, you're saying?

A   Well, there's no need to have a concordance study here because you've got 20 samples, ten of which are positives, and ten of which are negatives and you're just looking to see whether your tests are detecting them correctly.

Page 192

Q   But isn't that analytical sensitivity?

A   No, no. You're looking at samples, patient samples.

Q   Okay. And it says here -- sorry, go ahead.

A   Sorry. Sorry.

Q   So it says, in the results section, it says, "A second set of 20 patient samples were run on April 9th. All ten positives extracted with the sbeadex Blood kit and the CWBio amplifier is expected."

What is the -- do you know what the sbeadex Blood kit and the CWBio were?

A   The sbeadex is an LGC developed kit, but I don't know the details of the kits, no.

Q   So just like an extraction kit; is that fair?

A   Yes, it's an RNA extraction kit.

Q   So here it says, "Conclusion: The regional hospital issued a letter on April 9, 2020, stating that the laboratory concluded the validation results to be satisfactory. And the Logix Smart test using sbeadex Blood kit and the oKtopure automated system validated for use in diagnostic procedures for patients."

Do you see that?

Page 193

A   I see that.

Q   Now, the conclusion doesn't mention anything about 100 percent diagnostic sensitivity and specificity, right?

A   I think you have to -- well, if you look at what they're saying is, they have ten positives and ten negatives.

How do they know they're positive and negative? The presumption is they've tested them with another test, and so that's how they know it's positive and negative. So it is a concordance study in that respect. But because there's not enough information provided, I can't say for certain.

Q   You can't say for certain that there was 100 percent specificity?

A   No, no. I can say that for certain. What I can't say for certain is what -- how they did the experiment. I read this as them having used a test to identify ten positives and ten negatives and then used this procedure with the Logix test to confirm -- to confirm the performance of the Logix test. So it is a concordance test -- it is probably a concordance test and a clinical specificity/sensitivity test.

Q   Got it.

And when doing a clinical sensitivity test,

49 (Pages 190 - 193)

Page 194

is using ten -- is using 20 samples sufficient or do you usually use a higher number of samples?

MS. YORK-ERWIN: Objection. Vague.

THE WITNESS: As you are aware, I'm sure, that at that time, April of 2020, there was a huge difficulty in obtaining samples. So I think getting 20 samples or ten positive samples is probably not a bad achievement at that time.

BY MR. PINEIRO:

Q But generally speaking, though, setting aside the difficulty of getting human samples, is there, like, a benchmark number of samples that you typically want to do for a validation study?

A There isn't for RT-qPCR tests, no.

Q If you go down to B it says, "Validation performed by Gentech Biosciences, Colombia."

Do you see that?

A I see that.

Q It says, "Gentech is a distributor of Logix in Colombia. Three different studies were conducted by Gentech. A study for evaluation of the positive and negative controls offered in the Logix Smart Test kit. A study for confirmation of the LoD with a synthetic RNA control containing the RdRp gene offered and the evaluation of donated sputum samples from

Page 195

healthy subjects."

Do you see that?

A I see that.

Q When it says, "a study for evaluation for positive and negative controls," do you know what that means?

A Every diagnostic kit contains a reagent that contains the target you've been trying to test for and a blank which doesn't contain that target. So that's the positive and the negative control.

Now, sometimes, or frequently, the positive control is fairly concentrated. And so in order to confirm the manufacturer's specifications, you would take the positive control and dilute it and run your tests or run the tests in your instrument to see whether you can match the performance specifications that the manufacturer provided, so that's what is done here.

And the negative control, obviously, should always come up negative, and they've done triplicate reactions, which is the minimum you would do. And the reason they did this is because they used a different qPCR instrument for their analysis, which is the Rotor Gene Q.

The previous -- where an instrument has been

Page 196

mentioned up to now in -- apart from the Australian study, they were different type of instrument. They were what we call heating block instruments.

This is an instrument that has a spinning rotor, and I presume what they've tried to do was to see how the test performed on a different type of instrument, so that's why they did that experiment.

Q So this first study is not a concordance test, correct?

A This isn't. This is an analytical sensitivity test and specificity obviously for the fact that the negative control comes up negative.

Q You said analytical sensitivity and specificity test?

A And specificity. Specificity being the negative control.

Q Got it.

I mean, you've indicated before that analytical sensitivity isn't really all that important as compared to clinical diagnostic sensitivity and specificity, right?

MS. YORK-ERWIN: Objection. Misstates statement.

THE WITNESS: No, I haven't said that. What I've said was in to the development of the test

Page 197

it is extremely important to have the test as sensitive as possible. And then you hope that that sensitivity translates into a clinical sensitivity in the field.

But because there's so many additional parameters involved in the performance of a test, you can't be 100 percent certain. You can't do straightforward extrapolation.

But in terms of testing and new tests in your lab, the analytical sensitivity and the analytical specificity are extremely important.

BY MR. PINEIRO:

Q Got it.

And do you know -- I mean, here -- strike that.

So a second study for confirmation of the LoD with a synthetic RNA control required from PAHO. Do you see that?

A I do.

Q And then it says, "Results: The RNaseP did not amplify as there was" -- strike that.

So beneath "second study," it says, "For confirmation of the LoD it was used a synthetic RNA control of RdRp gene of SARS-CoV provided by PAHO in the concentration of 1.8 to 10 third copies uL."

50 (Pages 194 - 197)

Page 198

Do you see that?

A   Yes.

Q   Can you explain what that means?

A   Well, I do not know what PAHO is, but very often rather than using an actual patient sample as the industry study used, you use an RNA that has been synthesized chemically by --

Q   I'm sorry, can you just repeat your answer.

A   I'm sorry.

It's been chemically synthesized by a nuclear type manufacturer.  So what you have is a pure RNA that's been synthesized.  And because one of the reasons you would do that is, you know how much -- how many copies you have in that reagent.  So in this case they have 1,800 copies per microliter of this reagent.

Q   Got it.

And then it says, "The RNaseP did not amplify as there was no human material in the sample."

A   So --

Q   Go ahead.

A   No.  Sorry, sorry, sorry.

Q   No, no.  What does that mean?

A   If you remember, I told you a couple of times now that the Logix test has an internal control.

Q   Right.

Page 199

A   So the internal control it got was human RNA and can't be used for any patient, if you remember.  So because this is a contrived sample, there is no human RNA or DNA in that sample.  So the Logix control will come up negative because there's nothing there to amplify.

Q   Got it.

A   That is what that says.

Q   Then it says, "The dilution of 1 to 1"...

A   1 in 10,000.

Q   "1 in 10,000 did not amplify as it was under the limit of detection."

What does that mean?

A   So they diluted that synthetic RNA to 1 in 10,000, 1 in 1,000, and 1 in 100.  So that 1 in 10,000 would be .18 copies per microliter.  1 in 1,000, would be 1.8 copies per microliter.  And 1 in 100, would be 18 copies per microliter.

So what they're saying is that 1 in 100 and 1 in 1,000 dilutions containing 1.8 -- 18 and 1.8 copies, respectfully, amplified.  But the one that didn't contain a single copy per microliter did not amplify.

So what this tells you is that the limit of detection in their hands is roundabout two copies per

Page 200

microliter.

Q   And here you are --

A   And it also tells you that the negative control did not amplify, so showing there was no contamination present.

Q   In your view, is that a good limit of detection?

A   Well, that's excellent -- that's the lowest one I saw, that I have seen.

Q   And then it says, "Third study:  Evaluation of donated sputum samples from healthy subjects.  15 healthy individuals donated sputum to be used in this evaluation.  Each independent sample was run in duplicate."

It says, "As expected, none of the healthy individual samples amplified.  All positive controls amplified independently of the extraction process utilized.  As expected, none of the negative controls amplified."

Can you describe what that means, as it result?

A   So this is a diagnostic specificity study where they're looking to see if any false positives come up.  And they take 15 individuals and do duplicate reactions on each sample.  That's why there

Page 201

are 30 reactions.

They do the extraction duplicates with MP2000.  There's presumably some extractor.  I don't know that extractor.

The RNeasy mini kit is a -- okay, the Abbott is probably an automated system whereas the RNeasy kit is a manual system for RNA extraction.  Oh, no, the card QIAcube, so that's also an instrument.

So there's two automated extraction systems, and what they find is that the test is 100 percent specific, i.e., there are no false positives.

Q   Got it.

And so these two validation reports you opine are consistent with the statement that the tests performed with 100 percent clinical sensitivity and specificity?

MS. YORK-ERWIN:  Objection.  Misstates the testimony.

THE WITNESS:  These tests, together with all the other tests that are attached to the statement or press release, supports the statement made in that press release.

BY MR. PINEIRO:

Q   Is there any significance to the term "independent validation report, independent study"?

51 (Pages 198 - 201)

Page 202

A   Yes.

Q   Is there any significance to that term?

MS. YORK-ERWIN: Objection. Vague.

BY MR. PINEIRO:

Q   You can answer.

A   I interpret that as meaning you're asking me is it better to have someone else do the test or you doing the test.

And it is not necessarily better, but certainly it is likely be a more -- you are more likely to believe the test that's done by somebody else than by a manufacturer.

So, again, I need you to define what does independent mean. And it looks as though the Australian study was completely independent in that they just got the Logix test and compared it, or bought it and compared it. Whereas, for example, the Gentech one was produced by distributor, but nevertheless it's independent of Co-Diagnostics, so I would have no problem with the data whatsoever.

Q   If it's not independent, does that impact its reliability?

A   No.

MS. YORK-ERWIN: Objection. Calls for speculation. Incomplete hypothetical.

Page 203

BY MR. PINEIRO:

Q   I've introduced what's been marked as Exhibit 6. I will share my screen.

A   I've got 7 here.

(Exhibit 6 marked.)

BY MR. PINEIRO:

Q   Oh, wait. Oh, really? Well, it says Tab 7, but that's just my internal label.

A   Okay.

Q   It should be marked on the first page at the bottom as Exhibit 6. Do you see that?

A   Yes, it says 6.

Q   Have you ever seen this e-mail string before?

A   Yes. Yes, yes. I have seen this, yes.

Q   So all the way at the bottom of the document, the initial e-mail, and I'm showing you on the screen, it's from Brent Satterfield on April 30, 2020, to Chad Apuli and it is copying -- and Rebecca Garcia. Do you see that?

A   I do.

Q   And he appears to provide a link to the April 30th article from the Salt Lake Tribune. Do you see that?

A   Yes.

Page 204

Q   And above that Chad responds, "We need to collect more data to show that our LoD is better than what we claimed it is. I'm good to talk whenever."

Do you know what he meant by that?

MS. YORK-ERWIN: Objection. Calls for speculation.

THE WITNESS: No, I don't.

BY MR. PINEIRO:

Q   And then Ms. Hutchins responds about 20 minutes later. She says, "Technically the EUA says that the test is intended for individuals suspected of COVID-19 by their healthcare provider. Our test is not intended for asymptomatic patients."

Do you know what she means by that?

MS. YORK-ERWIN: Objection. Calls for speculation.

THE WITNESS: I -- I don't know. I mean, I don't know.

BY MR. PINEIRO:

Q   She also says, "Also the sensitivity of 99.52 and specificity of 100 percent are for samples with a viral load equal or higher than the limit of detection. Therefore, a test with the same percentage of sensitivity but a lower limit of detection is more sensitive than ours."

Page 205

Do you see that?

A   Yes.

Q   Is her statement correct?

A   Well, it depends on what you mean by the word sensitivity again. If you remember, we've discussed this that there are -- it has specific meanings.

If you're talking about analytical sensitivity, then that is correct. If you're talking about clinical or diagnostic sensitivity, then it's not correct.

Q   But, again, this hypothetical she suggests, "tests with the same percentage of sensitivity but a lower limit of detection," in that scenario, the more sensitive -- the test with the lower limit of detection may be able to pick up positives that the Co-Dx test won't. That's what she's pointing out, right?

MS. YORK-ERWIN: Objection. Asked and answered.

THE WITNESS: We've discussed this several times now, and I keep on giving the same answer. You can't just say that. I don't know this Cecilia Hutchins, if she's a scientist or not, but her statement is incorrect scientifically.

52 (Pages 202 - 205)

Page 206

BY MR. PINEIRO:

Q   Got it.

Then it says, "Timpanogos validation has been conducted by Jana accompanied by you, Brent."

Do you see that?

A   Yes.

Q   Are you aware that Dr. Satterfield participated in the Timpanogos validation that we went through earlier?

MS. YORK-ERWIN:  Objection.  Assumes facts not in evidence.

THE WITNESS:  I was not aware, no.

BY MR. PINEIRO:

Q   And then she says, "The problem is Timpanogos, as a CLIA certified laboratory, should have done the validations themselves without our help and document it properly.  If they had done that they would be using an LDT as many of our customers.  So Timpanogos is technically using a non-validating assay because we have never proved that the sbeadex automated with oKtopure is compatible with our validation.  That is my biggest concern."

Do you see that?

A   Yes.

Q   Do you share her concern?

Page 207

A   I have no idea as to what --

MS. YORK-ERWIN:  Objection.  Vague.

THE WITNESS:  I have no idea what she's talking about.

BY MR. PINEIRO:

Q   Did you review this e-mail in performing -- in preparing your opinion in this case?

A   I looked at it, yes.

Q   And did you scrutinize or examine what she said?

A   As I said, I don't understand what she's saying.  It makes no sense to me.

Q   And did you seek in any way to obtain clarification regarding what she meant?

A   No, because as I say, the data I reviewed were -- convince me, whether the statement made sense or not, and I was happy with the information that I was provided.

Q   Is she correct that the laboratory should have done the validation themselves without Co-Dx's help?

A   I cannot comment on that because I'm not familiar with what is required in the United States, as far as a certified laboratory.

Q   I'm pulling up again Exhibit 4.  This is the

Page 208

May 1 press release.

A   Okay.

Q   I want to briefly go through this with you.  So it says, "Co-Diagnostics, a molecular diagnostic company with unique, patented platform today released COVID-19 test performance data demonstrating 100 percent sensitivity and 100 percent specificity, the metrics used to define accuracy in molecular diagnostics testing."

Do you see that?

A   Yes.  The first part, yes.

Q   There's no reference here to analytical versus diagnostic sensitivity, at least in this sentence, right?

A   Okay.

Q   Is that correct?

A   It's -- it could be either.

Q   Right.  It says, "The data being released comes from independent evaluations of the performance of the company's COVID-19 test in the field."

Do you see that?

A   Yes.

Q   If Dr. Satterfield participated in the regional hospital's validation, then that evaluation wasn't independent, right?

Page 209

MS. YORK-ERWIN:  Objection.

THE WITNESS:  I didn't -- I didn't -- the press release doesn't mention those -- it mentions the study but it doesn't show the data, so I do not know what -- independent evaluation.

So, you know, I don't know what the definition is.  If he was there, that doesn't -- clearly from being independent, if he didn't have anything to do with the performance of the test.

BY MR. PINEIRO:

Q   And it says --

A   I can't comment on that.

Q   And then it says, "Each study concluded 100 percent concordance for both specificity and sensitivity."

Do you see that?

Why are you laughing?

A   Because I'm so slow at reading.

Q   Oh, okay.  I thought there was something funny in here.  I was, like, okay, let's talk about it.

A   No, it's just me being -- yes, that's the final end of the paragraph.  Yes.

Q   Yes, it's the last sentence in the paragraph.

53 (Pages 206 - 209)

Page 210

A   Yes.

Q   So, again, it mentions 100 percent concordance, but when it references specificity and sensitivity, it doesn't distinguish between clinical and analytical, right?

A   Well, here it says -- hang on. I'm looking at the wrong thing. Could you just repeat your question, please, what you're reading out to me?

Q   Yes. It says, on the bottom of the second paragraph it says, "Each study concluded 100 percent concordance for both specificity and sensitivity."

It does not make a distinction between clinical or analytical sensitivity or specificity sensitivity --

MS. YORK-ERWIN: Objection.

BY MR. PINEIRO:

Q   -- right?

MS. YORK-ERWIN: Vague.

THE WITNESS: It doesn't mention specifically which specificity or sensitivity it is talking about, no.

BY MR. PINEIRO:

Q   But then it says, "In remarking on the test's favorable limit of detection results in the evaluations," in the next paragraph. Do you see that?

Page 211

A   I see that.

Q   Did these validations -- did these reports that we just went through, did they show favorable limit of detection results?

MS. YORK-ERWIN: Objection. Vague and compound.

THE WITNESS: Every assay or every study that looked at limit of detection showed good limits of detection. Was that your question?

BY MR. PINEIRO:

Q   Well, I'm asking you whether this comment is accurate.

A   Yes.

Q   That the tests -- that the valuations we saw showed a favorable limit of detection?

MS. YORK-ERWIN: Objection. Vague and compound.

THE WITNESS: I'm sorry, I'm slightly confused.

BY MR. PINEIRO:

Q   I'm asking you very simply. Your opinion pertains to this statement. You've reviewed the underlying evaluations and I'm asking you whether this statement is correct, that the test has a favorable limit of detection results in these evaluations?

Page 212

A   Yeah, I don't see where it says that.

Q   "In remarking on the test's favorable limit of detection results in the evaluations."

A   But he doesn't say that it's favorable. Yeah, I mean, my answer is, that all the evaluations that I've looked at show good limits of detection.

Q   Right. But, again, this -- this reference to limit of detection is separate and apart from clinical sensitivity and specificity, right?

A   That is correct.

Q   And the evaluations we went through didn't really compare -- strike that.

The evaluations that we went through didn't compare Co-Dx's limit of detection with any other tests, correct?

A   No, that is not --

MS. YORK-ERWIN: Objection to form.

BY MR. PINEIRO:

Q   That's not correct?

A   That is not correct.

Q   Which tests compared its LoD -- the Co-Dx LoD to other tests?

A   The Australian study used their own test and found that they get equivalent results with the Logix test and then carried out a limit of detection tests

Page 213

which showed a particular limit of detection.

So they will have, I guess, I'm -- yeah, okay. So they have then -- they will have their limits of detection for their own tests so they would have done both -- both analyses.

Q   Right, but is there any report that you saw that compared the two and said that Co-Dx's was favorable?

MS. YORK-ERWIN: Objection. Compound.

THE WITNESS: I'm sorry I'm struggling because I'm not quite sure what you're -- favorable is the thing that kind of makes me hesitate.

BY MR. PINEIRO:

Q   Why is that?

A   Well, because favorable means little to me. It's a very -- the test is extremely sensitive, so that is favorable. So I'm not quite sure what you're trying to ask me.

Q   Then it says here -- and then he says, "In countries" -- sorry. This is a little further down, top of the page 2.

"In countries" -- this is Dr. Satterfield's quote, "In countries where we have been evaluated against others' tests, we have consistently and

54 (Pages 210 - 213)

Page 214

repeatedly achieved 100 percent clinical sensitivity and specificity and you can't do better than that."

Q   Do you see that?

A   Yes.

Q   Now, that's not true in South Africa, right?

MS. YORK-ERWIN:  Objection.  Misstates testimony.

THE WITNESS:  I can only repeat myself.  The South African study is worthless because it gives no information whatsoever.

BY MR. PINEIRO:

Q   Again, I'm not -- I don't want your value judgment on why those results were what they were.  I'm asking you what the results were versus what he is saying, okay.

A   We don't quite know what the results were in South Africa because we don't have the information.

Q   Okay.  So there was no clinical sensitivity or specificity measures in South Africa?

A   I have --

MS. YORK-ERWIN:  Objection.  Misstates testimony.

THE WITNESS:  I have no idea what they did in South Africa.  I keep on saying this to you.

Page 215

BY MR. PINEIRO:

Q   And out of Greece were there clinical sensitivity and specificity measures taken?

A   I'm feeling a little harassed by you because you keep asking me the same thing over and over again.  I've told you the Greek analysis is a typical troubleshooting exercise.  They were trying to develop or use a test.  They discovered their contamination and they turned to Co-Diagnostics for help, so they never got as far as the study because they were having problems with their contamination.

Q   Sir, I'm asking you -- I'm not harassing you.  You're not answering my question.  I'm asking you to evaluate this sentence, "In countries where we have been evaluated against other tests," so let's just stop there.  Was there a evaluation of Co-Dx test against other tests in South Africa?  Yes or no?

MS. YORK-ERWIN:  Asked and answered.

BY MR. PINEIRO:

Q   Yes or no.

A   I can only repeat what I've said to you.

Q   It's a yes or no.  Just say yes or no.

A   I can't tell -- no, I just cannot tell because --

Page 216

Q   So you don't know.

A   -- there's no information there.

MS. YORK-ERWIN:  He's answered that question multiple times.

MR. PINEIRO:  But he's not.  He's not answered it and you know it.

MS. YORK-ERWIN:  He doesn't believe it's a yes or no answer.

MR. PINEIRO:  That's fine.  Listen to me, I'm asking him specifically about this portion of the press release, okay, which is the heart of his report.

BY MR. PINEIRO:

Q   So, again, in countries where -- so was there an evaluation of the Co-Dx test against another test in Greece.  Just an evaluation.  Was there?  Yes or no?

A   It never got as far as the evaluation stage because they had contamination problems.

Q   Right.

A   There wasn't -- no, there wasn't.  There wasn't.

Q   Okay.  And so the contamination problems were verified by the Greek lab, or no?

MS. YORK-ERWIN:  Asked and answered.

Page 217

THE WITNESS:  I will repeat myself.

BY MR. PINEIRO:

Q   Yeah.

A   It was discovered that the Greek lab was the problem because the test sample that it was compared to was not contaminated, so clearly the Greek lab was contaminated.  I think that was accepted by everybody.

Q   Okay.  And then in India they were also, with the NIV, there was also a comparison of the Co-Dx test, the Saragene test against an Indian test, correct?  Yes or no.

A   The NIV test was compared against the Logix -- yeah, the Logix test, yes.

Q   And so there were evaluations in those countries.  And in those countries, setting aside what you claim are the reasons for the discrepancies, there was not 100 percent clinical sensitivity or specificity, right?

MS. YORK-ERWIN:  Objection.  Misstates testimony.

THE WITNESS:  I will repeat myself.  Those tests are not for consideration because they are -- the two tests, the NIV test and the Greek test -- are contaminated, so you draw no conclusions.  You can't even call them tests

55 (Pages 214 - 217)

Page 218

because they didn't get that far. And the NIV test was clearly contaminated. And the South African study, I have no idea what they did.

So I can't give you an answer because there is no yes or no. It has to be a no answer, and that's the answer I'm giving you.

BY MR. PINEIRO:

Q So if you don't know what they did in South Africa, how can you comment on the validity of the study?

MS. YORK-ERWIN: Objection. Misstates testimony.

THE WITNESS: I'm not disputing the validity of the -- I'm saying I have no idea what they have done, but from the comments they make, that they can't detect positives above a Cq of 33, I know they don't know what they're talking about. That's all I can say at this stage.

Now, if I have the data, I could then give you more information. I don't have the data, but the tenor of that e-mail, what they're saying tells me that they don't have a clue about qPCR.

BY MR. PINEIRO:

Q Do you believe it would have been more accurate from a scientific perspective to, in this

Page 219

press release, to at least reference the fact that there were some discordant results but that Co-Dx, you know, believes there were problems in those tests?

A I don't think that at all, no. The reason I don't think that is because typically contamination, as again I explained to you earlier, is one of the main problems with PCR.

We all have contamination in our labs. If we have contamination and we get screwy results, we don't write a paper that says we have had three runs and one of them was contaminated. We disregard that. We clean up the lab, we try to get the result that avoids contamination and then we publish that.

That is scientific practice. You do not talk about your -- you don't publicize your contamination. Everyone knows it can be a problem, but you correct that when you actually publicize your data.

Q Okay. Have you evaluated at all how the media or press interpreted or received this press release?

A I interpret -- I have no -- I never looked at -- no, I haven't.

Q Have you reviewed any articles in the news discussing this press release?

Page 220

A There may have been an article or two that mention it, but it was not on my list of things -- I had so many other things that I had to concern myself with. That wasn't terribly important to me.

What was important for me was to address the question I was asked to address, i.e., was the information that was provided in that press release consistent with what the statement actually said, and that's what I did.

Q This will go much shorter if you just answer my question.

Which is -- do you recall which articles you reviewed?

A Could you show them to me, please?

Q I don't know which ones you reviewed. I'm asking you, which ones did you review?

A I've given you a list of all the things I looked at, so...

Q Okay. So if it's not in your Exhibit B to your report, then you wouldn't -- then everything is in that Exhibit B. There's no article about the press release that you reviewed that's not in there already, right?

A No. That is correct.

Q Who selected these articles? Was it

Page 221

counsel, the article in Exhibit B?

A All the data I received or all the documentation I received was sent to me by, yes, by counsel.

Q I have introduced what's been marked as Exhibit 17. Wait, no, not Exhibit 17. This is 7 to the deposition.

(Exhibit 7 marked.)

BY MR. PINEIRO:

Q It should be uploaded on Exhibit Share. And it's on my screen as soon as I get to the -- have you seen this before, sir, this e-mail string?

A It's all going into one. Have I seen it? No, I don't -- I don't -- no, I don't think so.

Q Okay.

A I'm just looking at the first line. I don't recall seeing that. I don't even know what that means, so I think if I would have seen that I would have remembered.

Q Got it.

Let me just scroll to the -- I think it's page 6 of the PDF. It's a -- it looks like the press release that we've been discussing, but there are some redlines on there.

A Okay.

56 (Pages 218 - 221)

Page 222

Q   Do you see that?  It's on my screen too. And so you're on the same page as me, Co-Diagnostics Releases COVID 19 Test Performance at the top?

A   Yes, yes.

Q   So this looks like a draft or a version of the press release, the May 1 press release, right?

A   I don't know.  It looks as -- yes, some of the language is the same, so I presume -- what's the -- is it predating the press release, I presume, so, yeah, I -- yeah, it looks like that, yes.

Q   And there's -- if you go down to the third paragraph we've seen this language -- we saw this language.  There are some -- there's a redlined paragraph here.  It says, "In remarking on the test's favorable limit."

So somebody inserted the word "favorable." Do you see that?

A   Yes.

Q   Would it have been more accurate before they added the word favorable?

MS. YORK-ERWIN:  Objection.  Vague.

MR. PINEIRO:  What's vague, Gen?

MS. YORK-ERWIN:  I mean what do you mean by accurate here?

MR. PINEIRO:  The word accurate just has one

Page 223

meaning here.

MS. YORK-ERWIN:  I was about to --

BY MR. PINEIRO:

Q   From the perspective of the actual words being represented here, the message being conveyed, was the original text before adding the word favorable more accurate?

A   I'm trying to think.  I think this is a stylistic difference because by putting up the word favorable, you tell the reader what you're saying, what you want him to understand.

If you leave the word favorable out on 13.5, then you leave the reader to decide what that actually means.  So I guess it doesn't change the meaning.  It just makes it probably more understandable to a reader.

Q   Right.  And then it says, "In remarking on the test favorable limit of detection LoD results."

And then originally it said, "in some of the evaluations."

Do you see that?

A   Yes.

Q   They struck "some of."  Do you see that?

A   Yes.

Q   Do you think that this reads more accurately

Page 224

if they would have left in "some of"?

A   I think it's a bit of semantics.  I don't think it makes much difference, I would say.

Q   It's not much of a difference.  What difference is there?

A   "The evaluation" just means evaluation in general whereas if you add "some," then you don't necessarily have -- evaluate LoDs in every single analysis that you're presenting.

Q   That's a material difference, isn't it?

A   I don't think so, no.

Q   Well, in one, you're saying -- in one -- because what follows from that is Dr. Satterfield being quoted saying that "We consistently -- in each of the countries where we've been evaluated, we consistently repeatedly achieved 100 percent clinical sensitivity and specificity."

So in couching this as some of the evaluations, he would appear to be indicating that it's not all of the evaluations where they've achieved 100 percent clinical sensitivity and specificity, right?

A   Well, I guess you have to read this in connection with the attached evaluation so it becomes clear what has looked at the LoD and what hasn't.

Page 225

So I think if this were in isolation, I could concede that there's a difference, but since the information is actually provided, then it is no problem for a reader to look to see for themselves what was done by what analysis.  I don't see this as a major problem.

Q   Is it a problem, though?  Is it a minor problem?

A   As a problem at all, so I don't think it's a problem at all.

Q   Given what you know about other evaluations that weren't attached to this press release, would using the word "some of the evaluations," would that have been more accurate?

MS. YORK-ERWIN:  Objection.  Asked and answered.

THE WITNESS:  I think we've -- we've seen the evaluations and the reader of the press release would have seen them and so, no, I don't think so.

MR. PINEIRO:  Bear with me.  I'm just skipping through some things here.

MS. YORK-ERWIN:  Would you like a break, Dr. Bustin, or are you good?

THE WITNESS:  I'm fine.

57 (Pages 222 - 225)

Page 226

MR. PINEIRO: Can you give me a two-minute break.

(Recess was taken.)

BY MR. PINEIRO:

Q  Pulling back up Exhibit 1. In Section 7 of your report, this is on page 36 of the report. You have a section here entitled "Other data available to Co-Diagnostics prior to May 1, 2020 were properly excluded from the May 1 press release."

Do you see that?

A  Yes.

Q  You say, "Test results from the National Institute of Virology in India and labs in South Africa and Greece were based on flawed, incomplete, or irrelevant data, or were legitimately excluded from the May 1 press release."

Do you see that?

A  Yes.

Q  In providing that opinion, did you rely on any scientific principles?

A  What do you mean by scientific principles?

Q  Is there a -- I mean, as a -- yeah, I mean you have an opinion regarding the exclusion of data and representation of the accuracy of the Co-Dx tests, correct?

Page 227

A  Yes.

Q  And that opinion, is it based on any scientific principles?

A  It is based on the best practice for qPCR experiments. So --

Q  Go ahead.

A  Sorry. Am I talking or are you?

Q  No, no, you are. I'm sorry.

A  As I've told you a couple of times now, PCR is characterized by the potential for contamination. So there is a procedure in place that if you have contamination you do certain things.

The first thing you do is, a contaminated experiment is disregarded because you come to no conclusion, so you haven't carried out the experiment.

You then go and do a deep cleaning of your lab and you hope that you can eliminate the contamination. You use new reagents, new water, new everything and then you would repeat the experiment.

And if the experiment -- the important experiment being a negative control. If the negative control is negative then you believe the results you got and the experiment didn't happen. That's the best practice for PCR experiment.

Q  What do you mean by the negative control is

Page 228

negative. What does that mean?

A  If a PCR reaction -- you carry out a PCR reaction in the presence of two types of negative control. The first kind of negative control is where you simply add water to your reaction mixture and there is a -- no template, nothing controlled. It's called an NTC.

The second type of negative control is where you add -- you might add human DNR or RNA to your reaction and see what happens, and again that should be negative.

So these are the two negative controls that you always include with a RT-qPCR reaction. If either of those come up positive, then you have to disregard that run.

Q  Got it.

And so after disregarding the run, you then have to, what, rerun the analysis after having hopefully eliminated all the potential sources of contamination?

A  Principally, yes. But what typically happens is that you contaminate your reagent with your pipette tip. That's what often happens. So you inadvertently stick it into your reaction tube.

And then the only solution is to chuck that

Page 229

and get a new -- open a new vial, open new fresh water, fresh everything and hope that it goes away.

Q  And everything that you set out here, is this set out in some type of a treatise or guidance or -- written guidance on PCR testing?

A  Well, we published guidelines for qPCR testing back in 2009 so they would only partly contain there. But it is something that anyone working with PCR is familiar with and knows -- is aware of the problem, and this is the standard way of dealing with that kind of contamination issue.

Q  And so you say here, "After careful review, it is my view that each of the results reflects contamination and/or a flawed evaluative process."

Do you see that?

A  Yes.

Q  And that's the "true performance of a Logix Smart Test." Do you see that?

A  Yes.

Q  What flawed evaluative process are you referring to?

A  Well, the South African experiment, which is -- yeah.

Q  Can you conclusively testify that there was contamination in India and in Greece?

58 (Pages 226 - 229)

Page 230

A   Yes.

Q   Yes, you can?

A   Yes.

Q   Eliminating all other doubts?

A   Yes.

Q   Now, here you say, "As detailed below, it is my opinion that the NIV, South Africa, and Greece results reflected flawed, incomplete, or irrelevant data likely due to contamination."
Do you see that?

A   Yes.

Q   So it's not just likely, though.  You're saying it's absolute certainty?

A   Well, I don't like to use the word "absolute."  I'm as certain as I can be that there's contamination based on the data or the information that I had available.

Q   Right.  So is that like, you know, greater than 50 percent chance?  How would you put that as a percentage chance, if possible?

A   95 percent, plus or minus three.

Q   95 percent confidence that it's due to contamination?

A   I can explain it to you, if you like, why it is.

Page 231

Q   No, no, we will walk through it.
And, again, in connection with -- so we're starting here with the results from the NIV laboratory in India.  Do you see that?

A   I see it.

Q   And it seems like you've reviewed some e-mail chains provided to you by counsel?

A   I did.

(Exhibit 8 marked.)

BY MR. PINEIRO:

Q   I've introduced what's been marked as Exhibit 8.  It should be in your Exhibit Share.
This is one of the e-mail chains that your report indicates you reviewed.  Are you familiar with this e-mail chain?

A   Let me quickly -- I've seen so many e-mails. I can't remember them.
Yes.

Q   So starting on the e-mail at the bottom, there's an e-mail from Rebecca Garcia and Satterfield, on April 2?

A   Yes.

Q   And she says, "The ICMR has printed the results from our tests and they are not passing the guidelines.  The positive samples were 100 percent

Page 232

confirmed with our tests, but the negative samples are showing roughly 88 percent false positive.  CoSara does not want to manufacture a test that doesn't meet the guidelines which claim to be 100 percent sensitivity and specificity."
Do you see that?

A   Yes.

Q   Do you know what was meant by 88 percent false positive?

A   Well, I assume that they tested X number of samples, let's say 100, and 88 -- that should have been negative, and 80 of those were positive.

Q   Right.

A   That's what I assume.

Q   So that's a specificity negative, right?

A   Yes.

Q   Where you have a false positive?

A   A specificity measurement, yes.

Q   And she says, "Here's my opinion:  First of all 100 percent is impossible for any test and not mathematically sound if you believe bell shaped curve and 5 percent error.  Second, I think that what they are seeing is exactly what was seen in the samples SLC got from testing employees."
Do you know what's the reference to SLC?

Page 233

A   SLC.  No.

Q   Even though -- so are you aware of whether Co-Dx at any point in time tested their own employees for COVID?

A   I will repeat, I know nothing at all about what Co-Diagnostics did or did not do.  I have no idea.

Q   And she says, "Even though you guys say it was contamination, my interpretation was different. If I took the LoD which was eight copies with an approximate Ct value of 36 and I put everything that amplifies past 36 in a gray zone as unreportable, then I remove all those potential false positive results. It also means I wouldn't have to run the test out for 50 cycles.  I could cut it at 40 cycles because everything past that would be junk.  This method is how I have been trained in a clinical setting but it has been written in the instructions and everything that amplifies will be counted as positive."
Can you explain what she's referring to here?

A   I haven't got a clue, but what I can say is, immediately, that I'm -- who wrote -- Rebecca, I don't know who she is, but she obviously is not au fait with how PCR works.

59 (Pages 230 - 233)

Page 234

Because if you have a test that gives you 88 percent false positive, the instant reaction is you've got contamination. You don't get 88 percent false positive. That is -- that is such a red flag. You couldn't get a better red flag than that. So anything that she's saying in her opinion is waffle. It's pointless, because it is clearly contamination.

Q   So she doesn't understand what she's talking about?

A   Well, I can't say that, but she certainly doesn't -- she should have immediately flagged the 88 percent false positives.

Q   You're aware that she worked in the Co-Dx lab?

A   I do not know who she is. I've seen her name mentioned a few times and I've seen her signature but I do not know what she does and what her background is.

Q   Sorry. And then it says, "Correction the negative samples are showing 88 percent confirmation and 12 percent false positive."

Do you see that?

A   Yes.

Q   So does that change your impression of her statement?

Page 235

A   It's still -- no -- firstly, we know from the data that the test doesn't get 12 percent false positives. And 12 percent false positive also is a very high percentage. Again, it would indicate to me that there is a possibility of contamination at this time.

Q   Right. But with this correction, do you change some of the statements you made about Ms. Garcia's assessment when I walked you through her earlier e-mail?

A   Well, I'm looking at this. I don't know what she's talking about. Can I just read it again, please, to see what it...

"If I took LoD with eight copies with -- and put everything in a gray zone."

No, I do not understand what she's saying.

Q   And you didn't make any efforts to figure out what she meant by this e-mail?

A   Well, again, I was able to deduce from my own interpretation and analysis of the interpretation of the data that this test was contaminated, so I did not need to refer to this to be able to come to my conclusion.

Q   Isn't it the best practice to actually talk to the people in the lab that are closest to these

Page 236

tests?

MS. YORK-ERWIN: Objection. Vague.

THE WITNESS: Who are you talking about now? That you think I've talked to the Indian lab?

BY MR. PINEIRO:

Q   Yeah. Wouldn't that be the best practice for you to make your determinations? Rather than just relying on e-mails and data, wouldn't having actual conversations with members of the lab, Ms. Garcia who is indicating that she has some views on this, isn't that not the best practice to determine whether actual contamination occurred?

MS. YORK-ERWIN: Objection. Are you talking about Dr. Bustin?

MR. PINEIRO: Yeah, Dr. Bustin having these conversations, correct.

BY MR. PINEIRO:

Q   For you. You're the one making the determination that's at issue here?

A   If I felt there was a need to do that, but I've already explained to you that I have no doubt as to what the problem here is or was, and so I do not see why I should talk to anyone about this. To me, in some of this work, it is completely clear what has happened here.

Page 237

Q   But there are other instances earlier where you said that there was not a lot of information in some of these validation reports. You never made any efforts to obtain follow-up data, did you?

MS. YORK-ERWIN: Objection. Asked and answered. Harassing.

THE WITNESS: I can only repeat. I have the information I needed and so I did not require any further -- approach anybody else. It was all there for me to analyze and evaluate. And in combination with all the information, my own analysis, and the data I saw, I was able to form my conclusion.

BY MR. PINEIRO:

Q   I will show you what I've marked as Exhibit 9 -- sorry, bear with me. I've introduced to Exhibit Share what I've marked as Exhibit 9.

This is an e-mail from Dr. Satterfield to Ms. Garcia, and someone else, titled "Write up."

(Exhibit 9 marked.)

BY MR. PINEIRO:

Q   You've reviewed this document in connection with your opinion, right, Dr. Bustin?

A   I've seen it, yes.

Q   And so it appears that this is like a draft

60 (Pages 234 - 237)

Page 238

e-mail that he's wanting to send to the NIV?

MS. YORK-ERWIN: Objection. Misstates the document.

THE WITNESS: It looks like an e-mail but what the purpose is, I can't comment on.

BY MR. PINEIRO:

Q Does he -- I mean, is it -- in this e-mail does Dr. Satterfield indicate that the issue at the NIV was contamination?

A It talks about the advantages of the Logix test and the problems of having cutoff limits that are too low. It doesn't mention contamination, as far as I can tell.

Q And it seems like -- is it fair to say that from this e-mail, at least, Satterfield appears to be opining that it's not contamination that was causing the issue?

MS. YORK-ERWIN: Objection. Mischaracterized the document.

THE WITNESS: I can't say what he -- I can't say that, no. What I can say is that to me this looks like an attempt to -- as he says at the beginning, to kind of calm the waters and highlight the advantages the Logix test has without going into why there might be problems

Page 239

with the Indian test, or the Indian testing site.

BY MR. PINEIRO:

Q Why did you not review this e-mail in preparing your opinion on this issue?

A I didn't or did I?

Q Why did you?

A Well, when you say -- I looked at the e-mail. I was sent a bunch of documents so I looked at all of these.

Q But does it appear that he's indicating that there -- that some of the reason for the results may be due to primer-dimer false positives?

A The problem with the Indian test was that they got false negatives.

Q False positives, sir, for specificity, not sensitivity.

A You know, I'm confusing -- can we have a look at the -- can I have a look at my report, please? I'm getting myself confused now between the various things that we've looked at.

Q So I have it back up and I will take you through it.

A NIV.

Q I mean, I can just -- in the prior exhibit that I showed you, Ms. Garcia indicates there was 12

Page 240

false positives, right? So I've put back on the screen, Exhibit 8 where she says, "Correction" --

A Okay.

Q -- "the negative samples are showing 88 percent confirmation and 12 percent false positives."

False positives means you have an issue with specificity, right?

A I remember now.

Q Am I saying that correctly?

A False positives are issues with specificity, yes.

Q And then, again, Dr. Satterfield in this write up appears to be indicating that he views primer-dimer false positives as the reason for these issues with specificity; isn't that correct?

A It can be an issue with specificity. And the problem is that, you know, a false positive -- it depends on what the false positive looks like.

Very often a false positive is -- does not have a proper -- doesn't look right on an instrument, what we call amplification curve.

False positives in terms of primer-dimers are not really a problem for pro-based analysis. They can be, but they are not a real problem. They are a

Page 241

problem for another type of chemistry.

So I would -- I would disagree if you're saying to me that this is about primer-dimers. I think this is, as I've said, a way of trying to diplomatically tell the Indians that there is a problem with their test without saying it is contamination, and so you're bringing the primer-dimer a bit, that is a possibility, but not really likely a probability.

Q That explanation you gave for why Dr. Satterfield didn't reference contamination, you're speculating, right?

A I'm looking at the top of the e-mail, "take away the blame from the Indian government and point to a systemic problem with the PCR testing in general for which we probably have the answer."

Now, this is a technical issue that you can agree or disagree with. What this tells me is that they do not want to say it is contamination because it would then -- that is a blame. If you say it's a technical issue, then it simply is something to do with a test, and that's not the fault of the Indian government.

Q But you're speculating about that?

A I'm reading it. The goal --

61 (Pages 238 - 241)

Page 242

MS. YORK-ERWIN: Objection. Asked and answered.

THE WITNESS: The goal here is to take away any blame from the Indian government. That tells me, we don't want to blame them for contamination. What else can we tell them that lets them save their face. We saved their face by saying it's primer-dimer problem.

BY MR. PINEIRO:

Q   Did you discuss this -- that e-mail with Dr. Satterfield?

A   I never talked to Dr. Satterfield.

Who is the other person you're asking me about?

Q   Dr. Satterfield.

A   Oh. No, I haven't discussed this with anybody.

Q   And you never discussed with him why he sent that -- why he prepared the write-up that way? Just no is fine?

A   No.

Q   So then I'm introducing what's been marked as Exhibit 10.

(Exhibit 10 marked.)

Page 243

BY MR. PINEIRO:

Q   This is another one of the e-mails that you reviewed in connection with your analysis.

Are you familiar with this e-mail?

A   Yes.

Q   This is an e-mail from Rebecca Garcia to Satterfield and others. And she says, "The following is report from the NIV that needs action from us. NIV tested the following points in this order.

"First submission tests COVID samples with NIV assay. The results were 88 percent specificity and 100 percent sensitivity.

"Second submission."

Now, have you seen any -- strike that.

What document or data do you rely on that, for that first submission, you can conclusively testify that it was contamination?

A   Because the same test was used by another Indian institute and did not have these contamination problems.

Q   That's not -- so basically the way that you are conclusively establishing that there was contamination is based on other test results?

MS. YORK-ERWIN: Objection. Misstates testimony.

Page 244

THE WITNESS: The same two tests that were used by the NIV were used by the NIP, and there was no evidence of contamination in the NIP or of any -- in fact, the evidence was that both tests performed exactly well.

So the conclusion is that if the NIV got a different result, it has to have been due to something that happened at the NIV.

BY MR. PINEIRO:

Q   Do you know what that is?

A   The same tests were used.

Q   So what happened at the NIV?

A   They contaminated their --

MS. YORK-ERWIN: Asked and answered.

BY MR. PINEIRO:

Q   How do you know that is what happened?

MS. YORK-ERWIN: Asked and answered.

THE WITNESS: Because the same two tests were used by the NIP where there was no contamination, so that tells me that the NIV had contamination since they used the same tests.

BY MR. PINEIRO:

Q   Could it have been something else at the lab?

MS. YORK-ERWIN: Objection. Calls for

Page 245

speculation.

MR. PINEIRO: He's the one speculating.

BY MR. PINEIRO:

Q   I mean, could it have been anything else is my question, right? I mean, you're the one making -- that is making this assessment.

Theoretically could it have been anything at the lab besides contamination?

A   I'm not speculating. I'm telling you my expert opinion.

Q   Okay.

A   If you take two tests in two different locations and one gives you a result that is 100 in accordance with the two tests and the other one doesn't, and the other one has evidence of false positives, then that tells me that the second lab is contaminated.

Q   Got it.

A   That is just the way it is. That's just a fact. That's not speculation.

Q   Could it have been -- theoretically could it have been some other issue with the lab?

MS. YORK-ERWIN: Objection. Asked and answered.

Veritext Legal Solutions
800-726-7007                                           305-376-8800

Page 246

BY MR. PINEIRO:

Q   Can you answer?

A   Such as?

Q   You tell me.  You're the expert.

A   There is no other explanation.

Q   There is no other explanation.  Okay.

Is there any other theoretical explanation besides something being wrong with the lab?

MS. YORK-ERWIN: Objection.  Asked and answered.

THE WITNESS:  I will repeat.  The test was contaminated.

BY MR. PINEIRO:

Q   Right.  But, again, I'm asking you theoretically.  Now, you can think in theoretical principles.  You're a scientist.

Theoretically is there any other potential explanation for those results except -- you know, besides contamination?

A   No.

MS. YORK-ERWIN: Objection.  Asked and answered many times.

BY MR. PINEIRO:

Q   The answer is no?

A   There was no other way this could be

Page 247

contaminated -- sorry.

There's no other way that this was not -- that this could not have been contamination, because it's not just these two test results that are showing contamination.  They then went -- they took samples pre 2019 and they were positive, so that is definitive evidence that it was contamination.

Q   What are you referring to with that, the 2019 samples?

A   The NIV took some samples out of their freezer that had been stored from before 2019 or 2020 -- before COVID happened and they got positives there.

Now, that is impossible.  So the only conclusion from that is contamination.  Every bit of evidence I've seen from that lab tells me it's contamination.

Q   So it says, "Second submission was then" -- "Second submission was tested for LoD first.  They agree sensitivity is much lower than their tests.  Second submission was then tested by 49 clinical samples against their NIV assay.  10 of 49 samples had very clear amplification curves between cycle 35-39.  These samples were negative with their assay.  They tested for contamination.  It was not present."

Page 248

Have you done -- I mean, do you have any reason to believe that that's incorrect?

MS. YORK-ERWIN: Objection.  Asked and answered.

MR. PINEIRO:  I'm asking him about that sentence.  I never asked him about that before.

THE WITNESS:  They tested for contamination.  It was not present.  What does that mean?  They asked -- what did they do?  There is no information here.  It does not tell me anything.  What I know is that all the evidence tells me it has to have been contamination.  Now --

BY MR. PINEIRO:

Q   They -- sorry, go ahead.

A   I have been to India.  I have been to both of those labs.  The problem is that we don't like to admit mistakes and it is probably more pronounced over there.

So I think -- I can understand why there was some hesitation in calling this out but, you know, there is just no question that this was contamination.

Q   Got it.

And then she says, "They pulled a respiratory panel of influenza viruses out that was known COVID negative and tested 13 samples with our

Page 249

test, and several other real-time tests.  Our tests gave 6 of 13 positive for COVID from this respiratory panel.  They decided to test more..."

So you've indicated that that's sure-fire evidence, right, the fact that there were positive results from these pre-COVID samples?

A   Let me say it is very, very persuasive evidence.

Q   Okay.  But, I mean, if you have issues with the specificity of your test, isn't it possible that panels with positive for influenza virus might reflect as positive on a COVID-19 test that has issues with specificity?

MS. YORK-ERWIN: Objection.  Confusing and ambiguous.

THE WITNESS:  I can only point you to data I analyzed myself, which is the Australian study, on data with extensive specificity test, and the test was 100 percent specific, so it is not a specificity problem of the Logix test.  It is a contamination of the Indian laboratory.

BY MR. PINEIRO:

Q   Right.  So based on that Australian test, after that, anything else that is inconsistent with that you disregard?

63 (Pages 246 - 249)

Page 250

MS. YORK-ERWIN: Objection. Misstates testimony.

BY MR. PINEIRO:

Q   Is that right?

A   There are several publications that give -- in fact they are all attended or even mentioned by Dr. Westcott that show the 100 percent specificity of the Logix test. It's not just a single study. It is numerous studies and several of them were attached to the press release.

They formed the base -- all of that together formed the basis of my opinion that the statements in the press release was incorrect.

Q   And then she says, "All eight of these samples showed" -- so you're talking about eight samples -- "eight pre-COVID samples from January and February of 2019. They tested eight samples that had other known respiratory infection and not COVID. All eight of these samples showed positive COVID with our test between 36 and 38 -- cycles 36 and 38 with clear amplification curves. None of the false positive samples were past cycle 39."

What does that mean, "none of the false positive samples were past cycle 39"?

A   That all the positive values, Cq values came

Page 251

up before cycle 39.

Q   And what's the implication of that, that after cycle 39 that you weren't picking up false positives?

A   In general after cycle 39 you don't think of anything.

Q   And then it says, "All were confirmed with other real-time assays."

What does that mean?

MS. YORK-ERWIN: Objection. Calls for speculation.

THE WITNESS: I think it's becoming clear to you, I suspect, that a lot of the information that one would acquire to be able to come to conclusion about a lot of these e-mail tracks, or what they call e-mail trails, are not sufficient to come up with opinions or definitive statements.

That's why I really stuck to my analyses of data I could -- where I had extensive or sufficient information to be able to come to conclusions. This is all -- this is just incomplete and, yeah.

BY MR. PINEIRO:

Q   So you're disregarding the actual -- this

Page 252

appears to be Dr. Garcia providing a summary of what she was told by the NIV. Are you disregarding this?

MS. YORK-ERWIN: Objection. Misstates testimony.

THE WITNESS: I'm using it to make my point that it's contamination. It's as clear as anything that -- as soon as someone says to you, and we all -- pre 20- -- February 29, 2019 samples are positive, it must be contamination. There's no other explanation for that.

BY MR. PINEIRO:

Q   Got it.

A   It is total incompetence and they mixed up their samples. That is also a possibility.

Q   Then she says on the next page, "Based on the above information, we have agreed that she tell the chief regulatory agency that we are working on the test instead of reporting the 65 percent failed test."

Do you see that?

A   Yes.

Q   Would you consider a 65 percent failed test to be a complaint from another country?

A   I see this as a troubleshooting exercise, not as a complaint.

Q   Got it.

Page 253

A   They are troubleshooting, so that's what you do.

Q   It's a failed test, that's how something Co-Diagnostics is describing it, right?

A   I can only repeat. It's a failed testing method. It's not the failed test. It's the method that's being used, the handling of the samples, all of that is failed. The test itself is accurate because the same test has been used in a completely different setting and gives expected results.

Q   Do you know if Co-Diagnostics conducted its own investigation as to the causes of these test results?

A   I have no idea.

Q   So you don't know whether when they issued that May 1 press release whether they had any indication -- they knew whether this was contamination or not, right?

MS. YORK-ERWIN: Objection. Misstates testimony.

THE WITNESS: I respect Dr. Satterfield enough to know or to think that he would have come to exactly the same conclusions that I have come to.

64 (Pages 250 - 253)

Page 254

BY MR. PINEIRO:

Q   But you don't --

A   The evidence from this, and as importantly, from the National Institute of Pathology, are completely -- they're as certain as I can be that they point to contamination, particularly as the NIP evaluation used the same tests as the NIV evaluation.

So if you do the same tests in two different laboratories, as I told you earlier on, and one gives you false positives and the other one doesn't, then you know that the false positive test must have been contaminated.

And that's what they knew on the first of May and that's why they issued -- that's why they talked about sensitivity, and that's why I support -- or my evaluation supports the statements they made in their press release.

BY MR. PINEIRO:

Q   Got it.

But, again, you haven't seen any records or materials indicating that as of May 1, 2020, they had come to that conclusion, that contamination was the reason for those results, right?

MS. YORK-ERWIN: Objection. Misstates testimony.

Page 255

THE WITNESS: What I have seen is the e-mail from the NIP that they would have seen and that would have removed any final doubt about contamination.

BY MR. PINEIRO:

Q   I am going to repeat my question and see if you can answer it this time.

Have you seen any internal communications or other records from Co-Diagnostics indicating that as of May 1, 2020, they have concluded that the NIV results were based on contamination?

A   I have not looked for any evidence.

MS. YORK-ERWIN: Can we take a break soon? How much time do we have left, if anyone knows.

MR. PINEIRO: I don't know. Let's go off for a second and we can figure that out.

(Recess was taken.)

BY MR. PINEIRO:

Q   I've added to Exhibit Share what's been marked as Exhibit 11.

(Exhibit 11 marked.)

BY MR. PINEIRO:

Q   Are you familiar with this document, sir?

A   Yeah, got it. It says "Removed."

Q   11?

Page 256

A   No, it was --

Q   Yeah, yeah, right. 1.0 removed, correct. Yeah.

This appears to be a table showing the results of the NIV evaluation of Co-Diagnostics and other kits, correct?

A   This is a list of real-time PCR tests.

Yeah, this is a list of tests -- I'm not sure -- yeah, okay, yes. I can see it.

Q   And so this appears to be the results of the first -- this appears to be a result -- a list of the results in the first test, right, where, if you go down to 19, you can see the specificity, concordance amongst true negative was 88 percent. Do you see that?

A   Yes.

Q   And that means 88 percent specificity, right?

A   Yes, I expect that's what it means.

Q   Now, there's 19 other tests that were subject to this evaluation, right?

A   Yes.

Q   And several of them show 100 percent concordance on specificity, right?

A   Yes.

Page 257

Q   So how is that -- is that -- strike that.

Is the fact that other tests had 100 percent concordance among true negative, is that inconsistent with your determination of contamination?

A   No.

Q   Why not?

A   Because the contamination occurred inside the CoSara diagnostics test. So someone stuck a pipette tip into that test and that's why it's contaminated.

Q   And then --

A   -- it's not the same pipette tip into another test. But clearly if you look, there's a rush test -- two rush tests that are performing badly. They've also been contaminated.

Q   And then your -- and then as we discussed there was a second test run on the CoSara test, right?

A   The NIP test.

MS. YORK-ERWIN: Objection. Vague.

BY MR. PINEIRO:

Q   No, no, by that I mean -- I'm sorry. The NIV ran two tests on the Saragene test, correct?

A   They ran several tests, I think. I'm not sure how many they ran.

Q   And so would that contamination that you

65 (Pages 254 - 257)

Page 258

described, that hypothetical contamination, would that also impact a subsequent analysis -- a subsequent test?

A   Without knowing what they did, if they used the same tube that they used before, then, yes. If they didn't, then possibly, because the contamination could have also been in the fume hood that they were using to carry out the test, or the person could have been contaminated.

So it's difficult to say that, but it is likely -- with PCR -- if there's contamination it tends to continue.

Q   Got it.

I mean is it customary practice -- what was the term that you used, the shoup (phonetic)? What was the instrument you said that if they used -- there was a certain instrument that you said --

A   Oh, sorry.

Q   Maybe I didn't hear it correctly.

A   No, it's just me.

We tend to carry out PCR tests in fume hood.

MS. YORK-ERWIN:  Fume hood.

MR. PINEIRO:  Oh, fume hood.  Wow, I misheard that.

Page 259

BY MR. PINEIRO:

Q   So you're saying if they use the same fume hood that the contamination would have continued with the second test?

A   There are lots of reasons you can get contamination.  The most likely explanation, in my opinion, is that they contaminated the reagent itself.

Q   And if that type of contamination happens, does it impact subsequent studies?

A   If you use the same reagent, yes.

Q   Is it standard practice to use the same reagent?

A   It's best practice if you find contamination -- or it is only sensible practice if you have contamination to discard everything and start again.  That's what one would normally do.

Q   And we've seen e-mails that were at least -- the lab is at least indicating that they've checked for contamination, et cetera, right?  And so that would have involved that protocol you just described?

MS. YORK-ERWIN:  Objection. Mischaracterized this document.

THE WITNESS:  What I said was that is what one should do.  I also said that there's no information as to actually what they did.  So I

Page 260

can't comment on what they did to correct the contamination issues.

BY MR. PINEIRO:

Q   Are you aware of any tests -- strike that.

Have you ever observed that there's been a test, a PCR test, that in one evaluation gets 100 percent specificity and in another it falls short of that, but where there was no contamination in the test where it fell short?

A   If you're talking about 100 percent versus 98 or 97 or 99 percent, then that is a normal occurrence, because as we discussed earlier, no test is always 100 percent, either specific or sensitive.

But if you have this kind of drop from a test that is -- performs in other people's hands, much more specifically, then that makes the alarm bells ring.  88 percent, yeah, that's contamination territory.

Q   Got it.

I introduced what's been marked as Exhibit 12 to the deposition.

(Exhibit 12 marked.)

BY MR. PINEIRO:

Q   Are you familiar with this e-mail?

A   Yes.

Page 261

Q   Then at the bottom there's an e-mail from this gentleman, we've seen his name before, Tielman Nieuwoudt, RX Medicals.  And it's being sent to Denny Crockett at Gmail.  And it says, "Dear Denny, please see final results from the government laboratory after running clinical samples with Logix Smart COVID-19. Unfortunately the file sensitivity was not acceptable to them."

Then it says, "Dear Tielman, With regards to the verification of the Logix Smart ncov real-time PCR assay, this is the final update following additional PCR and sensitivity analysis."

Do you see that?

A   Yes.

Q   Are you familiar with any of the prior PCR sensitivity analysis that was conducted by the South Africans of the Logix Smart test?

A   I don't think so, but I certainly don't recall having seen anything else.

Q   And it says, "As I informed you in our telephonic discussion, just looking at pos/neg the assay performed well for the specimens tested, but that I didn't do a sensitivity analysis."

What does that mean, just looking positive/negative the assay performed well.  Do you

66 (Pages 258 - 261)

Page 262

think you know what that means?

A   Well, as I mentioned to you a couple of times now, there's no information here.  It means nothing to me because there's no context.  I do not know what it means, no.

Q   And then it says, "Following our sensitivity analysis looking at all the data combined, the Logix assay missed positives that had a Cq of 33 and above on the reference assay."

Can you make sense of what that statement means?

A   What it appears to mean to me is that the assay -- the Logix Smart test assay records the negatives where -- with whatever reference assay they're using has a Cq of 33 or above.

Q   Do you what mean Cq of 33 means?

A   Yes, quantification cycle.  It's the term we suggested as the standard term of quantification cycle.

Q   Got it.

"In summary 5 of 12 positives were missed.  Therefore concerns with the Logix assay is that very early and later stages of infection will be missed."

Do you see that?

A   Yes.

Page 263

Q   Would you consider that to be a report of problems with this test?

A   No.

Q   So the message communicated there is not negative?

MS. YORK-ERWIN:  Objection.  Misstates testimony.

THE WITNESS:  There is no information here, and the information that there is makes me think that there's a real problem with the understanding of the PCR test.

BY MR. PINEIRO:

Q   Right, but forget that.  The words themselves, "concerns with the Logix assays that very early and late stages of infection will be missed."

Someone is expressing a concern with the test, correct?

A   They are making a statement in relation to Cq of 33 which is blatant nonsense, so that is what I will say.

Q   No, no, but -- is there a reason why you can't answer that question?  I mean, it's right in front of you.  This person is just saying, "concerns with the Logix assay is that very early and later stages of infection will be missed."

Page 264

He is expressing a concern, correct?

A   I'm answering your question.

Q   No, you're not.

A   I am.  It's nonsense.

Q   Did you talk to the gentleman that wrote this e-mail?

A   Did I?

Q   Yes.

A   I didn't -- I told you I haven't talked to anybody.

Q   Right.  So I understand that you have an analysis as to why Co-Dx should not care about this.  But the bottom line is, this is a message that expresses a concern regarding the performance of the test, right?

MS. YORK-ERWIN:  Objection.  Calls for speculation.

THE WITNESS:  This is just -- firstly, the fact that he's talking about a Cq of 33 not positive is the first problem.

The second problem is that we have no idea what an early or late stage of infection and what Cqs to expect, so this is meaningless.

I've said this to you several times.  I just can't say it any more times.  It is a meaningless

Page 265

piece of, yeah, e-mail.

BY MR. PINEIRO:

Q   Right.  Right.

Do you know whether Co-Dx considered it to be meaningless as of May 1, 2020?

MS. YORK-ERWIN:  Objection.  Calls for speculation.

THE WITNESS:  I don't know.

BY MR. PINEIRO:

Q   And you said that the first problem is that it talks about missed positives at a Cq of 33 and above.  What's the problem with that?

A   We know from all the other investigations and tests we've looked at, I've looked at, that the Co-Dx -- the Logix Smart Test detected Cqs at much higher or -- yeah, much higher Cq levels than 33.

Thirty-three is actually quite a low Cq.  So we know that the specification of the manufacturers suggest anything below 45 as a positive.

Now the difference between 33 and 45 is 12 Cqs.  That's two to the power of 12.  That's a massive difference.

Q   And so why do you think it was appropriate -- strike that.

This -- this report from the government

67 (Pages 262 - 265)

Page 266

laboratory in South Africa was not referenced in the May 1, 2020 press release, right?

A   It wasn't, no.

Q   Why do you think that's appropriate?

A   Because there's nothing to reference. It doesn't tell you anything. There's no -- there's nothing here that should be referenced.

Q   So when Dr. Satterfield is quoted as saying that they have consistently tested 100 percent specificity, 100 percent sensitivity in all other countries, that's contradicted by this, isn't it?

A   No, it isn't.

MS. YORK-ERWIN: Objection. Asked and answered.

BY MR. PINEIRO:

Q   It's not? How is it not?

A   Because there's no information here at all.

Q   There's a result, that 42 percent of positives were missed. Is that a result?

A   That's a statement. It's -- it means nothing. He makes -- he makes the statement of Cq 33, that's why it was missed. So that tells me that he had a problem with his test or his interpretation or the carrying out of the test. It's not a problem of the test itself. It's completely clear. So it

Page 267

expresses opinions that are based on, yeah, on nothing.

Q   Got it.

Again, you're speculating because you never spoke to this gentleman who wrote the e-mail?

A   I'm not speculating. I'm using my experience of knowing about these experiments. If I call myself a PCR expert, I don't like doing that, but I have had 38 years of this and I know what it means, and this means nothing. It is wrong.

Q   Got it.

And do you know whether Co-Dx concluded internally before May 1, 2020, that this was wrong?

MS. YORK-ERWIN: Objection. Calls for speculation.

THE WITNESS: I think I've told you several times now I don't know what Co-Dx -- you call them Co-Dx -- Co-Diagnostics knew or didn't know. I didn't really concern myself with what they were speculating. I concerned myself with analyzing data and opining on what I was asked to opine on, not what Co-Diagnostics did or didn't do.

BY MR. PINEIRO:

Q   The South African lab ultimately rejected

Page 268

the Co-Dx test, right?

A   I don't know.

MS. YORK-ERWIN: Objection. Asked and answered.

BY MR. PINEIRO:

Q   You don't know?

A   What I know is that perhaps -- "primer-dimer results." It doesn't say that there. It just says it's not acceptable. It doesn't say it was rejected.

I haven't seen any final e-mails or anything. I haven't looked at anything that would tell me that. I don't know what tests they use in South Africa.

Q   Again, so it's your position that because the South African report regarding the sensitivity is inconsistent with other results that you have seen they should be excluded from consideration?

MS. YORK-ERWIN: Objection. Misstates testimony. Asked and answered.

THE WITNESS: What I'm saying is that this evidence -- the statements I see here are difficult to -- or impossible to interpret because there's no context.

The only piece of information that is specific is that they missed positives that had a

Page 269

Cq of 33 and above, and that was 42 percent of the positives that they missed.

And that is clearly a statement that is incompatible with all the other evidence that I had in front of me to evaluate the importance of this.

BY MR. PINEIRO:

Q   Now, you haven't concluded that these results were based on contamination, right?

A   As I got myself confused earlier, contamination is false positives. These would be false negatives.

Q   Right. So there's no issue with contamination at least with the South African lab, right?

MS. YORK-ERWIN: Objection. Misstates testimony.

THE WITNESS: We can't say that. In this particular instance, there may or may not be. I don't know. Because, again, the information isn't there. The discussion is all about the positives.

So I will repeat myself. There is not enough information in this short e-mail to really come to any conclusion apart from the fact that

68 (Pages 266 - 269)

Page 270

they don't understand or they got their testing wrong with the Cq of 33.

BY MR. PINEIRO:

Q   Got it.  I've introduced what's been marked as Exhibit 13.

(Exhibit 13 marked.)

BY MR. PINEIRO:

Q   You've reviewed this e-mail before, sir?

A   Yes.

Q   And so on the third page, if I can take you there, to the bottom of the third page.  And so these e-mails pertain to the situation with the Greece tests -- the Greece lab, right?

A   Uh-huh.

Q   And so there's an e-mail at the bottom of page 3 from Laura Benzonana, and in the e-mail she writes -- and it's an e-mail to Cameron Gundry.  Do you see that?

A   Yes.

Q   It says, "Hi, Cameron, thank you for the swift response but unfortunately the situation has gone from bad to worse.  After the run that you saw yesterday (performed with Lot 206), where all seemed well, the lab performed a test today that was riddled with false positive results.  The only logical

Page 271

explanation is that there is an issue with Lot 179.  Specifically, they tested a batch of samples with Lot 179 and the results revealed eight positive samples.  They then used the Cepheid platform, Certest and Primer Design to confirm the results from the Logix Smart.  Logix Smart showed eight positive results and only one was confirmed with reagents of the other three companies.  The results with Cepheid, Primer Design and Certest were all identical to each other showing only one positive sample."

Do you see that?

A   Yes.

Q   What's your interpretation of that opening paragraph?

A   Contamination of Lot 179.

Q   Would that contamination of 179 also impact the Cepheid, Primer Design and Certest results?

A   No.  Again, as I've tried to explain to you, if you stick your pipette tip into the reagent, then the reagent is contaminated.  Not any other reagent.

Q   "As you can understand, this has created huge problems for us and is putting our credibility in jeopardy.  This lab is the biggest private diagnostic lab in Greece, a key opinion leader, and the second highest grossing client."

Page 272

Do you see that?

A   Yes.

Q   Then she says -- then Cameron says, "Let's please schedule time to go over these results with us today.  We need to resolve this."

So then Cameron writes back, "Laura, we will call you via WhatsApp in a few minutes.  I will be with Chad.  It is very hard to believe this is systematic contamination, due to the late Cqs, and still lack of very many NC.  Our lot had no contamination detected and we can directly confirm that here with retained tubes."

So does it appear that Cameron is indicating that Lot 179 does not have contamination?

A   It does not have contamination, yes.

Q   Doesn't that contradict what you're saying?

A   No.  Again, as I've tried to explain to you, contamination was introduced in the Greek lab.  This is a standard way of testing for contamination.  If you have contamination, the manufacturer always retains a batch of whatever kit they're shipping out.

And then if you have a problem, then you troubleshoot and the manufacturer will test their batch.  And if it's not contaminated, you know, it was you that contaminated it.  This is exactly what I

Page 273

expect to have seen, it was the lots contaminated by the Greeks.

Q   Right.  But, again, if the Greek lab is contaminated, it wouldn't impact the other tests that were run that had accurate results?

A   No, because I think this specific contamination is of the reagent rather than of the lab in general.

Q   "They would really need to run something like ten negatives from the exact suspected lot.  It is also possible we are getting higher sensitivity than the reference PCR tests.  Our Cqs are very real.  In the 30-32 range they are certainly valid results, indicating material was amplified above the LoD."

Do you see that?

A   Yes.

Q   Do you know whether any investigation or final analysis was done concluding that this was contamination?

A   I can't -- I don't think so, but I can't remember, but I don't think, no.  I don't know what the final conclusions were.

Q   I'm going back to your report, which is Exhibit 1.  You then have a section, Conclusion Regarding Data Properly Excluded from the May 1 Press

69 (Pages 270 - 273)

Page 274

Release."  Do you see that?

A  I'm just trying to get to it.  What page is it?  39.

Q  It's 39.

A  Yes.

Q  So you say, "The most likely explanation for the NIV Greek results is low-level contamination that was introduced after opening the microfuge tubes containing the reaction mix in the laboratory."

Do you see that?

A  Yes.

Q  And, again, this specific type of contamination, this is your hypothesis?

MS. YORK-ERWIN:  Objection.  Misstates testimony.

THE WITNESS:  I have provided the evidence in my report that it is contamination.  It's more than a hypothesis.  I think I've proven my hypothesis to anyone who would be familiar with PCR.

BY MR. PINEIRO:

Q  So did you actually inspect the microfuge tubes?

A  I've inspected the data that came out of the microfuge tubes and the data clearly showed

Page 275

contamination.

Q  Aren't there other potential bases for contamination?

A  There are two types of contamination.  The first one is contamination of the reagent that they're using because you put in a pipette tip that was contaminated.

And the second one is that you've opened a microfuge tube and let out a lot of the target into the environment, and that hangs around and contaminates your reactions, so it's one of those two.

Now, from the evidence I've seen, the most likely type of contamination is the first type where you have contamination of the reagent itself.  It doesn't exclude if there was also contamination of the lab in general.  What I'm essentially certain about is that there was contamination.

Q  So in the end it's a hypothesis and you believe that your theory of the microfuge tubes is the most well supported hypothesis here; is that fair?

MS. YORK-ERWIN:  Objection.  Misstates testimony.

THE WITNESS:  Let me clarify it again.  A kit comes in little microfuge tubes or test tubes.  And what happens is you unscrew it, you

Page 276

open it, you take the test and you take an aliquot.

Now, if you are not experienced or if you are absentminded, it is very easy to dip the tip into a sample prep -- into a sample and then put it back into the reaction tube.

That is my most likely explanation for what we're seeing.  It's supported by both the Greek and the Indian data.

BY MR. PINEIRO:

Q  Got it.

A  It is also possible that there is additional contamination, which would be a low-level environmental contamination.  I don't exclude that, but as far the Logix test is concerned, that is the most likely explanation.

Q  And then you say, "But as with the NIV and Greek results, the results from the South African lab were contradicted by consistent with, credible data establishing the Logix Smart Test's high sensitivity and specificity.  Without additional information, no PCR expert would have believed that the South African results, then or now, and I am of the opinion that they too were the result of contamination."

Do you see that?

Page 277

A  Yes.

Q  That doesn't make any sense, does it?

MS. YORK-ERWIN:  Objection.  Argumentative.

BY MR. PINEIRO:

Q  I mean, you've just said it.  You've indicated that the South African results couldn't have been because of contamination because you're dealing with false negatives, right, you're dealing with sensitivity?

MS. YORK-ERWIN:  Objection.  Misstates testimony.

THE WITNESS:  I have said that I have no idea what the South Africans did.  That it makes no sense to me and I totally disregard anything that it says in that statement.

The only thing I can make a definitive statement about is about the Cqs they talk about and that doesn't make sense to me.

BY MR. PINEIRO:

Q  Are you retracting this opinion, "I'm of the opinion that they too were the result of contamination."

Are you retracting that?

A  No.  Can we go back to the -- what was that? Exhibit what?  Was that 12?

70 (Pages 274 - 277)

Page 278

Q That's the one with the e-mail, 42 percent sensitivity. And you've testified, sir, that that's not an issue with contamination because it's a sensitivity issue, right?

MS. YORK-ERWIN: Objection. Misstates testimony.

BY MR. PINEIRO:

Q What's your answer, sir?

A I'm trying to -- sorry. Give me a second, please.

Q Yep.

MS. YORK-ERWIN: When you're ready, Dr. Bustin. What's the question again, Counsel, or do you want it read back?

BY MR. PINEIRO:

Q Are you retracting that opinion?

A No, what I'm saying is -- what I should have said is I can't come to any conclusion. That's what I should have said. So I'm not retracting it. I just don't know what the -- that statement is saying.

Q How many times did you review this draft before you finalized it and it was submitted to counsel?

A A few times.

Q And you missed that, this inherence

Page 279

statement?

A Listen, it's not an inherence statement. It's part of my statement. But what I'm saying is -- I say this elsewhere, but that statement really tells me nothing.

Q That's not what this says. I'm asking you under oath whether you still -- whether your opinion, and what you're going to swear in court in front of a jury and a judge is that the results in South Africa were based on contamination. Is that going to be your opinion testimony?

A I can't -- I can't say for certain because I don't know what they did. So I guess I should have been more specific here and added the fact that it was -- that I can't come to any conclusion based on the data, except for the fact that they got their testing wrong.

Q So, then, it's not actually your opinion that the South African results were the result of contamination, right?

A I don't know whether it was or not, some of the data are. I don't know.

Q Dr. Bustin, saying that you don't know whether it's because of contamination --

A -- it is --

Page 280

(Simultaneous speakers.)

Q -- opining it is, right?

A Yeah.

Q One or two different opinions on the matter, correct, sir?

A I know what's happened now.

The Logix test, there's no alternative explanation because if the Logix test missed positives that had a Cq of 33, and what I -- yeah, I'm clear about it now.

The contamination occurred in the South African lab, not of the -- whereas the NIV and the -- there was contamination of the Logix test. In the South African lab the contamination was of their reference test.

And these Cq -- the Logix did not pick up positives because they were false positives, so the contamination was in the South African test. And that's -- they're the opposite contamination issue, and that's why I make the comment that it's ironic that they comment on the fact that it doesn't pick up anything about 33 because the South African tests were contaminated. That's what it is saying.

Q So what evidence do you have that the comparative test was contaminated?

Page 281

A Because they're complaining about the fact that the Logix test has negative results above Cq 33. We know that the Logix test is capable of picking up Cqs into the 40s. The fact that it didn't pick up those Cqs above 33 means that there false positives detected by the South African test. That's what I'm saying here.

Q Why did it take you so long to figure that out?

A I'm not contradicting myself.

Q You're not. So then you're sticking with this opinion?

A I've just explained it to you.

Q Yes.

A It's the opposite of the NIV and the -- of the Greek, yeah, the Greek results. It's the opposite, but it is contamination.

Q But would that contamination effect -- result below Cq 33?

A You can't tell because that's the nature of contamination. But the important issue is that their complaint was that it doesn't detect anything above 33.

Now we know from all the testing that it does. So if it doesn't affect it and it is high

71 (Pages 278 - 281)

Page 282

specific, as we also know, then these are false positives. Clear evidence of that.

But because there's no evidence, no other information, I can't give you a definitive statement on that, so it is my interpretation of what I am seeing.

And the reason I was hesitant was because I couldn't remember until I re-read it several times and then I realized, of course, that's what the real reason is.

Q    Got it.

MR. PINEIRO:  All right.  I am finishing up. Gen, can I have five to seven minutes just to do a little bit of clean up, go through my notes.  I think this will be the last stretch.

MS. YORK-ERWIN:  Sounds good.

(Recess was taken.)

BY MR. PINEIRO:

Q    So I accidentally -- well, actually, it's okay.  It's not stamped.  I've uploaded Exhibit 14. It's labeled as Exhibit 14, but unfortunately it has an old -- I didn't put the electronic stamp on it, so it has the old depo stamp.  But besides that, it should be good to go.

(Exhibit 14 marked.)

Page 283

BY MR. PINEIRO:

Q    I've introduced Exhibit 14 to the Exhibit Share.  Are you familiar with this document, sir?

A    I am, yes.

Q    Okay.  And what is this?

A    It is a publication by an Israeli group that compares the forms of a number of different tests.

Q    And you have various potential -- strike that.  You have various criticisms of this -- strike that.

What was the conclusion of this study regarding the Logix Smart test?

A    The paper concludes wrongly that it has the lowest sensitivity of all the tests they analyze.

Q    And the conclusions here are consistent with the -- strike that.

You've read the amended complaint in this lawsuit?

A    I'm sorry, I didn't catch that.

Q    Have you read the amended complaint in this lawsuit?

A    That's the second one.  Yes, I have.

Q    You're familiar that, you know, some of the allegations here by the plaintiff are that Co-Dx test is actually less sensitive than its competitors and

Page 284

that the press release misrepresents the test sensitivity?

A    I think you have to point out what you mean.

Q    That's fine.

A    I can't remember everything that I've read.

Q    No sweat.  Strike the question.

Earlier I showed you an April 30 Salt Lake Tribune article regarding TestUtah.  Do you remember that?

A    Yes.

Q    One of the issues raised in there that you disagreed with was that the Co-Diagnostics limit of detection was going to impact its performance, correct?

A    Yes.

Q    Now, this study appears, and I understand you disagree with it, but this study appears to corroborate what that article was saying, correct?

MS. YORK-ERWIN:  Objection.  Misstates testimony.

THE WITNESS:  What I would say is that this is a paper that says something that is patently untrue.

BY MR. PINEIRO:

Q    Which is what?

Page 285

A    That the Logix test has the lowest sensitivity than they referenced.

Q    This is a -- is this a published article, sir?

A    It is.

Q    Are you familiar with this journal?  Is it the Molecular Diagnosis & Therapy journal?

A    I'm familiar with it, yes.

Q    Is this a reputable journal?

A    Yes.

Q    And this published study is peer-reviewed?

A    Probably, yes.

MS. YORK-ERWIN:  Objection.  Calls for speculation.

BY MR. PINEIRO:

Q    Do you know?

A    Most reputable journals or most reputable journals are peer-reviewed, so I expect it to be, yes.

Q    And they say, clinical microbiology lab at the Baruch Padeh Medical Center.  Do you have any thoughts or views on the effectiveness of that lab?

A    I have never heard of them before so I can't really comment on that.

Q    The gold standard -- this was a concordance test that was run, is that right, sir?

72 (Pages 282 - 285)

Page 286

A   Yes.

Q   And was the sort of gold standard or the benchmark test, the Allplex kit test?

A   That was the reference kit, yes.

Q   And do you know where the Allplex has been used as a gold standard in other concordance tests?

A   Well, I wouldn't call it a gold standard. It has been used in other tests for other purposes, yes.

Q   And do you take issue with the use of that test as the benchmark?

A   Not at all, no.  I take issue with the way it has been described and reported and interpreted.

Q   Got it.  Do you know whether there have been any -- strike that.

Is there times in the scientific community where you have a published journal or study like this one that is then refuted or contested by another published study?

A   It happens all the time.

Q   Has that happened with this one?

A   I haven't investigated that.

Q   Why not?

A   It's of no consequence to me at this stage to refute or -- now that you've mentioned it, it would

Page 287

probably be a good idea for me to do that.  Perhaps I will do that, yes.

Q   And if there were no published studies refuting these results, would that have any bearing on your opinion?

A   No, because if you want to get into the publication, the study has been -- several studies have been published.  I've looked up papers that even have been retracted.  And it turns out that even retracted papers get cited a lot of the time.

So whether something is retracted or refuted or not doesn't make the slight bit of difference of how peer-reviewed papers are used.

And you may be familiar with the fact that we have published several studies that have looked at qPCR and RT-qPCR papers, in particular, and publish the poor quality of most of these papers.

So this is something that is well known in our community and it's something that we just put up with, so it's just another example of a useless publication, in my opinion.

Q   So this -- has this study been retracted?

A   As I say --

MS. YORK-ERWIN:  Objection.  Asked and answered.

Page 288

THE WITNESS:  I have no idea.

BY MR. PINEIRO:

Q   And so ultimately it appears that your view is that one of the central errors in -- strike that.

It appears your testimony is that there were various mistakes but that centrally you believe that there may have been a mistake in the use of the Allplex kit by the authors?

MS. YORK-ERWIN:  Objection.  Misstates testimony.

THE WITNESS:  I don't think it was a mistake to use an Allplex kit.  I think it was a mistake once they realized that they were getting a series of false -- what they call false positives with a number of kits they were using.

They should have clicked and realized that perhaps the problem was the Allplex kit rather than the other tests that may be concordantly positive.  But, again, since there's not enough information provided in that paper, I can't say that definitively.

BY MR. PINEIRO:

Q   Are you aware of any other concordance test run between the Allplex kit, the Allplex test and the Logix Smart test?

Page 289

A   I don't think so.

Q   Well, there is no concordance test that you're aware of involving the Allplex test that directly contradicts these results, right?

MS. YORK-ERWIN:  Asked and answered.

THE WITNESS:  The fact that I'm not aware of it doesn't mean they don't exist.  I honestly don't know.

BY MR. PINEIRO:

Q   Is there any negative information about the Logix Smart test that you do accept?

A   Is there any --

MS. YORK-ERWIN:  Objection.  Vague.

THE WITNESS:  Is there any negative information about the Logix Smart test -- okay.  What kind of negative information do you mean?

BY MR. PINEIRO:

Q   Well, for instance, this report you don't think is reliable, right?

A   I have analyzed this paper very carefully as if I had reviewed it and it is so riddled with mistakes, with misinterpretations, with wrong experiments and with inappropriate conclusions that I disregard this paper altogether.

So that's based on my assessment as a PCA

73 (Pages 286 - 289)

Page 290

expert on this work. That's why I said -- that's why I had that opinion of this paper, so, yeah.

Q   Are you aware of any -- are you aware of any -- strike that.

Are there any negative performance results for the Logix Smart test that you're aware of that you think you may have relied on?

A   Well, I haven't gone looking for negative tests about the Logix Smart test, so I can't say. I'm not aware of any certainly. They may exist, but I don't know of any.

MR. PINEIRO: Bear with me one minute. I think I'm done.

(Short recess.)

MR. PINEIRO: I have nothing further.

MS. YORK-ERWIN: Nothing from us. We would like to read it.

(Deposition concluded at 4:07 p.m.)

Page 291

CERTIFICATE OF OATH

STATE OF FLORIDA   )
COUNTY OF BROWARD  )

I, Maria E. Fernandez, Registered Professional Reporter, Florida Professional Reporter, Notary Public, State of Florida, certify that Dr. Stephen Bustin remotely appeared before me on February 22, 2024, was remotely duly sworn. Signed this 4th day of March, 2024.

MARIA E. FERNANDEZ
Registered Professional Reporter
Florida Professional Reporter
Notary Public, State of Florida

Personally known_____
OR Produced Identification_____
Type of Identification Produced_____

Page 292

CERTIFICATE

STATE OF FLORIDA  )
COUNTY OF BROWARD )

I, MARIA E. FERNANDEZ, RPR, FPR-C, do hereby certify that I was authorized to and did remotely stenographically report the foregoing deposition of DR. STEPHEN BUSTIN; that a review of the transcript was requested; and that the transcript is a true record of my stenographic notes.

I FURTHER CERTIFY that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

Dated this 4th day of March 2024.

MARIA E. FERNANDEZ, RPR, FPR-C
and Notary Public

Page 293

ERRATA SHEET
(Remote Proceedings)
DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES BELOW
Re: Gelt Trading vs Co-Diagnostics, et al.
DEPO OF: Dr. Stephen Bustin
Date of : February 22, 2024
Case No.: 2:20-cv-00368

Under penalties of perjury, I declare that I have read the foregoing transcript of my deposition, and I hereby swear that my testimony therein was true at the time it was given and is now true and correct, including any corrections listed below.

PAGE/LINE          CORRECTIONS & REASON
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
Date          Deponent's Signature

SUBSCRIBED and SWORN to before me this ____ day of _____, 2024.

Page 294

March 4, 2024

BakerHostetler
45 Rockefeller Plaza
New York, NY 10111
Genevieve G. York-Erwin, ESQ.
gyorkerwin@bakerlaw.com

RE: Gelt Trading vs Co-Diagnostics, Et al.
Deposition of Dr. Stephen Bustin.

Dear Ms. York-Erwin:
    The above-referenced transcript is available for review.
    Dr. Bustin should read the testimony to verify its accuracy. If there are any changes, Dr. Bustin should note those with the reason on the attached Errata Sheet.
    Dr. Bustin should, please, date and sign the Errata Sheet and email to the deposing attorney as well as to Veritext at Transcripts-FL@veritext.com and copies will be emailed to all ordering parties.
    It is suggested that the completed errata be returned 30 days from receipt of testimony, as considered reasonable under Federal rules*, however, there is no Florida Statute to this regard.
    If the witness fails to do so, the transcript may be used as if signed.

Sincerely,
Veritext Legal Solutions

*Federal Civil Procedure Rule 30(e)/Florida Civil Procedure Rule 1.310(e)

Veritext Legal Solutions

800-726-7007                                                          305-376-8800

**[& - 2]** Page 295

| & | |
|---|---|
| **&** | 2:3,15 4:15 37:24 38:4 285:7 293:10 |

| 0 | |
|---|---|
| **0.1** | 73:24 |
| **00001205** | 3:14 |
| **00004513** | 3:15 |
| **00004907** | 3:20 |
| **00007515** | 3:16 |
| **00007781** | 3:9 |
| **0007525** | 3:17 |
| **00075397** | 3:19 |
| **00086792** | 3:12 |
| **00201703** | 3:13 |
| **00214561** | 3:10 |
| **00368** | 1:2 293:5 |
| **01** | 161:9 |
| **08** | 134:11 |

| 1 | |
|---|---|
| **1** | 3:8 17:14,17 17:24 52:24 53:7 55:14 58:23 59:3 60:19 63:7,18 64:4 74:18 76:24 81:17 102:2 134:10 135:10,24 136:13 139:20 152:10 153:24 154:3,25 169:5 187:24 199:9,9 199:10,11,14,15 |

199:15,15,16,17 199:19,20 208:1 222:6 226:5,8,9 226:16 253:16 254:21 255:10 265:5 266:2 267:13 273:24 273:25
**1,000** 176:7 199:15,16,20
**1,800** 198:15
**1.0** 256:2
**1.310** 294:22
**1.8** 197:25 199:17,20,20
**10** 3:17 134:10 161:2,5,15,22 161:22,22,22,22 162:1 197:25 242:23,24 247:22
**10,000** 176:6,7 199:10,11,15,15
**100** 91:24 102:6 102:15 103:12 103:17 104:21 106:3,13 107:8 107:22,23 108:10,25 109:25 113:23 169:7,7 175:18 176:7,12 178:9 185:24 193:3,14 197:7 199:15,17 199:19 201:10

201:15 204:21 208:7,7 209:13 210:2,10 214:1 217:17 224:16 224:21 231:25 232:4,11,20 243:12 245:13 249:19 250:7 256:23 257:2 260:6,10,13 266:9,10
**100,000** 22:8
**10111** 2:9 294:3
**11** 3:18 134:20 161:4,4 255:20 255:21,25
**110,000** 16:18
**12** 3:19 56:14 166:13 234:21 235:2,3 239:25 240:5 260:21,22 262:21 265:20 265:21 277:25
**1200** 2:11
**13** 3:20 248:25 249:2 270:5,6
**13.5** 175:19 176:16 223:12
**14** 3:21 282:20 282:21,25 283:2
**140** 3:10
**15** 95:4 187:25 200:11,24
**152** 3:11

**16** 99:19 159:6
**17** 3:8 167:2 221:6,6
**179** 271:1,3,15 271:16 272:14
**18** 168:13 199:16,18,20
**188** 3:12
**19** 21:2 39:19 65:8,12 66:10 102:4 108:8,20 109:2,19 113:1 115:25 116:4 126:10 137:18 158:12 163:6 183:16 204:12 208:6,20 222:3 249:12 256:13 256:20 261:6
**1979** 31:12
**1980s** 26:5
**1982** 31:8 32:7
**1983** 34:16
**1985** 32:5 35:9 35:14
**1989** 36:16,19
**1st** 99:17 106:20 130:8 131:7,23 139:6,23

| 2 | |
|---|---|
| **2** | 2:3,20 3:9 10:10 38:22 40:11 73:6,8,12 79:6,7 87:4 94:1 94:10 108:8 |

**[2 - 5]**                                                    Page 296

109:8,13 110:4
110:6,9,13
116:23 117:12
118:5 128:20
135:25 136:1
137:25 138:17
138:20,25
140:10 169:5
175:14 213:22
231:21
**2.7** 135:11
136:19 137:7
**2.7.** 129:18
**20** 84:14 105:2
134:20 162:20
163:5 170:9
177:9 187:25
190:18 191:9,22
192:7 194:1,7
204:9 252:8
**200** 16:9 61:9
**200,000** 30:2
**2002** 2:11 37:14
37:20
**2003** 30:5
**2006** 30:5
**2009** 229:7
**2012** 38:4
**2014** 30:16
**2019** 59:4 247:6
247:9,11 250:17
252:8
**2020** 10:11
52:24 53:7
56:14,14 59:3

63:7,14,18 64:4
64:6 94:5 114:2
114:2 126:11
128:20 129:9
192:19 194:5
203:19 226:8
247:12 254:21
255:10 265:5
266:2 267:13
**2023** 9:22 16:14
108:19
**2024** 1:16
291:11,12
292:19 293:5,21
294:1
**203** 3:13
**206** 270:23
**207** 166:15
**20th** 131:8
**21** 114:18
135:10 136:13
183:13
**21st** 139:23
**22** 1:16 119:7
291:11 293:5
**221** 3:14
**2250** 2:20
**23** 10:4,5 126:5
**231** 3:15
**237** 3:16
**24** 128:13 170:7
184:4,8
**242** 3:17
**2530** 2:3

**255** 3:18
**260** 3:19
**270** 3:20
**282** 3:21
**29** 252:8
**2:20** 1:2 293:5
**2nd** 73:20 133:8
139:7

**3**

**3** 3:10 50:9
140:14,17
163:15 270:16
**3.88** 162:19
**30** 201:1 203:18
284:7 294:14,22
**30-32** 273:13
**30th** 119:8
140:22 167:10
167:11 203:23
**33** 218:16 262:8
262:15,16
263:19 264:19
265:11,16,20
266:21 269:1
270:2 280:9,22
281:2,5,19,23
**33131** 2:4,20
**35** 66:7
**35-39** 247:23
**36** 226:6 233:11
233:12 250:20
250:20
**3601** 291:14
292:21

**38** 250:20,20
267:9
**39** 250:22,24
251:1,3,5 274:3
274:4

**4**

**4** 3:5,11 147:8
147:12 152:3,4
207:25 294:1
**4.1.3** 169:5
**4.2** 161:2,6
**4.2.** 161:5,6
**4.3** 169:5
**4.3.1.** 166:15
**40** 65:25 233:15
**40s** 281:4
**42** 266:18 269:1
278:1
**43215** 2:11
**45** 2:8 7:25 8:20
65:23 66:1,2,6
160:3,25 161:1
265:19,20 294:2
**49** 247:21,22
**4:06** 1:16
**4:07** 290:18
**4th** 291:12
292:19

**5**

**5** 3:12 81:24
119:7 139:25
147:13 175:20
188:6,8 232:22
262:21

**[5,000 - achieve]**                                                          Page 297

**5,000**  97:20
**5-1-2020**  3:11
**50**  41:1,1 84:14
  85:15 93:13
  147:9,16 160:1
  160:10,10
  162:23 230:19
  233:15
**500**  85:15 97:19

| 6 |
| --- |

**6**  3:13 203:3,5
  203:11,12
  221:22 249:2
**6.31**  162:1,4
**63**  161:24 162:4
**64**  129:18
  134:21
**65**  252:18,21

| 7 |
| --- |

**7**  3:14 152:12
  203:4,7 221:6,8
  226:5
**7,000**  17:9
**73**  3:9
**79**  31:12

| 8 |
| --- |

**8**  3:15 19:10
  129:18 131:5,6
  155:20 161:22
  231:9,12 240:2
**8.24**  162:8
**8.42**  161:11
**80**  232:12

**800**  16:3
**85**  34:16
**87**  35:9
**88**  232:2,8,11
  234:2,3,12,20
  240:5 243:11
  256:14,17
  260:17
**8:30**  1:16

| 9 |
| --- |

**9**  3:16 162:1
  192:19 237:16
  237:17,20
**95**  37:14 161:10
  162:7,11,15,15
  163:7 230:21,22
**97**  260:11
**98**  260:11
**99**  161:9 260:11
**99.52**  204:21
**9th**  192:8

| a |
| --- |

**a.m.**  1:16
**abbott**  68:1,4,7
  69:10,23 70:1
  70:21,22 71:22
  73:23 74:6,25
  75:6 77:1 78:12
  79:2,10,10
  80:24 81:7,9
  95:1 96:15,22
  97:24 98:8,17
  98:18 201:5

**abbott's**  75:12
**able**  8:16 40:15
  45:3 48:9 51:20
  56:8 57:20
  59:23 63:18
  127:12 133:14
  142:17 180:10
  205:16 235:19
  235:22 237:12
  251:14,21
**above**  1:24
  140:3 160:2
  161:1 204:1
  218:16 252:16
  262:8,15 265:12
  269:1 273:14
  281:2,5,22
  294:9
**absentminded**
  276:4
**absolute**  78:22
  127:13 230:13
  230:15
**absolutely**  15:7
  73:22 125:17
  127:16
**academic**  37:13
  37:22
**accept**  11:7
  110:25 139:3
  142:19 157:9
  289:11
**acceptable**
  261:7 268:9

**accepted**  118:15
  217:7
**access**  17:13,23
  55:5 62:1,5,14
  142:16,21
**accessible**  37:9
**accidentally**
  282:19
**accompanied**
  206:4
**accordance**
  245:14
**account**  57:21
  74:23 92:8,16
**accuracy**  83:11
  83:15 85:4
  99:19 100:5,8,9
  100:13 106:15
  107:2 115:2
  171:3 208:8
  226:24 294:10
**accurate**  85:2
  100:21,22 101:4
  116:5,9,11
  147:20 148:7
  153:14 155:9
  211:12 218:25
  222:19,24,25
  223:7 225:14
  253:8 273:5
**accurately**
  223:25
**achieve**  102:6
  103:17 104:21
  106:13 108:25

**[achieved - allowed]**     Page 298

**achieved**  165:24 165:24 214:1 224:16,20
**achievement**  194:8
**acknowledged**  111:7
**acquire**  251:14
**act**  16:23
**action**  26:7,20 29:15 47:19 118:12 243:8 292:17,18
**actions**  19:20
**activities**  16:20
**actual**  45:1 54:24 55:6,9 78:14 91:3 93:7 120:3 146:13,17 155:20 156:4 157:13,20 159:5 172:24 176:21 177:17 181:18 198:5 223:4 236:8,11 251:25
**actually**  22:19 55:11 61:16 62:9 75:22 82:11 87:17 88:3 91:5 100:9 100:10 111:1 130:21 143:2 145:21 151:18 157:25 158:25 159:1 167:7

171:8 184:13 189:21 219:17 220:8 223:13 225:3 235:24 259:25 265:17 274:22 279:18 282:19 283:25
**add**  80:1 224:7 228:5,9,9
**added**  77:1,3 158:9 162:14 222:20 255:19 279:14
**adding**  75:1 76:24 77:8 223:6
**addition**  29:2 42:20 55:6 57:21
**additional** 18:24 20:13 42:10 93:23 109:14,16,18,24 112:22 126:2 128:16 165:18 186:25 197:5 261:11 276:12 276:21
**address**  220:5,6
**addressed**  48:1
**adequate**  146:4
**admit**  248:17
**advantage** 117:17

**advantageous** 118:20
**advantages** 238:10,24
**affect**  44:23 69:5 77:13 97:20 281:25
**affects**  31:3,4,4
**afford**  62:10
**africa**  145:2,17 147:21 149:11 150:9 153:20 214:5,17,19,24 215:18 218:9 226:14 230:7 266:1 268:13 279:9
**african**  150:4 151:16 171:25 172:2,8,18,21 173:5 214:9 218:3 229:22 267:25 268:15 269:14 276:18 276:22 277:6 279:19 280:12 280:14,18,22 281:6
**africans**  261:17 277:13
**age**  4:4
**agency**  252:17
**ago**  183:24
**agree**  12:23 46:11 77:16

82:24 91:21 92:22,22 153:2 171:25 172:4,8 172:10,18 173:17,19 175:5 178:13,17,17 241:18 247:20
**agreed**  11:7 12:24 141:9 145:10 171:14 179:13 252:16
**agreeing**  12:4 12:18
**agreement** 10:15,18 12:9 100:11 155:2 166:12,13 169:7 171:6
**agrees**  82:11 171:22
**ahead**  58:7 67:19 79:21 87:21 120:8 136:6 192:4 198:20 227:6 248:14
**ahold**  26:23
**aid**  26:17
**al**  293:4 294:6
**alarm**  260:16
**aliquot**  276:2
**allegations** 283:24
**allowed**  181:7

**allows** 78:21
**allplex** 286:3,5
   288:8,12,17,24
   288:24 289:3
**altered** 14:12
**alternative**
   280:7
**altogether**
   55:16 113:25
   289:24
**ambiguous**
   96:19 249:15
**amended**
   125:23 283:17
   283:20
**amersham**
   36:12,14
**amount** 16:7
   22:4 74:21 97:1
   97:3,5 160:5,6
**amplification**
   240:22 247:23
   250:21
**amplified**
   199:21 200:16
   200:17,19
   273:14
**amplifier** 192:9
**amplifies** 160:6
   233:12,19
**amplify** 197:21
   198:18 199:6,11
   199:23 200:4
**analyses** 42:10
   45:3 107:19

127:18 145:25
146:2 153:16
156:13 213:5
251:19
**analysis** 34:9
   38:8 40:5 41:6
   43:8 63:2 91:25
   126:15 127:20
   129:7 142:13,22
   144:14 159:11
   164:7,20,24
   168:15 170:6
   175:16 177:12
   177:15 178:14
   181:12,13
   182:10,23
   183:10 186:6
   191:12,18
   195:23 215:6
   224:9 225:5
   228:18 235:20
   237:12 240:24
   243:3 258:2
   261:12,16,23
   262:7 264:12
   273:18
**analytical** 40:7
   42:22,23 43:3
   44:4 46:12 47:1
   67:2,6 68:16
   69:19 71:21
   82:16 83:3
   88:24 89:3,12
   89:23 90:14
   96:3 122:20

164:20 181:14
181:16 182:1,3
182:6,16 183:1
183:6 190:24
191:6 192:1
196:10,13,19
197:10,11 205:8
208:12 210:5,13
**analytically**
   43:25 68:4,12
   69:24 70:2,21
**analyze** 12:2,19
   43:3 61:14
   133:2 145:14
   159:8 171:1,2
   189:11,13,14
   237:10 283:14
**analyzed** 48:11
   128:15 130:19
   133:23 159:1,12
   159:12 179:13
   181:9 189:2,16
   249:17 289:20
**analyzing** 26:15
   41:3 125:20
   133:1 267:21
**animal** 34:18
   35:2
**animals** 34:24
   35:3,4 109:9
**annual** 16:13
**annually** 39:2
**answer** 5:6,11
   7:6,8 9:8 14:18
   15:10 24:9 28:4

30:22 33:10
39:7 42:2 51:17
52:12 63:14
70:9 72:3 78:9
86:25 98:16
104:8 118:19
151:8,9,19
170:7 172:11,13
180:10 182:15
182:20 183:10
198:8 202:5
205:22 212:5
216:8 218:4,5,6
220:10 241:16
246:2,24 255:7
263:22 278:8
**answered** 52:15
   57:14 58:12
   71:2 72:1,18
   107:14 120:24
   122:8 123:21
   125:15 132:14
   136:15 137:4
   143:17 146:21
   149:24 150:12
   150:21 169:1,21
   171:20 172:6,20
   173:9 174:7
   182:13,25 187:7
   187:19 190:2
   205:20 215:19
   216:3,6,25
   225:16 237:6
   242:2 244:14,17
   245:24 246:10

246:22 248:4
266:14 268:4,19
287:25 289:5
**answering**
72:19 150:22
215:13 264:2
**answers** 162:10
**anybody** 57:23
57:25 81:14
237:9 242:17
264:10
**apart** 16:24
50:21 81:15
154:8 196:1
212:8 269:25
**apologize** 79:21
81:25 84:18
103:25 120:25
**apparent** 26:12
**appear** 224:19
239:10 272:13
**appearances** 2:1
4:11
**appeared** 17:18
18:8 291:10
**appearing**
160:12
**appears** 23:9
24:16 31:7,12
50:8 56:13 74:4
79:9 91:5,6
101:2 109:1
142:25 143:1
152:16 156:1
167:12 170:13

188:22 203:22
237:25 238:15
240:14 252:1
256:4,10,11
262:12 284:16
284:17 288:3,5
**appendix** 78:8
**applications**
38:25
**applied** 135:12
**applies** 109:2,12
**apply** 42:13
109:13
**approach** 112:1
112:6 114:15
237:9
**approached**
94:20 99:15
**appropriate**
23:5 84:11
127:19 158:21
265:24 266:4
**appropriately**
122:25 179:7
**approved** 34:3
**approximate**
233:11
**approximately**
135:15
**april** 119:8,8
126:11 129:9,11
129:16 130:24
131:8 134:1,10
134:10,20,20
135:10 136:13

136:22,23
139:23 140:22
167:10,11 170:7
192:8,19 194:5
203:18,23
231:21 284:7
**apuli** 73:20
203:19
**arbitrator**
22:21
**arbitrators**
22:23
**area** 32:19 34:9
**areas** 117:12
**argumentative**
277:3
**arises** 117:1
**arrogant** 55:15
**art** 41:14
**article** 3:21
119:9,11,17,18
119:22 124:19
125:1,3,6,7,10
126:9 127:8
138:7 139:1,19
139:20 140:21
140:23,25 141:4
141:6,13 142:7
144:9 147:8
203:23 220:1,21
221:1 284:8,18
285:3
**articles** 219:24
220:12,25

**arts** 31:14,20
**ascertain**
127:10
**aside** 7:16 33:3
34:8 104:15
171:8,16 194:11
217:15
**asked** 16:22
17:1 24:5 27:15
27:23 39:25
40:4 43:2,13
49:6,18,23,25
50:2,5 57:13
58:11,25 71:2
71:25 87:16
105:1 107:13
120:23 122:7
123:20 125:14
132:13 136:14
137:3 143:16
146:21 149:23
150:3,11,20
151:2,14 169:1
169:20 171:19
172:5,19 173:8
174:6 182:12,24
187:6,18 190:1
205:19 215:19
216:25 220:6
225:15 237:5
242:1 244:14,17
245:23 246:9,21
248:3,6,9
266:13 267:21
268:3,19 287:24

**[asked - avoids]**                                              Page 301

289:5

**asking** 5:2,24 9:11 15:16,20 15:20 49:19,22 53:4,11 57:10 78:6 86:8 146:11,12 148:25 150:23 202:6 211:11,21 211:23 214:14 215:5,12,14 216:10 220:16 242:13 246:14 248:5 279:6

**aspect** 82:25

**aspects** 48:2

**assay** 69:5 76:25 82:19 110:2 206:19 211:7 243:11 247:22 247:24 261:11 261:22,25 262:8 262:9,13,13,14 262:22 263:24

**assay's** 82:16

**assays** 43:11 47:10 153:17 173:21 251:8 263:14

**assertion** 129:14 143:15

**assess** 99:6

**assessed** 175:12

**assessing** 84:8

**assessment** 47:24 57:19 79:16 99:4,15 115:3 135:12 190:24 235:9 245:6 289:25

**assessments** 82:16

**assist** 13:13

**associated** 30:24 53:11

**assume** 10:1 55:8 92:23 130:16,18 177:24,25 184:16 186:5 232:10,14

**assumed** 56:25

**assumes** 53:19 55:17 60:8 69:19 86:3 137:12 148:14 155:5 206:10

**assuming** 45:13 67:24 69:18 86:10 129:4,22 130:11

**assumption** 119:25 125:12 125:25 129:23 130:12

**assumptions** 119:12 124:18 124:21

**asymptomatic** 86:22 87:8,12 87:18,22,24 88:4 141:15 204:13

**attached** 53:18 54:12 152:9,17 153:15 184:17 201:20 224:24 225:12 250:9 294:11

**attaches** 140:20

**attachment** 55:7 167:1,2 170:8 187:21

**attachments** 53:23 153:3 167:1,3

**attained** 129:9

**attempt** 93:15 238:22

**attempts** 181:4

**attendance** 38:1 83:7

**attended** 250:6

**attorney** 7:11 292:14,16 294:12

**attributed** 124:9

**au** 233:24

**australia** 48:10 61:12

**australia's** 142:13

**australian** 49:20 157:7,10 157:14,18,22 158:7,14 159:21 164:5 167:21 168:22 169:15 179:5 189:10,20 190:4 196:1 202:15 212:23 249:17,23

**australians** 54:21 55:3,9 88:17 94:14 156:5 181:17,17

**author** 54:10 167:12,20

**authorization** 86:1

**authorized** 292:7

**authors** 288:8

**autism** 26:6

**automated** 192:22 201:6,9 206:21

**available** 50:4 59:5 60:20 63:12,13,20 64:1 159:23 183:22 226:7 230:17 294:9

**average** 134:11 134:21 135:10

**avoids** 219:13

**[aware - better]**

**aware**  53:17,22 55:13,20,25 60:3 63:13 85:24 103:6 105:3 154:25 156:10 194:4 206:7,12 229:9 233:2 234:13 260:4 288:23 289:3,6 290:3,3 290:6,10
**awareness** 33:18 102:24 105:9 113:9
**awfully**  11:10

**b**

**b**  48:13,17,18 72:22 77:18,25 91:19 186:23 194:15 220:19 220:21 221:1
**ba**  31:16,16,19 31:21,25 32:2
**bachelor's** 31:14,20
**back**  11:14 24:9 24:11 38:18 68:11 69:18 73:1,3 81:17,18 81:19 87:20 94:5 102:2 104:5,6 122:13 143:10 161:15 226:5 229:7 239:21 240:1

272:6 273:23 276:6 277:24 278:14
**background** 82:2 118:13 160:11,19,22 161:1 234:18
**backup**  117:21 117:22 119:2
**bad**  44:25 194:8 270:22
**badly**  257:14
**baker.com**  2:12
**bakerhostetler** 2:8,10 4:18 294:2
**bakerlaw.com** 2:10 294:4
**ballpark**  8:16
**bands**  110:13,14
**bard's**  6:9
**barrister**  24:5
**baruch**  285:20
**bas**  31:18,23
**base**  250:11
**based**  57:10 59:5,21,23 64:6 102:23 108:1 116:24 127:3,7 127:13,20 132:10 140:6 148:7 156:12 168:15 191:13 226:14 227:2,4 230:16 240:24

243:23 249:23 252:15 255:11 267:1 269:9 279:10,15 289:25
**bases**  275:2
**basically**  243:21
**basics**  82:2
**basis**  9:12 15:18 57:12 76:7 250:12
**batch**  271:2 272:21,24
**batches**  49:17
**bathroom** 151:23
**bear**  17:11 42:15 225:21 237:16 290:12
**bearing**  287:4
**becoming** 251:12
**beginning** 101:23 114:2 136:22 238:23
**behalf**  2:2,7 4:15
**behaves**  109:15 110:4
**behavior**  32:23 32:25
**beijing**  94:18
**believe**  73:22 105:22 116:17 142:23 155:15

158:24 171:7 172:14 202:11 216:7 218:24 227:22 232:21 248:2 272:8 275:19 288:6
**believed**  276:22
**believes**  219:3
**bell**  232:21
**bells**  260:16
**benchmark** 115:7,8 158:21 194:12 286:3,11
**beneath**  197:22
**benson**  1:9
**benzonana** 270:16
**best**  5:10,11 30:21 46:18 47:12 61:9 63:6 63:7 64:7 67:17 100:23 110:12 110:13 160:4 227:4,23 235:24 236:6,11 259:13
**better**  43:22 44:3,3,6 45:14 45:15 61:17 63:3,24 64:5,19 66:6,9,17,20 68:23 72:7 73:23 74:9 100:25 128:1,8 130:10 131:18 133:16 140:9

**[better - careful]** Page 303

202:7,9 204:2
214:2 234:5
**big** 7:1
**bigger** 18:1,2
**biggest** 95:20
206:22 271:23
**bio** 19:4
**biologist** 104:13
**biology** 32:8
35:23
**biomarker**
96:10
**biomarkers**
37:2
**biosciences**
188:24 194:16
**biscayne** 2:3,20
**bit** 8:22 25:20
82:14 100:2
123:7 132:15
224:2 241:8
247:15 282:14
287:12
**blame** 241:14
241:20 242:4,5
**blank** 195:9
**blatant** 29:9
263:19
**block** 196:3
**blood** 192:9,12
192:22
**blow** 19:10
**body** 30:25
109:15 110:4

**bore** 83:9
**bottom** 69:17
73:19 147:12
166:25 203:11
203:16 210:9
231:19 261:1
264:13 270:11
270:15
**bought** 37:12
202:17
**boulevard** 2:3
2:20
**brackets** 82:6
**bramwell** 73:21
**brandon** 2:15
38:1 83:7
**break** 5:17 52:1
52:7 99:23
100:2 101:10,13
151:23 187:25
225:23 226:2
255:13
**breaks** 101:15
101:22,24
**brent** 1:9 50:10
73:20 141:10
203:18 206:4
**brief** 4:24 27:6
30:22
**briefly** 20:11
34:15 50:19,22
51:14 208:3
**bringing** 241:7
**british** 26:4

**brought** 20:14
**broward** 291:5
292:4
**bse** 31:22
**bses** 31:18
**build** 113:8
**bullet** 50:9
56:16
**bunch** 239:8
**bustin** 1:19 3:4
3:8 4:2,9,20,22
18:4 52:7,11
67:19 76:11
101:13 103:24
120:19 136:5
150:2 175:6
188:4 225:24
236:14,15
237:23 278:13
279:23 291:10
292:9 293:4
294:6,10,10,12
**buy** 62:11

**c**

**c** 1:21 2:19
91:20 292:6,22
**calculate** 136:21
**calculated**
161:10,11
**calfluor** 186:18
**call** 15:15 28:8
41:16,16 51:18
56:15 148:23
163:3 196:3
217:25 240:22

251:16 267:8,17
272:7 286:7
288:14
**called** 19:11
31:23 36:12
41:9 56:11
228:7
**calling** 160:2
248:20
**calls** 13:20 15:9
15:12 52:12
68:9 70:4 71:1
79:13 97:25
101:16 103:19
104:24 115:12
124:12 154:18
164:8 167:16
170:15 202:24
204:5,15 244:25
251:10 264:16
265:6 267:14
285:13
**calm** 238:23
**cambridge**
31:18
**cameron** 270:17
270:20 272:3,6
272:13
**cancer** 37:4
96:11
**capable** 281:3
**card** 201:8
**care** 264:12
**careful** 85:9
229:12

**carefully** 143:8 289:20

**carried** 25:12 27:8 81:9 129:24 212:25 227:15

**carry** 163:4 176:9 228:2 258:8,21

**carrying** 23:5 127:25 131:15 266:24

**case** 1:2 5:20 6:12 9:5,13,21 10:8 12:12 13:9 16:2 18:16 20:6 20:10 21:8,8,14 21:23 22:2,11 22:19,20,24 23:2,23 24:3,13 25:1,4 27:3,5,8 28:8,14,19 29:24 48:6 50:8 50:18 52:21,24 53:6 54:14 56:1 57:1 60:3,6 86:9 90:8 108:5 119:17 120:17 121:24 144:25 148:7 198:14 207:7 293:5

**cases** 19:14,19 19:22,25 98:23

**catch** 283:19

**cause** 1:24 26:5
**causes** 253:12
**causing** 238:16
**caveat** 106:10
**cayman** 1:4
**cecilia** 55:22 154:12,15 205:24
**center** 2:11 285:20
**central** 1:1 288:4
**centrally** 288:6
**cepheid** 21:12 21:13,18 22:10 22:12,13 271:4 271:8,17
**certain** 23:5 42:11 64:5 83:3 96:16 103:12 107:9 110:12 112:20,25 113:24 126:14 127:16 129:24 163:22 193:13 193:14,16,17 197:7 227:12 230:15 254:5 258:17 275:16 279:12
**certainly** 10:2 76:7 90:8 92:20 103:11 105:20 126:8 133:25 144:8 166:7,9

202:10 234:10 261:18 273:13 290:10
**certainty** 93:21 127:3,7,13 230:13
**certest** 271:4,9 271:17
**certificate** 291:1 292:1
**certified** 206:15 207:24
**certify** 291:9 292:7,13
**cetera** 69:10,21 70:19 96:2 259:19
**chad** 73:20,21 203:19 204:1 272:8
**chain** 231:15
**chains** 231:7,13
**challenges** 110:19
**chance** 230:19 230:20
**change** 37:20 223:14 234:24 235:8
**changed** 14:12 130:7 138:21
**changes** 293:3 294:10
**changing** 42:21

**characteristics** 160:14
**characterize** 81:9
**characterized** 41:1 227:10
**characterizing** 76:21 100:24
**chart** 163:14 165:1 184:14
**cheaper** 64:18
**checked** 40:14 55:12 259:18
**chemically** 198:7,10
**chemistry** 160:15 183:17 241:1
**chief** 141:10 252:17
**child** 28:24 29:1
**children** 26:6
**china** 39:25
**chosen** 114:25
**chuck** 228:25
**circumstances** 64:5 102:7 104:23 106:4 109:1 154:2
**cite** 102:19 107:11
**cited** 82:5 107:16 287:10
**citing** 82:7 108:1

**civic** 2:11
**civil** 294:22,22
**claim** 73:24
  80:5 149:16
  217:16 232:4
**claimants** 26:17
**claimed** 204:3
**claiming** 88:14
**clarification**
  207:14
**clarify** 157:16
  275:23
**class** 19:20 26:7
  26:20
**classified** 40:23
**clean** 219:12
  282:14
**cleaning** 227:16
**clear** 35:6 61:19
  62:17 112:3
  113:19 138:14
  147:5 148:2
  174:20 224:25
  236:24 247:23
  250:20 251:12
  252:6 266:25
  280:9 282:2
**cleared** 42:4
**clearly** 75:1
  89:24 107:21
  123:12 126:17
  128:6 131:6
  133:9 167:18
  168:8 172:2
  174:25 209:8

217:6 218:2
  234:7 257:13
  269:3 274:25
**clia** 206:15
**click** 18:11
**clicked** 288:16
**client** 7:11
  271:25
**clinic** 191:6
**clinical** 45:4
  87:3,24 89:20
  92:9 93:14
  120:2 121:17,19
  123:10 166:13
  175:14 177:13
  181:23 182:1
  190:13 191:11
  193:23,25
  196:20 197:3
  201:15 205:10
  210:4,13 212:9
  214:1,18 215:2
  217:17 224:16
  224:21 233:17
  247:21 261:6
  285:19
**clinically** 44:7
  111:25 112:5
  176:2
**close** 81:22
**closely** 179:4
**closest** 235:25
**clue** 218:22
  233:22

**codi** 3:9,10,12
  3:13,14,15,16
  3:17,19,20
**codi73616** 3:18
**cognizant** 7:14
**coined** 184:3
**colleague** 4:18
**collect** 204:2
**collected** 67:14
  128:19
**collection** 67:16
  67:21
**college** 31:8,13
  31:17 32:8
  36:20
**colombia**
  188:25 194:16
  194:20
**colombians**
  88:18
**colorectal** 96:11
**columbus** 2:11
**column** 185:11
  187:4
**columns** 161:22
**combated** 31:5
**combination**
  46:18 132:3
  185:21 237:11
**combine** 47:24
**combined** 262:7
**come** 33:13
  40:16 44:13
  51:20 55:2 56:8
  66:18 72:25

78:24 92:17
  111:1,2 132:16
  133:21 162:5
  177:19 181:6,8
  185:18,22
  195:20 199:5
  200:24 227:14
  228:14 235:22
  251:14,17,21
  253:23,24
  254:22 269:25
  278:18 279:15
**comes** 41:13
  47:1 102:17
  176:15 196:12
  208:19 275:24
**comfortable**
  113:21
**coming** 40:21
  130:5 145:17
  154:11 160:12
  160:20 181:25
**comment** 39:25
  40:4 76:2 81:10
  103:9 104:9
  125:9,16 142:2
  143:12 144:17
  179:11 180:7
  207:22 209:12
  211:11 218:9
  238:5 260:1
  280:20,21
  285:23
**commented**
  76:11 80:19

comments 13:23 14:1,15 15:4 55:14 57:21 218:15

commercial 63:22

committed 29:9

communicate 12:17

communicated 263:4

communication 104:14

communicatio... 7:14 255:8

community 103:6 104:17 105:15,21 286:16 287:19

companies 26:9 26:10 38:15 156:11,11 167:25 271:8

company 1:4 10:12,18,20 35:22,24 36:9 36:10,12,15 59:2,6 60:20 99:1 148:23 156:17,19 159:8 208:5

company's 208:20

comparative 114:15 186:1

187:22 280:25

comparator 186:2

compare 43:11 43:11 88:6 91:19 92:21 115:20 136:10 138:10 166:6 172:22 173:23 174:9 178:1 212:12,14

compared 98:14 115:2 135:15,16 136:24 178:6,6 186:1 196:20 202:16,17 212:21 213:7 217:5,12

compares 166:2 283:7

comparing 92:4 98:18 164:13 171:16

comparison 62:23 128:18 184:12 186:9,11 217:9

comparisons 61:4

compatible 206:21

compete 79:2

competitor 73:22

competitors 166:3 283:25

compilation 168:5

compiled 54:19 54:23 157:3 167:22

compiling 167:23

complaining 281:1

complaint 125:24 148:4,20 148:25 150:5 151:11,11,12,16 151:21 252:22 252:24 281:22 283:17,20

complaints 147:9,16,21 148:3,8,10 150:8,18 151:14

completed 294:14

completely 29:5 29:7,8 59:20 89:1,7,11 96:20 109:9 124:2 138:14 173:24 174:9,15 202:15 236:24 253:9 254:5 266:25

completeness 180:7

complex 45:20 71:13

complexities 113:9

complexity 120:3

compliance 32:20 154:13

complicated 36:7 110:15

complication 109:14

compound 33:8 41:24 143:6 146:6 165:8 211:6,17 213:9

compromised 115:3

computer 48:12

concede 225:2

concentrated 195:12

concentration 78:14 82:18 83:12 175:16 176:12 197:25

concentrations 83:14 175:15 190:17

concern 139:19 206:22,25 220:3 263:16 264:1,14 267:19

concerned 117:25 267:20

**[concerned - consistent]**                                    Page 307

| | | | |
|---|---|---|---|
| 276:15 | **conclusively** | 162:11,18,21,23 | **connected** |
| **concerns** 262:22 | 229:24 243:16 | 169:12,15 | 292:16 |
| 263:14,23 | 243:22 | 230:22 | **connection** 6:21 |
| **conclude** 60:19 | **concordance** | **confident** 66:1 | 13:3,9 16:5 21:3 |
| **concluded** | 91:20 92:7 | 112:12 115:19 | 29:14 37:5 41:6 |
| 192:20 209:13 | 93:24 94:7,25 | **confidentiality** | 42:25 43:7 |
| 210:10 255:10 | 114:19 115:7 | 12:9 | 65:15 76:12 |
| 267:12 269:8 | 177:20 181:9 | **confirm** 12:19 | 88:5 141:5 |
| 290:18 | 185:10,13,24 | 78:14 159:2 | 170:24 224:24 |
| **concludes** | 191:13,16,20,21 | 169:17,23 171:3 | 231:2 237:22 |
| 283:13 | 193:11,22,22 | 171:9,18 174:24 | 243:3 |
| **concluding** | 196:8 209:14 | 175:2 182:18,21 | **consensus** 88:3 |
| 273:18 | 210:3,11 256:13 | 193:20,21 | **consequence** |
| **conclusion** | 256:24 257:3 | 195:13 271:5 | 286:24 |
| 92:17 98:5 | 285:24 286:6 | 272:11 | **consequently** |
| 127:13,21 | 288:23 289:2 | **confirmation** | 111:5 |
| 133:22,22 175:1 | **concordant** | 171:15,21,23 | **consider** 76:18 |
| 181:6,8 185:22 | 185:11 | 194:23 197:16 | 100:14 109:7 |
| 192:18 193:2 | **concordantly** | 197:23 234:20 | 140:6 151:11,11 |
| 227:15 235:23 | 288:18 | 240:5 | 151:13 153:25 |
| 237:13 244:6 | **condition** 68:21 | **confirmed** | 155:11 165:19 |
| 247:15 251:15 | **conditions** | 40:25 147:22 | 252:21 263:1 |
| 254:22 269:25 | 42:21 44:18 | 159:18,20 | **consideration** |
| 273:24 278:18 | 124:2,15 159:10 | 171:13 189:21 | 66:21 120:3 |
| 279:15 283:11 | **conduct** 35:25 | 232:1 251:7 | 217:22 268:17 |
| **conclusions** | **conducted** 33:4 | 271:7 | **considered** |
| 15:6,18 46:4 | 33:11 194:20 | **confronted** | 128:16 169:12 |
| 148:9 154:11 | 206:4 253:11 | 93:20 | 265:4 294:15 |
| 169:6 177:19 | 261:16 | **confused** 211:19 | **considering** |
| 185:18 189:22 | **confer** 31:18 | 239:19 269:10 | 35:4 |
| 189:25 217:25 | **conference** | **confusing** | **consist** 160:8 |
| 251:22 253:23 | 56:14 | 239:17 249:14 | **consistent** |
| 273:22 283:15 | **confidence** | **conjunction** | 128:21 174:5 |
| 289:23 | 127:19 134:17 | 185:16 | 201:14 220:8 |
| | 134:24 135:3,5 | | 276:19 283:15 |

**[consistently - conversations]** Page 308

**consistently**
74:1,11 75:5
82:19 97:23
213:25 224:14
224:16 266:9
**consternation**
109:24
**constituted**
31:22
**constitutes**
151:21
**consult** 37:3
**consulted** 48:23
154:13,16
**consulting** 13:5
13:6 24:16
**contact** 10:2
33:13
**contacted** 9:20
9:23 11:3,17
**contacts** 34:11
**contain** 93:6
195:9 199:22
229:7
**containing**
194:24 199:20
274:9
**contains** 152:15
176:3 195:7,8
**contaminate**
228:22
**contaminated**
145:11,16 149:8
217:6,7,24
218:2 219:11

227:13 235:21
244:13 245:17
246:12 247:1
254:12 257:10
257:15 258:9
259:7 271:20
272:24,25 273:1
273:4 275:7
280:23,25
**contaminates**
275:11
**contaminating**
173:21
**contamination**
95:9,21,23 96:2
160:20 174:14
174:18,22 200:5
215:9,11 216:19
216:23 219:5,8
219:9,13,16
227:10,12,18
228:20 229:11
229:14,25 230:9
230:16,23 233:9
234:3,7 235:5
236:12 238:9,12
238:16 241:7,11
241:19 242:6
243:17,19,23
244:3,20,21
245:8 246:19
247:3,5,7,15,17
247:25 248:7,12
248:21 249:21
252:6,9 253:17

254:6,22 255:4
255:11 257:4,7
257:25 258:1,6
258:11 259:3,6
259:8,14,15,19
260:2,8,17
269:9,11,14
271:15,16 272:9
272:11,14,15,18
272:19,20 273:7
273:19 274:7,13
274:17 275:1,3
275:4,5,13,14
275:15,17
276:13,14,24
277:7,22 278:3
279:10,20,24
280:11,13,14,18
280:19 281:17
281:18,21
**contents** 155:14
**contested**
286:18
**context** 41:21
71:15 108:7
122:19 262:4
268:23
**continue** 258:12
**continued** 259:3
**contradict**
74:15 141:21
272:16
**contradicted**
266:11 276:19

**contradicting**
281:10
**contradicts**
289:4
**contrived** 93:7
181:18 190:17
190:24 199:3
**control** 72:5,12
72:13 133:7
186:21,22,25
190:25 191:1
194:24 195:10
195:12,14,19
196:12,16
197:17,24
198:24 199:1,4
200:4 227:21,22
227:25 228:4,4
228:8
**controlled**
69:12 89:4
191:10 228:6
**controlling**
45:12 70:18
71:20
**controls** 78:13
194:22 195:5
200:16,18
228:12
**conventional**
160:21
**conversation**
27:6 28:6
**conversations**
236:9,16

**conveyance** 146:13
**conveyed** 223:5
**convicted** 20:13
**convince** 207:16
**cooling** 160:9
**copied** 156:5
**copies** 74:18,22 80:20,21 84:14 84:14 97:19,20 97:20 161:10,11 161:25 162:4,8 162:14,17,19 163:3,9,12,15 165:2,21 175:19 175:20 176:5,8 176:13,16,18 177:6,6 197:25 198:14,15 199:16,17,18,21 199:25 233:10 235:14 294:13
**copy** 51:10 55:8 73:24 76:24 78:22 87:1 96:9 140:21 156:4 161:16,17,20 165:23 199:22
**copying** 203:19
**corona** 169:9
**coronavirus** 59:4 107:20 178:25 180:15
**corporation** 1:8

**correct** 6:15 13:10 18:19 19:6 31:25 43:5 45:16 47:2,14 50:11,12 52:10 52:25 53:14,15 66:23 70:3 80:6 80:15,24 83:1,2 88:25 90:25 101:13 103:3,4 105:11,16 109:3 112:21 115:11 116:2,3 118:22 120:12 122:5 130:11 132:11 132:22 134:1,25 136:19 138:21 142:23 143:15 145:2,5 146:4 147:22 149:12 156:2 159:23,24 169:18 170:14 171:7 173:6 176:23 182:10 182:11,23 183:5 188:25 189:3,23 196:9 205:3,9 205:11 207:19 208:16 211:24 212:10,15,19,20 217:11 219:17 220:24 226:25 236:16 240:16 256:2,6 257:22 260:1 263:17

264:1 280:5 284:14,18 293:9
**corrected** 125:11,21
**correction** 125:6 234:19 235:7 240:2
**corrections** 293:9,10
**correctly** 100:6 118:18 191:25 240:10 258:19
**correctness** 100:14
**correlation** 87:1
**correspondence** 145:1 148:11
**corresponds** 169:25,25
**corroborate** 284:18
**corroborated** 173:1
**cosara** 232:2 257:8,17
**couching** 224:18
**coughing** 112:17
**counsel** 4:10,23 5:3 6:14,18 7:3 7:15,17 10:18 10:20,22 12:17 13:11,18,23 15:4,17 49:5,10

49:16 54:15 58:9,15,18,25 62:13 101:16 142:8 180:21 221:1,4 231:7 278:13,23 292:14,16
**counsel's** 14:15
**counted** 233:19
**countries** 146:2 147:10,16 149:21 213:21 213:23,24 215:15 216:14 217:15,15 224:15 266:11
**country** 252:22
**county** 291:5 292:4
**couple** 26:19 27:4 41:7 198:23 227:9 262:2
**coupled** 113:5
**course** 118:2 165:14 282:9
**court** 1:1 4:13 5:8 10:8 11:25 20:7,8 24:8 26:25 28:25 279:8
**cov** 10:10 38:22 40:11 87:4 94:1 94:10 108:8 109:8,13 110:4

**[cov - data]**                                                    Page 310

110:6,9,13
116:23 117:12
118:5 175:14
186:11,16
197:24
**covered** 82:14
**covid** 16:24
20:24 21:2
38:22 39:19
63:17 65:8,12
66:10 68:7 74:6
85:25 86:20
87:11,11 89:14
93:2 108:8,20
109:2,19 113:1
115:25 116:4
126:10 137:18
158:12 183:16
204:12 208:6,20
222:3 233:4
243:10 247:12
248:25 249:2,6
249:12 250:16
250:18,19 261:6
**cq** 172:23
218:16 250:25
262:8,15,16
263:19 264:19
265:11,16,17
266:21 269:1
270:2 280:9,16
281:2,19
**cqs** 264:23
265:15,21 272:9
273:12 277:17

281:4,5
**create** 84:10
**created** 271:21
**credibility**
271:22
**credible** 276:19
**criminal** 21:4
**criteria** 92:17
93:14 128:2
135:12 137:16
138:21 179:1
**critical** 128:9
**criticisms** 283:9
**criticize** 179:11
**crockett** 261:4
**cross** 171:13
177:14
**ct** 186:13 233:11
**current** 38:6
**curriculum** 19:6
30:9
**curve** 162:5
232:21 240:22
**curves** 247:23
250:21
**customary** 12:2
167:15 258:14
**customers**
206:18
**cut** 233:15
**cutoff** 65:20,23
65:25 66:6,7
163:23 238:11
**cv** 1:2 11:13
19:11 30:9 37:8

293:5
**cwbio** 190:14
192:9,12
**cycle** 66:2 160:7
160:8,9,10,24
247:23 250:22
250:24 251:1,3
251:5 262:17,19
**cycles** 65:24
160:1,3,13,18
160:18 233:15
233:15 250:20

**d**

**d** 3:1 91:20
167:2,4
**d.c.** 27:17 28:15
28:19 29:19
**data** 20:18
26:15,15 28:25
29:3 48:9,10
49:19,22 50:2,3
55:6,10 57:19
57:19,20 59:23
60:13,20 61:9
61:11,13,14
64:7 77:13
98:18 127:8,9
127:17,20
128:15,18 129:8
130:19 131:3
132:11,16 133:1
133:2,8,22
135:6,18,19,24
136:20,20
137:24 138:17

138:20 139:7
141:14,25 142:1
142:3,5,8,14,17
142:20,21,23
143:12,18
145:14,17 155:8
156:4 157:18,19
158:6,25 159:1
159:3,5,8,9,12
159:14,15,19,19
159:22 162:7
168:21 169:17
169:23,25 170:1
171:6 172:25
175:1 179:13
180:17 184:12
185:15,21,21
187:22 189:14
189:16,17,19,21
189:25 190:6
202:20 204:2
207:15 208:6,18
209:4 218:19,20
219:18 221:2
226:7,15,23
230:9,16 235:2
235:21 236:8
237:4,12 243:15
249:16,18
251:20 262:7
267:21 273:25
274:24,25 276:9
276:19 279:16
279:22

**date** 11:1 16:8 293:5,18 294:12
**dated** 292:19
**dates** 32:4
**day** 135:16 291:12 292:19 293:20
**days** 38:9 294:14
**deal** 7:1
**dealing** 229:10 277:7,8
**dear** 261:4,9 294:8
**death** 103:13
**decide** 223:13
**decided** 12:10 154:8,21 249:3
**deciding** 11:19
**decision** 154:5
**declare** 293:7
**decrease** 162:17
**deduce** 20:16 235:19
**deduction** 66:19
**deep** 227:16
**defendant** 21:23 21:24 23:19 59:1
**defendants** 1:11 2:7 4:19
**define** 82:16 89:19 202:13 208:8

**defined** 33:22 33:25 34:8 41:19,20 44:15 44:16,18 83:24 89:24 90:6 100:9 122:15
**definitely** 101:24
**definition** 101:4 151:12 153:6 209:7
**definitive** 247:6 251:17 277:16 282:4
**definitively** 288:21
**degree** 105:5
**degrees** 32:10 32:11
**delineates** 82:17
**delivered** 175:21
**demonstrate** 75:17
**demonstrates** 75:17
**demonstrating** 208:6
**denny** 261:3,4
**dentistry** 37:24 38:4
**department** 26:22 34:17 35:10 36:11 184:11,12,24

186:7 187:22
**depending** 68:15 153:6
**depends** 64:19 65:4 83:12,15 83:19 85:5,6 87:4 96:6 111:11,12 116:22 117:20 118:2 121:2 163:19 205:4 240:19
**depict** 110:6
**depicting** 88:1
**depicts** 163:14
**depo** 282:23 293:4
**deponent's** 293:18
**deposed** 55:25
**deposing** 294:12
**deposition** 1:19 1:23 4:25 5:25 6:5,18,22 8:4 17:17 30:15 50:10,17,20 51:3,6,22,24 52:8,9 54:16 56:3 73:6 101:19 140:14 152:3 221:7 260:21 290:18 292:9 293:7 294:6

**depth** 164:23
**describe** 10:6 106:11 121:20 153:12 188:22 190:20 200:20
**described** 21:7 45:7 111:24 121:11 258:1 259:20 286:13
**describes** 152:24
**describing** 122:20 166:17 253:4
**description** 147:5 153:2,14 185:5,7 189:2 189:24
**design** 271:5,9 271:17
**designed** 117:11 117:12
**despite** 135:11
**detail** 173:11
**detailed** 14:23 230:6
**details** 11:6 192:14
**detect** 40:15,15 74:1 75:10 95:9 110:3,8 118:5 160:19 161:25 163:5,13,23,25 163:25 178:24 218:16 281:22

**[detected - different]**                                                    Page 312

**detected** 82:19 128:5,20 132:6 136:1,3 161:23 162:2 175:20 265:15 272:11 281:6

**detecting** 65:8 65:12 66:10 87:8,11,17 88:4 118:7 121:21 129:2 131:17 191:25

**detection** 40:9 43:5 44:5 46:13 47:2,14,17 66:9 66:11,12,16 75:19 84:25 88:6,11,19 110:13 117:11 161:10 162:3 163:1,2,16 164:6,13,18 165:4,5,10,13 175:10,18 176:12,16 179:2 181:13 199:12 199:25 200:7 204:23,24 205:14,16 210:24 211:4,8 211:9,15,25 212:3,6,8,14,25 213:1,4 223:18 284:13

**determination** 236:19 257:4

**determinations** 236:7

**determine** 83:9 84:4,21,25 236:11

**determined** 46:8 68:14 126:1 177:17

**determines** 67:15 108:20

**determining** 20:25 83:15

**develop** 10:9 37:6 38:10 40:13 43:10,20 215:8

**developed** 63:20 63:21 93:11 94:15 158:13 192:13

**developing** 36:3 38:11 46:25 82:24,25 117:17

**development** 43:19 46:17 93:4 110:19 196:25

**developmental** 82:15

**diagnosis** 285:7

**diagnostic** 45:2 60:23 61:23 63:4 64:12 67:3

88:25 89:6,7,19 90:3,5,7,9,15,25 91:16,24 92:6 92:25 95:5 96:7 97:8 98:8 100:24 102:6,6 102:15 103:17 103:18 104:21 104:22 106:2,3 106:13,13 108:19,24 109:12 110:19 111:3,11 112:3 112:6 113:9 122:4,15,16,21 123:3,4,6,11 124:8 156:11 177:15,16,19 181:14,21,23 182:6,9,22 183:4,9,12 191:8 192:23 193:3 195:7 196:20 200:22 205:10 208:4,13 271:23

**diagnostics** 1:8 50:21 52:25 53:7 57:23 58:1 58:4,6 59:1 68:8 88:13,14 111:25 145:10 147:10 147:17 150:10 152:13 155:1 156:2,6 157:17

157:24 168:7,15 170:10,14 175:17 184:16 190:12 202:19 208:4,9 215:9 222:2 226:8 233:6 253:4,11 255:9 256:5 257:8 267:18,22 284:12 293:4 294:6

**died** 112:11

**difference** 45:23 69:1 74:20 97:4 99:21 100:20 129:25 131:7,22 135:9 136:22 139:6 144:3 181:25 223:9 224:3,4,5,10 225:2 265:20,22 287:12

**differences** 63:5 65:11 83:17 85:13,14 141:9

**different** 22:22 38:25 39:8 44:11 46:1 48:1 48:2 49:17 65:6 65:6 68:16 76:20 83:10,14 83:18,23 84:3 84:12,13,20,21 85:4,11,12,22 87:22,23 88:22

**[different - document]** Page 313

89:1,2,7,11 92:17,21 94:2,3 94:6,13 96:21 96:23 108:15 110:14,14 111:14 117:15 117:16 118:3,5 121:3,4 124:3 124:14 126:24 130:6 131:4,23 136:9,10 138:10 151:20 165:2 166:5 173:24 174:9 175:14 177:9 181:9 190:10,16 194:20 195:22 196:2,6 233:9 244:7 245:12 253:9 254:8 280:4 283:7

**differently** 65:18 83:10,24 166:6 172:12

**difficult** 86:24 145:18 163:21 166:4 258:10 268:22

**difficulty** 194:6 194:11

**digital** 78:13,21 78:23

**dilute** 177:2,10 195:14

**diluted** 176:4 177:3 199:14

**dilution** 199:9

**dilutions** 85:1,3 85:3,11 177:5 180:5,6 199:20

**dimer** 160:12 239:12 240:15 241:7 242:8 268:7

**dimers** 66:4 160:16 240:23 241:3

**dip** 276:4

**diplomatically** 241:5

**direct** 3:5 4:7 132:21

**direction** 15:5

**directly** 166:6 272:11 289:4

**disagree** 79:16 99:3 149:20 172:10 241:2,18 284:17

**disagreed** 284:12

**disagreeing** 80:2,4

**disappeared** 19:18

**disbelieve** 172:16

**discard** 259:15

**disclaimer** 106:3,7,10

**discordant** 219:2

**discovered** 215:8 217:4

**discrepancies** 217:16

**discrepancy** 126:19 128:17

**discuss** 81:12,14 99:19 101:18 105:6 143:23 242:10

**discussed** 22:24 102:16 120:1 187:21 205:6,21 242:16,18 257:16 260:12

**discussing** 95:4 114:19 124:7 219:25 221:23

**discussion** 14:24 261:21 269:21

**disease** 30:25 34:22 35:1 59:4 89:9 92:13,18 108:14 113:3

**dismissing** 55:16

**disparity** 126:9

**dispute** 23:8,15 25:14

**disputing** 218:13

**disregard** 99:13 219:11 228:14 249:25 277:14 289:24

**disregarded** 99:9 160:3 227:14

**disregarding** 91:10 228:17 251:25 252:2

**dissemination** 113:6,7,15

**distinct** 35:3

**distinction** 88:24 210:12

**distinguish** 182:5 210:4

**distributor** 194:19 202:18

**district** 1:1,1

**division** 1:1

**dna** 78:23 116:24 199:4

**dnr** 228:9

**doctor** 11:12 17:2,12,25 26:5 59:11 70:13 73:10 77:10 81:18 87:20 182:19

**doctorate** 34:21

**document** 18:5 18:10 56:25

**[document - e]**                                                   Page 314

57:2,7,11 75:8
134:15 150:23
151:10,19 152:8
152:13,15
157:12 177:22
183:13,14 184:6
184:9,20,23
185:1 188:12
203:17 206:17
237:22 238:3,19
243:15 255:23
259:22 283:3
**documentation**
157:20 221:3
**documents** 8:9
9:2,11,14 49:8
50:8 56:24
77:17 151:7
239:8
**dog** 6:2,3
**doh** 186:4,6,15
187:4,9,13,14
187:16
**doing** 5:24
17:20 25:8
26:14 34:6 38:9
39:17 44:17,21
57:22 76:22
84:18 92:21
100:25 115:6
128:1 130:9
131:11,11
132:17 133:16
134:7 139:9
164:3 178:23

193:25 202:8
267:8
**doj** 28:19
**dollars** 16:9
23:24 29:22
**donated** 194:25
200:11,12
**doubles** 160:5,6
**doubt** 236:21
255:3
**doubts** 62:16
230:4
**download** 18:5
**downloaded**
49:7
**dr** 1:19 3:4,8 4:2
4:9,22 6:8,9
18:4 52:7,11
55:14 67:19
74:4 75:23
76:11 78:12
79:1,9 80:3
81:13 96:15
97:22 98:20
100:10 101:13
103:24 120:19
126:16 127:4
128:18 136:5
141:8 142:4,19
143:19,20,23,25
144:18 148:6
150:2 156:24
158:18 175:6
183:23 188:4
206:7 208:23

213:23 224:13
225:24 236:14
236:15 237:18
237:23 238:8
240:13 241:11
242:11,12,15
250:7 252:1
253:21 266:8
278:13 279:23
291:10 292:9
293:4 294:6,10
294:10,12
**draft** 222:5
237:25 278:21
**drafts** 13:16,17
14:15
**dramatically**
128:4 137:8,9
**draw** 217:24
**drawback** 92:2
**drive** 2:11
**drop** 162:18
260:14
**drug** 31:2,3
**dubbed** 184:4
**dublin** 31:9,13
31:17
**due** 38:21 43:19
95:22 105:7
108:13 124:14
133:9,11,16
138:12 230:9,22
239:12 244:7
272:9

**duly** 4:4 291:11
**duplicate**
190:17 200:14
200:25
**duplicates**
201:2
**durenard** 1:8
**dwight** 1:8
140:20
**dx** 68:2 69:9,24
69:25 70:22,23
71:23 74:7 75:4
75:19 79:12
96:16 97:23
140:20 146:18
154:13 157:15
157:16,22,24
158:2,5,6 178:6
205:17 212:21
215:17 216:15
217:9 219:2
226:24 233:3
234:13 264:12
265:4,15 267:12
267:17,18 268:1
283:24
**dx's** 166:3
207:20 212:14
213:7

---

e

**e** 3:1 6:11 9:18
55:24 73:15,19
76:19 77:10,12
77:17 80:9
81:12 96:15

**[e - equal]**                                                              Page 315

98:25 99:9
133:18,21
140:19 144:22
154:9 169:23
170:3 173:15
174:22 189:17
203:13,17 207:6
218:21 221:12
231:7,13,15,16
231:19,20
235:10,18 236:8
237:18 238:1,4
238:7,15 239:3
239:8 241:13
242:10 243:2,4
243:6 251:15,16
255:1 259:17
260:24 261:1
264:6 265:1
267:5 268:10
269:24 270:8,12
270:15,16,17
278:1 291:7,15
292:6,22 294:22
294:22
**earlier**  30:15
69:1 79:15
102:17 118:19
125:24 164:15
166:5 186:20
206:9 219:6
235:10 237:1
254:9 260:12
269:10 284:7

**early**  7:18
113:20 174:21
262:23 263:15
263:24 264:22
**ease**  17:20
**easier**  18:5
64:17
**easy**  276:4
**educate**  100:7
**education**  33:18
**edward**  1:9
**effect**  117:2
281:18
**effective**  82:25
83:4 87:10
**effectively**
166:20
**effectiveness**
41:4 43:2 106:1
164:24 285:21
**effects**  87:3,3
**efficiency**  40:9
46:20 47:19
**efficient**  47:21
133:20
**efforts**  235:17
237:4
**egan**  1:8 140:20
**egotistical**  55:15
**eight**  162:14
163:3 233:10
235:14 250:14
250:15,16,17,19
271:3,6

**either**  39:9
40:25 93:7
118:14 153:24
186:7 208:17
228:13 260:13
**elaborate**  42:7
**electronic**
282:22
**eliminate**
227:17
**eliminated**
228:19
**eliminating**
230:4
**else's**  15:25
168:10
**email**  294:12
**emailed**  294:13
**emergency**  86:1
**emphasis**
110:20
**emphasized**
122:12
**employee**  50:20
51:3 292:14,15
**employees**  58:3
58:16 232:24
233:3
**employments**
34:16
**enabled**  10:12
**encompass**
59:17
**encompassed**
96:17

**ended**  25:9
88:18
**engage**  16:20
**engaged**  26:9
34:9
**engagement**
10:6,15,17 11:4
11:7,18 12:4,14
13:1 49:4
128:14
**england**  1:15
**enjoy**  39:17
**ensure**  106:25
**entail**  36:2
**enter**  293:3
**entered**  10:14
10:23
**entire**  120:20
**entitled**  15:16
226:7
**entity**  184:19,21
**environment**
84:2 89:5
275:10
**environmental**
276:14
**enzyme**  46:2
69:8 70:19
**enzymes**  38:23
45:23 46:1 69:2
**epic**  14:22
**equal**  8:19
70:18 71:21
204:22

**[equally - evaluated]**

**equally**  47:19
**equivalent**
  212:24
**errata**  293:1
  294:11,12,14
**error**  55:16
  232:22
**errors**  29:9
  119:18 288:4
**erwin**  2:9 4:17
  4:17 6:20 7:5,22
  7:22 9:7,24
  13:20,25 14:6
  14:17 15:3,8,11
  18:4,11 23:11
  24:19 28:1,9
  33:7,21 39:4,20
  41:24 44:8
  45:17 46:14
  47:15 51:17
  52:1,11 53:1,19
  54:2 55:17
  57:13 58:11
  59:12,19 60:8
  62:7 63:9 64:9
  65:2,13 66:24
  68:9 70:4,25
  71:25 72:17
  75:7,25 76:15
  78:2 79:13
  80:13 81:1 83:6
  84:22 85:19
  86:3,14,23
  87:13 88:8
  89:16 90:18

91:8 93:3 94:8
96:5,19 97:10
97:25 98:10
99:2,11,23
101:8 103:7,19
103:25 104:24
105:17 106:5,16
107:3,13 109:5
109:21 114:21
115:12 116:7,16
117:19 118:23
119:19 120:7,13
120:23 121:14
122:6 123:16,19
124:11,22
125:13 127:5,14
130:13,25
132:12,23 134:2
134:14 135:1
136:14 137:3,12
138:1,18,22
143:6,16 144:16
145:6 146:5,20
147:23 148:14
149:3,13,23
150:11,20,24
151:2,24 154:18
155:5 156:14
164:8 165:7
167:16 169:1,19
170:15 171:19
172:5,19 173:7
174:6 178:8,15
179:19,25
180:22 182:12

182:24 185:3
187:6,18 188:1
190:1 194:3
196:22 201:17
202:3,24 204:5
204:15 205:19
206:10 207:2
209:1 210:15,18
211:5,16 212:17
213:9 214:6,21
215:19 216:3,7
216:25 217:19
218:11 222:21
222:23 223:2
225:15,23 236:2
236:13 237:5
238:2,18 242:1
243:24 244:14
244:17,25
245:23 246:9,21
248:3 249:14
250:1 251:10
252:3 253:19
254:24 255:13
257:19 258:22
259:21 263:6
264:16 265:6
266:13 267:14
268:3,18 269:16
274:14 275:21
277:3,10 278:5
278:12 282:16
284:19 285:13
287:24 288:9
289:5,13 290:16

294:3,8
**escapes**  50:21
**especially**  94:5
  108:9 109:2,19
**esq**  2:4,9,12,15
  294:3
**essential**  135:23
**essentially**
  22:24 275:16
**establish**  93:16
**established**  86:4
  91:18 93:14
  124:1 154:8
**establishing**
  243:22 276:20
**estimate**  114:23
**estimation**
  114:24
**et**  69:10,21
  70:19 96:2
  259:19 293:4
  294:6
**eua**  86:11
  204:10
**eugene**  1:8
**evaluate**  11:8
  43:2 88:6
  142:12 183:20
  183:21 215:14
  224:8 237:10
  269:5
**evaluated**  68:20
  86:2 93:12
  112:4 115:10
  145:24 172:15

**[evaluated - expect]**                                      Page 317

179:12 213:24
215:15 219:19
224:15
**evaluating**
39:10 93:1
115:14 137:24
**evaluation**
40:17 107:23
108:11 123:11
170:10 194:21
194:25 195:4
200:10,13
208:24 209:5
215:17 216:15
216:16,18 224:6
224:6,24 254:7
254:7,16 256:5
256:21 260:6
**evaluations**
98:12 99:6
121:17 171:14
173:25 208:19
210:25 211:23
211:25 212:3,5
212:11,13
217:14 223:20
224:19,20
225:11,13,18
**evaluative**
229:14,20
**everybody**
102:14 217:7
**evidence** 10:12
20:14 26:11,11
53:12,20 55:18

60:9 62:18
98:21 106:19,22
108:5 132:21,25
137:13 138:23
143:10,21
148:15 155:6
173:1 174:25
206:11 244:3,4
245:15 247:7,16
248:11 249:5,8
254:3 255:12
268:21 269:4
274:16 275:12
280:24 282:2,3
**evolves** 117:5
**exact** 81:8
273:10
**exactly** 23:17
26:23 106:8
175:5 181:16
232:23 244:5
253:23 272:25
**examination** 3:3
4:7 24:6 166:18
**examine** 207:9
**example** 14:21
31:2 38:21
45:24 47:10
48:10 65:22
66:4 85:15
93:10 94:14
96:14 106:19
110:5 111:15
112:10 113:17
131:18 158:3

164:19 169:15
202:17 287:20
**examples** 146:8
**excellent** 60:23
61:1,23 62:22
62:22,25 64:2
67:20 200:8
**except** 14:13
71:21 72:14
88:1 92:6 98:25
103:13 181:17
246:18 279:16
**exceptionally**
126:18
**excessively** 11:5
169:14
**exclude** 133:25
137:20 154:5
180:16 275:15
276:14
**excluded** 226:9
226:15 268:17
273:25
**exclusion**
226:23
**execute** 10:17
**executed** 10:15
**exercise** 174:13
215:7 252:23
**exhibit** 3:8,9,10
3:11,12,13,14
3:15,16,17,18
3:19,20,21
17:11,12,14,17
17:23,24 19:5

48:13,17,18
73:6,7,8,11
77:18,25 81:17
102:2 140:14,15
140:17 152:3,4
152:6 188:6,6,8
188:10 203:3,5
203:11 207:25
220:19,21 221:1
221:6,6,8,10
226:5 231:9,12
231:12 237:15
237:16,17,20
239:24 240:2
242:23,24
255:19,20,21
260:20,22 270:5
270:6 273:24
277:25 282:20
282:21,25 283:2
283:2
**exhibits** 3:7
17:22 50:10,15
81:19
**exist** 94:2 289:7
290:10
**existed** 97:1
**expect** 12:15,22
44:6 45:15
68:23 106:21
109:10 117:15
165:16 256:19
264:23 273:1
285:18

**[expectation - factors]**

**expectation**
111:4
**expectations**
110:20,24 114:4
**expected** 176:17
192:10 200:15
200:18 253:10
**expensive** 62:10
**experience** 19:9
67:12 114:13
267:7
**experienced**
276:3
**experiment**
21:17 61:13
85:5 159:4,16
164:4 185:14
190:23 193:18
196:7 227:14,15
227:19,20,21,23
227:24 229:22
**experiments**
25:9 35:25
49:21 128:8
159:13 177:1
227:5 267:7
289:23
**expert** 9:15,21
11:24 13:2,6
18:15 19:9,11
19:15 24:14
25:18 27:20
52:23 53:6
67:21 70:13
104:14 107:6

113:6,7,15
245:10 246:4
267:8 276:22
290:1
**expertise** 67:21
104:12 105:10
129:10,15 130:3
130:23 131:15
132:4,10
**experts** 34:13
70:14
**explain** 84:24
96:21 139:4
161:14 190:21
198:3 230:24
233:20 271:18
272:17
**explained** 29:3
88:20 125:24
139:5 166:5
172:3 219:6
236:21 281:13
**explanation**
90:3 128:17
130:8 131:13,21
133:12 138:9,14
140:6 146:16,17
183:17,25
241:10 246:5,6
246:7,18 252:10
259:6 271:1
274:6 276:7,16
280:8
**explanations**
14:10

**explore** 143:14
**expose** 90:9
122:17 123:5
**exposed** 44:19
**exposes** 123:18
**express** 74:22
**expressed** 74:18
74:18 80:20
**expresses**
264:14 267:1
**expressing**
76:23 77:16
263:16 264:1
**extend** 160:17
**extended** 160:1
**extensive** 14:10
249:18 251:20
**extent** 7:6 9:8
14:17 15:11
19:14 28:7
33:15 51:18
**external** 45:9
**extract** 175:15
**extracted** 44:22
69:16 175:13
192:8
**extracting**
131:18
**extraction**
67:17,22,25
68:3 69:3 70:19
190:9,10,14
192:15,17
200:17 201:2,7
201:9

**extractions**
131:20
**extractor** 201:3
201:4
**extrapolate**
44:24 72:24
**extrapolation**
69:6 197:8
**extremely** 21:17
21:20 87:7
95:18 166:9
197:1,11 213:17

**f**

**face** 139:3 242:7
242:7
**facility** 139:22
158:14
**fact** 42:16 60:12
63:12 80:4,19
86:10 88:21
93:20 94:21
95:19,23 98:23
100:22 102:24
133:9,16 138:13
142:19 185:12
196:12 219:1
244:4 245:20
249:5 250:6
257:2 264:19
269:25 279:14
279:16 280:21
281:1,4 287:14
289:6
**factors** 45:9
108:16

**[facts - fire]** Page 319

facts 53:19 55:17 60:8 86:3 137:13 155:5 206:10
failed 252:18,21 253:3,5,6,8
fails 294:16
fair 24:17 59:17 59:22,24 82:23 94:7 96:2 98:9 124:10 146:19 146:22 149:2 150:2 192:16 238:14 275:20
fairly 59:3,9 112:25 155:14 195:12
fait 233:24
falls 260:7
false 40:16 66:2 66:4 70:1 72:9 89:21 91:4 95:22 100:15,15 101:5,6 115:9 115:22 184:2 200:23 201:11 232:2,9,17 233:13 234:2,4 234:12,21 235:2 235:3 239:12,14 239:15 240:1,5 240:7,11,15,18 240:19,20,23 245:15 250:21 250:23 251:3

254:10,11 269:11,12 270:25 277:8 280:17 281:5 282:1 288:14,14
fam 186:11,16
familiar 42:16 48:14 55:22 81:7 85:20 95:18,19 114:3 152:8 158:11,15 184:5 186:6,7 188:12 207:23 229:9 231:14 243:4 255:23 260:24 261:15 274:19 283:3,23 285:6,8 287:14
far 41:15 65:22 74:25 96:23 125:10 127:9 141:17 143:4 207:24 215:10 216:18 218:1 238:12 276:15
fault 241:22
favorable 146:16,18 210:24 211:3,15 211:24 212:2,4 213:8,12,16,18 222:15,16,20 223:6,10,12,18
fda 42:4 85:17 85:21 155:2,12

february 1:16 250:17 252:8 291:11 293:5
federal 294:15 294:22
feedback 15:17 146:23
feeling 215:4
fell 260:9
fellow 36:22,25
felt 236:20
fernandez 1:21 2:19 291:7,15 292:6,22
fewer 163:12,20 163:24
field 43:22 44:12,19 45:1 46:2,6,22 66:14 67:2,7 68:23 72:24 77:8 93:19 111:11 165:17 197:4 208:20
fifth 56:16
fight 70:16
figure 131:5,6 166:2 235:17 255:16 281:8
figures 158:4
file 148:7 159:5 168:24 261:7
filed 1:24 4:3
files 49:21 61:12 159:6 167:6,7

169:17 171:1,2 189:12,13,21 190:4
filings 56:12
final 79:19 133:11 175:21 209:23 255:3 261:5,11 268:10 273:18,22
finalized 13:17 278:22
finance 32:13
financial 32:15
financially 292:17
find 72:7 83:21 91:21 163:22 201:10 259:13
finding 102:23 163:20 171:9 181:22,23
findings 18:25 52:20 113:7,8 113:16 141:21 170:25 171:4 177:13
fine 6:4 54:8 151:4 216:9 225:25 242:20 284:4
finish 5:10,12 95:14
finishing 282:12
fire 249:4

**[first - gen]** Page 320

**first** 4:4 7:3,17
8:7,12 9:20 11:3
11:17 18:17
35:15 36:4,5
37:12,13 56:14
73:22 74:24
77:2 88:1 89:12
104:3 113:22
119:25 125:2
167:18 189:5
190:16,23,23
196:8 203:10
208:11 221:16
227:13 228:4
232:19 243:10
243:16 247:19
254:13 256:11
256:12 264:20
265:10 275:5,13
**firstly** 128:7
130:3 235:1
264:18
**fisher** 94:18
**five** 8:18 52:4
83:16 85:2,9
151:22 167:1
175:15 176:9,11
176:18 177:2,3
177:7,7,7
282:13
**fixated** 121:5
**fixed** 111:19
121:1
**fl** 2:4,20 294:13

**flag** 234:4,5
**flagged** 234:11
**flawed** 226:14
229:14,20 230:8
**flawless** 95:7,12
96:3,18
**flew** 27:1 29:22
**floch** 2:15 38:1
83:7
**florescence**
159:5
**florida** 1:22
291:4,8,9,16,16
292:3 294:15,22
**flu** 110:1,3,7
**fluidigm** 23:2
**focus** 71:13
123:25 155:7,12
**focused** 71:10
139:13
**focusing** 139:10
**fold** 83:16,16,17
85:1,2,3
**folder** 18:12
**follow** 34:4
237:4
**followed** 34:22
**following** 189:6
243:7,9 261:11
262:6
**follows** 4:5
126:15 224:13
**foot** 34:22 35:1
**footnote** 49:1

**forced** 165:21
**foregoing** 292:8
293:7
**forensic** 20:21
20:23 21:3
**forget** 123:13
157:3 263:13
**form** 9:12 15:5
18:22 52:20
62:7 76:7 99:2
179:19 212:17
237:12
**formal** 34:6
**format** 170:9
**formed** 250:11
250:12
**former** 58:3,16
**forming** 57:2
99:10
**forms** 283:7
**formula** 89:18
**forwarded** 55:8
184:17
**found** 53:12
176:11 212:24
**founder** 141:10
**four** 8:18 39:8
**fpr** 1:21 2:19
292:6,22
**frames** 131:4
**fraud** 19:20
60:3
**free** 25:2 39:15
39:16,16

**freezer** 247:11
**frequently**
195:11
**fresh** 229:1,2
**front** 30:8
263:23 269:5
279:8
**full** 19:14 28:7
48:22
**fume** 258:7,21
258:22,23 259:2
**fungal** 47:10
**fungi** 38:24
**funny** 62:9
209:20
**further** 25:13
102:11 158:3
187:20 213:21
237:9 290:15
292:13

**g**

**g** 2:9 294:3
**garcia** 51:8
52:10 54:9
55:13 203:20
231:20 236:9
237:19 239:25
243:6 252:1
**garcia's** 52:19
156:24 167:19
235:9
**gelt** 1:4 293:4
294:6
**gen** 103:23
222:22 282:13

**[gene - government]**                                    Page 321

**gene**  116:1,6,15
  116:20,24 118:6
  194:24 195:24
  197:24
**general**  33:18
  44:1 47:11 63:4
  87:10 88:2
  103:10 104:17
  104:18,20 105:4
  105:9,19,21
  106:1 107:1,5
  224:7 241:15
  251:5 273:8
  275:16
**generalize**  87:5
**generally**  46:24
  95:22 194:10
**generated**
  159:15
**genes**  116:2,5
  116:13,20
  117:18 118:21
**genetics**  31:14
  31:25 34:17
**genevieve**  2:9
  4:17 5:3 101:10
  182:19,19 294:3
**gentech**  188:24
  194:16,19,21
  202:18
**gentleman**
  20:13 261:2
  264:5 267:5
**getting**  91:20
  92:23 97:21

128:1 130:9
  137:22 140:9
  145:12 154:11
  160:19 165:15
  174:14 194:7,11
  239:19 273:11
  288:13
**give**  11:1 30:21
  41:11 65:19
  66:4 72:8 93:10
  98:16 100:2
  110:14 121:3
  125:9 160:16
  180:10 184:2
  218:4,19 226:1
  250:5 278:9
  282:4
**given**  12:6,10
  26:24 47:5 49:7
  59:21 61:14
  69:25 102:11
  127:17 147:20
  148:12 159:6,14
  180:2,19 191:19
  220:17 225:11
  293:8
**gives**  46:19,19
  177:23 214:9
  234:1 245:13
  253:10 254:9
**giving**  30:21
  105:12 112:13
  175:7 205:22
  218:6

**gmail**  261:4
**go**  4:24 7:2
  25:13 31:7 50:8
  58:7 67:19
  68:11 79:21
  81:19 83:22
  87:21 120:8
  122:13 136:5
  161:8,15 162:1
  169:5 192:4
  194:15 198:20
  208:3 220:10
  222:11 227:6,16
  248:14 255:15
  256:12 272:4
  277:24 282:14
  282:24
**goal**  241:25
  242:3
**goes**  71:17
  163:10 229:2
**going**  4:24 5:2
  5:15 7:5,13 9:7
  11:10 13:2
  15:15 17:20,21
  19:3 30:8 34:15
  35:7,8 43:21
  52:2,11 56:9
  57:5 58:22
  67:18 69:17
  81:17 90:15
  93:21 109:25
  110:3 115:8
  122:13 126:22
  140:8,8 148:12

151:4 152:12
  175:6,7 178:16
  188:7,13 189:5
  221:13 238:25
  255:6 273:23
  279:8,10 284:13
**gold**  94:6,10,20
  94:21,22 285:24
  286:2,6,7
**good**  4:9,22
  10:22 43:20,21
  44:24,25,25
  45:3 46:21
  61:20 62:19
  63:4 64:14,22
  64:22 66:5,17
  67:21 76:8 87:7
  87:17 88:3
  91:25 92:3 94:1
  98:14,22 118:16
  123:24 124:9
  140:9 156:18
  158:23,24
  178:20 187:3,24
  188:1 200:6
  204:3 211:8
  212:6 225:24
  282:16,24 287:1
**gotten**  77:4
**government**
  16:22,24 17:1
  22:6 26:16
  241:14,23 242:4
  261:5 265:25

**graduated** 31:8 31:12 32:7

**gray** 233:12 235:15

**great** 48:21 73:13 152:8 161:7

**greater** 230:18

**greece** 145:1 147:21 148:11 150:9 153:21 173:19 174:1,4 215:2 216:16 226:14 229:25 230:7 270:12,13 271:24

**greek** 145:8 149:8,10 150:3 173:20 174:12 174:17,23,24 175:2 215:6 216:24 217:4,6 217:23 272:18 273:3 274:7 276:8,18 281:16 281:16

**greeks** 148:3 151:15 273:2

**grossing** 271:25

**ground** 4:25

**group** 127:23 283:6

**gsk** 26:9

**guarantee** 95:24 165:17

**guess** 16:17 94:4 96:1 166:17 191:17 213:2 223:14 224:23 279:13

**guidance** 229:4 229:5

**guidelines** 229:6 231:25 232:4

**gundry** 270:17

**guys** 233:8

**gyorkerwin** 2:10 294:4

**h**

**half** 8:24

**hand** 112:23 185:11

**handling** 253:7

**hands** 38:17 199:25 260:15

**hang** 90:17 210:6

**hangs** 275:10

**hangup** 31:24

**happen** 10:9 75:21 84:15,19 106:21 115:11 117:1 148:22 176:18 227:23

**happened** 26:24 36:5 75:22 129:19,21,22 134:1 136:12 145:9 236:25 244:8,12,16

247:12 280:6 286:21

**happening** 131:12 137:9 139:15 147:6

**happens** 12:5 44:12 131:23 134:8 156:15 228:10,22,23 259:8 275:25 286:20

**happy** 70:6 166:10,11 180:16 207:17

**harassed** 215:4

**harassing** 215:12 237:6

**hard** 143:11 272:8

**head** 5:8 54:8 154:13 188:21

**headache** 92:12

**health** 184:12 184:24 186:8

**healthcare** 204:12

**healthy** 105:5 195:1 200:11,12 200:15

**hear** 23:6 258:19

**heard** 125:8 285:22

**heart** 216:11

**heath** 36:7

**heating** 160:8 196:3

**heavily** 114:24

**help** 86:20 148:24 149:1 150:3 151:14 173:22 206:16 207:21 215:10

**helped** 113:8

**heretofore** 4:3

**hesitant** 282:7

**hesitate** 213:13

**hesitation** 248:20

**hey** 106:12

**hi** 270:20

**high** 26:25 28:25 65:24 66:20 90:7,15 90:24 91:1 100:21 120:1 122:3,16 123:3 123:18 124:10 128:22,25 129:4 129:5 160:24 165:14 184:1 186:23 235:4 276:20 281:25

**higher** 34:17 66:10 88:15 118:13 120:6,10 120:21 121:11 121:13 127:1 129:3 139:24

**[higher - important]**

194:2 204:22 265:16,16 273:11

**highest** 46:20,25 47:3 271:25

**highlight** 147:13 238:24

**highly** 44:2 61:2 61:3 95:8,14 107:21

**history** 120:20

**hold** 7:12

**honestly** 11:6 289:7

**hood** 258:7,21 258:22,23 259:3

**hope** 46:21 197:2 227:17 229:2

**hoped** 94:20

**hopefully** 228:19

**hospital** 36:20 40:12,19,22,23 188:24 189:8 190:9,13 192:19

**hospital's** 208:24

**hospitals** 40:21

**hour** 7:25

**hourly** 16:2

**hours** 8:24,24 48:5

**house** 158:13

**huge** 97:1 100:20 194:6 271:22

**huh** 58:24 270:14

**human** 40:19 69:14 93:1 95:16 102:17 178:25 180:15 194:11 198:18 199:1,4 228:9

**humans** 34:25 35:3 95:15 109:9

**hundreds** 23:23 23:24,24

**hutchins** 55:23 154:12,15 155:3 204:9 205:24

**hypotheses** 133:2

**hypothesis** 26:4 26:13 132:16,20 133:3,6,15,24 135:20 136:12 136:18 137:10 139:10,14 274:13,18,19 275:18,20

**hypothetical** 67:24 68:5 69:18,19,23,25 70:5,7,9,17 71:2 71:22 106:6 115:13 124:11

202:25 205:12 258:1

**hypothetically** 124:10

**hypotheticals** 70:15

**i**

**i.e.** 201:11 220:6

**ic** 186:18

**icmr** 231:23

**idea** 55:21 93:9 98:3 105:13 109:10 114:1 125:9,17 144:6 144:13 154:21 188:21 207:1,3 214:23 218:3,14 233:7 253:14 264:21 277:13 287:1 288:1

**ideally** 93:5

**identical** 271:9

**identically** 45:25

**identification** 3:7 291:19,20

**identified** 88:10

**identify** 193:19

**identifying** 30:23,23 86:20 160:23

**ifu** 42:9

**immediately** 35:18 233:23 234:11

**impact** 52:20 67:3,7 72:16 90:15,25 91:7 97:8,13 116:21 120:21 122:4 123:15 124:21 135:5 137:10 157:25 164:24 165:4,5 202:21 258:2 259:9 271:16 273:4 284:13

**impacted** 15:6 60:7

**impacts** 66:22 67:1

**implausible** 108:9 109:20

**implication** 251:2

**importance** 76:12 125:1 269:5

**important** 43:25 46:9,13,16 47:20 82:17,25 106:2,11,25 121:6,7,8 123:7 124:16 135:23 168:4 179:1,12 180:14 185:23 196:19 197:1,11 220:4,5 227:20 281:21

**[importantly - information]**                                    Page 324

**importantly**
178:25 254:3
**impossible**
232:20 247:14
268:22
**impression**
34:12 234:24
**impressions**
34:10
**improve** 79:24
**improved**
127:22,24
129:15 130:24
**improving**
129:10 132:9
**inadvertently**
228:24
**inappropriate**
148:9 172:3
289:23
**include** 28:25
228:13
**included** 9:4
15:17 183:5
190:25
**includes** 47:13
56:13
**including**
102:15 137:17
293:9
**income** 16:14,17
16:21
**incompatible**
145:19 269:4

**incompetence**
252:13
**incomplete** 70:5
71:1 106:5
115:13 202:25
226:14 230:8
251:23
**incomprehens...**
150:6
**inconsistent**
249:24 257:3
268:16
**incorrect** 80:11
109:6 119:12
124:18,20
125:12 145:12
149:18 169:22
205:25 248:2
250:13
**increase** 131:16
133:11,13
139:15 140:2
**increased** 71:16
132:3 135:11
136:18
**increases** 130:4
130:5 131:12
**increasing**
129:17
**incredibly**
65:24
**increments**
83:12,16
**independent**
88:16 200:13

201:25,25
202:14,15,19,21
208:19,25 209:5
209:8
**independently**
128:14 159:11
200:17
**india** 94:16
145:2,15 147:21
150:9 168:16
169:24 217:8
226:13 229:25
231:4 248:15
**indian** 54:21
217:10 236:4
239:1,1,13
241:14,22 242:4
243:19 249:21
276:9
**indians** 241:5
**indicate** 90:6
95:7 122:25
146:3 165:3
174:17 235:4
238:8
**indicated** 39:18
42:11,25 52:8
52:15 65:17
120:4 122:3
139:24 159:25
180:19 196:18
249:4 277:6
**indicates** 128:6
231:14 239:25

**indicating** 79:10
109:1 133:19
224:19 236:10
239:10 240:14
254:21 255:9
259:18 272:13
273:14
**indication** 178:5
253:17
**individual** 87:4
92:11 188:18
200:16
**individuals**
86:21 88:4
108:15 112:18
149:22 200:12
200:24 204:11
**indre** 170:10
**industry** 198:6
**ineffective** 83:5
**inevitably**
160:11
**infected** 126:23
**infection** 30:25
250:18 262:23
263:15,25
264:22
**infections** 38:24
**influenza**
248:24 249:11
**informal** 27:24
**information** 7:7
9:9,12 11:18
12:3,10,13,19
13:21 14:19

**[information - investigated]**                                    Page 325

15:5,9,9,12,16
15:18 49:23
51:19 52:13
55:1,1 56:7 59:5
64:1,3,6 99:5,16
135:23 142:12
145:21 154:6
177:23 179:3
180:3,3,9,20,21
181:1,4,6,7,12
183:22 185:13
185:17 191:16
193:13 207:17
214:10,17 216:2
218:20 220:7
225:3 230:16
237:2,8,11
248:10 251:13
251:21 252:16
259:25 262:3
263:8,9 266:17
268:24 269:20
269:24 276:21
282:4 288:20
289:10,15,16
**informed**
   261:20
**inherence**
   278:25 279:2
**inherent**   111:5
   111:9,17,20
**inhibition**   69:13
   186:24
**inhibitions**   46:3

**inhibitor**   69:4,8
**inhibitors**   69:2
**initial**   128:17
   146:1 147:5
   203:17
**inserted**   222:16
**inside**   109:15
   257:7
**inspect**   274:22
**inspected**
   274:24
**instance**   162:12
   269:19 289:18
**instances**
   156:10 237:1
**instant**   234:2
**institute**   34:18
   54:22 94:15,16
   94:18 145:15
   168:16 169:24
   170:1 226:13
   243:19 254:4
**instruct**   7:6 9:8
   52:12
**instruction**   5:5
   42:6,21
**instructions**
   65:21 160:2
   190:15 233:18
**instrument**
   37:13 44:17
   159:4,9 195:15
   195:23,25 196:2
   196:4,7 201:8
   240:21 258:16

258:17
**instruments**
   36:4 38:16,23
   39:1,9 196:3
**integrated**
   111:25 112:5
**intended**   204:11
   204:13
**intention**   139:4
**intentions**   65:5
**interchangeably**
   41:18
**interest**   60:10
   125:19,19
   154:10 164:12
**interested**   35:17
   51:23 121:21,23
   292:18
**interests**   43:9
**internal**   98:25
   133:7 186:21,22
   198:24 199:1
   203:8 255:8
**internally**
   267:13
**international**
   36:12,14
**interpret**   53:10
   145:18 202:6
   219:22 268:22
**interpretation**
   113:10 130:20
   132:11 135:6
   233:9 235:20,20
   266:23 271:13

282:5
**interpreted**
   219:20 286:13
**interpreting**
   157:8
**interrupted**
   64:24 84:17
**interval**   134:18
   134:24 135:3
   162:11,12,18,21
   162:24 169:15
**intervals**   127:19
   135:5 169:13
**intervet**   24:24
   25:3
**interviewed**
   33:12
**interviews**
   113:18
**introduce**   188:4
**introduced**
   17:16 128:3
   140:13 152:2
   174:22 203:2
   221:5 231:11
   237:16 260:20
   270:4 272:18
   274:8 283:2
**introducing**
   17:11 242:22
**introduction**
   58:22
**inverse**   72:6
**investigated**
   286:22

**[investigation - know]**

**investigation** 21:4 130:22 145:9 253:12 273:17

**investigations** 265:13

**investing** 20:1 103:16 104:10 104:15

**investment** 59:18 60:7

**investor** 19:22 32:25

**invoices** 16:4,7

**involve** 19:19,22 19:25 32:2 36:2 37:1 38:7

**involved** 12:24 20:16 26:7 27:15,16 35:17 51:24 95:15,16 197:6 259:20

**involvement** 28:7 60:11

**involves** 93:1

**involving** 95:1 289:3

**ironic** 280:20

**irrelevant** 137:5 226:15 230:8

**ish** 36:7

**islands** 1:4

**isolation** 225:1

**israeli** 283:6

**issue** 71:13 96:17 124:19 128:9 133:25 148:21 174:1 185:23 229:11 236:19 238:8,17 239:4 240:7,17 241:17,21 245:22 269:13 271:1 278:3,4 280:19 281:21 286:10,12

**issued** 59:2 154:17 192:19 253:15 254:14

**issues** 89:1 105:7 116:22 126:2 153:20,23 153:25 154:2 174:15 240:11 240:16 249:9,12 260:2 284:11

**item** 71:14

**items** 6:11

**iv** 82:1

**j**

**james** 1:8

**jana** 206:4

**january** 7:18,18 8:1,13 250:16

**jennifer** 140:19

**jeopardy** 271:23

**job** 63:5 155:13

**journal** 285:6,7 285:9 286:17

**journalists** 34:11

**journals** 103:3 285:17,18

**judge** 279:9

**judgment** 63:1 214:13

**jumped** 109:8

**junk** 233:16

**jury** 175:25 279:9

**justice** 26:22

**k**

**kc** 73:21

**keep** 56:9 66:12 81:21 84:18 175:7 205:22 214:24 215:5

**kenneth** 73:21

**key** 271:24

**kind** 14:25 22:22 26:2,3 31:5 39:17 40:5 47:10 64:11 76:23 96:17 100:18 102:18 213:12 228:4 229:11 238:23 260:14 289:16

**kingdom** 26:8 85:21

**kit** 40:13 59:4 192:9,12,13,15

192:17,22 194:23 195:7 201:5,6 272:21 275:24 286:3,4 288:8,12,17,24

**kits** 35:22 38:16 39:9,24 40:7 59:22 192:14 256:6 288:15

**knew** 63:19 253:17 254:13 267:18

**know** 5:3,14,17 6:19,24,25 7:1 16:7 24:18,21 24:22 26:3,23 27:14 37:9 41:3 41:16,19 43:11 44:16,17 45:7 46:5 48:4,5 49:12 51:24 56:20 57:6,8 58:5 60:10 62:8 63:12,17 70:13 76:3 77:1 78:18 85:17,25 86:8 86:12,25 87:6 87:25 88:20 92:11 93:2 94:22,25 95:3 98:12,12 101:25 102:16 103:5,15 104:11,11,16,17 104:20 105:23 106:12,12

**[know - late]**

109:14 110:4,7 110:10 112:9 113:22 115:21 116:23 123:13 125:4,10,17 133:11 138:12 139:19 140:7 144:7,11,14,20 145:19,21 146:3 146:16 152:20 154:5,7,12,15 154:23 156:3,6 157:11,14,21,23 158:2,16,18,20 158:22 160:4 164:5,12 166:2 168:6,8 170:6 170:17,20 174:1 174:3,25 176:3 177:6 180:6 181:11 184:13 184:14,18,19,22 185:1 186:2,4,9 186:19 187:4,8 187:10,12,15 188:16,19,20 192:11,14 193:8 193:10 195:5 197:14 198:4,13 201:4 204:4,14 204:17,18 205:23 209:5,6 209:6 214:16 216:1,6 218:8 218:17,17 219:3 220:15 221:17 222:7 225:11 230:18 232:8,25 233:5,24 234:15 234:17 235:1,11 239:17 240:18 244:10,16 246:18 248:11 248:20 253:11 253:15,22 254:11 255:15 262:1,5 265:4,8 265:13,18 267:9 267:12,17,18 268:2,6,7,12 269:20 272:24 273:17,21 278:20 279:13 279:21,22,23 280:6 281:3,24 282:1 283:23 285:16 286:5,14 289:8 290:11

**knowing** 12:22 44:20 46:5 129:23 258:4 267:7

**knowledge** 33:15

**known** 49:8 94:1,17 105:23 248:25 250:18 287:18 291:19

**knows** 102:14 219:16 229:9

255:14

**l**

**lab** 25:7 37:18 37:22 38:10 43:21,23 44:2,5 44:11,15,25 45:14,15,25 66:15 67:1 68:20,25 89:13 90:24 93:10,16 93:18 124:2 128:19 133:16 135:17 136:2 145:9,10 149:8 150:3,4 157:15 158:11 164:6 174:17,20,23,24 175:2 197:10 216:24 217:4,6 219:12 227:17 234:14 235:25 236:4,9 244:24 245:8,16,22 246:8 247:16 259:18 267:25 269:14 270:13 270:24 271:23 271:24 272:18 273:3,7 275:16 276:18 280:12 280:14 285:19 285:21

**label** 118:2,9,9 203:8

**labeled** 282:21

**labels** 118:5

**laboratories** 254:9

**laboratory** 72:21 90:6 122:15 126:1 128:21 129:10 129:15,24 130:23,24 132:10 133:19 138:8 139:2 149:10 158:22 190:13 192:20 206:15 207:19 207:24 231:3 249:21 261:5 266:1 274:9

**labs** 84:20 135:17 137:1 150:3 166:5 219:8 226:13 248:16

**lack** 272:10

**lake** 119:8 140:22 203:23 284:7

**language** 14:8 222:8,12,13

**large** 1:23 96:9

**larger** 34:14

**late** 134:1 263:15 264:22 272:9

laughing 209:17
launched 26:8 26:20
laura 270:16 272:6
lawful 4:4
lawsuit 283:18 283:21
lawyers 6:7 28:6 81:15
lay 70:16
layperson 164:22
ldt 166:13 206:18
leader 271:24
leads 131:16 132:5
leap 133:9
leapt 35:18
leave 223:12,13
lecturer 36:23 37:15
lecturing 36:24
left 36:8 111:15 186:15 224:1 255:14
legal 2:19 26:17 294:20
legitimate 151:13
legitimately 226:15
length 8:19,20

lenient 135:12
letter 192:19
letterhead 152:13
level 31:2 42:19 77:7,8 184:1 274:7 276:13
levels 87:23 117:13 265:16
lgc 23:2,20 192:13
life 103:13 126:2 165:12
light 20:14 60:13
likelihood 97:20
likely 20:18 43:21 66:6 126:25 130:8 131:13,20 133:15 137:17 140:6 160:16 163:12 202:10 202:11 230:9,12 241:8 258:11 259:6 274:6 275:13 276:7,16
limit 43:4 44:5 46:12 47:2,13 47:17 66:9,10 66:12 75:18 84:25 88:6 161:10 162:25 163:1 164:6,12 164:18 165:4,5

165:10,13,22 175:10 176:15 179:2 181:13 199:12,24 200:6 204:22,24 205:14,15 210:24 211:4,8 211:15,25 212:2 212:8,14,25 213:1 222:15 223:18 284:12
limitation 90:10 122:17 123:5,18
limitations 102:4 105:3 114:4 142:22
limited 1:4 162:3
limits 40:8 66:16 88:10,19 211:9 212:6 213:4 238:11
line 69:17 221:16 264:13 293:10
link 72:6 203:22
linked 72:6
list 48:22 49:5,6 77:17,23 220:2 220:17 256:7,8 256:11
listed 28:19 30:15 77:21,24 77:25 78:3,4,6,9 167:4 293:9

listen 51:25 182:19 216:9 279:2
liter's 96:25
literature 102:12 108:2
little 17:9 34:14 177:23 213:16 213:21 215:4 275:24 282:14
live 46:8
llp 2:3,15
load 204:22
local 40:12,19
location 117:10
locations 245:13
lod 66:20,22 67:1 73:23,24 73:25 74:10,17 74:18,22 75:3 75:11,11,12 76:12,21 77:16 78:15 80:5,17 80:20,21 82:15 83:4,11,22,24 84:1,4,11,13 85:18 86:1,20 88:15 89:4 90:7 90:14,23,24 91:1,6 120:1,10 120:21 121:1,1 121:5,12,16,18 121:24 122:4,15 123:3 124:1,1 124:10,15,21

**[lod - lowest]**

125:2,25 175:12
175:20 182:17
194:23 197:17
197:23 204:2
212:21,22
223:18 224:25
233:10 235:14
247:19 273:14
**lodge** 182:19
**lods** 83:10 84:13
84:21 121:4
224:8
**logical** 270:25
**logix** 59:4,4,10
60:15,22 61:7
63:6 64:7 65:22
69:11 75:1 77:5
79:22 88:7,11
90:8 95:1 98:13
98:18,21 119:12
149:17 160:14
160:25 183:18
184:1 186:17,21
187:1 190:11
192:21 193:20
193:21 194:19
194:22 198:24
199:4 202:16
212:24 217:13
217:13 229:17
238:10,24
249:20 250:8
261:6,10,17
262:7,13,22
263:14,24

265:15 271:6,6
276:15,20 280:7
280:8,13,16
281:2,3 283:12
285:1 288:25
289:11,15 290:6
290:9
**logix's** 149:9
160:2
**london** 26:25
36:19 37:16,24
38:3
**long** 7:24 8:23
11:2,5 48:7,12
64:12 111:6
281:8
**longer** 8:22 83:7
175:8
**look** 26:10 32:4
38:16 40:6,8,9
42:22 47:23
48:9 54:3,4
55:10 56:19
57:4,20 59:23
62:16 71:4,14
71:15 73:16
102:11 108:4
112:15 122:19
122:22 131:5
142:17 150:13
151:9,10 172:25
173:15 175:3,4
190:5 193:5
225:4 239:18,18
240:21 257:13

**looked** 6:10
9:18 25:8 50:23
55:24 61:8,19
62:9 64:3 77:19
88:9 98:13,17
98:19 131:3
141:6 143:18
154:9 175:1
178:25 207:8
211:8 212:6
219:22 220:18
224:25 239:7,8
239:20 255:12
265:14,14
268:11 287:8,15
**looking** 20:25
26:15 37:2
39:10 48:8
57:11 71:5
77:12,24 93:6
97:15,18 138:23
155:8 165:1
173:22 174:10
180:24 183:15
191:9,24 192:2
200:23 210:6
221:16 235:11
241:13 261:21
261:24 262:7
290:8
**looks** 69:13,14
156:4 177:12
184:15 202:14
221:22 222:5,7
222:10 238:4,22

240:19
**lost** 59:21
**lot** 8:15 21:9
22:5,7 26:14
29:17,18 33:12
33:13 35:19
48:8 63:3,25
112:17 160:21
175:18 237:2
251:13,15
270:23 271:1,2
271:15 272:10
272:14 273:10
275:9 287:10
**lots** 40:22,22
91:4 259:5
273:1
**low** 66:20 90:14
134:24 135:2
165:20 238:12
265:17 274:7
276:13
**lower** 65:20
66:8 75:2,18
80:17 86:20
88:13,19 121:11
121:13 137:8,9
137:14,19 138:8
138:12 139:2,5
139:21 163:16
204:24 205:14
205:15 247:20
**lowest** 47:13
117:13 200:8
283:14 285:1

**[lundy - mathematically]** Page 330

**lundy** 20:5 21:8 21:23 22:2

**m**

**m2000** 73:23
**made** 51:13 76:9 119:11 150:4 154:5 181:10 190:18 201:22 207:16 235:8 237:3 254:16
**mail** 73:15,19 76:19 77:10,12 77:17 80:9 81:12 96:15 99:9 140:19 169:23 170:3 173:15 189:17 203:13,17 207:6 218:21 221:12 231:7,13,15,19 231:20 235:10 235:18 237:18 238:1,4,7,15 239:3,8 241:13 242:10 243:4,6 251:15,16 255:1 260:24 261:1 264:6 265:1 267:5 269:24 270:8,15,16,17 278:1
**mails** 6:11 9:18 55:24 98:25 133:18,21

144:22 154:9 174:22 231:16 236:8 243:2 259:17 268:10 270:12
**main** 27:8 74:20 219:7
**maintaining** 110:20
**major** 28:15 225:6
**majority** 147:10 147:17
**make** 18:1,2 34:14 45:23 46:4 47:8 55:2 64:11 66:19 70:7 71:18,19 72:4,10 79:23 82:8 95:8,17 100:20 102:18 106:18,22 118:18 144:4 145:18 151:17 181:3 191:4 210:12 218:15 235:17 236:7 252:5 262:10 277:2,16,18 280:20 287:12
**makes** 21:1 77:6 109:19 117:2 134:6 207:12 213:12 223:15 224:3 260:16

263:9 266:21,21 277:13
**making** 105:19 105:25 149:16 236:18 245:5,6 263:18
**manager** 36:17
**manifest** 108:15
**manifested** 112:9
**manner** 179:24
**manual** 95:14 201:7
**manually** 190:14
**manufacture** 232:3
**manufactured** 168:14
**manufacturer** 42:5 190:15 195:17 198:11 202:12 272:20 272:23
**manufacturer's** 42:9 195:13
**manufacturers** 94:17 265:18
**march** 291:12 292:19 294:1
**marcus** 2:3,15 4:14
**maria** 1:21 2:19 4:12 73:1 291:7 291:15 292:6,22

**marissa** 2:12 4:18 5:3
**marked** 3:7 17:14,16 73:5,8 140:13,17 152:2 152:4 188:5,5,8 203:2,5,10 221:5,8 231:9 231:11 237:15 237:17,20 242:22,24 255:20,21 260:20,22 270:4 270:6 282:25
**markers** 183:16
**market** 32:22 63:8 64:8 65:16
**markets** 19:23 32:15 59:18 60:7
**marks** 47:1,4
**mary** 37:15,18
**massive** 85:13 265:21
**match** 115:9 166:23 195:16
**material** 38:24 97:2 198:18 224:10 273:14
**materials** 11:8 11:19 48:22 49:5,6,10,16,23 56:10 254:21
**mathematically** 232:21

**matter**  66:13 122:12 136:8 146:1 157:4 280:4

**matters**  21:15 66:16 67:12 68:25 123:23 157:6

**mean**  11:10 13:5 14:4 18:23 33:12 34:1 38:14 59:14,16 59:24 61:1,11 62:22 78:20 85:15 95:12 102:10 106:8 110:11,23 111:8 111:8 112:2,7 113:14 121:10 122:2,21 128:25 153:17 160:3 161:20 163:2 178:17 182:2 184:22 186:18 196:18 197:14 198:22 199:13 202:14 204:17 205:4 212:5 222:23,23 226:21,22,22 227:25 228:1 238:7 239:24 245:4,5 248:1,8 249:9 250:23 251:9 257:21

258:14 261:24 262:12,16 263:22 277:5 284:3 289:7,16

**meaning**  13:2 100:9 202:6 223:1,14

**meaningful**  91:6 91:7

**meaningless** 264:23,25 265:5

**meanings**  89:11 205:7

**means**  6:19 77:21 78:18 89:20 131:10 139:22 161:14 190:22 195:6 198:3 200:20 204:14 213:16 221:18 223:14 224:6 233:14 240:7 256:17,19 262:1,3,5,11,16 266:20 267:9,10 281:5

**meant**  162:25 204:4 207:14 232:8 235:18

**measure**  86:17 91:16 92:6 93:23 100:18,23 121:1,2,10,12 181:14,15

**measured**  69:20

**measurement** 182:4,17 232:18

**measures**  43:15 43:17 214:19 215:3

**measuring** 85:18 92:1 100:5 121:3 178:20

**media**  113:5,7 113:14 119:17 219:20

**medical**  36:20 105:4,4,6 285:20

**medicals**  261:3

**medicine**  16:11 30:18,20,22 37:24 38:3,7

**meet**  232:3

**meeting**  7:3,17 7:24 8:7,10,12 8:13,21,23

**meetings**  6:7,14 7:2,16,20 8:11 8:13,14,15,15 8:17 9:1 58:10 58:15,18

**members**  34:11 236:9

**memo**  170:9,10 170:13,18,24,25 181:22 182:21 188:17,22 189:6

**mention**  191:16 193:2 209:3 210:19 220:2 238:12

**mentioned**  7:16 9:1 19:8 165:9 196:1 234:16 250:6 262:2 286:25

**mentions**  209:4 210:2

**merck**  25:24

**merial**  25:3

**merits**  28:13

**message**  223:5 263:4 264:13

**method**  233:16 253:6,6

**metric**  14:22 47:25 82:17 92:10 121:6,18 165:22

**metrics**  48:1 86:15 123:25 124:6 208:8

**mexican**  173:18 175:9 182:22

**mexicans**  54:22 88:18 181:18

**miami**  2:4,20

**michael**  2:4 4:10,14,23 120:8

**microbiology** 285:19

[microfuge - murphy]                                                        Page 332

**microfuge**  274:8
  274:22,25 275:9
  275:19,24
**microliter**  74:19
  76:24 80:21
  162:14,18,19
  165:2 198:15
  199:16,17,18,22
  200:1
**microliters**
  176:9
**mid**  7:18 8:1,13
  114:2
**mike**  52:1
**mind**  42:15 53:3
  66:12 90:20
  100:1 128:6
**mine**  14:2
**mini**  201:5
**minimum**
  149:21 195:21
**minnesota**
  184:4,12,25
  186:7 187:22
**minor**  225:7
**minus**  230:21
**minute**  151:22
  187:25 226:1
  290:12
**minutes**  7:25
  8:20 52:4
  204:10 272:7
  282:13
**mischaracteri...**
  24:19 28:2,10

  39:5,21 44:9
  46:15 47:16
  53:2 84:23
  89:17 90:19
  91:9 99:12
  105:18 119:20
  120:14 121:15
  122:7 123:20
  127:6 132:13
  147:24 149:4,14
  149:24 169:20
  173:8 180:23
  238:19 259:22
**mischaracteri...**
  23:12 75:8
  76:16 80:14
  81:2 94:8 97:11
  109:22 118:24
  125:14
**mischaracteri...**
  151:3
**misheard**
  258:24
**misinterpret**
  107:1,5
**misinterpretat...**
  289:22
**misrepresents**
  284:1
**missed**  24:10
  29:7,8 262:8,21
  262:23 263:15
  263:25 265:11
  266:19,22
  268:25 269:2

  278:25 280:8
**missing**  97:24
**misstatements**
  145:7
**misstates**  64:9
  65:2 66:24
  130:13,25
  132:23 134:2,14
  138:1 143:7
  146:6,21 190:2
  196:22 201:17
  214:6,21 217:19
  218:11 238:2
  243:24 250:1
  252:3 253:19
  254:24 263:6
  268:18 269:16
  274:14 275:21
  277:10 278:5
  284:19 288:9
**mistake**  78:1,7
  288:7,11,12
**mistakes**  95:9
  95:17 96:1
  102:18 248:17
  288:6 289:22
**misunderstan...**
  125:5
**misunderstands**
  125:1
**mix**  274:9
**mixed**  252:13
**mixture**  228:5
**ml**  80:20

**mm**  186:6 187:4
**mmr**  25:24 26:2
  26:5 27:3,11
  28:19
**mn**  186:4,15
  187:9,12,14,16
**mnrlawfirm.c...**
  2:5
**modified**  42:8,8
**molecular**  16:11
  30:18,20,22,23
  31:2 32:8 35:23
  38:7 104:13
  208:4,8 285:7
**morning**  4:9,22
**mouth**  34:22
  35:1
**moved**  36:11
**moving**  168:12
**mp2000**  201:3
**mpeirsol**  2:12
**mpineiro**  2:5
**multiple**  116:2,4
  116:13 117:18
  118:10,16,21
  150:24 183:15
  216:4
**multiplexed**
  111:25 112:5
**multitude**
  129:19
**murder**  20:12
  20:17
**murphy**  1:9

**mutation** 117:1 117:6,9,10,13
**mutations** 117:25

**n**

**n** 3:1
**name** 4:9,22 41:8,10,11 50:21 55:22 234:16 261:2
**named** 4:3 21:20
**nasal** 110:7
**nasopharyngeal** 111:13 166:16
**national** 145:15 168:16 226:12 254:4
**nature** 108:13 281:20
**nc** 272:10
**ncov** 261:10
**near** 73:25 75:11
**nearly** 147:9,16
**nebraska** 73:25 74:5
**necessarily** 44:10 67:3 132:21 202:9 224:8
**necessary** 142:11 168:3
**need** 5:9,17 18:2 42:17 55:10

62:19 68:11 79:1 113:10 123:25 142:12 151:9,10 165:19 181:12 191:21 202:13 204:1 235:22 236:20 272:5 273:9
**needed** 62:16 112:4 148:20,21 237:8
**needs** 106:17 243:8
**neg** 261:21
**negative** 40:24 40:25 92:14,15 93:2,13,22 100:15 111:1,2 112:14,24,25 121:22,23 162:2 163:6 191:1 193:9,11 194:22 195:5,10,19,20 196:12,12,16 199:5 200:3,18 227:21,21,22,25 228:1,3,4,8,11 228:12 232:1,12 232:15 234:20 240:4 247:24 248:25 256:14 257:3 261:25 263:5 281:2 289:10,14,16 290:5,8

**negatives** 40:16 41:2 66:2 70:1 72:9 89:22 91:4 91:23 100:16 101:5 115:9 184:2 185:25,25 190:19 191:5,5 191:10,23 193:7 193:19 239:14 262:14 269:12 273:10 277:8
**neiman** 2:3,15 4:15
**nelson** 1:8
**netherlands** 25:8
**never** 26:17 51:23 67:10,11 67:11,12 92:9 101:21 120:19 120:20 125:7,8 127:16 143:25 165:24 206:20 215:10 216:18 219:22 237:3 242:12,18 248:6 267:4 285:22
**nevertheless** 202:19
**new** 2:9 20:9 35:10,16,17,21 35:24 36:8,11 37:14 38:10,11 110:22 112:8 128:2 197:9

227:18,18,18 229:1,1,1 294:3
**news** 219:24
**newspaper** 119:18 125:8
**nieuwoudt** 188:17,18 261:3
**nip** 244:2,3,19 254:6 255:2 257:18
**niv** 145:2 150:9 153:21 169:8 217:9,12,23 218:1 230:7 231:3 238:1,9 239:23 243:8,8 243:11 244:2,6 244:8,12,20 247:10,22 252:2 254:7 255:10 256:5 257:22 274:7 276:17 280:12 281:15
**nodding** 5:7
**noise** 160:11 161:1
**non** 104:18 206:19
**nonscientific** 103:5 104:17
**nonsense** 172:11 263:19 264:4
**normal** 34:13 109:12 128:4

**[normal - objection]**                                                Page 334

156:22 260:11
**normally** 12:5
259:16
**nose** 166:16
**nostril** 111:15
**notary** 1:22
291:8,16 292:22
**note** 30:6
106:10 294:11
**noted** 126:9
171:5,5
**notes** 5:19
282:14 292:12
**notice** 1:23 4:3
8:3 123:10
**noticed** 140:1
**novel** 107:19
108:13 109:9
**novelty** 94:4
**npv** 14:24
**ntc** 228:7
**nuanced** 113:10
**nuclear** 198:11
**number** 47:25
50:9 78:24,24
79:6,7 83:14,19
85:6,9,10,12
87:1 92:21
94:19 116:22
119:1,2 121:12
129:3,22 130:4
131:16 132:1,4
132:5 134:1
135:10 136:1,2
136:18,21 137:8

160:24 161:16
161:17,19,21,21
162:10,22
176:22 190:3
194:2,12 232:10
283:7 288:15
**numbers** 78:22
82:5 96:10
100:20,21
**numeral** 82:1
**numerous**
108:16 113:17
126:2 250:9
**ny** 2:9 294:3

**o**

**oath** 4:5 150:7
150:17 151:8
279:7 291:1
**object** 5:4
**objecting** 5:4
**objection** 7:5,13
9:7 13:20,25
14:6,17 15:8
23:11 28:1,9
33:7,21 39:4,20
41:24 44:8
45:17 46:14
47:15 51:17
53:1,19 54:2
55:17 57:13
58:11 59:12,19
60:8 62:7 63:9
64:9 65:2,13
66:24 68:9 70:4
70:25 71:25

72:17 75:7,25
76:15 78:2
79:13 80:13
81:1 83:6 84:22
85:19 86:3,14
86:23 87:13
88:8 89:16
90:18 91:8 93:3
96:5,19 97:10
97:25 98:10
99:2,11 101:8
103:7,19 104:24
105:17 106:5,16
107:3,13 109:5
109:21 114:21
115:12 116:7,16
117:19 118:23
119:19 120:7,13
120:23 121:14
122:6 123:16,19
124:11,22
125:13 127:5,14
130:13,25
132:12,23 134:2
134:14 135:1
136:14 137:3,12
138:1,18,22
143:6,16 144:16
145:6 146:5,5
146:20 147:23
148:14 149:3,13
149:23 150:11
150:20 154:18
155:5 156:14
164:8 165:7

167:16 169:19
170:15 171:19
172:5,19 173:7
174:6 178:8,15
179:19,25
180:22 182:12
182:20,24 185:3
187:6,18 190:1
194:3 196:22
201:17 202:3,24
204:5,15 205:19
206:10 207:2
209:1 210:15
211:5,16 212:17
213:9 214:6,21
217:19 218:11
222:21 225:15
236:2,13 237:5
238:2,18 242:1
243:24 244:25
245:23 246:9,21
248:3 249:14
250:1 251:10
252:3 253:19
254:24 257:19
259:21 263:6
264:16 265:6
266:13 267:14
268:3,18 269:16
274:14 275:21
277:3,10 278:5
284:19 285:13
287:24 288:9
289:13

[observation - opinions]

**observation** 80:12
**observations** 80:10,15
**observed** 120:20 260:5
**obtain** 16:21 181:4 207:13 237:4
**obtained** 62:5 141:14 175:13
**obtaining** 85:25 86:1 194:6
**obtuse** 35:8
**obvious** 134:5
**obviously** 6:8,10 22:6 29:2,22 33:12 40:20 47:5 48:8 96:22 121:11 149:17 156:20 195:19 196:11 233:24
**occupation** 16:10
**occurred** 17:4 236:12 257:7 280:11
**occurrence** 260:12
**odd** 88:20
**offender** 104:3
**offered** 194:22 194:24
**offering** 79:2

**officer** 34:17 141:10
**official** 127:9 136:20 142:5,20
**officially** 143:19
**oh** 2:11 20:21 22:9 23:13 74:13 79:7 153:10 171:13 201:7 203:7,7 209:19 242:16 258:18,23
**okay** 5:23 6:3 6:17,20,25 8:12 9:13,17,25 11:23 18:13 19:19 20:3 21:11 22:10 23:24 28:22 31:17,20 32:2 35:6 37:19 43:14 48:13,16 48:21 52:4 56:9 57:6 69:22 70:20 71:19 72:20 73:19 75:15 78:11 79:7 81:23 86:5 100:19 102:1,3 114:8,14 138:5 139:12 140:16 141:21 151:4 161:7 167:6,9 175:8,12 178:16 191:11 192:4

201:5 203:9 208:2,15 209:19 209:20 213:3 214:15,18 216:11,23 217:8 219:19 220:19 221:15,25 240:3 245:11 246:6 249:9 256:9 282:20 283:5 289:15
**oktopure** 192:22 206:21
**old** 282:22,23
**once** 8:3 85:8 128:2 140:8 162:24 288:13
**ones** 49:2 81:22 88:13 116:5 123:25 167:4 190:5 220:15,16
**open** 17:12 81:21 229:1,1 276:1
**opened** 275:8
**opening** 73:11 271:13 274:8
**operator** 175:17
**opine** 59:1 201:14 267:22
**opining** 60:16 140:23 238:16 267:21 280:2
**opinion** 10:10 11:20 12:3,18

13:3 15:25 17:5 20:5,10,11,17 21:6,9,14,22 22:1,12,15 23:3 23:18 24:3,14 25:22 51:21 52:20,24 53:6 53:11 55:2 56:8 57:3,18 59:16 59:21 61:22 76:8,12,21 77:14 80:5 82:10,11 88:5 99:10 103:11 105:12 107:12 108:3,4 141:5 150:5 151:17 157:4 158:1 189:3 207:7 211:21 226:19 226:23 227:2 230:7 232:19 234:6 237:23 239:4 245:10 250:12 259:7 271:24 276:23 277:20,21 278:16 279:7,11 279:18 281:12 287:5,21 290:2
**opinions** 9:12 10:7 11:9 15:6 15:19,22,24 18:25 27:15,23 41:6 54:14

**[opinions - pathwest]**

113:6,8,15
119:16 145:25
151:20 251:17
267:1 280:4
**opposed** 13:4,5
**opposite** 98:23
280:19 281:15
281:17
**order** 108:4
112:12 195:12
243:9
**ordering** 294:13
**original** 54:20
142:16 223:6
**originally**
223:19
**outline** 12:6
**outset** 49:4
**outside** 16:20
63:9 75:25
103:7 104:12
105:10,23
**outweighed**
126:1
**overall** 100:11
100:13
**overtyped** 156:8
**own** 15:24
17:24 40:13
43:10 48:11,11
57:18 61:24
62:14 63:20,21
99:5,6 142:13
212:23 213:4
233:3 235:20

237:11 253:12
**oxford** 31:17

**p**

**p.m.** 1:16
290:18
**padeh** 285:20
**page** 3:3 18:9
19:10 48:19
58:23 81:24
95:4 99:19
102:4 114:16
119:7 126:5
128:13 141:7,8
147:8,12,13
152:12 155:19
161:2,4,4,9,15
166:13,13 167:1
168:13,13 169:5
170:9 183:13
184:4,8,9
203:10 213:22
221:22 222:2
226:6 252:15
270:10,11,16
274:2 293:10
**paho** 197:17,24
198:4
**paid** 17:6,8
21:25 22:1,4,6
22:14 23:21
24:25 29:13,25
30:2 39:11,14
**pandemic** 17:4
33:13 38:21
40:20 85:25

113:19
**panel** 248:24
249:3
**panels** 249:11
**paper** 29:8,10
35:15 127:4
128:15 142:4,18
143:1,24 144:1
144:1 156:6
219:10 283:13
284:22 288:20
289:20,24 290:2
**papers** 61:18
98:19,20 102:19
102:20 287:8,10
287:13,16,17
**paragraph**
110:18 114:14
209:23,25
210:10,25
222:12,14
271:14
**parameters**
47:18,23 66:18
66:21 165:18
197:6
**part** 28:11 43:3
61:9 69:8,9
70:14 104:10
108:17 111:24
112:5 119:16
128:14 208:11
279:3
**participated**
206:8 208:23

**participation**
102:17
**particular**
21:19 27:3
28:14,23 48:25
84:1,2 97:13
113:2 114:7
162:12 213:1
269:19 287:16
**particularly**
40:11 121:7
156:17 254:6
**parties** 58:19
156:12 292:15
292:16 294:13
**partly** 229:7
**party** 156:16
**passing** 231:24
**past** 25:7 34:16
93:25 233:12,16
250:22,24
**patent** 23:8,15
23:16
**patented** 208:5
**patently** 284:22
**patents** 25:7
**pathogen** 31:3
**pathogens**
38:24 116:25
**pathology** 54:22
94:16 168:16
169:24 254:4
**pathways** 30:24
**pathwest**
158:11,22

**[patient - performance]** Page 337

**patient** 40:21 87:2,24 89:9 91:3 93:8 127:23 129:25 130:6,7 166:15 169:7 176:3 177:17,18 190:18 192:2,7 198:5 199:2

**patients** 37:4 68:8 86:21 87:8 87:18 89:15 126:24 128:10 141:15,16 143:3 143:4 192:24 204:13

**payment** 16:4

**pca** 289:25

**pcr** 20:2,19,21 20:23,24 21:2,3 21:19 23:5 25:8 26:11 29:3 32:3 32:4,5 33:6,16 33:19 35:15,19 35:20,25 36:3 37:2,6 38:8,10 38:11,19,25 39:1,3 40:9 41:4 41:14 42:14 43:2,10 44:1 46:20,25 47:19 49:21 63:17,18 64:25 65:16,16 66:15 67:13,15 78:13,21,21,23

82:19 87:7,10 87:16 88:1,3,7 95:13,19,20 100:7 107:2 112:3 114:2 115:25 118:12 120:20,21 125:20 134:6,7 140:7 159:4 160:1,8,10,17 163:19 164:2 165:23 168:14 169:8 178:21 219:7 227:9,24 228:2,2 229:5,9 233:25 241:15 256:7 258:11,21 260:6 261:10,12 261:15 263:11 267:8 273:12 274:20 276:22

**pcrs** 25:12

**pdf** 155:20 161:5 221:22

**peer** 29:6 144:2 144:9,10 285:11 285:18 287:13

**peirsol** 2:12 4:18 6:20 7:23 81:16

**penalties** 293:7

**people** 25:8 33:14,15 34:13 34:13 43:12 68:20 69:20

83:9,10 84:13 87:23 88:17,21 94:2,5,13,16,19 94:20 100:7,8 104:19 105:2,5 107:7 112:10,11 113:3,20 114:1 114:3 126:20,22 130:4,9 131:15 132:5 136:4 137:17,20 179:11 235:25

**people's** 38:11 38:13 260:15

**perceive** 33:14

**percent** 91:24 102:6,15 103:12 103:17 104:22 106:3,13 107:8 107:22,23 108:10,25 109:25 113:24 139:25 162:7,11 162:15 163:7 169:7 175:18 176:12 178:9 185:24 193:3,15 197:7 201:10,15 204:21 208:7,7 209:14 210:2,10 214:1 217:17 224:16,21 230:19,21,22 231:25 232:2,4 232:8,20,22

234:2,3,12,20 234:21 235:2,3 240:5,5 243:11 243:12 249:19 250:7 252:18,21 256:14,17,23 257:2 260:7,10 260:11,13,17 266:9,10,18 269:1 278:1

**percentage** 100:11 127:1 128:3,5 130:1 137:18,21,21 138:12,25 139:1 139:21,23 204:23 205:13 230:20 235:4

**percentages** 136:11 138:8

**perfect** 52:3

**perfectly** 156:22

**perform** 38:17 39:3,18 40:5 44:6 45:24 46:3 61:6 63:2 65:9 65:17,18 67:22 68:23 120:1 130:22 165:12 165:16

**performance** 39:10 40:1,3,5 41:16 43:18 44:23 45:14,15 45:21 48:2 59:3

[performance - pineiro]

59:10,23 60:15 61:16 65:11 67:7,13,15 68:24 79:25 86:17 89:13 96:17 97:5 111:6,10 116:21 117:14 119:13 120:11 127:22 146:4 155:4 158:15 165:6 193:21 195:16 197:6 208:6,19 209:9 222:3 229:17 264:14 284:13 290:5

**performed** 42:3 43:23 66:9 95:24 126:18 168:15 188:23 189:7 190:9,11 190:14 194:16 196:6 201:15 244:5 261:22,25 270:23,24

**performing** 122:25 124:13 207:6 257:14

**performs** 44:4 45:4 46:6 61:4 64:4 66:13 184:1 260:15

**period** 135:16 136:25 137:7 139:10

**peripheral** 126:8

**perjury** 293:7

**person** 7:19 20:16 54:17 112:16,17,21,23 113:1 134:7 167:13 168:2 184:18 242:13 258:8 263:23

**personal** 114:12

**personally** 39:11 150:17 291:19

**perspective** 59:11 153:9 218:25 223:4

**persuasive** 249:7

**pertain** 270:12

**pertains** 52:24 53:6 124:21 168:14 211:22

**pertinent** 137:25 138:5

**ph.d.** 32:8

**pharmaceutical** 26:9,10

**phase** 82:15

**phases** 113:20

**philadelphia** 25:24 27:5,19 28:8 29:14,16

**phone** 28:8 101:15

**phonetic** 258:15

**photocopy** 158:4 184:15

**phrase** 163:1

**phrases** 182:7

**pick** 68:7 70:23 71:23 72:23 75:6,19 115:17 205:16 280:16 280:21 281:4

**picking** 72:8,16 74:7 75:5 89:14 96:16 97:24 251:3 281:3

**piece** 78:23 135:23 265:1 268:24

**pineiro** 2:3,4,15 3:5 4:8,10,11,14 4:14,15,21,23 7:8,10 9:10 13:22 14:3,14 15:10,13 17:15 18:9,14 23:14 24:8,12,23 28:3 28:16 33:9,24 38:2 39:6,22 42:1 45:6 46:10 46:23 48:3 52:3 52:6,14,17 53:5 53:21 54:6 55:19 57:16 58:14 59:15 60:1,17 62:12 63:16 64:15

65:7,14 67:5 69:7 70:12 71:9 72:11,19 73:1,4 73:9 75:13 76:5 76:17 78:5 79:20 80:23 81:11 84:6 85:16,23 86:7 86:19 87:9,19 88:23 90:1,22 91:14 93:17 94:11,24 96:13 97:7,16 98:6,24 99:8,18 100:1,4 101:9,12 103:14 103:22 104:2,7 105:8,24 106:9 106:24 107:10 107:17 109:17 110:16 114:22 115:23 116:10 116:19 118:17 119:4,23 120:9 120:18 121:9 122:1,9 123:17 124:4,17,23 125:22 127:11 128:12 130:15 132:8,19 133:4 134:9,16 135:4 136:16 137:6,23 138:4,19 139:8 140:18 143:13 143:22 144:19 145:23 146:10

**[pineiro - positive]**

147:1 148:5,17 149:5,6,19 150:1,15,22 151:1,4,6,22 152:1,5 154:24 155:17 156:23 166:1 168:11 169:3 170:2,19 171:24 172:7 173:3,13 174:16 178:12,19 179:20 180:18 181:2 182:14 183:3 185:4 187:11,24 188:3 188:9 190:7 194:9 197:12 201:23 202:4 203:1,6 204:8 204:19 206:1,13 207:5 209:10 210:16,22 211:10,20 212:18 213:14 214:11 215:1,20 216:5,9,13 217:2 218:7,23 221:9 222:22,25 223:3 225:21 226:1,4 231:10 236:5,15,17 237:14,21 238:6 239:2 242:9 243:1 244:9,15 244:22 245:2,3

246:1,13,23 248:5,13 249:22 250:3 251:24 252:11 254:1,18 255:5,15,18,22 257:20 258:23 259:1 260:3,23 263:12 265:2,9 266:15 267:24 268:5 269:7 270:3,7 274:21 276:10 277:4,19 278:7,15 282:12 282:18 283:1 284:24 285:15 288:2,22 289:9 289:17 290:12 290:15

**pipette** 228:23 257:9,12 271:19 275:6

**place** 8:4 74:24 77:2 88:1 155:2 227:11

**places** 78:14

**plaintiff** 1:6 2:2 4:16 23:18 283:24

**plaintiffs** 4:23

**platform** 208:5 271:4

**play** 44:13 72:25

**players** 79:3

**playing** 77:8

**plaza** 2:8 294:2

**plc** 36:13

**please** 90:21 122:19,22 148:16 150:13 210:8 220:14 235:13 239:18 261:4 272:4 278:10 294:12

**plotting** 162:6

**plug** 162:5

**plus** 57:19 63:21 181:7 191:10 230:21

**point** 43:24 50:9 65:23 66:1,6 69:12 71:3 83:4 163:15,23 179:12 180:14 181:5 233:3 241:14 249:16 252:5 254:6 284:3

**pointed** 14:9,11 80:8 97:23 100:6

**pointing** 205:17

**pointless** 234:7

**points** 65:20 243:9

**polling** 107:12

**poor** 67:16,16 120:11 287:17

**poorly** 37:3 43:23

**population** 112:18 127:2 129:25 131:10 131:24,24,25 133:10 136:9 137:15,16 138:10,13 140:11 141:9

**populations** 108:15 138:11

**portion** 24:11 52:9 73:3 104:6 216:10

**pos** 261:21

**pose** 70:14

**posing** 70:20 72:3

**position** 34:20 34:21 37:5,15 268:14

**positions** 37:20

**positive** 40:24 40:25 68:7 86:21 87:11,11 89:8,14 92:10 93:2,13,22 95:22 97:21 100:15 111:1,3 112:14,21 113:3 115:18,21,22 121:22,22 130:5 131:7 134:11,21 135:10 136:25

**[positive - presence]**

141:16 160:23
161:1 162:16
163:6,7 175:14
190:25 193:8,11
194:7,21 195:5
195:10,11,14
200:16 228:14
231:25 232:2,9
232:12,17
233:13,19 234:2
234:4,21 235:3
240:18,19,20
247:6 249:2,5
249:11,12
250:19,21,24,25
252:9 254:11
261:25 264:20
265:19 270:25
271:3,6,10
288:19
**positively**
160:23
**positives**  40:15
40:16 41:1 66:5
68:7 70:23
71:23 72:8,16
72:23 74:7 75:6
75:19 89:14,21
89:21 91:23
96:16 100:16
101:6 127:1
128:3,18,21
129:3,8,17
130:1 131:17
132:2,6 136:1,2

136:21 138:9,25
139:21,24
176:19 185:24
185:25 190:19
191:4,4,10,23
192:8 193:6,19
200:23 201:11
205:16 218:16
234:12 235:3
239:12,15 240:1
240:6,7,11,15
240:23 245:16
247:12 251:4
254:10 262:8,21
265:11 266:19
268:25 269:2,11
269:22 280:8,17
280:17 281:5
282:2 288:14
**positivity**
126:11
**possibility**
91:12 95:20
96:12 235:5
241:8 252:14
**possible**  44:1
46:18,25 47:3,5
47:12 50:3 68:6
69:25 70:22
71:20,22 91:2
120:4,5,12,16
121:10 126:8
197:2 230:20
249:10 273:11
276:12

**possibly**  258:6
**post**  30:16 34:21
64:4,6 135:24
136:10 138:16
138:20 139:6
140:10
**potential**  227:10
228:19 233:13
246:17 275:2
283:8
**potentially**  9:21
66:9 124:9
**pounds**  16:18
17:9 23:25,25
24:1 30:4
**power**  265:21
**ppv**  14:24
**practically**
126:8
**practice**  47:22
66:17 67:9,10
91:12 117:8
118:11 120:2,16
122:12 219:14
227:4,24 235:24
236:6,11 258:14
259:11,13,14
**pre**  37:8 135:24
136:10 138:25
139:6,20 247:6
249:6 250:16
252:8
**precise**  11:1
78:24 85:10

**precisely**  42:5
80:17 81:7
121:17
**precision**  83:18
85:6
**predating**  222:9
**prefer**  74:21
**preferred**
165:22
**premise**  126:3,7
**prep**  276:5
**preparation**
52:9 54:24
79:19
**prepare**  6:5 7:4
48:6 156:11
157:2
**prepared**  9:5
13:8 18:16,18
28:24 54:16,20
55:3 56:13
67:14 77:11
144:14 152:20
152:21 156:2,25
157:5,12,14,21
170:13,20
184:14,19,23
185:1 242:19
**preparing**  13:13
48:23 54:14
58:19 143:24
169:4 207:7
239:4
**presence**  69:14
108:20 228:3

**[present - proceedings]** Page 341

**present** 2:14 7:21 16:10 30:16 60:14 69:4 78:25 87:23 96:9 117:4 200:5 247:25 248:8

**presented** 157:18 189:17

**presenting** 224:9

**press** 3:11 10:10 52:24 53:7,12 53:13,18,23 55:7,14 56:9,12 59:2 60:6,12,19 76:9 99:17 106:20 152:9,14 152:18 153:3,15 153:24 154:3,7 154:16,22,25 155:9,14 166:8 181:11 184:17 185:17 201:21 201:22 208:1 209:3 216:11 219:1,20,20,25 220:7,21 221:22 222:6,6,9 225:12,18 226:9 226:16 250:10 250:13 253:16 254:17 266:2 273:25 284:1

**presumably** 176:17 201:3

**presume** 49:11 140:25 196:5 222:8,9

**presumption** 193:9

**pretext** 158:9

**prevents** 160:22

**previous** 107:19 133:13 195:25

**previously** 6:10 11:24 140:4

**prima** 66:4

**primary** 26:15 61:8,11,12 81:20

**prime** 163:20,21

**primer** 21:20 160:12,16 239:12 240:15 240:23 241:3,7 242:8 268:7 271:5,9,17

**primers** 45:22 46:18

**principally** 228:21

**principles** 226:20,21 227:3 246:16

**printed** 231:23

**prior** 154:25 226:8 239:24 261:15

**private** 271:23

**privilege** 7:13

**privileged** 7:7 7:15 9:9 13:21 14:18 15:8,9,15 51:18 52:13

**pro** 240:24

**probability** 89:8 161:9 162:8 163:1,2,10,15 163:16 164:3,6 165:3,5 241:9

**probably** 7:18 17:19 73:16 92:12,20 95:18 116:23 180:12 193:22 194:8 201:6 223:15 241:16 248:17 285:12 287:1

**probe** 21:16,16 21:20 46:18

**problem** 5:18 45:18 69:15 74:17 76:23 87:22 95:20 113:2,2 117:8 118:25 121:18 123:9 125:2 138:6,7 145:21 145:22 146:8 148:1,23,24 149:9,9,10,21 153:7,18 158:8 158:10 160:21

177:22 179:14 186:24 191:15 202:20 206:14 217:5 219:16 225:4,6,7,8,9,10 229:10 236:22 239:13 240:18 240:24,25 241:1 241:6,15 242:8 248:16 249:20 263:10 264:20 264:21 265:10 265:12 266:23 266:24 272:22 288:17

**problems** 17:3 47:11 149:2,7 149:11,16,22 174:19 215:11 216:19,23 219:3 219:7 238:11,25 243:20 263:2 271:22

**procedure** 67:17 95:14 193:20 227:11 294:22,22

**procedures** 17:5 105:4 192:23

**proceeding** 22:20 25:15 26:1 27:12

**proceedings** 11:25 19:15 293:2

**[process - put]** Page 342

process 143:24
200:17 229:14
229:20
produce 81:5
111:18
produced 10:12
54:21 55:9
98:20 118:4
142:19 156:4
158:5,6 183:24
202:18 291:19
291:20
produces
144:18 156:16
159:5
product 79:2
professional
291:7,8,15,16
professor 16:11
16:14 30:18
38:6
professorship
16:19 30:14
43:1
proficient
133:20
prognosis 37:3
program 176:15
progressing
113:20
promise 11:12
promotion
36:17 37:17,21
pronounce
188:18

pronounced
248:17
proper 22:22
42:18 240:21
properly 153:12
206:17 226:8
273:25
proposed 13:24
proposition
108:2
protective
181:11
proteins 30:24
protocol 34:3,4
42:8 81:8
166:15,17 180:8
180:9 259:20
protocols
143:24 155:2
178:13 185:8
proved 206:20
proven 274:18
provide 11:19
12:18,20 13:2
13:16,17,23
15:4 21:22
22:11 24:5,13
25:17 27:19
41:4 54:15 90:2
106:2,22 142:8
182:20 203:22
provided 15:17
20:5 21:7 23:3
23:18 24:3,16
25:17,18 26:11

26:12,25 27:6
28:13 41:7
49:14,15 50:9
56:11,20,23,24
56:25 62:13
99:16 106:21
135:24 145:25
173:5,11,12,14
173:17 180:8
185:13,17,22
193:13 195:17
197:24 207:18
220:7 225:3
231:7 274:16
288:20
provider 204:12
providing 10:7
13:6 82:2
119:17 226:19
252:1
psychologist
104:14
psychology
107:6
public 1:22 20:1
33:5,5 34:12
102:24 103:6,10
103:17 104:15
104:17,18,20
106:1,12 107:1
107:5,12 113:8
291:9,16 292:22
public's 33:18
105:9

publication
29:7,10 144:10
158:17 183:23
283:6 287:7,21
publications
30:12 63:2
250:5
publicize
156:21 219:15
219:17
publish 219:13
287:16
published 29:5
32:5 35:15 37:7
40:13,14 93:12
102:12 118:4
144:8,12 158:17
229:6 285:3,11
286:17,19 287:3
287:8,15
pull 57:5
pulled 248:23
pulling 207:25
226:5
pure 198:11
purpose 238:5
purposes 65:6
139:14 157:4
286:8
pursuant 1:23
put 26:4 29:23
97:6 100:6
111:12 114:8,13
133:2 154:22
155:1 230:19

**[put - reads]**                                                      Page 343

233:11 235:15
240:1 275:6
276:5 282:22
287:19
**putting**  223:9
271:22

**q**

**qiacube**  201:8
**qpcr**  10:9 21:16
37:13 39:24
60:23 63:4,7
65:24 82:3
91:18 92:10
102:4 107:21
108:9 112:14
175:21 194:14
195:23 218:22
227:4 228:13
229:6 287:16,16
**qualifications**
31:7
**quality**  20:15
99:5,6,15
287:17
**quantification**
262:17,18
**quantified**
175:13
**quantify**  78:13
**quantity**  82:18
**quarter**  56:14
**queen**  20:5
37:15,18
**question**  5:5,6
5:13,15,16

10:22 15:14
21:19 52:14
53:10 61:24
63:15 70:20
72:3,10,18
75:15,16 78:10
87:16 104:5
143:7 148:20,25
151:8,19 171:11
171:11 172:13
172:17,17 183:9
210:8 211:9
215:13 216:3
220:6,11 245:5
248:21 255:6
263:22 264:2
278:13 284:6
**questions**  5:3,24
24:6 99:24
100:3 151:13,14
175:6
**quibble**  153:13
**quick**  54:4
187:25
**quickly**  20:4
231:16
**quite**  44:11
45:20 47:8
53:10 91:13
110:11 142:24
213:11,18
214:16 265:17
**quote**  42:13
122:14 213:24

**quoted**  141:8
224:14 266:8

**r**

**radio**  113:18
**raised**  284:11
**ran**  61:24 73:21
167:7 189:21
257:22,23,24
**range**  6:11
38:25 92:16
124:14 273:13
**rashbaum**  2:3
2:15 4:15
**rate**  16:2 129:7
129:17 131:7
134:11,21
**rates**  126:11
128:17
**rather**  119:6
198:5 236:7
273:7 288:17
**raw**  48:9 49:19
49:22 50:2,3
55:9 57:19
61:14 159:5
190:5
**rdrp**  194:24
197:24
**reach**  127:12
**reached**  107:22
129:6
**reaction**  33:5
40:10 46:20
74:22 75:2 77:4
79:17 80:1,16

80:22 81:5,5
160:5,17 163:4
163:19 164:2
165:21,23
175:19 176:5,18
228:2,3,5,10,13
228:24 234:2
274:9 276:6
**reactions**  177:3
195:21 200:25
201:1 275:11
**reactivity**
177:14
**read**  6:8 12:23
24:11 54:12
57:21 73:1,3
75:9 80:9 104:5
104:6 125:7
140:22 141:3
142:7 143:8
183:21 188:13
193:18 224:23
235:12 278:14
282:8 283:17,20
284:5 290:17
293:7 294:10
**reader**  37:21
162:13 223:10
223:13,16 225:4
225:18
**reading**  98:5
126:4 209:18
210:8 241:25
**reads**  223:25

**[ready - reference]**

Page 344

**ready** 278:12
**reagent** 21:19
46:19 64:18
69:12 195:7
198:14,15
228:22 259:7,10
259:12 271:19
271:20,20 273:7
275:5,14
**reagents** 38:16
39:9 40:8
227:18 271:7
**real** 25:10 44:6
46:8 91:6 98:7
115:21 120:11
120:22 122:23
123:15 126:2
165:3,12 240:25
249:1 251:8
256:7 261:10
263:10 273:12
282:9
**realistic** 92:20
110:20,23 111:4
**reality** 27:14
70:11 101:5
**realize** 54:11,13
**realized** 112:10
282:9 288:13,16
**really** 11:11,21
12:21 23:17
25:16 27:14
28:12 29:17
43:9 50:19 57:9
61:2 63:11,14

63:23 66:13
76:2 80:21
81:10 86:25
89:3 98:2,11
101:20 103:9
104:9 117:8
123:9 125:8,16
142:1 143:9,12
144:17 154:20
155:11 156:3,6
172:11 180:1,4
180:7 196:19
203:7 212:12
240:24 241:8
251:19 267:19
269:24 273:9
279:4 285:23
**reanalyze**
142:20
**reanalyzed** 61:4
126:16 127:17
159:9
**reanswer** 57:17
**reason** 47:7
51:16 105:22
116:17 126:9,17
126:19 134:4,5
137:11,14
138:12 142:23
146:12 158:23
171:7 172:16
183:7 195:22
219:4 239:11
240:15 248:2
254:23 263:21

282:7,10 293:10
294:11
**reasonable**
59:24 60:13
294:15
**reasonably**
67:22
**reasons** 64:2
129:20,22 130:1
133:25 187:2
198:13 217:16
259:5
**rebecca** 51:8
52:10,19 54:9
55:13 167:19
203:19 231:20
233:23 243:6
**rebuttal** 18:18
18:22 19:1 49:2
**recall** 10:14,21
11:17 20:11
21:13,25 22:4
22:14 23:17
24:2,15 25:14
25:19,21 26:4
29:13,17,24
34:20 49:15,18
51:5 54:8,9
57:12 144:23
148:18,19
220:12 221:17
261:19
**receipt** 294:14
**receive** 50:1,6
78:13

**received** 219:20
221:2,3
**recess** 52:5
101:11 151:25
188:2 226:3
255:17 282:17
290:14
**recipient** 188:16
**recognize**
103:12 188:17
**recognized** 37:3
102:5,10,22
103:16 104:16
104:21 105:14
105:20
**recollection**
12:13
**record** 4:12
292:11
**recording** 138:8
**records** 133:18
254:20 255:9
262:13
**rectified** 125:5
**red** 234:4,5
**redlined** 222:13
**redlines** 221:24
**reed** 1:9
**refer** 235:22
**reference** 17:21
51:13 61:17
77:22 82:9 92:2
93:25 94:3,13
103:2 111:23
114:8,25 115:1

128:19 153:20 171:13 177:25 186:16 208:12 212:7 219:1 232:25 241:11 262:9,14 266:5 273:12 280:15 286:4

**referenced** 9:15 30:14 48:23 77:18,20 153:23 154:3 158:18 266:1,7 285:2 294:9

**references** 49:1 82:6 102:12 108:5 210:3

**referred** 184:10

**referring** 111:22 138:20 229:21 233:20 247:8

**reflect** 249:11

**reflected** 230:8

**reflects** 229:13

**refocused** 28:24

**refresh** 17:19 18:9

**refute** 143:1 286:25

**refuted** 286:18 287:11

**refuting** 287:4

**regard** 60:14 294:15

**regarding** 33:6 33:18 90:5 106:1 107:2 109:19 110:21 125:11 139:15 145:1,25 155:4 158:1 159:25 173:5 175:10 177:13 185:14 189:15 207:14 226:23 264:14 268:15 273:25 283:12 284:8

**regardless** 43:13

**regards** 27:7 107:18 149:17 261:9

**regina** 24:2,13 25:1

**region** 16:18 30:2

**regional** 188:24 189:8 190:9,13 192:18 208:24

**registered** 291:7 291:15

**regular** 103:6

**regularly** 42:16

**regulated** 41:15

**regulations** 32:20 42:12,13 85:21,22

**regulatory** 41:20,20 154:13

252:17

**rejected** 267:25 268:9

**related** 6:11 11:8 16:24

**relating** 12:3

**relation** 263:18

**relative** 292:13 292:15

**relatively** 134:17

**release** 3:11 10:11 52:25 53:7,12,13,18 53:24 55:7,15 59:2 60:7,12,19 76:10 99:17 106:20 152:9,14 152:18 153:3,15 153:24 154:3,7 154:17,22 155:1 155:9,15 166:8 181:11 184:17 185:17 201:21 201:22 208:1 209:3 216:11 219:1,21,25 220:7,22 221:23 222:6,6,9 225:12,19 226:9 226:16 250:10 250:13 253:16 254:17 266:2 274:1 284:1

**released** 208:5 208:18

**releases** 56:9,12 222:3

**relevance** 43:19 125:2,25

**relevant** 43:15 43:17 57:1 80:21 99:14 135:19 139:16 150:14 173:15

**reliability** 21:10 114:25 202:22

**reliable** 20:18 160:13 289:19

**reliably** 108:20

**relied** 57:18 114:24 189:24 290:7

**rely** 57:2 93:22 112:13 113:24 226:19 243:15

**relying** 236:8

**remarking** 210:23 212:2 222:14 223:17

**remarks** 56:13

**remember** 10:23 11:2,6,16 11:22 12:16,21 22:7 23:21 24:25 25:5 27:5 27:7,25 28:12 29:16 35:6 49:19 77:12,24

144:24 154:9
175:3 186:20
198:23 199:2
205:5 231:17
240:9 273:21
282:8 284:5,8
**remembered**
221:19
**remind**  168:9
**remote**  5:25
293:2
**remotely**  291:10
291:11 292:8
**remove**  233:13
**removed**  255:3
255:24 256:2
**rendered**  11:9
**repeat**  24:9 85:7
160:9 182:15
198:8 210:7
214:8 215:22
217:1,21 227:19
233:5 237:7
246:11 253:5
255:6 269:23
**repeatability**
174:11
**repeatedly**
214:1 224:16
**repeating**  53:3
90:20
**replica**  161:25
177:8
**replicas**  83:19
161:21 177:7

**replicate**  162:22
**replicated**
162:10
**replicates**
175:16 176:11
180:12
**report**  3:8 6:8,9
6:9 9:4,15 14:1
14:23 16:23,23
18:18,21,22
19:1,1,5,17 23:6
25:11,18,19,22
26:16 27:7,20
28:13,24 38:18
41:5,5,9,9,12,23
42:14 48:6,14
48:18,24,25
49:2 52:23
54:20,25 55:4,8
55:11 58:20,23
77:11 81:17,20
81:20,21,24
90:2 95:4 102:2
107:11 108:17
122:2,10,13
124:25 128:14
143:20 144:18
155:22 156:2,7
156:16 157:5,7
157:8,9,9,10,11
157:12,13 158:1
158:7,7 159:1
159:11,19,21,25
167:4,9,24
168:4,5,10,10

168:13 169:4,6
175:10 182:5
183:14 184:5,11
189:6 190:21
201:25 213:6
216:12 220:20
226:6,6 231:14
239:18 243:8
263:1 265:25
268:15 273:23
274:17 289:18
292:8
**reported**  2:18
10:11 141:15,17
142:5 159:18,19
175:20 286:13
**reporter**  4:13
5:8 24:9 291:8,8
291:15,16
**reporting**
149:22 252:18
**reports**  13:8,14
13:17,18,24
15:2 18:15
26:24 41:7
53:18,25 54:10
54:17,19 62:15
88:10 103:3
145:4 152:17
153:15 156:8,12
156:18 157:1,2
167:21,21,22,25
189:11 201:13
211:2 237:3

**represent**  22:11
**representation**
59:22 158:23
226:24
**representations**
20:1 59:17
105:25 155:3
**represented**
6:18 59:3,9
60:12 155:14
223:5
**representing**
6:21 106:14
**represents**
100:13
**reproduce**
35:19
**reputable**  285:9
285:17,17
**request**  11:8
27:24 54:15
56:3 57:25
62:13 142:7
**requested**  11:20
12:3 24:11 73:3
104:6 292:10
**requesting**
11:18 12:13
**require**  64:18
155:12 237:8
**required**  55:2
86:11,12 197:17
207:23
**requiring**  51:21

**[reran - revised]** Page 347

**reran** 159:1,14 159:15

**rerun** 159:3,13 228:18

**rescue** 67:18

**research** 34:18 35:9 36:17,22 36:25 37:1 113:6,8,15

**resolve** 272:5

**resolved** 148:21 148:21 174:2

**respect** 5:20 59:18 109:2 132:9 150:9 154:14,16 156:25 193:12 253:21

**respectfully** 199:21

**respiratory** 107:20 248:24 249:2 250:18

**respond** 5:5

**responds** 31:1 204:1,9

**response** 5:12 5:16 270:21

**responses** 5:7,9

**rest** 126:10

**restricted** 133:10

**restricting** 132:4

**result** 77:5 92:24 95:25 97:21 111:14 112:13,14,21 120:10 126:24 134:21 146:12 146:13 160:23 162:16 163:6 175:18,19 179:4 179:5 200:21 219:12 244:7 245:13 256:11 266:18,19 276:24 277:21 279:19 281:19

**results** 74:6 83:23 87:11 88:22 100:14 110:14 112:4 113:11 130:20 134:11 135:9,11 135:16 136:9,25 138:11 140:9,10 141:15,17 142:18 143:3,4 145:5,13 146:3 146:15,18 148:13 152:10 153:20 157:21 159:2 166:20 169:25 171:17 171:18,22 172:1 172:2,9,14,15 172:18,18,22,23 173:4,5,10,18

173:18,19 174:4 174:8,10,12 179:14 186:13 192:6,20 197:20 210:24 211:4,25 212:3,24 214:13 214:14,16 219:2 219:9 223:18 226:12 227:22 229:13 230:8 231:3,24 233:13 239:11 243:11 243:23 246:18 247:4 249:6 253:10,13 254:23 255:11 256:5,10,12 261:5 268:8,16 269:9 270:25 271:3,5,7,8,17 272:4 273:5,13 274:7 276:18,18 276:23 277:6 279:9,19 281:2 281:16 287:4 289:4 290:5

**retained** 272:12

**retains** 272:21

**retracted** 287:9 287:10,11,22

**retracting** 277:20,23 278:16,19

**returned** 294:14

**reveal** 7:7

**revealed** 91:2 123:24 128:20 271:3

**revealing** 7:11 14:18

**reveals** 9:9

**reverse** 20:24

**review** 8:9 9:14 12:19 50:13,17 56:4,18 59:1 77:10 148:7 152:14 155:3 156:24 167:3 207:6 220:16 229:12 239:3 278:21 292:9 294:9

**reviewed** 9:2 29:6,8 51:12 56:11 61:8 62:18 77:14 141:4 144:2,9 144:10,25 170:4 207:15 211:22 219:24 220:13 220:15,22 231:6 231:14 237:22 243:3 270:8 285:11,18 287:13 289:21

**reviewing** 74:5 127:3,8

**revised** 30:11

**revisions** 13:24 14:2,4
**rewrote** 28:24
**richard** 1:9
**riddled** 270:24 289:21
**right** 5:7,20 6:3 8:2 9:2 13:9 15:14,15 20:20 21:5 23:9 32:7 34:5 36:14,21 37:23 39:23 45:10,11,11,12 45:14 46:13 53:8,15 60:4,7 60:18 66:8 69:17 70:17 74:8 75:6,23 76:13,22 80:2 81:13 85:24 90:3 91:5,7 92:23 99:1,9 101:9 103:22 111:15 112:13 114:6,10,19 120:5,11 121:13 122:2,18 123:8 124:5,8,19,24 127:12 129:20 130:24 132:20 132:20 133:5 134:18 136:13 138:16,17 139:9 139:9,13 140:24 142:3,4 143:1

143:14 146:14 146:24 147:2 148:18 149:2,22 150:7 153:24 157:1,13,20 162:19 163:10 163:14,16 164:5 166:25 167:8 169:16 177:13 178:3,7 181:22 182:2,7,18 183:16 184:13 185:11,12 186:14 189:1,18 189:22,25 191:7 193:4 196:21 198:25 205:18 208:14,18,25 210:5,17 212:7 212:9 213:6 214:5 216:20 217:18 220:23 222:6 223:17 224:22 230:18 232:13,15 235:7 237:23 240:1,8 240:21 241:12 245:5 246:14 249:5,23 250:4 253:4,18 254:23 256:2,12,18,21 256:24 257:17 259:19 263:13 263:22 264:11 264:15 265:3,3

266:2 268:1 269:9,13,15 270:13 273:3 277:8 278:4 279:20 280:2 282:12 285:25 289:4,19
**ring** 260:17
**risk** 112:18
**rna** 20:15,25 30:24 34:23,24 40:22 78:23 107:18 116:23 116:24 131:19 175:13 186:23 192:17 194:24 197:17,23 198:6 198:12 199:1,4 199:14 201:7 228:9
**rnasep** 197:20 198:17
**rneasy** 201:5,6
**robinson** 36:7
**roche** 21:6,11 21:18 22:10,10 22:12,20
**rockefeller** 2:8 294:2
**role** 16:14 27:13 27:14 38:6
**roman** 82:1
**room** 5:20,25 22:23 28:5

**rotor** 195:23 196:5
**roughly** 8:3,20 16:9 22:14 30:7 30:7 232:2
**roundabout** 199:25
**routinely** 164:16
**rpr** 1:21 2:19 292:6,22
**rt** 10:9 29:3 39:24 60:23 63:4,7 82:3,19 88:1,3 91:18 92:10 95:13 100:7 102:4 107:21 108:9 112:14 169:8 194:14 228:13 287:16
**rule** 294:22,22
**rules** 4:25 15:19 294:15
**run** 49:21 61:12 62:14 159:4,6 160:17,18 165:19 167:6 168:19,19,21,24 169:17 170:25 171:1,2 176:22 177:20 179:8,11 179:16,18,22,24 180:2 185:8,14 189:11,11,13,21

190:4,20 192:7
195:14,15
200:13 228:15
228:17 233:14
257:17 270:22
273:5,9 285:25
288:24

**runaround**
175:7

**running** 164:6
261:6

**runs** 219:10

**rush** 257:13,14

**rx** 261:3

**s**

**s** 2:15

**salary** 16:15,16

**saliva** 96:25
110:5 111:16

**salt** 119:8
140:22 203:23
284:7

**sample** 20:16
44:15,20,21
67:14,17,21
69:15 74:23,25
75:2 76:25 77:3
77:6,8 78:25
79:22,25 81:4
93:7,8,8,21 97:6
110:6,8 111:16
145:11,12
166:21 175:14
175:20 176:2,4
176:9,19,25

177:2,3,10,18
181:18,19
190:18 198:5,18
199:3,4 200:13
200:25 217:5
271:10 276:5,5

**samples** 40:12
40:18,19,22,23
45:5 46:8 61:10
68:21 73:24
74:5,6,10,21
75:10 83:13
91:3 93:2,5,13
110:12 111:18
166:16 169:7
176:22 177:7,8
177:10,17
190:16,19,25
191:9,22 192:2
192:3,7 194:1,2
194:6,7,7,11,12
194:25 200:11
200:16 204:21
231:25 232:1,11
232:23 234:20
240:4 243:10
247:5,9,10,22
247:22,24
248:25 249:6
250:15,16,16,17
250:19,22,24
252:9,14 253:7
261:6 271:2,3

**saragene** 169:9
217:10 257:22

**sars** 10:10 38:22
40:11 87:4 94:1
94:10 108:8
109:8,13 110:4
110:6,9,13
116:23 117:12
118:5 175:14
197:24

**sat** 22:23 24:4
24:22

**satisfactory**
192:21

**satterfield** 1:9
50:11 51:22
73:20 74:4
75:23 78:12
79:1,9 80:3
81:13 96:15
97:22 126:16
141:8,10 142:19
143:19,23,25
144:18 147:11
147:15 148:6
183:23 203:18
206:7 208:23
224:13 231:20
237:18 238:8,15
240:13 241:11
242:11,12,15
243:7 253:21
266:8

**satterfield's**
55:14 127:4
128:18 142:4
143:20 213:23

**save** 242:7

**saved** 242:7

**saw** 53:23 61:15
142:1,3 153:12
169:23 200:9
211:14 213:6
222:12 237:12
270:22

**saying** 71:6 74:4
75:4,23 79:23
80:3,18,24 81:4
84:7,12,16,20
90:13,23 99:1
101:3,18 105:15
109:7 114:12
116:11 122:23
123:1,2,14,14
123:22 124:25
131:2 137:24
138:3,6,24
139:14,18 140:5
141:8 147:15
148:12 176:25
191:20 193:6
199:19 207:12
214:15,24
218:14,21
223:10 224:12
224:14 230:13
234:6 235:16
240:10 241:3,6
242:8 259:2
263:23 266:8
268:20 272:16
278:17,20 279:3

**[saying - see]**

279:23 280:23 281:7 284:18

**says** 73:21 74:9 74:11 78:12 79:1 134:10,20 141:13 143:2 147:8,11 155:19 155:22 156:7 160:25 161:8 166:12,15 169:6 170:9 175:12 178:9,10 183:15 184:24 185:10 186:4 187:4,14 187:20 188:20 189:5 190:8 192:4,6,6,18 194:15,19 195:4 197:20,22 198:17 199:8,9 200:10,15 203:7 203:12 204:10 204:10,20 206:3 206:14 208:4,18 209:11,13 210:6 210:9,10,23 212:1 213:20,20 219:10 222:14 223:17 231:23 232:19 233:8 234:19 238:22 240:2 243:7 247:18 248:23 250:14 251:7 252:7,15 255:24

261:4,9,20 262:6 268:8 270:20 272:3,3 277:15 279:6 284:22

**sbeadex** 192:9 192:11,13,22 206:20

**scenario** 68:6 71:22 90:13 96:21 97:14 115:6 165:11,15 205:14

**scenarios** 146:15 164:23

**schedule** 272:4

**school** 37:24 38:3

**science** 132:18 141:10

**scientific** 34:17 102:20 103:3 105:15,21 108:2 144:9 153:9 218:25 219:14 226:20,21 227:3 286:16

**scientifically** 205:25

**scientist** 35:7,10 59:11 72:13 205:24 246:16

**scientists** 104:19,19

**scope** 63:10 76:1 103:8 105:10 188:22

**screen** 17:22,25 50:24 73:10 79:6 102:1 203:3,18 221:11 222:1 240:2

**screwy** 219:9

**scroll** 17:23 18:6 19:3 48:17 161:8 221:21

**scrutinize** 207:9

**se** 33:11 97:5 179:15

**sec** 56:12

**second** 7:12 27:4,8,11,12 79:2 89:13 141:7,8 168:2,5 190:18 191:7,8 192:7 197:16,22 210:9 228:8 232:22 243:13 245:16 247:18 247:19,21 255:16 257:17 259:4 264:21 271:24 275:8 278:9 283:22

**secondary** 121:24

**secondly** 128:9

**section** 14:22 19:11 56:11

90:5 119:7 161:2,3 175:9 192:6 226:5,7 273:24

**securities** 19:20 19:23 32:17 60:3

**see** 17:24 19:11 35:10,14 38:17 40:14 56:15,17 59:7 60:24 65:12 68:15 73:10 74:2,17 78:9,16,17 79:4 82:21 84:5 90:11 91:20 92:22 95:10 102:8 107:24 108:17,18,22,23 113:12 114:16 115:4,5 119:8,9 119:14 126:12 126:13 128:23 128:24 129:12 129:13 131:6 133:8,18 134:12 134:22,23 135:13,14 141:11,12,19 143:20 147:12 147:14,18,19 148:16 150:23 151:18 152:25 153:19 155:13 155:24 158:2

**[see - sensitivity]** Page 351

161:3,12,15,24 165:20 166:25 167:10 168:17 168:18 169:10 170:11 172:25 175:10,22 179:3 181:5 184:9 188:10,11 189:6 191:3,24 192:25 193:1 194:17,18 195:2,3,15 196:6 197:18 198:1 200:23 203:11,20,24 205:1 206:5,23 208:10,21 209:16 210:25 211:1 212:1 214:3 222:1,17 223:21,23 225:4 225:5 226:10,17 228:10 229:15 229:18 230:10 231:4,5 232:6 234:22 235:13 236:23 252:19 252:23 255:6 256:9,13,14 261:5,13 262:24 268:21 270:18 271:11 272:1 273:15 274:1,10 276:25

**seeing** 54:9 123:12,14

221:17 232:23 276:8 282:6
**seek** 207:13
**seeking** 66:7
**seem** 65:19 121:5
**seemed** 88:15 270:23
**seems** 36:8,10 36:16 63:2 82:1 88:2 98:7 114:14,18 118:19 231:6 238:14
**seen** 11:13 73:15,18 107:15 120:19 141:25 166:7 171:6 200:9 203:13,15 221:12,13,18 222:12 225:17 225:19 231:16 232:23 234:15 234:16 237:24 243:14 247:16 254:20 255:1,2 255:8 259:17 261:2,19 268:10 268:16 273:1 275:12
**segregated** 143:2
**selected** 49:10 49:12,12 220:25

**selecting** 137:16
**selection** 126:20 128:2,10 130:6 130:7
**selective** 127:1 127:24 128:10 131:25
**sell** 35:22
**sellman** 24:2 25:1
**semantics** 224:2
**send** 168:1 238:1
**sending** 38:16
**senior** 35:9 36:22,24 37:15
**sense** 21:1 72:4 72:10 77:6 134:6 151:17 207:12,16 262:10 277:2,14 277:18
**sensible** 259:14
**sensitive** 44:1,2 46:2 47:4,7,9,20 61:3 68:4,13,22 69:24 70:2,21 71:7 72:21,22 75:18 79:3,12 80:25 81:6 89:4 106:4 107:22 108:10 115:1,8 115:15,17 116:14,14 117:23 118:6,8

118:11,14,20 165:16,22 166:9 166:11 197:2 204:25 205:15 213:17 260:13 283:25
**sensitivities** 68:17
**sensitivity** 40:7 42:23 43:4 44:4 45:2,2 46:7,12 47:1 66:22 67:2 67:4,6 69:2,20 71:4,10,15,16 71:21 72:5,14 72:15 79:16 82:17 86:16 88:25,25 89:3,6 89:8,20,23 90:3 90:6,9,14,16,25 91:17,19,24 92:6,19 93:1,16 96:4 97:9 98:8 100:24 102:7 103:18 104:22 106:14 108:25 110:21 112:4 117:3 121:20 122:4,16,21,24 123:4,4,6,10,11 123:23 124:8 161:3 164:20 166:14,18 169:8 174:10 177:15 177:16 178:10

178:21 181:14 181:15,21,23,24 182:1,3,6,6,9,16 182:22 183:2,4 183:6,10,12 190:24 191:6,8 191:12,18 192:1 193:3,23,25 196:11,13,19,20 197:3,4,10 201:15 204:20 204:24 205:5,9 205:10,13 208:7 208:13 209:15 210:4,11,13,14 210:20 212:9 214:1,18 215:3 217:17 224:17 224:21 232:5 239:16 243:12 247:20 254:15 261:7,12,16,23 262:6 266:10 268:15 273:11 276:20 277:9 278:2,4 283:14 284:2 285:2

**sent** 39:24 49:7 49:11 93:1 169:23 170:1,3 184:16 221:3 239:8 242:18 261:3

**sentence** 143:9 208:14 209:24

215:14 248:6

**separate** 174:15 212:8

**separately** 141:16

**sequenced** 34:22

**sequencing** 35:21

**seracare** 78:14

**serbin** 1:9

**serial** 85:1,3 180:5

**series** 5:2 288:14

**serve** 13:1

**served** 11:24 15:18

**services** 10:7 11:9 13:6 16:5 22:1 24:17 29:14

**serving** 9:21

**set** 18:25 41:1 58:9,15,18 174:12 180:4 190:17,18 192:7 229:3,4

**sets** 190:16

**setting** 7:15 33:2 34:8 104:15 171:8,16 194:10 217:15 233:17 253:10

**seven** 102:12,19 282:13

**several** 6:7 8:14 8:15 30:1 53:23 63:19 152:24 153:4,7 161:20 165:10 205:21 249:1 250:5,9 256:23 257:23 264:24 267:16 282:8 287:7,15

**shape** 18:22 52:20

**shaped** 232:21

**share** 17:12,23 73:7 102:1 140:15 152:6 188:6,7,10 203:3 206:25 221:10 231:12 237:17 255:19 283:3

**shared** 136:17 144:20,24

**sharing** 17:21

**sheet** 153:19 293:1 294:11,12

**shipping** 272:21

**short** 25:11,19 28:13 30:20 99:21 260:7,9 269:24 290:14

**shorter** 139:10 220:10

**shorthand** 157:17

**shortly** 8:6

**shot** 128:3

**shoup** 258:15

**show** 18:10 73:5 78:8 81:19 86:5 98:13 100:19 112:19 117:12 127:21 150:16 151:7 204:2 209:4 211:3 212:6 220:14 237:15 250:7 256:23

**showed** 36:5 96:14 107:21 169:7 211:8,15 213:1 239:25 250:15,19 271:6 274:25 284:7

**showing** 48:13 57:6 166:23 168:12 178:24 179:14 200:4 203:17 232:2 234:20 240:4 247:4 256:4 271:10

**shown** 50:19,24 51:13 52:8 140:4 161:16

**shows** 112:22 126:17 127:18

**[side - south]** Page 353

side 125:20

sign 12:9 168:1 294:12

signature 54:12 167:20 234:16 291:14 292:21 293:18

signatures 168:4

signed 11:4 54:17 167:10,11 291:12 294:16

significance 201:24 202:2

significant 85:14,15 135:8 136:22

significantly 128:20 135:11

signing 12:14 167:24 168:2

similar 66:15 168:21 179:4,16 179:23

similarly 67:23 111:17

simple 45:20 66:19 71:18,19

simply 45:20 150:5 162:9 183:25 190:23 211:21 228:5 241:21

simultaneous 280:1

sincerely 294:19

single 47:25 71:13 83:24 95:25 118:7,15 161:25 163:23 176:25 177:1,18 199:22 224:8 250:8

sir 13:9 53:22 171:11 188:10 215:12 221:12 239:15 255:23 270:8 278:2,8 280:5 283:3 285:4,25

sit 150:16 151:8

site 239:1

sites 141:18 143:5

situation 108:21 117:5 156:17 173:20,21 174:13 270:12 270:21

skepticism 105:6

skipping 225:22

slc 232:23,25 233:1

slight 131:16 133:13 287:12

slightly 211:18

sloppy 85:8

slow 209:18

small 97:3

smaller 27:12 131:24

smallest 82:18

smart 59:4,5,10 60:22 61:7 63:6 64:7 88:7 90:8 95:1 107:7 119:12 190:11 192:21 194:22 229:18 261:6,10 261:17 262:13 265:15 271:6,6 276:20 283:12 288:25 289:11 289:15 290:6,9

sneeze 92:12

software 159:7

sold 69:9 147:10 147:17

solely 13:1

solution 25:11 77:7 228:25

solutions 2:19 294:20

somebody 13:2 65:8 87:12 202:11 222:16

somewhat 63:3

soon 52:2 95:16 99:23 102:17 137:20 221:11 252:7 255:13

sore 92:12

sorry 12:21 15:23 21:23 23:13 24:1,8,8 24:24 30:21 40:2 58:7 59:20 64:24 67:18,19 74:13,13,14 78:17 79:5,7 81:25 83:8 84:17 87:20 97:17 120:8 126:5 136:5,7 161:6 162:25 163:11 164:19 167:9 179:21 184:8 185:19 186:12 192:4,5 192:5 198:8,9 198:21,21,21 211:18 213:10 213:21 227:7,8 234:19 237:16 247:1 248:14 257:21 258:18 278:9 283:19

sort 5:15 89:12 90:2 286:2

sound 232:21

sounds 188:1 282:16

source 114:5

sources 48:23 82:6 228:19

south 2:3,20 145:2,17 147:21

149:11 150:4,8 151:16 153:20 171:25 172:2,8 172:18,21 173:5 214:5,9,17,19 214:24 215:18 218:2,8 226:13 229:22 230:7 261:16 266:1 267:25 268:13 268:15 269:14 276:18,22 277:6 277:13 279:9,19 280:11,14,18,22 281:6

**speak** 57:23,25 58:3 185:15

**speakers** 280:1

**speaking** 46:24 194:10

**speaks** 185:20

**specific** 12:13 29:1 42:17 44:2 61:3 66:3 89:18 95:8,25 98:16 106:4 107:22 108:10 109:25 115:1 117:10,10 201:11 205:6 249:19 260:13 268:25 273:6 274:12 279:14 282:1

**specifically** 9:16 49:18 210:20

216:10 260:16 271:2

**specification** 265:18

**specifications** 195:13,16

**specificity** 40:7 42:23 43:4 44:5 45:3 46:7,12 47:2,5 71:5,7,17 72:5 86:17 95:5 100:25 102:7 103:18 104:22 106:14 108:25 110:21 115:16 121:20 122:24 123:11,23 166:14,18 169:8 174:11 177:13 177:14,19 178:10,21 179:1 180:13 191:12 191:18 193:4,15 193:23 196:11 196:14,15,15,21 197:11 200:22 201:16 204:21 208:7 209:14 210:3,11,13,20 212:9 214:2,19 215:3 217:18 224:17,21 232:5 232:15,18 239:15 240:8,11 240:16,17

243:11 249:10 249:13,18,20 250:7 256:13,17 256:24 260:7 266:10 276:21

**specified** 42:6 86:6

**specify** 176:22

**specimens** 261:22

**speculate** 105:1 156:9 177:24

**speculated** 180:4

**speculating** 132:10,15 176:7 241:12,24 245:2 245:9 267:4,6 267:20

**speculation** 68:10 70:5 71:1 79:14 98:1 103:20 104:25 115:13 124:12 144:16 154:19 164:9 167:17 170:16 202:25 204:6,16 245:1 245:20 251:11 264:17 265:7 267:15 285:14

**spend** 38:9

**spent** 26:14 35:19 48:8

**spiked** 190:18

**spinning** 196:4

**split** 131:3

**spoke** 267:5

**spoken** 143:25

**spreadsheet** 184:23

**sputum** 110:8 194:25 200:11 200:12

**stable** 116:24

**stage** 216:18 218:18 264:22 286:24

**stages** 262:23 263:15,25

**stamp** 282:22 282:23

**stamped** 282:20

**stand** 31:16

**standard** 40:17 83:13 92:1 94:10,20 128:22 129:1,4,5,6,9 137:21 191:5 229:10 259:11 262:18 272:19 285:24 286:2,6 286:7

**standardized** 84:8 85:18

**standards** 94:6 94:21,21,23 128:4

**[staring - study]**  Page 355

**staring** 157:12
**start** 5:11,16
 79:18 95:14
 96:24 259:15
**started** 5:1
 36:19 140:8
**starting** 231:3
 231:19
**starts** 114:15
 162:18
**state** 1:22 21:23
 102:13 127:9
 141:14,18 291:4
 291:9,16 292:3
**statement** 64:12
 82:9,10 96:18
 103:2 105:20
 106:18,22,23
 108:24 114:6,13
 142:25 143:11
 143:21 148:4,6
 150:4,6 172:23
 196:23 201:14
 201:21,22 205:3
 205:25 207:16
 211:22,24 220:8
 234:25 262:10
 263:18 266:20
 266:21 269:3
 277:15,17
 278:20 279:1,2
 279:3,4 282:4
**statements** 33:5
 54:16 76:9
 107:1 145:19

155:9 181:10
 235:8 250:12
 251:18 254:16
 268:21
**states** 1:1 26:21
 28:6 207:23
**statewide**
 135:17 137:1,9
 137:24 139:16
 139:24 140:3
**stating** 192:19
**stations** 113:18
**statistical** 162:6
 176:15
**statistically**
 175:19
**statistics** 90:9
 122:16 123:4
**statute** 294:15
**stayed** 36:10,15
 37:18
**stenographic**
 292:11
**stenographica...**
 292:8
**step** 68:11 160:9
**stephen** 1:19 3:4
 4:2 103:24
 291:10 292:9
 293:4 294:6
**steven** 4:20
**stick** 228:24
 271:19
**sticking** 281:11

**stock** 32:22
**stop** 215:16
**stored** 44:22
 247:11
**straightforward**
 68:17 69:5
 191:17 197:8
**strange** 24:4
 149:16
**streamlining**
 14:25 15:1
**stretch** 282:15
**strike** 10:16
 13:12 24:24
 31:11 33:3 36:9
 42:12 43:16
 48:4 49:14
 52:18 103:1
 112:1 116:12
 154:14 167:2
 168:19 169:4
 170:7 185:5
 197:14,21
 212:12 243:14
 257:1 260:4
 265:24 283:8,9
 283:16 284:6
 286:15 288:4
 290:4
**striking** 131:22
**string** 203:13
 221:12
**strive** 46:17
**struck** 88:12,19
 223:23

**struggle** 25:5
 47:6
**struggling** 47:3
 213:10
**stuck** 251:19
 257:8
**studied** 33:2
**studies** 33:11,17
 33:23,25 34:8,9
 53:18 61:6,25
 81:8 104:14
 145:1 152:17,24
 153:4,8,10,11
 153:11 154:22
 179:18,22
 180:14 181:9
 189:3,6 194:20
 250:9 259:9
 287:3,7,15
**study** 32:3 33:4
 34:2,4 38:8
 41:13 78:15
 158:21 176:22
 179:9,16 182:22
 183:2,6,12
 185:8,10,13
 189:7 191:22
 193:11 194:13
 194:21,23 195:4
 196:2,8 197:16
 197:22 198:6
 200:10,22
 201:25 202:15
 209:4,13 210:10
 211:7 212:23

**[study - take]** Page 356

214:9 215:10 218:3,10 249:17 250:8 283:11 284:16,17 285:11 286:17 286:19 287:7,22

**stuff** 35:8 168:1

**stupid** 11:11

**stylistic** 14:16 223:9

**stylistics** 14:21 15:1,2

**subject** 78:23 256:21

**subjects** 195:1 200:11

**submission** 243:10,13,16 247:18,19,21

**submit** 167:25

**submitted** 16:4 278:22

**subscribed** 293:20

**subsequent** 258:2,2 259:9

**substance** 14:11 15:21 25:21 154:16

**suddenly** 133:8

**sued** 21:18

**sufficient** 56:8 96:4 162:10 180:9,20 194:1 251:16,21

**suggest** 98:21 142:2 173:16 175:4 265:19

**suggested** 146:8 159:10 262:18 294:14

**suggesting** 127:24

**suggests** 66:2 129:8 166:8 205:12

**suite** 2:3,11,20

**summarize** 152:16

**summary** 152:22 184:11 252:1 262:21

**summer** 9:22,22 10:3,3,25

**superfluous** 14:22

**superior** 98:9

**supervisor** 54:10 167:13

**supplemental** 18:24

**supplemented** 18:21,23

**supplied** 49:20 86:11

**support** 26:12 29:4 53:13 106:23 108:4 129:14 143:21 254:15

**supported** 60:19 156:18 181:10 275:20 276:8

**supporting** 106:19 108:4

**supports** 53:13 76:9 201:21 254:16

**supposed** 64:13 155:1,3

**sure** 12:25 26:21 29:19,24 46:11 53:4,10 59:13,25 64:16 73:17 108:6 118:18 142:24 151:24 160:4 188:14 191:4 194:4 213:11,18 249:4 256:9 257:24

**surrounding** 114:4

**suspect** 251:13

**suspected** 204:11 273:10

**swab** 110:8 111:13 131:19 166:16

**swear** 279:8 293:8

**sweat** 284:6

**swift** 270:21

**switzerland** 22:25

**sworn** 4:5 291:11 293:20

**symptom** 113:4

**symptomatic** 87:2 143:3

**symptoms** 87:24 92:9 112:11,19 112:22

**synthesized** 198:7,10,12

**synthetic** 194:24 197:17 197:23 199:14

**system** 22:22 37:24 190:10 192:22 201:6,7

**systematic** 272:9

**systemic** 241:15

**systems** 190:10 201:9

**t**

**t** 188:17

**tab** 203:7

**table** 161:16 185:16,20 256:4

**tables** 158:5

**take** 5:17 30:8 31:2 46:1 52:1,3 57:20 61:13 66:21 70:9 74:23 78:22 92:8,9,16 93:19

**[take - terms]**                                                          Page 357

| | | | |
|---|---|---|---|
| 99:23 100:2 101:9 106:19 110:5,7,8 111:15 120:2 151:22 175:8 177:1 195:14 200:24 239:21 241:13 242:3 245:12 255:13 270:10 276:1,1 281:8 286:10,12 | 227:7 234:8 235:12 236:3,13 250:15 260:10 264:19 | 206:19 | 279:4 |
| | **talks** 238:10 265:11 | **technique** 130:4 | **temperature** 112:16 |
| **taken** 1:21 37:17 52:5 74:23 101:11,13 151:25 176:25 188:2 215:3 226:3 255:17 282:17 | **target** 38:22 69:14 76:25 77:9 78:22 79:18 85:1 93:6 97:2 116:1,2,4,5 116:14 117:4 118:1,7,16,16 119:1,2 160:18 161:16 163:4,20 163:22 195:8,9 275:9 | **technologies** 35:10,18 36:9 36:11 | **template** 228:6 |
| | | **technology** 35:16,24 | **ten** 83:16 85:1 135:16 160:5 175:18 176:4,7 176:13 177:6,6 190:19,19 191:9 191:10,22,23 192:8 193:6,7 193:19,19 194:1 194:7 273:10 |
| | | **teleconference** 1:15 | |
| | | **telephone** 27:6 28:5 | |
| | | **telephonic** 261:21 | |
| | | **television** 113:18 | **tend** 41:17 160:13 258:21 |
| **talk** 204:3 209:20 219:15 235:24 236:23 264:5 277:17 | **targeting** 37:3 107:19 116:20 | **tell** 11:16 83:22 100:18 155:8 165:11 174:21 177:4 179:3 215:24,24 223:10 238:13 241:5 242:6 246:4 248:10 252:16 266:6 268:12 281:20 | **tends** 258:12 |
| | **targets** 78:25 117:6,16,18,24 118:10,21 119:6 160:6 163:20,24 | | **tenor** 218:21 |
| | | | **tens** 22:16 |
| **talked** 101:17 103:22,23,24 141:1 236:4 242:12 254:15 264:9 | **taxes** 103:13 | | **term** 24:22 41:13,14,15 59:9 64:19 67:11 100:8,9 121:19 201:24 202:2 258:15 262:17,18 |
| | **technical** 14:8 21:9,15,17,21 24:22 61:16 105:7 129:10,15 130:3,23 131:14 132:3,9 241:17 241:21 | | |
| | | **telling** 72:12,13 72:15 245:9 | **terms** 41:20 44:4 61:16 66:13 91:22 92:18 98:7 100:23 114:3 115:25 116:11 138:25 154:22 176:21 197:9 240:23 |
| **talking** 64:20 65:15,16 75:11 96:6,7,10 104:18 113:22 124:19,20 138:16 141:9 205:8,9 207:4 210:21 218:17 | | **tells** 66:5 69:14 162:3,13,13 179:6 186:22 199:24 200:3 218:22 241:18 242:4 244:20 245:16 247:16 248:11 266:22 | |
| | **technicality** 118:12 | | |
| | **technically** 133:19 204:10 | | |

**[terribly - test]**

| | | | |
|---|---|---|---|
| **terribly** 47:21 220:4 | 82:25 83:4,25 84:1,21 88:7,11 | 124:13 126:18 126:19,21,25 | 211:24 212:23 212:25 213:17 |
| **territory** 260:18 | 89:4,8,14 90:7,8 | 127:22,25 | 215:8,17 216:15 |
| **test** 10:9,12 | 91:18,19,19 | 131:15 138:7 | 216:16 217:5,10 |
| 21:10 40:13 | 92:1,3,3,7,19 | 139:24 141:15 | 217:10,10,12,13 |
| 42:5,14 43:12 | 93:5,8,11,24 | 141:17 142:12 | 217:23,24 218:2 |
| 43:18,20,22,22 | 94:14,23,25 | 143:3,5 145:11 | 222:3 223:18 |
| 43:25 44:11,19 | 95:1,2,7,8,12,24 | 145:11 146:18 | 226:12 229:18 |
| 44:23,25,25 | 96:3,7,11,15,16 | 147:4 149:17 | 232:3,20 233:14 |
| 45:1,9,16,21,22 | 96:18,22 97:5,6 | 150:10 158:11 | 234:1 235:2,21 |
| 46:6,7,17,19,22 | 97:23,24 98:8 | 158:13,19,24 | 238:11,24 239:1 |
| 46:25 47:4,6,8 | 98:13,14,17,18 | 160:15,25 | 239:13 241:6,22 |
| 47:12,20,24 | 98:18,22 99:5,7 | 164:13,14,16,18 | 243:18,23 |
| 59:5,10 60:15 | 99:16 100:19,21 | 164:25 165:6,12 | 246:11 247:4 |
| 60:22,23 61:1,7 | 100:24 101:2,3 | 165:16,19 166:8 | 249:1,3,10,12 |
| 61:15,17,19,23 | 102:6,16 103:17 | 166:10 168:14 | 249:18,19,20,23 |
| 62:19 63:7,13 | 104:21 106:2,3 | 169:9,9 176:10 | 250:8,20 252:18 |
| 63:24,25 64:2,4 | 106:13,15 107:2 | 177:20,25 178:6 | 252:18,21 253:3 |
| 64:7,7,22,23 | 107:19 108:9,19 | 178:7,21 183:18 | 253:6,8,9,12 |
| 65:5,22,24 66:3 | 108:24 109:12 | 184:1 186:1,2,5 | 254:11 256:12 |
| 66:5,7,8,13,17 | 109:25 110:19 | 186:9,11,16,17 | 257:8,9,13,14 |
| 66:20,23 67:2,4 | 110:25 111:6,10 | 186:21 187:1,3 | 257:17,17,18,22 |
| 67:6,13,15,17 | 111:11,12,12,19 | 187:8,9,12,15 | 258:3,8 259:4 |
| 68:1,2,4,7,8,25 | 111:19 112:4,12 | 191:3,6,7,8,9,14 | 260:6,6,8,12,15 |
| 69:9,9,11,13,23 | 112:14,14,19 | 191:16 192:21 | 261:17 262:13 |
| 69:24 70:1,21 | 113:10 114:25 | 193:10,18,20,21 | 263:2,11,17 |
| 70:21,22,23,23 | 115:1,7,7,7,9,10 | 193:22,22,23,25 | 264:15 265:15 |
| 71:23,23 72:7 | 115:16,19,20 | 194:22 195:8 | 266:23,24,25 |
| 72:21,22,22,23 | 116:13,21 117:3 | 196:6,9,11,14 | 268:1 270:24 |
| 73:23 74:6,7 | 117:14,17,22 | 196:25 197:1,6 | 272:23 275:24 |
| 75:1,5,6,18,18 | 118:16,16,20,21 | 198:24 201:10 | 276:1,15 280:7 |
| 76:8,8 77:1,5,15 | 119:12 120:1,3 | 202:7,8,11,16 | 280:8,13,15,18 |
| 79:11,12,19,22 | 120:21 121:21 | 204:11,12,23 | 280:25 281:2,3 |
| 79:25 80:25 | 122:3,15,24,25 | 205:15,17 208:6 | 281:6 283:12,24 |
| 81:6,8,10 82:24 | 123:3,24 124:7 | 208:20 209:9 | 284:1 285:1,25 |

286:3,3,11
288:23,24,25
289:2,3,11,15
290:6,9
**test's** 48:2
210:24 212:2
222:14 276:20
**tested** 38:22,23
38:23 40:21
112:23 128:11
131:25 132:1,7
133:5 136:4
138:13 190:16
193:9 232:10
233:3 243:9
247:19,21,25
248:7,25 250:17
261:22 266:9
271:2
**testified** 4:5
19:15 20:7,8
27:2 29:10
55:13 278:2
**testify** 19:16
22:19 150:8
229:24 243:17
**testifying** 19:9
74:16
**testimony** 23:12
24:20 28:2,10
39:5,21 44:9
46:15 47:16
53:2 63:10
64:10 65:3
66:25 76:1,16

80:14 81:2
84:23 89:17
90:19 91:9 94:8
97:11 99:12
103:8 105:18
109:22 118:24
119:20 120:14
121:15 122:7
123:20 125:14
127:6 130:14
131:1 132:13,24
134:3 138:2
139:17,18 143:7
145:7 146:6,21
147:24 149:4,14
149:24 156:25
169:20 173:8
180:23 190:2
201:18 214:7,22
217:20 218:12
243:25 250:2
252:4 253:20
254:25 263:7
268:19 269:17
274:15 275:22
277:11 278:6
279:11 284:20
288:5,10 293:8
294:10,14
**testing** 17:3,4,5
20:19,22,23
21:2,3 32:3 33:6
33:14,16,19
38:8,20 41:14
42:24,24 43:10

44:17 68:16
82:3 91:3 92:25
94:10 95:13,13
102:4 105:7
111:3,20 113:9
113:21,23,25
114:4,19 120:20
121:19 128:1
129:23 131:9
132:5 133:10,17
139:2,22 140:3
140:3,7,11
146:9 147:3
148:1 156:11
158:14 169:6
181:8 197:9
208:9 229:5,7
232:24 239:1
241:15 253:5
270:1 272:19
279:17 281:24
**tests** 36:3 37:6
38:11,12,14,19
38:22 39:3,19
40:11,17 41:4
41:16 42:4 43:2
43:10,11,20
44:1 45:5,8,13
45:24 61:5 62:1
62:5,14,23 63:1
63:3,4,18,20,21
63:22 64:5,12
64:25 65:6,9,19
65:19,23,25
66:15 67:22

68:1,19 74:20
74:21,25 75:20
79:11 86:2,18
87:7,10,16 88:3
88:7,16,17
91:21 92:22
93:25 94:1,3,7
94:13,17,19
97:4 98:22
105:4 107:21
109:2 112:3
113:22 115:2,15
115:25 116:4,8
116:13,14 117:2
117:11 118:3,3
118:9 119:3
128:8 130:9
134:7 145:16,20
147:11,17
148:12 149:8
155:4 160:1,22
163:5 166:7
184:2 187:1,5
190:20 191:3,24
194:14 195:15
195:15 197:9
201:14,19,20
205:13 211:14
212:15,21,22,25
213:4,25 215:16
215:18 217:22
217:23,25 219:3
226:24 231:24
232:1 236:1
243:10 244:1,4

**[tests - time]**                                                     Page 360

244:11,18,21
245:12,14
247:20 249:1,1
254:7,8 256:7,8
256:20 257:2,14
257:22,23
258:21 260:4
265:14 268:12
270:13 273:4,12
280:22 283:7,14
286:6,8 288:18
290:9
**testutah** 129:8
135:17 136:25
141:14 142:6
143:2 284:8
**testutah's**
126:10
**text** 100:20
223:6
**thank** 270:20
**theirs** 179:11
**theoretical**
91:11 246:7,15
**theoretically**
120:5 126:7
245:7,21 246:15
246:17
**theory** 29:4
47:21 67:8
91:11 117:7
118:10 120:15
122:11 160:5,19
275:19

**therapy** 285:7
**thermo** 94:17
**thing** 26:3 31:5
36:5 39:17 61:9
86:13 94:9
100:12 210:7
213:12 215:5
227:13 277:16
**things** 35:21,23
40:6 42:17,22
44:23 45:8
70:18,19 71:20
71:20 72:25
88:21 104:10
111:19,24
112:15 119:21
119:24 125:20
128:6 166:6
220:2,3,17
225:22 227:12
239:20
**think** 8:3 10:1,1
10:22 11:10,12
12:6,8,11 14:20
14:25 25:6
27:21 28:12,12
33:14,15 34:13
46:16 48:19
49:1,17,20,24
50:2,3,20 51:22
53:9,9 54:4,23
56:2 59:22
63:23 72:2
75:21 77:23
80:7,10 81:3

87:15 91:11
99:14 102:14
103:10 105:5,25
106:17 107:5,7
114:1,7,18
119:21 127:15
130:18 146:22
149:15 151:10
151:20 155:15
155:20 156:8,15
156:21 161:5
165:9 167:19,23
168:2 169:2
173:16 179:5,10
184:8,10 187:2
187:24 193:5
194:6 217:7
219:4,5 221:14
221:18,21 223:8
223:8,25 224:2
224:3,11 225:1
225:9,17,20
232:22 236:4
241:4 246:15
248:19 251:5,12
253:22 257:23
261:18 262:1
263:9 265:23
266:4 267:16
273:6,20,21
274:18 282:15
284:3 288:11,12
289:1,19 290:7
290:13

**third** 58:19
156:12,16
197:25 200:10
222:11 270:10
270:11
**thirty** 265:17
**thought** 103:25
155:13 209:19
**thoughts** 285:21
**thousand** 16:9
**thousands**
22:16,17 29:21
29:21 97:19
**three** 8:24,24
26:2,8 39:8
49:17 117:16
146:8,23 163:15
194:20 219:10
230:21 265:17
271:8
**threshold** 83:3
84:10
**throat** 92:12
166:16
**ticker** 127:18
**tielman** 261:2,9
**time** 10:13 11:2
26:14 31:21
32:6 35:19,22
38:10 48:7,8,12
59:6 60:14,20
63:21,23 80:9
83:4 92:19 94:5
95:25 102:15
107:23 108:21

**[time - try]**                                                                    Page 361

110:6,9,11
127:22 131:4
134:7 137:7
139:20 148:2
158:16 163:6,7
163:21,24 166:3
187:25 194:5,8
233:3 235:6
249:1 251:8
255:7,14 256:7
261:10 272:4
286:20 287:10
293:8
**times** 85:9
150:24 160:10
161:20 162:10
162:15,22,23
163:5,6 165:10
190:3 198:24
205:22 216:4
227:9 234:16
246:22 262:3
264:24,25
267:17 278:21
278:24 282:8
286:16
**timpanogos**
188:23 189:8
206:3,8,15,19
**tip** 228:23 257:9
257:12 271:19
275:6 276:4
**title** 57:11
161:19

**titled** 53:25
237:19
**today** 11:16
87:17 92:20
94:22 208:5
270:24 272:5
**today's** 6:5,18
**together** 86:16
201:19 250:11
**toggling** 81:18
**told** 101:21,23
130:16,17,18,18
186:20 198:23
215:6 227:9
252:2 254:9
264:9 267:16
**ton** 101:5
**took** 14:23 48:5
48:7,12 112:17
140:7 159:7
233:10 235:14
247:5,10
**top** 42:19 54:8
126:5 147:12
155:22 156:7
170:9 183:15
213:22 222:3
241:13
**total** 16:17
161:21,22
175:13 252:13
**totally** 277:14
**touch** 26:22
**touting** 96:8

**towards** 141:7
**tracks** 251:15
**trading** 1:4
293:4 294:6
**traditional**
31:19,23
**traditionally**
93:23
**trails** 251:16
**trained** 104:18
104:19 233:17
**training** 32:13
32:19,22 33:5
**transcript** 5:9
50:10,13 51:3
51:10,12,21
52:9,19 56:3
292:10,11 293:3
293:7 294:9,16
**transcription**
20:24
**transcripts**
50:18 54:16
294:13
**translate** 66:17
175:24 176:14
**translates** 46:21
197:3
**translating**
162:9
**transport** 45:8
**transporting**
44:21
**treatise** 229:4

**treatises** 82:6
**trh** 128:19,20
128:21 129:10
**trial** 13:2,3
20:12 22:23
24:5 25:24
26:18 27:2,5,11
27:16,16 28:20
28:23 29:20
**trials** 26:2
**tribune** 119:8
140:23 141:14
203:23 284:8
**tried** 84:24
96:21 180:24
196:5 271:18
272:17
**trinity** 31:8,13
31:17
**triplicate**
195:20
**troubleshoot**
272:23
**troubleshooting**
173:20 174:13
174:19 215:7
252:23 253:1
**true** 89:20,21
92:15 110:1
214:5 229:17
256:14 257:3
292:11 293:8,8
**try** 47:4 104:3
164:16 219:12

**trying** 12:8 14:20 35:18,20 45:19 47:11 59:25 60:2 71:13,18 84:5 117:21 142:24 156:19,20 195:8 213:19 215:7 223:8 241:4 274:2 278:9
**tube** 75:2 228:24 258:5 275:9 276:6
**tubes** 272:12 274:8,23,25 275:19,24,25
**turned** 215:9
**turning** 81:24 170:8
**turns** 145:14 287:9
**two** 13:8 32:11 40:6 45:24 56:15 67:25 68:19 81:15 83:17 84:20,21 85:3 97:4 100:3 100:16,16 115:14 116:20 117:15,24 119:2 119:3,6 128:6 130:1 165:21 166:23 168:3 176:19 178:1 190:9,16,17

199:25 201:9,13 213:7 217:23 220:1 226:1 228:3,12 244:1 244:18 245:12 245:12,14 247:4 254:8 257:14,22 265:21 275:4,11 280:4
**type** 10:17 33:4 41:5 85:17 92:25 132:4 136:3 185:7 196:2,6 198:11 228:8 229:4 241:1 259:8 274:12 275:13 275:13 291:20
**types** 173:24 228:3 275:4
**typical** 215:7
**typically** 83:21 134:8 148:22 191:2 194:13 219:5 228:21

**u**

**uh** 58:24 270:14
**uk** 1:15 16:22 16:24 17:1 26:16 27:9 28:25 29:24 37:13 39:25
**ul** 73:24 161:10 161:11 175:20 197:25

**ultimately** 267:25 288:3
**unable** 74:1,11 75:5,10 168:23
**uncertain** 108:13
**uncertainty** 109:16,18
**unclear** 14:7
**under** 150:7,17 151:8 159:9 199:11 279:7 293:7 294:15
**underlying** 48:9 55:9 128:15 183:18 189:14 189:16 211:23
**understand** 44:3 54:18 60:2 107:8 110:2 123:2 130:21 145:24 175:25 207:11 223:11 234:8 235:16 248:19 264:11 270:1 271:21 284:16
**understandable** 223:15
**understanding** 263:11
**understood** 36:18 37:19 49:3 62:21 113:21 147:7

**undertaking** 126:21
**unfair** 179:10
**unfavorable** 145:5
**unfortunately** 11:15 180:25 261:7 270:21 282:21
**unique** 208:5
**united** 1:1 26:8 26:21 28:6 85:21 207:23
**universities** 31:18
**university** 16:12 31:9,13,22 37:15 39:14
**unjustified** 125:25
**unknown** 108:14
**unknowns** 44:13
**unmodified** 42:4
**unquote** 42:14
**unreportable** 233:12
**unscrew** 275:25
**untrue** 284:23
**update** 261:11
**updated** 30:9
**uploaded** 140:14 188:5

**[uploaded - validations]**

221:10 282:20
**use**  14:8 39:1
41:20 42:5,6,22
45:4,25 47:18
47:25,25 64:17
65:5,21 67:11
78:15 80:16
83:16,20 85:2
86:1,16 94:2,13
94:14 96:23
97:3 99:4 100:8
100:23 111:18
117:22,24,24
118:1,5 119:3
121:16,19 124:6
133:21 148:12
160:15 173:12
177:10 190:15
192:23 194:2
198:6 215:8
227:18 230:14
259:2,10,11
268:12 286:10
288:7,12
**used**  10:11
21:10 29:4
40:12 41:17
45:22 48:10
61:17 65:6
74:21 77:6 81:4
82:9 89:19
94:16,19 97:1
99:5 100:10
117:16 118:9
136:20 159:8

170:18 175:15
176:8,9 178:13
180:13,15
181:17,18 182:7
185:16,20 186:5
187:5,9,12,16
193:18,19
195:22 197:23
198:6 199:2
200:12 208:8
212:23 243:18
244:2,2,11,19
244:21 253:7,9
254:7 258:4,5
258:15,16 271:4
286:6,8 287:13
294:16
**useful**  69:11
100:18 121:18
**useless**  287:20
**uses**  74:25 78:12
79:22 80:5
**using**  48:11
57:12 68:21
79:17,25 82:8
84:1,25 92:2
94:6 96:25
112:14 115:20
124:2 129:24
131:19 132:16
137:15,17 138:9
140:10 175:12
175:17 177:18
190:9 192:21
194:1,1 198:5

206:18,19
225:13 252:5
258:8 262:15
267:6 275:6
288:15
**usually**  7:25
70:15 194:2
**utah**  1:1,8 127:9
128:19 139:16
**utah's**  126:10
**utilized**  200:18

**v**

**vaccinations**
113:23
**vaccine**  26:5
**vacuum**  62:24
**vague**  11:21
25:20 33:7
45:17 59:12,19
65:13 83:6
85:19 86:23
87:13 88:8 93:3
96:5 106:16
107:3 116:7,16
117:19 124:22
127:14 138:18
138:22 143:9
145:6 146:6,20
156:14 165:7
178:15 179:25
194:3 202:3
207:2 210:18
211:5,16 222:21
222:22 236:2
257:19 289:13

**valid**  59:24
273:13
**validate**  38:11
38:13 45:5
171:9,17
**validated**  40:24
176:3 190:11
192:23
**validating**  157:7
206:19
**validation**  39:19
41:9,13,17,22
42:7,14,18
53:17,25 61:6
61:25 62:14
145:1,4 146:2
152:17 155:22
156:8,12,13
157:13 158:1,21
159:19 160:1
168:13 173:5
176:21 179:8,16
179:18,22
183:14 184:5
185:8 188:23
189:3,7,15
190:8,21 192:20
194:13,15
201:13,25 206:3
206:8,22 207:20
208:24 237:3
**validations**  39:3
39:19 188:23
206:16 211:2

**[validity - week]**

**validity** 218:9 218:13
**valuation** 59:17
**valuations** 211:14
**value** 139:3 172:24 214:12 233:11
**values** 250:25 250:25
**variability** 111:6,9,18
**variable** 72:14 72:14 111:20 112:3 121:8 124:3
**variant** 78:21
**various** 239:19 283:8,9 288:6
**vastly** 126:1
**verbal** 5:7,9
**verification** 41:17,22 42:3 261:10
**verified** 216:24
**verify** 294:10
**veritext** 2:19 294:13,20
**veritext.com** 294:13
**versa** 71:17 72:9
**version** 222:5
**versus** 20:5 21:11 22:10 23:2 24:2 25:1

63:1 70:22 85:15 88:7 121:11 135:17 136:25 208:13 214:14 260:10
**vial** 229:1
**vice** 71:17 72:9
**view** 18:6 43:24 69:12 125:11 167:23 200:6 229:13 288:3
**views** 236:10 240:14 285:21
**viral** 204:22
**virology** 145:15 226:13
**virtually** 165:24
**virus** 34:18,22 34:23 35:2 82:18 87:1,23 87:25 94:5 96:8 97:15,18,24 108:14 109:8,10 109:15 110:1,3 110:9 112:8 116:23 169:9 176:4 249:11
**viruses** 34:24 96:9 107:18,20 111:17 116:24 177:14 178:24 180:13 248:24
**vitae** 19:6 30:9
**volume** 77:1 79:17 80:17

96:23
**vs** 1:7 293:4 294:6

**w**

**waffle** 234:6
**wait** 203:7 221:6
**walk** 20:4 231:1
**walked** 235:9
**want** 4:11 11:21 42:18 46:25 65:4 73:5 81:21 99:25 101:10 106:11 118:18 119:1 164:12 180:16 194:13 208:3 214:12 223:11 232:3 241:19 242:5 278:14 287:6
**wanted** 35:6 37:9 51:25
**wanting** 35:22 238:1
**warning** 106:10
**washington** 26:20 27:2,17 28:15,18 29:11 29:19,23
**water** 227:18 228:5 229:2
**waters** 238:23
**way** 18:22 19:3 23:5 32:2 34:6 44:11 52:19

54:18 57:1 69:21 72:3 74:18 76:22 77:15 83:9 84:3 84:8 85:18 91:18 92:5,6,21 106:12 111:3 121:12 129:24 162:6,9 164:2 164:22 168:22 171:4 178:20,23 203:16 207:13 229:10 241:4 242:19 243:21 245:19 246:25 247:2 272:19 286:12
**ways** 76:20 91:16 100:8 121:3
**we've** 52:2 82:14 205:5,21 221:23 222:12 224:15 225:17 225:17 239:20 259:17 261:2 265:14
**web** 18:9
**webb** 140:19
**website** 180:25
**week** 92:13 112:24 129:11 129:16 130:24 131:12 136:23 140:2

**[welcome - worse]**

| | | | |
|---|---|---|---|
| **welcome** 14:19 99:24 | 23:13 24:7,21 28:11 33:22 | 147:25 148:16 149:15 150:13 | 153:13,17,18 205:5 222:16,20 |
| **went** 25:7 27:1 30:1,5 36:9 127:22 177:5 206:8 211:3 212:11,13 247:5 | 44:10 45:18 46:16 47:17 51:20 53:3 54:3 57:15 58:13 59:13,20 60:10 | 154:20 155:7 156:15 164:10 165:9 167:18 169:2,22 170:17 171:21 172:21 | 222:25 223:6,9 223:12 225:13 230:14 **words** 122:21 149:5 157:13 |
| **westcott** 98:20 100:10 158:18 250:7 | 62:8 63:11 64:11 65:4 67:1 68:11 70:6 71:4 | 173:10 174:8 178:9,16 180:1 180:24 183:1 | 223:4 263:13 **work** 17:6,10 27:8 35:20 |
| **westcott's** 6:8 **whatsapp** 272:7 **whatsoever** 202:20 214:10 | 72:2,20 75:9 76:2 78:3 79:15 80:15 81:3 83:8 84:24 85:20 | 187:8,20 190:3 194:4 196:24 201:19 204:7,17 205:21 206:12 | 38:10 91:13 164:3 180:25 236:24 290:1 **worked** 12:11 |
| **white** 127:4 128:15 142:4,18 143:1,24 144:1 | 86:5,15,24 87:14 88:9 89:18 90:20 | 207:3 209:2 210:19 211:7,18 213:10 214:8,23 | 22:25 35:9 69:3 234:13 **workflow** 91:10 |
| **wide** 38:25 113:7,14 134:17 135:2 140:10 169:12,14 | 91:10 93:4 94:9 96:6,20 97:12 98:2,11 99:3,13 103:9,21 105:1 | 217:1,21 218:13 225:17,25 236:3 237:7 238:4,20 242:3 244:1,18 | **working** 31:1 36:6 128:22,25 129:4,5 229:8 252:17 |
| **widely** 102:5,10 102:22 103:15 103:16 104:16 104:20 105:14 111:6 165:13 | 105:19 106:7,17 107:4,15 109:6 109:23 115:14 116:8,17 117:20 118:25 119:21 | 246:11 248:7 249:16 251:12 252:5 253:21 255:1 259:23 263:8 264:18 | **works** 35:20 36:6 61:2 70:11 100:19 111:4 164:3 191:3 233:25 |
| **wider** 137:15 138:13 169:14 | 120:15,25 121:16 123:22 124:13 125:16 | 265:8 267:16 268:20 269:18 274:16 275:23 | **world** 38:15 44:6 91:6 98:7 120:11,22 |
| **wildly** 186:23 **willing** 150:7 **withdrew** 26:16 **witness** 4:3,6,20 4:20 7:6 9:8 14:1,7,20 18:7 18:13 19:11 | 127:7,15 131:2 132:15,25 134:4 135:2 137:5,14 138:3,23 143:8 143:18 144:17 145:8 146:7,22 | 277:12 284:21 288:1,11 289:6 289:14 294:16 **witnesses** 70:16 **word** 62:22 89:10 153:8,11 | 122:23 123:15 165:3 **worry** 55:10 **worse** 120:2 270:22 |

**[worth - york]**

**worth** 96:25
**worthless** 214:9
**wow** 258:23
**write** 16:23 34:3
219:10 237:19
240:14 242:19
293:3
**writes** 270:17
272:6
**writing** 26:16
**written** 14:13
41:5,5 55:3
139:21 156:1,12
157:5,22 229:5
233:18
**wrong** 29:5
88:15 119:22
125:21 210:7
246:8 267:10,13
270:2 279:17
289:22
**wrongly** 283:13
**wrote** 19:17
23:6 25:11
157:25 233:23
264:5 267:5

**x**

**x** 3:1 232:10

**y**

**yeah** 7:20 8:5
9:19 10:25 11:5
11:23 12:5
17:19 24:1
28:14 29:21

31:10,21 35:3
35:20 37:7,21
49:8 51:9 52:3
53:16 56:22
59:13,16 63:6
70:6,10 71:12
75:16 91:12
93:15 94:20
100:1,1,6 103:9
107:5 109:23
114:8 117:21
122:20,22 126:5
126:6 148:4
153:13 154:23
156:9 159:12
161:18 163:17
164:10 168:18
172:11 179:5
180:16 183:22
184:22 212:1,5
213:2 217:3,13
222:10,10
226:22 229:23
236:6,15 251:23
255:24 256:2,2
256:3,8,9
260:17 265:1,16
267:1 280:3,9
281:16 290:2
**years** 26:19 27:4
30:1 105:2
183:24 267:9
**yep** 73:14
278:11

**yesterday** 8:21
50:20 51:13
270:23
**york** 2:9,9 4:17
4:17 6:20 7:5,22
7:22 9:7,24
13:20,25 14:6
14:17 15:3,8,11
18:4,11 23:11
24:19 28:1,9
33:7,21 39:4,20
41:24 44:8
45:17 46:14
47:15 51:17
52:1,11 53:1,19
54:2 55:17
57:13 58:11
59:12,19 60:8
62:7 63:9 64:9
65:2,13 66:24
68:9 70:4,25
71:25 72:17
75:7,25 76:15
78:2 79:13
80:13 81:1,15
83:6 84:22
85:19 86:3,14
86:23 87:13
88:8 89:16
90:18 91:8 93:3
94:8 96:5,19
97:10,25 98:10
99:2,11,23
101:8 103:7,19
103:25 104:24

105:17 106:5,16
107:3,13 109:5
109:21 114:21
115:12 116:7,16
117:19 118:23
119:19 120:7,13
120:23 121:14
122:6 123:16,19
124:11,22
125:13 127:5,14
130:13,25
132:12,23 134:2
134:14 135:1
136:14 137:3,12
138:1,18,22
143:6,16 144:16
145:6 146:5,20
147:23 148:14
149:3,13,23
150:11,20,24
151:2,24 154:18
155:5 156:14
164:8 165:7
167:16 169:1,19
170:15 171:19
172:5,19 173:7
174:6 178:8,15
179:19,25
180:22 182:12
182:24 185:3
187:6,18 188:1
190:1 194:3
196:22 201:17
202:3,24 204:5
204:15 205:19

**[york - zoom]** Page 367

| | |
|---|---|
| 206:10 207:2 209:1 210:15,18 211:5,16 212:17 213:9 214:6,21 215:19 216:3,7 216:25 217:19 218:11 222:21 222:23 223:2 225:15,23 236:2 236:13 237:5 238:2,18 242:1 243:24 244:14 244:17,25 245:23 246:9,21 248:3 249:14 250:1 251:10 252:3 253:19 254:24 255:13 257:19 258:22 259:21 263:6 264:16 265:6 266:13 267:14 268:3,18 269:16 274:14 275:21 277:3,10 278:5 278:12 282:16 284:19 285:13 287:24 288:9 289:5,13 290:16 294:3,3,8 | **zoom** 1:15 7:19 7:20 |
| **z** | |
| **zealand** 20:9 **zone** 233:12 235:15 | |

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.