D. Loren Washburn
(#10993) WASHBURN
LAW GROUP
881 Baxter Dr. Ste. 100
South Jordan, UT, 84095
Telephone: (385) 881-9660
loren@washburnlawgroup.com

Michael A. Pineiro (*pro hac vice*)
MARCUS NEIMAN RASHBAUM & PINEIRO LLP
2 South Biscayne Blvd., Suite 2530
Miami, FL 33131
Telephone: (305) 400-4268
mpineiro@mnrlawfirm.com

*Attorneys for Gelt Trading, Ltd. and the Class*

IN THE UNITED STATES DISTRICT COURT
1DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company, <br><br> Plaintiff, <br><br> v. <br><br> CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD, <br><br> Defendants. | **CLASS PLAINTIFF'S APPENDIX OF EVIDENCE IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** <br><br> Case No. 2:20-cv-00368-JNP-DBP |

Class Plaintiff Gelt Trading, Ltd., under Fed. R.Civ. P. 56 and Local Rule 56-1(b), hereby submits this Appendix of evidence in support of its opposition to the motion for partial summary judgment:

**Exhibit 42**: March 13, 2020 email

**Exhibit 43**: April 22, 2020 email

**Exhibit 44**: April 17, 2020 email

**Exhibit 45**: Hindenburg Tweets

**Exhibit 46**: May 13, 2020 email

**Exhibit 47:** May 12, 2020 email

**Exhibit 48**: May 14, 2020 email

**Exhibit 49**: Hindenburg Research Website

**Exhibit 50**: June 11, 2020 email

**Exhibit 51**: May 14, 2020 Des Moines Register Article