Exhibit 42

Message
_____

| | |
|---|---|
| **From:** | Brent Satterfield [bcsatterfield@gmail.com] |
| **Sent:** | 3/13/2020 4:03:49 AM |
| **To:** | Chad Apuli [c.apuli@codiagnostics.com]; Dwight Egan [d.egan@codiagnostics.com]; Seth Egan [s.egan@codiagnostics.com]; Reed Benson [r.benson@codiagnostics.com] |
| **CC:** | Rebecca Garcia [r.garcia@codiagnostics.com] |
| **Subject:** | RE: Results |

Chad,

Thanks for the results. Rebecca and I had a chance to look at these. Only one of these ⟦Redacted PII⟧ has a positive level above the LOD cutoff. Just in case, ⟦Redacted PII⟧ will stay home tomorrow and get checked out by a doctor.

The rest all look like the false amplification in the negative controls and did not exceed the LOD threshold. Clearly there was a problem with this run, but they are probably negative. We can repeat this procedure tomorrow with the CDC primer sets. Until then, set everyone at ease.

Thanks,
Brent


**From:** Chad Apuli
**Sent:** Thursday, March 12, 2020 7:50 PM
**To:** Dwight Egan; Seth Egan; Reed Benson
**Cc:** Brent Satterfield; Rebecca Garcia
**Subject:** Results

Hello all,

I have the results, and I'm not sure if you'd like me to email the individuals as well, but some of the results are somewhat inconclusive, and I'm not sure if we want to prevent people from coming in because of that. I've included the run file for those who are interested in looking at the results. One of the 3 NTCs came up positive for COVID. This was also true when we re-ran ⟦Redacted PII⟧ and his family's samples, and we had some results where the first run and the second run don't match. I've also attached those results. These discrepancies could be due to random variability, or there could be contamination or issues with the test; however, we haven't seen these issues during the validation, but that may be because of the contrived samples that we've been using may not represent the real-life scenario.

| Person | # of hits |
|---|---|
| | 2/2 |
| | 2/2 |
| | 2/2 |
| **Redacted PII** | 1/2 |
| | 1/2 |
| | 1/2 |
| | 1/2 |

**EXHIBIT**
Satterfield
28
5·16·2023
tabbies

CoDI_00239009

Because the results are what they are, I'm not sure if it is worth telling people tonight, or for us to follow up using the CDC test and protocol, and see if those match up with what we are seeing.

Let me know how you'd like me to move forward.

Thanks,

**Chad Apuli**
Laboratory Manager
Co-Diagnostics INC.
c.apuli@codiagnostics.com
2401 Foothill Drive
Suite D
Salt Lake City, UT 84109

CONFIDENTIAL

CoDI_00239010