Exhibit 43

Message

---

**From:** Andrew Benson [a.benson@codiagnostics.com]
**Sent:** 4/22/2020 4:32:13 AM
**To:** Dwight Egan [d.egan@codiagnostics.com]
**Subject:** Re: Story on false Abbott tests from NPR

That's just garbage...

I'd love for our test to be subjected to such scrutiny. We may not have the best LOD, but I feel pretty good we'd do better than this one!

Best regards,

**Andrew Benson | Head of Corporate Communications**



**CO-DIAGNOSTICS, INC**
*Tailor-Made Life Saving Solutions*
2401 S Foothill Dr. Ste. D
**Salt Lake City, UT 84109**
www.codiagnostics.com
a.benson@codiagnostics.com

On Tue, Apr 21, 2020 at 3:46 PM Dwight Egan <d.egan@codiagnostics.com> wrote:
https://www.npr.org/sections/health-shots/2020/04/21/838794281/study-raises-questions-about-false-negatives-from-quick-covid-19-test

Study Raises Questions About False Negatives From Quick COVID-19 Test : Shots - Health News : NPR

Study Raises Questions About False Negatives From Quick COVID-19 Test : Shots - Health News New research suggests the Abbott ID NOW test, which produces results in less than 15 minutes, is the ...

www.npr.org

CONFIDENTIAL

CoDI_00023957