Exhibit 44

Message

___

**From:** Brent Satterfield [b.satterfield@codiagnostics.com]
**Sent:** 4/17/2020 8:02:00 PM
**To:** Jennifer Webb [jennifer_webb@coltrin.com]
**Subject:** FW: Test Utah

Jennifer, see email chain below. This is why the Tribune wants the interview.

___

**From:** Costanzo Ralph <Ralph.Costanzo@Mountainstarhealth.com>
**Sent:** Thursday, April 16, 2020 9:10 AM
**To:** Baumann Michael - Cottonwood Heig <Michael.Baumann@HCAhealthcare.com>
**Subject:** FW: {EXTERNAL} Fwd: Test Utah

I received the email below from Dr. Oliver. He received permission from Dr. Lopansri to share it. Dr. Lopansri is the ID medical director for all IHC and is heading the ID/Lab subcommittee for the state of Utah. As I told you yesterday, there is a distinct narrative circulating high up that our Division is using a poor test compared to other options available to us and now we are going to even lose Biofire at St. Marks. I hope you will share this with Heather Signorelli as I am unsure that she truly understands the situation here. We cannot likely open up for business, especially for surgery, if our only option is Timpanogos if this is going to be what is communicated to our docs and the public at large.

Ralph

Ralph M. Costanzo, MD, MHA

Chief Medical Officer

St. Mark's Hospital

1200 East 3900 South

Salt Lake City, UT 84124

(801)268-7149

Ralph.costanzo@hcahealthcare.com



___



*The information in this electronic message may be privileged and confidential and is intended for the use of individual(s) or entity(ies) named above. If you are not the intended recipient, you are on notice that any unauthorized action in reliance on the content of these electronically transmitted materials is prohibited.*

___

**From:** Mark Oliver <oliver.oliver@comcast.net>
**Sent:** Wednesday, April 15, 2020 8:15 PM
**To:** Costanzo Ralph <Ralph.Costanzo@Mountainstarhealth.com>
**Subject:** {EXTERNAL} Fwd: Test Utah

CONFIDENTIAL

Sent from my iPhone

Begin forwarded message:

**From:** Bert Lopansri <Bert.Lopansri@imail.org>
**Date:** April 14, 2020 at 11:26:46 AM MDT
**To:** Nathan Checketts <nchecketts@utah.gov>, Kim Hanson <kim.hanson@hsc.utah.edu>, "Hillyard, David" <hillyadr@aruplab.com>, "Couturier, Marc" <marc.couturier@aruplab.com>, "Sterling Bennett (imail2)" <Sterling.Bennett@imail2.org>, Karen Brownell <Karen.Brownell@imail.org>, Mark Oliver <oliver.oliver@comcast.net>, Robyn Atkinson-Dunn <rmatkinson@utah.gov>, Alessandro Rossi <arossi@utah.gov>
**Subject: Test Utah**

Nate,

I am deeply alarmed with what I heard about the Test Utah results if the numbers you reported are correct and appreciate you confirming the data. What alarms me the most is that they are expanding collection and testing with these unknowns about how their test performs. If correct, I urge you to halt their testing until we understand why their results differ so much from what other labs are reporting as this is a potential public health disaster that will be compounded by the fact that they are constantly promoting themselves publicly while we are not. As discussed last night, I wonder if we should send them positives including low positives to better understand how their test performs.

The major concerns that I have are:

1.    the low percent positive

2.    the high indeterminate rate

I looked at the package inserts of the tests used in the state and the limit of detection data which is summarized in the following table:

| | Copies/microliter | Copies/mL |
|---|---|---|
| Quidel (Intermountain) | 0.8 | 800 |
| Cepheid (Intermountain) | 0.25 | 250 |
| Boifire (Intermountain) | 0.33 | 330 |
| **Co-Diagnostics (TestUtah)** | **4.29** | **4290** |
| Roche (ARUP) | ?? $TCID_{50}$/mL | ?? $TCID_{50}$/mL |
| Hologic (ARUP) | ?? $TCID_{50}$/mL | ?? $TCID_{50}$/mL |

As you can see, the Co-Diagnostics test has a significantly higher LOD compared to the tests we use which can be a big problem for low positives and could explain in part why their percent positive test is lower than what we and ARUP are reporting. Roche and Hologic report their LOD differently and I couldn't translate it to copies/mL. Co-diagnostics LOD can be found on page 16 here: https://www.fda.gov/media/136687/download

CONFIDENTIAL

About indeterminates, their assay uses human RNAseP as a control. The CDC method also uses this as a control and when we were using that assay, we periodically would detect contamination with RNAseP and would have to repeat batches before reporting. Perhaps contamination is contributing to their high indeterminate rate.

Either way, I worry about having tests routed to a small community hospital lab inexperienced with highly complex molecular testing that uses a test from an unknown company without much in vitro diagnostic experience that has a higher limit of detection compared to tests offered by more established vendors. I suggest that this be addressed asap. A pandemic is not the time for amateurs to learn.

Thanks

Bert

Bert K. Lopansri, MD, D(ABMM), FIDSA

Associate Medical Director, Intermountain Infectious Diseases Program
Medical Director, Central Microbiology Laboratory

Chief, Intermountain Division of Infectious Diseases and Epidemiology

Associate Professor of Medicine, University of Utah
Phone: (801) 507-7781
Fax: (801) 507-7780

NOTICE: This e-mail is for the sole use of the intended recipient and may contain confidential and privileged information. If you are not the intended recipient, you are prohibited from reviewing, using, disclosing or distributing this e-mail or its contents. If you have received this e-mail in error, please contact the sender by reply e-mail and destroy all copies of this e-mail and its contents.

CONFIDENTIAL                                                                                      CoDI_00007678