Exhibit 45

Case 2:20-cv-00368-JNP Document 179-5 Filed 05/22/24 PageID.6592 Page 2 of 4

# Post

**Hindenburg Research** ✓
@HindenburgRes

We are short $CODX due to its CFO's checkered history, involvement with companies halted by the SEC, its astronomical valuation, a growing list of higher quality COVID tests & its propensity to issue frequent fluffy press releases.

1:38 PM · May 14, 2020

💬 59        🔁 79        ♡ 167        🔖 7        ↥

Post your reply                                    Reply

**Hindenburg Research** ✓ @HindenburgRes · May 14, 2020
$CODX had a distribution relationship with PreCheck $HLTY that was later halted by the SEC for suspected fraud: sec.gov/litigation/sus…

💬 4        🔁 1        ♡ 6        ili        🔖 ↥

**Hindenburg Research** ✓ @HindenburgRes · May 14, 2020
$CODX's CFO has a history of ties to a firm accused of boiler-room stock promotion. He was director of a firm fined $360k by Spanish authorities for alleged illegal securities sales. Great work by @sharesleuth: sharesleuth.com/investigations…

💬 4        🔁 4        ♡ 14

**Messages**                              🗟  ≪

**Brandon** ···
@Brandon76964890

## Search

🏠 Home
🔍 Explore
🔔 Notifications ¹⁹
✉ Messages
    Grok
▤ Lists
🔖 Bookmarks
👥 Communities
✕ Premium
👤 Profile
⋯ More

Post

### Relevant peo…
**Hindenbur…
@Hindenbu…
Popping bul…
express stro…
investment …

### What's happe…
**Pace…
NBA ·

**#AllinCeltics** 🍀
Tune in for Episode…
↗ Promoted by Sport…

Trending
**Warsaw**
4,206 posts

Entertainment · Trend…
**Bill Maher**
16.2K posts

Politics · Trending
**Fulton County**
Trending with Fani Wi…

Show more

Terms of Service   Priv…
Accessibility   Ads inf…

5/21/24, 8:02 PM
Hindenburg Research on X: "We are short $CODX due to its CEO's checkered history, involvement with companies halted by …
Case 2:20-cv-00368-JNP   Document 179-5   Filed 05/22/24   PageID.6593   Page 3 of 4

Q Search

X

🏠 Home

🔍 Explore

🔔 Notifications  19

✉️ Messages

Grok

🗒️ Lists

🔖 Bookmarks

👥 Communities

✖️ Premium

👤 Profile

⊙ More

Post

**Hindenburg Research** ✅ @HindenburgRes · May 14, 2020
$CODX has issued 34 press releases over the last 4 months and yet NONE have detailed the number of COVID-19 tests sold or the economics of the transactions.

In Jan & Feb, the company was averaging about 1 press release every other business day.

💬 4          ⟲ 3          ♡ 15          📊          🔖  ⬆️

**Hindenburg Research** ✅ @HindenburgRes · May 14, 2020
$CODX's market cap today is about 3,400x the company's full year 2019 revenues. The stock's astronomical valuation, in our opinion, is not sustainable and makes $CODX ripe for yet another dilutive capital raise.

We expect upcoming earnings will be a "sell the news" event.

💬 4          ⟲ 5          ♡ 13          📊          🔖  ⬆️

**Hindenburg Research** ✅ @HindenburgRes · May 14, 2020
We believe $CODX provides a third-tier option of questionable quality amidst a sea of growing competition. The FDA lists ~100 tests that have received Emergency Use Authorizations: fda.gov/medical-device…

💬 5          ⟲ 1          ♡ 7          📊          🔖  ⬆️

**Hindenburg Research** ✅ @HindenburgRes · May 14, 2020
$CODX's test quality has been consistently rated one of the worst, despite its own press releases touting 100% specificity and sensitivity:

Limits of detection for FDA-authorized COVID-19 diagnostics

From biocentury.com

💬 11          ⟲ 5          ♡ 18

**Hindenburg Research** ✅ @HindenburgRes

**Brandon**
@Brandon76964890

**Relevant peo**

**Hindenburg**
@Hindenbu
Popping bub
express stro
investment

**What's happe**

Pacer
NBA ·

**#AllinCeltics** 🍀
Tune in for Episode
↗ Promoted by Sport

Trending
**Warsaw**
4,206 posts

Entertainment · Trend
**Bill Maher**
16.2K posts

Politics · Trending
**Fulton County**
Trending with Fani Wi

Show more

Terms of Service   Priv
Accessibility   Ads inf

Messages  ✉️  ⌃

5/21/24, 8:01 PM
Hindenburg Research on X: "We are short $CODX due to its COVID-scattered history, involvement with companies halted by …

Case 2:20-cv-00368-JNP   Document 179-5   Filed 05/22/24   PageID.6594   Page 4 of 4

X

The last two COVID-19 test companies we warned about, $PRED and $WORX, were both halted by the SEC. One was delisted & now trades on the Grey Sheets for about .25/share. The other is still suck in a regulatory halt.

We expect $CODX will be back to single digits in short order

💬 27          🔁 14          ♡ 54                      📊          🔖  ⬆️

**Show more replies**

Search

🏠 Home

🔍 Explore

🔔 Notifications ¹⁹

✉️ Messages

/ Grok

☰ Lists

🔖 Bookmarks

👥 Communities

𝕏 Premium

👤 Profile

⋯ More

**Post**

**Relevant peo**

**Hindenburg**
@Hindenbu

Popping bub
express stro
investment

**What's happe**

**Pacer**
NBA ·

**#AllinCeltics** 🍀
Tune in for Episode
↗ Promoted by Sport

Trending
**Warsaw**
4,206 posts

Entertainment · Trend
**Bill Maher**
16.2K posts

Politics · Trending
**Fulton County**
Trending with Fani Wi

**Show more**

Terms of Service   Priv
Accessibility   Ads inf

**Brandon** ⋯
@Brandon76964890

**Messages**          ✉️ ⌃