Exhibit 46

Message
_____

**From:**      Andrew Benson [a.benson@codiagnostics.com]
**Sent:**      5/13/2020 1:43:00 PM
**To:**        Cecilia Hutchins [c.hutchins@codiagnostics.com]
**Subject:**   Re: Fw: Consulta validación Rotor Gene


So we can't ever report the results of any evaluations ever unless they are clinical validations? Two of them were official government evaluations, and we surely have the right to defend ourselves from false and spurious claims related to the performance of our test using the data we have collected, no?

Normally I'd just delete that line that has the link in it full-stop, but isn't the headline itself damning enough? Not to mention the first paragraph.

My problem with removing that line (or even just removing the release altogether) is that the SEC has already requested more information to support those claims. Which isn't anything new, they do so with every release we publish these days. it's incredibly annoying. But I'd need to check with counsel first to see if it's ok to just disable the release altogether with the SEC reviewing it, or even make modifications to it.


Best regards,

**Andrew Benson | Head of Corporate Communications**

**CO-DIAGNOSTICS, INC**
*Tailor-Made Life Saving Solutions*
2401 S Foothill Dr. Ste. D
**Salt Lake City, UT 84109**
www.codiagnostics.com
a.benson@codiagnostics.com


On Wed, May 13, 2020 at 1:29 AM Cecilia Hutchins <c.hutchins@codiagnostics.com> wrote:
Hi Andrew,

A laboratory is using the data published in the reports attached to the press release response to the SLC Tribune article.
Can we take the reports from the website now that the answer has been given? Because I know for sure that if the FDA sees those not reviewed data it'll be a problem.
We should link the press release to the InDRE report.


**Cecilia Hutchins | Head of Regulatory and Clinical Affairs**

*Tailor-Made Life Saving Solutions*
2401 S. Foothill Dr., Suite D
Salt Lake City, Utah 84109
www.codiagnostics.com
c.hutchins@codiagnostics.com


CONFIDENTIAL                                                                                                  CoDI_00232935

**From:** Marlon Ramos <m.ramos@codiagnostics.com>
**Sent:** Wednesday, May 13, 2020 12:56 AM
**To:** Cecilia Hutchins <c.hutchins@codiagnostics.com>
**Cc:** Cameron Gundry <c.gundry@codiagnostics.com>
**Subject:** RV: Consulta validación Rotor Gene

Cecilia:

Te pido apoyo con la pregunta del distribuidor en Uruguay; Yo tomaría el valor más alto de LoD de 8420 copias por mL y anularía el otro valor (aunque mejor) no utilizado en la validación ante un ente regulador.

Estaré atento a guía para contestar al distribuidor.

Marlon

---

**De:** Asistencia Técnica - BIKO <asistenciatecnica@biko.com.uy>
**Enviado:** martes, 12 de mayo de 2020 12:53
**Para:** Marlon Ramos <m.ramos@codiagnostics.com>
**Cc:** Cameron Gundry <c.gundry@codiagnostics.com>; Florencia Hernández <diagnostico@biko.com.uy>; Marisol Villar - BIKO <marisol@biko.com.uy>
**Asunto:** Re: Consulta validación Rotor Gene

Marlon, espero te encuentres bien.

Tenemos una duda con la información enviada:
En este informe: http://codiagnostics.com/wp-content/uploads/2020/04/CODX-Logix-Smart-COV19-Performance-April-2020.pdf
Indica que el "The probability from 0.01 to 0.99 was calculated for copies/uL. The 95% limit of detection was calculated at 8.42 copies/uL"
Esto es 8420 copias por ml, esto es correcto?
El límite de detección mencionado en el manual es 1,35 x 103 copias/mL, o sea 1350 copias por ml.

Cuál es el LOD validado? Cuales son las variantes de lo calculado entre uno y el otro? Puede ser que haya tanta diferencias?
Además un límite de 8420 copias/ml es bastante alto.

Te pido por favor nos ayudes con esta información.
Espero tu respuesta y muchas gracias.
Saludos,
Estefanía.-

CONFIDENTIAL

CoDI_00232936



## Lic. Estefanía Acosta
Responsable Técnico Comercial

asistenciatecnica@biko.com.uy | Alejandro Fiol de Pereda 1405
+598 92 252 254 | Montevideo, Uruguay
www.biko.com.uy | +598 2204 2743



MAYO



BIKO cuenta con los kits de extracción de ácidos nucleicos recomendados por la CDC, todos ellos pueden ser automatizables en nuestra línea de equipos para diagnóstico: QIAsymphony, EZ1 y QIAcube



QIAGEN

El lun., 4 may. 2020 a las 11:48, Marlon Ramos (<m.ramos@codiagnostics.com>) escribió:

Estefanía:

Me permito enviar los siguientes enlaces que resuelven su consulta, quedo atento.

http://codiagnostics.com/co-diagnostics-releases-covid19-sensitivity-and-specificity-data/

http://codiagnostics.com/wp-content/uploads/2020/04/CODX-Logix-Smart-COV19-Performance-April-2020.pdf

Marlon

---

**De:** Asistencia Técnica - BIKO <asistenciatecnica@biko.com.uy>
**Enviado:** lunes, 4 de mayo de 2020 8:42
**Para:** Marlon Ramos <m.ramos@codiagnostics.com>
**Cc:** Cameron Gundry <c.gundry@codiagnostics.com>; Florencia Hernández <diagnostico@biko.com.uy>; Marisol Villar - BIKO <marisol@biko.com.uy>
**Asunto:** Re: Consulta validación Rotor Gene

Buenos días Marlon,

Aprovecho para preguntarte si el límite de detección de los kits sigue siendo el mismo. Han hechos otros estudios respecto a esto?
Otros kits comerciales rondan en las 300 copias/mL, codiagnostics maneja un límite más elevado. Tienen alguna información extra para manejar con los clientes respecto a este punto?

Muchas gracias.
Saludos,
Estefanía.-

CONFIDENTIAL

CoDI_00232937



## Lic. Estefanía Acosta
Responsable Técnico Comercial

asistenciatecnica@biko.com.uy
+598 92 252 254
www.biko.com.uy

Alejandro Fiol de Pereda 1405
Montevideo, Uruguay
+598 2204 2743





En este mes de abril es importante que te quedes en casa. Desde BIKO adoptamos todas las medidas sanitarias recomendadas para combatir al COVID-19. Es por eso que nos comprometemos a ayudar en todo lo que sea posible cuando retomes tu proyecto.

¡Nos vemos pronto!

#QuedateEnCasa    #EntreTodosPodemos    #BikoTeApoya

El mar., 28 abr. 2020 a las 19:25, Marlon Ramos (<m.ramos@codiagnostics.com>) escribió:
Estefania:

Muchas gracias por estar al tanto; hay dos países actuales en cono sur que están utilizando con buenos resultados Logix Smart sobre plataforma Rotor Gene, nos permitiremos solicitar la información requerida.

Quedo atento.

Marlon Ramos

---

**De:** Asistencia Técnica - BIKO <asistenciatecnica@biko.com.uy>
**Enviado:** martes, 28 de abril de 2020 16:21
**Para:** Cameron Gundry <c.gundry@codiagnostics.com>; Marlon Ramos <m.ramos@codiagnostics.com>
**Cc:** Florencia Hernández <diagnostico@biko.com.uy>; Marisol Villar - BIKO <marisol@biko.com.uy>
**Asunto:** Consulta validación Rotor Gene

Buenas noches, espero se encuentren bien.

Les escribo para consultarles lo siguiente. En el manual indica que se harán otros ejercicios de validación que incluirán la prueba de más termocicladores. Ya han hecho pruebas en el Rotor gene?
Tienen algún usuario que ya lo esté usando? Precisamos aunque sea un validated user protocol.

Espero su respuesta y muchas gracias.
Saludos,
Estefanía.-

CONFIDENTIAL

CoDI_00232938





### Lic. Estefanía Acosta
Responsable Técnico Comercial

asistenciatecnica@biko.com.uy
+598 92 252 254
www.biko.com.uy

Alejandro Fiol de Pereda 1405
Montevideo, Uruguay
+598 2204 2743



En este mes de abril es importante que te quedes en casa. Desde BIKO adoptamos todas las medidas sanitarias recomendadas para combatir al COVID-19. Es por eso que nos comprometemos a ayudar en todo lo que sea posible cuando retomes tu proyecto.

¡Nos vemos pronto!

**#QuedateEnCasa       #EntreTodosPodemos       #BikoTeApoya**

CONFIDENTIAL

CoDI_00232939