Exhibit 47

Message

_____

**From:** James Nelson [jnelsonthekain@gmail.com]
**on behalf of** James Nelson <jnelsonthekain@gmail.com> [jnelsonthekain@gmail.com]
**Sent:** 5/12/2020 6:58:19 PM
**To:** Dwight Egan [d.egan@codiagnostics.com]
**Subject:** Some ideas--confidential


Ike,

I have been giving some thought to what you want to communicate to the market. I don't mean for the following to be final or directive. It is more like brainstorming. I can make myself available to help on it, but as we discussed, the last thing I would want is to get in your way, or have you feel that you need to get back to me. This is high level and I would be glad to discuss some details at your convenience:

1. I would be clear about your thinking on Q1 performance and why it is a great advance.
a. I would also explain if January and February were duds, and March was great—making it even a greater sign.
b. I would also make a point of saying mentioning the percent of non-cash expense, making your operating profit higher.

2. Then I would make all of that moot, by talking about what it to come. (Making Q1 sound positive gives credence to the next section) As follows:
a. I would focus on the mission on the company first—that you are putting your effort and focus into helping to save the world. Investors and the public react positively to vision and serving the world.
1. Brief discussion of the parts fo the company and how millions will benefit from the technical advances
2. 3 areas of business (just a minute or two to mention them and the millions of tests that are done).
3. Our unique competitive advantages (I wouldn't define them as competitive advantages, I would explain that the value that they bring to individuals, communities and governments world wide is to provide accurate testing at a fraction of the cost. This is so important because it makes testing available that was heretofore inaccessible to billions of world citizens)
b. Right now, the world is rocked by Covid 19, and while nothing has stopped in other areas of the business, there is an intense focus to assist in the vital testing that can help get the world back to normal.
0. Brief history of our involvement and coming up to speed: virus took people by surprise, need for testing was obvious, we got on ti quickly). We were able to develop the test in record time, get it approved quickly, and provide millions of tests quickly to many quarters of the world.). Emphasize responsiveness and being there when the world needed us.
1. Our test is the only test that is 100% accurate (support with data)?
2. We are shipping as fast as we can—with multiple manufacturers, etc.
3. We are supporting initiatives in X states, and X countries internationally.
4. We are currently shipping about X thousands of tests per week, with contracts to ship X+ thousands in the future.
5 We are in discussions with governments and other organizations worldwide that could increase that number by many fold (I obviously wouldn't talk about specific organizations and I wouldn't use specific numbers, but I also wouldn't be shy about the fact that those numbers are mind boggling.)

3. "We feel an obligation to give some guidance to our shareholders on what the future holds for us in this year and next. We don't want to exaggerate or be unrealistic. So this is how we see it and how we have prepared for the near and medium term."
a. There is a worldwide need for what we have to offer. We believe that we offer it better than anyone else
b. If we only execute at today's level of volume only, sales for 2020 will be at least
c. If we execute on current contracts, we anticipate that we could see sales at least $xmm in 2020 and 2021

CONFIDENTIAL

CoDI_00003389

c. That does not take into account contracts that we are currently working on which could represent substantial growth (many fold) above that level.


A couple of points:

1. I would keep the vision/mission part of the discussion more grand that the BRIEF discussion of financial performance.
2. I know it is not your style to talk about future performance, but I think that you need to give some signal to what is happening.  And while I wouldn't get out over your skis, I also wouldn't down play it —say what  you think (that is different than what you/we hope)
3. I would stay away from profits right now—you never know what people might say when we have those massive margins.  I think sales themselves will make people understand what is going on.
4.  I suggest you conclude with something about how the world has seen how our science is performing in a crisis, and it will bring credibility and support to the rest of our initiatives, which cumulatively address needs which in the medium term overshadow the current dramatic need for the Covid tests.

Jim

CONFIDENTIAL

CoDI_00003390