Exhibit 48

Message

---

**From:**       wiiliam mccluskey [mccluskeyw@yahoo.com]
**Sent:**       5/14/2020 11:56:08 PM
**To:**         d.egan@codiagnostics.com; Reed Benson [r.benson@codiagnostics.com]; Seth Egan [s.egan@codiagnostics.com]; Andrew Benson [a.benson@codiagnostics.com]
**Subject:**    Yahoo blogger's comments today at 730PM

Lots of good and bad comments on the Yahoo blogs/chat room. Here is a blogger named Angus comments:

Putting the short attack aside, continuing my due diligence on CODX. Please correct me if I am missing something here. CODX has the following going for it:
-- No debt
-- No insider selling
-- Enough cash on hand to operate for 3 years regardless of revenue.
-- Increasing number of institutional investors including Vanguard, Barclays, Fidelity etc.
-- 100% accurate Covid-19 test as validated by multiple independent certified labs.
-- US based company with production capacity of 6 million tests per week.
-- Currently shipping to 50 countries and 15 U.S. states
-- 71.5% gross margin
-- A price point that is a small fraction of its competitors.
-- A reliable and proven PCR test which tells you if you have the virus now (critical for opening businesses, schools and entertainment venues) unlike an antibody test which can only tell you if you had it no less than 5 days ago (that's how long it takes to develop antibodies, during which time you can spread the virus).
-- A unique patented technology that is platform for OralDNA PCR saliva test which will likely be the first FDA approved saliva test available from a publicly traded company. (Royalties!) This game changing test has already been validated by certified labs for the Minnesota Department of Health.
-- A new ETF filed with the SEC, VIRS, which will include CODX among its top ten holdings.
-- Joint venture in India with local manufacturing of 20,000 test kits per day (1.3 billion people and massive government Covid-19 stimulus package).
--Guidance for a likely sale of 26 million tests in US for Q1 and Q2 alone which, by my math supports a conservative share price of roughly $57.
-- Meanwhile, serious epidemiologist say that there will be no reliable vaccine for 18 to 24 months and CODX top competitors are clearly not meeting requirements of accuracy and production output. An even if an effective treatment is developed, health practitioners and insurance companies will require a current PCR test to know whether the treatment is warranted. Co-diagnostics is poised to eat this market up for several quarters to come.

What am I missing? Shorts, beyond your "opinion","lol" and "bam", please give me something real and relevant about how bad this company is. Because I can't find it.

CONFIDENTIAL                                                                                          CoDI_00024459