Exhibit 50

Message

---

**From:**    Brent Satterfield [b.satterfield@codiagnostics.com]
**Sent:**    6/11/2020 5:20:05 PM
**To:**    Andrew Benson [a.benson@codiagnostics.com]
**Subject:**    RE: Virus detection limit

Probably a little late, but I think that's perfect.

**From:** Andrew Benson
**Sent:** Tuesday, June 9, 2020 7:43 PM
**To:** Brent Satterfield
**Subject:** Fwd: Virus detection limit

This is a really straight-forward question, but when I sat down to respond to it I realized I still wasn't quite sure how to do so.

Is it fair to say something like this?:

The Limit of Detection (or analytical sensitivity) is different from the clinical sensitivity, or what is seen in the actual performance of the test. Ultimately it is the clinical sensitivity that determines the test performance, and the sensitivity of the Logix Smart COVID-19 test kit is regularly shown to be between 95-99%. This means that out of every 100 positive samples tested, it will correctly identify the presence of SARS-CoV-2 95-99 times.

Best regards,

**Andrew Benson | Head of Corporate Communications**

CO-DIAGNOSTICS INC.

**CO-DIAGNOSTICS, INC**
*Tailor-Made Life Saving Solutions*
2401 S Foothill Dr. Ste. D
**Salt Lake City, UT 84109**
www.codiagnostics.com
a.benson@codiagnostics.com

---------- Forwarded message ---------
From: **Vimal Raj** <docvimal1980@gmail.com>
Date: Mon, Jun 8, 2020 at 6:51 AM
Subject: Virus detection limit
To: <investors@codiagnostics.com>

Hello
I am an investor in CODX. When I am doing my research on your company I noticed your viral detection limit is much higher (4200 vs 125 for Abbott) How does this affect the sensitivity of your testing? Thanks

Vimal Raj

Sent from my iPhone

**Exhibit
0028**

CONFIDENTIAL                                                      CoDI_00008624