Exhibit 51

Case 2:20-cv-00368-JNP Document 179-11 Filed 05/22/24 PageID.6625 Page 2 of 5

# Des Moines Register

---

HEALTH

# Gov. Kim Reynolds announces Test Iowa validation, says state now has combined capacity for 5,000 daily tests



**Dargan Southard**
Des Moines Register

Published 8:49 a.m. CT May 14, 2020 | Updated 10:54 a.m. CT May 15, 2020

Gov. Kim Reynolds said on Thursday that Test Iowa's equipment has been validated, a two-week process the state hopes will expand its testing capacity significantly.

Reynolds said she now believes the state "has the capacity" to do 5,000 tests per day — 3,000 via the Test Iowa program and another 2,000 through the state hygienic lab. So far, Reynolds said, more than 4,300 Iowans have been tested and more than 4,000 have received results through Test Iowa since its creation.

"As we're setting up these Test Iowa sites and we're doing the long-term care testing and some of the manufacturing and processing facilities, we also are making runs throughout the day so that we can get the samples to the state hygienic lab in a timely manner, again, with every effort being made to process these in a timely manner and get Iowans the results so that they know how to move forward," the governor said at her news conference.

Thursday's announcement comes after Reynolds offered partial updates throughout the week, saying Monday that "we're getting really close" to validation and adding similar assessments on Tuesday and Wednesday. Those mentions came after Reynolds first acknowledged the need for Test Iowa's validation on April 30.

As part of the validation process, which Reynolds said was completed Wednesday, the state hygienic lab achieved "ratings of 95% accuracy for determining positives and 99.7% accuracy for determining negatives."

Mixed thoughts have followed since Test Iowa's announcement and implementation late last month. Although drive-thru sites now exist in Des Moines, Sioux City, Waterloo, Cedar

5/22/24, 10:59 AM
Gov. Kim Reynolds announces Test Iowa validation, says state has combined capacity for 5,000 daily tests

Case 2:20-cv-00368-JNP Document 179-11 Filed 05/22/24 PageID.6626 Page 3 of 5

Rapids, Denison, Davenport, Sioux City and Ottumwa, reports of inconclusive samples and delayed results have marred the initial launch.

In hopes of reducing further confusion and questioning, Reynolds said a call center has been set up where "staff experienced with the Test Iowa process can help answer your questions and resolve your issues in a more timely manner." Previously, the only call-in option was the Iowa 211 hotline established on March 8.

According to Harvard's Global Health Institute recommendation on coronavirus testing, Iowa averaged 3,119 tests per day from April 30 to May 6 — far fewer of the minimum recommended 10,266 daily tests needed by May 15.

"For those Iowans who have reached out to tell us that we've fallen short of meeting their expectations," Reynolds said, "We hear you."

Still, Reynolds spent much of Thursday further defending Test Iowa and the $26 million no-bid partnership with Utah's Nomi Health. She emphasized the program is still in the initial stages of execution and shouldn't be judged just yet, while reiterating that Test Iowa data will not be separate from testing totals.

Furthermore, Reynolds cited a situation in Iowa where 200 samples were spoiled and said such an issue is "not acceptable" but also "not unique" for widespread testing. Iowa's contract stipulates for 540,000 tests during the life of its deal.

Reynolds believes the validation allows Iowa to ramp up toward that figure.

"This has been a great partnership," Reynolds said. "It really has allowed us to get over 500,000 tests, to be able to process that and really modernize the system, to really automate it. We've gone from handwritten to a QR code that allows us to populate the information, and we are continuing to enhance the process daily. The data that we're receiving and we're able to utilize and making the decisions is and has been incredibly helpful and certainly will be helpful as we really address COVID-19 for the long term.

"So, you know, we've in three weeks, as I've said, we've stood up eight Test Iowa sites. We've done eight strike teams. We've actually gone in and been able to work with manufacturing and processing facilities — and that's in conjunction with the state hygienic lab. So I'm proud of the efforts. We've increased our testing by over 800% in two months. We're moving in the right direction. It takes some time to ramp up. Now that we have it validated, I think you're

5/22/24, 10:59 AM
Gov. Kim Reynolds announces Test Iowa validation, says state has combined capacity for 5,000 daily tests

Case 2:20-cv-00368-JNP Document 179-11 Filed 05/22/24 PageID.6627 Page 4 of 5

really going to continue to see us be able to build out what we have the capacity to do with bringing them on board."

Meanwhile, on Friday, the state is lifting mandated closures of barbershops, salons and massage therapy businesses statewide.

Reynolds also announced Wednesday that restrictions previously lifted on establishments like restaurant dining areas, libraries, race tracks and fitness centers in 77 of Iowa's counties will be lifted statewide Friday.

Bars, casinos and theaters must remain closed until May 27, according to the governor's order. Reynolds said the establishments will continue to be subject to some capacity restrictions and extra health measures.

"Everybody has to feel comfortable in how they move forward with this," Reynolds said Thursday. "Even though we have eased the mitigation requirements on some of our businesses, restaurants, churches, you still have individual businesses. Some are ready to open up and they're moving forward. Others are continuing to make sure that they can do it in a safe and responsible manner. So I think you're going to see it across the board. You're going to see some that are ready to move forward. You're going to see some that are going to continue to take a little bit more time before they decide to open up their business.

"And then Iowans are going to take the responsibility to decide if they are ready to go out and participate at the businesses or go to a restaurant or, however they're going to gauge their comfort level as well. But, you know, it's not going to go away. It's going to be here until we find a vaccine, and so we have to learn to live with it until a vaccine is finalized or approved through the FDA. We can do it, and we can do it in a responsible manner. Iowans are doing that. They've demonstrated that. And I believe that with everyone's efforts, that together we're going to continue to move forward through addressing COVID-19 in the state of Iowa."

*Dargan Southard covers Iowa and UNI athletics, recruiting and preps for the Des Moines Register, HawkCentral.com and the Iowa City Press-Citizen. Email him at msouthard@gannett.com or follow him on Twitter at @Dargan_Southard.*