**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company, <br><br><br> Plaintiff, <br><br> v. <br><br> CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD, <br><br><br> Defendants. | Case No. 2:20-cv-00368-JNP-DBP <br><br> **APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Judge Jill N. Parrish <br><br> Magistrate Judge Dustin B. Pead |

Defendants, Co-Diagnostics, Inc., Dwight Egan, James Nelson, Eugene Durenard, Edward Murphy, Richard Serbin, Reed Benson, and Brent Satterfield (collectively, "Defendants"), by and through counsel, respectfully submit the following Appendix Of Evidence In Support Of Defendants' Opposition to Plaintiff's Motion For Partial Summary Judgment.

| Exhibit No. | Description or Title | Source |
|:---:|---|---|
| 1 | Declaration of Douglas W. Greene, dated May 22, 2024 | Prepared by Defendants |
| 2 | Co-Diagnostics Customer Feedback Record regarding feedback from Hungarian Ministry of Health, entered March 30, 2020, Bates-numbered CoDI_00239225-27 | Discovery produced by Defendants |
| 3 | Co-Diagnostics Customer Feedback Record regarding feedback from Gentech Biosciences, entered April 6, 2020, Bates-numbered CoDI_00239228-30 | Discovery produced by Defendants |

| | | |
|---|---|---|
| 4 | Email from Kara Levinson, Deputy Director of Laboratory Services, Tenn. Dept. of Health, to Lisa Piercey (May 6, 2020, 11:58 CST) | Publicly-available document |