# Exhibit 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br><br>Plaintiff,<br><br>v.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD,<br><br><br>Defendants. | Case No. 2:20-cv-00368-JNP-DBP<br><br>**DECLARATION OF DOUGLAS W. GREENE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Dustin B. Pead |

**DECLARATION OF DOUGLAS W. GREENE IN SUPPORT OF DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

**DOUGLAS W. GREENE** declares under penalty of perjury, pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at the law firm of Baker & Hostetler LLP, counsel for Defendants, Co-Diagnostics, Inc., Dwight Egan, James Nelson, Eugene Durenard, Edward Murphy, Richard Serbin, Reed Benson, and Brent Satterfield (collectively, "Defendants"). I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 168). I declare that the following statements are true to the best of my knowledge, information, and belief. If called as a witness, I could and would testify competently as follows.

2.    Attached hereto as **Exhibit 2** is a true and accurate copy of a Customer Feedback Record regarding feedback from the Hungarian Ministry of Health, entered March 30, 2020, Bates-numbered CoDI_00239225-27.

3.    Attached hereto as **Exhibit 3** is a true and accurate copy of a Customer Feedback Record regarding feedback from Gentech Biosciences, entered April 6, 2020, Bates-numbered CoDI_00239228-30.

4.    Attached hereto as **Exhibit 4** is a true and accurate copy of an email from Kara Levinson, Deputy Director of Laboratory Services, Tenn. Dept. of Health, to Lisa Piercey (May 6, 2020, 11:58 CST), which counsel for Defendants downloaded from a publicly-available website. An incomplete version of what appears to be the same document is attached to Plaintiff's Motion for Partial Summary Judgment at Docket No. 171-33. The version attached hereto includes the email in its entirety.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 22, 2024, at New York, New York.

/s/ Douglas W. Greene
Douglas W. Greene

2

4862-8696-5696.3