# Exhibit 2

# Customer Feedback Record

**Co-Dx**

Laboratory-Utah

| | |
|---|---|
| **Feedback #:** 14 | **Current Status:** Closed |
| **Priority:** High | **Date Notified:** 3/30/2020 |
| **Date Entered:** 3/30/2020 | **Date Closed:** 4/3/2020 |

## Feedback Details

| | | | |
|---|---|---|---|
| **Feedback Type:** | Sales Feedback | **Product:** | Logix Smart Coronavirus Disease 2019 Test Kit |
| **Feedback Category:** | Complaints | **Customer:** | Hungarian Ministry of Health (through MASKAF) |
| **Originator:** | Cameron Gundry | **Customer Phone:** | |
| **Responsible Party:** | Chad Apuli | **Customer Address:** | |
| **Received By:** | cameron gundry | | |
| **Part #:** | COVID-K-001 | | |
| **Given By:** | marlon ramos | | |
| **Supplier:** | | | |

## Additional Data

| | | | |
|---|---|---|---|
| **Job #:** | | **Invoice #:** | |
| **Order #:** | 107 | **Customer Part #:** | |
| **Work Order#:** | | **PO #:** | |
| **RMA#:** | | **Serial #:** | |
| **Lot #:** | 200311-K-167 | | |

**Feedback Details:** The kit arrived at the destination with no volume in any of the 3 tubes. One of the tubes had been opened, the other two showed no signs of being opened, but were empty. All documentation and photos received from the customer are attached in the "Files" tab.

**Does Issue Involve:**  ☐ Death   ☐ Injury   ☐ Safety Hazard   ☐ MDR Reportable

## Evaluation

**Evaluation:**  ☑ Investigation Required

| Entry Date | Author | Entry |
|---|---|---|
| April 03, 2020 03:34:51 PM -06:00 | Dallon Durfey | Corrective Action Request #34 has been created to further evaluate the root cause of this error, and document corrective actions taken. |
| March 31, 2020 01:23:34 PM -06:00 | Dallon Durfey | Given that the tube was opened, It is likely that the package was tampered with in customs or shipping. |

## Investigation

| Entry Date | Author | Entry |
|---|---|---|
| April 03, 2020 03:30:20 PM -06:00 | Dallon Durfey | An investigation into the cause of the tubes arriving at the customer with no volume has been completed. The product manufacturing records were reviewed, and no evidence of a dispensing error was found. One tube arrived at the customer opened, which indicates that the product was tampered with during shipment to the customer. The product could have been opened during customs inspection. |

## User Defined Fields

### 1. Default Section 1

| #1. | What is the customer's desired outcome? | Product replacement |
|---|---|---|
| #2. | Has this feedback been given in the past by the same customer? | No |

CONFIDENTIAL

CoDI_00239225

# Co-Dx
Laboratory-Utah

## Customer Feedback Record

**Feedback #:** 14     **Current Status:** Closed

**Priority:** High     **Date Notified:** 3/30/2020

**Date Entered:** 3/30/2020     **Date Closed:** 4/3/2020

## Tasks

| ID # | Priority # | Title | Status | Date Created | Target Date | Date Closed | Resp. Party |
|------|-----------|-------|--------|--------------|-------------|-------------|-------------|
|      |           |       |        |              |             |             |             |

## Disposition

☑ CAR Required

CAR #34 Created

**Feedback Disposition:** Scrap

**Disposition Notes:**

| Entry Date | Author | Entry |
|------------|--------|-------|
|            |        |       |

## Approvers & Approval Notes

| Approver | Approved | Date Approved |
|----------|----------|---------------|
|          |          |               |

## Approval Notes

| Entry Date | Author | Entry |
|------------|--------|-------|
|            |        |       |

## Files

| File Name |
|-----------|
| Complaint photos and documentation.ZIP |

CONFIDENTIAL

CoDI_00239226



Laboratory-Utah

# Customer Feedback Record

| | |
|---|---|
| **Feedback #:** 14 | **Current Status:** Closed |
| **Priority:** High | **Date Notified:** 3/30/2020 |
| **Date Entered:** 3/30/2020 | **Date Closed:** 4/3/2020 |

## Time Line

| Entry Date | Author | Entry |
|---|---|---|
| April 14, 2020 12:47:43 PM -06:00 | Dallon Durfey | + Copy of record sent to  (c.gundry@codiagnostics.com) |
| April 03, 2020 03:40:38 PM -06:00 | Dallon Durfey | + Copy of record sent to  (c.gundry@codiagnostics.com)<br>+ Copy of record sent to  (d.durfey@codiagnostics.com) |
| April 03, 2020 03:34:59 PM -06:00 | Dallon Durfey | Record closed |
| April 03, 2020 03:34:58 PM -06:00 | Dallon Durfey | Closure notification sent to Dallon Durfey (d.durfey@codiagnostics.com) |
| April 03, 2020 03:34:52 PM -06:00 | Dallon Durfey | Evaluation result successfully added in customer feedback. |
| April 03, 2020 03:32:00 PM -06:00 | Dallon Durfey | Customer Feedback #:14 was successfully updated with the following changes:<br>+ Disposition changed from "Return" to "Scrap" |
| April 03, 2020 03:30:48 PM -06:00 | Dallon Durfey | + UDF Section 1. Question #1. What is the customer's desired outcome? changed from "" to "Product replacement"<br>+ UDF Section 1. Question #2. Has this feedback been given in the past by the same customer? changed from "" to "No" |
| April 03, 2020 03:30:21 PM -06:00 | Dallon Durfey | Investigation result successfully added in customer feedback. |
| March 31, 2020 02:21:02 PM -06:00 | Dallon Durfey | Customer Feedback #:14 was successfully updated with the following changes:<br>+ Feedback Details changed from "The kit arrived at the destination with no volume in any of the 3 tubes. One of the tubes had been opened, the other two showed no signs of being opened, but were empty." to "The kit arrived at the destination with no volume in any of the 3 tubes. One of the tubes had been opened, the other two showed no signs of being opened, but were empty. All documentation and photos received from the customer are attached in the "Files" tab."<br>+ Product changed from "" to "Logix Smart Coronavirus Disease 2019 Test Kit" |
| March 31, 2020 02:19:28 PM -06:00 | Dallon Durfey | Customer Feedback #:14 was successfully updated with the following changes:<br>+ Feedback Details changed from "no volume in tubes. COVID-19 test arrived in bad conditions." to "The kit arrived at the destination with no volume in any of the 3 tubes. One of the tubes had been opened, the other two showed no signs of being opened, but were empty." |
| March 31, 2020 02:05:20 PM -06:00 | Dallon Durfey | CAR #34 created from this feedback record. |
| March 31, 2020 02:04:51 PM -06:00 | Dallon Durfey | Customer Feedback #:14 was successfully updated with the following changes:<br>+ Disposition changed from "" to "Return" |
| March 31, 2020 01:23:35 PM -06:00 | Dallon Durfey | Evaluation result successfully added in customer feedback. |
| March 31, 2020 01:22:47 PM -06:00 | Dallon Durfey | Evaluation successfully removed. |
| March 31, 2020 01:18:20 PM -06:00 | Dallon Durfey | Customer Feedback #:14 was successfully updated with the following changes:<br>+ Order # changed from "" to "107" |
| March 31, 2020 01:18:05 PM -06:00 | Dallon Durfey | Evaluation result successfully added in customer feedback. |
| March 31, 2020 12:26:46 PM -06:00 | Dallon Durfey | Customer Feedback #:14 was successfully updated with the following changes:<br>+ Lot # changed from "" to "200311-K-167" |
| March 31, 2020 12:23:28 PM -06:00 | Dallon Durfey | File COMPLAINT PHOTOS AND DOCUMENTATION added |
| March 30, 2020 04:48:55 PM -06:00 | Cameron Gundry | Notification of resp. party assignment sent to Chad Apuli (c.apuli@codiagnostics.com) |
| March 30, 2020 04:48:54 PM -06:00 | Cameron Gundry | Feedback record created and assigned to Chad Apuli |

CONFIDENTIAL

CoDI_00239227