# Exhibit 3

**Co-Dx**
Laboratory-Utah

# Customer Feedback Record

**Feedback #:** 15     **Current Status:** Closed
**Priority:** High     **Date Notified:** 4/6/2020
**Date Entered:** 4/6/2020     **Date Closed:** 4/20/2020

## Feedback Details

**Feedback Type:** Sales Feedback
**Feedback Category:** Complaints
**Originator:** Cameron Gundry
**Responsible Party:** Dallon Durfey
**Received By:** cameron
**Part #:** COVID-K-001
**Given By:** Jairo Colorado
**Supplier:**

**Product:** Logix Smart Coronavirus Disease 2019 Test Kit
**Customer:** Gentech Biosciences
**Customer Phone:** 900 754 314 8
**Customer Address:** Billing:
Genetech Biosciences SAS, Carrera 46 No 48C Sur 40 Int.
102 2do piso, Cuidadela Real Env. Antioquia, Colombia
055422

Shipping: Genetech Biosciences SAS, Carrera 46 No 48C
Sur 40 Int. 102 2do piso, Cuidadela Real Env. Antioquia,
Colombia 055422

## Additional Data

**Job #:**
**Order #:** 163
**Work Order#:**
**RMA#:**
**Lot #:**

**Invoice #:**
**Customer Part #:**
**PO #:**
**Serial #:**

**Feedback Details:** Customer says we shorted him 4 outer boxes of 250 rx COVID-19 kit = 28 kits = 7000 reactions in order number 163. He counted and verified the undelivered product. Total order was for 160 boxes of the 250 size.

**Does Issue Involve:** ☐ Death    ☐ Injury    ☐ Safety Hazard    ☐ MDR Reportable

## Evaluation

**Evaluation:** ☐ Investigation Required

| Entry Date | Author | Entry |
|---|---|---|
| April 14, 2020 03:14:01 PM -06:00 | Dallon Durfey | An investigation is required to determine if Co-Diagnostics sent the correct amount of test kits. |

## User Defined Fields

### 1. Default Section 1

| #1. | What is the customer's desired outcome? | credit or replacement product |
|---|---|---|
| #2. | Has this feedback been given in the past by the same customer? | No |

## Tasks

| ID # | Priority # | Title | Status | Date Created | Target Date | Date Closed | Resp. Party |
|---|---|---|---|---|---|---|---|

## Disposition

☑ CAR Required

CAR #37 Created

CONFIDENTIAL     CoDI_00239228

Co-Dx

Laboratory-Utah

# Customer Feedback Record

**Feedback #:** 15                          **Current Status:** Closed

**Priority:** High                          **Date Notified:** 4/6/2020

**Date Entered:** 4/6/2020          **Date Closed:** 4/20/2020

---

**Feedback Disposition:**     Accept with clarification

**Disposition Notes:**

| Entry Date | Author | Entry |
|---|---|---|
| April 14, 2020 03:12:27 PM -06:00 | Dallon Durfey | The delivered product was accepted. |

## Approvers & Approval Notes

| Approver | Approved | Date Approved |
|---|---|---|

## Approval Notes

| Entry Date | Author | Entry |
|---|---|---|

## Files

| File Name |
|---|
| Email Communication_Kit shorting.PDF |

---

May 19, 2023 02:42:31 PM -06:00     Generated by QT9 ISO Quality Management Software     Page 2 of 3

CONFIDENTIAL                                                                                    CoDI_00239229



Co-Dx

Laboratory-Utah

# Customer Feedback Record

**Feedback #:** 15                    **Current Status:** Closed

**Priority:** High                    **Date Notified:** 4/6/2020

**Date Entered:** 4/6/2020            **Date Closed:** 4/20/2020

## Time Line

| Entry Date | Author | Entry |
|---|---|---|
| April 20, 2020 03:39:09 PM -06:00 | Dallon Durfey | Record closed |
| April 20, 2020 03:39:08 PM -06:00 | Dallon Durfey | Closure notification sent to Dallon Durfey (d.durfey@codiagnostics.com) |
| April 20, 2020 03:39:04 PM -06:00 | Dallon Durfey | Customer Feedback #:15 was successfully updated with the following changes:<br>+ Order # changed from "160" to "163" |
| April 20, 2020 03:38:55 PM -06:00 | Dallon Durfey | Record Reopened |
| April 14, 2020 03:14:15 PM -06:00 | Dallon Durfey | Record closed |
| April 14, 2020 03:14:14 PM -06:00 | Dallon Durfey | Closure notification sent to Dallon Durfey (d.durfey@codiagnostics.com) |
| April 14, 2020 03:14:02 PM -06:00 | Dallon Durfey | Evaluation result successfully added in customer feedback. |
| April 14, 2020 03:10:13 PM -06:00 | Dallon Durfey | + UDF Section 1. Question #1. What is the customer's desired outcome? changed from "" to "credit or replacement product"<br>+ UDF Section 1. Question #2. Has this feedback been given in the past by the same customer? changed from "" to "No" |
| April 14, 2020 02:22:10 PM -06:00 | Dallon Durfey | Investigation result successfully added in customer feedback. |
| April 14, 2020 02:15:12 PM -06:00 | Dallon Durfey | CAR #37 created from this feedback record. |
| April 14, 2020 02:14:36 PM -06:00 | Dallon Durfey | Customer Feedback #:15 was successfully updated with the following changes:<br>+ Disposition changed from "" to "Accept with clarification" |
| April 13, 2020 02:40:01 PM -06:00 | Dallon Durfey | Customer Feedback #:15 was successfully updated with the following changes:<br>+ Product changed from "" to "Logix Smart Coronavirus Disease 2019 Test Kit"<br>+ Order # changed from "" to "160" |
| April 06, 2020 05:45:59 PM -06:00 | Cameron Gundry | File EMAIL COMMUNICATION_KIT SHORTING added |
| April 06, 2020 05:38:11 PM -06:00 | Cameron Gundry | Notification of resp. party assignment sent to Dallon Durfey (d.durfey@codiagnostics.com) |
| April 06, 2020 05:38:09 PM -06:00 | Cameron Gundry | Feedback record created and assigned to Dallon Durfey |

CONFIDENTIAL                                                                CoDI_00239230