# Exhibit 4

Monday, December 7, 2020 at 22:15:08 Central Standard Time

| | |
|---|---|
| **Subject:** | Nomi concerns |
| **Date:** | Wednesday, May 6, 2020 at 11:58:45 AM Central Daylight Time |
| **From:** | Kara Levinson |
| **To:** | Lisa Piercey |
| **CC:** | Richard Steece |
| **Attachments:** | image001.png |

From the laboratory perspective, we have significant concerns about the implementation of Nomi Health testing for COVID-19 at the TN public health laboratory (TN PHL).  These include (but are not limited to):

- **Decreased COVID-19 test sensitivity using the Nomi test platform**.  In discussion with other states that have been involved with Nomi, it has been stated that the COVID-19 test used by Nomi appears to be 4-fold <u>less</u> sensitive than the CDC EUA COVID-19 test.  Using a less sensitive test has the potential to give false negative results, which has significantly implications for individual patients that may be sick and for public health staff that perform contact tracing.
  Given that we already have 4 COVID-19 test platforms verified and running at the TN PHL, adding an additional test that is alleged to be less sensitive than what we have in place is not logical. Additionally, the optics of knowingly using a less sensitive/inferior test, especially when the Governor has stated that we are targeting vulnerable populations for testing (nursing homes, prison, minority populations, and etc.) has the potential to create strong political backlash.
- **Nomi laboratory equipment is not novel or groundbreaking technology**.  We were provided a video lab tour of the Nomi set up in Nebraska by Ryan Hyde on 5/5/2020, based on what we saw in the video, the set up includes an extractor, dead air boxes, and PCR machines.  We have <u>all of those in place at the TN PHL already,</u> fully verified or validated, and it is unclear what increase in technology or efficiency the Nomi system brings to TN.  Additionally, we had safety concerns from the video about manipulation of patient samples outside of a biosafety cabinet (it appeared they were working in dead air boxes).   If the additional staff required to run this system were applied to our current testing technologies for COVID-19, we would easily exceed the alleged output of their test system. <u>There simply is no advantage to the state to pursue this current arrangement.</u>
- **Significant regulatory concerns related to the implementation of Nomi in the TN PHL**.  Based on conversations with Nomi staff it is clear they limited if any laboratory experience, nor are they versed in the federal regulatory requirements that laboratories that perform clinical testing must abide by (CMS, CLIA).   We have serious regulatory concerns that impact every step of testing from pre-analytical (ex. we need a minimum of 2 patient identifiers on each sample, a barcode that is advertised by Nomi is insufficient), analytical (ex. sufficient controls to address each component of testing, risk of contamination, use of non-calibrated pipettes), and post-analytical (ex. ability to troubleshoot issues arise, review of results prior to reporting to the patient).  If the Nomi testing is to be performed at the TN PHL, the laboratory director remains responsible for the test and must adhere to the regulatory requirements. We simply cannot cut corners to increase efficiency or capacity for testing.
- **Distinct lack of laboratory or regulatory expertise and insufficiently qualified to install a test system in a laboratory**.  Examples include Nomi folks using the term "piping" instead of pipetting, using the terms "validation" and "verification" interchangeably when they have different regulatory meanings/requirements.  When asked about how the Nomi test system would integrate with our Laboratory Information Management System (LIMS), they asked what a LIMS was. It appears they have taken a manufacturing approach to improving the throughput of COVID-19 testing, however this approach is not amenable or generalizable to clinical diagnostic testing, as our test results directly impact patient care and the public health response to COVID-19.
  Additionally, the contract refers to collection of a sputum sample, however all the testing supplies we've received or have discussed to date includes a swab and transport media (which is used for an NP or OP sample collection), not what is used for sputum collection.  This disconnect is concerning and indicates a distinct lack of basic laboratory understanding.
- **Concerns about sourcing supplies used for sample collection and laboratory testing**.  While it's been

**Page 1 of 2**

stated that Nomi will procure the personal protective equipment (PPE), reagents, and consumables needed for testing, we have no information on what they are, if they meet NIOSH or FDA standards, or if they perform as expected. Based on conversation with Nomi staff on 5/5/2020, they indicated the PPE was sourced in China, no specifics have been provided.

- **Communication with Nomi staff has been discordant.** In the past week, we've received conflicting information from different members of the Nomi team, some stating the lab was expected to order and pay for consumables used for testing, while other staff stated it was covered in the contract. It has become clear that Nomi staff are not communicating amongst each other and we've repeatedly gotten different information from different people (ex. whether their system can integrate with our LIMS, whether or not they'd supply PPE for people performing sample collection, whether patient identifiers can be added to the specimen collection kits in addition to the barcode that's already on it). In addition, still many unanswered questions regarding what they do actually provide, e.g. who actually owns the instruments placed with us, who is responsible for maintenance contracts and agreements, and other questions.



**TN** Department of **Health**

**Kara Levinson, PhD, MPH, D(ABMM)** | Deputy Director
Division of Laboratory Services
630 Hart Lane, Nashville, TN 37216
p. 615-262-6303 c. ███████████
Kara.Levinson@tn.gov