Douglas W. Greene (*Pro Hac Vice*)
Genevieve G. York-Erwin (*Pro Hac Vice*)
Zachary R. Taylor (*Pro Hac Vice*)
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111-0100
Phone: (212) 589-4200
dgreene@bakerlaw.com
gyorkerwin@bakerlaw.com
ztaylor@bakerlaw.com


Robert Wing (4445)
**PARR BROWN GEE & LOVELESS, P.C.**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
rwing@parrbrown.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br>          Plaintiff,<br><br>    v.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD,<br><br>          Defendants. | **NOTICE TO SUBMIT FOR DECISION DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT, AND THE PARTIES' *DAUBERT* MOTIONS**<br><br>**(Oral Argument Requested)**<br><br><br>Case No. 2:20-cv-00368-JNP-DBP<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to DUCivR 7-3, Defendants Co-Diagnostics, Inc., Dwight Egan, James Nelson, Eugene Durenard, Edward Murphy, Richard Serbin, Reed Benson, and Brent Satterfield ("Defendants"), by and through their undersigned counsel, hereby submit their Motion for Summary Judgment, Motion to Exclude the Testimony of Proposed Expert Witness Daniel S. Bettencourt, and Motion to Exclude the Testimony of Proposed Expert Witness Dr. James Westgard, and Plaintiff's Motion for Partial Summary Judgment and Motion to Exclude the Testimony of Proposed Expert Witness Dr. Stephen Bustin, for decision by the Court. The Motions and related documents were filed as follows:

1. Defendants' Motion for Summary Judgment, along with associated exhibits, was filed on April 10, 2024 (Dkt. #169).

2. Defendants' Motion to Exclude the Testimony of Proposed Expert Witness Daniel S. Bettencourt was filed on April 10, 2024 (Dkt. #170, 173).

3. Defendants' Motion to Exclude the Testimony of Proposed Expert Witness Dr. James Westgard was filed on April 10, 2024 (Dkt. #167).

4. Plaintiff's Motion for Partial Summary Judgment was filed on April 10, 2024 (Dkt. #168, 171).

5. Plaintiff's Motion to Exclude the Testimony of Proposed Expert Witness Dr. Stephen Bustin was filed on April 10, 2024 (Dkt. #172).

6. Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment was filed on May 22, 2024 (Dkt. #179).

7. Plaintiff's Memorandum in Opposition to Defendants' Motion to Exclude the Testimony of Proposed Expert Witness Daniel S. Bettencourt was filed on May 22,

2024 (Dkt. #177).

8. Plaintiff's Memorandum in Opposition to Defendants' Motion to Exclude the Testimony of Proposed Expert Witness Dr. James Westgard was filed on May 22, 2024 (Dkt. #178).

9. Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment was filed on May 22, 2024 (Dkt. #180).

10. Defendants' Opposition to Plaintiff's Motion to Exclude the Testimony of Proposed Expert Witness Dr. Stephen Bustin was filed on May 22, 2024 (Dkt. #176).

11. Defendants' Reply in Support of Defendants' Motion for Summary Judgment was filed on July 3, 2024 (Dkt. #182, 185).

12. Defendants' Reply in Support of Defendants' Motion to Exclude the Testimony of Proposed Expert Witness Daniel S. Bettencourt was filed on July 3, 2024 (Dkt. #184).

13. Defendants' Reply in Support of Defendants' Motion to Exclude the Testimony of Proposed Expert Witness Dr. James Westgard was filed on July 3, 2024 (Dkt. #183).

Defendants also request that the Court disallow any further briefing by Plaintiff in support of its Motion for Partial Summary Judgment and Motion to Exclude the Testimony of Proposed Expert Witness Stephen Bustin. As the Court is aware, on October 12, 2023, the Court set the briefing deadlines for any summary judgment and Daubert motions, with briefing set to close on July 3, 2024. On July 1, 2024, two days before the deadline, Plaintiff filed a motion seeking a two-

week extension to file the reply briefs to July 17, 2024; Defendants stipulated to the motion as a matter of professionally courtesy although they did not need the extra time, but on condition that any extension granted by the Court apply to both parties. Dkt. #181. The Court did not rule on Plaintiff's motion for an extension by July 3, and Defendants filed their reply briefs that day to comply with the court-ordered deadline. Plaintiff did not.

In these circumstances, Defendants would be prejudiced by any further briefing by Plaintiff. Plaintiff chose not to file its replies by the court-ordered deadline, and Plaintiff would now have the benefit of reviewing and responding to arguments in Defendants' reply papers if the Court were to allow Plaintiff to submit further briefing. Plaintiff should not gain this advantage, and Defendants should not suffer this prejudice, because Defendants complied with the Court-ordered deadline set nearly nine months ago.

Accordingly, Defendants respectfully request that the above-referenced motions be decided on the papers filed on or before July 3, 2024, as previously ordered by the Court.

Dated: July 5, 2024

**BAKER & HOSTETLER LLP**

By:    /s/ Douglas W. Greene
Douglas W. Greene (*Pro Hac Vice*)
Genevieve G. York-Erwin (*Pro Hac Vice*)
Zachary R. Taylor (*Pro Hac Vice*)
45 Rockefeller Plaza
New York, NY 10111-0100
Phone: 212-589-4200
dgreene@bakerlaw.com
gyorkerwin@bakerlaw.com
ztaylor@bakerlaw.com

Robert Wing (4445)

3

PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
rwing@parrbrown.com

*Attorneys for Defendants*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of July, 2024, a copy of the foregoing **NOTICE TO SUBMIT FOR DECISION DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT, AND THE PARTIES' *DAUBERT* MOTIONS** was served electronically upon opposing counsel.

*/s/ Douglas W. Greene*
Douglas W. Greene