# EXHIBIT 1

# Document Produced in Native Format

CONFIDENTIAL

CoDI_00159925

| Customer | Details | Date Entered | Part Number |
|---|---|---|---|
| Genlantis | RG was told by Seth Egan to call Cal at 8584581919 to answer questions that he has about the HBV and MTB tests that were sent for evaluation. | 7/2/2018 | HBV-K-004 |
| Washington County Mosquito Abatement District | got flatlines after first amplification run of NAMw test.<br>He figured out that he needed to uncheck the ROX reference dye box.<br>Also, he got positives on St Louis Encephalitis, which was unexpected.<br>Chad looked at ABI7500 run and analyzed. Turns out, the fluorophores were switched in the settings, giving false results. Customer will switch to corret fluors. Will see result. | 9/6/2019 | |
| Resnova S.r.l. | Chiara told us that one of the COVID-19 kits was mislabeled as MTB. It could either be a true MTB kit, or COVID-19, mislabeled. I told her we would investigate and replace the box FOC.<br>Was from recent order. Am collecting more info. | 3/10/2020 | COVID-K-001 |
| RxMedicals | Customer received order with badly torn box cover.  They are very disappointed with how the packag arrived.<br><br>Also, the temp logger ws not activated before shipment left our warehouse, so they have no data.<br><br>Very upset. | 3/13/2020 | |
| RxMedicals | On 19-Mar-2020, T. Nieuwoudt sent an email to C. Hutchins, C. Apuli, and D. Crockett with a review of the labeling of a shipment of Logix Smart COVID-19 received at his facility in South Africa.<br>Attached is the email with the complaint and the labeling files review with local compliance requirements according to SAHPRA regulations and also a complaint due to labeling non-conformances. | 3/26/2020 | COVID-K-001 |
| Hungarian Ministry of Health (through MASKAF) | The kit arrived at the destination with no volume in any of the 3 tubes. One of the tubes had been opened, the other two showed no signs of being opened, but were empty. All documentation and photos received from the customer are attached in the "Files" tab. | 3/30/2020 | COVID-K-001 |
| Gentech Biosciences | Customer says we shorted him 4 outer boxes of 250 rx COVID-19 kit = 28 kits = 7000 reactions in order number 163. He counted and verified the undelivered product. Total order was for 160 boxes of the 250 size. | 4/6/2020 | COVID-K-001 |
| Diagnostico LIDSA | 2 kits of COVID-19 and one of ZDC arrived w/o dry ice. - order #395. We told them to test and we have send new material to them. Testing showed the kits were ok, and we sent them replacements in the next order number 484. | 7/1/2020 | COVID-K-001 ZDC |
| Todo Labs | Customer received order #466 through SEKO Forwarder - supposed to maintain cold chain - with no dry ice after only 6 days in transit. SEKO tracking number S01624234<br>Customer needs to know when they'll receive replacement or if they can use it. Can we ask them to do a QC? We have done this in the past, for example with Interlab in Kosovo successfully. Other cases did not succeed after testing the product was bad - e.g., recent shipment to Laboratorio Franja. It seems to keep happening regardless of shipper, and we need a better solution. | 7/2/2020 | COVID-K-001 |
| Diagnostico LIDSA | false pos in one NTC run w clinical<br>Lot is 200331-K-225<br>Investigating... Asked them to run more PCs and NCs | 7/15/2020 | |
| Arches Research LLC | The email from the customer can be seen below:<br>-----------------------------------------------------------<br>Chad,<br><br>We are getting positive amplification of the Covid signal in NTC controls with the new lot we picked up (see attached screenshot). Haven't seen any problems like this for 120+ plates, and have run several tests to isolate the problem on our end. Can you check and share any lot release info you have on 0000425488?<br><br>Please call if needed. Of course hoping to get this resolved asap as this leads to complete plate failure. Pretty much dead in the water until this is sorted. | 7/16/2020 | COVID-K-002 |

| | | | |
|---|---|---|---|
| | -------------------------------------------------------------------<br><br>Hello everyone,<br><br>Barb and I have been doing an investigation into COVID positive results ran in our Lab that have a Cq >35. In other words, they are late positives. This investigation was triggered when we began seeing a much high number of positives as well as being notified that CoDx is currently investigating a lot of reagent that has a high possibility of producing false positives. I have attached two different studies. Within each study you will find statistics for what we are seeing.<br><br>The first study (File name: 07-04-20 investigation into false positives) attached was done on an individual 96 well plate that had 34 positives. All positives were pulled, re-extracted, and rerun on the CoDx assay. From those 35, we selected 10 samples to be sent to Ogden and subsequently ran on the Cepheid. Of the 10 we sent, only 3 were still positive (30% correlation with CoDx assay). Although the Cepheid LoD (Limit of Detection) is lower than the CoDx assay, the samples were diluted with saline in order to have enough volume to test for a 3rd time around. We are unsure of why there was only 30% correlation, so we began pulling and re-extracting all samples with a Cq >35.<br><br>The second study (File name: Copy of 07-15-20 High Cq investigation) attached is a sampling of 68 samples (over a period of 3 days) that had a Cq >35. Of the 68 samples pulled and re-extracted, only 47.1% of the samples correlated between initial and repeat runs. Of the 68 samples with a Cq >35, we know for sure that 6 of them were asymptomatic (pre-surgical patients). In other words, we have found 6 patients (in the last 3 days) that tested as a late positive who were asymptomatic. Of those 6 patients, 50% of them did not correlate between initial and repeat runs. We assume all TestUtah samples are from symptomatic individuals, unless they were not truthful on their initial response survey.<br><br>With all of this being said, Barb and I are worried about the possibility of non-specific amplification present in the CoDx Master mix. Although this is not the lot currently being investigated by CoDx for this very reason, we are seeing the same pattern (late amplification of the NTC and late positive patients) across multiple lots. The first study was on lot 200423-K-279 and the second study was on lot 0000419539 (with two different shipments of the same lot #). To help rule out the possibility | | |
| Timpanogos Hospital (NOMI Health Customer) | of contamination in the testing process, CoDx supplied the Lab with known negative material (CWBio/GeneSTAT media spiked | 7/16/2020 | COVID-K-001 |
| | The customer noticed that the amount of reactions from the kits were not as many as they should be. Her email correspondence with Chad Apuli are as follows:<br><br>Hi Chad<br>I hope all is well. I am wondering if you could give me any insight/pointers regarding our usage of Mastermix. I noticed in the early weeks that we seemed to be running out of mastermix pretty quickly-1 vial did not seem to last very long. I was pretty overwhelmed in those 1st weeks so that was just a passing and random thought in my head compared to the other issues I was wrestling with. I finally circled back around and thought to keep a log of exactly how much MM I was using per vial. I have two lots that I kept up with very closely:<br>Lot #                 Yield<br>0000421309         #203<br>200423-K-283      #212<br><br>We do vortex and then give it a quick go in the mini-spin to ensure we are getting all of the MM down to the bottom of the vial. As you can imagine, Admin is questioning why I am burning through so much and I can't help but wonder if I am doing something wrong? | | |
| Classic Medical Inc. | Thank you! | 7/16/2020 | COVID-K-001 |
| Raver Aplicaciones SA de CV (Mexico) | customer complained of too many positives, implying false positives. | 7/16/2020 | |
| Biotech Bolivia Ltda. | While doing demo at customer Christian, from our Bolivian distributor Biotech Bolivia, sent us the complaint of the RNAse P gene signal being very low signal on the customer Step One Plus. File enclosed. | 7/16/2020 | COVID-K-001 |
| Biodynamics SA | False positives complaint at Greek private lab, managed by Biodynamics. | 7/16/2020 | COVID-K-001 |
| Interlab SH P K | False positives implicated at government lab in Kosovo. Using our COVID 19 kit on MICs supplied by the local distributor, and extracted with the MYRA. | 7/16/2020 | COVID-K-001 |

| Company | Description | Date | Code |
|---|---|---|---|
| Analytical Technologies SA | amplification curve for the internal control gene of COVID 19 assay did not look as expected to customer. Was too flat, low fluorescence compared to FAM channel.<br>Chad told Marlon that this is expected. The levels are not the same for the two assays due to several factors, but this does not indicate a problem.<br>Was run on Aria qPCR system , from Agilent | 7/16/2020 | COVID-K-001 |
| Diagnostico LIDSA | As a replacement to order number 395, this order 484 was shipped using SEKO,, who promised to maintain the cold chain. However, the package arrived with no dry ice again. Cameron told customer to do testing with positives and negatives to show functionality. They did this and sample curves look good, but they experienced an apparent false positive in the NTC run. CoDx Box file attached. They are waiting our judgement.<br>We told them to run 5 to 10 positives and negatives in a separate run. We are waiting for this info to see whether the kit appears to be compromised. | 7/16/2020 | COVID-K-001 |
| Classic Medical Inc. | Customer has had an NTCs come up positive on two runs that were performed. Her email correspondence with Chad Apuli are as follows:<br><br>I would like to pick your brain regarding NTC. Last week, my NTC came up positive so after consulting the IFU, I re-plated my run, repeated it on the MIC and it looked good, NTC negative and all was well. Today, the NTC came up positive for another user so we went through the same process but unfortunately, it came up positive a 2nd time. If I am reading the IFU correctly, my next step will be to perform another extraction, re-plate, and then re-amplify. Do you have any thoughts or suggestions? | 7/17/2020 | COVID-K-001 |
| Maskaf Diagnostics | Simulation of water on the oktopure system shows one false positive for COVID in well C05. They want to know why a false positive in water for the main marker at cycle 37. Customer needs guidance<br>Second email received from customer 21JUL2020 and response sent with meeting availability. | 7/23/2020 | COVID-K-001 |
| KMH | Customer run "20.07.2020-COVID 2" at KHM  shows decreased fluorescence intensity of RNaseP at amplitudes between 0.4-0.63, which is almost non-differentiated above the noise. Customer says the issue started abruptly and machine (CoDx Box System) was not able to set a threshold. Customer reports that they have not done anything to change the settings in the instrument. | 7/23/2020 | COVID-K-002 |
| Clent Life Science | Today we ran three sets of 47 samples on the CoDx. The first two runs worked fine with internal control working. The last run all of the internal controls came back negative. We are checking the whole process but also thought we'd check to see if you had ever experienced anything similar?<br><br>Cameron, the mastermix was transported overnight by the customer on normal ice. When we took it out of the freezer today the cardboard was frozen in a solid block. This suggests it had defrosted, got wet been out a while and then put in the freezer. The same mix has been left out on a bench during the day. Is it possible that the mix has  deteriorated somewhat? | 7/30/2020 | COVID-K-001 |
| Biosupply | Run shows that the thershold cannot be autoset. Customer is requesting advice on how to resolve the threshold issue. | 8/6/2020 | COVID-K-001 |

| | | | |
|---|---|---|---|
| Analytical Technologies SA | A customer who is starting to use the logix smart kit gets a lot of positive results and that makes him insecure.<br><br>In a 96 well plate, 85 wells give a positive result. When they compare those results with other kits they are discordant. Many of the positive results from co-diagnostics are negative results with another kit.<br><br>I know that the regions that the Co-primers detect is a region whose mutation rate is very low and that increases the sensitivity of the kit.<br><br>Can you give me more evidence or arguments to explain to the client?<br>Considering the technique and the specificity, I think a false negative with the other kits is more likely than a false positive from co-diagnoses.<br><br>Hope you can help me.<br><br><br>--<br>PhD Joaquina, Fina Martin | 8/12/2020 | COVID-K-001 |
| SMIMEM Covid Testing Center, Govt of Gujarat, Surat | 22 patient samples were run using two Logix Kits with same lot number. The PC and NC showed expected results but there were discrepant results between the results of the two Logix Kits and with TaqPath (ABI) Kits. Discussion is open for concluding the results. | 8/14/2020 | COVID-K-001 |
| CoSara Diagnostics Pvt Ltd | False negative results from HCV are being reported from four customers in Tamil Nadu. The kits were supplied to the customer by ASA Diagnostics, Chennai.  Customers are comparing the test with Trunat and other kits. Urgent response is needed due to NABL audit in process. | 8/20/2020 | HCV-K-003-CCLI |
| CoSara Diagnostics Pvt Ltd | Dr. Swapnali reports that several customers have complained of lost communication between the instrument and the computer. She has forwarded a run file from SIRI on 20AUG2020 that shows 11 lost communications between the instrument and PC. It also shows one of the samples that looks as if it is amplifying and then plateaus. The software was unable to set the threshold and analyze the data. The customer version of the software will not allow them to change the threshold settings or parameters to fix the issues. | 8/20/2020 | COVID-K-001 |
| Care and Cure Hospitals, Andhrapradesh | Dear sir/ madam.<br>        We are from care and cure hospitals, Andhra Pradesh. Recently we purchased a  SARAGENE HCVTest kit B.No. 20C051VD-01. After running the positive control, negative control and the samples, we did not get any kind of peaks in the result. We selected the two flurophores (Quasar670, cal610) which were mentioned in the given protocol. Are the selected florophores are correct or do we have to select any other other flurophores.<br>Please guide us as soon as possible.<br><br>Thanking you.<br><br>Regards,<br>Yadidya Mandalapu. | 8/31/2020 | HCV-K-003-CCLI |
| Malaria Research Institute | The test did not went well. It was not clear for the positive control also. I found few technical limitations such as 1) the low volume pipetting; 5ul of master mix and 5ul of template has to be added for the reactions, which can generate pipetting error by manual pipette. It may work on your realtime PCR machine as you once brief centrifuge the whole reaction mixture before start, which may have not worked in our case as we tested the kit on 96-well plate without a last brief centrifuge. 2) however in any case the positive control did not worked well, that's the worry. The fluorescence was also not that good, it provided high amount of noise. 3) Most important point is that the kit was for detection of Plasmosium genus and not the infecting species. In my opinion, an ultra-sensitive molecular diagnosis of species level is the need of the moment for the country. The above points may not be so suitable facts for you. But that's what I have observed. | 9/1/2020 | MAL-K-001-CCLI |

| | | | |
|---|---|---|---|
| Clinical Reference Laboratory | On 08/29/2020 the CRL MDX lab identified unusually high background for all samples processed using lot: 200423-k-280, which was qualified and put into use on 08/27/2020. several lots were active and all plates repeated with a different lot of logix smart master mix passed. CRL immediately sequested the associated mastermix tube from the identified lot (n=10 kits) and notified Co-Dx on the next business day. CRL has expanded out lot qualification process to prevent further issues. | 9/8/2020 | COVID-K-001 |
| HCA Care Florida (NOMI) | Customer reports error pop-up window "Unrecovered Run Data- This device has saved run data that has not been recovered. Proceeding will erase this data. Are you sure you want to proceed?" | 9/10/2020 | COVID-K-001 |
| CoSara Diagnostics Pvt Ltd | An email was received from Dr. Swapnali Kulkarni and Durga Mohanty explaining a ciritical complaint from the government of Karnatka and Maxim- DIstributor in Hyderabad. The state government of Karnataka is reporting a high positivity rate of more than 50% with our test. The COVID nodal officer has instructed the labs to quit using our kit. THey are requesting that we notify the labs to reduce the Ct value to make it report less positive and demand a letter from the manufacturer immediately. | 10/2/2020 | COVID-K-001 |
| IRISE Ltd | Email from customer received on 16-Oct-20:<br>Dear Cecilia<br><br>Hope you're fine.<br>We have several questions and issues to be negotiated.<br>According to our information your COVID-K is detecting RdRp gene of SARS-CoV-2. The customers ask for more details what gene (or part) is detecting the kit. Can you provide more details?<br>Besides most of customers inform us that last shipped lots: 200603-K-362 and 200603-K-363 has detected several false positive results. The curve is going up at 38-39 circles. After retesting the customers got the negative results. It has been promised to send the pdf files for the mentioned circles. We'll pass them to you immediately. Can you check and pass your answer/ recommendations?<br>We'll wait for your answer. Thank you.<br><br>First answer provided on 19-Oct-20:<br>Hi Mamuka,<br><br>Yes, you are correct, the Logix Smart COVID-19 (COVID-K-001) detects SARS-CoV-2 targeting the gene RdRp. We don't share the targeted region as it is a proprietary conserved region targeted by our CoPrimer technology.<br>However, I can open a complaint for you and put you in touch with the technical department that will be able to help you answer the customer inquiry.<br>Chad Apuli is the laboratory Director (here in copy), and he and his team will be able to address the problem with you.<br><br>I opened the complaint for you with ID#53, so we can keep track of this issue. | 10/19/2020 | COVID-K-001 |
| Evopro | We sent them 2000rxn COVID-001 when they actually requested 3000rxn (and they payed for 3000rxns)<br>They did not receive the 200rxn of ABC tests with their order | 11/19/2020 | COVID-K-001<br>ABC-K-001 |
| Dynamic Industry for Trading LLC | Customer has complained about expiry date and has previously expressed how imperative it is that they receive product with a min expiry date of 8 months. 102 kits were received that will expire in May 2021 in order 1165.2. They have requested a replacement. | 12/16/2020 | COVID-K-001 |
| Open Med | OpenMed has a customer that received the RUO version of the COVID 1 test and not the IVD version. Joseph asked them to send a photo of the test boxes so that we could check the lot number. (See photo in files tab)<br><br>Kyle and Joseph looked up the lot number and there is a discrepancy in our records as it shows this lot number to be an EUA product and not RUO. | 12/29/2020 | COVID-K-001 |

| | | | |
|---|---|---|---|
| Clent Life Science | The Quality and Compliance Manager from Cignpost Diagnostics (distributed by Clent Life Sciences) submitted a complaint to David Harris regarding an opened tube of NTC. "Please be notified that we have received a COVID-19 kit (Lot # 201026-K-1407) with cap of the NTC off. As we do not expect the kit boxes to be opened during the supply chain, we are assuming that the issue is at manufacturing."<br><br>Lot # 201026-K-1407 NTC | 1/6/2021 | COVID-K-001 |
| Cellular Technology | Cellular Technology customer emailed sales to confirm storage conditions of Positive control, Master Mix, and Nuclease-Free Water upon receipt of product on 10/09/2020. We are not certain if this customer received accompanying IFUs with this order. We only know that the storage conditions for Positive Control and Nuclease Free water were incorrect; however, the MM recommended storage was correct as listed. The customer did not mention other SDSs. The IFU for this test reflected the correct storage conditions (Logix Smart COVID 2019: all components must be stored at -20 degrees Celsius).<br><br>However, while reviewing SDSs for correction, Madison Stark noted that the Extraction Control SDS also had the incorrect storage conditions listed and revised this document as well.<br><br>The SDSs that the customer received recommended these storage conditions:<br>Positive control: 4C<br>Master Mix: -20C<br>Nuclease-Free Water: RT | 1/15/2021 | COVID-K-001 |
| Maskaf Diagnostics | Power supply for a MIC is not functioning properly. Please see attached BMS Disposition email in the Files tab. | 2/4/2021 | MIC-4 |
| Maskaf Diagnostics | Due to the disposition of Lot 1444 (COVID-K-002), the customer raised concerns about previously reported issues with lots 273, 275, 276, and 277 of COVID-K-001. | 3/2/2021 | COVID-K-001 |
| Maskaf Diagnostics | Customer complained on performance of lot 1444. Runs with 94 NTCs each showed approximately 10% NTC amplification. | 3/2/2021 | COVID-K-002 |
| Ecosains | Ecosains received damaged product in their shipment.<br><br>2  Logixsmart COVID-19 test kits (LOT 0000428664) were damaged.<br><br>1. We received the reagent kit with no carton package, different from previous shipment with the nice packaging<br>2. We received the goods with some of the broken tubes inside due to the lack of proper package (please see the attached file) | 3/3/2021 | COVID-K-001 |
| Immunogenomics LLC | Immunogenmics order of the CoDx Box.<br><br>Pending disposition from Denny. 04/13/2021<br><br>Denny advised to close the complaint as the customer has dropped the complaint, is using the product and moving forward. | 3/10/2021 | MIC-4 |
| Diagnostico LIDSA | Order 1519 to San Pedro Sula arrived without dry ice. Tracking information- attached in related files- was retrieved and showed that the shipment had been left at sorting facilities for nearly two weeks, allowing dry ice to sublimate. | 3/30/2021 | COVDS-K-003 |

| | | | |
|---|---|---|---|
| Gentech Biosciences | Gentech received their order (Order 1534) damaged and without dry ice. The box had broken and the dry ice had sublimated in transit.<br><br>This affected the following product -<br>1000 rxn of Logix Smart SARS-CoV-2 (genes RdRp/E) Test<br>1000 rxn of Logix Smart ABC (Influenza A/B, SARS-CoV-2) Test<br>1000 rxn of Logix Smart SARS-CoV-2 DS Test<br>**See related files for photos.**<br>Customer complaint:<br>"Good day to all<br>Please help us for future shipments by recharging enough dry ice to the merchandise, in many emails we have indicated that according to the amount of our orders they send us more refrigerators with dry ice separately, currently we have two orders and they only come in two refrigerators with 23 kilos each.<br>According to the information provided by you, the dry ice approximately 23 kilos should last more or less 7 days, the last load of the invoice in question was dispatched on March 25 and arrived at our office in Colombia on March 29 without dry ice.<br>The merchandise was in the airline in a cold room and immediately arrived at our warehouse we stored it in the freezer, according to your information this box weighed 25 kilos.,<br>It is very important to indicate to the freight agents the proper handling of the merchandise as the images see the refrigerator arrived broken, this is why the ice evaporated more quickly. This time they were samples but we are very concerned that a cargo like the one in transit of USD 526,800 reaches us like this." | 4/7/2021 | COVDS-K-003<br>COVID-K-002<br>ABC-K-001 |
| Raver Aplicaciones SA de CV (Mexico) | Customer noted that kits within the same lot listed different expiration dates, one in 2021, the other in 2022. This appears to be a typo; the kits in question- ABC lot 1434- were manufactured December 18 2020 and thus the correct expiration date for the master mix is the same date in 2021. | 4/13/2021 | ABC-K-001 |
| Immunogenomics LLC | Customer noted that aliquots from lot 271 were exhibiting very low fluorescence. This was later expanded to include lot 1395. Immunogenomics stated that the 5,000 reaction bottle from which 1395 was aliquoted had been thawed 8-9 times. | 4/13/2021 | COVID-K-001 |
| Maskaf Diagnostics | Maskaf complained that kits of COVID-K-002 lot 210301-K-1461 shipped to customers did not contain sufficient reagents. The customer in question, AUNA labs, also mentioned that tubes were not properly sealed, and that one kit was missing a PC tube. | 4/22/2021 | COVID-K-002 |
| Evopro | Customer noted that reagents for order 1558 arrived after a significant delay without dry ice. It is unclear if this sublimated while stored in a freezer or if the cold chain was broken resulting in the spoilage of reagents. | 5/18/2021 | COVID-K-001 |