UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| GELT TRADING, LTD., a Cayman Islands limited company,<br><br>     Plaintiff,<br><br>v.<br><br>CO-DIAGNOSTICS, INC., a Utah Corporation, DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, BRENT SATTERFIELD,<br><br>     Defendants. | Case No. 2:20-cv-00368-JNP-DBP<br><br>**ORDER MODIFYING APPOINTMENT OF CLASS COUNSEL** |

This matter is before the Court on the Plaintiff's Unopposed Motion to Modify the Appointment of Class Counsel (Dkt. 191). This Court, having reviewed the Motion and being otherwise fully versed in the premises, **GRANTS** the Motion as follows.

1. Fasano Law Firm, PLLC is no longer counsel of record for Plaintiff or the class and shall have no further responsibilities or obligations in this matter.

2. Armstrong Teasdale, LLP is no longer counsel of record for Plaintiff or the class and shall have no further responsibilities or obligations in this matter.

3. Washburn Law Group is appointed co-class counsel.

4. Marcus Neiman Rashbaum & Pineiro will remain co-class counsel.

August 13, 2024

BY THE COURT:

_____

Dustin B. Pead
United States Magistrate Judge