THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| GELT TRADING, LTD., <br><br> Plaintiff, <br> v. <br><br> CO-DIAGNOSTICS, INC., et al., <br><br> Defendants. | ORDER GRANTING MOTION TO WITHDRAW <br><br> Case No. 2:20-cv-368 JNP DBP <br><br> District Judge Jill N. Parrish <br><br> Chief Magistrate Judge Dustin B. Pead |

Before the court is counsel's Motion to Withdraw as counsel for Defendant Co-Diagnostics. Kirkland & Ellis, LLP and Nicolas D. Nielson move to withdraw, and Co-Diagnostics will continue to be represented by other firms and counsel.

The motion is GRANTED.[1]

DATED this 13 August 2024.

_____
Dustin B. Pead
United States Magistrate Judge

---

[1] ECF No. 190.