IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GELT TRADING, LTD., <br><br> Plaintiff, <br><br> v. <br><br> CO-DIAGNOSTICS, INC., DWIGHT EGAN, JAMES NELSON, EUGENE DURENARD, EDWARD MURPHY, RICHARD SERBIN, REED BENSON, and BRENT SATTERFIELD, <br><br> Defendants. | **JUDGMENT** <br><br> Case No. 2:20-cv-00368-JNP-DBP <br><br> District Judge Jill N. Parrish |

JUDGMENT IS ENTERED in favor of Defendants and against Class Plaintiff Gelt Trading on all claims.

Signed March 6, 2025.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge